# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621-CFC **ANDA CASE** |
| v. | ) ) | **CONSOLIDATED – LEAD CASE** |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for Defendant Natco Pharma Ltd. to serve its Rule 26(a)(1) Initial Disclosures and Delaware Default ¶ 3 Disclosures is extended through and including December 17, 2024.

| | |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014) | Kelly E. Farnan (#4395) |
| Megan E. Dellinger (#5739) | Jessica E. Blau (#7163) |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@morrisnichols.com | farnan@rlf.com |
| mdellinger@morrisnichols.com | blau@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, Natco Pharma, Ltd.* |

Dated:  December 2, 2024

SO ORDERED this ___ day of _____, 2024.

_____
The Honorable Colm F. Connolly