# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY,<br><br>Defendants. | C.A. No. 24-623-CFC<br><br>ANDA CASE |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on December 3, 2024, Defendant Changzhou Pharmaceutical Factory served its, (1) Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1); and (2) Paragraph 3 of the Delaware Default Standard for Discovery with respect to U.S. Patents Nos. 8,314,117; 8,759,372; and 11,083,724 on the following counsel of record:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Dimitrios T. Drivas
Joel L. Broussard
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
joel.broussard@whitecase.com
jscheibeler@whitecase.com

Dated: December 3, 2024

*Of Counsel:*

H. Howard Wang
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
(973) 966-3200
hwang@windelsmarx.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou Pharmaceutical Factory*