IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| APOTEX INC., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Rule 26(a)(1) Disclosures*; and (2) *Plaintiffs' Paragraph 3 Disclosures* (specific sets of each disclosure sent to each individual defendant group), were caused to be served on December 3, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

Deepro R. Mukerjee, Esquire                          *VIA ELECTRONIC MAIL*
Lance A. Soderstrom, Esquire
Christopher B. Prescott, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY  10020-1605
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Joseph M. Janusz, Esquire                            *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28202-4213
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Jillian M. Schurr, Esquire                           *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Kaan Ekiner, Esquire                                 *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited, Aurobindo Pharma*
*U.S.A., Inc. and Apitoria Pharma Private*
*Limited*

W. Blake Coblentz Esquire                                    *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited, Aurobindo Pharma*
*U.S.A., Inc. and Apitoria Pharma Private*
*Limited*

Keri L. Schaubert, Esquire                                   *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited, Aurobindo Pharma*
*U.S.A., Inc. and Apitoria Pharma Private*
*Limited*

Neal C. Belgam, Esquire                                      *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Howard Wang, Esquire                                         *VIA ELECTRONIC MAIL*
WINDELS MARX LANE
   & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Kaan Ekiner, Esquire                          *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire                     *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Keri L. Schaubert, Esquire                    *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Kelly E. Farnan, Esquire                      *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Christopher J. Sorenson, Esquire                    *VIA ELECTRONIC MAIL*
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
*Attorneys for Defendant Natco Pharma
Ltd.*

Andrew O. Larsen, Esquire                           *VIA ELECTRONIC MAIL*
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY  10017
*Attorneys for Defendant Natco Pharma
Ltd.*

Jason M. Wiener, Esquire                            *VIA ELECTRONIC MAIL*
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA  22314
*Attorneys for Defendant Natco Pharma
Ltd.*

Kenneth L. Dorsney, Esquire                         *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendant Rubicon
Research Private Ltd.*

Stephen R. Auten, Esquire                           *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL  60601
*Attorneys for Defendant Rubicon
Research Private Ltd.*

Karen E. Keller, Esquire                       *VIA ELECTRONIC MAIL*
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floo
Wilmington, DE  19801
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*


Elaine H. Blais, Esquire                       *VIA ELECTRONIC MAIL*
Daryl L. Wiesen, Esquire
Molly Grammel, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*


Madeline R. Bordynoski, Esquire                *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC  20036-1612
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*


Magdalin Peña Jimenez, Esquire                 *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____

Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mdellinger@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Joel L. Broussard
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

*Attorneys for Plaintiffs Pfizer Inc.,*
*Pfizer Ireland Pharmaceuticals, and*
*Bristol-Myers Squibb Company*

December 3, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 3, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance A. Soderstrom, Esquire<br>Christopher B. Prescott, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202-4213<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

Jillian M. Schurr, Esquire                          *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Kaan Ekiner, Esquire                                *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited, Aurobindo Pharma*
*U.S.A., Inc. and Apitoria Pharma Private*
*Limited*

W. Blake Coblentz Esquire                           *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited, Aurobindo Pharma*
*U.S.A., Inc. and Apitoria Pharma Private*
*Limited*

Keri L. Schaubert, Esquire                          *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited, Aurobindo Pharma*
*U.S.A., Inc. and Apitoria Pharma Private*
*Limited*

Neal C. Belgam, Esquire                          *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*


Howard Wang, Esquire                             *VIA ELECTRONIC MAIL*
WINDELS MARX LANE
   & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*


Kaan Ekiner, Esquire                             *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*


W. Blake Coblentz Esquire                        *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

3

Keri L. Schaubert, Esquire            *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*


Kelly E. Farnan, Esquire             *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Natco Pharma*
*Ltd.*


Christopher J. Sorenson, Esquire      *VIA ELECTRONIC MAIL*
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
*Attorneys for Defendant Natco Pharma*
*Ltd.*


Andrew O. Larsen, Esquire          *VIA ELECTRONIC MAIL*
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY  10017
*Attorneys for Defendant Natco Pharma*
*Ltd.*


Jason M. Wiener, Esquire           *VIA ELECTRONIC MAIL*
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA  22314
*Attorneys for Defendant Natco Pharma*
*Ltd.*

4

Kenneth L. Dorsney, Esquire                    *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Stephen R. Auten, Esquire                      *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL  60601
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Karen E. Keller, Esquire                       *VIA ELECTRONIC MAIL*
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floo
Wilmington, DE  19801
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Elaine H. Blais, Esquire                       *VIA ELECTRONIC MAIL*
Daryl L. Wiesen, Esquire
Molly Grammel, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Madeline R. Bordynoski, Esquire                     *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC  20036-1612
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Magdalin Peña Jimenez, Esquire                      *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*


                                          */s/ Megan E. Dellinger*
                                          _____
                                          Megan E. Dellinger (#5739)