**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC. et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 3, 2024, a copy of (1) Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.'s Rule 26(a)(1) Initial Disclosures; and (2) Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") were served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Dimitrios T. Drivas<br>John P. Scheibeler<br>Joel L. Broussard<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>joel.broussard@whitecase.com |

Dated: December 3, 2024

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
**COZEN O'CONNOR**

| | |
|---|---|
| *Of Counsel*: | 1201 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| W. Blake Coblentz | (302) 295-2046 |
| Aaron S. Lukas | kekiner@cozen.com |
| **COZEN O'CONNOR** | |
| 2001 M Street, NW | *Attorneys for Defendants Aurobindo Pharma* |
| Suite 500 | *Limited and Aurobindo Pharma U.S.A., Inc.* |
| Washington, DC 20036 | |
| (202) 912-4800 | |
| wcoblentz@cozen.com | |
| alukas@cozen.com | |
| | |
| Keri L. Schaubert | |
| **COZEN O'CONNOR** | |
| 3 WTC, 175 Greenwich Street, 55th Floor | |
| New York, NY 10007 | |
| (212) 509-9400 | |
| kschaubert@cozen.com | |