# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. et al.,<br><br>Defendants. | ) ) ) ) ) C.A. No. 24-621 (CFC) ) CONSOLIDATED ) ) **ANDA CASE** ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 3, 2024, a copy of (1) Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.'s Rule 26(a)(1) Initial Disclosures; and (2) Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") were served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Dimitrios T. Drivas<br>John P. Scheibeler<br>Joel L. Broussard<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>joel.broussard@whitecase.com |

Dated: December 3, 2024

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
**COZEN O'CONNOR**

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*