# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 24-621-CFC <br> **ANDA CASE** <br><br> **CONSOLIDATED – LEAD CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 10, 2024, true and correct copies of Natco Pharma, Ltd. ("Natco")'s Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Delaware Default Standard Paragraph 3 were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Jack B. Blumenfeld
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

**BY ELECTRONIC MAIL**
Dimitrios T. Drivas
John P. Scheibeler
Joel L. Broussard
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200
ddrivas@whitecase.com
jscheibeler@whitecase.com
joel.broussard@whitecase.com

OF COUNSEL:

Christopher J. Sorenson
MERCHANT & GOULD PC
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 332-5300
csorenson@merchantgould.com

Andrew O. Larsen
MERCHANT & GOULD PC
500 Fifth Avenue
Suite 4100
New York, NY 10110
alarsen@merchantgould.com
(212) 223-6520

Jason M. Wiener
MERCHANT & GOULD PC
1900 Duke Street
Suite 600
Alexandria, VA 22314
jwiener@merchantgould.com
(703) 684-2500

Date: December 10, 2024

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com
blau@rlf.com