IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| Plaintiffs, | ) ) | **ANDA CASE** |
| v. | ) ) | |
| APOTEX INC., et al., | ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER
TO CHANGE NAME AND AMEND CASE CAPTION**

WHEREAS, on November 29, 2024, Plaintiff Pfizer Ireland Pharmaceuticals changed its name to Pfizer Ireland Pharmaceuticals Unlimited Company; and

WHEREAS, counsel for the parties have conferred and Defendants do not oppose amending the caption of this case to reflect the name change;

NOW, THEREFORE, it is hereby stipulated and agreed by the parties, subject to the approval of the Court, that Pfizer Ireland Pharmaceuticals shall be referred to as Pfizer Ireland Pharmaceuticals Unlimited Company going forward in this action and the caption of the case shall be amended as follows:

PFIZER INC., PFIZER IRELAND )
PHARMACEUTICALS UNLIMITED )
COMPANY, and BRISTOL-MYERS )
SQUIBB COMPANY, )
                            )   C.A. No. 24-621 (CFC)
           Plaintiffs, )   CONSOLIDATED
                            )
     v. )   **ANDA CASE**
                            )
APOTEX INC., et al., )
                            )
           Defendants. )

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Kenneth L. Dorsney* |
| Megan E. Dellinger (#5739) | Kenneth L. Dorsney (#3726) |
| 1201 North Market Street | Cortlan S. Hitch (#6720) |
| P.O. Box 1347 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 658-9200 |
| mdellinger@morrisnichols.com | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |
| *Attorney for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc., Apotex Corp., and Rubicon Research Private Ltd.* |

COZEN O'CONNOR

*/s/ Kaan Ekiner*

_____

Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2046
kekiner@cozen.com

*Attorney for Defendants Aurobindo
Pharma Limited, Aurobindo Pharma
U.S.A., Inc., MSN Laboratories Private
Ltd., and MSN Pharmaceuticals Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

_____

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Jessica E. Blau (#7163)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com
blau@rlf.com

*Attorneys for Defendant Natco Pharma,
Ltd.*

December 17, 2024

SMITH, KATZENSTEIN, & JENKINS LLP

*/s/ Daniel A. Taylor*

_____

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Changzhou
Pharmaceutical Factory*

SHAW KELLER LLP

*/s/ Emily S. DiBenedetto*

_____

Karen E. Keller (#4489)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant Teva
Pharmaceuticals, Inc.*

SO ORDERED, this ___ day of December 2024.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge