IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER**
**TO CHANGE NAME AND AMEND CASE CAPTION**

WHEREAS, on November 29, 2024, Plaintiff Pfizer Ireland Pharmaceuticals changed its name to Pfizer Ireland Pharmaceuticals Unlimited Company; and

WHEREAS, counsel for the parties have conferred and Defendants do not oppose amending the caption of this case to reflect the name change;

NOW, THEREFORE, it is hereby stipulated and agreed by the parties, subject to the approval of the Court, that Pfizer Ireland Pharmaceuticals shall be referred to as Pfizer Ireland Pharmaceuticals Unlimited Company going forward in this action and the caption of the case shall be amended as follows:

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>) |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*

---

Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com

*Attorney for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*

---

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 658-9200
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc., Apotex Corp., and Rubicon Research Private Ltd.*

2

| | |
|---|---|
| COZEN O'CONNOR | SMITH, KATZENSTEIN, & JENKINS LLP |
| /s/ Kaan Ekiner | /s/ Daniel A. Taylor |
| Kaan Ekiner (#5607)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com<br><br>*Attorney for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd., and MSN Pharmaceuticals Inc.* | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* |
| RICHARDS, LAYTON & FINGER, P.A. | SHAW KELLER LLP |
| /s/ Kelly E. Farnan | /s/ Emily S. DiBenedetto |
| Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>Jessica E. Blau (#7163)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br>blau@rlf.com<br><br>*Attorneys for Defendant Natco Pharma, Ltd.* | Karen E. Keller (#4489)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

December 17, 2024

SO ORDERED, this 17th day of December 2024.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge