## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. et al., <br><br> Defendants. | ) ) ) ) ) C.A. No. 24-621 (CFC) ) CONSOLIDATED ) ) **ANDA CASE** ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit a proposed Protective Order and proposed ESI Order is extended to and including December 27, 2024 (from December 19, 2024).

Dated: December 19, 2024

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Megan E. Dellinger* <br> Megan E. Dellinger (#5739) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> mdellinger@morrisnichols.com <br><br> *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company* | */s/ Kenneth L. Dorsney* <br> Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendants Apotex Inc., Apotex Corp., and Rubicon Research Private Ltd.* |

| | |
|---|---|
| COZEN O'CONNOR | SMITH, KATZENSTEIN, & JENKINS LLP |
| */s/ Kaan Ekiner* | */s/ Daniel A. Taylor* |
| Kaan Ekiner (#5607) | Neal C. Belgam (#2721) |
| 1201 N. Market Street, Suite 1001 | Daniel A. Taylor (#6934) |
| Wilmington, DE 19801 | 1000 West Street, Suite 1501 |
| (302) 295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | (302) 652-8400 |
| | nbelgam@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd., and MSN Pharmaceuticals Inc.* | dtaylor@skjlaw.com |
| | *Attorneys for Defendants Changzhou Pharmaceutical Factory* |
| RICHARDS, LAYTON & FINGER P.A. | SHAW KELLER LLP |
| */s/ Kelly E. Farnan* | */s/ Emily S. DiBenedetto* |
| Kelly E. Farnan (#4395) | Karen E. Keller (#4489) |
| Sara M. Metzler (#6509) | Emily S. DiBenedetto (#6779) |
| Jessica E. Blau (#7163) | I.M. Pei Building |
| One Rodney Square | 1105 North Market Street, 12th Floor |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 651-7700 | kkeller@shawkeller.com |
| farnan@rlf.com | edibenedetto@shawkeller.com |
| metzler@rlf.com | |
| blau@rlf.com | *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |
| *Attorneys for Defendant Natco Pharma, Ltd.* | |

IT IS SO ORDERED, this ___ day of _____, 2024.

 

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

2