IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC. and<br>PFIZER IRELAND<br>PHARMACEUTICALS,<br><br>    Plaintiffs,<br><br>        v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-621-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of the following attorney to represent Defendant Teva Pharmaceuticals, Inc. in this matter:

Gabriel B. Ferrante
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 459-7062
gferrante@goodwinlaw.com

|  |  |
|---|---|
| OF COUNSEL:<br>Elaine H. Blais<br>Daryl L. Wiesen<br>Molly Grammel<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br><br>Madeline R. Bordynoski<br>GOODWIN PROCTER LLP<br>1900 N. Street, N.W.<br>Washington, DC 20036-1612<br>(202) 346-4000<br><br>Magdalin Peña Jimenez<br>Gabriel B. Ferrante<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Dated: January 13, 2025 | /s/ Emily S. DiBenedetto<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

2

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Gabriel B. Ferrante is granted.

_____
United States District Judge

Date: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of New York; the U.S. District Court for the Southern District of New York; and the United States Court of Appeals for the Federal Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: Jan. 13, 2025

Gabriel B. Ferrante
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 459-7062
gferrante@goodwinlaw.com