IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>APOTEX INC., et. al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-621-CFC<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 17, 2025, the following documents were served on the persons listed below in the manner indicated:

1. Defendants' First Set of Interrogatories to Plaintiffs (Nos. 1-7)
2. Defendants' First Set of Requests for Production to Plaintiffs (Nos. 1-7)

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Dimitrios T. Drivas |
| Megan E. Dellinger | John P. Scheibeler |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Joel L. Broussard |
| | WHITE & CASE LLP |
| 1201 North Market Street | 1221 Avenue of the Americas |
| P.O. Box 1347 | New York, NY 10020 |
| Wilmington, DE 19899 | (212) 819-8200 |
| (302) 658-9200 | ddrivas@whitecase.com |
| jblumenfeld@morrisnichols.com | jscheibeler@whitecase.com |
| mdellinger@morrisnichols.com | joel.broussard@whitecase.com |

|  |  |
|---|---|
| OF COUNSEL:<br>Elaine H. Blais<br>Daryl L. Wiesen<br>Molly Grammel<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br><br>Madeline R. Bordynoski<br>GOODWIN PROCTER LLP<br>1900 N. Street, N.W.<br>Washington, DC 20036-1612<br>(202) 346-4000<br><br>Magdalin Peña Jimenez<br>Gabriel B. Ferrante<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Dated: January 17, 2025 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |