IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>          Plaintiffs,<br><br>    v.<br><br>APOTEX INC., et al.,<br><br>          Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Amended Rule 26(a)(1) Disclosures to Apotex*, were caused to be served on February 6, 2025, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                                                  *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Deepro R. Mukerjee, Esquire  *VIA ELECTRONIC MAIL*
Lance A. Soderstrom, Esquire
Christopher B. Prescott, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY  10020-1605
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Joseph M. Janusz, Esquire  *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28202-4213
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Jillian M. Schurr, Esquire  *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

The undersigned hereby further certifies that copies of *Plaintiffs' Amended Rule 26(a)(1) Disclosures to Changzhou*, were caused to be served on February 6, 2025, upon the following in the manner indicated:

Neal C. Belgam, Esquire  *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

2

Howard Wang, Esquire
WINDELS MARX LANE
  & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Joel L. Broussard
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

February 6, 2025

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 6, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance A. Soderstrom, Esquire<br>Christopher B. Prescott, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC 28202-4213<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Jillian M. Schurr, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |
| Howard Wang, Esquire<br>WINDELS MARX LANE<br>   & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)