## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>        Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br>**ANDA CASE** |

### STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for Defendants Apotex, Inc., Apotex Corp., Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., Changzhou Pharmaceutical Factory, MSN Laboratories Private Ltd., MSN Pharmaceuticals, Inc., Natco Pharma Ltd., Rubicon Research Private Ltd., and Teva Pharmaceuticals, Inc. (together "Defendants") to serve their initial invalidity contentions is extended through and including March 18, 2025.

| | |
|---|---|
| */s/ Megan E. Dellinger*<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 658-9200<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Apotex Inc., Apotex Corp., and Rubicon Research Private Ltd.* |
| */s/ Kann Ekiner*<br>Kaan Ekiner (#5607)<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com<br><br>*Attorney for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd., and MSN Pharmaceuticals Inc.* | */s/ Daniel A. Taylor*<br>Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>Smith, Katzenstein, & Jenkins LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* |
| */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Jessica E. Blau (#7163)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>blau@rlf.com<br><br>*Attorneys for Defendant, Natco Pharma, Ltd.* | */s/ Emily DiBenedetto*<br>Karen E. Keller (#4489)<br>Emily S. DiBenedetto (#6779)<br>Shaw Keller LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Dated: February 14, 2025

SO ORDERED this ___ day of _____, 2025.

_____
The Honorable Colm F. Connolly