# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al., | C.A. No. 1:24-cv-00621-CFC <br> **ANDA CASE** <br> **(CONSOLIDATED)** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANT RUBICON RESEARCH PRIVATE LTD.'S NON-INFRINGEMENT CONTENTIONS**

were served upon the attorneys listed below via electronic mail on this 19th day of February, 2025 prior to 5:00 Eastern:

Jack Blumenfeld
Megan Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

Joel Broussard
Dimitrios Drivas
John Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
joel.broussard@whitecase.com
ddrivas@whitecase.com
jscheibeler@whitecase.com

*Attorneys for Plaintiffs*

Dated:  February 19, 2025

      /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Of Counsel:*

Stephen R. Auten
Jaimin H. Shah
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
sauten@taftlaw.com
jshah@taftlaw.com

*Attorneys for Defendant
Rubicon Research Private Ltd.*