IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Objections and Responses to Defendants' First Set of Interrogatories (Nos. 1-7)*; and (2) *Plaintiffs' Objections and Responses to Defendants' First Set of Requests for Production (Nos. 1-7)*, were caused to be served on March 4, 2025, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                          *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendants Apotex Inc.
and Apotex Corp.*

| | |
|---|---|
| Deepro R. Mukerjee, Esquire<br>Lance A. Soderstrom, Esquire<br>Christopher B. Prescott, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202-4213<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Jillian M. Schurr, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |
| Howard Wang, Esquire<br>WINDELS MARX LANE<br>   & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

W. Blake Coblentz Esquire     *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Keri L. Schaubert, Esquire     *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Kelly E. Farnan, Esquire     *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Christopher J. Sorenson, Esquire     *VIA ELECTRONIC MAIL*
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
*Attorneys for Defendant Natco Pharma*
*Ltd.*

| | |
|---|---|
| Andrew O. Larsen, Esquire<br>MERCHANT & GOULD, P.C.<br>767 Third Avenue, Suite 23C<br>New York, NY  10017<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Jason M. Wiener, Esquire<br>MERCHANT & GOULD PC<br>1900 Duke Street, Suite 600<br>Alexandria, VA  22314<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Jaimin H. Shah, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2800<br>Chicago, IL  60601<br>*Attorneys for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Elaine H. Blais, Esquire                                    *VIA ELECTRONIC MAIL*
Daryl L. Wiesen, Esquire
Molly Grammel, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Madeline R. Bordynoski, Esquire                             *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC  20036-1612
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Magdalin Peña Jimenez, Esquire                              *VIA ELECTRONIC MAIL*
Gabriel B. Ferrante, Esquire
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | _____ |
| | Jeremy A. Tigan (#5239) |
| Dimitrios T. Drivas | Megan E. Dellinger (#5739) |
| John P. Scheibeler | 1201 North Market Street |
| Joel L. Broussard | P.O. Box 1347 |
| WHITE & CASE LLP | Wilmington, DE 19899 |
| 1221 Avenue of the Americas | (302) 658-9200 |
| New York, NY  10020 | jtigan@morrisnichols.com |
| (212) 819-8200 | mdellinger@morrisnichols.com |
| | *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company* |
| March 4, 2025 | |

7

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 4, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance A. Soderstrom, Esquire<br>Christopher B. Prescott, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202-4213<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Jillian M. Schurr, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

Neal C. Belgam, Esquire VIA ELECTRONIC MAIL
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Howard Wang, Esquire VIA ELECTRONIC MAIL
WINDELS MARX LANE
  & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Kaan Ekiner, Esquire VIA ELECTRONIC MAIL
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire VIA ELECTRONIC MAIL
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Keri L. Schaubert, Esquire                                                VIA ELECTRONIC MAIL
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Kelly E. Farnan, Esquire                                                  VIA ELECTRONIC MAIL
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Christopher J. Sorenson, Esquire                                          VIA ELECTRONIC MAIL
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Andrew O. Larsen, Esquire                                                 VIA ELECTRONIC MAIL
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY  10017
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Jason M. Wiener, Esquire                                                  VIA ELECTRONIC MAIL
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA  22314
*Attorneys for Defendant Natco Pharma*
*Ltd.*

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Jaimin H. Shah, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2800<br>Chicago, IL  60601<br>*Attorneys for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Elaine H. Blais, Esquire<br>Daryl L. Wiesen, Esquire<br>Molly Grammel, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Madeline R. Bordynoski, Esquire
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC  20036-1612
*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Magdalin Peña Jimenez, Esquire
Gabriel B. Ferrante, Esquire
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)

6