# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY,<br><br>  Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE** |

## NOTICE OF CHANGE OF FIRM AFFILIATION
## OF PRO HAC VICE COUNSEL

PLEASE TAKE NOTICE THAT, effective immediately, the firm affiliation and address for Howard Wang, *pro hac vice* counsel for Changzhou Pharmaceutical Factory, has changed to the following:

Howard Wang
Rimon P.C.
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
howard.wang@rimonlaw.com

Dated: March 14, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

<u>*/s/ Neal C. Belgam*</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou Pharmaceutical Factory*