IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-621-CFC CONSOLIDATED |
| APOTEX INC., et. al., | ) ) | **ANDA CASE** |
| Defendants. | ) ) | |

## STIPULATION AND ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for Defendants Apotex, Inc., Apotex Corp., Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., Changzhou Pharmaceutical Factory, MSN Laboratories Private Ltd., MSN Pharmaceuticals, Inc., Natco Pharma Ltd., Rubicon Research Private Ltd., and Teva Pharmaceuticals, Inc. (together "Defendants") to serve their initial invalidity contentions is extended through and including March 25, 2025.

1

*/s/ Megan E. Dellinger*
Jeremy A. Tigan (No. 5239)
Megan E. Dellinger (No. 5739)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

*/s/ Kaan Ekiner*
Kaan Ekiner (No. 5607)
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2046
kekiner@cozen.com

*Attorney for Defendants Aurobindo
Pharma Limited, Aurobindo Pharma
U.S.A., Inc., MSN Laboratories Private
Ltd., and MSN Pharmaceuticals Inc.*

*/s/ Sara M. Metzler*
Kelly E. Farnan (No. 4395)
Sara M. Metzler (No. 6509)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant Natco Pharma,
Ltd.*

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (No. 3726)
Cortlan S. Hitch (No. 6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 658-4200
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc.,
Apotex Corp., and Rubicon Research
Private Ltd.*

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH, KATZENSTEIN, & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Changzhou
Pharmaceutical Factory*

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

Dated: March 18, 2025

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Colm F. Connolly
Chief United States District Judge