IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>APOTEX INC., *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:24-cv-00621-CFC<br>)  **ANDA CASE**<br>)<br>)  **CONSOLIDATED CASE**<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS APOTEX INC., APOTEX CORP,
AND CHANGZHOU PHARMACEUTICAL FACTORY 'S
INVALIDITY CONTENTIONS FOR THE '117 AND '372 PATENTS**

were served upon the attorneys listed below via electronic mail on this 25th day of

March, 2025 prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Dimitrios T. Drivas<br>John P. Scheibeler<br>Joel L. Broussard<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>joel.broussard@whitecase.com<br><br>*Attorneys for Plaintiffs* |

Dated: March 25, 2025

OF COUNSEL:
Deepro R. Mukerjee
Lance A. Soderstrom
Christopher B. Prescott
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com
christopher.prescott@katten.com

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: (704) 444-2000
joseph.janusz@katten.com

/s/ Cortlan S. Hitch
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants
Apotex Inc. and Apotex Corp.*