IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC., et. al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-621-CFC<br>)  CONSOLIDATED<br>)<br>)  **ANDA CASE**<br>)<br>) |

## **MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of the following attorney to represent Defendant Teva Pharmaceuticals, Inc. in this matter:

Emily L. Rapalino
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
erapalino@goodwinlaw.com

| | |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Elaine H. Blais | I.M. Pei Building |
| Daryl L. Wiesen | 1105 North Market Street, 12th Floor |
| Emily L. Rapalino | Wilmington, DE 19801 |
| Molly Grammel | (302) 298-0700 |
| GOODWIN PROCTER LLP | kkeller@shawkeller.com |
| 100 Northern Avenue | nhoeschen@shawkeller.com |
| Boston, MA 02210 | *Attorneys for Defendant Teva* |
| (617) 570-1000 | *Pharmaceuticals, Inc.* |

Madeline R. Bordynoski
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC 20036-1612
(202) 346-4000

Magdalin Peña Jimenez
Gabriel B. Ferrante
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Dated: March 26, 2025

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Emily L. Rapalino is granted.

_____
United States District Judge

Date: _____

3

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of **NY, NJ, & MA**, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_____
Emily L. Rapalino
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
Date: February 20, 2025   erapalino@goodwinlaw.com