IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, <br><br>  Plaintiffs, <br><br> v. <br><br> APOTEX INC., et. al., <br><br>  Defendants. | ) ) ) ) ) ) ) ) C.A. No. 24-621-CFC ) CONSOLIDATED ) ) **ANDA CASE** ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 27, 2025, the following document was served on the persons listed below in the manner indicated:

1. Defendants' Second Set of Interrogatories to Plaintiffs (No. 8)

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Dimitrios T. Drivas |
| Megan E. Dellinger | John P. Scheibeler |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Joel L. Broussard |
| | WHITE & CASE LLP |
| 1201 North Market Street | 1221 Avenue of the Americas |
| P.O. Box 1347 | New York, NY 10020 |
| Wilmington, DE 19899 | (212) 819-8200 |
| (302) 658-9200 | ddrivas@whitecase.com |
| jblumenfeld@morrisnichols.com | jscheibeler@whitecase.com |
| mdellinger@morrisnichols.com | joel.broussard@whitecase.com |

OF COUNSEL:
Elaine H. Blais
Daryl L. Wiesen
Emily L. Rapalino
Molly Grammel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Madeline R. Bordynoski
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC 20036-1612
(202) 346-4000

Magdalin Peña Jimenez
Gabriel B. Ferrante
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Dated: March 27, 2025

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals, Inc.*