IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND          )
PHARMACEUTICALS UNLIMITED            )
COMPANY, and BRISTOL-MYERS           )
SQUIBB COMPANY,                      )
                                     )  C.A. No. 24-621 (CFC)
                    Plaintiffs,      )  CONSOLIDATED
                                     )
          v.                         )  **ANDA CASE**
                                     )
APOTEX INC., et al.,                 )
                                     )
                    Defendants.      )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and

Bristol-Myers Squibb Company and defendants Apotex Inc., Apotex Corp., and

Changzhou Pharmaceutical Factory hereby stipulate and agree, subject to the

approval of the Court, that the time for Plaintiffs to produce documents to Apotex

Inc., Apotex Corp., and Changzhou Pharmaceutical Factory pursuant to Paragraph

10(b) of the Scheduling Order (D.I. 25) with respect to U.S. Patent Nos. 8,314,117

and 8,759,372 is extended through and including May 8, 2025.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc.,*
*Pfizer Ireland Pharmaceuticals*
*Unlimited Company, and*
*Bristol-Myers Squibb Company*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

SMITH KATZENSTEIN JENKINS LLP

*/s/ Neal C. Belgam*

_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Defendant*
*Changzhou Pharmaceutical Factory*

April 24, 2025

SO ORDERED this _____ day of April 2025.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

2