IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>           Plaintiffs,<br><br>     v.<br><br>APOTEX INC., et al.,<br><br>           Defendants. | C.A. No. 24-621 (CFC)<br>**CONSOLIDATED**<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Infringement Contentions to Rubicon*, were caused to be served on April 24, 2025, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                              *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendant Rubicon Research Private Ltd.*

Stephen R. Auten, Esquire                                *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL  60601
*Attorneys for Defendant Rubicon Research Private Ltd.*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Dimitrios T. Drivas<br>John P. Scheibeler<br>Kevin Georgek<br>Joel L. Broussard<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY  10020<br>(212) 819-8200<br><br>April 24, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Megan E. Dellinger<br>_____<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 24, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Jaimin H. Shah, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2800<br>Chicago, IL  60601<br>*Attorneys for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)