IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>          Plaintiffs,<br><br>    v.<br><br>APOTEX INC., et al.,<br><br>          Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Infringement Contentions to MSN*, were caused to be served on April 24, 2025, upon the following in the manner indicated:

Kaan Ekiner, Esquire                                                     *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN
Laboratories Private Ltd. and
MSN Pharmaceuticals Inc.*

| | |
|---|---|
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Joel L. Broussard
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

April 24, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 24, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*
Megan E. Dellinger (#5739)