## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND )
PHARMACEUTICALS UNLIMITED )
COMPANY, and BRISTOL-MYERS )
SQUIBB COMPANY, )
 ) C.A. No. 24-621 (CFC)
   Plaintiffs, ) CONSOLIDATED
 )
 v. ) **ANDA CASE**
 )
APOTEX INC., et al., )
 )
   Defendants. )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court,

that the following deadlines set forth in the Scheduling Order (D.I. 25) and ESI Order

(D.I. 43) are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Exchange search terms | May 2, 2025 | May 16, 2025 |
| Final lists of search terms | May 16, 2025 | May 30, 2025 |
| Exchange list of claim terms / phrases for construction | May 2, 2025 | May 16, 2025 |
| Exchange proposed constructions and intrinsic evidence | May 20, 2025 | June 3, 2025 |
| Exchange rebuttal intrinsic evidence | May 27, 2025 | June 10, 2025 |
| Submit Joint Claim Construction Chart | May 30, 2025 | June 13, 2025 |
| Plaintiffs serve Opening CC Brief | June 20, 2025 | July 1, 2025 |
| Defendants serve Answering CC Brief | July 18, 2025 | July 25, 2025 |
| Plaintiffs serve Reply CC Brief | August 8, 2025 | August 13, 2025 |

| Defendants serve Sur-reply CC Brief | August 29, 2025 | August 29, 2025 |
| Submit Joint CC Brief | September 5, 2025 | No change |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc.,*
*Pfizer Ireland Pharmaceuticals*
*Unlimited Company, and*
*Bristol-Myers Squibb Company*

COZEN O'CONNOR

*/s/ Kaan Ekiner*

Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo*
*Pharma Limited, Aurobindo Pharma*
*U.S.A., Inc., MSN Laboratories Private*
*Ltd. and MSN Pharmaceuticals Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc., Apotex Corp. and Rubicon*
*Research Private Ltd.*

SMITH KATZENSTEIN JENKINS LLP

*/s/ Daniel A. Taylor*

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Defendant*
*Changzhou Pharmaceutical Factory*

2

RICHARDS, LAYTON & FINGER, P.A.

/s/ Sara M. Metzler

_____

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant
Natco Pharma Ltd.*

SHAW KELLER LLP

/s/ Emily S. DiBenedetto

_____

Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (No. 6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant Teva
Pharmaceuticals, Inc.*

May 2, 2025

SO ORDERED this _____ day of May 2025.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

3