IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-621-CFC **CONSOLIDATED** |
| APOTEX INC., et. al., | ) ) | **ANDA CASE** |
| Defendants. | ) ) | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on May 7, 2025, the following documents

were served on the persons listed below in the manner indicated:

1. Defendant Teva's Response to Plaintiffs' First Set of Common Interrogatories (Nos. 1-6)

2. Teva's Responses and Objections to Plaintiffs' First Set of Requests for Production (Nos. 1-79)

**BY EMAIL**

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Dimitrios T. Drivas
John P. Scheibeler
Joel L. Broussard
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
ddrivas@whitecase.com
jscheibeler@whitecase.com
joel.broussard@whitecase.com

OF COUNSEL:
Elaine H. Blais
Daryl L. Wiesen
Emily L. Rapalino
Molly Grammel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Madeline R. Bordynoski
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC 20036-1612
(202) 346-4000

Magdalin Peña Jimenez
Gabriel B. Ferrante
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Dated: May 8, 2025

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

2