IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>    Defendants. | C.A. No. 24-621 (CFC)<br>**CONSOLIDATED**<br><br>**ANDA CASE** |

## STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME

Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company and defendants Apotex Inc., Apotex Corp., and Changzhou Pharmaceutical Factory hereby stipulate and agree, subject to the approval of the Court, that the time for Plaintiffs to produce documents to Apotex Inc., Apotex Corp., and Changzhou Pharmaceutical Factory pursuant to Paragraph 10(b) of the Scheduling Order (D.I. 25) with respect to U.S. Patent Nos. 8,314,117 and 8,759,372 is extended to May 29, 2025.

<table>
<tr><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*

---
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

</td><td>

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*

---
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*


SMITH KATZENSTEIN JENKINS LLP

/s/ *Daniel A. Taylor*

---
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Changzhou Pharmaceutical Factory*

</td></tr>
</table>

May 8, 2025

SO ORDERED this 9th day of May 2025.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

2