IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621-CFC |
| v. | ) ) | **CONSOLIDATED** |
| APOTEX INC., et. al., | ) ) | **ANDA CASE** |
| Defendants. | ) ) | |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on May 16, 2025, the following document was served on the persons listed below in the manner indicated:

1. Defendant Teva's Intended Terms to be Used to Search its ESI

<u>**BY EMAIL**</u>

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Dimitrios T. Drivas
John P. Scheibeler
Joel L. Broussard
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
ddrivas@whitecase.com
jscheibeler@whitecase.com
joel.broussard@whitecase.com

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

OF COUNSEL:
Elaine H. Blais
Daryl L. Wiesen
Emily L. Rapalino
Molly Grammel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Madeline R. Bordynoski
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC 20036-1612
(202) 346-4000

Gabriel B. Ferrante
Magdalin Peña Jimenez
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Dated: May 16, 2025