## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) | |
| | ) | C.A. No. 24-621 (CFC) |
| Plaintiffs, | ) | CONSOLIDATED |
| | ) | **ANDA CASE** |
| v. | ) | |
| | ) | |
| APOTEX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 16, 2025, a true and correct copy of

Defendants' Preliminary List of Claim Terms Requiring Construction was caused to

be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Jack B. Blumenfeld
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Dimitrios T. Drivas
John P. Scheibeler
Joel L. Broussard
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

OF COUNSEL:

Christopher J. Sorenson
MERCHANT & GOULD PC
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 332-5300
csorenson@merchantgould.com

Andrew O. Larsen
MERCHANT & GOULD PC
500 Fifth Avenue
Suite 4100
New York, NY 10110
alarsen@merchantgould.com
(212) 223-6520

Jason M. Wiener
MERCHANT & GOULD PC
1900 Duke Street
Suite 600
Alexandria, VA 22314
jwiener@merchantgould.com
(703) 684-2500

Date: May 16, 2025

/s/ Sara M. Metzler
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com
blau@rlf.com

*Attorneys for Defendant Natco
Pharma, Ltd.*

2