**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>            Plaintiffs,<br><br>     v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY,<br><br>            Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE THAT on May 16, 2025, Defendant Changzhou Pharmaceutical Factory served its list of search terms pursuant to Section IV of the ESI Order (D.I. 43; D.I. 80) on the following counsel of record:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Dimitrios T. Drivas
Joel L. Broussard
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
joel.broussard@whitecase.com
jscheibeler@whitecase.com

Dated: May 16, 2025

*Of Counsel:*

H. Howard Wang
**RIMON LAW PC**
100 Overlook Center, 2nd floor
 Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou Pharmaceutical Factory*