IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | C.A. No. 24-621 (CFC)<br>**CONSOLIDATED**<br><br>**ANDA CASE** |

### STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME

Plaintiffs and Defendant Rubicon Research Private Ltd. hereby stipulate and agree, subject to the approval of the Court, that the deadline for Rubicon to serve its proposed list of search terms pursuant to the ESI Order is extended until May 23, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Megan E. Dellinger | /s/ Cortlan S. Hitch |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801-1494 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| jtigan@morrisnichols.com | chitch@morrisjames.com |
| mdellinger@morrisnichols.com | |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company* | *Attorneys for Defendant Rubicon Research Private Ltd.* |

Dated: May 16, 2025

SO ORDERED this 19th day of May, 2025.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge