IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>APOTEX, INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-621 (CFC)<br>)  **CONSOLIDATED**<br>)  **ANDA CASE**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 20, 2025, true and correct copies of (1) Natco's Objections and Responses to Plaintiffs' First Set of Requests for Production (Nos. 1-76) and (2) Natco's Answers to Plaintiffs' First Set of Common Interrogatories (Nos. 1-6) were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Jeremy A. Tigan
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Joel L. Broussard
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| OF COUNSEL:<br><br>Christopher J. Sorenson<br>MERCHANT & GOULD PC<br>150 South Fifth Street, Suite 2200<br>Minneapolis, Minnesota 55402<br>(612) 332-5300<br>csorenson@merchantgould.com<br><br>Andrew O. Larsen<br>MERCHANT & GOULD PC<br>500 Fifth Avenue<br>Suite 4100<br>New York, NY 10110<br>alarsen@merchantgould.com<br>(212) 223-6520<br><br>Jason M. Wiener<br>MERCHANT & GOULD PC<br>1900 Duke Street<br>Suite 600<br>Alexandria, VA 22314<br>jwiener@merchantgould.com<br>(703) 684-2500<br><br>Date: May 20, 2025 | /s/ Sara M. Metzler<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant Natco Pharma, Ltd.* |