# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>APOTEX INC. et al,<br><br>  Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on May 21, 2025, Defendant Changzhou Pharmaceutical Factory served its, (1) Confidential Objections and Responses to Plaintiffs' First Set of Requests for Production to Changzhou (Nos. 1-84); and (2) Confidential Objections and Responses to Plaintiffs' First Set of Common Interrogatories (Nos. 1-6) on the following counsel of record for Plaintiffs:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Dimitrios T. Drivas
Joel L. Broussard
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas

New York, NY 10020
ddrivas@whitecase.com
joel.broussard@whitecase.com
jscheibeler@whitecase.com

| | |
|---|---|
| Dated: May 21, 2025 | **SMITH KATZENSTEIN & JENKINS LLP** |
| *Of Counsel:* | */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) |
| H. Howard Wang <br> **RIMON LAW PC** <br> 100 Overlook Center, 2nd floor <br> Princeton, NJ 08540 <br> (609) 931-4994 <br> howard.wang@rimonlaw.com | Daniel A. Taylor (No. 6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com |
| | *Counsel for Defendant Changzhou Pharmaceutical Factory* |