## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) | |
| | ) | C.A. No. 24-621 (CFC) |
| Plaintiffs, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | **ANDA CASE** |
| | ) | |
| APOTEX INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 21, 2025, a true and correct copy of (1) Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A. Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Production to Aurobindo (Nos. 1-77); and (2) Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A. Inc.'s Objections and Responses to Plaintiffs' First Set of Common Interrogatories to Defendants (Nos. 1-6) were served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Jack B. Blumenfeld | Dimitrios T. Drivas |
| Megan E. Dellinger | John P. Scheibeler |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Joel L. Broussard |
| 1201 North Market Street | WHITE & CASE LLP |
| P.O. Box 1347 | 1221 Avenue of the Americas |
| Wilmington, DE 19899 | New York, NY 10020 |
| jblumenfeld@morrisnichols.com | ddrivas@whitecase.com |
| mdellinger@morrisnichols.com | jscheibeler@whitecase.com |
| | joel.broussard@whitecase.com |

Dated: May 21, 2025

Respectfully submitted,

/s/ Kaan Ekiner
Kaan Ekiner (#5607)
COZEN O'CONNOR

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc*