## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>APOTEX INC. et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 21, 2025, a true and correct copy of (1) Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Production to MSN (Nos. 1-77); and (2) Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.'s Objections and Responses to Plaintiffs' First Set of Common Interrogatories to Defendants (Nos. 1-6) were served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Dimitrios T. Drivas<br>John P. Scheibeler<br>Joel L. Broussard<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>joel.broussard@whitecase.com |

Dated: May 21, 2025

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
**COZEN O'CONNOR**

| | |
|---|---|
| *Of Counsel*: | 1201 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| W. Blake Coblentz | (302) 295-2046 |
| Aaron S. Lukas | kekiner@cozen.com |
| **COZEN O'CONNOR** | |
| 2001 M Street, NW | *Attorneys for Defendants MSN Laboratories* |
| Suite 500 | *Private Ltd. and MSN Pharmaceuticals Inc.* |
| Washington, DC 20036 | |
| (202) 912-4800 | |
| wcoblentz@cozen.com | |
| alukas@cozen.com | |

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com