## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC. and                )
PFIZER IRELAND                 )
PHARMACEUTICALS,               )
                               )
            Plaintiffs,        )      C.A. No. 1:24-cv-00621-CFC
                               )      **ANDA CASE**
        v.                     )      **(CONSOLIDATED)**
                               )
APOTEX INC., et al.,           )
                               )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of the following document:

**DEFENDANT RUBICON RESEARCH PRIVATE LTD.'S
PROPOSED ESI SEARCH TERMS**

were served upon the attorneys listed below via electronic mail on this 23rd day of

May, 2025 prior to 5:00 Eastern:

Megan Dellinger                        Joel Broussard
MORRIS, NICHOLS, ARSHT & TUNNELL LLP   Dimitrios Drivas
1201 North Market Street               John Scheibeler
P.O. Box 1347                          Samantha Kokonis
Wilmington, DE 19899                   Kevin Georgek
mdellinger@morrisnichols.com           WHITE & CASE LLP
                                       1221 Avenue of the Americas
*Attorneys for Plaintiffs*             New York, NY 10020
                                       joel.broussard@whitecase.com
                                       ddrivas@whitecase.com
                                       jscheibeler@whitecase.com
                                       samantha.kokonis@whitecase.com
                                       kevin.georgek@whitecase.com

                                       *Attorneys for Plaintiffs*

Elizabeth Chang
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071
elizabeth.chang@whitecase.com

*Attorneys for Plaintiffs*

Dated:  May 23, 2025

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Of Counsel:*

Stephen R. Auten
Jaimin H. Shah
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
sauten@taftlaw.com
jshah@taftlaw.com

*Attorneys for Defendant*
*Rubicon Research Private Ltd.*