IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>           Plaintiffs,<br><br>    v.<br><br>APOTEX INC., et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>) |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company and defendants Apotex Inc., Apotex Corp., and Changzhou Pharmaceutical Factory hereby stipulate and agree, subject to the approval of the Court, that the time for Plaintiffs to produce documents to Apotex Inc., Apotex Corp., and Changzhou Pharmaceutical Factory pursuant to Paragraph 10(b) of the Scheduling Order (D.I. 25) with respect to U.S. Patent Nos. 8,314,117 and 8,759,372 is extended to June 19, 2025.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| _____ | _____ |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801-1494 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| jtigan@morrisnichols.com | chitch@morrisjames.com |
| mdellinger@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs Pfizer Inc.,* | *Apotex Inc. and Apotex Corp.* |
| *Pfizer Ireland Pharmaceuticals* | |
| *Unlimited Company, and* | |
| *Bristol-Myers Squibb Company* | |
| | SMITH KATZENSTEIN JENKINS LLP |
| | /s/ *Daniel A. Taylor* |
| | _____ |
| | Neal C. Belgam (#2721) |
| | Daniel A. Taylor (#6934) |
| | 1000 West Street, Suite 1501 |
| | Wilmington, DE 19801 |
| | (302) 652-8400 |
| | nbelgam@skjlaw.com |
| | dtaylor@skjlaw.com |
| | |
| | *Attorneys for Defendant* |
| May 29, 2025 | *Changzhou Pharmaceutical Factory* |

SO ORDERED this _____ day of May 2025.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

2