# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC. et al,<br><br>　　　　Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on June 10, 2025, pursuant to Court's Scheduling Order (D.I. 25), the Stipulation Order Regarding Extension of Time (D.I. 80), and Paragraph 4(d) of the District of Delaware Default Standard for Discovery, Defendants Apotex Inc., Apotex Corp., Aurobindo Pharma Ltd., Aurobindo Pharma U.S.A., Inc., Changzhou Pharmaceutical Factory, MSN Laboratories Private Ltd., MSN Pharmaceuticals Inc., Natco Pharma Ltd., Rubicon Research Private Ltd., and Teva Pharmaceuticals Inc. served their Proposed Constructions and Supporting and Rebuttal Intrinsic Evidence on the following counsel of record for Plaintiffs:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas<br>
Joel L. Broussard<br>
John P. Scheibeler<br>
WHITE & CASE LLP<br>
1221 Avenue of the Americas<br>
New York, NY 10020<br>
ddrivas@whitecase.com<br>
joel.broussard@whitecase.com<br>
jscheibeler@whitecase.com

| | |
|---|---|
| Dated: June 10, 2025 | **SMITH KATZENSTEIN & JENKINS LLP** |
| *Of Counsel:* | */s/ Daniel A. Taylor*<br>Neal C. Belgam (No. 2721) |
| H. Howard Wang<br>**RIMON LAW PC**<br>100 Overlook Center, 2nd floor<br>Princeton, NJ 08540<br>(609) 931-4994<br>howard.wang@rimonlaw.com | Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |
| | *Counsel for Defendant Changzhou Pharmaceutical Factory* |