IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>          Plaintiffs,<br><br>     v.<br><br>APOTEX INC., et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 19 of the Court's Scheduling Order (D.I. 25), Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company and Defendants Apotex Inc., Apotex Corp., Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., Changzhou Pharmaceutical Factory, MSN Laboratories Private Ltd., MSN Pharmaceuticals Inc., Natco Pharma Ltd., Rubicon Research Private Ltd. Pharmaceuticals, Inc., and Teva Pharmaceuticals, Inc. respectfully submit their Joint Claim Construction Chart identifying for the Court the claims terms and respective constructions on which the parties have agreed (Exhibit A), and the disputed terms/phrases of the asserted claims of U.S. Patent No. 11,083,724 for which the parties seek construction, as well as each party's proposed construction of the

disputed claim language with citations only to the intrinsic evidence in support of their respective proposed constructions (Exhibit B).

A copy of U.S. Patent No. 11,083,724 is attached as Exhibit C.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801-1494 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| jtigan@morrisnichols.com | chitch@morrisjames.com |
| mdellinger@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company* | *Apotex Inc. and Apotex Corp.* |

| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
|---|---|
| */s/ Kaan Ekiner* | */s/ Daniel A. Taylor* |

| Kaan Ekiner (#5607) | Neal C. Belgam (#2721) |
|---|---|
| 1201 North Market Street, Suite 1001 | Daniel A. Taylor (#6934) |
| Wilmington, DE 19801 | 1000 West Street, Suite 1501 |
| (302) 295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | (302) 652-8400 |
| | dtaylor@skjlaw.com |
| | nbelgam@skjlaw.com |

*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*Attorneys for Defendant Changzhou Pharmaceutical Factory*

| COZEN O'CONNOR | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Kaan Ekiner* | */s/ Kelly E. Farnan* |

| Kaan Ekiner (#5607) | Kelly E. Farnan (#4395) |
|---|---|
| 1201 North Market Street, Suite 1001 | Sara M. Metzler (#6509) |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 295-2046 | 920 North King Street |
| kekiner@cozen.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| | farnan@rlf.com |
| | metzler@rlf.com |

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

*Attorneys for Defendant Natco Pharma Ltd.*

| MORRIS JAMES LLP | SHAW KELLER LLP |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Nathan R. Hoeschen* |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendant Rubicon Research Private Ltd.* | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

June 13, 2025