IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| v. | ) ) | **ANDA CASE** |
| APOTEX INC., et al., | ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR CLAIM CONSTRUCTION

Plaintiffs respectfully request that the Court adopt the claim construction positions of the Plaintiffs set forth in the Joint Claim Construction Chart (D.I. 109).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Joel L. Broussard
Samantha Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

June 13, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 13, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance A. Soderstrom, Esquire<br>Christopher B. Prescott, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202-4213<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Jillian M. Schurr, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

Neal C. Belgam, Esquire                                              *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Howard Wang, Esquire                                                 *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Kaan Ekiner, Esquire                                                 *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire                                            *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

| | |
|---|---|
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>Sara M. Metzler, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Christopher J. Sorenson, Esquire<br>W. Reid Morris, Esquire<br>MERCHANT & GOULD, P.C.<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Andrew O. Larsen, Esquire<br>MERCHANT & GOULD, P.C.<br>767 Third Avenue, Suite 23C<br>New York, NY  10017<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Jason M. Wiener, Esquire<br>MERCHANT & GOULD PC<br>1900 Duke Street, Suite 600<br>Alexandria, VA  22314<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

Kenneth L. Dorsney, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Stephen R. Auten, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL  60601
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Karen E. Keller, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Elaine H. Blais, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Daryl L. Wiesen, Esquire
Molly Grammel, Esquire
Emily L. Rapalino, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Madeline R. Bordynoski, Esquire  
GOODWIN PROCTER LLP  
1900 N Street, N.W.  
Washington, DC  20036-1612  
*Attorneys for Defendant Teva*  
*Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Magdalin Peña Jimenez, Esquire  
Gabriel B. Ferrante, Esquire  
GOODWIN PROCTER LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY  10018  
*Attorneys for Defendant Teva*  
*Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)