# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 24-621 (CFC) ) CONSOLIDATED ) ) **ANDA CASE** ) ) ) ) ) |

## **MOTION FOR CLAIM CONSTRUCTION**

Defendants Apotex Inc. and Apotex Corp. ("Apotex"), Aurobindo Pharma Ltd. And Aurobindo Pharma U.S.A., Inc. ("Aurobindo"), Changzhou Pharmaceutical Factory ("Changzhou"), MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. ("MSN"), Natco Pharma Ltd. ("Natco"), Rubicon Research Private Ltd. ("Rubicon"), and Teva Pharmaceuticals Inc. ("Teva") (collectively, "Defendants") respectfully request that the Court adopt Defendants' claim construction positions set forth in the Joint Claim Construction Chart.

|  |  |
|---|---|
|  | MORRIS JAMES LLP |
|  | */s/ Kenneth L. Dorsney* |
|  | _____ |
|  | Kenneth L. Dorsney (#3726) |
|  | Cortlan S. Hitch (#6720) |
|  | 500 Delaware Avenue, Suite 1500 |
|  | Wilmington, DE 19801-1494 |
|  | (302) 888-6800 |
|  | kdorsney@morrisjames.com |
|  | chitch@morrisjames.com |
|  |  |
|  | *Attorneys for Defendants Apotex Inc., Apotex Corp. and Rubicon Research Private Ltd.* |
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| */s/ Kaan Ekiner* | */s/ Daniel A. Taylor* |
| _____ | _____ |
| Kaan Ekiner (#5607) | Neal C. Belgam (#2721) |
| 1201 North Market Street, Suite 1001 | Daniel A. Taylor (#6934) |
| Wilmington, DE 19801 | 1000 West Street, Suite 1501 |
| (302) 295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | (302) 652-8400 |
|  | dtaylor@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | nbelgam@skjlaw.com |
|  | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |

2

| RICHARDS, LAYTON & FINGER, P.A. | SHAW KELLER LLP |
|---|---|
| */s/ Sara M. Metzler* | */s/ Nathan R. Hoeschen* |
| _____ | _____ |
| Kelly E. Farnan (#4395) <br> Sara M. Metzler (#6509) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE  19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> metzler@rlf.com <br><br> *Attorneys for Defendant Natco Pharma Ltd.* | Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> Emily S. DiBenedetto (No. 6779) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br><br> *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

June 13, 2025