# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>APOTEX INC., et al.,<br><br>  Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order (D.I. 25) are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendants serve Answering CC Brief | July 25, 2025 | August 1, 2025 |
| Plaintiffs serve Reply CC Brief | August 13, 2025 | August 20, 2025 |
| Defendants serve Sur-reply CC Brief | August 29, 2025 | No change |
| Submit Joint CC Brief | September 5, 2025 | No change |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Cortlan S. Hitch* |
| _____ | _____ |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801-1494 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| jtigan@morrisnichols.com | chitch@morrisjames.com |
| mdellinger@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Apotex Inc., Apotex Corp. and Rubicon Research Private Ltd.* |
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| /s/ *Kaan Ekiner* | /s/ *Daniel A. Taylor* |
| _____ | _____ |
| Kaan Ekiner (#5607) | Neal C. Belgam (#2721) |
| 1201 North Market Street, Suite 1001 | Daniel A. Taylor (#6934) |
| Wilmington, DE 19801 | 1000 West Street, Suite 1501 |
| (302) 295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | (302) 652-8400 |
| | dtaylor@skjlaw.com |
| | nbelgam@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | SHAW KELLER LLP |
| /s/ *Sara M. Metzler* | /s/ *Karen Keller* |
| Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant Natco Pharma Ltd.* | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (No. 6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Dated:  July 23, 2025

SO ORDERED this _____ day of July, 2025.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

3