IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND )
PHARMACEUTICALS UNLIMITED )
COMPANY, and BRISTOL-MYERS )
SQUIBB COMPANY, )
　 )
　　　　Plaintiffs, ) C.A. No. 24-621 (CFC)
　 ) CONSOLIDATED
　　v. )
　 ) **ANDA CASE**
APOTEX INC., et al., )
　 )
　　　　Defendants. )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *Plaintiffs' Reply Claim Construction Brief* were caused to be served on August 20, 2025, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                    *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Deepro R. Mukerjee, Esquire                   *VIA ELECTRONIC MAIL*
Lance A. Soderstrom, Esquire
Christopher B. Prescott, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY  10020-1605
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*


Joseph M. Janusz, Esquire                     *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28202-4213
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*


Jillian M. Schurr, Esquire                    *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*


Kaan Ekiner, Esquire                          *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*


W. Blake Coblentz Esquire                     *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Keri L. Schaubert, Esquire                      *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*


Neal C. Belgam, Esquire                         *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*


Howard Wang, Esquire                            *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*


Kaan Ekiner, Esquire                            *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire                          *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Keri L. Schaubert, Esquire                         *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Kelly E. Farnan, Esquire                           *VIA ELECTRONIC MAIL*
Sara M. Metzler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Christopher J. Sorenson, Esquire                   *VIA ELECTRONIC MAIL*
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Andrew O. Larsen, Esquire                          *VIA ELECTRONIC MAIL*
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY  10017
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Jason M. Wiener, Esquire                           *VIA ELECTRONIC MAIL*
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA  22314
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Kenneth L. Dorsney, Esquire                        *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Stephen R. Auten, Esquire                          *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL  60601
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Karen E. Keller, Esquire                           *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Elaine H. Blais, Esquire                              *VIA ELECTRONIC MAIL*
Daryl L. Wiesen, Esquire
Molly Grammel, Esquire
Emily L. Rapalino, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*


Madeline R. Bordynoski, Esquire                       *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC  20036-1612
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Magdalin Peña Jimenez, Esquire                        *VIA ELECTRONIC MAIL*
Gabriel B. Ferrante, Esquire
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Samantha Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

August 20, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 20, 2025, upon the following in the manner indicated:

<table>
<tr>
<td>
Kenneth L. Dorsney, Esquire<br>
Cortlan S. Hitch, Esquire<br>
MORRIS JAMES LLP<br>
500 Delaware Avenue, Suite 1500<br>
Wilmington, DE  19801-1494<br>
<em>Attorneys for Defendants Apotex Inc.<br>
and Apotex Corp.</em>
</td>
<td><em>VIA ELECTRONIC MAIL</em></td>
</tr>
<tr>
<td>
Deepro R. Mukerjee, Esquire<br>
Lance A. Soderstrom, Esquire<br>
Christopher B. Prescott, Esquire<br>
KATTEN MUCHIN ROSENMAN LLP<br>
50 Rockefeller Plaza<br>
New York, NY  10020-1605<br>
<em>Attorneys for Defendants Apotex Inc.<br>
and Apotex Corp.</em>
</td>
<td><em>VIA ELECTRONIC MAIL</em></td>
</tr>
<tr>
<td>
Joseph M. Janusz, Esquire<br>
KATTEN MUCHIN ROSENMAN LLP<br>
550 South Tryon Street, Suite 2900<br>
Charlotte, NC  28202-4213<br>
<em>Attorneys for Defendants Apotex Inc.<br>
and Apotex Corp.</em>
</td>
<td><em>VIA ELECTRONIC MAIL</em></td>
</tr>
</table>

Jillian M. Schurr, Esquire                           *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Kaan Ekiner, Esquire                                 *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

W. Blake Coblentz Esquire                            *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Keri L. Schaubert, Esquire                           *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Neal C. Belgam, Esquire                    *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Howard Wang, Esquire                       *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Kaan Ekiner, Esquire                       *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire                  *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Keri L. Schaubert, Esquire
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Kelly E. Farnan, Esquire
Sara M. Metzler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendant Natco Pharma*
*Ltd.*

*VIA ELECTRONIC MAIL*

Christopher J. Sorenson, Esquire
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
*Attorneys for Defendant Natco Pharma*
*Ltd.*

*VIA ELECTRONIC MAIL*

Andrew O. Larsen, Esquire
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY 10017
*Attorneys for Defendant Natco Pharma*
*Ltd.*

*VIA ELECTRONIC MAIL*

Jason M. Wiener, Esquire
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA 22314
*Attorneys for Defendant Natco Pharma*
*Ltd.*

*VIA ELECTRONIC MAIL*

Kenneth L. Dorsney, Esquire                      *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Stephen R. Auten, Esquire                        *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL  60601
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Karen E. Keller, Esquire                         *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Elaine H. Blais, Esquire                         *VIA ELECTRONIC MAIL*
Daryl L. Wiesen, Esquire
Molly Grammel, Esquire
Emily L. Rapalino, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Madeline R. Bordynoski, Esquire          *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC  20036-1612
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

Magdalin Peña Jimenez, Esquire           *VIA ELECTRONIC MAIL*
Gabriel B. Ferrante, Esquire
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*


                                          */s/ Megan E. Dellinger*

                                          _____
                                          Megan E. Dellinger (#5739)