### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APOTEX INC., et al., | )<br>)<br>)<br>)<br>) C.A. No. 1:24-cv-00621-CFC<br>) **ANDA CASE**<br>) **(CONSOLIDATED)**<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro *hac vice* of Aaron M. Johnson of the law firm TAFT STETTINIUS &HOLLISTER LLP to represent Defendant Rubicon Research Private Ltd. in this matter.

Dated: September 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth L. Dorsney
　　　　　　　　　　　　　　　　　　　　　　　Kenneth L. Dorsney (#3726)
　　　　　　　　　　　　　　　　　　　　　　　Cortlan S. Hitch (#6720)
　　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　　　　　　500 Delaware Ave., Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-1494
　　　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　　kdorsney@morrisjames.com
　　　　　　　　　　　　　　　　　　　　　　　chitch@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*Rubicon Research Private Ltd.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
United States District Court Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 be submitted upon filing of this motion.

Date:  September 3, 2025

Signed: _____

Aaron M. Johnson, Esq.
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
(612) 977-8268
ajohnson@taftlaw.com