IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) | |
| | ) | C.A. No. 24-621 (CFC) |
| Plaintiffs, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | **ANDA CASE** |
| | ) | |
| APOTEX INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT APPENDIX IN SUPPORT OF**
**JOINT CLAIM CONSTRUCTION BRIEF**

| Exhibit No. | Description | Appendix No. |
|---|---|---|
| 1 | U.S. Patent No. 11,083,724 | A001-A028 |
| 2 | Declaration of Cory J. Berkland, Ph.D. in Support of Plaintiffs' Opening Claim Construction Brief with Exhibits A-C, dated July 1, 2025 | A029-A086 |
| 3 | U.S. Patent No. 9,192,580 | A087-A095 |
| 4 | U.K. Patent No. 1,548,022 | A096-A103 |
| 5 | American Pharmacists Association Tableting Specification Manual | A104-A109 |
| 6 | U.S. Patent Application Publ'n No. 2013/0203791 | A110-A143 |
| 7 | U.S. Patent Application Publ'n No. 2017/0247381 | A144-A207 |
| 8 | "Mold," Merriam-Webster Dictionary | A208-A213 |
| 9 | "Mold," Dictionary.com | A214-A220 |
| 10 | "Mold," Collins English Dictionary | A221-A234 |
| 11 | Joint Claim Construction Chart – Exhibit B | A235-A242 |
| 12 | Excerpts of International Patent Application Publication No. WO 99/64044 | A243-A245; A278-279[1] |
| 13 | Declaration of Kinam Park, Ph.D. in Support of Defendants' Answering Claim Construction Brief with Exhibits A-F, dated July 31, 2025 | A434-A663 |
| 14 | File History Excerpts of U.S. Patent Application No. 16/767,134 | A664-A761 |
| 15 | File History Excerpts of U.S. Patent Application No. 16/884,196 (which issued as U.S. Patent No. 11,083,724) | A762-A784 |

---

[1] A246-A277 and A280-A433 are intentionally omitted from the Joint Appendix.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc.,*
*Pfizer Ireland Pharmaceuticals, and*
*Bristol-Myers Squibb Company*

1

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

OF COUNSEL:

Deepro R. Mukerjee
Lance A. Soderstrom
Christopher B. Prescott
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 940-8800

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
(704) 444-2000

Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc.
and Apotex Corp.*

2

COZEN O'CONNOR

*/s/ Kaan Ekiner*

_____

OF COUNSEL:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
(202) 912-4800

Keri L. Schaubert
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
(212) 509-9400

Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo
Pharma Limited and Aurobindo
Pharma U.S.A., Inc.*

SMITH KATZENSTEIN JENKINS LLP

*/s/ Daniel A. Taylor*

_____

OF COUNSEL:

Howard Wang
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
(973) 966-3200

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Defendant
Changzhou Pharmaceutical Factory*

3

COZEN O'CONNOR

*/s/ Kaan Ekiner*

_____

OF COUNSEL:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
(202) 912-4800

Keri L. Schaubert
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
(212) 509-9400

Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants MSN
Laboratories Private Ltd. and MSN
Pharmaceuticals Inc.*

4

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

_____

OF COUNSEL:

Christopher J. Sorenson
W. Reid Morris
MERCHANT & GOULD PC
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
(612) 332-5300

Andrew O. Larsen
MERCHANT & GOULD PC
500 Fifth Avenue, Suite 4100
New York, NY  10110
(212) 223-6520

Jason M. Wiener
MERCHANT & GOULD PC
191 Peachtree Road NE, Suite 3800
Atlanta, GA  30303
(703) 684-2500

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant
Natco Pharma Ltd.*

5

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

OF COUNSEL:

Stephen R. Auten
Jaimin H. Shah
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL  60601
(312) 527-4000

Aaron M. Johnson
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
(612) 977-8400

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant Rubicon
Research Private Ltd.*

6

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

OF COUNSEL:

Elaine H. Blais
Daryl L. Wiesen
Emily L. Rapalino
Molly Grammel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
(617) 570-1000

Madeline R. Bordynoski
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC  20036-1612
(202) 346-4000

Gabriel Bruno Ferrante
Magdalin Peña Jimenez
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(212) 813-8800


September 5, 2025

_____
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant Teva
Pharmaceuticals, Inc.*

7