# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS UNLIMITED
COMPANY, and BRISTOL-MYERS
SQUIBB COMPANY,

              Plaintiffs,

      v.

APOTEX INC., et al.,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-621 (CFC)
CONSOLIDATED

**ANDA CASE**

## DECLARATION OF CORY J. BERKLAND, Ph.D. IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF

## TABLE OF CONTENTS

I.     INTRODUCTION ...........................................................................................1

II.    PROFESSIONAL BACKGROUND AND QUALIFICATIONS ..................2

III.   ISSUES ADDRESSED ...................................................................................4

IV.    THE PERSON OF ORDINARY SKILL IN THE ART ................................4

V.     TECHNOLOGY OVERVIEW.......................................................................5

## I.     INTRODUCTION

1.     I have been retained as an independent expert consultant by counsel on behalf of Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company, (collectively, "Pfizer") and Bristol-Myers Squibb Company ("BMS", and together with Pfizer, "Plaintiffs") in connection with *Pfizer Inc. et al. v. Apotex Inc. et al.*, C.A. No. 24-621 (CFC).

2.     I have been informed that Pfizer sued seven generic pharmaceutical companies for patent infringement based on their submission of Abbreviated New Drug Applications ("ANDAs") to the FDA seeking approval to market a generic version of Pfizer's NURTEC ODT® before the expiration of one or more patents listed in the Orange Book as covering NURTEC ODT®, including U.S. Patent No. 11,083,724 ("the '724 Patent").

3.     For my work on this matter, I am being compensated at my current standard rate of $850 per hour.  My compensation is not dependent on the opinions I express herein or on the outcome of this matter.

4.     The opinions expressed herein are based on my education and professional experience, which spans over 25 years.  A copy of my curriculum vitae ("CV") is attached hereto as **Exhibit A**.

5.     In the past four years, I have provided expert testimony at deposition or trial in the following cases: *Allergan, Inc. v. Juno Pharmaceuticals Corp.*, Court File

1

No. T-1994-21; *Peter Staley v. Gilead Sciences, Inc.*, C.A. No. 3:19-2573-EMC (N.D. Cal.); *BMS v. Aurobindo*, C.A. No. 17-374 (D. Del.); *Allergan v. MSN and Sun*, C.A. No. 19-1727 (D. Del.); *Genexa v. KinderFarms*, No. PGR2023-00051 (P.T.A.B.); *UCB, Inc. v. Mylan Technologies, Inc*., C.A. No. 2:22-216-CR; *Avadel CNS Pharmaceuticals v. Jazz Pharmaceuticals*, C.A. No. 21-691-GBW; *Celgene Corp. (BMS) v. Accord Healthcare Inc.*, No. IPR2023-00512 (P.T.A.B.); *Intercept Pharmaceutical, Inc. v. Apotex Inc.*, C.A. No. 20-1105 (D. Del.); *Boehringer Ingelheim Pharmaceuticals. Inc. v. Mylan Pharmaceuticals Inc.*, C.A. No. 1:20-19-TSK (N.D. W. Va.); *Janssen Products, L.P. and Pharma Mar, S.A. v. eVenus Pharmaceuticals Laboratories Inc., et al.*, C.A. No. 2:20-9369 (D.N.J.); *Allergan v. Prollenium*, No. IPR2019-01617 (P.T.A.B.); *Lipocine Inc. v. Clarus Therapeutics, Inc.*, C.A. No. 19-622 (D. Del.); *AstraZeneca v. Mylan Pharms. and Teva Pharms.*, C.A. No. 18-1562 and 18-1685 (D. Del.).

6.      In connection with the preparation of this declaration, I have reviewed the materials listed in **Exhibit B** hereto.

## II.     PROFESSIONAL BACKGROUND AND QUALIFICATIONS

7.      I am the Mark and Becky Ruhmann Levin Professor of Biomedical Engineering at Washington University in Saint Louis.  Before taking my position at Washington University in Saint Louis in late 2023, I was the Solon E. Summerfield Distinguished Professor of Pharmaceutical Chemistry and of Chemical and

2

Petroleum Engineering at the University of Kansas.

8.      I received a Doctor of Philosophy degree from the University of Illinois in 2003 and a Master of Science degree from the University of Illinois in 2001, both from the Department of Chemical and Biomolecular Engineering.  I received a Bachelor of Science degree from Iowa State University Department of Chemical Engineering in 1998.

9.      I have been teaching courses for about 20 years to undergraduate and graduate students in the areas of pharmaceutical formulation and drug delivery.  I have also worked in the area of pharmaceutical formulation for more than 20 years. I am experienced in the practice of pharmaceutical formulation and drug delivery. My research involves years of work with drug formulation and development of oral dosage forms.

10.     I have authored more than 200 peer-reviewed papers and book chapters on topics in the areas of pharmaceutical formulation and drug delivery.

11.     I have co-founded several companies: Orbis Biosciences (sold to Adare Pharmaceuticals), Savara Pharmaceuticals (NASDAQ: SVRA), Orion BioScience, Kinimmune, and Bond Biosciences.  I was the Chief Scientific Officer, member of the Board of Directors, and Chair of the Scientific Advisory Board at Orbis Biosciences and the Chief Executive Officer and Chairman of the Board at Bond Biosciences.  I am currently the Chairman of the Board of Directors at Orion

3

BioScience and the Chief Executive Officer at Kinimmune.

## III.    ISSUES ADDRESSED

12.    I understand that this case has progressed to the stage at which the Court will construe certain claim terms in the '724 Patent.

13.    I have been informed that the claims of a United States patent are to be interpreted from the vantage point of a person of ordinary skill in the art ("POSA") to which the patent pertains, as of the priority date of the patent. I understand the priority date of the '724 Patent to be March 25, 2018.

14.    I have been asked to provide background information in the art of pharmaceutical formulation and the preparation of oral dosage forms, which is the art to which the '724 Patent pertains. This declaration summarizes that information.

15.    If I am asked to testify at the claim construction hearing, I may provide additional background information on the science and technology underlying the '724 Patent. I reserve the right to use visual aids to illustrate my testimony.

16.    I understand that discovery is still ongoing and that the issues in dispute may change as a result. I reserve the right to modify or supplement my opinions as appropriate.

## IV.    THE PERSON OF ORDINARY SKILL IN THE ART

17.    The person of ordinary skill in the art of pharmaceutical formulation and the development of oral dosage forms would have a graduate degree (e.g., M.S.

or Ph.D.) in a relevant field (e.g., chemistry, chemical engineering, or pharmaceutical science) and several years of postgraduate training or practical experience in pharmaceutical formulation development and the preparation of oral dosage forms as of the '724 Patent priority date. Additional training or study could substitute for work experience and additional work experience or training could substitute for formal education.

18.     Based on my education and professional experience, I believe I have the appropriate background to discuss the knowledge of a POSA as of the priority date of the '724 Patent.

## V.     TECHNOLOGY OVERVIEW

19.     The '724 Patent is generally directed to pharmaceutical compositions comprising calcitonin gene-related peptide ("CGRP") receptor antagonists and uses thereof. Rimegepant is one such CGRP receptor antagonist described in the specification of the '724 Patent. I understand that rimegepant is the active pharmaceutical ingredient ("API") in Pfizer's NURTEC ODT® drug product, which is indicated for the acute and preventative treatment of migraine in adults.

20.     According to the patent, pharmaceutical compositions of the invention may be manufactured in a number of different ways. The specification of the '724 Patent states:

> In general, the pharmaceutical compositions of the present invention may be manufactured in conventional methods

5

> known in the art, for example, by means of conventional mixing, dissolving, granulating, dragee-making, levigating, emulsifying, encapsulating, entrapping, lyophilizing processes and the like.

'724 Patent at col. 9, ll. 58-63.  Below, I provide an overview of these processes as they would be understood by a POSA.

21.    **Granulating.**    Granulating refers to processes of agglomeration whereby the API and excipients come together to form "granules" which are then further processed to create a uniform blend that can be encapsulated or compressed into tablets.  Two common methods of granulation are wet granulation and dry granulation.  Wet granulation refers to a process whereby API and excipients are mixed to form a dry blend which is then sprayed with a granulating fluid (e.g., purified water) while mixing to form a wet blend.  The API and excipients in the wet blend come together to form "granules" which can be further processed by chopping, milling, and screening to create a uniform blend.  The uniform blend may then be fed into a tablet press that uses dies to form the molded tablets.  Dry granulation involves compacting a powder mixture into large pieces which are subsequently broken down or "sized" into granules.

22.    Example 1 of the '724 Patent describes a typical wet granulation process.  '724 Patent col. 13, l. 18 – col. 14, l. 37.  Granules are formed in steps 1-5 of the Example 1 process.  The granules are then dried in a fluid bed dryer (step 6), milled (step 7), and combined with other ingredients (steps 9-12) to form a uniform

6

blend.  The blend is then pressed into tablets using a rotary tablet press (steps 16 and 17).  An exemplary rotary tablet press is shown below:



**Figure 1.**  Rotary Tablet Press

**Exhibit C**, Fette Compacting 1200i – Single Rotary Tablet Press American Product Brochure, at 2.  Tablet presses contain a die table with a number of dies that compress the blend and form a tablet in a desired shape, as shown in the images below:



7



**Figures 2 & 3.**  Die Table in a Rotary Tablet Press

**Exhibit C**, Fette Compacting 1200i – Single Rotary Tablet Press American Product Brochure, at 3, 9.

23.    Granulating does not require drying a composition in a mold.

24.    **<u>Lyophilizing.</u>**  Lyophilization or "freeze-drying" refers to processes in which water or another solvent is removed from a composition after it is frozen and placed under a vacuum, allowing ice to change directly from solid to vapor without passing through the liquid phase.  The phase transition from solid to gas is also referred to as "sublimation."  Lyophilization processes can be advantageous for active ingredients that are unstable in water.

25.    The '724 Patent describes an exemplary lyophilization process for producing pharmaceutical compositions of the claimed invention.  *See* '724 Patent col. 9, l. 64-col. 10, l. 55.  In this exemplary process, the API is combined with a solution of fish gelatin as a carrier.  That mixture can be contained in a mold and freeze-dried "to produce a solid form in any desired shape."  '724 Patent col. 10, ll.

23-25.  Lyophilization does not require drying a composition in a mold.

26.  **Mixing.**  Mixing is a general term that can refer to combining two or more substances to create a uniform blend.  In the context of the claimed pharmaceutical compositions, mixing is often performed on powders.  Powders can be mixed by passing them through sifters or sieves like those used in the kitchen to sift flour or sugar.  Powders may also be mixed by tumbling the powder in a rotating chamber (e.g., a "V-blender"), as shown below:



**Figure 4.**  V-blender

27.  Mixing does not require drying a composition in a mold.

28.  **Dissolving.**  Dissolving involves mixing a solute (e.g., a solid) in a solvent (e.g., a liquid) to obtain a solution.  Dissolving does not require drying a composition in a mold.

29.  **Dragee-making.**  Dragees generally refer to cores that may contain API and other excipients that are then coated.  Dragee-making does not require drying a composition in a mold.

30.    **Levigating.**  Levigating refers to a process of reducing particle size and grittiness of powders through the use of, for example, a mortar and pestle. Levigating does not require drying a composition in a mold.

31.    **Emulsifying.**  Emulsifying involves dispersing or distributing one liquid through another liquid in which it is immiscible.  Emulsifying does not require drying a composition in a mold.

32.    **Encapsulating.**  Encapsulating involves enclosing an active ingredient and other substances within a capsule shell.  Encapsulating does not require drying a composition in a mold.

33.    **Entrapping.**  Entrapping refers to processes of encapsulating a drug within various carrier systems, including liposomes and microcapsules, to facilitate drug delivery and release.  Entrapping does not require drying a composition in a mold.

34.    In addition to describing a variety of manufacturing methods that can be used to obtain the claimed compositions, the '724 Patent describes a number of different dosage forms.  For example, the specification states:

> The pharmaceutical compositions of the present invention can be prepared in any suitable dosage form including, for example, such as tablets, capsules, nasal sprays, powders, granules, ointments, solutions, suppositories, injections, inhalants, gels, microspheres, and aerosols.

'724 Patent col. 9, ll. 19-23.

10

35.    The claims of the '724 Patent recite "oral solid molded fast-dispersing dosage forms." *See, e.g*., '724 Patent claims 1, 8, 14.  A POSA would understand that the shape (i.e., the molded form) of a pharmaceutical composition in an "oral solid molded fast-dispersing dosage form" impacts how the composition functions.  For example, the shape of the oral solid dosage form is correlated with how "fast-dispersing" it is, as certain shapes impart greater surface area, and greater surface area can impart faster dissolution and thus faster dispersion.  Moreover, the solid dosage form needs to be in a shape conducive to the patient placing the pharmaceutical composition on the tongue, under the tongue, and/or pocketed in the cheek, so that saliva can contact and dissolve the composition rapidly.

11

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 1, 2025

*Cory Bell*

Cory J. Berkland, Ph.D.

