A104

# EXHIBIT 5

A104



# Tableting Specification Manual

Seventh Edition

(Previously referred to as the IPT Standard Specifications for Tableting Tools)



**American Pharmacists Association**
Improving medication use. Advancing patient care.

**APhA**
Washington, D.C.

Managing Editor
**Linda L. Young**

Interior Design
**Walter Hilmers, Jr.**

Cover Design
**William L. Flowers**
**Melissa Carrillo**

C.A.D. Illustrations
**Glen Ebey, Trevor Higgins, Bill Hnatuk, Richard Kirk, Todd Martin, Dale Natoli, Paul Schaa**

Printing
**Victor Graphics, Inc.**

© 2006 American Pharmacists Association
© 2003, 2001, 1995, 1990, 1981, 1971

All rights reserved
APhA was founded in 1852 as the American Pharmaceutical Association.

Published by the American Pharmacists Association
2215 Constitution Avenue, NW
Washington, DC 20037
www.aphanet.org

To comment on this book by e-mail, send your message to the publisher at aphabooks@aphanet.org.

**Notice of Copyright:** No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form, or by any means—electronic, mechanical, photocopying, recording, or otherwise—without written permission from the publisher (with the exception of certain forms on which permission to copy is stated thereon).

**Notice of Liability:** The publisher and the Tableting Specification Steering Committee have made every effort to ensure the accuracy and completeness of the information presented in this publication. However, the publisher, steering committee members, editors, contributors, and reviewers cannot be held responsible for the continued currency of the information, any inadvertent errors or omissions, or the application of this information. Therefore, the named parties shall have no liability to any person or entity with regard to claims, loss, or damage caused or alleged to be caused, directly or indirectly, by the use of information contained herein.

Library of Congress Cataloging-in-Publication Data

Tableting specification manual.—7th ed.
p. ; cm.
"previously referred to as the IPT standard specifications for tableting tools."
Includes index.
ISBN 1-58212-078-1
 1. Tablets (Medicine)—Standards—United States. 2. Tableting—Standards—United States.
  [DNLM: 1. Tablets—standards. 2. Equipment and Supplies—standards.
 3. Technology, Pharmaceutical—instrumentation. QV 787 T113 2005]
 I. American Pharmacists Association.

RS201.T2A46 2006
615'.19—dc22
                                         2005028524

**How to Order This Book**
By phone: 800-878-0729 (domestic)
Online: www.pharmacist.com
VISA®, MasterCard®, and American Express® cards accepted.

# Contents

List of Figures ................................................................... v
List of Tables .................................................................... vi
Acknowledgments ............................................................ vii
Preface ........................................................................... ix
Introduction .................................................................... xi

## SECTION 1: Guidelines for Using This Manual

Tooling Terminology ......................................................... 1
Tablet Manufacturing ........................................................ 8
Tooling Specifications ....................................................... 13
Standardization: Its Purpose and Advantages ......................... 14

## SECTION 2: TSM Tooling Specifications and Design Options

Effect of Tooling Dimensions on Tablet Manufacturing ............. 15
Tooling Design Options ..................................................... 17
Tooling for Automated High-Throughput Manufacturing ........... 21
Tooling Specification Figures and Tables (Index) .................... 22

## SECTION 3: Tablet Design

Tablet Terminology ........................................................... 51
Tablet Identification .......................................................... 57
Tablet Printing ................................................................. 73
Tablet Detail Drawings ...................................................... 75

## SECTION 4: Tool Steels, Compression Forces, and Fatigue Failure

Tool Steels ...................................................................... 77
Chemical Composition of Steels ........................................... 78
Hardness of Tool Steels ..................................................... 81
Tooling Coatings .............................................................. 81
Punch Cup Force Ratings ................................................... 84
Fatigue Failure of Punch Tips .............................................. 90

LIBRARY OF CONGRESS
JAN 25 2006
CIP

RS201
.T2 A46
2006
Copy 1

A107

iii

## SECTION 5: Tooling Procurement, Inspection, and Maintenance

Standard Operating Procedures ................................................................... 93
Punch and Die Maintenance ....................................................................... 96
Electronic Inspection of Tooling ................................................................. 111

## SECTION 6: Troubleshooting Tablet Production Problems

Advantages of Quality Tooling .................................................................... 115
Tablet Problems ........................................................................................... 115
Tooling Problems ........................................................................................ 122
Turret Guideway Wear ................................................................................ 127

## APPENDIX

Tablet Press and Tooling Manufacturers and Distributors ......................... 129

