A208

# EXHIBIT 8



# mold 1 of 5 noun (1)

ˈmōld

**plural** molds

Synonyms of *mold* >

1  **a** : a cavity in which a substance is shaped: such as
   - **(1)** : a matrix for casting metal
     - a bullet *mold*
   - **(2)** : a form in which food is given a decorative shape
   **b** : a molded object

2  **a** : PROTOTYPE
   **b** : a fixed pattern : DESIGN
   **c** *obsolete* : an example to be followed

3  : distinctive nature or character : TYPE

4  : the frame on or around which an object is constructed

5  : MOLDING

# mold 2 of 5 verb (1)

**molded; molding; molds**

*transitive verb*

1 : **to knead or work (a material, such as dough or clay) into a desired consistency or shape**

2 : to form in a mold

   *mold* candles

3 : to determine or influence the quality or nature of

   *mold* public opinion

4 : to give shape to

   the wind *molds* the waves

5 : to fit the contours of

   fitted skirts that *mold* the hips

6 : to ornament with molding or carving

   *molded* picture frames

**moldable** ˈmōl-də-bəl 🔊  *adjective*

# mold  3 of 5  noun (2)

**plural molds**

1 : a superficial often woolly growth produced especially on damp or decaying organic matter or on living organisms by a fungus (as of the order Mucorales)

2 : a fungus that produces mold

# mold  4 of 5  verb (2)

**molded; molding; molds**

*intransitive verb*

: to become moldy

# mold  5 of 5  noun (3)

**plural molds**

**1** : crumbling soft friable earth suited to plant growth : **SOIL**

   *especially* : soil rich in humus

   → compare LEAF MOLD

**2** dialectal British

   **a** : the surface of the earth : **GROUND**

   **b** : the earth of the burying ground

**3** archaic : earth that is the substance of the human body

> Be merciful, great Duke, to men of *mold*.
> — William Shakespeare

## Synonyms

### Verb (2)

| | |
|---|---|
| break down | corrupt |
| decay | decompose |
| disintegrate | fester |
| foul | molder |
| perish [*chiefly British*] | putrefy |
| rot | spoil |

### Noun (3)

| | |
|---|---|
| clod | dirt |
| earth | ground |
| soil | |

See All Synonyms & Antonyms in Thesaurus >

## Examples of *mold* in a Sentence

### Verb (2)

plants *molding* in the abandoned garden

### Noun (3)

*mold* so rich that just about anything will grow in it

## Recent Examples on the Web

ⓘ Examples are automatically compiled from online sources to show current usage. Read More

### Verb

Splitting time between hockey and the farm has never seemed to stretch Martin too thin, proving instead to have *molded* him into one of the most unique powerhouse prospects in years.
— Sean Neumann, *People.com*, 26 June 2025

These all came about because of comments from viewers and consumers asking if Joe could *mold* the bottles together in a trio, in a circle, and in other configurations.
— Liz Thach, *Forbes.com*, 19 June 2025

### Noun

Those in Federal Emergency Management Agency (FEMA) flood zones, additionally, are particularly at risk for flooding, *mold* and long-term damage to foundations and electrical systems, Stivelman said.
— Giulia Carbonaro, *MSNBC Newsweek*, 14 June 2025

Steam cleaning is an effective way to refresh outdoor cushions that can't be machine-washed, helping remove dirt, *mold*, and mildew.
— Brandee Gruener, *Southern Living*, 14 June 2025

## Word History

### Etymology

**Noun (1)**

Middle English, from Anglo-French *molde*, alteration of Old French *modle*, from Latin *modulus*, diminutive of *modus* measure — more at METE

**Noun (2)**

Middle English *mowlde*, perhaps alteration of *mowle*, from *moulen* to grow moldy, of Scandinavian origin; akin to Old Danish *mul* mold

**Noun (3)**

Middle English, from Old English *molde*; akin to Old High German *molta* soil, Latin *molere* to grind — more at MEAL

### First Known Use

**Noun (1)**

13th century, in the meaning defined at sense 3

**Verb (1)**

14th century, in the meaning defined at sense 1

**Noun (2)**

14th century, in the meaning defined at sense 1

**Verb (2)**

1530, in the meaning defined above

**Noun (3)**

before the 12th century, in the meaning defined at sense 1