Case 1:24-cv-00621-CFC    Document 124-9    Filed 09/05/25    Page 1 of 7 PageID #: 1070

Case 1:24-cv-00621-CFC    Document 124-9    Filed 09/05/25    Page 1 of 7 PageID #: 1070

# EXHIBIT 9




Search a word or phrase

View synonyms for **mold**

American | British

# mold¹

especially british, **mould**

[mohld]   ● Phonetic (Standard)   ○ IPA

Skip to

### noun

1. a hollow form or matrix for giving a particular shape to something in a molten or plastic state.
2. the shape created or imparted to a thing by a mold.
3. something formed in or on a mold.
   *a mold of jelly.*
4. a frame on which something is formed or made.
5. shape or form.
6. a prototype, example, or precursor.
7. a distinctive nature, character, or type.
   *a person of a simple mold.*
8. *Shipbuilding.*
   a. a three-dimensional pattern used to shape a plate after it has been softened by heating.
   b. a template for a frame.
9. *Architecture.*
   a. a molding.
   b. a group of moldings.

### verb (used with object)

1. to work into a required shape or form; shape.
2. to shape or form in or on a mold.
3. *Metallurgy.* to form a mold of or from, in order to make a casting.
4. to produce by or as if by shaping material; form.
5. to have influence in determining or forming.
   > to mold the character of a child.
6. to ornament with moldings.

## mold² 

especially british, **mould**

[mohld]  ● Phonetic (Standard)  ○ IPA

### noun

1. a growth of minute fungi forming on vegetable or animal matter, commonly as a downy or furry coating, and associated with decay or dampness.
2. any of the fungi that produce such a growth.

### verb (used with or without object)

to become or cause to become overgrown or covered with mold.

Advertisement

# mold³ 🔊

especially british, **mould**

[mohld]    ◉ Phonetic (Standard)   ○ IPA

## noun

1. loose, friable earth, especially when rich in organic matter and favorable to the growth of plants.
2. *British Dialect.* ground; earth.

**Discover More**

## Other Word Forms

- **moldable** adjective
- **mouldable** adjective
- **moldability** noun
- **mouldability** noun

**Discover More**

## Word History and Origins

### Origin of mold¹

First recorded in 1175–1225; Middle English noun *molde, moulde* "pattern, model, mold," from Anglo-French *molde,* from Old French *molle, modle, moule,* from Latin *modulus* "standard unit (of measurement)"; the verb is derivative of the noun; mode

### Origin of mold²

First recorded in 1300–50; Middle English *moulde, molde,* apparently noun use of variant of earlier *(i)mouled, moueld,* past participle of *moule(n), muhlen* "to grow moldy, spoil, rot"; from Old Norse; compare Old Icelandic *mygla,* Swedish *mögla,* both meaning "to become moldy"

### Origin of mold³

First recorded before 900; Middle English *molde, moulde, mulde* "dirt, loose earth, soil; earth or soil of a grave," Old English *molde* "dust, sand, earth, the earth"; cognate with Gothic *mulda* "dust," Old Icelandic *mold* "earth, mold," Old High German *molta* "dust"; akin to meal², mill¹

Advertisement

**Discover More**

## Idioms and Phrases

see cast in the same mold.

**Discover More**

## Example Sentences

ⓘ Examples have not been reviewed.

> The deep, customizable couch features backrests and armrests you can mold with just a touch of your hand.

From Los Angeles Times

> All told, the group allowed into the United States at least 150 medications or their ingredients from factories with mold, foul water, dirty labs or fraudulent testing protocols.

From Salon

> Escola is preternaturally gifted when it comes to picking up on people's eccentricities and molding them into a beautifully Frankensteined creation.

From Salon

> The tone swerve into body-count humor and the nuts and bolts of violence eventually prove too much for Crano and Craig to effectively mold into a comedy of perception and privilege.

From Los Angeles Times

> The conductor Soo-Yeoul Choi favors transparency and sensuality at the same time with expressive gestures that seem to magically mold sound.

From Los Angeles Times

**Discover More**

## Related Words

- construct
- forge

- sculpt





Q: Which of the following words means "something extremely light, flimsy, or delicate"?

diaphanous

gossamer

idyllic

Advertisement

Take the full quiz.

Go to all quizzes

molcajete                                                                 Moldau

## Browse

\# Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz



Dictionary.com
Thesaurus.com

About

Careers

Contact us

Cookies, terms, & privacy

Your Privacy Rights

Help

Get the Word of the Day every day!

Enter your email    Sign up

By clicking "Sign Up", you are accepting Dictionary.com
Terms & Conditions and Privacy Policies.

© 2025 Dictionary.com, LLC

Advertisement