# EXHIBIT 10






## Definition of 'mold'



# mold



(mould 🔊 ⓘ )

**Word forms:** molds, molding, molded

> **REGIONAL NOTE:**
> in BRIT, use mould

### 1. countable noun

A **mold** is a hollow container that you pour liquid into. When the liquid becomes solid, it takes the same shape as the mold.

*He makes plastic reusable molds.* 🔊

### 2. countable noun

If a person fits into or is cast in a **mold** of a particular kind, they have the characteristics, attitudes, behavior, or lifestyle that are typical of that type of person.

*He could never be accused of fitting the mold.* 🔊

See **break the mold**

### 3. transitive verb

==If you **mold** a soft substance such as plastic or clay, you make it into a particular shape or into an object.==

*He would dampen the clay and begin to mold it into an entirely different shape.* 🔊

### 4. transitive verb

To **mold** someone or something means to change or influence them over a period of

time so that they develop in a particular way.

> It was a very safe, long childhood with Diane, and she really molded my ideas a lot. 

5. **transitive verb**/**intransitive verb**

When something molds to an object or when you mold it there, it fits around the object tightly so that the shape of the object can still be seen.

> It looked as though the plastic wrap was molded to the fruit. 

6. **mass noun**

Mold is a soft gray, green, or blue substance that sometimes forms in spots on old food or on damp walls or clothes.

> She discovered black and green mold growing in her hall closet.

More Synonyms of **mold**

Collins COBUILD Advanced Learner's Dictionary. Copyright © HarperCollins Publishers



You may also like

         

English Quiz Confusables       Language Lover's Blog       French Translation of 'mold'

# mold



in American English

(moʊld 🔊)

### noun

1. a pattern, hollow form, or matrix for giving a certain shape to something in a plastic or molten state
2. a frame, shaped core, etc. on or around which something is modeled
3. a pattern after which something is formed; model
4. something formed or shaped in or on, or as if in or on, a mold; often, specif., a gelatin dessert, aspic, etc. so prepared
5.
    a. the form or shape given by a mold
    b. form or shape in general
6. distinctive character or nature
    *men of his mold*
7. Architecture
    a molding or group of moldings

### verb transitive

8. to make or shape in or on, or as if in or on, a mold
9. to work into a certain form or shape; shape
10. to have a strong or important influence on (public opinion, thought, etc.)
11. to fit closely to the outline or contours of
12. to ornament by or with molding

13. to make a mold of or from in order to make a casting

Webster's New World College Dictionary, 4th Edition. Copyright © 2010 by Houghton Mifflin Harcourt. All rights reserved.

## Derived forms

**moldable** (ˈmoldable) **adjective**
**molder** (ˈmolder) **noun**

## Word origin

ME *moolde* < OFr *molle,* earlier *modle* < L *modulus:* see module

# mold

## in American English

(moʊld )

### noun

1. a downy or furry growth on the surface of organic matter, caused by fungi, esp. in the presence of dampness or decay
2. any fungus producing such a growth
3. any plant disease, as snowmold, caused by such fungus

### verb transitive, verb intransitive

4. to make or become moldy

Webster's New World College Dictionary, 4th Edition. Copyright © 2010 by Houghton Mifflin Harcourt. All rights reserved.

## Word origin

ME *moul, mowlde,* mold, mildew < or akin to ON *mygla* < IE base *meug-, *meuk-*: see meek; sp. prob. infl. by mold³

# mold

### in American English

(moʊld )

### noun

1. loose, soft, easily worked soil, esp. when rich with decayed animal or vegetable matter and good for growing plants

2. *Archaic*
   earth or ground

*Webster's New World College Dictionary, 4th Edition. Copyright © 2010 by Houghton Mifflin Harcourt. All rights reserved.*

## Word origin

ME *mold* < OE *molde,* dust, ground, earth, akin to Goth *mulda* < IE base *\*mel-,* to rub away, grind > L *molere,* to grind, mill[1]

# mold



in American English

(mould)

**noun**

1. a hollow form or matrix for giving a particular shape to something in a molten or plastic state
2. the shape created or imparted to a thing by a mold
3. something formed in or on a mold
   *a mold of jelly*
4. a frame on which something is formed or made
5. shape or form
6. a prototype, example, or precursor
7. a distinctive nature, character, or type
   *a person of a simple mold*
8. *Shipbuilding*
   a. a three-dimensional pattern used to shape a plate after it has been softened by heating
   b. a template for a frame
9. *Architecture*
   a. a molding
   b. a group of moldings

