A235

# EXHIBIT 11

**Exhibit B**

**Disputed Terms to Be Construed by the Court**

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| **"molded"**<br><br>'724 patent claims 2, 4, 6, 9, 11-15, 18-20 | Plain and ordinary meaning, i.e., "formed in a desired shape" | '724 patent generally, including at least:<br><br>• 4:55-67, 5:1-8, 9:19-11:63, 39:1-7<br>• Examples 1-11<br>• Figures 1-6<br>• Claims 1, 8, 11, and 14<br>• GB1548022 ("Gregory"), including at least: 1:14-52; 1:78-85; 2:104-3:68; Gregory claims 8, 16, and 17; Examples 1, 5, 8, 9, 10, 11 | "solid molded" means "a solid form obtained by placing a composition in a mold and then drying the composition" | '724 patent at:<br><br>• 4:55-5:8, 6:38-54, 8:36-39, 9:58-67, 10:7-11:52, 39:1-10<br>• Examples 1-9<br>• Claims 1, 8, and 11<br>• U.S. Patent No. 9,192,580 (incorporated by reference in its entirety), e.g., at 3:51-54, 4:20-50, 9:20-10:16, 12:24-54, 13:1-12 (claim 1) |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | • U.S. Patent No. 9,192,580 ("Green"), including at least: 4:31-46, Example 1, Example 5; claim 1<br><br>The file history for the '724 patent generally, including at least:<br><br>• March 24, 2021 Applicant Response to Non-Final Office Action | | • U.K. Patent No. 1,548,022 (incorporated by reference in its entirety), e.g., at 1:38-52, 4:35-5:20<br><br>• ==Remington: The Science and Practice of Pharmacy, 20th Edition (Philadelphia College of Pharmacy and Science, 2000)4 (incorporated by reference in its entirety), e.g., at 858-885==<br><br>Prosecution History of Application No. 16/884,196, including: |
| **"solid molded"**<br><br>'724 patent claims 2, 4, 6, 9, 11-15, 18-20 | Plain and ordinary meaning, i.e., "formed in a desired shape that is in the solid state" | '724 patent generally, including at least:<br><br>• 4:55-67, 5:1-8, 9:19-11:63, 39:1-7<br><br>• Examples 1-11 | | |

A237

2

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | • Figures 1-6<br>• Claims 1, 8, 11, and 14<br>• GB1548022 ("Gregory"), including at least: 1:14-52; 1:78-85; 2:104-3:68; Gregory claims 8, 16, and 17; Examples 1, 5, 8, 9, 10, 11<br>• U.S. Patent No. 9,192,580 ("Green"), including at least: 4:31-46, Example 1, Example 5; claim 1<br>The file history for the '724 patent generally, including at least:<br>• March 24, 2021 Applicant Response to | | • Applicants' submissions dated May 27, 2020<br>• Preliminary Amendment and Remarks dated June 2, 2020<br>• Response to Notice to File Corrected Application Papers dated September 2, 2020<br>• Requirement for Restriction/Election dated September 30, 2020<br>• Response to Restriction Requirement and |

3

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Non-Final Office Action | | Remarks dated November 20, 2020<br><br>● Office Action (Non-Final Rejection) dated December 24, 2020<br><br>● Response to Non-Final Office Action, Amendments to the Claims and Remarks dated March 24, 2021<br><br>● Office Action (Final Rejection) dated April 27, 2021<br><br>● Response to Final Office Action and Remarks dated May 18, 2021 |

4

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • Notice of Allowance dated June 18, 2021<br><br>Prosecution History of Application No. 16/767,134, filed Application No. PCT/US2019/023940, including:<br><br>• Applicants' submissions dated May 27, 2020<br><br>• Preliminary Amendment and Remarks dated June 2, 2020<br><br>• Requirement for Restriction/Election dated April 15, 2022 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • Response to Restriction Requirement and Remarks dated June 14, 2022<br>• Office Action (Non-Final Rejection) dated September 29, 2022<br>• Response to Non-Final Office Action, Amendments to the Claims and Remarks dated December 15, 2022<br>• Office Action (Final Rejection) dated February 22, 2023 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • Office Action (Notice of Abandonment) dated August 29, 2023 |

7