# EXHIBIT 12

# PCT

**WORLD INTELLECTUAL PROPERTY ORGANIZATION**
International Bureau



## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| | | |
|---|---|---|
| (51) International Patent Classification 6 : <br> A61K 38/00, 39/00, 39/44, 39/395, 51/00, C07K 2/00, 4/00, G01N 33/53, 33/543, 33/566 | **A1** | (11) International Publication Number: **WO 99/64044** <br> (43) International Publication Date: 16 December 1999 (16.12.99) |

(21) International Application Number: PCT/US99/12751

(22) International Filing Date: 7 June 1999 (07.06.99)

(30) Priority Data:
60/088,466    8 June 1998 (08.06.98)    US
60/092,938    15 July 1998 (15.07.98)    US
60/096,606    14 August 1998 (14.08.98)    US

(63) Related by Continuation (CON) or Continuation-in-Part (CIP) to Earlier Applications
US                          60/088,466 (CON)
Filed on                    8 June 1998 (08.06.98)
US                          60/092,938 (CON)
Filed on                    15 July 1998 (15.07.98)
US                          60/096,606 (CON)
Filed on                    14 August 1998 (14.08.98)

(71) Applicant *(for all designated States except US)*: ADVANCED MEDICINE, INC. [US/US]; 280 Utah Avenue, South San Francisco, CA 94080 (US).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: MARQUESS, Daniel [GB/US]; Unit #107, 820 Sea Spray Lane, Foster City, CA 94404 (US). GRIFFIN, John, H. [US/US]; 56 Walnut Avenue, Atherton, CA 94027 (US). CHOI, Seok-Ki [KR/US]; 839 University Avenue, Palo Alto, CA 94301 (US).

(74) Agents: SWISS, Gerald, F. et al.; Burns, Doane, Swecker & Mathis, L.L.P., P.O. Box 1404, Alexandria, VA 22313-1404 (US).

(81) Designated States: AE, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CU, CZ, DE, DK, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, UA, UG, US, UZ, VN, YU, ZA, ZW, ARIPO patent (GH, GM, KE, LS, MW, SD, SL, SZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

**Published**
*With international search report.*
*Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.*

(54) Title: NOVEL THERAPEUTIC AGENTS THAT MODULATE 5-HT RECEPTORS

(57) Abstract

Novel multibinding compounds are disclosed. The compounds of the invention comprise from 2-10 ligands covalently connected, each of said ligands being capable of binding to a 5-HT receptor, thereby modulating the biological processes/functions thereof.

FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albania | ES | Spain | LS | Lesotho | SI | Slovenia |
| AM | Armenia | FI | Finland | LT | Lithuania | SK | Slovakia |
| AT | Austria | FR | France | LU | Luxembourg | SN | Senegal |
| AU | Australia | GA | Gabon | LV | Latvia | SZ | Swaziland |
| AZ | Azerbaijan | GB | United Kingdom | MC | Monaco | TD | Chad |
| BA | Bosnia and Herzegovina | GE | Georgia | MD | Republic of Moldova | TG | Togo |
| BB | Barbados | GH | Ghana | MG | Madagascar | TJ | Tajikistan |
| BE | Belgium | GN | Guinea | MK | The former Yugoslav Republic of Macedonia | TM | Turkmenistan |
| BF | Burkina Faso | GR | Greece | | | TR | Turkey |
| BG | Bulgaria | HU | Hungary | ML | Mali | TT | Trinidad and Tobago |
| BJ | Benin | IE | Ireland | MN | Mongolia | UA | Ukraine |
| BR | Brazil | IL | Israel | MR | Mauritania | UG | Uganda |
| BY | Belarus | IS | Iceland | MW | Malawi | US | United States of America |
| CA | Canada | IT | Italy | MX | Mexico | UZ | Uzbekistan |
| CF | Central African Republic | JP | Japan | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Netherlands | YU | Yugoslavia |
| CH | Switzerland | KG | Kyrgyzstan | NO | Norway | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | Democratic People's Republic of Korea | NZ | New Zealand | | |
| CM | Cameroon | | | PL | Poland | | |
| CN | China | KR | Republic of Korea | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Romania | | |
| CZ | Czech Republic | LC | Saint Lucia | RU | Russian Federation | | |
| DE | Germany | LI | Liechtenstein | SD | Sudan | | |
| DK | Denmark | LK | Sri Lanka | SE | Sweden | | |
| EE | Estonia | LR | Liberia | SG | Singapore | | |

and capsules. This solid preformulation is then subdivided into unit dosage forms of the type described above containing from, for example, 0.1 to about 500 mg of the active ingredient of the present invention.