12

# EXHIBIT A

**Cory J Berkland**
Mark and Becky Ruhmann Levin Professor
Department of Biomedical Engineering
Department of Chemistry
Washington University in Saint Louis

Office: (785)-864-1455
300G Whitaker Hall
1 Brookings Drive
Saint Louis, MO 63141
coryb@wustl.edu

## Academic Positions

| | |
|---|---|
| Mark and Becky Levin Professor, Washington University in Saint Louis | 2024-present |
| Professor, Biomedical Engineering, Washington University in Saint Louis | 2023-present |
| Professor, Chemistry, Washington University in Saint Louis | 2023-present |
| Solon E. Summerfield Professor, Pharmaceutical Chemistry, The University of Kansas | 2015–2023 |
| Solon E. Summerfield Professor, Chemical & Petroleum Eng., The University of Kansas | 2015–2023 |
| Associate Professor, Pharmaceutical Chemistry, The University of Kansas | 2012–2015 |
| Associate Professor, Chemical & Petroleum Engineering, The University of Kansas | 2012–2015 |
| Assistant Professor, Pharmaceutical Chemistry, The University of Kansas | 2004–2009 |
| Assistant Professor, Chemical & Petroleum Engineering, The University of Kansas | 2004–2009 |

## Education and Professional Training

| | |
|---|---|
| Sabbatical, Sofinnova Ventures, Menlo Park, CA | 2014 |
| Ph.D. Chemical and Biomolecular Engineering, University of Illinois, Urbana, IL | May 2003 |
| M.S. Chemical Engineering, University of Illinois, Urbana, IL | May 2001 |
| B.S. Chemical Engineering, Iowa State University, Ames, IA | December 1998 |

## Professional Experience

| | |
|---|---|
| Co-founder and President, Axioforce, Saint Louis, MO | 2022-present |
| Co-founder and Chief Executive Officer, Kinimmune, Saint Louis, MO | 2020-present |
| Co-founder, Chairman, and Chief Executive Officer, Bond Biosciences, New York, NY | 2020-2023 |
| Co-founder and Chief Scientific Officer, Bond Biosciences, New York City, NY | 2015-present |
| Co-founder and Chairman of the Board, Orion BioScience, Omaha, NE | 2013-present |
| Co-founder and Chief Technology Officer, Savara Pharmaceuticals, Austin, TX | 2008-2014 |
| Co-founder and Chief Scientific Officer, Orbis Biosciences, Lenexa, KS | 2007-2020 |

## Awards

| | |
|---|---|
| Bellows Scholar, The University of Kansas, Lawrence, KS | 2018 |
| National Academy of Inventors, Washington DC | 2017 |
| Bellows Scholar, The University of Kansas, Lawrence, KS | 2016 |
| Fellow of the American Institute of Medical and Biological Engineering | 2015 |
| Bellows Scholar, The University of Kansas, Lawrence, KS | 2014 |
| Jim Baxendale Commercialization Award, The University of Kansas, Lawrence, KS | 2014 |
| Iowa State University Professional Progress in Engineering Award, Ames, IA | 2013 |
| Leading Light Award, The University of Kansas, Lawrence, KS | 2013 |
| Miller Scholar, The University of Kansas, Lawrence, KS | 2013 |
| Controlled Release Society Young Investigator Award, Quebec City, Canada | 2012 |
| Coulter Foundation Fellow, The Coulter Foundation | 2012 |
| University Scholarly Achievement Award, The University of Kansas, Lawrence, KS | 2012 |
| Nagai Foundation Distinguished Lectureship, Annual DDS Conference, Shizuoka, Japan | 2011 |
| Miller Scholar, The University of Kansas, Lawrence, KS | 2011 |
| Kemper Fellowship for Teaching Excellence, The University of Kansas, Lawrence, KS | 2010 |
| Featured in Science Magazine Online, "The Entrepreneurial Bug" | 2009 |
| Bellows Scholar, The University of Kansas, Lawrence, KS | 2008 |

Cory Berkland															Curriculum Vitae

| | |
|---|---|
| Coulter Translational Research Award, The Coulter Foundation | 2008 |
| Teaching Achievement Recognition, Center for Teaching Excellence, Lawrence, KS | 2007 |
| Outstanding Reviewer for the Journal of Pharmaceutical Sciences | 2007 |
| Miller Scholar, The University of Kansas, Lawrence, KS | 2006 |
| Outstanding Reviewer for the Journal of Pharmaceutical Sciences | 2005 |
| Genencor Outstanding Paper Award, Controlled Release Society, Honolulu, HI | 2004 |
| Best Presentation, Chemical and Biomolecular Engineering Symposium, Urbana, IL | 2003 |
| Graduate College Travel Award, Urbana, IL | 2003 |
| Highlights of Student Posters Award, Controlled Release Society, Seoul, Korea | 2002 |
| Whitaker Award, American Chemical Society, Particles meeting, Orlando, FL | 2002 |
| Featured Technology, University of Illinois Technology Showcase, Urbana, IL | 2001 |

## Publications

1.	Fah Chueahongthong, Sawitree Chiampanichayakul, Natsima Viriyaadhammaa, Pornngarm Dejkriengkraikul, Siriporn Okonogi, Cory Berkland, Songyot Anuchapreeda (2024) Cytotoxicity of Doxorubicin-Curcumin Nanoparticles Conjugated with Two Different Peptides (CKR and EVQ) against FLT3 Protein in Leukemic Stem Cells, Polymers, 16(17):2498

2.	Michael D Kim, Samuel Chung, Nathalie Baumlin, Jian Qian, Robert N Montgomery, Juan Sabater, Cory Berkland, Matthias Salathe (2024) The combination of propylene glycol and vegetable glycerin e-cigarette aerosols induces airway inflammation and mucus hyperconcentration, Scientific Reports, 14(1):1942

3.	Nadia Alissa, Wei Bin Fang, Marcela Medrano, Nick Bergeron, Yuuka Kozai, Qingting Hu, Chloe Redding, John Thyfault, Jill Hamilton-Reeves, Cory Berkland, Nikki Cheng (2024) CCL2 signaling promotes skeletal muscle wasting in non-tumor and breast tumor models, Disease Models & Mechanisms, 17(8)

4.	Utkarsh Ramesh, Jonathan Miller, Bryce Stottelmire, James Beach, Steven Patterson, Laura Cumming, Sabrina Wells Torres, Dakota Even, Petar Dvornic, Cory Berkland (2024) PDMS Microspheres as Rheological Additives for PDMS-Based DIW Inks, Advanced Industrial and Engineering Polymer Research, *in press*

5.	David Schuftan, Yasaman Kargar Gaz Kooh, Jingxuan Guo, Yuwen Sun, Lavanya Aryan, Bryce Stottlemire, Cory Berkland, Guy M Genin, Nathaniel Huebsch (2024) Dynamic control of contractile resistance to iPSC-derived micro-heart muscle arrays, Journal of Biomedical Materials Research Part A, 112(4):534-548

6.	Miller JD, Cabarkapa D, Miller AJ, Frazer LL, Templin TN, Eliason TD, Garretson SK, Fry AC, Berkland CJ (2023) Novel 3D Force Sensors for a Cost-Effective 3D Force Plate for Biomechanical Analysis, Sensors, 23(9):4437

7.	Kyle D Apley, Amber S Griffith, Grant M Downes, Patrick Ross, Mark P Farrell, Peggy Kendall, Cory J Berkland (2023) CD22L Conjugation to Insulin Attenuates Insulin-Specific B Cell Activation, Bioconjugate Chemistry 34(11):2077-2088

8.	Brad Nicklas, Simon Velasquez Morales, Jian Qian, Kyle J Stephens, David R Corbin, Mark B Shiflett, Cory J Berkland, Alan M Allgeier (2023) Identification of Potential Non-Systemic Therapeutics for Hyperammonemia, Drugs and Drug Candidates 2(4):796-809

9.	Johnson SN, Brucks SD, Apley KD, Farrell MP, Berkland CJ (2023) Multivalent Scaffolds to Promote B cell Tolerance, Molecular Pharmaceutics, Molecular Pharmaceutics 20(8):3741-3756

2

Cory Berkland                                                                 Curriculum Vitae

10.  Firdessa-Fite R, Johnson SN, Leon MA, Sestak JO, Berkland C, Creusot RJ (2023) Soluble antigen arrays improve the efficacy and safety of peptide-based tolerogenic immunotherapy, Frontiers in Immunology 15, 1258369

11.  Joaquina C Baranda, Ghulam Rehman Mohyuddin, Andrés M Bur, Yelizaveta Shnayder, Kyle R Sweeney, Kiran Kakarala, Megan Prouty, Harsh Pathak, Rajni Puri, Amrita Mitra, Rashna Madan, M Laird Forrest, Aric Huang, Scott Weir, Andrew K Godwin, Nabil A Alhakamy, J Daniel Griffin, Cory J Berkland (2023) A window of opportunity trial evaluating intratumoral injection of Copaxone® in patients with percutaneously accessible tumors, Translational Medicine Communications, 8(1)

12.  Aparna Raghavachar Chakravarti, Chad E Groer, Huan Gong, Vivian Yudistyra, Marcus Laird Forrest, and Cory J Berkland (2023) Design of a Tumor Binding GMCSF as Intratumoral Immunotherapy of Solid Tumors, Molecular Pharmaceutics, 20(4):1975-1989

13.  Aric Huang, Suresh E Kurhade, Patrick Ross, Kyle D Apley, Jonathan Daniel Griffin, Cory J Berkland, Mark P Farrell (2022) Disrupting N-Glycosylation Using Type I Mannosidase Inhibitors Alters B-Cell Receptor Signaling, ACS Pharmacology and Translational Sciences, 5(11):1062-1069

14.  Aric Huang, Chad Groer, Ruolin Lu, M Laird Forrest, Jonathan Daniel Griffin, Cory J Berkland (2022) Glatiramer Acetate Complexed with CpG as Intratumoral Immunotherapy in Combination with Anti-PD-1, Molecular Pharmaceutics, 19(11):4357-4369

15.  Fah Chueahongthong, Singkome Tima, Sawitree Chiampanichayakul, Pornngarm Dejkriengkraikul, Siriporn Okonogi, Mathurada Sasarom, Soraya Rodwattanagul, Cory Berkland, Songyot Anuchapreeda (2022) Doxorubicin-Loaded Polymeric Micelles Conjugated with CKR- and EVQ-FLT3 Peptides for Cytotoxicity in Leukemic Stem Cells, Pharmaceutics, 14(10)

16.  Aric Huang, Wei Jin, Ahmed S. Fahad, Brooklyn K. Mussman, Grazia Paola Nicchia, Bharat Madan, Matheus Oliveira de Souza, J. Daniel Griffin, Jeffrey L. Bennett, Antonio Frigeri, Cory J. Berkland, and Brandon J. DeKosky (2022) Strategies to Screen Anti-AQP4 Antibodies from Yeast Surface Display Libraries, Antibodies, 11(39)

17.  D Even, CJ Berkland (2022) Selectivity of dehydrogenative silicone-oxygen bond formation in diphenylsilane by base and base-activated catalysts, International Journal of Chemical Kinetics, 54(8):478-487

18.  Anna Wilson, Leslie Laguna, Lansten Yew, Kerry Kao, Kathryn Bauguess, Jiaying Wang, Sofia de la O, Grant Romme, William Gilbert, Ana Rita C Morais, Jian Qian, Cory J Berkland, David R Corbin, Mark B Shiflett (2022) Sorbents for treatment of hereditary hemochromatosis, Medicinal Chemistry Research, 31(1):85-93

19.  Jonathan D Miller, Dimitrije Cabarkapa, Matthew J Hermes, Andrew C Fry, Cory J Berkland (2022) Soft Magnetic Composites as Quantitative 3D Compression Sensors for Wearable Technology, Advanced Materials Technologies, 7(3):2100784

20.  J Qian, NP Wiederhold, T Patterson, H Patterson, CJ Berkland (2021) Polymeric Iron Chelator with Enhanced Iron Affinity as a Broad-Spectrum Antifungal Agent, ACS Applied Polymer Materials 3(12):6034-6039

21.  Kyle D Apley, Amy D Laflin, Stephanie N Johnson, Noora Batrash, J Daniel Griffin, Cory J Berkland, Brandon J DeKosky (2021) Optimized Production of Fc Fusion Proteins by Sortase Enzymatic Ligation, Industrial & Engineering Chemistry Research, 60(47):16839-16853

22.  Chueahongthong F, Tima S, Chiampanichayakul S, Berkland C, Anuchapreeda S. (2021) Co-Treatments of Edible Curcumin from Turmeric Rhizomes and Chemotherapeutic Drugs on Cytotoxicity and FLT3 Protein Expression in Leukemic Stem Cells, Molecules, 26(19):5785

Cory Berkland                                                      Curriculum Vitae

23.  Bryce J Stottlemire, Aparna Chakravarti, Jonathan Whitlow, Cory J Berkland, Mei He (2021) Remote-Controlled 3D Porous Magnetic Interface toward High-Throughput Dynamic 3D Cell Culture, ACS Biomaterials Science & Engineering, 7(9):4535-4544

24.  Pressnall MM, Huang A, Groer CE, Huayamares SG, Laird Forrest M, Berkland CJ. (2021) Glatiramer acetate enhances tumor retention and innate activation of immunostimulants, International Journal of Pharmaceutics, 605:120812

25.  Lou H, Berkland C, Hageman MJ. (2021) Simulating particle movement inside subcutaneous injection site simulator (SCISSOR) using Monte-Carlo method, International Journal of Pharmaceutics, 605:120824

26.  Gelareh Samandi, Vineet Gupta, Neethu Mohan, Peter McHugh, Cory Berkland, Michael Detamore, Stefan Lohfeld (2021) Polymer-coated microparticle scaffolds engineered for potential use in musculoskeletal tissue regeneration, Biomedical Materials, 16(4)

27.  Bryce J Stottlemire, Jonathan D Miller, Jonathan Whitlow, Sebastian G Huayamares, Prajnaparamita Dhar, Mei He, Cory J Berkland (2021) Remote Sensing and Remote Actuation via Silicone–Magnetic Nanorod Composites, Advanced Materials Technologies, 6:6:2001099

28.  J Qian and CJ Berkland (2021) Drug Release Kinetics from Nondegradable Hydrophobic Polymers Can Be Modulated and Predicted by the Glass Transition Temperature, Advanced Healthcare Materials, 10(12):e2100015

29.  NA Alhakamy, DT Curiel, CJ Berkland (2021) The era of gene therapy: from preclinical development to clinical application, Drug Discovery Today, 26(7):1602-1619

30.  Rebuma Firdessa-Fite, Stephanie N Johnson, Martin A Leon, Mohsen Khosravi-Maharlooei, Rocky L Baker, Joshua O Sestak, Cory Berkland, Remi J Creusot (2021) Soluble Antigen Arrays Efficiently Deliver Peptides and Arrest Spontaneous Autoimmune Diabetes, Diabetes, 70(6):1334-1346

31.  Sawalee Saosathan, Jalernsri Khounvong, Methee Rungrojsakul, Trinnakorn Katekunlaphan, Singkome Tima, Sawitree Chiampanichayakul, Cory Berkland, Songyot Anuchapreeda (2021) Costunolide and parthenolide from Champi Sirindhorn (Magnolia sirindhorniae) inhibit leukemic cell proliferation in K562 and molt-4 cell lines, Natural Product Research, 35(6):988-992

32.  JK Ruffalo, JD Miller, CJ Berkland (2021) Compression sensors constructed from ferromagnetic particles embedded within soft materials, MRS Communications, 11:94-99

33.  Jimmy Yuanxi Song, J Daniel Griffin, Nicholas R Larson, Matthew A Christopher, C Russell Middaugh, Cory J Berkland (2021) Synthetic Cationic Autoantigen Mimics Glatiramer Acetate Persistence at the Site of Injection and is Efficacious Against EAE, Frontiers in Immunology, 11:3525

34.  J Daniel Griffin, Sebastian G Huayamares, Towne R Walston, Jimmy Y Song, Michael Shao, Alexander R Sedlacek, Deanna L Diaz, Aparna R Chakravarti, Cory J Berkland (2020) Brain Homogenate Decoys for Antigen-Specific Cell Amplification, ACS Applied Bio Materials, 4(1):387-391