# List of Figures

| | | |
|---|---|---|
| Figure 1 | Punch and Die Terminology | 3 |
| Figure 2 | TSM Production Tooling | 6 |
| Figure 3 | Rotary Tablet Press Cycle | 11 |
| Figure 4 | Top View of Tablet Press Cycle | 12 |
| Figure 5 | Overall and Working Lengths | 16 |
| Figure 6 | Common Head Configurations of B-Type Punches | 23 |
| Figure 7 | Common Head Configurations of D-Type Punches | 24 |
| Figure 8 | Standard B-Type Upper Punch | 25 |
| Figure 9 | Standard B-Type Lower Punch | 26 |
| Figure 10 | Standard D-Type Upper Punch | 27 |
| Figure 11 | Standard D-Type Lower Punch | 28 |
| Figure 12 | Special Punch Tip Options | 29 |
| Figure 13 | Special Punch Barrel Options | 30 |
| Figure 14 | Standard 0.945 Die | 31 |
| Figure 15 | Standard 1 3/16 Die | 32 |
| Figure 16 | Standard "D" Die | 33 |
| Figure 17 | Tapered Dies and Die Groove Reliefs | 34 |
| Figure 18 | Lined Dies | 35 |
| Figure 19 | Punch and Die Clearances | 36 |
| Figure 20 | Common Configurations and Dimensions for Punch Keys | 39 |
| Figure 21 | Comparison of TSM and EU19 B-Type Tooling | 50 |
| Figure 22 | Terminology for Round Tablets | 52 |
| Figure 23 | Profiles of Convex, F.F.B.E., and F.F.R.E. Tablets | 54 |
| Figure 24 | Terminology for Shaped Tablets | 55 |
| Figure 25 | Common Tablet Shapes | 56 |
| Figure 26 | Applying Tablet Identification to Punch Face | 58 |
| Figure 27 | Maximum Identification Area for Round Tablets | 59 |
| Figure 28 | Stroke Specifications and Stroke Distortion | 61 |
| Figure 29 | Techniques to Prevent Picking in Pad Areas | 63 |
| Figure 30 | Techniques to Prevent Picking in Peninsulas and Corners | 64 |
| Figure 31 | Sample Designs for Bold Characters | 65 |
| Figure 32 | Sample Design for Narrow Characters | 66 |
| Figure 33 | Guidelines for Film Coating | 67 |
| Figure 34 | Types of Bisect Lines | 69 |
| Figure 35 | Guidelines for Punch Tip Land | 72 |
| Figure 36 | Toughness and Wear Resistance Characteristics of Tool Steels | 78 |
| Figure 37 | Abrasive Wear Rates of Tooling Materials and Coatings | 84 |
| Figure 38 | Stress Versus Cycle Life for Tool Steel | 91 |
| Figure 39 | Sample Tablet Tooling Approval Form | 94 |
| Figure 40 | Quote/Order Form | 95 |
| Figure 41 | Punch and Die Inspection Sheet | 97 |
| Figure 42 | Tablet Tooling Usage and Repair Card | 98 |
| Figure 43 | Punch Tip Deflection | 127 |

die bore for the metering of volume, compression of granulation, and ejection of the tablet

**Tip Straight:** The area of the tip length that extends from the end of the tip to the tip relief.

## Die Terminology

**Die:** A tool that serves as the mold in which the product is compressed to form the desired peripheral (outer) size and shape of a tablet.

**Die, Lined (Insert):** A die fitted with an insert made from a much harder, more wear-resistant material, such as tungsten carbide or a ceramic.

**Die, Tapered:** A die in which the size of the bore gradually increases from the point of compaction of the granulation to the chamfer of the bore.

**Die Bore:** The cavity within the die where the tablet is compressed. The cavity's shape and size determine the same for the tablet.

**Die Chamfer:** Entry angle on the die bore edge.

**Die Groove:** The groove around the outer periphery of the center of the die, which allows the die to be fixed in the tablet press.

**Die Height:** The overall height of the die, which is compatible with the height of the die sockets in the tablet press.

**Die O.D.:** The outside diameter of the die, which is compatible with the diameter of the die sockets in the tablet press.

**Die Protection Radius:** The undercut area between the die groove and O.D.

## Tablet Manufacturing

Producing a tablet with a unique design often increases a product's recognition among consumers. Although tablets can be produced in a variety of shapes and sizes, limitations as to their configuration do exist. The limiting factors are usually related to characteristics of the tooling and the press used to produce the tablets. Some categories of tablets are easier to manufacture and comprise the majority of tablets on store shelves.

### Tablet Categories

Definitions of tablet terminology are based on the geometric properties of the most common tablet shapes; therefore, these definitions are placed in Section 3, "Tablet Design." For the scope of this section, tablets are broadly categorized as either "rounds" or "shapes." Figures 22–25 in Section 3 are cross-referenced in the following text to illustrate examples of the tablet categories.

### Round Tablets

Round tablets include primarily convex and flat-faced tablets (see Figure 22, page 52). Frequently, industry people use the term *concave* to describe both the concave surface of a punch cup and the surface of the tablet produced. Technically, the punch cup is usually a concavity and therefore produces a tablet with a convex surface; however, convex cups that produce concave tablets do exist.

Convex tablets can be further categorized according to their cup depth. Figure 23 (page 54) shows convex tablets with shallow, standard, deep, extra-deep, and modified-ball cup depths. Flat-faced tablets can be further categorized as flat-faced plain, flat-faced bevel-edged, and flat-faced radius-edged (see Figure 25, page 56).