**transitive verb**

10. to work into a required shape or form; shape
11. to shape or form in or on a mold

**12.** *Metallurgy*

to form a mold of or from, in order to make a casting

**13.** to produce by or as if by shaping material; form

**14.** to have influence in determining or forming

*to mold the character of a child*

**15.** to ornament with moldings

Also (esp. Brit.): mould

*Most material © 2005, 1997, 1991 by Penguin Random House LLC. Modified entries © 2019 by Penguin Random House LLC and HarperCollins Publishers Ltd*

## Derived forms

**moldable** adjective
**moldability** noun

## Word origin

[1175–1225; (n.) ME *molde* ‹ OF *modle* ‹ L *modulus* MODULE; (v.) ME, deriv. of the n.]

6/30/25, 5:19 PM
MOLD definition in American English | Collins English Dictionary
Case 1:24-cv-00621-CFC    Document 124-10    Filed 09/05/25    Page 10 of 14 PageID #: 1086

# mold



### in American English

(mould)

**noun**

1. a growth of minute fungi forming on vegetable or animal matter, commonly as a downy or furry coating, and associated with decay or dampness

2. any of the fungi that produce such a growth

**transitive verb** or **intransitive verb**

3. to become or cause to become overgrown or covered with mold

Also (esp. Brit.): mould

*Most material © 2005, 1997, 1991 by Penguin Random House LLC. Modified entries © 2019 by Penguin Random House LLC and HarperCollins Publishers Ltd*

## Word origin

[1150–1200; late ME *mowlde*, appar. n. use of var. of earlier *mowled*, ptp. of *moulen, mawlen* to grow moldy, c. dial. Dan *mugle*]

# mold



**in American English**

(mould)

**noun**

1. loose, friable earth, esp. when rich in organic matter and favorable to the growth of plants

2. *Brit dialect*
    ground; earth

Also (esp. Brit.): mould

*Most material © 2005, 1997, 1991 by Penguin Random House LLC. Modified entries © 2019 by Penguin Random House LLC and HarperCollins Publishers Ltd*

## Word origin

[bef. 900; ME, OE *molde* earth, dust, ground; c. Goth *mulda* dust; akin to MEAL², MILL¹]

# mold



**in British English**

(məʊld )

**noun**, **verb**

the US spelling of mould¹

*Collins English Dictionary. Copyright © HarperCollins Publishers*

7/30/25, 5:10 PM
MOLD definition in American English | Collins English Dictionary
Case 1:24-cv-00621-CFC    Document 124-10    Filed 09/05/25    Page 12 of 14 PageID #: 1088

## Examples of 'mold' in a sentence
# mold

⚠ These examples have been automatically selected and may contain sensitive content that does not reflect the opinions or policies of Collins, or its parent company HarperCollins.

We welcome feedback: report an example sentence to the Collins team. Read more...

Dirty clothes lay strewn everywhere, half-full coffee cups grew mold, and the plant on the windowsill had died and wilted.
PETER ROBINSON AFTERMATH (2001)

The pipes coming from the sink were wet; when she reached up to touch them her fingers came away covered in mold.
CLIVE BARKER GALILEE (2001)

Its handle was sticky with last week's lasagna and the mold it had sprouted since, but it felt good in her hand.
CLIVE BARKER THE GREAT AND SECRET ...

He worked with his difficult students as individuals and didn't try to fit them into a mold.
LEESON, ROBERT THE LAST GENIE (2001)

Related word partners

# mold

-----

mold spores

Trends of

# mold

View usage over: Since Exist



*Source: Google Books Ngram Viewer*

6/30/25, 1:19 PM
MOLD definition in American English | Collins English Dictionary
Case 1:24-cv-00621-CFC    Document 124-10    Filed 09/05/25    Page 14 of 14 PageID #: 1090

## Browse alphabetically

# mold

molarity
molasse
molasses
**mold**
mold loft
mold spores
mold wash

All ENGLISH words that begin with 'M'

## Related terms of

# mold

mold
blow mold
blue mold
gray mold
iron mold

View more related words