5    The tablets or pills of the present invention may be coated or otherwise compounded to provide a dosage form affording the advantage of prolonged action. For example, the tablet or pill can comprise an inner dosage and an outer dosage component, the latter being in the form of an envelope over the former. The two components can be separated by an enteric layer which serves to resist disintegration in the stomach and permit the inner component to pass intact into the duodenum or to be delayed in release.
10   A variety of materials can be used for such enteric layers or coatings, such materials including a number of polymeric acids and mixtures of polymeric acids with such materials as shellac, cetyl alcohol, and cellulose acetate.

The liquid forms in which the novel compositions of the present invention may be incorporated for administration orally or by injection include aqueous solutions, suitably
15   flavored syrups, aqueous or oil suspensions, and flavored emulsions with edible oils such as corn oil, cottonseed oil, sesame oil, coconut oil, or peanut oil, as well as elixirs and similar pharmaceutical vehicles.

Compositions for inhalation or insufflation include solutions and suspensions in pharmaceutically acceptable, aqueous or organic solvents, or mixtures thereof, and
20   powders. The liquid or solid compositions may contain suitable pharmaceutically acceptable excipients as described supra. Preferably the compositions are administered by the oral or nasal respiratory route for local or systemic effect. Compositions in preferably pharmaceutically acceptable solvents may be nebulized by use of inert gases. Nebulized solutions may be inhaled directly from the nebulizing device or the nebulizing
25   device may be attached to a face mask tent, or intermittent positive pressure breathing machine. Solution, suspension, or powder compositions may be administered, preferably orally or nasally, from devices that deliver the formulation in an appropriate manner.

Actual methods of preparing such dosage forms are known, or will be apparent, to those skilled in this art; for example, see Remington's Pharmaceutical Sciences, Mack
30   Publishing Company, Easton, Pennsylvania, 19th Edition, 1995, the complete disclosure of which is hereby incorporated by reference. The composition or formulation to be

33

administered will, in any event, contain a quantity of the active compound(s) in an amount effective to alleviate the symptoms of the subject being treated.

## UTILITY

5   The multibinding agents of the invention are useful in medical treatments related to the modulation of 5-HT receptors, and accordingly exhibit biological effects well known to those skilled in the art. Examples of such activity include the modification of physiological functions related to sleep, appetite, pain, movement, and temperature regulation, and includes disease states such as migraine, headache, itch, motion sickness,
10  depression, emesis, memory loss, anxiolytic disorders, obesity, gastrointestinal disorders, irritable bowel syndrome, and the like.

## TESTING

15  The multibinding agents of the invention are useful in medical treatments and exhibit biological effects that can be demonstrated in routine tests well known to those skilled in the art. For example, measurement of in vitro binding assay/affinity using radioligand binding assays, evaluation of agonist/partial agonist character in in vitro functional assays, measurement of functional activity in in vitro reporter gene assay,
20  measurement of efficacy ex vivo functional assays, and utilization of in vivo models. See Example 28.

## METHODS OF PREPARATION

25  Linker

The linker (or linkers), when covalently attached to multiple copies of the 5-HT ligands, provides a biocompatible, substantially non-immunogenic multibinding agent. The biological effects of the multibinding agent is highly sensitive to the valency, geometry, composition, size, flexibility or rigidity, the presence or absence of anionic or
30  cationic charge, and similar considerations (including hydrophilicity and hydrophobicity as discussed below) with respect to the linker. Accordingly, the linker is preferably