35.  Apley KD, Griffin JD, Johnson SN, Berkland CJ, DeKosky BJ (2020) Tetrameric Fluorescent Antigen Arrays for Single-Step Identification of Antigen-Specific B Cells, Journal of Visualized Experiments, 164

36.  Andrews BT, Barbay S, Tsau S, Berkland C, Townsend J, Detamore M, Tuchek C, Nudo RJ (2020) Manifestations of Apprehension and Anxiety in a Sprague Dawley Cranial Defect Model, Journal of Craniofacial Surgery, 31(8):2364-2367

4

Cory Berkland                                                                Curriculum Vitae

37.   SN Johnson, JD Griffin, C Hulbert, BJ DeKosky, JW Thomas, CJ Berkland (2020) Multimeric insulin desensitizes insulin-specific B cells, ACS Applied Bio Materials, 3(9):6319-6330

38.   Groer C, Zhang T, Lu R, Cai S, Mull D, Huang A, Forrest M, Berkland C, Aires D, Forrest ML (2020) Intratumoral Cancer Chemotherapy with a Carrier-Based Immunogenic Cell-Death Eliciting Platinum (IV) Agent, Molecular Pharmaceutics, 17(11):4334-4345

39.   Huayamares SG, Song JY, Huang A, Crowl SR, Groer CE, Forrest ML, Berkland CJ (2020) Constructing a Biomaterial to Simulate Extracellular Drug Transport in Solid Tumors, Macromolecular Biosciences, 20(12):e2000251

40.   Christopher MA, Johnson SN, Griffin JD, Berkland CJ (2020) Autoantigen Tetramer Silences Autoreactive B Cell Populations, Molecular Pharmaceutics, 17(11):4201-4211

41.   Huang A, Pressnall MM, Lu R, Huayamares SG, Griffin JD, Groer C, DeKosky BJ, Forrest ML, Berkland CJ (2020) Human intratumoral therapy: Linking drug properties and tumor transport of drugs in clinical trials, Journal of Controlled Release, 326:203-221

42.   Alhakamy NA, Alaofi AL, Ahmed OA, A Fahmy U, Md S, Abdulaal WH, Alfaleh MA, Chakraborty A, Berkland CJ, Dhar P (2020) Development of Lipid Membrane Based Assays to Accurately Predict the Transfection Efficiency of Cell-Penetrating Peptide-Based Gene Nanoparticles, International Journal of Pharmaceutics, 580:119221

43.   Pressnall MM, Huayamares SG, Berkland CJ (2020) Immunostimulant Complexed With Polylysine Limits Transport and Maintains Immune Cell Activation, Journal of Pharmaceutical Sciences, 109(9):2836-2846

44.   Griffin JD, Song JY, Sestak JO, DeKosky BJ, Berkland CJ (2020) Linking autoantigen properties to mechanisms of immunity, Advanced Drug Delivery Reviews, 165-166:105-116

45.   Brummer G, Fang W, Smart C, Zinda B, Alissa N, Berkland C, Miller D, and Cheng N (2019) CCR2 signaling in breast carcinoma cells promotes tumor growth and invasion by promoting CCL2 and suppressing CD154 effects on the angiogenic and immune microenvironment, Oncogene, 39(11):2275-2289

46.   Griffin JD, Song JY, Huang A, Sedlacek AR, Flannagan KL, Berkland C (2019) Antigen-specific immune decoys intercept and exhaust autoimmunity to prevent disease, Biomaterials, 222:119440

47.   Antunez LR, Pressnall MM, Berkland C (2019) Adjuvants as Delivery Systems in Antigen-Specific Immunotherapies, Journal of Pharmaceutical Sciences, 108(12):3831-3841

48.   Qian J and Berkland C (2019) Conformational Stability Effect of Polymeric Iron Chelators, iScience, 21:134-134

49.   Hu Q, Myers M, Fang W, Yao M, Brummer G, Hawj J, Smart C, Berkland C, Cheng N, (2019) Role of ALDH1A1 and HTRA2 expression in CCL2/CCR2-mediated breast cancer cell growth and invasion, Biology Open, 8(7)

50.   Lu R, Groer C, Kleindl PA, Moulder KR, Huang A, Hunt JR, Cai S, Aires DJ, Berkland C, Forrest ML, (2019) Formulation and preclinical evaluation of a toll-like receptor 7/8 agonist as an anti-tumoral immunomodulator, 306:165-176

51.   Saosathan S, Khounvong J, Rungrojsakul M, Katekunlaphan T, Tima S, Chiampanichayakul S, Berkland C, Anuchapreeda S, (2019) Costunolide and parthenolide from Champi Sirindhorn (Magnolia sirindhorniae) inhibit leukemic cell proliferation in K562 and molt-4 cell lines, Natural Products Research, 28:1-5

5

Cory Berkland                                                    Curriculum Vitae

52.   Leon MA, Firdessa-Fite R, Ruffalo J, Pickens CJ, Sestak JO, Creusot R, Berkland C. (2019) Soluble Antigen Arrays as a Multivalent Display of Mimotopes recognized by Diabetogenic T cells for the Treatment of Type 1 Diabetes, ACS Chemical Biology, 14(7):1436-1448

53.   Pickens CJ, Christopher MA, Leon MA, Pressnall MM, Johnson SN, Thati S, Sullivan BP, Berkland C. (2019) Antigen-Drug Conjugates as a Novel Therapeutic Class for the Treatment of Antigen-Specific Autoimmune Disorders, Molecular Pharmaceutics, 20(5):2115-2122

54.   Griffin JD, Leon MA, Salash JR, Shao M, Hartwell BL, Pickens CJ, Sestak JO, Berkland C. (2019) Acute B-Cell Inhibition by Soluble Antigen Arrays is Valency-Dependent and Predicts Immunomodulation in Splenocytes, Biomacromolecules, 20(5):2115-2122

55.   Leon MA, Wemlinger SM, Larson NR, Ruffalo JK, Middaugh CR, Cambier JC, Berkland C. (2019) Synthesis and Characterization of Multivalent Protein based Soluble Antigen Arrays for Juvenile Diabetes, Molecular Pharmaceutics, 16(4):1563-1572

56.   Griffin JD, Christopher MA, Thati S, Salash JR, Pressnall MM, Weerasekara DB, Lunte SM, Berkland CJ. (2019) Tocopherol Emulsions as Functional Autoantigen Delivery Vehicles Evoke Therapeutic Efficacy in Experimental Autoimmune Encephalomyelitis, Molecular Pharmaceutics, 16(2):607-617

57.   Townsend JM, Beck EC, Gehrke SH, Berkland CJ, Detamore MS (2019) Flow behavior prior to crosslinking: The need for precursor rheology for placement of hydrogels in medical applications and for 3D bioprinting, Progress in Polymer Science, 91:126-140

58.   J.Y. Song, N.R. Larson, S. Thati, I. Torres-Vazquez, N. Martinez-Rivera, N.J. Subelzu-Aispuru, M.A. Leon, E. Rosa-Molinar, C. Schoeneich, M.L. Forrest, C.R. Middaugh, C.J. Berkland (2019) Glatiramer acetate persists at the injection site and draining lymph nodes via electrostatically-induced aggregation, Journal of Controlled Release, 293:36-47

59.   Pacelli S, Basu S, Berkland C, Wang J, Paul A. (2018) Design of a cytocompatible hydrogel coating to modulate properties of ceramic-based scaffolds for bone repair, Cell and Molecular Bioengineering, 11(3):211-217

60.   S Tima, S Okonogi, C Ampasavate, C Berkland, and S Anuchapreeda (2018) FLT3-specific curcumin micelles enhance activity of curcumin on FLT3-ITD overexpressing MV4-11 leukemic cells, Drug Development and Industrial Pharmacy, 45(3):498-505

61.   M. Veisi, S.J. Johnson, K. Shafer-Pelier, J.T. Liang, C. Berkland, M. Chen, and R. Barati (2018) "Controlled release of poly(vinyl sulfonate) scale inhibitor to extend reservoir treatment lifetime" Journal of Applied Polymer Science, 136:47225

62.   Hartwell BL, Pickens CJ, Leon M, Northrup L, Christopher M, Griffin JD, Martinez-Becerra F, Berkland C (2018) Soluble antigen arrays disarm antigen-specific B cells to promote lasting immune tolerance in experimental autoimmune encephalomyelitis, Journal of Autoimmunity, 93:76-88

63.   Xie SX, Baoum AA, Alhakamy NA, Berkland CJ (2018) Calcium enhances gene expression when using low molecular weight poly-l-lysine delivery vehicles, International Journal of Pharmaceutics, 547(1-2):274-281

64.   Van Kampen E, Vandervelden C, Fakhari A, Qian J, Berkland C, Gehrke SH (2018) Design of Hollow Hyaluronic Acid Cylinders for Sustained Intravitreal Protein Delivery, Journal of Pharmaceutical Sciences, 107(9):2354-2365

Cory Berkland                                                      Curriculum Vitae

65.  Ruiz S, Bowen L, Bailey MM, Berkland C (2018) Pulmonary Delivery of Ceftazidime for the Treatment of Melioidosis in a Murine Model, Molecular Pharmaceutics, 15(3):1371-1376

66.  Townsend JM, Andrews BT, Feng Y, Wang J, Nudo RJ, Van Kampen E, Gehrke SH, Berkland CJ, Detamore MS (2018) Superior calvarial bone regeneration using pentenoate-functionalized hyaluronic acid hydrogels with devitalized tendon particles, Acta Biomaterialia. (2018) S1742-7061(18):30083-7

67.  Townsend JM, Zabel TA, Feng Y, Wang J, Andrews BT, Nudo RJ, Berkland C, Detamore MS (2018) Effects of tissue processing on bioactivity of cartilage matrix-based hydrogels encapsulating osteoconductive particles, Biomedical Materials, 13(3):034108

68.  Pickens CJ, Johnson SN, Pressnall MM, Leon M, Berkland C (2018) Practical Considerations, Challenges, and Limitations of Bioconjugation via Azide-Alkyne Cycloaddition, Bioconjugate Chemistry, 29(3):686-701

69.  Dormer NH, Nelson-Brantley J, Staecker H, Berkland CJ (2018) Evaluation of a transtympanic delivery system in Mus musculus for extended release steroids, European Journal of Pharmaceutical Sciences, S0928-0987(18):30027-7

70.  Northrup L, Sullivan BP, Hartwell BL, Garza A, Berkland C (2017) Co-delivery of autoantigen and dexamethasone in incomplete Freund's adjuvant ameliorates experimental autoimmune encephalomyelitis, Journal of Controlled Release, 266:156-165

71.  Shoults CC, Kearns GL, Meyer AR, Moran J, D'Ann Pierce, Abdel-Rahman SM, Berkland CJ, and Dormer NH (2017) Pharmacokinetics of a Taste-Masked Prednisone Oral Microsphere Powder, Journal of Bioequivalence and Bioavailability, 9:547-554

72.  J Qian, BP Sullivan, SJ Peterson, and C Berkland (2017) Nonabsorbable iron binding polymers prevent dietary iron absorption for the treatment of iron overload, ACS Macro Letters 6(4):350-353

73.  Pacelli S, Basu S, Whitlow J, Chakravarti A, Acosta F, Varshney A, Modaresi S, Berkland C, Paul A (2017) Strategies to develop endogenous stem cell-recruiting bioactive materials for tissue repair and regeneration, Advanced Drug Delivery Reviews, 120:50-70

74.  Gupta V, Khan Y, Berkland CJ, Laurencin CT, Detamore MS (2017) Microsphere-Based Scaffolds in Regenerative Engineering, Annual Reviews of Biomedical Engineering, 19:135-161

75.  Kuehl C, Thati S, Sullivan B, Sestak J, Thompson M, Siahaan T, Berkland C (2017) Pulmonary Administration of Soluble Antigen Arrays Is Superior to Antigen in Treatment of Experimental Autoimmune Encephalomyelitis, Journal of Pharmaceutical Sciences, 106(11):3293-3302

76.  Hartwell BL, Pickens CJ, Leon M, Berkland C (2017) Multivalent Soluble Antigen Arrays Exhibit High Avidity Binding and Modulation of B Cell Receptor-Mediated Signaling to Drive Efficacy against Experimental Autoimmune Encephalomyelitis, Biomacromolecules, 18(6):1893-1907

77.  Townsend JM, Dennis SC, Whitlow J, Feng Y, Wang J, Andrews B, Nudo RJ, Detamore MS, Berkland C (2017) Colloidal Gels with Extracellular Matrix Particles and Growth Factors for Bone Regeneration in Critical Size Rat Calvarial Defects., AAPS Journal, 19(3):703-711

78.  S Tima, S Anuchapreeda, C Ampasavate, C Berkland, S Okonogi, and (2017) Stable curcumin-loaded polymeric micellar formulation for enhancing cellular uptake and cytotoxicity to FLT3 overexpressing EoL-1 leukemic cells., European Journal of Pharmaceutics and Biopharmaceutics, 1114:57-68

Cory Berkland                                                        Curriculum Vitae

79.   Dennis SC, Whitlow J, Detamore MS, Kieweg SL, Berkland C (2017) Hyaluronic-Acid-Hydroxyapatite Colloidal Gels Combined with Micronized Native ECM as Potential Bone Defect Fillers, Langmuir, 33(1):206-218

80.   Ishiguro S, Alhakamy N, Uppalapati D, Delzeit J, Berkland C, Tamura M (2017) Combined local pulmonary and systemic delivery of AT2R gene by modified TAT peptide nanoparticles attenuates both murine and human lung carcinoma xenografts in mice, Journal of Pharmaceutical Sciences, 106(1):385-394

81.   Northrup L, Sullivan BP, Hartwell BL, Garza A, Berkland C (2017) Screening Immunomodulators To Skew the Antigen-Specific Autoimmune Response, Molecular Pharmaceutics, 14(1):66-80

82.   Teresk MG, Berkland CJ, Dormer NH (2017) Deficiencies in Traditional Oral Dosage Forms and the Emergence of Controlled-Release Powder Manufacturing, KONA: Powder and Particle Journal, 34:91-105

83.   Mohammadi Z, Sun S, Berkland C, Liang JT (2016) Chelator-mimetic multi-functionalized hydrogel: Highly efficient and reusable sorbent for Cd, Pb, and As removal from waste water, Chemical Engineering Journal 307:496-502

84.   S Tima, S Okonogi, C Ampasavate, C Pickens, C Berkland, and S Anuchapreeda (2016) Development and Characterization of FLT3-Specific Curcumin-Loaded Polymeric Micelles as a Drug Delivery System for Treating FLT3-Overexpressing Leukemic Cells, Journal of Pharmaceutical Sciences, 105(12):3645-3657