### Shaped Tablets

Tablets that have geometric configurations other than those listed for rounds are referred to as shapes (see Figure 25). Figure 24 (page 55) uses three common geometric configurations to illustrate the terminology for shaped tablets. To produce a tablet with a particular configuration, the tablet shape is reproduced in the tooling used to manufacture the tablets. Before the method of reproduction can be discussed, a thorough understanding of tablet tooling is required.

### Modern Tablet Tooling

The function of tablet tooling is to produce tablets with predetermined physical characteristics, such as shape, thickness, weight, and hardness. To achieve this, the die cavity, or bore, is filled with a granulation or powder to a depth that is determined by the position of the lower punch. The lower punch's position determines the amount of granulation used in each tablet. The upper punch tip is then guided into the bore and force is applied to the punch heads, thereby compressing the material into a tablet. The tablet's shape is determined by the configuration of the die bore and the punch tips. The tablet's thickness and hardness are determined by the amount of compression force applied to the punch heads, whereas its weight is determined by the amount of granulation loaded into the die before compression.

The basic design of tablet punches and dies used in rotary tablet presses has changed very little since these presses were first marketed in the late 1800s. Only minor changes, such as refinements to the head and tip radius, tighter tolerances, and higher surface finishes, have been made. In the U.S. tablet industry, three types of punches and three types of dies are used predominantly in production presses to produce large quantities of tablets for market distribution.

### Punches

Punches are classified according to their overall length, barrel diameter, and the O.D. of the punch head. These dimensions, as well as the other specifications for tablet tooling, are nominal: that is, each dimension has a specified measurement, but its actual measurement after the tool is produced may vary from its specification. The allowable variance from a nominal dimension, called its tolerance range, is discussed later in this section under "tooling specifications."

The punches most commonly used in production presses are the B-type and D-type punches (see Figure 2, page 6). B2-type punches are used predominantly in a few older models of presses that are no longer being manufactured. During the research stage of a new tablet design, F-type punches and dies (not pictured) and a single-station laboratory press are used to determine the approximate amount of compression force and granulation needed to produce a tablet with the desired physical characteristics.

**B-Type Punches** have a reference overall length of 5.250 inches [133.35 millimeters] and a head O.D. of 1 inch [25.40 millimeters]. These dimensions are the same for the upper and lower punches. Although the barrel diameter of a B-type punch is often said to be 3/4 inch [19.05 millimeters], the specified barrel diameter for the upper—and now the lower—punch is 0.7480 inch [19.00 millimeters].

**B2-Type Punches** usually have a barrel diameter of 3/4 inch [19.05 millimeters]. Table 8 (pages 44–49) lists barrel diameters of B2-type punches for specific press models). This punch has a head O.D. of 1 inch [25.40 millimeters]; however, the overall lengths of the upper and lower punches differ. The upper punch is 5.250 inches [133.35 millimeters] long, whereas the lower punch is 3.562 inches [90.475 millimeters] long.

**D-Type Punches** have the same reference overall length as B-type punches (5.250 inches [133.35 millimeters]), but the head O.D. of D-type punches is 1.250 inches [31.75 millimeters]. Again, D-type punches are often said to have a barrel diameter of 1 inch [25.40 millimeters]; however, the specified barrel diameter for the upper—and now the lower—punch is 0.9980 inch [25.35 millimeters].

### Dies

Dies are classified according to their outside diameters (see Figure 2, page 6).

**The 0.945 Die,** as the name indicates, has an O.D. of 0.945 inch [24.00 millimeters]. This size die can be used with B- and B2-type punches. The die is commonly referred to as a "BB die."

**The 1.1875 Die,** sometimes referred to as the "1 3/16 die," has an O.D. of 1.1875 inches [30.16 millimeters] and also can be used with B- and B2-type punches. This die is commonly referred to as a "B die."

**The "D" Die,** which has an O.D. of 1.500 inches [38.10 millimeters], is used with D-type punches.

### Comparison of Shaped and Round Tooling

Not surprisingly, punches and dies used to manufacture round tablets are often called "round tooling," and punches and dies used to manufacture shaped tablets are called "shaped tooling." After the geometric configuration of a tablet has been determined by the designer, the desired configuration is reproduced in the punch tips and die bores.

The upper punch for a shaped tablet has a device called a key that is inserted into a slot in the barrel and projects above the barrel's surface (see Figure 1, page 3). The key prevents the punch from rotating as it is lifted vertically from the die bore so that the punch can re-enter the die bore at the proper alignment. Because round configurations are usually unaffected by rotation of the upper punches, round punches seldom require a key. However, if a round lower punch is embossed, a key is sometimes used to prevent punch rotation and possible distortion of the embossing during tablet ejection.

Regardless of the tablet shape and the type of tooling used, the basic press operations are the same.

8 © American Pharmacists Association

© American Pharmacists Association