85.   Berkland C, Middaugh CR (2016) Overcoming formulation challenges for the next generation of vaccines, Expert Opinion on Drug Delivery, 13(11):1501-1502

86.   Ruiz S, Bowen L, Berkland C, Bailey MM (2016) Formulation and Characterization of Nanocluster Ceftazidime for the Treatment of Acute Pulmonary Melioidosis, Journal of Pharmaceutical Sciences, 105(11):3399-3408

87.   Gupta V, Tenny KM, Barragan M, Berkland CJ, Detamore MS (2016) Microsphere-based scaffolds encapsulating chondroitin sulfate or decellularized cartilage, Journal of Biomaterial Applications, 31(3):328-343

88.   Fang WB, Yao M, Brummer G, Acevedo D, Alhakamy N, Berkland C, Cheng N (2016) Targeted gene silencing of CCL2 inhibits triple negative breast cancer progression by blocking cancer stem cell renewal and M2 macrophage recruitment, Oncotarget, 7(31):49349-49367

89.   Gupta V, Lyne DV, Barragan M, Berkland CJ, Detamore MS (2016) Microsphere-based scaffolds encapsulating tricalcium phosphate and hydroxyapatite for bone regeneration, Journal of Materials Science: Materials in Medicine, 27(7):121

90.   Kuehl C, Zhang T, Kaminskas LM, Porter CJ, Davies NM, Forrest L, Berkland C (2016) Hyaluronic Acid Molecular Weight Determines Lung Clearance and Biodistribution after Instillation, Molecular Pharmaceutics, 13(6):1904-14

91.   Sridharan B, Mohan N, Berkland CJ, Detamore MS (2016) Material characterization of microsphere-based scaffolds with encapsulated raw materials, Material Science and Engineering C: Materials for Biological Applications, 63:422-8

92.   Beck EC, Barragan M, Libeer TB, Kieweg SL, Converse GL, Hopkins RA, Berkland CJ, Detamore MS (2016) Chondroinduction from Naturally Derived Cartilage Matrix: A Comparison Between Devitalized and Decellularized Cartilage Encapsulated in Hydrogel Pastes, Tissue Engineering Part A, 22(7-8):665-679

8

A052

Cory Berkland                                                        Curriculum Vitae

93.   Antunez LR, Livingston A, Berkland C, Dhar P (2016) Physiochemical properties of aluminum adjuvants elicit differing reorganization of phospholipid domains in model membranes, Molecular Pharmaceutics, 13(5):1731-7

94.   Hartwell BL, Martinez-Becerra F, Chen J, Shinogle HE, Sarnowski M, Moore DS, Berkland C. (2016) Antigen-Specific Binding of Multivalent Soluble Antigen Arrays Induces Receptor Clustering and Impedes B Cell Receptor Mediated Signaling, Biomacromolecules, 17(3):710-22

95.   Alhakamy NA, Dhar P, Berkland CJ (2016) Charge Type, Charge Spacing, and Hydrophobicity of Arginine-Rich Cell-Penetrating Peptides Dictate Gene Transfection., Molecular Pharmaceutics, 13(3):1047-57

96.   Alhakamy NA, Ishiguro S, Uppalapati D, Berkland CJ, Tamura M (2016) AT2R Gene Delivered by Condensed Polylysine Complexes Attenuates Lewis Lung Carcinoma after Intravenous Injection or Intratracheal Spray, Molecular Cancer Therapeutics, 15(1):209-18

97.   Hartwell BL, Smalter Hall A, Swafford D, Sullivan BP, Garza A, Sestak JO, Northrup L, Berkland C. (2015) Molecular Dynamics of Multivalent Soluble Antigen Arrays Support Two-Signal Codelivery Mechanism in Treatment of Experimental Autoimmune Encephalomyelitis, Molecular Pharmaceutics, 13(2):330-343

98.   Northrup L, Christopher MA, Sullivan BP, Berkland C. (2016) Combining Antigen and Immunomodulators: Emerging Trends in Antigen-Specific Immunotherapy for Autoimmunity, Advanced Drug Delivery Reviews, 98:86-98

99.   J Qian, BP Sullivan, and C Berkland (2015) pH-responsive micelle sequestrant polymers inhibit fat absorption, Biomacromolecules, 16(8):2340-2346

100. Gupta V, Mohan N, Berkland CJ, Detamore MS (2015) Microsphere-Based Scaffolds Carrying Opposing Gradients of Chondroitin Sulfate and Tricalcium Phosphate, Frontiers of Bioengineering and Biotechnology, 3:96

101. Mohan N, Gupta V, Sridharan B, Mellott AJ, Easley JT, Palmer RH, Galbraith RA, Key VH, Berkland CJ, Detamore MS, (2015) Microsphere-based gradient implants for osteochondral regeneration: a long term study in sheep, Regenerative Medicine, 10(6):709-728

102. Sutherland AJ, Beck EC, Dennis SC, Converse GL, Hopkins RA, Berkland CJ, Detamore MS. (2015) Decellularized cartilage may be a chondroinductive material for osteochondral tissue engineering, PLoS One, 10(5)

103. Sullivan BP, El-Gendy N, Kuehl C, Berkland C. (2015) Pulmonary Delivery of Vancomycin Dry Powder Aerosol to Intubated Rabbits, Molecular Pharmaceutics, 12(8):2665-2674

104. El-Gendy N, Qian J, Eshelman K, Rivera M, Berkland C. (2015) Antibiotic activity of iron-sequestering polymers, Biomacromolecules, 16(5):1480-1488

105. Alhakamy NA, Elandaloussi I, Ghazvini S, Berkland CJ, Dhar P. (2015) Effect of lipid headgroup charge and pH on the stability and membrane insertion potential of calcium condensed gene complexes, Langmuir, 31(14):4232-4245

106. Qian J, Berkland C. (2015) pH-sensitive triblock copolymers for efficient siRNA encapsulation and delivery, Polymer Chemistry, 6(18):3472-3479

A053

Cory Berkland                                                    Curriculum Vitae

107. Fang WB, Yao M, Jokar I, Alhakamy N, Berkland C, Chen J, Brantley-Sieders D, Cheng N. (2015) The CCL2 chemokine is a negative regulator of autophagy and necrosis in luminal B breast cancer cells. Breast Cancer Research Treatment, 150(2):309-320

108. W. Pornputtapitak, N. El-Gendy, and C. Berkland (2015) NanoCluster Itraconazole Formulations Provide a Potential Engineered Drug Particle Approach to Generate Effective Dry Powder Aerosols, Journal of Aerosol Medicine and Pulmonary Drug Delivery, 28(5):341-52

109. Beck EC, Lohman B, Tabakh D, Kieweg SL, Gehrke SH, Berkland CJ, Detamore MS, (2015) Enabling surgical placement of hydrogels through achieving paste-like rheological behavior in hydrogel precursor solutions, Annals of Biomedical Engineering, 43(10):2569-76

110. Hartwell BL, Antunez L, Sullivan BP, Thati S, Sestak JO, Berkland C. (2015) Multivalent Nanomaterials: Learning from Vaccines and Progressing to Antigen-Specific Immunotherapies. Journal of Pharmaceutical Science, 104(2):346-361

111. Thati S, Kuehl C, Hartwell B, Sestak J, Siahaan T, Forrest L, Berkland C. (2015) Routes of Administration and Dose Optimization of Soluble Antigen Arrays in Mice with Experimental Autoimmune Encephalomyelitis. Journal of Pharmaceutical Science, 104(2):714-721

112. Dennis SC, Bonewald L. Berkland C, Detamore MS (2014) Endochondral Ossification for Enhancing Bone Regeneration: Converging Native ECM Biomaterials and Developmental Engineering in vivo. Tissue Engineering Part B Reviews, 21(3):247-266

113. Sestak JO, Fakhari A, Badawi AH, Siahaan TJ, Berkland C. (2014) Structure, size, and solubility of antigen arrays determines efficacy in experimental autoimmune encephalomyelitis. AAPS Journal Nov;16(6):1185-93.

114. Northrup L, Sestak JO, Sullivan BP, Thati S, Hartwell BL, Siahaan TJ, Vines CM, Berkland C. (2014) Co-delivery of autoantigen and B7 pathway modulators suppresses experimental autoimmune encephalomyelitis. AAPS Journal Nov;16(6):1204-13.

115. C. Kuehl, N. El-Gendy, and C. Berkland (2014) NanoClusters Surface Area Allows Nanoparticle Dissolution with Microparticle Properties. Journal of Pharmaceutical Sciences, 103(6):1787-1796

116. S.C. Dennis, M.S. Detamore, S.L. Kieweg and C. Berkland (2014) Mapping Glycosaminoglycan-Hydroxyapatite Colloidal Gels as Potential Tissue Defect Fillers, Langmuir, 30(12):3528-3537

117. A.A. Baoum, C.R. Middaugh and C. Berkland (2014) DNA complexed with TAT peptide and condensed using calcium possesses unique structural features compared to PEI polyplexes, International Journal of Pharmaceutics, 465(1-2):11-17

118. J. Sestak, S. Thati, L. Northrup, M. Mullins, T.J. Siahaan, and C. Berkland (2014) Co-Delivery of Antigen and an Immune Cell adhesion Inhibitor is Necessary for Efficacy of Soluble Antigen Arrays in Experimental Encephalomyelitis, Molecular Therapy - Methods & Clinical Development, 1:14008

119. W. Pornputtapitak, N. El-Gendy, J. Mermis, A. O'Brien-Ladner and C. Berkland (2014) NanoCluster budesonide formulations enable efficient drug delivery driven by mechanical ventilation, International Journal of Pharmaceutics, 462(1-2):19-28

120. A. Fakhari, Q. Phan, and C. Berkland (2014) Hyaluronic acid colloidal gels as self-assembling elastic biomaterials, Journal of Biomedical Materials Research B, 102(3):612-618

121. C. Chittasupho, J. Sestak, L. Shannon, T.J. Siahaan, C.M. Vines and C. Berkland (2014) Hyaluronic acid graft polymers displaying peptide antigen modulate dendritic cell response in vitro, Molecular Pharmaceutics, 11(1):367-373

10

Cory Berkland                                                      Curriculum Vitae

122. N.A. Alhakamy, A. Kaviratna, C.J. Berkland, and P. Dhar (2013) Dynamic measurements of membrane insertion potential of synthetic cell penetrating peptides, Langmuir, 29(49):15336-15349

123. Q. Wang, Z. Gu, S. Jamal, M.S. Detamore MS, and C. Berkland (2013) Hybrid Hydroxyapatite Nanoparticle Colloidal Gels are Injectable Fillers for Bone Tissue Engineering, Tissue Engineering: Part A, 19(23-24):2586-2593

124. N.H. Dormer, V. Gupta, A.M. Scurto, C.J. Berkland, and M.S. Detamore (2013) Effect of different sintering methods on bioactivity and release of proteins from PLGA microspheres, Materials Science and Engineering Part C, 33(7): 4343–4351, 2013.

125. N.A. Alhakamy, A.S. Nigatu, C. Berkland, and J.D. Ramsey (2013) Noncovalently associated cell-penetrating peptides for gene delivery applications, Therapeutic Delivery, 4(6):741-757

126. N.A El-Gendy, A. Kaviratna, C.J. Berkland, and P. Dhar (2013) Delivery and performance of surfactant replacement therapies to treat pulmonary disorders, Therapeutic Delivery, 4(8):951-980

127. J. Sestak, S. Thati, L. Northrup, M. Mullins, T.J. Siahaan, and C. Berkland (2013) Single-Step Grafting of Aminooxy-Peptides to Hyaluronan: A Simple Approach to Multifunctional Therapeutics for Experimental Autoimmune Encephalomyelitis, Journal of Controlled Release, 168(3):334-340

128. A. Fakhari, Q. Phan, and C. Berkland (2013) Hyaluronic acid nanoparticles titrate the viscoelastic properties of viscosupplements, Langmuir, 29(17):5123-5131

129. A. Fakhari and C. Berkland (2013) Applications and Emerging Trends of Hyaluronic Acid in Tissue Engineering, as a Dermal Filler, and in Osteoarthritis Treatment, Acta Biomaterialia, 9(7):7081-7092

130. N.A. Alhakamy and C. Berkland (2013) Polyarginine molecular weight determines transfection efficiency of calcium condensed complexes, Molecular Therapeutics, 10(5):1940-1948

131. T.C. Suekama, V. Aziz, Z. Mohammadi, C. Berkland, S.H. Gehrke (2013) Synthesis and characterization of poly (N-vinyl formamide) hydrogels – A potential alternative to polyacrylamide hydrogels, Journal of Polymer Science Part A: Polymer Chemistry, 51:435-445

132. S. Thaiboonrod, C. Berkland, A.H. Milani, R. Ulijn and Brian R. Saunders (2013) Poly(vinylamine) Microgels: pH-Responsive Particles with High Primary Amine Contents, Soft Matter, 9:3920-3930

133. R. Phongpradist, S. Chiampanichayakul, S. Tima, T.J. Siahaan, C. Berkland, S. Anuchapreeda, and C. Ampasavate (2012) Potential cIBR-Conjugated PLGA Nanoparticles for Selective Targeting to Leukemic Cells, World Academy of Science, Engineering and Technology, 66:202-210

134. J.H. Jeon, M. Bhamidipati, B. Sridharan, A.M. Scurto, C.J. Berkland, and M.S. Detamore (2012) Tailoring of processing parameters for sintering microsphere-based scaffolds with dense phase carbon dioxide, Journal of Biomedical Materials Research Part B, 101(2):330-337

135. J. Yang, S.X. Xie, Y. Huang, M. Ling, J. Liu, Y. Ran, Y. Wang, J.B. Thrasher, C. Berkland, and B. Li (2012) Prostate-targeted biodegradable nanoparticles loaded with androgen receptor silencing constructs eradicate xenograft tumors in mice, Nanomedicine, 7(9):1297-309

136. T.R. Bagby, S. Duan, S. Cai, S. Thati, C. Berkland, D. Aires and M.L. Forrest (2012) Lymphatic trafficking kinetics and near-infrared imaging using star polymer architectures with controlled anionic character, European Journal of Pharmaceutical Sciences, 47(1):287-294

137. N. El-Gendy, P. Selvam, P. Soni and C. Berkland (2012) Development of Budesonide NanoCluster Dry Powder Aerosols: Processing, Journal of Pharmaceutical Sciences, 101(9):3425-3433

Cory Berkland                                                    Curriculum Vitae

138. N. El-Gendy, P. Selvam, P. Soni and C. Berkland (2012) Development of Budesonide NanoCluster Dry Powder Aerosols: Preformulation, Journal of Pharmaceutical Sciences, 101(9):3434-3444

139. N. El-Gendy, P. Selvam, P. Soni and C. Berkland (2012) Development of Budesonide NanoCluster Dry Powder Aerosols: Formulation and Stability, Journal of Pharmaceutical Sciences, 101(9):3445-3455

140. W. Pornputtapitak, N. El-Gendy, and C. Berkland (2012) Nanocluster budesonide formulations enhance drug delivery through endotracheal tubes, Journal of Pharmaceutical Sciences, 101(3):1063-1072

141. M.M. Bailey, S.R. Kline, M.D. Anderson, J.L. Staymates, C. Berkland (2012) Chemically Modifiable Fluorinated Copolymer Nanoparticles for 19F-MRI Contrast Enhancement, Journal of Applied Polymer Science, 126(4):1218-1227

142. A. Kawabata, A. Baoum, N. Ohta, S. Jacquez, G.M. Seo, C. Berkland, and M. Tamura (2012) Intratracheal administration of a nanoparticle-based therapy with the angiotensin II type 2 receptor gene attenuates lung cancer growth, Cancer Research, 72(8):2057-67

143. B. Buyuktimkin, Q. Wang, P. Kiptoo, J. Stewart, C. Berkland, and T. Siahaan (2012) Vaccine-like controlled-release delivery of an immunomodulating peptide to treat experimental autoimmune encephalomyelitis, Molecular Pharmaceutics, 9(4):979-985

144. Dormer NH, Berkland CJ, Detamore MS (2012) Osteogenic Differentiation of Human Bone Marrow Stromal Cells in Hydroxyapatite-Loaded Microsphere-Based Scaffolds, Tissue Engineering: Part A, 18(7-8):757-767

145. Baoum A, Ovachenkov D, and Berkland C (2012) Calcium Condensed Cell-Penetrating Peptide Complexes Offer Highly Efficient, Low Toxicity Gene Silencing, International Journal of Pharmaceutics, 427(1):134-142

146. Dormer NH, Berkland CJ, Detamore MS (2012) Osteochondral interface regeneration of the rabbit knee with macroscopic gradients of bioactive signals. Journal of Biomedical Materials Research: Part A, 100(1):162-170

147. S. Khondee, C. Olsen, Y. Zeng, C.R. Middaugh, and C. Berkland (2011) Non-covalent PEGylation by polyanion complexation as a means to stabilize keratinocyte growth factor-2 (KGF-2), Biomacromolecules, 12(11):3880-3894

148. N. El-Gendy, W. Pornputtapitak, and C. Berkland (2011) Nanoparticle agglomerates of fluticasone propionate in combination with albuterol sulfate as dry powder aerosols, European Journal of Pharmaceutics, 44(4):522-33

149. C. Chittasupho, T.J. Siahaan, C.M. Vines  and C. Berkland (2011) Autoimmune therapies targeting costimulation and emerging trends in strategies using multivalent therapeutics, Therapeutic Delivery, 2(7):873-889

150. Lazebnik M, Singh M, Friis LA, Berkland CJ, Detamore MS (2011) Biomimetic method for combining the nucleus pulposus and annulus fibrosus for intervertebral disc tissue engineering, Journal of Tissue Engineering and Regenerative Medicine, 5(8): e179-e187

151. Dormer NH, Berkland CJ, Detamore MS (2011) Osteochondral interface regeneration of rabbit mandibular condyle with bioactive signal gradients. Journal of Oral Maxillofacial Surgery, 69(6):50-7

Cory Berkland                                                        Curriculum Vitae

152. N. Mohan, V. Key, K.L. Caldwell, N. Dormer, C. Berkland and M.S. Detamore (2011) Continuous Gradients of Material Composition and Growth Factors for Effective Regeneration of the Osteochondral Interface, Tissue Engineering Part A, 17(21-22):2856-2855

153. Q. Shang, X. Wang, M. Apley, S.B. Kukanich and C. Berkland (2011) PPF Microsphere Depot Sustains NSAID Blood Levels with Infusion-Like Kinetics without 'Burst', Journal of Veterinary Pharmacology and Therapeutics, 35(3):231-8

154. Mohammadi Z, Xie S, Peltier E, Veisi M, Berkland C (2011) Enhancing the selectivity of an iron binding hydrogel, European Polymer Journal, European Polymer Journal, 47(7):1485-1488

155. Khondee S, Baoum A, Siahaan, TJ, Berkland C (2011) Calcium Condensed LABL-TAT Complexes Effectively Target Gene Delivery to ICAM-1 Expressing Cells, Molecular Pharmaceutics, 8(3):788-98

156. C. Chittasupho, L Shannon, J.P. Krise, TJ Siahaan, CM Vines and C. Berkland (2011) Nanoparticles targeting dendritic cell surface molecules effectively block T cell conjugation and shift response, ACS Nano, 5(3):1693-1702

157. Mohammadi Z, Xie S, Allison G, Gehrke S and Berkland C (2011) Siderophore-Mimetic Hydrogel for Iron Chelation Therapy, Journal of Applied Polymer Science, 121(3):1384-1392

158. Baoum A and Berkland C (2011) Calcium Condensation of DNA Complexed with Cell-Penetrating Peptides Offers Efficient, Noncytotoxic Gene Delivery, Journal of Pharmaceutical Sciences, 100(5):1637-1642

159. Wang Q, Jamal S, Detamore MS, Berkland C (2011) PLGA-chitosan/PLGA-alginate nanoparticle blends as biodegradable colloidal gels for seeding human umbilical cord mesenchymal stem cells, Journal of Biomedical Materials Research, Part A 96(3):520-527

160. Fakhari A, Baoum A, Siahaan TJ, Le KB, Berkland C (2011) Controlling ligand surface density optimizes nanoparticle binding to ICAM-1, Journal of Pharmaceutical Sciences, 100(3):1045-1056

161. Janette Williams S, Huang HH, Kover K, Moore W, Berkland C, Singh M, Smirnova IV, Macgregor R, Stehno-Bittel L (2010) Reduction of diffusion barriers in isolated rat islets improves survival, but not insulin secretion or transplantation outcome, Organogenesis 6(2):115-24

162. Aillon KL, El-Gendy N, Dennis C, Norenberg JP, McDonald J, Berkland C (2010) Iodinated NanoClusters as an inhaled computed tomography contrast agent for lung visualization, Molecular Pharmaceutics, 7(4):1274-1282

163. Q. Wang, J. Wang, Q. Lu, M.S. Detamore and C. Berkland (2010) Injectable PLGA based colloidal gels for zero-order dexamethasone release in cranial defects, Biomaterials 31(18):4980-4986

164. Dormer NH, Berkland CJ, Detamore MS (2010) Emerging techniques in stratified designs and continuous gradients for tissue engineering of interfaces. Annals of Biomedical Engineering, 38(6):2121-2141

165. N. El-Gendy, K. Aillon and C. Berkland (2010) "Dry powdered aerosols of diatrizoic acid nanoparticle agglomerates as a lung contrast agent" International Journal of Pharmaceutics, 391(1-2):305-312

166. Xie Y, Aillon KL, Cai S, Christian JM, Davies NM, Berkland CJ, Forrest ML (2010) Pulmonary delivery of cisplatin-hyaluronan conjugates via endotracheal instillation for the treatment of lung cancer. International Journal of Pharmaceutics, 392(1-2):156-163

Cory Berkland                                                    Curriculum Vitae

167. Dormer NH, Singh M, Wang L, Berkland CJ, Detamore MS (2010) Osteochondral interface tissue engineering using macroscopic gradients of bioactive signals. Annals of Biomedical Engineering, 38(6):2167-2182

168. Phongpradist R, Chittasupho C, Okonogi S, Siahaan T, Anuchapreeda S, Ampasavate C, Berkland C (2010) LFA-1 on leukemic cells as a target for therapy or drug delivery. Current Pharmaceutical Design, 16(21):2321-2330

169. M. Singh, N.H Dormer, M.S. Detamore and C. Berkland (2010) Three-dimensional Macroscopic Scaffolds With a Gradient in Stiffness for Functional Regeneration of Interfacial Tissues, Journal of Biomedical Materials Research: Part A 94(3):870-6

170. Z. Mohammadi, X. Wang and C. Berkland (2010) "Magnetic Polyvinylamine Nanoparticles by In Situ Precipitation Reaction" The Journal of Polymer Science Part A: Polymer Chemistry 7(4):1274-1282

171. L. Pickel, T. Matsuzuka, C. Doi, R. Ayuzawa, D.K. Maurya, S. Xie, C. Berkland and M. Tamura (2010) Overexpression of angiotensin II type 2 receptor gene induces cell death in lung adenocarcinoma cells, Cancer Biology & Therapy 9(4)

172. C. Chittasupho, P. Manikwar, J.P. Krise, T. Siahaan and C. Berkland (2010) "cIBR effectively targets nanoparticles to LFA-1 on acute lymphoblastic T cells" Molecular Pharmaceutics 7(1):146-55

173. A. Baoum, N. Dhillon, S. Buch and C. Berkland (2010) "Cationic surface modification of PLG nanoparticles offers sustained gene delivery to pulmonary epithelial cells" Journal of Pharmaceutical Sciences 99(5):2413-22

174. M.M. Bailey, C.M. Mahoney, E. Dempah, J. Davis, M.L. Becker, S. Khondee, E.J. Munson, and C. Berkland (2010) "Fluorinated Copolymer Nanoparticles for Multimodal Imaging Applications;" Macromolecule Rapid Communications, 31(1):87-92

175. S. Khondee, T. Yakovleva and C. Berkland (2010) " Low charge polyvinylamine nanogels offer sustained, low-level gene expression" Journal of Applied Polymer Science, 118(4):1921-1932

176. M. Singh, B. Sandhu, A. Scurto, C. Berkland and M.S. Detamore (2010) "Microsphere-Based Scaffolds for Cartilage Tissue Engineering: Using Subcritical $CO_2$ as a Sintering Agent" Acta Biomaterialia, 6:137-143

177. A. Baoum, S. Xie, and C. Berkland (2009) "'Soft' Calcium Crosslinks Enable Highly Efficient Gene Transfection Using TAT Peptide" Pharmaceutical Research, 26(12):2619-2629

178. M. Staymates, Fletcher R, Staymates J, Gillen G and Berkland C. (2009) Production and characterization of polymer microspheres containing trace explosives using precision particle fabrication technology, Journal of Microencapsulation 27(5):426-35

179. S.J. Johnson, J. Trejo, M. Veisi, G.P. Willhite, J.T. Liang, and C. Berkland (2009) "Effects of divalent cations, seawater, and formation brine on positively charged polyethylenimine/dextran sulfate/chromium(III) polyelectrolyte complexes and partially hydrolyzed polyacrylamide/chromium(III) gelation" Journal of Applied Polymer Science, 115(2):1008-1014

180. S.K. Nune, P. Gunda, P.K. Thallapally, Y.Y. Lin, M.L. Forrest, and C. Berkland (2009) "Nanoparticles for Biomedical Imaging" Expert Opinion on Drug Delivery, 6(11):1175-1194

181. S.J. Williams, Q. Wang, R.R. MacGregor, T.J. Siahaan, L. Stehno-Bittel and C. Berkland (2009) "Adhesion of Pancreatic Beta Cells to Biopolymer Films" Biopolymers, 91(8):676-685

A058

Cory Berkland                                                    Curriculum Vitae

182. N. El-Gendy and C. Berkland (2009) "Combination chemotherapeutic dry powder aerosols via controlled nanoparticle agglomeration" Pharmaceutical Research, 26(7):1752-1763

183. Z. Mohammadi, A. Cole and C. Berkland (2009) "In situ synthesis of iron oxide within polyvinylamine nanoparticle reactors" The Journal of Physical Chemistry Part C, 113(18):7652-7658

184. C. Chittasupho, S. Xie, A. Baoum, T. Yakovleva, T.J. Siahaan and C. Berkland (2009) "ICAM-1 Targeting of Doxorubicin-Loaded PLGA Nanoparticles to Lung Epithelial Cells" European Journal of Pharmaceutical Sciences, 37(2):141-150

185. K.L. Aillon, Y. Xie, N. El-Gendy, C. Berkland, and M.L. Forrest (2009) "Effects of nanomaterial physicochemical properties on in vivo toxicity" Advanced Drug Delivery Reviews, 61(6):457-466

186. C.J. Plumley, E. Gorman, C. Bybee E. Munson and C. Berkland (2009) "Nifedipine Nanoparticle Agglomeration as a Dry Powder Aerosol Formulation Strategy" International Journal of Pharmaceutics, 369(1-2):136-143

187. N. El-Gendy, E. Gorman, E. Munson and C. Berkland (2009) "Budesonide Nanoparticle Agglomerates as Dry Powder Aerosols with Rapid Dissolution" Journal of Pharmaceutical Sciences, 98(8):2731-2746

188. M. Bailey, E. Gorman, E. Munson and C. Berkland (2008) "Pure Insulin Nanoparticle Agglomerates for Pulmonary Delivery" Langmuir, 24(23):13641-13620

189. M. Bailey and C. Berkland (2008) "Nanoparticle Formulations in Pulmonary Drug Delivery" Medicinal Research Reviews, 29(1):196-212

190. M. Singh, C. Berkland and M.S. Detamore (2008) "Strategies and Applications for Incorporating Physical and Chemical Signal Gradients in Tissue Engineering" Tissue Engineering Part B, 14(4):341-366

191. M. Singh, C.P. Morris, R. Ellis, M.S. Detamore and C. Berkland (2008) "Microsphere-Based Seamless Scaffolds Containing Macroscopic Gradients of Encapsulated Factors for Tissue Engineering" Tissue Engineering Part C, 14(4):299-309

192. L. Shi, S. Khondee, T.H. Linz and C. Berkland (2008) "Poly(N-vinylformamide) Nanogels Capable of pH-Sensitive Protein Release" Macromolecules, 41(17):6546-6554

193. L.J. Peek, L. Roberts and C. Berkland (2008) "PLG Nanoparticle Agglomerates as Carriers in Dry Powder Aerosol Formulation of Proteins" Langmuir, 24(17):9775-9783

194. M. Cordova, M. Cheng, J., Trejo,S.J., Johnson, G.P. Willhite, J.T. Liang, and C. Berkland (2008) "Delayed HPAM Gelation via Transient Sequestration of Chromium in Polyelectrolyte Complex Nanoparticles" Macromolecules, 41(12):4398-4404

195. M. Huang and C. Berkland (2008) "Controlled Release of Repifermin® from Polyelectrolyte Complexes Stimulates Endothelial Cell Proliferation" Journal of Pharmaceutical Sciences, 98(1):268-280

196. M. Huang, Z.L. Huang, M. Bilgen and C. Berkland (2008) "MRI Contrast-Enhanced Polyelectrolyte Complexes" Nanomedicine, 4(1):30-40

197. L.J. Peek, C.R. Middaugh and C. Berkland (2008) "Nanotechnology in Vaccine Delivery" Advanced Drug Delivery Reviews, 60(8):915-28

198. N. Zhang, C. Chittasupho, C. Duangrat, T. Siahaan and C. Berkland (2008) "PLGA Nanoparticle-Peptide Conjugate Effectively Targets Intercellular Cell-Adhesion Molecule-1" Bioconjugate Chemistry, 19(1):145-152

Cory Berkland								Curriculum Vitae

199. Q. Wang, L. Wang, M. Detamore and C. Berkland (2008) "Biodegradable Colloidal Gels as Moldable Tissue Engineering Scaffolds" Advanced Materials, 20(2):236-239

200. L. Shi, C.J. Plumley and C. Berkland (2007) "Biodegradable Nanoparticle Flocculates for Dry Powder Aerosol Formulation" Langmuir, 23(22):10897-901

201. M.M. Arnold, E.M. Gorman, L.J. Scheiber, E.J. Munson and C. Berkland (2007) "NanoCipro Encapsulation in Monodisperse Large Porous PLGA Microparticles" Journal of Controlled Release, 120:100-109

202. M. Huang, S.N. Vitharana, L.J. Peek, T. Coop, and C. Berkland (2007) "Polyelectrolyte Complexes Stabilize and Controllably Release VEGF" Biomacromolecules, 8(5):1607-1614

203. L. Shi and C. Berkland (2007) "Acid-Labile Polyvinylamine Micro- and Nanogel Capsules" Macromolecules, 40(13):4635-4643

204. C. Berkland, E.J. Pollauf, C. Raman, R. Silverman, K. Kim, and D.W. Pack (2007) "Macromolecule release from monodisperse PLG microspheres: control of release rates and investigation of release mechanism" Journal of Pharmaceutical Sciences, 95(5):1176-1191

205. C. Berkland, E.J. Pollauf, N. Varde, D.W. Pack, and K. Kim (2007) "Monodisperse liquid-filled biodegradable microcapsules" Pharmaceutical Research, 24(5):1007-1013

206. L. Shi and C. Berkland (2006) "pH-Triggered Dispersion of Nanoparticle Clusters" Advanced Materials, 18(17):2315-2319

207. A.L. Dunehoo, M. Anderson, S. Majumdar, N. Kobayashi, C. Berkland and T.J. Siahaan (2006) "Cell adhesion molecules for targeted drug delivery" Journal of Pharmaceutical Sciences, 95(9):1856-1872

208. E.J. Pollauf, C. Berkland, K. Kim, and D.W. Pack (2005) "In vitro degradation of polyanhydride/polyester core-shell double-wall microspheres" International Journal of Pharmaceutics, 301(1-2):294-303

209. C. Raman, C. Berkland, K. Kim, and D.W. Pack (2005) "Modeling small-molecule release from PLG microspheres: effects of polymer degradation and non-uniform drug distribution" Journal of Controlled Release, 103(1):149-158

210. C. Berkland, K. Kim, and D.W. Pack (2004) "Three-month, zero-order piroxicam release from monodispersed double-walled microspheres of controlled shell thickness" Journal of Biomedical Materials Research 70A(4):576-584

211. C. Berkland, K. Kim, and D.W. Pack (2004) "Uniform double-walled polymer microspheres of controllable shell thickness" Journal of Controlled Release, 96(1):101-111

212. C. Berkland, K. Kim, and D.W. Pack (2004) "Controlling Surface Nano-Structure using Flow-Limited Field-Injection Electrostatic Spraying (FFESS) of Poly-(D,L-lactide-co-glycolide)." Biomaterials, 25(25):5649-58

213. C. Berkland, M.J. Kipper, B. Narasimhan, K. Kim, and D.W. Pack (2004) "Microsphere Size, Precipitation Kinetics, and Drug Distribution Control Drug Release from Biodegradable Polyanhydride Microspheres." Journal of Controlled Release, 94(1):129-141

214. C. Berkland, K. Kim, and D.W. Pack (2003) "PLG microsphere size controls drug release rate through several competing factors." Pharmaceutical Research, 20(7):1055-1062

16

A060

Cory Berkland                                                                                  Curriculum Vitae

215. C. Berkland, M. King, A. Cox, K. Kim, and D.W. Pack (2002) "Precise control of PLG microsphere size provides enhanced control of drug release rate." Journal of Controlled Release, 82(1):137-147

216. C. Berkland, K. Kim, and D.W. Pack (2001) "Fabrication of PLG microspheres with precisely controlled and monodisperse size distributions." Journal of Controlled Release, 73(1):59-74

## Non-Refereed Publications

217. G. Smaldone, I. Gonda, J. Mitchell, O. Usmani, C. Berkland, and A. Clark (2013) Ask the experts: The benefits and challenges of pulmonary drug delivery, Therapeutic Delivery 4(8):1-9

218. C. Berkland (2011) Engineering particles and colloids for pharmaceutical and biomaterial applications, Progress in Drug Delivery Systems XX, Shizuoka, Japan, 1-4

219. C. Berkland (2010) "Next Steps for Pharmaceutical Nanotechnology" Journal of Pharmaceutical Innovation 5(3):70-71

220. C. Berkland, G. Laurence, S. Lermer, P. Soni and M. Crowley (2010) "An overview of NanoCluster powder formulation technology" Pharmaceutical Technology 34(10):72-74,76,78

221. M. Bailey and C. Berkland (2010) "Research Spotlight: Therapeutic Particles and Biomaterials Technology Laboratory at The University of Kansas" Therapeutic Delivery 1(1):29-35

222. D.W. Pack, C. Berkland, N. Varde and K. Kim (2002) Precision polymer microshells for controlled-release drug delivery, 223rd ACS National Meeting extended abstract

223. C. Berkland, K. Kim and D. Pack (2000) Fabrication of PLGA microspheres with precisely controlled, homogeneous size distribution, Proceedings of the International Symposium on Controlled Release of Bioactive Materials, 1130-1131

## Book Chapters

1.   N. El-Gendy, M. Bailey and C. Berkland (2014) "Particle Engineering Technologies for Pulmonary Drug Delivery" Controlled Release Science and Technology: Pulmonary Delivery, Ed. Hugh Smyth and Anthony Hickey, 283-312

2.   N.H. Dormer, C.J. Berkland and M. Singh (2014) "Monodispersed Microencapsulation Technology" Microencapsulation in the Food Industry, Ed. N. Vasisht, A.R. Khare and R. Sobel

3.   M. Bailey and C. Berkland (2010) "Modified release delivery systems" Biodrug Delivery Systems, Vol. 194, Ed. Mariko Morishita and Kinam Park, 234-247

## Invited Presentations

1.   C. Berkland "Delivering drugs to target compartments to treat autoimmune disease, cancer, and others", The University of Utah, Salt Lake City, UT, April 4, 2022

2.   C. Berkland "Designing immunotherapies for injection site retention or drainage to lymphatics", 2021 CSPS/PSJ/CC-CRS Symposium, Ottawa, Canada, May 31, 2021

3.   C. Berkland "A few early lessons in entrepreneurship", University of Houston, Houston, TX, March 3, 2021

4.   C. Berkland "Drugs should be designed with delivery in mind (and vice versa)", Colorado State University, Fort Collins, CO, February 2, 2021

Cory Berkland                                                              Curriculum Vitae

5.   C. Berkland "Drugs should be designed with delivery in mind (and vice versa)", University of Houston, Houston, TX, January 29, 2021

6.   C. Berkland "Drugs should be designed with delivery in mind (and vice versa)", Washington University, St. Louis, MO, March 17, 2020

7.   C. Berkland "A Discussion of Venture Capital and the Role of Scientists and Physicians", Research and Discovery Grand Rounds, The University of Kansas Medical Center, Kansas City, MO, July 20, 2020

8.   C. Berkland "A Review of Clinically Tested ASIT Delivery Systems & Implications for Future Design, Antigen-Specific Immune Tolerance Drug Development, Boston, MA, February 26, 2020

9.   C. Berkland "Drugs should be designed with delivery in mind (and vice versa)", Eli Lilly, Indianapolis, IN, February 20, 2020

10.  C. Berkland "Drugs should be designed with delivery in mind (and vice versa)", Purdue University, February 19, 2020

11.  C. Berkland "Developing a Stakeholder / Investor Pitch", Biotech Startup School, The University of Kansas, Lawrence, KS, February 4, 2020

12.  C. Berkland "Drugs should be designed with delivery in mind (and vice versa)", Bristol Myers Squibb, East Brunswick, NJ, December 9, 2019

13.  J. Whitlow, J. Salash, S. Huayamares, S. Crowl, B. Stottlemire, P. Dhar, M. He, C. Berkland "Remote control, remote sensing of soft materials", Honeywell Advanced Materials Consortia, Knoxville, TN, June 20, 2019

14.  J. Whitlow, J. Salash, S. Huayamares, S. Crowl, B. Stottlemire, P. Dhar, M. He, C. Berkland "Remote control, remote sensing of soft materials", The University of Kansas, Lawrence, KS, January 24, 2019

15.  C. Berkland "Venture capital and financing mechanisms fostering innovative start-up companies", Self Graduate Fellowship, The University of Kansas, Lawrence, KS, January 24, 2019

16.  C. Berkland "Competitive Leverage", Biotech Startup School, The University of Kansas, Lawrence, KS, January 7, 2019

17.  C. Berkland "Mimicking Properties of Natural Biomaterials as a Stem Cell Niche", Midwest Conference on Cell Therapy and Regenerative Medicine, Overland Park, KS, September 14, 2018

18.  C. Berkland "Manufacturing Controlled Release Powders for Patient-Friendly Dosage Forms", Industrial Partners for Research in Interfacial and Materials Engineering, Minneapolis, MN, May 30, 2018

19.  C. Berkland "Translating Research through New Venture Creation", The University of Kansas, Kansas City, KS, April 19, 2018

20.  C. Berkland "Aerosolized ceftazidime for the prophylaxis and treatment of melioidosis", MRIGlobal, Kansas City, MO, November 8, 2017

21.  C. Berkland "Drugs should be designed with delivery in mind (and vice versa)", California Institute for Biomedical Research, La Jolla, CA, November 17, 2017

22.  C. Berkland "Non-viral gene delivery to mucosal surfaces", American Association of Pharmaceutical Scientists Annual Meeting, San Diego, CA, November 15, 2017

18

Cory Berkland                                              Curriculum Vitae

23. C. Berkland "A few early lessons in entrepreneurship", School of Biomedical Engineering, The University of Oklahoma, Norman, OK, September 1, 2017

24. C. Berkland "A few early lessons in entrepreneurship", Inaugural Distinguished Professor Lecture, The University of Kansas, Lawrence, KS, April 6, 2017

25. C. Berkland "Soluble antigen arrays as antigen-specific autoimmune therapy" Globalization of Pharmaceutics Education Network, Lawrence, Kansas, November 12, 2016

26. C. Berkland "Entrepreneurship: Intellectual Property Strategy" Globalization of Pharmaceutics Education Network, Lawrence, Kansas, November 12, 2016

27. C. Berkland "A few early lessons in entrepreneurship", Chemical and Biomolecular Engineering Department, The University of Illinois, Urbana-Champaign, IL, October 23, 2016

28. C. Berkland "A discussion of venture capital and the role of scientists", The University of Texas, Austin, TX, September 29, 2016

29. C. Berkland "Biomaterials and Controlled Release in Bone Tissue Engineering", The University of Kansas Medical Center, Kansas City, KS, June 15, 2016

30. C. Berkland "Early Lessons in Entrepreneurship: A Venture Capital Perspective", American Thoracic Society, San Francisco, CA, September 15, 2016

31. C. Berkland "Drug delivery systems for improving ocular therapeutics", Allergan, Irvine, CA, June 2, 2016

32. C. Berkland "Barriers to effective gene delivery", Cystic Fibrosis Foundation Pushing the Frontiers workshop, Chantilly, VA, June 3, 2015

33. C. Berkland "Polyelectrolyte complexes for gene delivery to lungs", Cystic Fibrosis Foundation Therapeutics Gene Repair and Delivery workshop, Cystic Fibrosis Foundation, Bethesda, MD, December 3, 2014

34. C. Berkland "A few early lessons in entrepreneurship", Bioengineering Department, The University of California, Berkeley, CA, October 15, 2014

35. C. Berkland "Controlled release delivery of proteins" Genentech, South San Francisco, California, December 21, 2014

36. C. Berkland "A few early lessons in entrepreneurship", Chemistry Department, The University of Kansas, Lawrence, KS, February 19, 2014

37. C. Berkland "Translatable Pharmaceutical Formulations of Aerosolized and Topical Antibiotics", U.S. Army Medical Research Institute of Infectious Diseases, Fort Detrick, MD, February 18, 2014

38. C. Berkland "A few early lessons in entrepreneurship", Chemical and Biomolecular Engineering Department 100 year Anniversary Symposium, Iowa State University, Ames, IA, September 27, 2013

39. J. Sestak, S. Thati, L. Northrup, M. Mullins, T.J. Siahaan, and C. Berkland "Single-Step Grafting of Aminooxy-Peptides to Hyaluronan: A Simple Approach to Multifunctional Therapeutics for Experimental Autoimmune Encephalomyelitis", ACS annual meeting, Indianapolis, Indiana, September 9, 2013

40. C. Berkland "Precision Particle Fabrication", ACS annual meeting, Indianapolis, Indiana, September 9, 2013

19

A063

Cory Berkland                                                              Curriculum Vitae

41. C. Berkland "Designing formulation and delivery with drug properties in mind", Gordon Conference: Preclinical Form and Formulation for Drug Discovery, Waterville Valley, New Hampshire, June 5, 2013

42. C. Berkland "Colloids and polymers for chemical delivery", Iowa State University, Ames, IA, April 19, 2013

43. S.C. Dennis, Q. Wang, S. Kieweg, M.S. Detamore and C.J. Berkland "Colloidal Gels as a New Class of 'Bingham Plastic' Biomaterials for Tissue Regeneration", CMBE annual meeting, Kohala Coast, Hawaii, January 6, 2013

44. C. Berkland "Colloids and polymers for drug and chemical delivery", Kansas State University, Manhattan, Kansas, November 5, 2012

45. C. Berkland "Uniform PLGA Microspheres Sustain NSAID Blood Levels With Zero-Order Kinetics", Controlled Release Society Annual Meeting, Quebec, Canada, July 16, 2012

46. C. Berkland "Personal and Professional Experiences in Controlled Release", Controlled Release Society Annual Meeting Young Investigator Award Presentation, Quebec, Canada, July 16, 2012

47. C. Berkland "Advanced Materials and Drug Delivery", Kimberly-Clark Heritage Lecture Series, Atlanta, Georgia, May 31, 2012

48. C. Berkland "Colloids and polymers for chemical delivery", Program of Excellence in Nanotechnology lecture series at MIT, Cambridge, Massachusetts, April 25, 2012

49. C. Berkland "Precision Particle Fabrication" Reckitt Benckiser, Hull, United Kingdom, April 11, 2012

50. C. Berkland "Precision Particle Fabrication" Kimberly-Clark, Atlanta, Georgia, April 4, 2012

51. C. Berkland "Precision Particle Fabrication" Dow Chemical, Midland, Michigan, December 7, 2011

52. J. Liang and C. Berkland "Polyelectrolyte complexes for oil and gas field applications" Schlumberger, Houston, Texas, November 14, 2011

53. C. Berkland "Engineering particles and colloids for pharmaceutical and biomaterial applications" Nagai Foundation Distinguished Lectureship for the Annual DDS Conference, Shizouka, Japan, September 15, 2011 (Keynote address)

54. C. Berkland "Nanoparticle Aerosol Formulations for Delivery of Current Drugs and Emerging Nucleic Acid Therapeutics" Defense Threat Reduction Agency, Washington D.C., August 1, 2011

55. C. Berkland "Regenerative Nanomaterials" Kinetic Concepts, Inc., San Antonio, Texas, July 11, 2011

56. C. Berkland "NanoCluster Technology and Microcapsule Approaches for Improved Dissolution and Solubilization" IQPC Improving Solubility Conference, Philadelphia, Pennsylvania, March 29, 2011

57. C. Berkland "Precision Particle Fabrication" Bioencapsulation Industrial Symposium, San Antonio, Texas, March 8, 2011

58. C. Berkland "Approaches for Synthesis, Formulation and Targeting of Various Contrast-Enhancing Colloids" General Electric Research Center, Albany, New York, January 6, 2011

59. C. Berkland "Targeted Nanomaterial Therapeutics" University of Pennsylvania, Philadelphia, Pennsylvania, January 7, 2011

A064

Cory Berkland                                                    Curriculum Vitae

60. C. Berkland "NanoClusters as Unique High Performance Aerosols" MAP Pharmaceuticals, South San Francisco, California, December 21, 2010

61. C. Berkland "Precision Particle Fabrication" Genentech, South San Francisco, California, December 21, 2010

62. C. Berkland "Colloids Engineered for Drug Delivery and Biomaterials Applications" University of Geneva, Geneva, Switzerland, October 22, 2010

63. C. Berkland "Engineering Particles: Microencapsulation and Advanced Nanoparticle Colloids" Jannsen Pharmaceuticals, Beerse, Belgium, October 21, 2010

64. C. Berkland "Colloids Engineered for Drug Delivery and Biomaterials Applications" Eidgenössische Technische Hochschule, Zürich, Switzerland, October 19, 2010

65. C. Berkland "NanoClusters as Unique High Performance Aerosols" Nycomed, Konstanz, Germany, October 18, 2010

66. C. Berkland "Precision Particles for Controlled Release" Genentech, South San Francisco, California, September 21, 2010

67. C. Berkland "NanoCluster Formulation Technology" Novartis, South San Francisco, California, July 27, 2010

68. C. Berkland "Nanoparticle Formulation Approaches in Injectable and Pulmonary Medicines" The University of Missouri, Kansas City, Missouri, American Association of Pharmaceutical Scientists Student Chapter Distinguished Lecturer Series, May 26, 2009

69. C. Berkland "Particle Engineering in Aerosol and Injectable Formulations" The University of Wisconsin, Madison, Wisconsin, February 27, 2009

70. C. Berkland "Nanoparticles in Pulmonary Medicine" The University of Kansas Medical Center, Division of Pulmonary and Critical Care Medicine, Kansas City, Kansas, October 21, 2008

71. C. Berkland "Particle Engineering in Inhaled and Injectable Drug Formulations" Genentech, South San Francisco, California, July 30, 2008

72. J. Liang, P. Willhite and C. Berkland "Nanotechnology: From Drugs to Oil Refining" 3M Technical Forum, Minneapolis, Minnesota, June 26, 2008

73. C. Berkland "Translating Therapeutic Nanoparticles" Particles 2008, Orlando, Florida, May 11, 2008

74. C. Berkland "Pharmaceutical Applications of Nanoparticle Technology" Cima Labs, Brooklyn Park, Minnesota, August 27, 2007

75. C. Berkland "Engineering Nanoparticles for Biomedicine" National Institute of Standards and Technology, Gaithersburg, Maryland, May 4, 2007

76. M. Cordova, M. Cheng, P.G. Willhite, J. Liang, and C. Berkland "Polyelectrolyte complexes for oil and gas field applications" Conoco Phillips, Bartlesville, Oklahoma, March 13, 2007

77. C. Berkland "Nanoparticles for Targeted Angiogenesis: Potential Applications in Heart Disease and Spinal Cord Injury" Genentech, South San Francisco, California, November 14, 2006

78. C. Berkland "Engineering Pharmaceutical Nanoparticles" Globalization of Pharmaceutics Education Network, Lawrence, Kansas, October 26, 2006

21

Cory Berkland                                                    Curriculum Vitae

79. C. Berkland "Nanoparticle Agglomeration for Dry Powder Formulation" Schering Plough's Pharmaceutical Science Seminar Series in Product Development, Kenilworth, New Jersey, September 27, 2006

80. C. Berkland "Nanoparticle Technology in the Pharmaceutical Industry" AAPS Kansas City Discussion Group, Kansas City, Kansas, August 8, 2006

81. C. Berkland "Nanoclusters as a Unique Drug Delivery Platform" ACS Particles Meeting, Orlando, Florida, May 16, 2006

82. C. Berkland "Designing Particulate Vaccine Delivery Systems" Mannkind Corporation, Valencia, California, January 24, 2006

83. C. Berkland "Precision Particle Fabrication Technology" Southwest Research Institute, San Antonio, Texas, January 11, 2006

84. C. Berkland "Engineering Therapeutic Particles" guest lecturer in senior Biochemical Engineering course at Vanderbilt University, Nashville, Tennessee, November 7, 2005

85. C. Berkland "API Particle Engineering" 47th Annual International Industrial Pharmaceutical Research & Development Conference: Emerging Practices for Advancing Drug Development, Merrimac, Wisconsin, June 7, 2005

86. C. Berkland "Engineering micro- and nanoparticles for enhanced drug delivery performance" University of Kansas, Department of Chemistry, Lawrence, Kansas, March 7, 2005

87. C. Berkland "Improvements in Delivery Strategies Using Particulate Technologies to Treat Infectious Diseases" 3rd Annual Great Plains Infectious Disease Meeting, Lawrence, Kansas, September 18, 2004

## **Thesis Advisor and Postgraduate-Scholar Sponsor**

<u>Graduate students</u>
Huan Gong, Pharmaceutical Chemistry
Grant Downes, Bioengineering
Dakota Even, MS Chemical Engineering
Aparna Chakravarti, PhD Bioengineering
Bryce Stottlemire (co-advisor with Mei He), PhD Bioengineering
Mary Duncan, MS Bioengineering
Justin Ruffalo, MS Bioengineering
Fah Cheuahongthong, PhD Chiang Mai University visiting
Kyle Apley, PhD Pharmaceutical Chemistry
Sebastian Huayamares, MS Bioengineering
Aric Huang, PhD Pharmaceutical Chemistry
Stephanie Johnson, PhD Pharmaceutical Chemistry
Melissa Pressnall, PhD Pharmaceutical Chemistry
Jimmy Song, PhD Pharmaceutical Chemistry
Martin Leon, PhD Chemistry
Jonathan Daniel Griffin, PhD Bioengineering
Matthew Christopher, PhD Pharmaceutical Chemistry
Chad Pickens, PhD Pharmaceutical Chemistry
Lorena Antunez, PhD Pharmaceutical Chemistry
Brittany Hartwell, PhD Bioengineering
Laura Northrup, PhD Pharmaceutical Chemistry

22

A066

Cory Berkland                                                    Curriculum Vitae

Christopher Kuehl, PhD Pharmaceutical Chemistry
Sharadvi Thati, PhD Pharmaceutical Chemistry
Connor Dennis, PhD Bioengineering
Adel Alghaith, MS Pharmaceutical Chemistry
Nabil Alhakamy, PhD Pharmaceutical Chemistry
Warangkana Pornputtapitak, PhD Pharmaceutical Chemistry
Auan Rungisee, PhD Chiang Mai University visiting
Abdul Baoum, PhD Pharmaceutical Chemistry
Qun Wang, PhD Chemical Engineering
Milind Singh (co-advisor with Michael Detamore), PhD Chemical Engineering
Mark Bailey, PhD Bioengineering
Carl Plumley, MS Chemical Engineering
Zahra Mohammdi, PhD Chemical Engineering
Chuda Chittasupho, PhD Pharmaceutical Chemistry
Supang Khondee, PhD Pharmaceutical Chemistry
Joshua Sestak, PhD Pharmaceutical Chemistry
Amir Fakhari, PhD Bioengineering
Matthew Arnold, MS Chemical Engineering


Postdoc sponsor
Bryce Stottlemire, KU, Lawrence
Kyle Apley, KU, Lawrence
Stephanie Johnson, KU, Lawrence
Jonathan Miller, KU, Lawrence
Jonathan Daniel Griffin, KU, Lawrence
Sharadvi Thati, KU, Lawrence
Madhuri Patil, KU, Lawrence
Bradly Sullivan, KU, Lawrence
Sara Thomas, KU, Lawrence
Ola Alawode, KU, Lawrence
Jun Chen, KU, Lawrence
Jian Qian, KU, Lawrence
Joshua Sestak, KU, Lawrence
Xiang Wang, KU, Lawrence
Qing Shang, KU, Lawrence
Nashwa El Gendy, KU, Lawrence
Sheng-Xue Xie, KU, Lawrence
Tatyana Yakovleva, KU, Lawrence
Huili Guan, KU, Lawrence
Azita Ahosseini, KU, Lawrence
Kristin Aillen, KU, Lawrence
Julieta Trejo, KU, Lawrence (co-advised with Paul Willhite and Jenn-Tai Liang)
Stephen Johnson, KU, Lawrence (co-advised with Paul Willhite and Jenn-Tai Liang)
Ying Ying Lin, KU, Lawrence (co-advised with Paul Willhite and Jenn-Tai Liang)
Parthiban Selvam, KU, Lawrence
Yasunori Iwao, University of Shizuoka, Japan
Satish Nune, KU, KU, Lawrence
Navneet Dhillon, KU Medical Center, Kansas City (co-advised with Shilpa Buch)
Lianjun Shi, KU, Lawrence
Min Huang, KU, Lawrence
Laura Peek, KU, Lawrence
Samadhi Vitharana, KU, Lawrence
Na Zhang, Associate Professor, Shandong University, China
Chadarat Duangrat, Assistant Professor, Chiang Mai University, Thailand


Lab technicians

23

A067

Cory Berkland                                                    Curriculum Vitae

Utkarsh Ramesh, KU, Lawrence
Jean Salash, KU, Lawrence
Jon Whitlow, KU, Lawrence

## **Teaching Experience**

| | |
|---|---|
| Pharmaceutical Chemistry | Fall 2006 |
| PHCH 510 Emerging Trends in Pharmaceutical Chemistry | Fall 2008 |
| | Fall 2010 |
| | Fall 2012 |
| | Fall 2016 |
| | Fall 2018 |
| | Fall 2020 |
| | |
| Chemical Engineering/Pharmaceutical Chemistry | Fall 2005 |
| CPE/PHCH 715 Drug Delivery | Fall 2007 |
| Coordinated and taught a new graduate-level course in drug delivery principles. | Fall 2009 |
| | Fall 2011 |
| | Fall 2013 |
| | Spring 2016 |
| | Spring 2017 |
| | Spring 2018 |
| | Spring 2019 |
| | Spring 2020 |
| | Spring 2021 |
| | Spring 2022 |
| | Spring 2023 |
| | |
| Pharmaceutical Chemistry | Spring 2016 |
| PHCH 626 Biopharmaceutics and Drug Delivery | Spring 2017 |
| | Spring 2018 |
| | Spring 2019 |
| | Spring 2020 |
| | Spring 2021 |
| | Spring 2022 |
| | Spring 2023 |
| | |
| Chemical Engineering | Spring 2008 |
| CPE 221 Introduction to Thermodynamics | Spring 2009 |
| | Spring 2010 |
| | |
| Chemical Engineering | Fall 2006 |
| CPE 111 Introduction to Chemical Engineering | |
| | |
| Chemical Engineering | Fall 2006 |
| CPE 800 Graduate Seminar | |
| | |
| Chemical Engineering | Spring 2005 |
| CPE 732 Advanced Transport Phenomena II | Spring 2006 |
| Coordinated and taught the mass transport course to graduate students. | Spring 2007 |

Cory Berkland                                                    Curriculum Vitae

## Teaching Recognition

W.T. Kemper Fellowship for Teaching Excellence (2010)

C&PE 656 Introduction to Biomedical Engineering (2006)
    Received second most votes for "best teacher" out of 12 guest lecturers for C&PE 656. Two of these
    lecturers were Kemper Award winners.

Teaching Achievement Award from CPE graduate students at the CTE Celebration of Teaching (2007)

C&PE 656 Introduction to Biomedical Engineering (2008)
    Received most votes for "best teacher" out of 12 guest lecturers for C&PE 656.


## Professional Activities

Cystic Fibrosis Foundation Workshop panel to determine funding directives (2014)

NIH Study Sections: NHLBI Programs of Excellence in Nanotechnology, NIAID B cell Immunology
Program, ETTN special emphasis on pediatric medicine, NANO

Training grants –   Advisory Board; NIH NIAID – Multidimensional Vaccinogenesis
                    Advisory Board; NIH NIGMS – Pharmaceutical Aspects of Biotechnology

Journal Advisory Boards – Molecular Pharmaceutics (2021-present)
                          Journal of Pharmaceutical Sciences (2008-present)
                          Journal of Pharmaceutical Innovation (2008-2014)
                          Therapeutic Delivery (2009-2015)

Academic Advisory Boards – Center for Cancer Engineering, The Ohio State University
                           Center for Convergence of Bioscience and Medicine, University of Alabama
                           Kansas University Innovation Center, The University of Kansas
                           D3ET Research Program Steering Committee, The University of Kansas
                           Midwest Stem Cell Therapy Center, The University of Kansas
                           KU Strategic Initiative Committee "Promoting Well-Being, Finding Cures"

Corporate Advising – Banner Life Sciences (2015-2017)
                     Dauntless Pharmaceuticals (2015-2016)

Tai'an Business Trip for Foreign Experts – One of 61 invitees traveling to Shandong, China to provide
advice and collaboration opportunities for Chinese businesses.

Lawrence High School, Lawrence, KS – Technology Department Advisory Board (2006-2012). Served to
develop/improve curriculum for pre-engineering training of local junior high and high schools.

Education –    Director – Pharmaceutical Chemistry Undergraduate Research Program (2006-2020)
               Director – Education through Outreach with Lawrence High School (NSF sponsored). More
                 than 25 high school students have conducted research at KU through this program.
                 (2008-2013)
               Director – Biomolecular Engineering Track, BioEngineering Program at KU (2010-2015)
               Drug Delivery – New graduate course offering at KU
               Chemical Engineering – Module for College Prep Engineering at Lawrence High School
               Short course – "Polymers in Drug delivery: Nanocarriers and implantable polymeric drug
                 delivery systems" Globalization of Pharmaceutics Education Network, Lawrence, KS

# EXHIBIT B

## Exhibit B: List of Materials Considered

### Patents

- US Pat. No. 9,192,580
- US Pat. No. 11,083,724
- UK Pat. No. GB1548022

### File Histories

- File history of US Pat. No. 11,083,724 (US Pat. App. No. 16/884,196)

### Production Documents

- RIMEG-JDG-00000001
- RIMEG-JDG-00000273

### Other Documents

- Fette Compacting 1200i Product Brochure
- Pfizer Inc. et al v. Apotex, Inc. Joint Claim Construction Chart, June 13, 2025

# EXHIBIT C



Multi-talented for small batches

# 1200i

www.fette-compacting.com











**TECHNOLOGY** covers all products in the tableting technology; from tablet presses, to process equipment and tableting tools.

**SERVICE** includes all services related to machinery and equipment, such as: spare parts supply, installation, system upgrades and field service.

**COMPETENCE** is the generic term for our process-related services. This includes our training programs and compression trials, as well as application and OEE consulting, and engineering.

A074

# Fette Compacting 1200i –
# Single Rotary Tablet Press

Whether in production, galenic use, or in the lab, if you are looking for a powerful, single rotary tablet press that can quickly adapt to various requirements, the 1200i is the ideal solution. A handling arm that supports you when changing segments, dies and turrets, as well as a mechanical turret clamping system, provide flexibility and versatility. With the galenics package, you can also compress small batches and scale up from development to serial production with little cost.



**Applications**
+ Production
+ Laboratory work
+ Contract production
+ Galenics

| FEATURES | BENEFITS |
|---|---|
| + Pivot arm for exchanging turrets | + Quickly change formats |
| + Turrets with different numbers of stations | + Considerable flexibility |
| + Press area easily accessible from four sides | + High productivity |
| + Compact design | + Easy cleaning |
| + Robust technology | + Low space requirement |
| + Menu-based control system | + Low maintenance effort |
| + Integrated electrical cabinet | + Easy, logical operation |
| + Powerful, state-of-the-art, direct torque drive | + Maintenance-free operation |

**FETTE COMPACTING**

# Galenics Package

**Convenient galenics**

+ No additional instruments needed
+ Measurements and machine configuration data available on one system
+ Punch station selection
+ All punches shown in one rotation
+ Zoom function for X- and Y-display
+ Data saving
+ Optional data export and import via storage device or network
+ Data evaluation possible on separate PC
+ Printing function
+ Directory function
+ Automatic adjustment of encoder zero position
+ Easy up-scaling due to identical compression rollers, identical filling, identical pre-compression and main compression measuring on all Fette Compacting tablet presses
+ Punch-precise force curve mapping via encoder and calculation of horizontal and vertical punch position

**Up-scaling highly supported**

+ Measuring under production-like conditions
+ Measurement readings provide basic data for more productive rotary tablet presses
+ Compression roller geometry is the same for all Fette Compacting tablet presses, information for the vertical position is always the same
+ Simplified up-scaling through technically identical geometry in Fette Compacting tablet presses
+ Identical main compression measuring for all Fette Compacting tablet presses
+ Peripheral speeds can be adjusted equally
+ Patented angle position measuring via encoder

**Produce small quantities loss-free**

+ Single tablet pressing with manual or automatic filling
+ Optional upgrade available for reduced-volume, galenic Fill-O-Matic with proven three-chamber system
+ Fill-O-Matic with three-point levelled baseplate for easy adjustment
+ Optional Fill-O-Matic baseplate with tool-free, interchangeable, slide-in segments available for different tablet diameters





**BASIC FUNCTIONS**

+ Up to eight measuring channels, including the standard five-channel force curve display
  – Main compression
  – Pre compression
  – Ejection force
  – Upper punch tightness
  – Lower punch tightness
+ Force path diagram for main compression and pre-compression per punch and rotation, as well as for all punches
+ Calculation of mechanical work
+ Display of last three rotations in one image (echo function)
+ Punch diagram
+ Punch statistics
+ Progress display

# The Press Structure



**Modular mechanical layout**
+ Optimized strength characteristics (FEM calculation)
+ Peak reliability
+ Peak operational safety
+ Enclosed press area (noise/dust)
+ Integrated electrical cabinet design
+ Cross-contamination prevention
+ Long maintenance intervals

**Press area**
+ Precision turret mounting
+ Friction-locked and form-fitting connection between turret and turret shaft
+ Identical design for all compression stations
+ Easy release of compression stations
+ Same sized pre-compression and main compression rollers
+ Possible pre-compression and main compression of up to 80 kN

A077

**FETTE**
COMPACTING

# Operation and Control



**Ergonomic control panel**
+ 15" touchscreen
+ Powerful industry PC
+ Windows operating system
+ Uninterruptible power supply, meaning no data loss
+ Computer-controlled, individual height adjustment
+ Teleservice

**Easy machine operation**
+ Simple graphical user interface
+ Structured diagnostic messages
+ Optional display of production-specific characteristics with symbols and process graphics in addition to parameter lists
+ Help texts for parameter and diagnostics descriptions
+ Recording of all production-relevant data
+ Preconfigured batch data repeatedly retrievable
+ Nine different user levels available for security
+ 21 CFR Part 11-compliant









**Stable control**

+ Direct control and regulation of all motorized adjustment options on machine
+ Data recording from all metering points
+ Clearly structured control circuits
+ Lights out operation possible with Checkmaster
+ Highly sensitive metering points
+ Extremely precise, compression-based

**Complex documentation**

+ User intervention consistently documented (change log)
+ Process data documentation (production log/results log)
+ Status documentation (diagnostics log)
+ Overview with automatic analysis
+ Batch log
+ Version changes
+ Single-channel force curve
+ Single punch diagram
+ Punch statistics for each punch
+ Statistical trend display for parameters
+ Electronic calibration log

# Versatility

Flexibility and frequent system availability are decisive factors for successful and efficient pharmaceutical production. The 1200i combines every advantage, from a laboratory machine to highly flexible machines for contract manufacturers.



**Broad range of uses**
+ Quick format change
+ Safe swivel-out mechanism
+ Uncomplicated, robust technology
+ Ergonomic height
+ Precise turret positioning

**Compelling performance**
+ Up to 324,000 tablets per hour
+ Reproducible production parameters
+ Powerful basic layout
+ Easy, qualified validation

**Modular system**
+ Tablet press with exchangeable turret
+ Ergonomic and height-adjustable
  control terminal with touchscreen
+ Hermetically sealed, integrated
  electrical cabinet
+ Minimal space requirement with optimal
  accessibility from all sides

**Versatility through exchangeable turrets**
+ Reduced idle time through use of other
  exchangeable turrets, complete with cams
  and tools
+ Short cleaning time due to easy accessibility
+ Increased output through use of optimal
  turret for tablet diameter



**FETTE COMPACTING**

# Stainless Steel Fill-O-Matic



**Cleanability and simplicity as design philosophy**

The stainless steel Fill-O-Matic's simplicity, smooth, GMP-compliant surfaces and easy cleanability make it captivating not just when installed in the tablet press, but also by itself. Installation and removal have been simplified while retaining the expected high level of precision when filling dies and minimizing product loss.

**Proven parts retained, new parts integrated effectively**

+ Maintains proven three-chamber system
+ Exchangeable for aluminum Fill-O-Matic
+ Easy to remove
+ Easy to clean – high chemical resistance
+ Smooth, GMP-compliant surfaces with minimal surface roughness
+ Filling, dosing and distribution wheels with flat bars in stainless steel, with round rods optional
+ Easily change direction on dosing wheel
+ Clean separation in filling chambers between gearbox and drive system
+ All parts in contact with product can be cleaned in a wash center
+ Optional baseplate with interchangeable slide-in inserts for adapting to different tablet diameters and reducing product loss
+ Integrated mount for product scraper behind Fill-O-Matic
+ GMP-compliant surfaces with a surface roughness of < 0.3 µm; advantage: quick cleaning





# Dimensions



Machine
2020 kg

Terminal
100 kg





Option:
setup station
190 kg



Foundation loading
20 kN

main
400/440/480 V
50 – 60 Hz

connection
4 × 6 mm² – on floor
4 × 10 mm² – cable conduit

# Technical Data

| Die (D) / Segments (S) | | S | D | S | D | S |
|---|---|---|---|---|---|---|
| No. punch stations | | 45 | 32 | 30 | 30 | 24 |
| Punch | | FS12 | EU19<br>FS19<br><br>BBS | EU19<br>FS19 | EU19<br>FS19<br>IPT19<br>BB | EU1* |
| Tablet ejection pieces/h | min. | 67,500 | 48,000 | 45,000 | 45,000 | 36,000 |
| | max. | 324,000 | 230,400 | 216,000 | 216,000 | 144,000 |
| Max. compression | kN | 25** | 80* | 80 | 80 | 80 |
| Max. pre-compression | kN | 25** | 80* | 80 | 80 | 80 |
| Max. tablet diameter | mm | 11 | 11 | 18 | 13 | 25 |
| Max. filling depth | mm | 18 | 18 | 22 | 18 | 22 |
| Max. tablet thickness | mm | 8.5 | 8.5 | 8.5 | 8.5 | 8.5 (11) |
| Pitch diameter | mm | 280 | 280 | 280 | 280 | 280 |
| Die table speed | mm⁻¹ | 25–120 | 25–120 | 25–120 | 25–120 | 25–100 |
| Die diameter | mm | - | 22 | - | 24 | - |
| Die height | mm | - | 22.22 | - | 22.22 | - |
| Punch shaft diameter | mm | 12 | 19 | 19 | 19 | 25.35 |
| Punch length | mm | 133.6 | 133.6 | 133.6 (133.35) | 133.6 (133.35) | 133.6 (133.35) |
| Upper punch pen. depth | mm | 1–6 | 1–6 | 1–6 | 1–6 | 1–6 |
| Weight | kg | 2,500 | | | | |
| Dimensions | mm | 900 × 1160 × 1875 | | | | |

© by Fette Compacting GmbH
This publication may not be reprinted in whole or part without our express permission.
All right reserved. No rights may be derived from any errors in content or from typographical
or typesetting errors. Diagrams, features and dimensions represent the current status on
the date of issue of this leaflets. We reserve the right to make technical changes. The visual
appearance of the products may not necessarily correspond to the actual appearance in all
cases or in every detail.

| D | S | D | D |
|---|---|---|---|
| 24 | 21 | 20 | 20 |
| EU19<br>FS19<br>IPT19<br>B | EU1*-441 | EU1*-441 | EU1*-441<br><br>D |
| 36,000<br>172,800 | 31,500<br>126,000 | 30,000<br>120,000 | 30,000<br>120,000 |
| 80 | 80 | 80 | 80 |
| 80 | 80 | 80 | 80 |
| 16 | 25 | 25 | 25 |
| 18 | 22 | 22 | 22 |
| 8.5 | 8.5 (11) | 8.5 (11) | 8.5 (11) |
| 280 | 280 | 280 | 280 |
| 25–120 | 25–100 | 25–100 | 25–100 |
| 30.16 | - | 38.1 | 38.1 |
| 22.22 | - | 23.8 | 23.8 |
| 19 | 25.35 | 25.35 | 25.35 |
| 133.6 (133.35) | 133.6 | 133.6 | 133.6 (133.35) |
| 1–6 | 1–6 | 1–6 | 1–6 |

\*   Tools only permit up to 70 kN.
    Higher speeds cannot be achieved
    with large tools.
\*\* FS12 punches only permit up to 25 kN

**Fette Compacting GmbH**
Grabauer Strasse 24
21493 Schwarzenbek
Germany
Phone +49 4151 12-0
Fax +49 4151 3797
tablet@fette-compacting.com

**Fette Compacting America, Inc.**
400 Forge Way
Rockaway N.J. 07866
USA
Phone +1 973 5868722
Fax +1 973 5860450
sales@fetteamerica.com

**Fette Compacting America Latina Ltda.**
Av. Cambacica, 1200 módulo 10
Parque Imperador
CEP 13097-104 Campinas/SP
Brazil
Phone/Fax +55 19 37969910
contato@fette-compacting.com.br

**Fette Compacting Mexico, SA de CV**
Adolfo Prieto No. 1638
Colonia Del Valle Sur
03100 Mexico, DF
Mexico
Phone +52 55 55240399
tablet@fette-compacting.com

**Fette (Nanjing) Compacting
Machinery Co., Ltd.**
8 Phoenix Road Jiangning Development Zone
211100 Nanjing
China
Phone +86 25 52121818
Fax +86 25 52129951
fcn@fette-compacting.com

**Fette Compacting Machinery
India Private Limited**
Sales Office
A-301/302
Citi Point Co-op Society Premises
Andheri-Kurla Road, J.B Nagar
Andheri East, Mumbai – 400 059
Phone +91 22 40233017
sales@fette-compacting.in

Competence Centre:
Plot No S 115, Phase III B
Verna Industrial Estate
Verna, Goa 403 722
India
Phone +91 832 6690307

**Fette Compacting Asia Pacific Pte Ltd.**
1 Kim Seng Promenade #14-04
Great World City East Tower
Singapore 237994
Singapore
Phone +65 6734 6531
Fax +65 6734 8412
infoasiapacific@fette-compacting.com

**Fette Compacting Ibérica SL**
Calle Saturno 1
28760 Tres Cantos
Spain
Phone +34 91 8039689
Fax +34 91 1730017
fcib@fette-compacting.com

**ECOPAC
A Fette Compacting and Uhlmann Company**
1, Rue du Centre
93160 Noisy Le Grand
France
Phone +33 155 812121
Fax +33 155 812120
ecopac@ecopac.fr

**www.fette-compacting.com**

