# EXHIBIT 13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS UNLIMITED
COMPANY, and BRISTOL-MYERS
SQUIBB COMPANY,

        Plaintiffs,

    v.

APOTEX INC., et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-621 (CFC)
CONSOLIDATED

**ANDA CASE**

## DECLARATION OF KINAM PARK, PH.D. IN SUPPORT OF DEFENDANTS' ANSWERING CLAIM CONSTRUCTION BRIEF

## I.    INTRODUCTION

1.    I have been retained as an independent expert consultant by counsel on behalf of Defendants Apotex Inc. and Apotex Corp. ("Apotex"), Aurobindo Pharma Ltd. and Aurobindo Pharma U.S.A., Inc. ("Aurobindo"), Changzhou Pharmaceutical Factory ("Changzhou"), MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. ("MSN"), Natco Pharma Ltd. ("Natco"), Rubicon Research Private Ltd. ("Rubicon"), and Teva Pharmaceuticals Inc. ("Teva") (collectively, "Defendants") in connection with *Pfizer Inc. et al. v. Apotex Inc. et al.*, C.A. No. 24-621-CFC (D. Del.).

2.    I have been informed that Plaintiffs have sued Defendants for patent infringement based on their submission of Abbreviated New Drug Applications to the FDA seeking approval to market a generic version of Pfizer's NURTEC ODT® before the expiration of one or more patents listed in the Orange Book as covering NURTEC ODT®, including U.S. Patent No. 11,083,724 ("the '724 patent").

3.    I have been asked to provide, and I hereby provide, my opinion about the meaning of the claim terms "solid molded" and "molded" recited in the claims of the '724 patent. The opinions expressed herein are based on the materials I have reviewed as well as my education and professional experience, which spans over 40 years. My curriculum vitae is attached hereto as **Exhibit A**. The cases in which I have provided expert testimony at deposition or trial in the past four years are listed

in **Exhibit B**. In connection with the preparation of this declaration, I have reviewed the materials listed in **Exhibit C** hereto.

4.      I am being compensated at my current standard rate of $700 per hour. My compensation is not dependent on the opinions I express herein or on the outcome of this matter.

## II.      QUALIFICATIONS AND EXPERIENCE

5.      I currently hold the position of Showalter Distinguished Professor of Biomedical Engineering and am also a full Professor in the Department of Industrial and Molecular Pharmaceutics at Purdue University. I earned my B.S. in Pharmacy from Seoul National University in 1975, followed by a Ph.D. in Pharmaceutics from the University of Wisconsin in 1983. Additionally, I completed a postdoctoral training program in Chemical Engineering at the University of Wisconsin in 1985. I began my tenure at Purdue University as an Assistant Professor in 1986, and since 1994, I have served as a Professor in the Department of Industrial and Molecular Pharmaceutics. I have also been a Professor in the Department of Biomedical Engineering since 1998 and was appointed the Showalter Distinguished Professor of Biomedical Engineering at Purdue University in 2006.

6.      I have been actively involved in the research, development, and manufacture of pharmaceutical formulations, particularly in controlled release (also known as sustained release) drug delivery systems, throughout my entire career,

which began in 1986. I have conducted extensive research at Purdue University, focusing on drug delivery technologies that employ various polymers. My work encompasses a broad range of activities, including the development of oral formulations such as fast-dissolving tablets and gastric retention systems, parenteral formulations utilizing polymer micelles and nanocrystals for poorly soluble drugs, computer modeling of drug absorption and distribution, and the creation of long-acting injectable biodegradable formulations.

7.     Orally fast-dissolving tablets, commonly referred to as orally disintegrating tablets (ODTs), are designed for the effortless administration of various drugs, even without the need for water. This is especially beneficial for individuals who experience dysphagia or have difficulty swallowing. My technology, known as Frosta technology, has been utilized to formulate fast-dissolving (or disintegrating) tablets for a range of pharmaceutical (e.g., acetaminophen, aspirin, and vitamins) and nutraceutical (e.g., CaffeMagia for caffeine, Fortecal for calcium, and Ceto-Q for toothpaste) products.

8.     Over my career, I have received numerous awards and honors, including the Research Achievement Award (Pharmaceutics and Drug Delivery Section) (2001), the Clemson Award (basic research category) of Society for Biomaterials (2001), the Controlled Release Society Founders Award (2004), the Louis W. Busse Lectureship of School of Pharmacy at University of Wisconsin

4

(2008), the Sigma Xi Research Award (Purdue University Chapter) (2009), Thomson Reuters' list of "The World's Most Influential Scientific Minds: 2014" (2014), Korean-American Society in Biotech and Pharmaceuticals-Daewoong Award (2014), Controlled Release Society Distinguished Service Award (2015), Special Government Employee at FDA CDER (2016), The University of Auckland Distinguished Visitor Award (2017) and the CRS Foundation Award (2018), One of the Most Impactful Faculty Inventors, Purdue University (2019-2021), and have been recognized numerous times on Clarivate Analytics' list of Highly Cited Researchers (2016-2024).

9.    I have been on the Board of Governors of the Controlled Release Society (1993-1996), a Fellow at the American Association for Pharmaceutical Scientists (AAPS) (1993), the President of the Korean-American Pharmaceutical Scientists Association (1995-1997), a Fellow at the American Institute for Medical and Biological Engineering (1996), a Fellow at the Biomaterials Science and Engineering of the Society for Biomaterials (2000), the President of the Controlled Release Society (2001-2002), and a Fellow of Controlled Release Society (2010).

10.    I have been a member of various Advisory Boards since 1994, including the Advisory Panel on Polymeric Excipients, USP (1995-2005), the ACS Books Advisory Board (1997-2000), the Scientific Advisory Board, International Symposium on Recent Advances in Drug Delivery Systems (2000-2001),

5

International Nanomedicine and Drug Delivery Symposium (2005), Board of Directors & Chairman of Fellowship Committee, CRS Foundation (2008-2013), Scientific Advisory Board, the International Conference on Biomaterials Science in Tokyo (2016), External Advisor for Internal Projects at Korea Institute of Science and Technology (KIST) (2017), and International Organizing/Advisory Committee, 5th Symposium on Innovative Polymers for Controlled Delivery, Suzhou, China (2018), Expert Advisor for USP's PLGA Joint Subcommittee, USP (2021-2022), and The International Advisory Committee of the 12th World Biomaterials Congress (WBC) (2023-2024).

11.    I previously served as the Editor-in-Chief of the Journal of Controlled Release (2005–2019). I have also served as journal editor for several publications, including Pharmaceutical Research (Book Review Editor), Advanced Drug Delivery Reviews (Guest Editor), and Journal of Controlled Release (Editor, Americas). I have also served on numerous editorial boards of pharmaceutical journals. I have been a member of various NIH Study sections since 1996, such as the NIH Pharmacology Study Section, NIH Bioengineering, Technology, and Surgical Sciences Study Section, and NIH College of CSR Reviewers. I have also served as

6

a Special Reviewer for various NIH Study Sections, including a term as Chairman of the Pharmacology Special Study Section from 2001 to 2003.

12.    I am a named inventor on 28 U.S. Patents. I have authored or co-authored over 430 research articles. Additionally, I have presented several hundred lectures, invited talks, and other presentations on various topics related to pharmaceutical formulation.

### III.    PRINCIPLES OF CLAIM CONSTRUCTION

13.    I understand that claim construction is a matter of law that is determined by the Court, which examines the meaning of a claim term to a person of ordinary skill in the art ("POSA") at the time of the invention, i.e., as of the effective filing date of the patent application. I understand the effective filing date of the '724 patent to be March 25, 2018. I understand that the claim terms are generally given their ordinary and customary meaning in the pertinent field of the claimed invention.

14.    I understand that during claim construction, the Court looks to the intrinsic evidence, i.e., the claims themselves, the patent specification, and the prosecution history, and a construction that stays true to the claim language and most naturally aligns with the patent's description of the invention will be, in the end, the correct construction. I also understand that the Court may look to relevant extrinsic evidence such as textbooks, treatises, and dictionaries in the pertinent technical field, as well as expert opinion regarding how a POSA would have understood the claim

7

terms in the context of the patent and the general knowledge and understanding in the pertinent field.

## IV.    THE '724 PATENT GENERALLY

15.    The '724 patent is titled "Rimegepant for CGRP Related Disorders." The '724 patent issued on August 10, 2021, from U.S. Patent Application No. 16/884,196 ("the '196 application"). The '724 patent purports to claim priority to U.S. Provisional Application Nos. 62/647,794, filed on March 25, 2018, 62/664,761, filed on April 30, 2018, 62/774,285, filed on December 2, 2018, 62/777,180, filed on December 9, 2018, and 62/777,625, filed on December 10, 2018.

16.    The '724 patent is directed to a pharmaceutical composition in the form of an oral solid molded fast-dispersing dosage form and the use of rimegepant and salts thereof for treating CGRP-related disorders such as migraine. '724 patent at 1:23-25 and claims 1, 8, 11. The '724 patent identifies the CGRP antagonist rimegepant as described in WO 2011/046997, and states that rimegepant as a hemisulfate sesquihydrate salt is preferred and is described in WO 2013/130402. *Id.* at 8:61-68.

8

17.    The '724 patent issued with 20 claims, of which claims 1, 8, and 11 are

the independent claims.[1] I understand claims 2, 4, 6, 9, 11-15, and 18-20 of the '724

patent have been asserted against Defendants.

18.    According to the '724 patent, the solid molded fast-dispersing dosage

form utilized in clinical trials is prepared by Zydis technology. *Id.* at 34:14-59. The

'724 patent explains that the disclosed compositions are prepared by a process which

involves dissolving or dispersing API in a fish gelatin solution, pouring the solution

into a mold, and subjecting it to freeze drying, as mentioned in prior-art references

U.S. Patent No. 9,192,580 and U.K. Patent No. 1,548,022. *Id.* at 9:64-67, 10:7-55.

## V.    A PERSON OF ORDINARY SKILL IN THE ART

19.    A person of ordinary skill in the art ("POSA") in the context of the '724

patent would be a person with a graduate degree (e.g., Ph.D.) in pharmaceutical

science or a related discipline and a few years of experience in formulation of

pharmaceutical dosage forms, including the design and development of ODT

formulations. Furthermore, a POSA would have had access to and would have

collaborated and/or consulted with a team of persons with ordinary education and/or

experience in related fields such as synthetic chemistry, analytical chemistry,

pharmacology, formulation, drug delivery, preclinical and clinical studies, clinical

---

[1] I understand Claims 1 and 8 have not been asserted against any Defendants, but their
limitations are incorporated into dependent claims that are at issue.

practice in the treatment of migraine, and the market incentives for developing alternative dosage forms.

20.    Based on my education and professional experience, I am qualified to discuss the knowledge and perspective of a POSA as of the effective filing date of the '724 patent.

## VI.    OPINION

21.    In my opinion, the phrase "solid molded" in the claims of the '724 patent means to a POSA "a solid form obtained by placing a composition in a mold and then drying the composition." I understand this is also the construction proposed by Defendants. A POSA reading the claim phrase in the context of the '724 patent would have understood that "solid molded" or "molded" is a term of art and carries the customary and ordinary meaning in the field of pharmaceutical formulation, which is supported by references cited in the '724 patent specification as well as authoritative references in pharmaceutical formulation as of the effective filing date of the '724 patent.

### A.    The Customary and Ordinary Meaning of "Molded Tablets"

22.    As background, it had been well understood by POSAs in the field of pharmaceutical formulation that tablets are generally classified in two categories, i.e., **compressed tablets** and **molded tablets**, based on their different manufacturing methods and resultant properties. Compressed tablets are manufactured by

10

compressing a solid, dry mixture of the composition under pressure (also known as compaction) in dies and punches. Molded tablets, on the other hand, are manufactured by placing the composition, typically a wetted solid or a solution, in a mold and then drying the composition. Minimum or no pressure is applied in the molding method.

23.    Authoritative references in the field of pharmaceutical formulation consistently taught compressed tablets and molded tablets are two different categories of tablets, and a POSA would have so understood.

24.    For example, *Remington: The Science and Practice of Pharmacy*, 20th Edition (Philadelphia College of Pharmacy and Science, 2000) ("Remington") has been a well-known reference in the field of pharmaceutical formulation for many years. Remington is cited in the '724 patent specification. '724 patent at 11:50-52.

25.    Chapter 45 of Remington, titled "Oral Solid Dosage Forms" (attached as **Exhibit D**), teaches that Compressed Tablets and Molded Tablets (or Tablet Triturates) are two separate classes of tablets:

> Most commercial tablets can be divided into two general classes by whether they are made by compression or molding.
> …
>
> The term *compressed tablet* is believed to have been used first by John Wyeth and Brother of Philadelphia. During this same period, molded

11

tablets were introduced to be used as *hypodermic* tablets for the
extemporaneous preparation of solutions for injection.

…

**COMPRESSED TABLETS (CT)**
These tablets are formed by compression and contain no special coating. They
are made from powdered, crystalline, or granular materials, alone or in
combination with binders, disintegrants, controlled-release polymers,
lubricants, diluents, and in many cases colorants.

…

**MOLDED TABLETS OR TABLET TRITURATES (TT)**
Tablet triturates usually are made from moist material, using a triturate mold
that gives them the shape of cut sections of a cylinder. Such tablets must be
completely and rapidly soluble. The problem arising from compression of
these tablets is the failure to find a lubricant that is completely water-soluble.

…

Tablet triturates [or molded tablets] are made by forcing a moistened blend
of the drug and diluent into a mold, extruding the formed mass, which is
allowed to dry. This method is essentially the same as it was when
introduced by Fuller in 1878.

Remington at 858-59, 881 (emphasis in original).

26.     Remington also teaches the fundamental differences between molded

tablets and compressed tablets. For example, Remington teaches:

- Molded tablets are "generally softer than compressed tablets" and
  "selected for a number of drugs because of its rapidly dissolving
  characteristic." *Id.* at 881.

- "Compressed tablets usually are prepared by large-scale production
  methods, while molded tablets generally involve small-scale
  operations." *Id.* at 858.

12

- "The vast majority of tablets commercialized today are compressed tablets, either in an uncoated or coated state." *Id.*

27.    Remington describes the method of making one type of molded tablets known as tablet triturates, as follows:

> Tablet triturates are made by forcing a moistened blend of the drug and diluent into a mold, extruding the formed mass, which is allowed to dry. This method is essentially the same as it was when introduced by Fuller in 1878. Hand molds may vary in size, but the method of operation is essentially the same. Molds consist of two plates made from polystyrene plastic, hard rubber, nickel-plated brass, or stainless steel. The mold plate contains 50 to 500 carefully polished perforations. The other plate is fitted with a corresponding number of projecting pegs or punches that fit the perforations in the mold plate. ***The mold plate is placed on a flat surface, the moistened mass is forced into the perforations, and the excess is scraped from the top surface. The mold plate is placed over the plate with the corresponding pegs and lowered. As the plates come together, the pegs force the tablet triturates from the molds. <u>They remain on the tops of the pegs until dry</u>***, and they can be handled (see Fig 45-33). In some hand molds, as shown in Figure 45-34, the pegs are forced down onto the plate holding the moist trituration.

*Id.* at 881 (emphasis added).

28.    Remington distinguishes molded tablets from compressed tablets. Compressed tablets, by contrast, are made by compression of powdered, crystalline, or granular materials containing a mix of active and inactive ingredients that have characteristics rendering them suitable for compression, including cohesiveness, lubrication, and the ability to flow freely. *Id.* at 859. The compression method is fundamentally different from the method used to prepare molded tablets:

> The basic mechanical unit in all tablet-compression equipment includes a lower punch that fits into a die from the bottom and an upper punch, with a head of the same shape and dimensions, which enters the die cavity from the top after the tableting material fills the die cavity (Fig 45-2). ***The tablet is formed by pressure applied on the punches and subsequently is ejected from the die***. … If the tablet granulation does not possess cohesive properties, the tablet after compression will crumble and fall apart on handling.

*Id.* (emphasis added).

29.     Remington further describes that orally disintegrating tablets (ODTs) are solid dosage forms that disintegrate in the oral cavity, leaving an easy to swallow residue, and the time for disintegration for ODTs is usually considered to be less than 1 minute. Remington at 684.

30.     Similarly, Ansel's Pharmaceutical Dosage Forms and Drug Delivery Systems (Tenth Edition, 2014) ("Ansel"), a well-known textbook in pharmaceutical formulation, teaches the two types of tablets in Chapter 8 titled "Tablets" (attached as **Exhibit E**). Ansel at 263-298.

31.     Ansel teaches: "Certain tablets, such as tablet triturates, may be prepared by molding rather than compression. The resultant tablets are very soft and soluble and are designed for rapid dissolution." *Id.* at 266.

32.     Ansel discusses rapidly disintegrating or dissolving tablets (RDTs, also called fast dissolving tablets) and their manufacture techniques, including lyophilization, and the Zydis technology. *Id.* at 267-268. "The original fast-dissolving tablets were molded tablets for sublingual use. They generally consisted

14

of active drug and lactose moistened with an alcohol-water mixture to form a paste. The tablets were then molded, dried, and packaged." *Id.* at 267. "The first entry into the RDT field was the Zydis delivery system. The tablets are prepared by foaming a mixture of gelatin, sugar or sugars, drug, and any other components and by pouring the foam into a mold. The mold also serves as the unit dose-dispensing package. The foam is lyophilized (Fig. 8.5), and the tablets in the mold are packaged." *Id.*

33.     Ansel describes the preparation of tablets by molding. Ansel explains the "mold" is made of two parts, an upper part (or die portion) and a lower part, containing squat, flat punches, used for preparation of the molded tablets or tablet triturates. *Id.* at 283-284. In the preparation, "[t]he powder mixture is wetted with a 50% mixture of water and alcohol sufficient only to dampen the powder so that it may be compacted." *Id.* at 284. "The solvent action of the water on a portion of the lactose or lactose-sucrose base binds the powder mixture upon drying. The alcohol portion hastens drying." *Id.*

34.     In contrast, Ansel discusses "compressed tablets" and their manufacture in detail, including the "die and punches used in the compression," and the different methods of preparing the solid mixtures to be compressed, i.e., wet granulation, dry granulation and direct compression. *Id.* at 270-283. In particular, Ansel explains that "[o]ne important requirement in tablet manufacture is that the drug mixture flows freely from the hopper of the tablet press into the dies to enable

15

high-speed compression of the powder mix into tablets. Granulations of powders provide this free flow. Granulations also increase material density, improving powder compressibility during tablet formation." *Id.* at 274. The preparation of "molded tablets" does not involve granulation for compression.

35.    Ansel also discusses compression as an additional method for the preparation of RDTs: "Another method of preparation is using standard tableting technology with a composition that will enhance fluid uptake and tablet disintegration and dissolution. For example, superdisintegrants incorporated with a small quantity of effervescent material will lead to immediately fast disintegration. The tablets are compressed a little thinner than standard tablets to allow for a larger surface area exposed to the saliva in the mouth. Upon placement in the mouth, the disintegrant starts wicking water into the tablet. The effervescent materials start dissolving and aid in the breakup. This continues until the tablet has disintegrated." *Id.* at 268.

36.    In addition, the United States Pharmacopeia ("USP"), the official publication setting forth the standards for drug products in the U.S., is instructive (attached as **Exhibit F**). USP defines "**Molded tablet:** A tablet that has been formed by dampening the ingredients and pressing into a mold, then removing and drying the resulting solid mass." USP at 783. By contrast, USP defines "**Tablet:** A solid dosage form prepared from powders or granules by compaction." *Id.* at 784.

16

37.    Defendants' proposed construction of the claim phrase "solid molded,"
i.e., "a solid form obtained by placing a composition in a mold and then drying the
composition," is consistent with the customary and ordinary meaning of the term
well understood in the art, as reflected in Remington, Ansel, and USP.

### B.    The '724 Patent Specification Describes the Claimed "Molded" Dosage Form Consistent with the Ordinary Meaning

38.    Additionally, a POSA would have understood "solid molded" in the
claims of the '724 patent in the context of the claimed invention. The claims are
directed to an "oral solid molded *fast-dispersing* dosage form." (emphasis added). A
POSA would have understood the "solid molded" as a term in the context of an invention
in the field of pharmaceutical formulation and more particularly fast-dispersing dosage
forms, and not as a term to be understood in the context of the general public's or lay
person's use of the term.

39.    The '724 patent provides certain descriptions and examples regarding the
"oral solid molded fast-dispersing dosage form" of the '724 patent, distinguished from
other dosage forms made by conventional methods, such as tablets made by
compaction.

40.    Specifically, the '724 patent provides descriptions about the
preparation of a "molded" dosage form in the specification:

> The dosage forms according to the invention can be
> prepared according to the process disclosed in Gregory et
> al., U.K. Patent No. 1,548,022 using fish gelatin as the

carrier. Accordingly, an initial composition (or admixture) comprising the active ingredient and a solution of the fish gelatin carrier in a solvent is prepared followed by sublimation. The sublimation is preferably carried out by freeze drying the composition. ***The composition can be contained in a mold during the <u>freeze-drying process to produce a solid form</u>*** in any desired shape. The mold can be cooled using liquid nitrogen or solid carbon dioxide in a preliminary step prior to the deposition of the composition therein. ***After freezing the mold and composition, they are next subjected to reduced pressure and, if desired, controlled application of heat <u>to aid in sublimation of solvent.</u>*** The reduced pressure applied in the process can be below about 4 mm Hg, preferably below about 0.3 mm Hg. The freeze dried compositions can then be removed from the mold if desired or stored therein until later use.

'724 patent at 10:15-34 (emphasis added). Freeze-drying is also known as lyophilization. The "freeze-drying" step detailed above necessarily involves drying (*i.e.*, removal of liquid) the composition in the mold.

41.    Further, the '724 patent specification cites U.S. Patent No. 9,192,580, which contains an almost identical description of preparing a solid fast-dispersing dosage form by containing a composition in a mold, followed by freeze-drying:

Accordingly, an initial composition (or admixture) comprising the active ingredient and a solution of the fish gelatin carrier in a solvent is prepared followed by sublimation. The sublimation is preferably carried out by freeze drying the composition. ***The composition can be contained in a mold during <u>the freeze-drying process to produce a solid form</u>*** in any desired shape. The mold can be cooled using liquid nitrogen or solid carbon dioxide in a preliminary step prior to the deposition of the composition therein. ***After freezing the mold and***

18

A452

> ***composition, they are next subjected to reduced pressure
> and, if desired, controlled application of heat <u>to aid in
> sublimation of solvent</u>***. The reduced pressure applied in
> the process can be below about 4 mm Hg, preferably
> below about 0.3 mm Hg. The freeze dried compositions
> can then be removed from the mold if desired or stored
> therein until later use.

*Id.* at 10:19-34 (emphasis added).

42.     Importantly, the '724 patent specification describes two types of dosage

forms, one "in the form of a tablet" and the other "in the form of an oral solid molded

dosage form," in the Examples. Examples 1-4, 6, 7, 10, and 11 describe the "tablet"

form. In particular, Example 1 describes the tablet composition containing 75 mg

rimegepant and inactive ingredients for conventional tablets, and manufacturing by

wet granulation and conventional compression method using "716-station rotary

tablet press." '724 patent at 13:18-14:36. Naturally, Example 1 does not use the term

"mold" or "molded" to describe the tablets or the method for tablets made by

compression. These 75 mg rimegepant tablets were used in clinical trials ("Study

301" and "Study 302") described in Examples 2-4, and the efficacy results and

analysis of the tablet are described in Examples 6, 7, 10 and 11.

43.     The '724 patent also provides additional descriptions of exemplary

formulations that a POSA would understand to refer to the type of traditional

compressed tablets disclosed in Example 1.  For example, the discussion at column

4 lines 55 to 69 discloses a "pharmaceutical composition" that "is provided in the

19

form of a tablet" that can have the following ingredients: "from about 50-60 wt % rimegepant hemisulfate sesquihydrate, about 30-35 wt % microcrystalline cellulose, about 2-7 wt % hydroxypropyl cellulose, about 3-7 wt % croscarmellose sodium, and about 0.1-1.0 wt% magnesium stearate." A POSA would recognize these excipients to be the same ones used in Example 1, and would understand the description in these lines to be of a traditional compressed tablet.

44.    In contrast, an oral solid molded dosage form is described in Examples 5, 8, and 9. Example 5 describes a bioequivalence study on the "oral molded fast-dispersing dosage form made with fish gelatin as described herein ("ODT") at a dose of 75 mg of rimegepant," as "compared to the 75 mg tablets used in the studies described in Examples 2 and 3." Examples 8 and 9 describe the results of a clinical trial BHV3000-303 ("Study 303") on the "Orally Disintegrating Tablet (ODT)," also referred to as "rimegepant Zydis ODT."

45.    Again, the '724 patent provides additional disclosures of exemplary formulations that a POSA would understand to refer to this type of ODT "molded" tablet dosage form. For example, the discussion at column 5 lines 1-8 (immediately following the section discussing a compressed tablet dosage form in column 4 lines 55 to 69) discloses a "pharmaceutical composition" that "is provided in the form of an oral solid molded fast-dispersing dosage form" that can have the following ingredients: "about 70-80 wt % rimegepant hemisulfate sesquihydrate, about 5 10-

20

20 wt% fish gelatin, about 10-20 wt% of a filler, and 0.1-5 .0 wt % of a flavorantate."
A POSA would recognize these excipients to be consistent with the discussion in
Example 5 of the "oral solid molded fast-dispersing dosage form made with fish
gelatin as described herein ('ODT')," and would understand the description in these
lines to be of a molded tablet.

46.    Thus, the description in the '724 patent, including the Examples,
indicates that the claimed "solid molded" dosage form is "obtained by placing a
composition in a mold and then drying the composition," as distinguished from the
conventional compression method. The description is also fully consistent with the
teachings of the authoritative references discussed above.

### C.    Opinions with Respect to Plaintiffs' Expert Declaration

47.    I disagree with Plaintiffs' expert Dr. Cory Berkland's various opinions
provided in the Declaration of Cory J. Berkland, Ph.D. in Support of Plaintiffs' Opening
Claim Construction Brief ("Berkland Decl.").

48.    Dr. Berkland quotes a general statement in the '724 patent specification
referring to "conventional methods" and a number of "processes," i.e., "mixing,
dissolving, granulating, dragee-making, levigating, emulsifying, encapsulating,
entrapping, lyophilizing" and "the like". *See* Berkland Decl., ¶ 20. Typically, a method
for preparing a dosage form involves more than one of these and other processes. For
example, the conventional compression method, which is used to make the tablets in

21

Example 1 of the '724 patent, includes mixing the ingredients (steps 2-3 and 9-12) and wet granulating and drying to make the granules (steps 4-7) before compression (steps 16-17). '724 patent at 13:50-14:26. In addition, the method to make the "solid ***molded*** fast-dispersing dosage form" described in the '724 patent includes mixing and dissolving the ingredients, placing the composition in a mold and then drying (freeze drying or lyophilizing) the composition. *Id.* at 10:19-34 (emphasis added).

49.    Dr Berkland emphasizes that various separate manufacturing steps recited in the '724 patent "do[] not require drying a composition in a mold." *See* Berkland Decl. ¶¶ 23, 25, 27. That these individual processes (e.g., mixing) could be completed without "drying a composition in a mold" does not change the fact that a POSA would understand that the "molded" dosage forms claimed by the '724 patent must be prepared by drying the composition in a mold.

50.    Further, some of these listed "processes" Dr. Berkland cites are plainly not involved in the preparation of the oral solid ***molded*** fast-dispersing dosage form claimed in the '724 patent. For example, the "emulsifying" process is not utilized to make the claimed oral solid molded dosage form since the formulation does not involve two immiscible liquids. Furthermore, "granulation" refers to the process of converting fine powders into free-flowing granules, facilitating the production of compressed tablets. The preparation of the claimed oral solid molded dosage form does not involve granulation. *Id.* at 10:7-34.

51.     I note that Dr. Berkland quotes a statement in the '724 patent, which

states:

> The pharmaceutical compositions of the present invention can be
> prepared in any suitable dosage form including, for example, tablets,
> capsules, nasal sprays, powders, granules, ointments, solutions,
> suppositories, injections, inhalants, gels, microspheres, and aerosols.

Berkland Decl., ¶ 34. I note that the claimed "oral solid molded fast-dispersing

dosage form" does not take the form of most of these listed pharmaceutical

compositions. A POSA would not consider (for example) "nasal sprays,"

"ointments," "solutions," "suppositories," "injections," "inhalants," "gels," or

"aerosols" to be "oral solid molded" dosage forms.

52.     It appears that Dr. Berkland implicitly defines "molded" as formed in a

particular shape. Berkland Decl., ¶ 35. But that is not the correct interpretation of

"molded," as non-molded solid dosage forms, such as compressed tablets, are also

formed in a certain shape. There is no description in the '724 patent specification

suggesting that the shape of the "'oral solid molded dosage form' impacts how the

composition functions," as asserted by Dr. Berkland. Berkland Decl., ¶ 35. In fact,

there is no discussion in the '724 patent regarding any particular shape of the claimed

solid molded dosage form. The '724 patent describes that the solid molded dosage

form can be formed "in any desired shape," indicating that the particular shape does

not materially affect the dissolution or dispersion of the composition. '724 patent at

10:23-25. A POSA would not consider "molded" to merely mean providing a shape to the dosage form.

### D.     Opinions with Respect to Other Materials Provided to Me

53.     I have also reviewed certain other references provided to me by counsel, which were utilized by Plaintiffs. Those references use the word "mold" in a different context, unrelated to the '724 patent, and they do not inform a POSA regarding the meaning of "solid molded" in the context of the '724 patent.

54.     For instance, American Pharmacists Association, *Tableting Specification Manual* (7th ed.) contains the following section (as highlighted therein): "Die: A tool that serves as the mold in which the product is compressed to form the desired peripheral (outer) size and shape of a tablet." This definition of "die" is part of *tableting equipment*. It has no bearing on the meaning of the term "solid molded" in the context of the '724 patent. There is no reason that a POSA would have referred to or relied on this description to understand the "solid molded" claim term of the '724 patent.

55.     The same applies to the two patent publications provided to me, utilized by Plaintiffs. U.S. Patent Application Publication No. 2013/0203791, provides the following general statement: "A typical method of making tablets involves compressing a mixture of active pharmaceutical ingredient(s) and excipient(s) in a

24

die or mold to give the tablet the desired shape and hardness." U.S. 2013/0203791 at ¶ 0003. This description is directed to compressed tablets.

56.    Further, U.S. Patent Application Publication No. 2017/0247381 ("US '381"), provides the following:

> In the tableting step, a tableting die mold is filled with final blend material and the mixture is compressed to form a tablet core that is ejected. Suitable tablet presses are known in the art and are available commercially from, for instance, Riva-Piccola, Carver, Fette, Bosch Packaging Technology, GEA and Natoli Engineering Company. Generally, each tablet is made by pressing the granules inside a die, made up of hardened steel. The die is typically a disc shape with a hole cut through its center.

US '381 at ¶ 0090. This paragraph is discussing compressed tablets, which are distinct from molded tablets.

57.    Thus, the portions of these two patent publications are directed to methods of making compressed tablets, not molded tablets. There is no reason that a POSA would have referred to or relied on any of these patent publications or the portions quoted by Plaintiffs to understand the "solid molded" claim term of the '724 patent. They do not inform the meaning of the claim term "solid molded" of the '724 patent.

58.    Plaintiffs also highlight certain dictionary definitions of the word "mold." These dictionaries provide different English language meanings of the word "mold" to a layperson. There is no reason that a POSA would have referred to or relied on any of these dictionary definitions to understand the claim term "solid

25

molded." As discussed above, to a POSA, the claim phrase "solid molded" in the context of the '724 patent would have the meaning consistent with its customary and ordinary meaning in the field of pharmaceutical formulation, i.e., a solid form obtained by placing a composition in a mold and then drying the composition.

59.     Finally, I note that Dr. Berkland did not rely on or refer to any of the manual descriptions, patent publications, or dictionaries discussed above in his declaration. There is no reason for a POSA to refer to or rely on any of these references, as opposed to the authoritative references in the pharmaceutical formulation, such as Remington, Ansel, and USP, to understand the term "solid molded" or "molded" recited in the claims of the '724 patent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: August 1, 2025

_____

Dr. Kinam Park

27

# EXHIBIT A

## CURRICULUM VITA

## KINAM PARK

Purdue University
Weldon School of Biomedical Engineering
206 S. Martin Jischke Drive
West Lafayette, IN 47907-2032

Tel: 765 494-7759
E-mail: kpark@purdue.edu
kinam.com;  kinampark.com

July 2025

---

**TITLE**:          Showalter Distinguished Professor of Biomedical Engineering
                    Professor of Industrial and Molecular Pharmaceutics

**Education:**      B.S. in Pharmacy          1971-1975    Seoul National University, Seoul, Korea
                    Ph.D. in Pharmaceutics    1979-1983    University of Wisconsin, Madison, WI
                    Postdoc in Chem. Eng.     1983-1985    University of Wisconsin, Madison, WI

**Academic Appointment**

| | |
|---|---|
| 7/06 - present | Showalter Distinguished Professor of Biomedical Engineering Purdue University |
| 6/01 - present | President, Akina, Inc. |
| 7/98 - present | Professor, Department of Biomedical Engineering, Purdue University |
| 7/94 - present | Professor, Department of Pharmaceutics, Purdue University |
| 7/90 - 6/94 | Associate Professor, Department of Pharmaceutics, Purdue University |
| 2/86 - 6/90 | Assistant Professor, Department of Pharmaceutics, Purdue University |
| 5/85 - 1/86 | Research Assistant Professor Department of Pharmaceutics, University of Utah |
| 4/83 - 4/85 | Postdoctoral Research Associate Department of Chemical Engineering, University of Wisconsin |
| 1/79 - 3/83 | Research Assistant Department of Pharmaceutics, University of Wisconsin |
| 3/75 - 7/77 | Served in the Korean Army as a lieutenant |

**Awards and Honors**

NIH New Investigator Research Award (1986)
Achievement Award in 1989 IBM Supercomputing Competition (1990)
Young Investigator Award: Controlled Release Society (1992)
Controlled Release Society-Merck Award for the Outstanding Paper in the Ag/Vet field (1997)
University Faculty Scholar, Purdue University (1999)
Clemson Award (the basic research category) of Society for Biomaterials (2001)
Research Achievement Award (Pharmaceutics and Drug Delivery Section) (2001)
Controlled Release Society-NanoSystems Outstanding Pharmaceutical Paper Award (2004)
Controlled Release Society Founders Award (2004)
Louis W. Busse Lectureship of School of Pharmacy, University of Wisconsin (2008)
Sigma Xi Research Award (the Purdue University Chapter) (2009)
Advisory Professor for Medical Science Research at Kyungpook National University (2009-2012)
The Nagai Foundation Tokyo Distinguished Lectureship (2010)
Purdue Cancer Research Award by Lafayette Lions Club (with Professor Ji-Xi Cheng) (2011)
Kyung Hee University International Scholar (2012)
Visiting Professor of Heilongjiang University of Chinese Medicine, China (2012)
Visiting Professor of Ajou University, Korea (2013)
Thomson Reuters' list of "The World's Most Influential Scientific Minds. 2014 (2014)
Korean-American Society in Biotech and Pharmaceuticals (KASBP)-Daewoong Award (2014)
Featured in Indiana at 200. A Celebration of the Hoosier State (2015)
Ashland Inc. Distinguished Lecturer at the University of Kentucky (2015)
Controlled Release Society Distinguished Service Award (2015)
Willis A. Tacker Prize for Outstanding Teaching in Weldon School of Biomedical Engineering (2015)
The 2015 Purdue Innovator Hall of Fame Inductee (2015)
Distinguished Scholar, the Chinese University of Hong Kong (2016)
Special Government Employee at FDA CDER (2016)
The University of Auckland Distinguished Visitor Award (2017)
The 2018 CRS Foundation Award (honoring Kinam Park with Student Travel Grant Program) (2018)
Chair Professor of Soochow University, Suzhou, China (2019)
Songeum Med&Pharm Award, Seoul, Korea (2019)
One of the Most Impactful Faculty Inventors, Purdue University (2019, 2020)
The CRS Annual Meeting (Virtual): A session dedicated to "Celebrating Kinam Park" (2020)
One of the Most Impactful Faculty Inventors, College of Engineering, Purdue University (2021)
A plenary lecturer at the annual Controlled Release Society Meeting (2022)
Clarivate Analytics' list of "Highly Cited Researchers (2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024)

Controlled Release Society-3M Drug Delivery Systems Graduate Student Outstanding Research Award in Drug Delivery (Yoon Yeo: Controlled Release Society, 2003)
AAPS Outstanding Graduate Student Research Award in Pharmaceutical Technologies (Mentoring Yong Qiu: American Association of Pharmaceutical Scientists, 2003)
AAPS Outstanding Graduate Student Research Award in Pharmaceutical Technologies (Mentoring Yoon Yeo: American Association of Pharmaceutical Scientists, 2004)
Drug Delivery Special Interest Group Outstanding Contribution to the Society for Biomaterials (Eunah Kang: Society for Biomaterials 2007)

Board of Governors of the Controlled Release Society (1993-1996)
Fellow, American Association for Pharmaceutical Scientists (AAPS) (1993)
President of the Korean-American Pharmaceutical Scientists Association (1995-97)
Fellow, American Institute for Medical and Biological Engineering (1996)

2

Fellow, Biomaterials Science and Engineering of the Society for Biomaterials (2000)
President of the Controlled Release Society (2001-2002)
Fellow, Controlled Release Society (2010)

## Professional Activities

<u>Advisory Board</u>
Advisory Board of the Molecular Modeling Conference (1994)
Advisory Panel on Polymeric Excipients, USP (1995-1999)
ACS Books Advisory Board (1997-2000)
Advisory Panel on Current Drugs (1997-1999)
Scientific Advisory Board, International Symposium on the Frontiers in Biomedical Polymers Applications (2000-2001)
Scientific Advisory Board, International Symposium on Recent Advances in Drug Delivery Systems (2000-2001)
Advisory Panel on Excipients: Substance and Characterization Expert Committee, USP (2000-2005)
Scientific Program Committee of the 2nd Pharmaceutical Sciences World Congress (PSWC) (2004)
Scientific Advisory Board, Delsite, Inc. (2004-2008)
Scientific Advisory Board, International Nanomedicine and Drug Delivery Symposium (2005-)
Scientific Advisory Board, Soleira Laboratories (2006-2008)
Scientific Advisory Board, Boston Scientific (2006-2008)
Scientific Advisory Board, Lohmann Therapie-Systeme AG (2006-2012)
Scientific Advisory Board, European Symposium on Controlled Drug Delivery (2006-2009)
Scientific Advisory Board, China International Pharmaceutical Technologies Conference 2007 (2006-2008)
Scientific Organizing Committee for Micro 2007, the 16th International Symposium on Microencapsulation (2007)
International Advisory Board, CIMTEC 2008 the 3rd International Conference on Smart Materials, Structures and Systems (2007-2008)
Dean's Faculty Advisory Committee, Purdue University, College of Engineering (2007-2013)
Engineering Named Professorships Committee, Purdue University, College of Engineering (2007-2014)
Provost Search Committee, Purdue University (2007-2008)
Board of Directors & Chairman of Fellowship Committee, CRS Foundation (2008-2013)
International Advisory Board, CIMTEC 2010 the 5th Forum on New Materials & 9th International Conference on Medical Applications of Novel Biomaterials and Nano-biotechnology (2009-2012)
Drug Delivery Scientific Advisory Board, Genentech (2010-2015)
The International Symposium on Biomaterials and the China-Japan-Korea (Asia 3) Foresight Joint Symposium on Gene Delivery, Guilin, Guangxi, China (2010-2011)
Chairman, Dean's Faculty Advisory Committee, Purdue University, College of Engineering (2010-2012)
International Scientific Advisory Board, School of Pharmacy at Queen's University Belfast (2011)
Scientific Committee, the 19th International Symposium on Microencapsulation, Pamplona, Spain (2012-2013).
International Advisory Board, 20th International Symposium on Microencapsulation. IMS2015 Boston (2014)
External Advisor for the Center of Biological Research Excellence at the University of South Carolina (2014-2015)
Chair, the Annual Meeting Programme Committee for the Controlled Release Society conference in 2016.
Faculty Awards and Recognition (FAR) committee, College of Engineering representative (2015-2018)

Scientific Advisory Board, the International Conference on Biomaterials Science in Tokyo (2016)
International Advisory Board, CIMTEC 2018 the 8th Forum on New Materials & 12th International
Conference on Medical Applications of Advanced Biomaterials and Nano-biotechnology (2017-2020)
External Advisor for Internal Projects at Korea Institute of Science and Technology (KIST) (2017)
International Organizing/Advisory Committee, 5th Symposium on Innovative Polymers for Controlled Delivery, Suzhou, China (2018-2024)
Expert Advisor for USP's PLGA Joint Subcommittee, USP (2021-2022)
The International Advisory Committee of the 12th World Biomaterials Congress (WBC) (2023-2024)

Editorial Board
Journal of Biomaterials Science- Polymer Edition (1993-2023)
Journal of Bioactive and Compatible Polymers (1993-2023)
Journal of Controlled Release (1997-2005)
Colloids and Surfaces B: Biointerfaces (1997-2019)
Archives of Pharmacal Research (1998-2023)
PharmSci (official electronic journal of AAPS) (1999-2009)
PharmSciTech (official electronic journal of AAPS) (2001-2009)
Drug Delivery Technology (2002-2019)
Advanced Drug Delivery Reviews (2003-2023)
Biomaterials Research (2003-2019)
Encyclopedia of Pharmaceutical Technology (2003-2019)
Macromolecular Research (2004-2023)
Journal of Pharmacy and Pharmacology (2004-2023)
Journal of Biopharmaceutics and Biotechnology (2005-2019)
CRS Books (2006-2019)
Drugs in Pharmaceutical Sciences Series, Taylor & Francis & Informa (2007-2019)
Journal of Drug Delivery Science and Technology (2008-2023)
Nanomedicine: Nanotechnology, Biology and Medicine (2010-2011)
Nano Reviews (2010-2019)
Drug Delivery and Translational Research (2010-2019)
Experimental Biology and Medicine (2012-2015)
Journal of Hydrogels (2013-2020)
Regenerative Engineering and Translational Medicine (2015-2023)
International Journal of Pharmaceutics (2018-2020)
Frontiers in Drug Delivery- Oral Drug Delivery (2021-2023)

Journal Editor
Associate Editor, Pharmaceutical Research (1995-2004)
Book Review Editor, Pharmaceutical Research (1996-2004)
Guest Editor, Colloids and Surfaces B: Biointerfaces (1998-1999)
Guest Editor, Advanced Drug Delivery Reviews (2001-2002)
Editor, Americas, Journal of Controlled Release (2005)
Editor-in-Chief, Journal of Controlled Release (2005-2019)

NIH Study Section
NIH Pharmacology Study Section member (1996-2001, 2003)
NIH Bioengineering, Technology, and Surgical Sciences Study Section member (2005-2009)
Member, College of CSR Reviewers, NIH (2010-2013, 2016, 2021)

Special Reviewer of NIH Study Sections
Surgery and Bioengineering Study Section (1991, 1995-1997, 1999, 2004)

4

A466

Surgery, Anesthesiology, & Trauma Study Section (1992-1994)
Special Study Section SSS-8 (1995)
Pharmacology Special Study Section, Chairman (2001, 2002, 2003)
National Cancer Institute Special Emphasis Panel (2005)
Member of NIH SBIR Special Study Sections
Diabetes and Digestive and Kidney Diseases (1990, 1991, 1993), Pharmacology (1990, 1992, 1993), Physiological Sciences (1990), Reproductive Endocrinology (1990-1992, 1994-1996, 1999), Multidisciplinary Special Emphasis (1994, 1995), NIDDK (2009),

## Books

1) Park, K., Shalaby, S.W.S., and Park, H.: *Biodegradable Hydrogels for Drug Delivery*, Technomic Publishing Co., Inc., Lancaster, PA, 1993, 252 pages.

2) Ottenbrite, R., Hwang, S., and Park, K., Eds.: *Hydrogels and Biodegradable Polymers for Bioapplications* (ACS Symposium Series 627), American Chemical Society, Washington, DC, 1996, 268 pages.

3) Park, K., Ed.: *Controlled Drug Delivery: Challenges and Strategies*, American Chemical Society, Washington, DC, 1997, 629 pages.

4) Park, K. and Mrsny, R., Eds.: *Controlled Drug Delivery:  Designing Technologies for the Future* (ACS Symposium Series 752), American Chemical Society, Washington, DC, 2000, 459 pages.

5) Park, K.D., Kwon, I.C., Yui, N., Jeong, S.Y. and Park, K., Eds.: *Biomaterials and Drug Delivery toward New Millennium*, Han Rim Won Publishing Co., Seoul, Korea, 2000, 691 pages.

6) Yui, N., Mrsny, R., and Park, K., Eds.: *Reflexive Polymers and Hydrogels: Understanding and Designing the Fast-responsive Polymeric Systems,* CRC Press, Boca Raton, FL, 2004. 452 pages.

7) Morishita, M. and Park, K., Eds.: *Biodrug Delivery Systems: Fundamentals, Applications and Clinical Development*, (Volume 194 of the Drugs and the Pharmaceutical Sciences Series), Informa Healthcare, New York, NY, 2010. 471 pages.

8) Ottenbrite, R.M., Park, K., Okano, T., and Peppas, N.A., Eds.: *Hydrogels Handbook*, Springer, 2010, 432 pages.

9) Wen, H. and Park, K., Eds.: *Oral Controlled Release Formulation Design and Drug Delivery: Theory to Practice*, John Wiley & Sons, New York, NY, 2010. 363 pages.

10) Bae, Y.H., Mrsny, R., and Park, K., Eds.: *Cancer Targeted Drug Delivery: An Elusive Dream*, Springer, New York, 2013, 720 pages.

11) Park, K., Ed.: *Biomaterials for Cancer Therapeutics: Diagnosis, Prevension, and Therapy*, Woodhead Publishing Ltd., Oxford, UK, 2013, 528 pages.

12) Hillery, A. and Park, K., Eds.: Drug Delivery: Fundamentals and Applications, Second Edition, CRC Press/Taylor & Francis Group, Boca Raton, FL, 2016. ISBN: 978-1-4822-1771-1. 614 pages.

13) Park, K., Ed.: *Biomaterials for Cancer Therapeutics: Evolution and Innovation*, Woodhead Publishing-Elsevier, Duxford, UK, 2020, 755 pages.

## Journal Special Issues

1) Park, K. Ed., *Protein- and Cell-Repellent Surfaces*, Colloids and Surfaces B: Biointerfaces, Elsevier Science, Vol. 18 (No. 3-4), 2000.  (with Editorial on p.167).

5

2)   Park, K., Ed., *Recent Developments in Hydrogels*, Advanced Drug Delivery Reviews, Elsevier Science, Vol. 54 (1), 2002.  (With Preface on p.1).


**Refereed Articles**

1)   Park, K. and Robinson, J.R.: Bioadhesive polymers as platforms for oral-controlled drug delivery: method to study bioadhesion, *Int. J. Pharm.* 19: 107-127, 1984.

2)   Park, K. and Cooper, S.L.: Importance of composition of the initial protein layer and platelet spreading in acute surface-induced thrombosis, *Trans. Amer. Soc. Artif. Inter. Organs* 31: 483-488, 1985.

3)   Park, K., Mosher, D.F., and Cooper, S.L.: Acute surface-induced thrombosis in the canine ex vivo model: Importance of protein composition of the initial monolayer and platelet activation, *J. Biomed. Mater. Res.* 20: 589-612, 1986.

4)   Park, K., Albrecht, R.M., Simmons, S.R., and Cooper, S.L.: A new approach to study the adsorbed protein layer on biomaterials: Immunogold staining techniques, *J. Colloid Interf. Sci.* 111: 197-212, 1986.

5)   Lambrecht, L.K., Young, B.R., Stafford, R.E., Park, K., Albrect, R.M., Mosher, D.F., and Cooper, S.L.: The influence of preadsorbed canine von Willebrand factor, fibronectin and fibrinogen on in-vivo artificial surface-induced thrombosis, *Thromb. Res.*, 41: 99-117, 1986.

6)   Pitt, W.G., Park, K., and Cooper, S.L.: Sequential protein adsorption on platelet deposition on polymer surfaces, *J. Colloid Interf. Sci.* 111: 343-362, 1986.

7)   Park, K., Gerndt, S.J., and Cooper, S.L.: The effect of fibrinogen sialic acid residues on *ex vivo* platelet deposition on biomaterials, *Thromb. Res.* 43: 293-302, 1986.

8)   Park, K., Simmons, S.R., and Albrecht, R.M.: Surface characterization of biomaterials by immunogold staining - quantitative analysis, *Scanning Microscopy*, 1: 339-350, 1987.

9)   Pitt, W.G., Young, B.R., Park, K., and Cooper, S.L.: Plasma protein adsorption: in vitro and ex vivo observations. *Makromol. Chem., Macromol. Symp.*, 17: 453-465, 1988.

10)  Park, K.: Enzyme-digestible swelling hydrogels as platforms for long-term oral drug delivery: synthesis and characterization. *Biomaterials*, 9: 435-441, 1988.

11)  Park, K., Gerndt, S.J., and Park, H.: Patchwise adsorption of fibrinogen on glass surfaces and its implication in platelet adhesion.  *J. Colloid Interf. Sci.*, 125: 702-711, 1988.

12)  Park, K.:  Factors affecting efficiency of colloidal gold staining: pH-dependent stability of protein-gold, conjugates, *Scanning Microscopy*, Suppl. 3: 15-25, 1989.

13)  Park, K. and Park, H.: Application of video-enhanced interference reflection microscopy to the study of platelet-surface interactions, *Scanning Microscopy*, Suppl. 3: 137-146, 1989.

14)  Park, K.:  A new approach to study mucoadhesion: Colloidal gold staining, *Int. J. Pharm.*, 53: 209-217, 1989.

15)  Park, K., Mao, F. W., and Park, H.: Morphological characterization of surface-induced platelet activation, *Biomaterials*, 11:24-31, 1990.

16)  Shalaby, W.S.W. and Park, K.: Biochemical and mechanical characterization of enzyme-digestible hydrogels, *Pharm. Res.*, 7:816-823, 1990.

17)  Lu, D.R. and Park, K.:  Protein adsorption on polymer surfaces: calculation of adsorption energies, *J. Biomater. Sci. Polymer Edn.*, 1:243-260, 1990.

18) Lu, D.R. and Park, K.:  A three-dimensional protein graphic program, *Computer Physics Communications*, 60: 257-263, 1990.

19) Park, K., Mao, F. W., and Park, H.:  The minimum surface fibrinogen concentration necessary for platelet activation on dimethyldichlorosilane-coated glass, *J. Biomed. Mater. Res.*, 25: 407-420, 1991.

20) Lu, D.R., Lee, S.J., and Park, K.: Calculation of solvation interaction energies for protein adsorption on polymer surfaces, *J. Biomater. Sci. Polymer Edn.*, 3: 127-147, 1991.

21) Lu, D.R. and Park, K.: Effect of surface-hydrophobicity on the conformational changes of adsorbed fibrinogen, *J. Colloid Interf. Sci.*, 144: 271-281, 1991.

22) Shalaby, W.S.W., Peck, G., and Park, K.: Release of dextromethorphan hydrobromide from freeze-dried enzyme-degradable hydrogels, *J. Control. Release*, 16: 355-364, 1991.

23) Park, K. and Lu, D.R.: Communication to the editor: Authors' reply, *J. Biomater. Sci. Polymer Edn.*, 2: 321-322, 1991.

24) Shalaby, W.S.W., Blevins, W.E., and Park, K.: Gastric retention of enzyme-digestible hydrogels in the canine stomach under fasted and fed conditions: A preliminary analysis using new analytical techniques, *ACS Symposium Series*, 469: 237-248, 1991.

25) Tseng, Y.C. and Park, K.: Synthesis of photo-reactive poly(ethylene glycol) and its application to the prevention of surface-induced platelet activation, *J. Biomed. Mater. Res.*, 26: 373-391, 1992.

26) Shalaby, W.S.W., Blevins, W.E., and Park, K.: In vitro and in vivo studies of enzyme-digestible hydrogels for oral drug delivery, *J. Control. Release*, 19: 131-144, 1992.

27) Shalaby, W.S.W., Blevins, W.E., and Park, K.:  Use of ultrasound imaging and fluoroscopic imaging to study gastric retention of enzyme-digestible hydrogels, *Biomaterials*, 13: 289-296, 1992.

28) Amiji, M., Park, H., and Park, K.: Study on the prevention of surface-induced platelet activation by albumin coating, *J. Biomater. Sci. Polymer Edn.*, 3: 375-388, 1992.

29) Shalaby, W.S.W., Chen, M., and Park, K.: A mechanistic assessment of enzyme-induced degradation of albumin-crosslinked hydrogels, *J. Bioact. Compat. Polymers*, 7: 257-274, 1992.

30) Amiji, M. and Park, K.: Prevention of protein adsorption and platelet adhesion on surfaces by PEO/PPO/PEO triblock copolymers, *Biomaterials*, 13: 682-692, 1992.

31) Amiji, M. and Park, K.: Surface modification by radiation-induced grafting of PEO/PPO/PEO triblock copolymers, *J. Colloid Interf. Sci.*, 155: 251-255. 1993.

32) Tseng, Y.C., Kim, J., and Park, K.: Photografting of albumin onto dimethyl-dichlorosilane-coated glass, *J. Biomaterials Applications*, 7: 233-249, 1993.

33) Shalaby, W.S.W., Jackson, R., Blevin, W.E., and Park, K.: Synthesis of enzyme-digestible, interpenetrating hydrogel networks by gamma-irradiation, *J. Bioact. Compat. Polymers*, 8: 3-23, 1993.

34) Amiji, M. and Park, K.: Surface modification of polymeric biomaterials with poly(ethylene oxide), albumin, and heparin for reduced thrombogenicity, *J. Biomater. Sci. Polymer Edn.*, 4:217-234, 1993.

35) Tseng, Y.C., Mullins, W.M., and Park, K.: Albumin grafting onto polypropylene by thermal activation, *Biomaterials*, 14: 392-400, 1993.

36) Shalaby, W.S.W., Abdallah, A.A., Park, H., and Park, K.: Loading of albumin into hydrogels by an electrophoretic process, *Pharm. Res.*, 10: 457-460, 1993.

37) Park, H. and Park, K.: Role of polymers in pharmaceutical products, *ACS Symp. Ser.*, 540: 2-15, 1994.

38) Amiji, M. and Park, K.: Surface modification of polymeric biomaterials with PEO: A steric repulsion approach, *ACS Symp. Ser.*, 540: 135-146, 1994.

39) Bowersock, T.L., Shalaby, W.S.W., Samuels, M.L., White, M.R., Lallone, R., Levy, M., Ryker, D., and Park, K.: Poly(methacrylic acid) hydrogels as carriers of bacterial exotoxins in an oral vaccine for cattle, *ACS Symp. Ser.*, 540: 288-296, 1994.

40) Kamath, K. and Park, K.: Preparation and characterization of enzyme-digestible hydrogels from natural polymers by gamma-irradiation, *ACS Symp. Ser.*, 545: 55-65, 1994.

41) Lee, S.J. and Park, K.: Study of polymer-solvent interactions using computational chemistry, *ACS Symp. Ser.*, 545: 221-233, 1994.

42) Bowersock, T.L., Shalaby, W.S.W., Blevins, W.E., Levy, M., and Park, K.: Poly(methacrylic acid) hydrogels for rumen bypass and the delivery of oral vaccines to ruminants, *ACS Symp. Ser.*, 545: 214-220, 1994.

43) Amiji, M.A. and Park, K.: Analysis on the surface adsorption of PEO/PPO/PEO triblock copolymers by radiolabeling and flurescence techniques, *J. Applied Polymer Sci.*, 52: 539-544, 1994.

44) Kamath, K. and Park, K.: Surface modification of polymeric biomaterials by albumin grafting using gamma-irradiation, *Journal of Applied Biomaterials*, 5: 163-173, 1994.

45) Kamath, K., Park, H., Shim, H.S., and Park, K.: Albumin grafting on dimethyldichlorosilane-coated glass by gamma-irradiation, *Colloids and Surfaces. B. Biointerfaces*, 2: 471-479, 1994.

46) Bowersock, T.L., Shalaby, W.S.W., Levy, M.L., Samuels, M.L., Lallone, R., White, M.R., Borie, D.L., Lehmeyer, J., and Park, K.: Evaluation of an orally administered vaccine using hydrogels containing bacterial exotoxins of Pasteurella Haemolytica in cattle, *Am. J. Veterinary Res*, 55(4): 502-509, 1994.

47) Lee, S.J. and Park, K.: Protein interaction with surfaces: Separation distance-dependent interaction energies, *J. Vacuum Science and Technology A.*, 12(5): 2949-2956, 1994.

48) Bowersock, T.L., Shalaby, W.S.W., Levy, M., Blevins, W.E., and Park, K.: The potential use of poly(methacrylic acid) hydrogels for the oral administration of vaccines to ruminants, *J. Control. Release*, 31: 245-254, 1994.

49) Tseng, Y.-C., McPherson, T., Yuan, C.S., and Park, K.: Grafting of ethylene glycol/butadiene block copolymers on to dimethyldichlorosilane-coated glass by γ-irradiation, *Biomaterials*, 16: 963-972, 1995.

50) McPherson, T., Lee, S.J., and Park, K.: Analysis on the prevention of protein adsorption by steric repulsion theory, *ACS Symposium Series*, 602: 395-404, 1995.

51) Kamath, K.R. and Park, K.: Study on the release of invertase from enzymatically degradable dextran hydrogels, *Polymer Gels and Networks*, 3: 243-254, 1995.

52) Chen, J., Jo, S., and Park, K.: Polysaccharide hydrogels for protein drug delivery, *Carbohydrate Polymers*, 28: 69-76, 1995.

53) Kamath, K.R. and Park, K.: Hydrogels from biopolymers: Preparation, characterization, and drug release studies, *Int. J. Pharmaceutical Adv.*, 1(3): 258-268, 1996.

54) Lee, S.J. and Park, K.: Glucose-sensitive phase-reversible hydrogels, *ACS Symposium Series*, 627: 11-16, 1996.

55) Paparella, A. and Park, K.: Synthesis of polysaccharide chemical gels by gamma-irradiation, *ACS Symposium Series*, 620: 180-187, 1996.

56) Bowersock, T.L., HogenEsch, H., Suckow, M., Porter, R.E., Jackson, R., Park, H., and Park, K.: Oral vaccination with alginate microsphere systems, *J. Control. Release*, 39: 209-220. 1996.

57) Obaidat, A.A. and Park, K.: Characterization of glucose dependent gel-sol phase transition of the polymeric glucose-concanavalin a hydrogel system, *Pharm. Res.*, 13: 989-995, 1996.

8

58) Kamath, K.R., Danilich, M.J., Marchant, R.E., and Park, K.: Platelet interactions with plasma-polymerized ethylene oxide and N-vinyl-2-pyrrolidone films and linear poly(ethylene oxide) layer, *J. Biomaterials Sci. Polymer Edn*., 7: 977-988, 1996.

59) Suckow, M.A., Bowersock, T.L., Park. H., and Park, K.: Oral immunization of rabbits against *Pasteurella multocida* with an alginate microsphere delivery system, *J. Biomaterials Sci. Polymer Edn*. 8(2): 131-139, 1996.

60) Guy, R., Powell, M., Fix, J., and Park, K.: Controlled release technologies: current status and future prospects, *Pharm. Res*., 13: 1759, 1996.

61) Park, H. and Park, K.: Biocompatibility issues of implantable drug delivery systems, *Pharm. Res*., 13: 1770-1776, 1996.

62) Lee, S.J. and Park, K.: Synthesis and characterization of sol-gel phase-reversible hydrogels sensitive to glucose, *J. Molecular. Recognition*, 9: 549-557, 1996.

63) Obaidat, A.A. and Park, K.: Characterization of protein release through glucose-sensitive hydrogel membranes, *Biomaterials*, 18(11): 801-806, 1997.

64) Li, T., Kildsig, D.O., and Park, K.: Computer simulation of molecular diffusion in amorphous polymers, *J. Control. Release*, 48(1): 57-66, 1997.

65) Park, K., Gemeinhart, R.A., and Park, H.: Movement of fibrinogen receptors on the ventral membrane of spreading platelets, *Biomaterials*, 19: 387-395, 1998.

66) McPherson, T.B., Shim, H.S., and Park, K.: Grafting of PEO to glass, nitinol, and pyrolytic carbon surfaces by γ-irradiation, *J. Biomed. Mater. Res. Appl. Biomater*., 38: 289-302, 1997.

67) Li, T., Lee, H.B., and Park, K.: Analysis of glucose-binding sites of proteins with glucose sensitivity, *J. Biomaterials Sci. Polymer Edn*., 9 (4): 327-344, 1998.

68) Bowersock, T.L., HogenEsch, H., Torregrosa, S., Borie, D., Wang, B., Park, H., and Park, K.: Induction of pulmonary immunity in cattle by oral administration of ovalbumin in alginate microspheres, *Immunology Letters*, 60: 37-43, 1998.

69) McPherson, T., Kidane, A., Szleifer, I., and Park, K.: Prevention of protein adsorption by tethered PEO layers: Experiments and single chain mean field analysis, *Langmuir*, 14: 176-186, 1998.

70) Bowersock, T.L., HogenEsch, H., Wang, B., Torregrosa, S., Borie, D., Park, H., and Park, K.: Induction of pulmonary immunity in cattle by oral administration of antigen encapsulated in alginate microspheres, *S.T.P. Pharma Sciences*, 8: 53-57, 1998

71) Hwang, S.J., Park, H. and Park, K.: Gastric retentive drug delivery systems, *Critical Reviews in Therapeutic Drug Carrier Systems*, 15: 243-284, 1998.

72) Li, T. and Park, K.: Fractal analysis of pharmaceutical particles by atomic force microscopy, *Pharmaceutical Research*, 15: 1222-1232, 1998.

73) Badylak, S.F., Record, R., Lindberg, K., Hodde, J., and Park, K.: Small intestinal submucosa: A substrate for in vitro cell growth, *J. Biomaterials Sci. Polymer Edn*., 9: 863-878, 1998.

74) Kidane, A., Szabocsik, J.M., and Park, K.: Accelerated study on lysozyme deposition on poly(HEMA) contact lenses, *Biomaterials*, 19: 2051-2055, 1998.

75) Morris, K., Nail, S.L., Peck, G.E., Byrn, S.R., Griesser, U., Stowell, J., Hwang, S.-J., and Park, K.: Advances in pharmaceutical materials and processing, *Pharm. Sci. & Tech. Today*, 1(6): 235-245, 1998.

76) Chen, J., Park, H., and Park, K.: Synthesis of superporous hydrogels: hydrogels with fast swelling and superabsorbent properties, *Journal of Biomedical Materials Research*, 44: 53-62, 1999.

9

77) Kim, J.J. and Park, K.: Smart hydrogels for bioseparation, *Bioseparation*, 7: 177-184, 1999.

78) Suckow, M.A., Siger, L., Bowersock, T, Turek, J., Van Horn, D., Borie, D., Taylor, A., Park, H., and Park, K.: Alginate microspheres for vaccine delivery. *ACS Symposium Series*, 737: 1-13, 1999.

79) Jo. S. and Park, K.: Synthesis and characterization of thermoreversible sucrose hydrogels (sucrogels), *ACS Symposium Series*, 737: 113-126, 1999.

80) Chen, J. and Park, K.: Superporous hydrogels: fast responsive hydrogel systems. *J. Macromolecular Sci.*, *Pure Appl. Chem.* A36 (7&8): 917-930, 1999.

81) Kidane, A. and Park, K.: Complement activation by PEO-grafted glass surfaces. *J. Biomed. Mater. Res. Appl. Biomater.* 48: 640-647, 1999.

82) Jo, S. and Park, K.: Novel Poly(ethylene glycol) (PEG) gels from silylated PEGs, *J. Bioact. Compat. Polymers*. 14: 457-473, 1999.

83) Kidane, A., Lantz, G.C., Jo, S., and Park, K.: Surface modification with PEO-containing triblock copolymer for improved biocompatibility: In vitro and ex vivo studies. *J. Biomater. Sci. Polymer Edn.*, 10 (10): 1089-1105, 1999.

84) Dewanjee, M.K., Gross, D.R., Zhai, P., Lanzo, S., Shim, H., Park, K., Schaeffer, D.J., and Twardock, R.: Thrombogenicity of polyethylene oxide bonded Dacron sewing ring in a mechanical heart valve, *J. Heart Valve Disease*, 8(3): 324-330, 1999.

85) Bowersock, T.L., HogenEsch, H., Suckow, M., Guimond, P., Martin, S., Borie, D., Torregrosa, S., Park, H., and Park, K.: Oral vaccination of animals with antigens encapsulated in alginate microspheres. *Vaccine* 17: 1804-1811, 1999.

86) Chen, J., Blevins, W.E., Park, H., and Park, K.: Gastric retention properties of superporous hydrogel composites, *J. Control. Release*, 64: 39-51, 2000.

87) Suckow, M.A., Park, K., Siger, L., Turek, J., Borie, D., Van Horn, D., Taylor, A., Park, H., and Bowersock, T.: Immunogenicity of antigens in boiled alginate microspheres, *J. Biomater. Sci. Polymer Edn.*, 11: 55-68, 2000.

88) Chen, J. and Park, K.: Synthesis and characterization of superporous hydrogel composites, *J. Control. Release*, 65: 73-82, 2000.

89) Jo, S. and Park, K.: Surface modification using silanated poly(ethylene glycol)s, *Biomaterials*, 21(6): 605-616, 2000.

90) Kidane, A., McPherson, T., Shim, H.S., and Park, K.: Surface modification of polyethylene terephthalate using PEO-polybutadiene-PEO triblock copolymers, Colloids and Surfaces B: Biointerfaces, 18: 347-353, 2000.

91) Gemeinhart, R., Park, H., and Park, K.: Pore structure of superporous hydrogels, *Polym. Adv. Technol.* 11: 617-625, 2000.

92) Li, T., Morris, K.R., and Park, K.: Mutual influence of solvent and crystalline supramolecular structure on the formation of etched patterns on acetaminophen single crystals: A study with atomic force microscope and computer simulation, *J. Phy. Chem. B*, 104 (9): 2019-2032, 2000.

93) Gemeinhart, R., Chen, J., Park, H., and Park, K.: pH-sensitivity of fast responsive superporous hydrogels, *J. Biomater. Sci. Polymer Edn.* 11: 1371-1380, 2000.

94) Park, K., Shim, H.S., Dewanjee, M.K., and Eigler, N.L.: In vitro and in vivo studies of PEO-grafted blood-contacting cardiovascular prostheses, *J. Biomater. Sci. Polymer Edn.* 11: 1121-1134, 2000.

95) Chen, J. and Park, K.: Synthesis of fast-swelling, superporous sucrose hydrogels, *Carbohydrate Polymer*s, 41: 259-268, 2000.

10

96) Li, T. and Park, K.: Monte Carlo simulation of grafted poly(ethylene oxide) chains, *Computational and Theoretical Polymer Science*, 11(2): 133-142, 2001.

97) Baek, N., Park, J.H., Bae, Y.H., and Park, K.: Control of swelling rate of superporous hydrogels, *J. Bioact. Compat. Polymers*, 16: 47-57, 2001.

98) Li, T., Morris, K., and Park, K.: Influence of tailor-made additives on etching patterns of acetaminophen single crystals, *Pharm. Res* , 18: 398-402, 2001.

99) Kim, J.J. and Park, K.: Glucose-binding property of PEGylated concanavalin A, *Pharm. Res*. 18:794-799, 2001.

100) Kim, J.J. and Park, K.: Immobilization of concanavalin A to glucose-containing polymers, *Macromolecular Symposia*, 172: 95-102, 2001.

101) Yeo, Y., Baek, N.J., and Park, K.: Microencapsulation methods for delivery of protein drugs, *Biotechnol. Bioprocess Eng.*, 6:213-230, 2001.

102) Kim, J.J. and Park, K.: Modulated insulin delivery from glucose-sensitive hydrogel dosage forms, *J. Control. Release* 77:39-47, 2001.

103) Badylak, S.F., Park, K., Peppas, N.A., McCabe, G., and Yoder, M.: Marrow-derived cells populate scaffolds composed of xenogeneic extracellular matrix, *Experimental Hematology*, 29: 1310-1318, 2001.

104) Gemeinhart, R., Park, H., and Park, K.: Effect of compression on fast swelling of poly(acrylamide-*co*-acrylic Acid) superporous hydrogels, *J. Biomed. Mater. Res*. 55:54-62, 2001.

105) Li, T., Wen, H., Park, K., and Morris, K.R.: How specific interactions between acetaminophen and its additive 4-methylacetanilide affect growth morphology: Elucidation using etching patterns, *Crystal Growth & Design,* 2(3): 185-189, 2002.

106) Mun, G.A., Nurkeeva, Z.S., Khutoryanskiy, V.V., Azhgozhinova, G.S., Shaikhutdinov, E.M., and Park, K.: Collapse of poly(methacrylic acid) hydrogels in respond to simultaneous stimulation by electric field and complex formation, *Macromolecular Rapid Communications*, 23: 965-967, 2002.

107) Kim, J.C., Park, K., and Thompson, D.H.: Synthesis of tris(amino acid)-substituted α-cyclodextrin derivatives, *Macromolecular Chemistry Symposium*, 15(4): 303-312, 2002.

108) Suckow, M.A., Jarvinen, L.Z., HogenEsch, H., Park, K., and Bowersock, T.L.: Immunization of rabbits against a bacterial pathogen with an alginate microparticle vaccine, *J. Control. Reease.*, 85: 227-235, 2002.

109) Seong, H., Lee, H.-B., and Park, K.: Glucose binding to molecularly imprinted polymers, *J. Biomater. Sci. Polymer Edn.* 13: 637-649, 2002.

110) Byrne, M.E., Park, K., and Peppas, N.A.: Molecular imprinting within hydrogels, *Adv. Drug Del. Rev*. 54: 149–161, 2002.

111) Li, T., Park, K., and Morris, K.R.: Understanding the formation of etching patterns using a refined Monte Carlo simulation model, *Crystal Growth & Design*, 2(3): 177-184, 2002.

112) Omidian, H. and Park, K.: Experimental design for the synthesis of polyacrylamide superporous hydrogels, *J. Bioact. Compat. Polymers*, 17: 433-450, 2002.

113) Hayden, K.S., Park, K., and Sinclair, J.L.: Effect of particle characteristics on particle pickup velocity, *Powder Technology*, 131: 7-14, 2003.

114) Nurkeeva, Z.S., Mun, G.A., Khutoryanskiy, V.V., Bitekenova, A.B., Dzhusupbekova, A.B., and Park, K.: Soluble and cross-linked hydrophilic films based on compositions of poly(acrylic acid) with poly(2-hydroxyethyl vinyl ether) for controlled release of drugs, *J. Appl. Polym. Sci*., 90:137-142, 2003.

11

A473

115) Lee, J., Acharya, G., Lee, S.C., and Park, K.: Hydrotropic solubilization of paclitaxel: Analysis of chemical structures for hydrotropic property, *Pharm. Res.*, 20: 1022-1030, 2003.

116) Cho, Y.W., Kim, J.D., and Park, K.: Polycation gene delivery systems: Escape from endosomes to cytosol, *J. Pharm. Pharmacol.*, 55: 721-734, 2003.

117) Seong, H., Choi, W.-M., Kim, J.-C., Thompson, D.H., and Park, K.: Preparation of liposomes with glucose binding sites: liposomes containing di-branched amino acid derivatives, *Biomaterials*, 24 (24): 4487-4493, 2003.

118) Qiu, Y. and Park, K.: Superporous IPN hydrogels having enhanced mechanical properties, *AAPS PharmSciTech*, 4(4): Article 51, 2003 (http://www.aapspharmscitech.org/view.asp?art=pt040451).

119) Ooya, T., Lee, J., and Park, K.: Effects of ethylene glycol-based graft, star-shaped, and dendritic polymers on solubilization and controlled release of paclitaxel, *J. Control. Release*, 93: 121-127, 2003.

120) Yeo, Y., Basaran, O., and Park, K.: A new process for making reservoir-type microcapsules using ink-jet technology and interfacial phase separation, *J. Control. Release*, 93: 161-173, 2003.

121) Yang, S.R., Jeong, J.H., Park, K., and Kim, J.-D.: Self-aggregates of hydrophobically modified poly(2-hydroxyethyl aspartamide) in aqueous solution, *Colloid & Poly. Sci.* 281: 851-858, 2003.

122) Finkelstein, A., Mcclean, D., Kar, S., Takizawa, K., Vargeese, K., Baek, N., Park, K., Fishbein, M.C., Makkar, R., Litvack, F., and Eigler, N.L. Local drug delivery via a coronary stent with programmable release pharmacokinetics. *Circulation* 107: 777-784 2003.

123) Lee, S.C., Acharya, G., Lee, J., and Park, K.: Hydrotropic polymers: Synthesis and characterization of polymers containing picolylnicotinamide moieties, *Macromolecules*, 36: 2248-2255, 2003.

124) Kim, D., Seo, K., and Park, K.: Polymer composition and acidification effects on the swelling and mechanical properties of poly(acrylamide-co-acrylic acid) superporous hydrogels, *J. Biomater. Sci. Polymer Edn.* 15: 189-199, 2004.

125) Wen, H., Li, T., Morris, K.R., and Park, K.: How solvents affect acetaminophen etching pattern formation: interaction between solvent and acetaminophen at solid/liquid interface, *J. Phys. Chem. B.*, 108(7): 2270-2278, 2004.

126) Yang, S., Fu, Y., Jeong, S.H., and Park, K.: Application of poly(acrylic acid) superporous hydrogel microparticles as a super-disintegrant in fast-disintegrating tablets, *Journal of Pharmacy and Pharmacology*, 56: 429-436, 2004.

127) Yang, S., Park, K., and Rocca, J.G.: Semi-interpenetrating polymer network superporous hydrogels based on poly(3-sulfopropyl acrylate, potassium salt) and poly(vinyl alcohol): synthesis and characterization, *J. Bioact. Compat. Polymers*, 19: 81-100, 2004.

128) Baek, N., Lee, J., and Park, K.: Aqueous N',N'-diethylnicotinamide (DENA) solution as a medium for accelerated release study of paclitaxel, *J. Biomater. Sci. Polymer Edn.*, 15: 527-542, 2004.

129) Cho, Y.W., Lee, J., Lee, S.C., Huh, K.M., and Park, K.: Hydrotropic agents for study of in vitro paclitaxel release from polymeric micelles, *J. Control. Release*, 97: 249-257, 2004.

130) Mun, G.A., Khutoryanskiy, V.V., Akhmetkalieva, G.T., Shmakov, S.N., Dubolazov, A.V., Nurkeeva, Z.S., and Park, K.: Interpolymer complexes of poly(acrylic acid) with poly(2-hydroxyethyl acrylate) in aqueous solutions, *Colloids Polym. Sci.*, 283: 174-181, 2004.

131) Yeo, Y., Chen, A.U., Basaran, O.A., and Park, K.: Solvent exchange method: a novel microencapsulation technique using dual microdispensers, *Pharm. Res.*, 21(8): 1419-1427, 2004.

132) Wen, H., Li, T., Morris, K.R., and Park, K.: Dissolution study on aspirin and $\alpha$-glycine crystals, *J. Phys. Chem. B.*, 108: 11219-11227, 2004.

12

133) Yeo, Y. and Park, K.: A new microencapsulation method using an ultrasonic atomizer based on interfacial solvent exchange, *J. Control. Release*, 100: 379-388, 2004.

134) Ooya, T., Lee, J., and Park, K.: Hydrotropic dendrimers of generations 4 and 5: Synthesis, characterization, and hydrotropic solubilization of paclitaxel, *Bioconjugate Chem.*, 15: 1221-1229, 2004.

135) Yeo, Y. and Park, K.: Characterization of reservoir-type microcapsules made by the solvent exchange method, *AAPS PharmSciTech*, 5 (4): Article 52 (8 pages), 2004 (http://www.aapspharmscitech.org).

136) Fu, Y., Yang, S., Jeong, S.H., Kimura, S., and Park, K.: Orally fast disintegrating tablets: Development, technologies, taste-masking and clinical studies, *Critical Reviews in Therapeutic Drug Carrier Systems*, 221: 1-44, 2004.

137) Yeo, Y. and Park, K.: Control of encapsulation efficiency and initial burst in polymeric microparticle systems, *Archives of Pharmacal Research*, 27: 1-12, 2004.

138) Kim, D.J. and Park, K.: Swelling and mechanical properties of superporous hydrogels of poly(acrylamide-co-acrylic acid)/polyethylenimine interpentrating polyer network, *Polymer* 45: 189-196, 2004.

139) Huh, K.M., Lee, S.C., Cho, Y.W., Lee, J., Jeong, J.H., and Park, K.: Hydrotropic polymer micelle system for delivery of paclitaxel, *J. Control. Release*, 101: 59-68, 2005.

140) Omidian, H., Rocca, J.G., and Park, K.: Advances in superporous hydrogels, *J. Control. Release*, 102: 3-12, 2005.

141) Park, G.E., Pattison, M.A., Park, K., and Webster, T.J.: Accelerated chondrocyte functions on NaOH-treated PLGA scaffolds, *Biomaterials*, 26: 3075-3082, 2005.

142) Park, J., Ye, M., and Park, K.: Biodegradable polymers for microencapsulation of drugs, *Molecules,* 10: 146-161, 2005.

143) Huh, K., Baek, N., and Park, K.: Enhanced swelling kinetics of poly(ethylene glycol)-grafted superporous hydrogels, *J. Bioact. Compt. Polymers*, 20:231-243, 2005.

144) Jeong, J.H., Kang, H.S., Yang, S.R., Park, K., and Kim, J.-D.: Biodegradable poly(asparagine) grafted with poly(caprolactone) and the effect of substitution on self-aggregation, *Colloids and Surfaces A: Physicochem. Eng. Aspects* 264: 187–194, 2005.

145) Ooya, T., Huh, K.M., Saitoh, M., Tamiya, E., and Park, K.: Self-assembly of cholesterol-hydrotropic dendrimer conjugates into micelle-like structure: Preparation and hydrotropic solubilization of paclitaxel, *Science and Technology of Advanced Materials*, 6: 452-456, 2005.

146) Henthorn, K., Park, K., and Curtis, J.S.: Measurement and prediction of pressure drop in pneumatic conveying: Effect of particle characteristics, mass loading, and Reynolds number, *Industrial & Engineering Chemistry Research*, 44: 5090-5098, 2005.

147) Wen, H., Morris, K.R., and Park, K.: Study on the interactions between polyvinylpyrrolidone (PVP) and acetaminophen crystals: partial dissolution pattern change, *J. Pharm. Sci.*, 94: 2166-2174, 2005.

148) Wen, H., Morris, K.R., and Park, K.: Hydrogen bonding interactions between adsorbed polymer molecules and crystal surface of acetaminophen, *J. Colloid Interf. Sci.*, 290: 325-335, 2005.

149) Jeong, S.H., Fu, Y., and Park, K.: Frosta®: A new technology for making fast-melting tablets, *Expert Opinion on Drug Delivery*, 2(6): 1107-1116, 2005.

150) Fu, Y., Jeong, S.H., and Park, K.: Fast-melting tablets based on highly plastic granules, *J. Control. Release*, 109: 203-210, 2005.

13

151) Kim, B.-Y., Jeong, J.H., Park, K., and Kim, J.-D.: Bioadhesive interaction and hypoglycemic effect of insulin-loaded lectin-microparticle conjugates in oral insulin delivery system, *J. Control. Release*, 102: 525-538, 2005.

152) Lee, S.C., Cho, Y.W., and Park, K.: Control of thermogelation properties of hydrophobically-modified methylcellulose, *J. Bioact. Compt. Polymers*, 20: 5-13, 2005.

153) Park, H., Park, K., and Kim, D.: Preparation and swelling behavior of chitosan-based superporous hydrogels for gastric retention application, *J. Biomed. Mater. Res.* 76A: 144–150, 2006.

154) Jeong, J.H., Cho, Y.W., Jung, B., Park, K. and Kim, J-D.: Self-assembled nanoparticles of ribozymes with poly(ethylene glycol)-*b*-poly(l-lysine) block copolymers, *Japanese Journal of Applied Physics*, 45: 591-595, 2006.

155) Yeo, Y. and Park, K.: A new microencapsulation technique based on the solvent exchange method, *ACS Symp. Ser.*, 923: 242-252, 2006.

156) Fu, Y., Jeong, S.H., Callihan, J., Kim, J., and Park, K.: Preparation of fast-dissolving tablets based on mannose, *ACS Symp. Ser.*, 924: 340-351, 2006

157) Acharya, G. and Park, K.: Stent coatings for drug delivery, *Advanced Drug Delivery Reviews*, 58 (3): 387-401, 2006.

158) Park, J.H., Ye, M., Yeo, Y., Lee, W-K., Paul, C., and Park, K.: Reservoir-type microcapsules prepared by the solvent exchange method: Effect of formulation parameters on microencapsulation of lysozyme, *Mol. Pharm.*, 3: 135-143, 2006.

159) Acharya, G. Park, K., and Thompson, D.H.: Synthesis and evaluation of α-cyclodextrin-aldonamide conjugates for D-glucose recognition, *Journal of Drug Delivery Science and Technology*, 16(1): 45-48, 2006.

160) Omidian, H., Rocca, J.G., and Park, K.: Elastic superporous hydrogel hybrid of polyacrylamide and sodium alginate, *Macromol. Biosci*, 6: 703-710, 2006.

161) Kwon, I.K., Hegazy, H., and Park, K.: Controlled drug delivery: Transition to nanosystems, *Biomaterials Research*, 10 (3): 133-144, 2006.

162) Haddish-Berhane, N., Jeong, S.H., Haghighi, K., and Park, K.: Modeling film-coat non-uniformity in polymer coated pellets: A stochastic approach, *Int. J. Pharm.* 323: 64-71, 2006.

163) Kang, E., Wang, H., Kwon, I.K., Robinson, J., Park, K. and Cheng, J-X.: In situ visualization of paclitaxel distribution and release by coherent anti-Stokes Raman scattering microscopy, *Anal. Chem.*, 78: 8036-8043, 2006.

164) Mun, G.A., Nurkeeva, Z.S., Akhmetkalieva, G.T., Shmakov, S.N., Khutoryanskiy, V.V., Lee, S.C., and Park, K.: Novel temperature-responsive water-soluble copolymers based on 2-hydroxyethylacrylate and vinyl butyl ether and their interactions with poly(carboxylic acids). *Journal of Polymer Science: Part B: Polymer Physics*, 44: 195–204, 2006.

165) Lee, S.C., Huh, K.M., Lee, J., Cho, Y.W., Galinsky, R.E., and Park, K.: Hydrotropic polymeric micelles for enhanced paclitaxel solubility: In vitro and in vivo characterization, *Biomacromolecules*, 8: 202-208, 2007.

166) Im, S.J., Choi, Y.M., Subramanyam, E. Huh, K.M., and Park, K.: Synthesis and characterization of biodegradable elastic hydrogels based on poly(ethylene glycol) and poly(ε-caprolactone) blocks, Macromolecular Research, 15 (4): 363-369, 2007.

167) Jeong, S.H., Berhane, N.H., Haghighi, K., and Park, K.: Drug release properties of polymer coated ion-exchange resin complexes: Experimental and theoretical evaluation, *J. Pharm. Sci.,* 96: 618-632, 2007.

14

168) Omidian, H., Park, K., and Rocca, J.G.: Recent development in superporous hydrogels, *J. Pharm. Pharmacol.*, 59: 317-327, 2007.

169) Mun, G.A., Nurkeeva, Z.S., Beissegul, A.B., Dubolazov, A.V., Urkimbaeva, P.I., Park, K., and Khutoryanskiy, V.V.: Temperature-responsive water-soluble copolymers based on 2-hydroxyethyl acrylate and butyl acrylate, *Macromol. Chem. Phys.* 208: 979–987, 2007.

170) Park, K.: Nanotechnology: What it can do for drug delivery, *J. Control. Release*, 120: 1-3, 2007.

171) Hyun, H., Kim, Y.H., Lee, J.W., Kim, M.S., Khang, G., Park, K., Lee, H.B.: In vitro and in vivo release of albumin from MPEG-PCL diblock copolymers as an in situ gel forming carrier, *Biomacromolecules*, 8: 1093-1100, 2007.

172) Kang, E., Park, J-W., McClellan, S., Kim, J-M., Holland, D., Lee, G.U., Franses, E., Park, K., and Thompson, D.H.: Specific adsorption of histidine-tagged proteins on silica surfaces modified with $Ni^{2+}$:NTA-derivatized poly(ethylene glycol), *Langmuir*, 23: 6281-6288, 2007.

173) Kang, E., Robinson, J., Park, K., and Cheng, J-X.: Paclitaxel distribution in poly(ethylene glycol) / poly(lactide-coglycolic acid) blends and its release visualized by coherent anti-Stokes Raman scattering microscopy, *J. Control. Release*, 122: 261-268, 2007.

174) Chaterji, S., Kwon, I.K., and Park, K.: Smart polymeric gels: Redefining the limits of biomedical devices, *Prog. Polym. Sci.*, 32: 1083-1122, 2007.

175) Lee, S-Y., Snider, C., Park, K., and Robinson, J.P.: A compound jet instability in a microchannel for mononuclear compound drop formation, *J. MicroMech. Microeng.*, 17: 1558-1566, 2007.

176) Kang, E., Lee, S.C., and Park, K.: Layer-by-layer assembly of poly(lactic-co-glycolic acid)-b-poly(l-lysine) copolymer micelles, *NanoBiotechnology*, 3(2): 96-103, 2007.

177) Park, J.S., Woo, D.G., Sun, B.K., Chung, H-M., Im, S.J., Choi, Y.M., Park, K., Huh, K.M., and Park, K-H.: In vitro and in vivo test of PEG/PCL-based hydrogel scaffold for cell delivery application, *J. Control. Release*, 124: 51-59, 2007.

178) Min, H.S., Lee, H.J., Lee, S.C., Kang, K.H., Lee, J., Park, K., and Huh, K.M.: Aqueous solubilization of paclitaxel using hydrotropic polymer micelle, *Key Engineering Materials*, 342-343: 421-424, 2007.

179) Choi, Y.M., Im, S.J., Myung, S-W., Choi, H-S., Park, K., and Huh, K.M.: Preparation and swelling behavior of superporous hydrogels: control of pore structure and surface property, *Key Engineering Materials*, 342-343: 717-720, 2007.

180) Snider, C., Lee, S-Y., Yeo, Y., Grégori, G.J., Robinson, J.P., and Park, K.: Microenvironment-controlled encapsulation (MiCE) process: effects of PLGA concentration, flow rate, and collection method on microcapsule size and morphology, *Pharm. Res.*, 25: 5-15, 2008.

181) Omidian, H. and Park, K.: Swelling agents and devices in oral drug delivery, *J. Drug Del. Sci. Tech.*, 18 (2): 83-93, 2008.

182) Chen, H., Kim, S., Li, L., Wang, S., Park, K., Cheng, J-X.: Release of hydrophobic molecules from polymer micelles into cell membranes revealed by Förster resonance energy transfer imaging, *Proc. Natl. Acad. Sci. USA*, 105 (18): 6596-6601, 2008.

183) Chen, H., Kim, S., He, W., Wang, H., Low, P.S., Park, K., and Cheng, J-X.: Fast release of lipophilic agents from circulating PEG-PDLLA micelles revealed by in vivo förster resonance energy transfer imaging, *Langmuir*, 24: 5213-5217, 2008.

184) Jeong, S.H., Takaishi, Y., Fu, Y., and Park, K.: Materials for making fast dissolving tablets by compression method, *J. Mater. Chem.* 18: 3527-3535, 2008.

15

185) Kang, E., Wang, H., Kwon, I.K., Song, Y-H., Kamath, K., Miller, K.M., Barry, J., Cheng, J-X., and Park, K.: Application of coherent anti-Stokes Raman scattering microscopy to image the changes in a paclitaxel-poly(styrene-b-isobutylene-b-styrene) matrix pre and post drug elution, *J. Biomed. Mater. Res*. A, 87: 913-920, 2008.

186) Jeong, S.H. and Park, K.: Development of sustained release fast-disintegrating tablets using various polymer-coated ion-exchange resin complexes, *Int. J. Pharm*., 353: 195-204, 2008.

187) Hyun, H., Cho, J.S., Kim, B.S., Lee, J.W., Kim, M.S., Khang, G., Park, K., Lee, H.B.: Comparison of micelles formed by amphiphilic star block copolymers prepared in the presence of a nonmetallic monomer activator, *J. Polym. Sci.: Part A: Polym. Chem*., 46: 2084-2096, 2008.

188) An, G-H., Kim, M-J., Lee, H-J., Park, S-S., Cho, Y.W., Park, K., and Cho, Y-H.: Fabrication of terazocin-loaded PDLLA microspheres by an ultrasonic spray drying method and their release behaviors, *J. Nanosci. Nanotech*., 8: 5139-5142, 2008.

189) Jeong, S.H. and Park, K.: Drug loading and release properties of ion-exchange resin complexes as a drug delivery matrix, *Int. J. Pharm*., 361: 26-32, 2008.

190) Wen, H., Morris, K., and Park, K.: Synergic effects of polymeric additives on dissolution and crystallization of acetaminophen, *Pharm. Res*., 25: 349-358, 2008.

191) Kim, S. Kim, J.Y., Huh, K.M., Acharya, G., and Park, K.: Hydrotropic polymer micelles containing acrylic acid moieties for oral delivery of paclitaxel. *J. Control. Release* 132, 222-229, 2008.

192) Huh, K.M., Mi, H.S., Lee, S.C., Lee, H.J., Kim, S., Park, K.: A new hydrotropic block copolymer micelle system for aqueous solubilization of paclitaxel, *J. Control. Release*, 126: 122-129, 2008.

193) Mun, G.A., Nurkeeva, Z.S., Dergunov, S.A., Nama, I.K., Maimakov, T.P., Shaikhutdinov, E.M., Lee, S.C., and Park, K.: Studies on graft copolymerization of 2-hydroxyethyl acrylate onto chitosan, *Reactive & Functional Polymers*, 68: 389-395, 2008.

194) Kim, B.S., Oh, J.M., Hyun, H., Kim, K.S., Lee, S.H., Kim, Y.H., Park, K., Lee, H.B., and Kim, M.S.: Insulin-loaded microcapsules for in vivo delivery, *Mol. Pharm*., 6: 353-365, 2009.

195) Choi, J.S., Yang, H.-J., Kim, B.S., Kim, J.D., Kim, J.Y., Yoo, B., Park, K., Lee, H.Y., and Cho, Y.W.: Human extracellular matrix (ECM) powders for injectable cell delivery and adipose tissue engineering, *J. Control. Release*, 139(1):2-7, 2009.

196) Saravanakumar, G., Min, H.H., Min, D.S., Kim, A.Y., Lee, C.M., Cho, Y.W., Lee, S.C., Kim, K., Jeong, S.Y., Park, K., Park, J., and Kwon, I.C.: Hydrotropic oligomer-conjugated glycol chitosan as a carrier of paxclitaxel: Synthesis, characterization, and in vivo biodistribution, *J. Control. Release*, 140: 210-217, 2009.

197) Kang, E., Vedantham, K., Long, X., Dadara, M., Kwon, I.K., Sturek, M., and Park, K.: A drug-eluting stent for delivery of signal pathway-specific 1,3-dipropyl-8-cyclopentyl xanthine (DPCPX), *Molecular Pharmaceutic*s, 6(4): 1110-1117, 2009.

198) Zordan, M.D., Grafton, M.M.G., Acharya, G., Reece, L.M., Cooper, C.L., Aronson, A.I., Park, K., Leary, J.F. Detection of pathogenic *E. coli* O157:H7 by a hybrid microfluidic SPR and molecular imaging cytometry device. Cytometry Part A, 75A: 155-162, 2009.

199) Yuk, K.Y., Choi, Y.M., Park, J.-S., Kim, S.Y., Park, K., and Huh, K.M.: Preparation and characterization of biodegradable superporous hydrogels. Polymer (Korea), 33: 469-476, 2009.

200) Kim, S., Kim, J-H., Jeon, O., Kwon, I.C., Park, K.: Engineered polymers for advanced drug delivery, *Eur. J. Pharm. Biopharm*., 71: 420-430, 2009.

201) Kim, B.S., Oh, J.M., Kim, K.S., Seo, K.S., Cho, J.S., Khang, G., Lee, H.B., Park, K., Kim, M.S.: BSA-FITC-loaded microcapsules for in vivo delivery, *Biomaterials*, 30: 902-909, 2009.

16

202) J.Y. Lee, Y.M. Kang, E.S. Kim, M.L. Kang, B. Lee, J.H. Kim, B.H. Min, K. Park, and M.S. Kim: In vitro and in vivo release of albumin from an electrostatically crosslinked in situ-forming gel, J. Mater. Chem., 20: 3265-3271, 2010.

203) Choi, J.S., Yang, H.-J., Kim, B.S., Kim, J.D.,  Lee, S.H., Lee, E.K., Park, K., Cho, Y.W., and Lee, H.Y.: Fabrication of porous extracellular matrix (ECM) scaffolds from human adipose tissue, Tissue Engineering Part C Methods, 16: 387-396, 2010.

204) Saravanakumar, G., Choi, K.Y., Yoon, H.Y., Kim, K., Park, J.H., Kwon, I.C., Park, K.: Hydrotropic hyaluronic acid conjugates: Synthesis, characterization, and implications as a carrier of paclitaxel. Int. J. Pharm., 394: 154-161, 2010.

205) Chaterji, S., Park, K., and Panitch, A.: Scaffold-free *in vitro* arterial mimetics: the importance of smooth muscle-endothelium contact, Tissue Engineering Part A, 16: 1901-1912, 2010.

206) Kim, S.W., Shi, Y., Kim, J.Y., Park, K., and Cheng, J.X.: Overcoming the barriers in micellar drug delivery: Loading efficiency, in vivo stability, and micelle-cell interaction, Expert Opinion on Drug Delivery, 7:49-62, 2010.

207) Kang, E., Min, H.S., Lee, J., Han, M.H., Ahn, H.J., Yoon, I.-C., Choi, K., Kim, K., Park, K., and Kwon, I.C.: Nanobubbles from gas-generating polymeric nanoparticles: Ultrasound imaging of living subjects, Angew. Chem. Int. Ed. Engl., 49:524-528, 2010.

208) Kim, J.Y., Kim, S.W., Papp, M., Park, K., and Pinal, R.: Hydrotropic solubilization of poorly water-soluble drugs, J. Pharm. Sci. 99: 3953-3965, 2010.

209) Acharya, G., Shin, C.S., McDermott, M., Mishra, H., Park, H., Kwon, I.C., and Park, K.: The hydrogel template method for fabrication of homogeneous nano/microparticles, J. Control. Release, 141 (3): 314-319, 2010.

210) Kim, K., Kim, J.H., Park, H., Kim, Y.-S., Park, K.S., Nam, H., Lee, S., Park, J.H., Park, R.-W., Kim, I.-S., Choi, K., Kim, S.Y., Park, K. and Kwon, I.C.: Tumor-homing multifunctional nanoparticles for cancer theragnosis: Simultaneous diagnosis, drug delivery, and therapeutic monitoring, J. Control. Release, 146: 219-227, 2010.

211) Ye, M., Kim, S.W., and Park, K.: Issues in long-term protein delivery using biodegradable microparticles, J. Control. Release, 156: 241-260, 2010.

212) Omidian, H., Park, K., Kandalam, U., and Rocca, J.G.: Swelling and mechanical properties of modified HEMA-based superporous hydrogels, J. Bioact. Compat. Polymers, 25: 483- 497, 2010.

213) Omidian, H., Park, K., and Rocca, J.G.: Experimental design in preparation of modified HEMA-based superporous hydrogels in an aqueous medium, Int. J. Polym. Mater., 59: 693-709, 2010.

214) Acharya, G., Shin, C.S., Vedantham, K., McDermott, M., Rish, T., Hansen, K., Fu, Y. and Park, K.: A study of drug release from homogeneous PLGA microstructures, J. Control. Release, 146: 201-206, 2010.

215) Shi, Y., Kim, S.W., Huff, T.B., Borgens, R.B., Park, K., Shi, R., and Cheng, J.-X.: Effective repair of traumatically injured spinal cord by nanoscale block copolymer micelles, Nature Nanotech, 5: 80-87, 2010.

216) Yun, Y.H., Lee, B.K., Choi, J.S., Kim, S.W., Yoo, B., Kim, Y.S., Park, K., and Cho, Y.W.: A glucose sensor fabricated by piezoelectric inkjet printing of conducting polymers and bienzymes, Analytical Sciences, 27: 375-379, 2011.

217) Bae, Y.H. and Park, K.: Targeted Drug Delivery to Tumors: Myths, Reality, and Possibility, J. Control. Release, 153: 198-205, 2011.

218) Choi, J.S., Kim, B.W., Kim, J.D., Choi, Y.C., Lee, E.K., Park, K., Lee, H.Y., and Cho, Y.W.: In vitro expansion of human adipose-derived stem cells in a spinner culture system using human extracellular matrix powders. Cell Tissue Res. 345: 415-423, 2011.

219) Lu, Y., Kim, S., and Park, K.: In vitro-in vivo correlation: Perspectives on model development, Int. J. Pharm., 418: 142-148, 2011.

220) Paderi, J., Sturat, K., Sturek, M., Park, K., and Panitch, A.: The inhibition of platelet adhesion and activation on collagen during balloon angioplasty by collagen-binding peptidoglycans, Biomaterials, 32: 2516-2523, 2011.

221) Kim, J.Y., Kim, S.W., Pinal, R., and Park, K.: Hydrotropic polymer micelles as versatile vehicles for delivery of poorly water-soluble drugs, J. Control. Release, 152: 13-20, 2011.

222) Park, Kyeongsoon, and Park, Kinam: Oral protein delivery: Current status and future prospect, Reactive and Functional Polymers, 71: 280-287, 2011.

223) Lee, S.J., Koo, H., Lee, D.E., Min, S., Lee, S., Chen, X., Choi, Y., Leary, J.F., Park, K., Jeong, S.Y., Kwon, I.C., and Choi, K.: Tumor-homing photosensitizer-conjugated glycol chitosan nanoparticles for synchronous photodynamic imaging and therapy based on cellular on/off system, Biomaterials, 32: 4021-4029, 2011.

224) Kim, D.Y., Kwon, D.Y., Lee, B.N., Seo H.W., Kwon, J.S., Lee, B., Han, D.K., Kim, J.H., Min, B.H., Park, K., and Kim, M.S.: Injectable in situ-forming hydrogels for a suppression of drug burst from drug-loaded microcapsules, Soft Matter, 8: 7638-7648, 2012.

225) Key, J., Cooper, C., Kim, A.Y., Dhawan, D., Knapp, D.W., Kim, K.M., Park, J.H., Choi, K.W., Kwon, I.C., Park, K., and Leary, J.F.: In vivo NIRF and MR dual-modality imaging using glycol chitosan nanoparticles, J. Control. Release, 163: 249-255, 2012.

226) Kwon, I.K., Lee, S.C., Han, B., and Park, K.: Analysis on the current status of targeted drug delivery to tumors, J. Control. Release, 164: 108-114, 2012.

227) Vedantham, K., Chaterji, S., Kim, S.W., and Park, K.: Development of a probucol-releasing anti-thrombogenic drug eluting stent, J. Biomed. Mater. Res. Part B:  Appl. Biomater.100B: 1068-1099, 2012.

228) Yoon, H.Y., Koo, H., Choi, K.Y., Lee, S.J., Kim, K., Kwon, I.C., Leary, J.F., Park, K., Yuk, S.H. Park, J.H. and Choi, K.: Tumor-targeting hyaluronic acid nanoparticles for photodynamic imaging and therapy, Biomaterials, 33: 3980-3989, 2012.

229) Yoon, H.Y., Saravanakumar, G., Heo, R., Choi, S.H., Song, I.C., Han, M.H., Kim, K., Park, J.H., Choi, K., Kwon. I.C. and Park, K.: Hydrotropic magnetic micelles for combined magnetic resonance imaging and cancer therapy, J. Control. Release, 160: 692-698, 2012.

230) Mastropietro, D., Omidian, H., and Park, K.: Drug delivery applications for superporous hydrogels, Expert Opinion on Drug Delivery,9: 71-89, 2012.

231) Muto, A., Panitch, A., Kim, N.H., Park, K., Komalavilas, P., Brophy, C.M., and Dardik, A.: Inhibition of mitogen activated protein kinase activated protein Kinase II with MMI-0100 reduces intimal hyperplasia ex vivo and in vivo, Vascular Pharmacology, 56: 47-55, 2012.

232) Choi, K.Y., Saravanakumar, G., Park, J.H., and Park, K.: Hyaluronic acid-based nanocarriers for intracellular targeting: interfacial interactions with proteins in cancer, Colloids and Surfaces B: Biointerfaces, 99: 82-94, 2012.

233) Lu, Y. and Park, K.: Polymeric micelles and alternative nanonized delivery vehicles for poorly soluble drugs, Int. J. Pharm., 453: 198-214, 2013.

234) Yun, Y., Cho, Y.W., and Park, K.: Nanoparticles for oral delivery: targeted nanoparticles with peptidic ligands for oral protein delivery, Adv. Drug Del. Rev.,65: 822-832, 2013.

18

A480

235) Shin, C.S., Kwak, B., Han, B., and Park, K.: Development of an in vitro 3D tumor model to study therapeutic efficiency of an anti-cancer drug, Mol. Pharm., 10: 2167-2175, 2013.

236) Lee, S.Y., Tyler, J., Kim, S.W, Park, K., and Cheng, J.X.: FRET imaging reveals different cellular entry routes of self-assembled and disulfide bonded polymeric micelles, Mol. Pharm., 10: 3497-3506, 2013.

237) Park, K.: Facing the truth about nanotechnology in drug delivery, ACS Nano, 7: 7442-7447, 2013.

238) Scott, R.A., Park, K., Panitch, A.: Water soluble polymer films for intravascular drug delivery of antithrombotic biomolecules, Eur. J. Pharm. Biopharm., 84: 125-131, 2013.

239) Koo, H., Min, K.H., Lee, S.C., Park, J.H., Park, K., Jeong, S.Y., Choi, K., Kwon, I.C., and Kim, K.M.: Enhanced drug-loading and therapeutic efficacy of hydrotropic oligomer-conjugated glycol chitosan nanoparticles for tumor-targeted paclitaxel delivery, J. Control. Release, 72: 823-831, 2013.

240) Choi, D.H., Kim K.H., Park, J.S., Jeong, S.H., and Park, K.: Evaluation of drug delivery profiles in geometric three-layered tablets with various mechanical properties, in vitro–in vivo drug release, and Raman imaging, J. Control. Release, 172: 763-772, 2013.

241) Lee, S.C., Kwon, I.K. and Park, K.: Hydrogels for delivery of bioactive agents: a historical perspective, Adv. Drug Del. Rev., 65: 17-20, 2013.

242) Lee, S.Y., Kim, S.W., Tyler, J., Park, K., and Cheng J.-X.: Blood-stable, tumor-adaptable disulfide bonded MPEG-(Cys)4-PDLLA micelles for chemotherapy, Biomaterials, 34: 552-561, 2013.

243) Lu, Y., Sturek, M, and Park, K.: Microparticles produced by the hydrogel template method for sustained drug delivery, Int. J. Pharm, 461: 258-269, 2014.

244) Lu, Y., Wang, Z.-H., Ki, T., McNally, H., Park, K., and Sturek, M.:  Development and evaluation of transferrin-stabilized paclitaxel nanocrystal formulation, J. Control. Release, 176: 76-85, 2014.

245) Wu, W., Lee, S.-Y., Wu, X., Tyler J.Y., Wang, H., Ouyang, Z., Park, K., Xu, X.-M., and Cheng, J.-X.: Neuroprotective ferulic acid (FA)–glycol chitosan (GC) nanoparticles for functional restoration of traumatically injured spinal cord, Biomaterials, 35: 2355-2364, 2014.

246) Yun, Y.H., Lee, B.K., and Park, K.: Controlled Drug Delivery Systems: The Next 30 Years, Frontiers of Chemical Science and Engineering, 8(3): 276-279, 2014.

247) Park, K.: Controlled drug delivery systems: Past forward and future back, J. Control. Release, 190: 3-8, 2014.

248) Kwak, G., Ozcelikkale, A., Shin, C.S., Park, K., and Han, B.: Simulation of complex transport of nanoparticles around a tumor using tumor-microenvironment-on-chip, J. Control. Release, 194: 157-167, 2014.

249) Yhee, J.Y., Son, S., Kim, S.H., Park, K. Choi, K., and Kwon, I.C.: Self-assembled glycol chitosan nanoparticles for disease-specific theranostics, J. Control. Release, 193: 202-213, 2014.

250) Lee, B.K., Yun, Y.H., and Park, K.: Smart Nanoparticles for Drug Delivery: Boundaries and Opportunities, Chemical Engineering Science, 125: 158-164, 2015.

251) Lee, S.S., Li, J., Tai, J.N., Ratliff, T.L., Park, K., and Cheng, J.-X.: Avasimibe encapsulated in human serum albumin blocks cholesterol esterification for selective cancer treatment, ACS Nano, 9(3): 2420-2432, 2015.

252) Garner, J., Skidmore, S., Park, H., Park, K., Choi, S., and Wang, Y.: A protocol for assay of poly(lactide-co-glycolide) in clinical products, Int. J. Pharm. 495: 87-92, 2015.

253) Xu, C., Wang, P., Zhang, J., Tian, H., Park, K., and Chen, X.: Pulmonary codelivery of doxorubicin and siRNA by pH-sensitive nanoparticles for therapy of metastatic lung cancer, Small, 11 (34): 4321-4333, 2015.

19

A481

254) Yun, Y.H., Lee. B.K., and Park, K.: Controlled Drug Delivery: Historical perspective for the next generation, J. Control. Release, 219: 2-7, 2015.

255) Chen, J., Lin, L., Guo, Z., Xu, C., Tian, H., Park, K., and Chen, X.: Synergistic treatment of cancer stem cells by combinations of antioncogenes and doxorubicin, J. Drug Del. Sci. Tech., 30: 417-423, 2015.

256) Wang, H., Zhang, G., Sui, H., Liu, Y., Park, K. and Wang, W.: Comparative studies on the properties of glycyrrhetinic acid-loaded PLGA microparticles prepared by emulsion and template methods, Int. J. Pharm., 496: 723-731, 2015.

257) Han, B., Yun, G.Y., Boley, W., Kim, H.D., Hwang, J.Y., Chiu G., and Park, K.:  Dropwise gelation-dehydration kinetics during drop-on-demand printing of hydrogel-based materials, Int. J. Heat Mass Transfer, 30: 417-423, 2016.

258) Ma, Y., He, S., Ma, X., Hong, T., Li, Z., Park, K., and Wang, W.: Silymarin-loaded nanoparticles based on stearic acid-modified Bletilla striata polysaccharide for hepatic targeting, Molecules, 21: 265 (10 pages), 2016.

259) Kim, D.Y., Kwon, D.Y., Kwon, J.S., Park, J.H., Park, S.H., Oh, H.J., Kim, J.H., Min, B.H., Park, K., and Kim, M.S.: Synergistic anti-tumor activity through combinational intratumoral injection of an in-situ injectable drug depot, Biomaterials 85: 232-245, 2016.

260) Gao, W., Chen, Y., Thompson, D. H., Park, K., and Li, T. Impact of surfactant treatment of paclitaxel nanocrystals on biodistribution and tumor accumulation in tumor-bearing mice. J. Control. Release, 237: 168-176, 2016.

261) Park, K.: Drug Delivery of the Future: Chasing the Invisible Gorilla, J. Control. Release, 240: 2-8, 2016.

262) Han, B., Qu, C., Park, K., Konieczny, S.F., and Korc, M.: Recapitulation of complex transport and action of drugs at tumor microenvironment using tumor-microenvironment-on-chip, Cancer Letters, 380: 319-329, 2016.

263) Báez-Santos, Y.M., Otte, A., and Park, K.: A fast and sensitive method for the detection of leuprolide acetate: a high-throughput approach for the in vitro evaluation of liquid crystal formulations, Anal. Chem. 88: 4613-4618, 2016.

264) Park, K.: Drug delivery research: The invention cycle, Mol. Pharm., 13 (7): 2143-2147, 2016.

265) He, Y. and Park, K.: Effects of the microparticle shape on cellular uptake, Mol. Pharm., 13: 2164-2171, 2016.

266) Key, J., Dhawan, D., Cooper, C.L., Knapp, D.W., Kim, K., Kwon, I.C., Choi, K., Park, K., Decuzzi, P., Leary, J.F.: Multicomponent, peptide-targeted glycol chitosan nanoparticles containing ferrimagnetic iron oxide nanocubes for bladder cancer multimodal imaging, Int. J. Nanomedicine, 11; 4141-4155, 2016.

267) Lee, B.K., Yun, Y., and Park, K.: PLA micro- and nano-particles, Adv. Drug Del. Rev., 106: 176-191, 2016.

268) Lim, D.G., Prin, E., Kang, E., Park, K., and Seong, H.J.: Combinatorial nanodiamond in pharmaceutical and biomedical applications, Int. J. Pharm. 514: 41-51, 2016.

269) Báez-Santos, Y.M., Otte, A., Mun, E.A., Soh, B.-K., Song, C.-G., Lee, Y.N., and Park, K.: Formulation and characterization of a liquid crystalline hexagonal mesophase region of phosphatidylcholine, SPAN 80 and tocopherol acetate for sustained delivery of leuprolide acetate, Int. J. Pharm.514: 314-321, 2016.

270) Wang, W., Cai, Y., Zhang, G., Liu, Y., Sui, H., Park, K., and Wang, H.: Sophoridine-loaded PLGA microspheres for lung targeting: preparation, in vitro, and in vivo evaluation, Drug Deliv, 23(9): 3674–3680, 2016.

271) Min, H.S., Son, S., You, D.G., Lee, T.W., Lee, J., Lee, S., Yhee, J.Y., Lee, J., Han, M.H., Park, J.H., Kim, S.H., Choi, K., Park, K., Kim, K., and Kwon, I.C., Chemical gas-generating nanoparticles for tumor-targeted ultrasound imaging and ultrasound-triggered drug delivery, Biomater. 108: 57-70, 2016.

272) Wang, H., Zhang, G., Ma, X., Kiu, Y., Feng, J., Park, K., and Wang, W.: Enhanced encapsulation and bioavailability of breviscapine in PLGA microparticles by nanocrystal and water-soluble polymer template techniques, Eur. J. Pharm. Biopharm. 115: 177-185, 2017.

273) Lee, H.C., Ejserholm, F. Gaire, J. Currlin, S. Schouenborg, Je. Wallman, L. Bengtsson, M. Park, K., Otto, K.: Histological evaluation of flexible neural implants; flexibility limit for reducing the tissue response? J. Neural Eng., 14: 036026 (12 pp), 2017.

274) Salva, R., Mrsny, R., Park, K., Aubert, I., and Stamoran, C.: Insignts and lessons from a scientific conference on non-invasive delivery of macromolecules, Pharm. Res., 34: 1149-1151, 2017.

275) Scott, R.A., Ramaswamy, A.K., Park, K., and Panitch, A.: Decorin mimic promotes endothelial cell health in monolayers and EC-SME co-cultures, J. Tissue Eng. Regen. Med., 11(5): 1365-1376, 2017.

276) Garner, J., Davidson, D., Eckert, G.J., Barco, C.T., Park, H., and Park, K.: Reshapable polymeric hydrogel for controlled soft-tissue expansion: In vitro and In vivo evaluation, J. Contol. Release, 262: 201-211, 2017.

277) Shi, Y., Pei, J. Pei, Zhang, L., Lee, B.K., Yun, Y., Zhang, J., Li, Z., Gu, S., Park, K., and Yuan, G.: Understanding the effect of magnesium degradation on drug release and anti-proliferation on smooth muscle cells for magnesium-based drug eluting stents. Corrosion Science, 123:297-309, 2017.

278) Lee, H.C., Gaire, J., Currlin, S.W., McDermott, M.D., Park, K., and Otto, K.J.: Foreign body response to intracortical microelectrodes is not altered with dip-coating of polyethylene glycol (PEG), Frontiers in Neuroscience, 11: Article 513 (11 pages), 2017.

279) Otte, A., Báez-Santos, Y.M., Mun, E.A., Soh, B.-K., Lee, Y.N. and Park, K.: The in vivo transformation and pharmacokinetic properties of a liquid crystalline drug delivery system, Int. J. Pharm., 532: 345-351, 2017.

280) Barwinska, D., Garner, J. Davidson, D., Cook, T., Eckert, G., Tholpady, S.S., March, K., Park, K., and Barco, C.: Mucosal perfusion preservation by a novel shapeable tissue expander for oral reconstruction. Plastic and Reconstructive Surgery – Global Open, 5: e1449 (8 pages), 2017.

281) Ozcelikkale, A., Shin, K., Noe-Kim, V., Elzey, B.D., Dong, Z., Zhang, J.T., Kim, K., Kwon, I.C., Park, K., and Han, B.: Differential response to doxorubicin in breast cancer subtypes simulated by a microfluidic tumor model, J. Control. Release, 266: 129-139, 2017.

282) Park, K.: The drug delivery field at the inflection point: Time to fight its way out of the egg, J. Control. Release, 267: 2–14, 2017.

283) Garner, J., Skidmore, S., Park, H., Park, K., Choi, S., and Wang, Y.: Beyond Q1/Q2: The impact of manufacturing conditions and test methods on drug release from PLGA-based microparticle depot formulation, J. Pharm. Sci., 107: 353-361, 2018.

284) Lee, H.Y., Park, J.H., Ji, Y.B., Kwon, D.Y., Lee, B.K., Kim, J.H., Park, K. and Kim, M.S.: Preparation of pendant group-functionalized amphiphilic diblock copolymers in the presence of a monomer activator and evaluation as temperature-responsive hydrogels, Polymer, 137:293-302, 2018.

285) Otte, A. Soh, B.-K., Yoon, G., and Park, K.: Liquid crystalline drug delivery vehicles for poorly soluble (and soluble) drugs, Int. J. Pharm. 539: 175-183, 2018.

21

286) Bowling, J., Davidson, D.D., Tholpady, S., Park, K., Katona, T., Eckert, G., Chu, T.-M. G., and Barco, C.T.: Baseline biomechanical properties of non-expanded tissue samples in dogs, Plastic and Reconstructive Surgery – Global Open, 6: e1773, 2018.

287) Kim, N.A., Thapa, R., Jeong, S.H., Bae, H.-D., Maeng, J., Lee, K., and Park, K.: Enhanced intranasal insulin delivery by formulations and tumor protein-derived protein transduction domain as an absorption enhancer, J. Control. Release, 294: 226-236, 2018.

288) Skidmore, S., Hadar, J., Garner, J., Park, H., Park, K., Wang, Y. and Jiang, X.J.: Complex sameness: Separation of mixed poly(lactide-co-glycolide)s based on the lactide:glycolide ratio, J. Control. Release, 300: 174-184, 2019.

289) Park, K. and Otte, A. Prevention of Opioid Abuse and Treatment of Opioid Addiction: The Current Status and Future Possibilities, Ann. Rev. Biomed. Eng., 21: 61-84, 2019.

290) Hadar, J., Skidmore, S. Garner, G., Park, H., Park, K., Wang. Y., Qin, B., and Jiang, X.J.: Characterization of branched poly(lactide-co-glycolide) polymers used in injectable, long-acting formulations, J. Control. Release, 304: 75-89, 2019.

291) Park, K., Skidmore, S., Hadar, J., Garner, J., Park, H., Otte, A., Soh, B.K., Yoon, G., Yu, D., Yun, Y., Lee, B.K., Jiang, X.J. and Wang, Y.: Injectable, long-acting PLGA formulations: Analyzing PLGA and understanding microparticle formation, J. Control. Release, 304: 125-134, 2019.

292) Chhetri, A., Chittiboyina, S., Atrian, F., Bai, Y., Delisi, D., Rahimi, R., Garner, J., Efremov, Y., Park, K., Talhouk, R., Lelievre, S.: Cell culture and coculture for oncological research in appropriate microenvironments, Current Protocols in Chemical Biology, 11(2): e65 (47 pages) doi: 10.1002/cpch.65. 2019.

293) Garner, J., Davidson, D.D., Barwinska, D., Eckert, G.J., Tholpady, S.S., Park, K., Barco, C.T.: Reshapeable hydrogel tissue expander for ridge augmentation: Results of a series of successive insertions at the same intraoral site, Journal of Periodontology, 90:718-727, 2019,

294) Chang, D.M. Park, K. and Famili, A.: Hydrogels for sustained delivery of biologics to the back of the eye, Drug Discovery Today, 24: 1470-1482, 2019.

295) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Immel R. Tyler, A., and Park, K.: Narrow molecular weight margins for the thermogelling property of polyester-polyether block copolymers, J. Appl. Polym. Sci., DOI: 10.1002/APP.48673 (11 pages), 2019.

296) Hadar, J., Skidmore, S. Garner, G., Park, H., Park, K., Wang. Y., Qin, B., Jiang, X.J., and Kozak, D.: Method matters: Development of characterization techniques for branched and glucose-poly(lactide-co-glycolide) polymers, J. Control. Release, 320: 484-494, 2020.

297) Sharifi, F., Otte, A., Yoon, G., and Park K.: Continuous in-line homogenization process for scale-up production of naltrexone-loaded PLGA microparticles, J. Control. Release, 325: 347-358, 2020.

298) Otte, A., Sharifi, F., and Park K.: Interfacial tension effects on the properties of PLGA microparticles, Colloids and Surfaces B: Biointerfaces, 196: 111300 (6 pages), 2020.

299) Bae, Y.H. and Park, K.: Advanced drug delivery 2020 and beyond: Perspectives on the future, Adv. Drug Del. Rev., 158: 4-16, 2020.

300) Park, K., Otte, A., Sharifi, F., Garner, J. Skidmore, S., Park, H., Jhon, Y.K., Qin, B., and Wang. Y.: Formulation composition, manufacturing process, and characterization of poly(lactide-co-glycolide) microparticles, J. Control. Release, 329: 1150-1161, 2021.

301) Park, K., Otte, A., Sharifi, F., Garner, J. Skidmore, S., Park, H., Jhon, Y.K., Qin, B., and Wang. Y.: Potential roles of the glass transition temperature of PLGA microparticles in drug release kinetics, Mol. Pharm. 18: 18-32, 2021.

22

302) Park, K. and Mrsny, R.: Perspective: Are controlled release scientists doing enough for our environment? J. Control. Release. 332: 620-622, 2021.

303) Garner, J., Skidmore, S., Hadar, J., Park, H, Park, K., Jhon, Y.K., Qin, B., Wang. Y. Jhon, Y.K., Qin, B., and Wang. Y.: Analysis of semi-solvent effects for PLGA polymers, Int. J. Pharm., 602: 120627, 2021.

304) Otte, A., Damen, F., Goergen, C., and Park, K.: Coupling the in vivo performance to the in vitro characterization of PLGA microparticles, Int. J. Pharm., 604: 120738, 2021.

305) Sharifi, F., Meqbil, Y.J., Otte, A., Gutridge, A.M., Blaine, A.T., van Rijn, R.M., Park, K.: Engineering quick- and long-acting naloxone delivery systems for treating opioid overdose, Pharm. Res. 38: 1221-1234, 2021.

306) Zheng, F., Hou, P., Corpstein, C.D., Park, K., and Li, T.: Multiscale pharmacokinetic modeling of the systemic exposure and bioavailability of subcutaneously injected biotherapeutics, J. Control. Release, 337: 407-416, 2021.

307) Sharifi, F., Otte, A., and Park, K.: Initial formation of the skin layer of PLGA microparticles, Adv. Healthcare Mater., 10: 2101427 (11 pages), 2021.

308) Park, H., Otte, A., and Park, K.: Evolution of drug delivery systems: From 1950 to 2020 and beyond, J. Control. Release, 342: 53-65, 2022.

309) Chen, Y.-C., Moseson, D.E., Richard, C.A., Swinney, M.R., Horava, S.D., Oucherif, K.A., Cox, A.L., Hawkins, E.D., Li, Y., DeNevel, D.F., Lomeo, J., Zhu, A., Lyle, L. T., Munson, E., Taylor, L.S., Park, K., and Yeo, Y.: Development of hot-melt extruded drug/polymer matrices for sustained delivery of meloxicam, J. Control. Release, 342: 189-200, 2022.

310) Park, K., Otte, A., and Park, H.: Perspective on drug delivery in 2050, J. Control. Release, 344: 157-159, 2022.

311) Otte, A. and Park, K.: Transitioning from a lab-scale PLGA microparticle formulation to pilot-scale manufacturing, J. Control. Release, 348: 841-848, 2022.

312) Otte, A., Turasan, H., and Park, K.: Implications of particle size on the respective solid-state properties of naltrexone in PLGA microparticles, Int. J. Pharm. 626: 122170 (7 pages), 2022.

313) Garner, J., Skidmore, S., Hadar, J., Park, H, Park, K., Qin, B., and Wang. Y.: Surface analysis of sequential semi-solvent vapor impact (SAVI) for studying microstructural arrangements of poly(lactide-co-glycolide) microparticles, J. Control. Release, 350: 600-612, 2022.

314) Yang, J., Wang, X., Wang, B., Park, K., Wooley, K., Zhang, S.: Challenging the fundamental conjectures in nanoparticle drug delivery for chemotherapy treatment of solid cancers, Adv. Drug Del. Rev., 190: 114525 (16 pages), 2022.

315) Garner, J., Skidmore, S., Hadar, J., Park, H, Park, K., Otte, A., Jhon, Y.L., Xu, X., Qin, B., and Wang. Y.: Scanning analysis of sequential semi-solvent vapor impact (SAVI) to study naltrexone release from PLGA microparticles, Mol. Pharm., 19 (11): 4286-4298, 2022.

316) Nejati, S., Wang, J., Sedaghat, S., Balog, N.K., Long, A.M, Kasi, V., Park, K., Johnson, J.S., Verma, M., and Rahimi, R.: Smart capsule for targeted proximal colon microbiome sampling, Acta Biomaterialia, 154: 83-96, 2022.

317) Organski, L., Wang, X., Meyers, A., Chen, Y.-C., Park, K., Horava, S.D., Richard, C.A., Yeo, Y., and Shashurin, A.: Inner surface modification of polyethylene tubing induced by DBD plasma. Journal of Vacuum Science and Technology A, 40 (6): 063005, 2022.

318) Pei, Y., Wang, J., Khaliq, N.U., Meng, F., Oucherif, K.A., Xue, JU., Horava, S.D., Cox, A.L., Richard, C.A., Swinney, M.R., Park, K., and Yeo, Y.: Development of poly(lactide-co-glycolide) microparticles for sustained delivery of meloxicam, J. Controlled Rel., 353:823-831, 2023.

23

319) Ji, Y.B., Lee, S., Ju, H.J., Kim, H.E., Noh, J.H., Choi, S., Park, K., Lee, H.B., and Kim, M.: Preparation and evaluation of injectable microsphere for longer sustained release of donepezil, J. Control. Release, 356: 43-58, 2023.

320) Chen, Y.-C., Shishikura, S., Moseson, D., Ignatovich, A.J., Lomeo, J., Zhu, A., Horava,, S.D., Richard, C.A., Swinney, M.R., Park, K., and Yeo, Y.: Control of drug release kinetics from hot-melt extruded drug/polycaprolactone matrices, J. Control. Release, 359: 373-383, 2023.

321) Otte, A., Soh, B.K., and Park, K.: The impact of post-processing temperature on PLGA microparticle properties, Pharm. Res., 40: 2677-2685, 2023.

322) Corpstein, C.D., Hou, P., Park, K., and Li, T.: Multiphysics simulation of local transport and absorption coupled with pharmacokinetic modeling of systemic exposure of subcutaneously injected drug solution, Pharm. Res., 40: 2873-2886, 2023.

323) Park, K., Otte, A., and Li, T.: Bohemian rhapsody of the future drug delivery systems: Rational changes necessary for the next revolution, Mol. Pharm., 21: 3732-3742, 2024.

324) Lu, S., Corpstein, C., Park, K., and Li, T.: What matters for drug delivery to tumor by nanoparticles: Gaining insights from PBPK/PD simulation of drug nanocrystals, ADMET and DMPK (Absorption, Distribution. Metabolism, Excretion, Toxicology and Pharmacokinetics of Drugs), 12 (5): 705-719, 2024.

325) Wang, Y., Otte, A., Park, H., and Park, K.: In vitro-in vivo correlation (IVIVC) development for long-acting injectable drug products based on poly(lactide-co-glycolide), J. Control. Release, 377: 186-196, 2025.

326) Garner, J., Skidmore, S., Overdorf, G., Hadar, J., Park, H, Park, K., Wang, Y., Jhon, Y.K., Smith, W.C., Zhang, D., and Zou, Y.: A new analytical method for quantifying acid-endcap PLGA in sub-milligram quantities, Mol. Pharm., 22: 446-458, 2025.

327) Garner, J. and Park, K.: Nuplon: New synthetic polymers fully degradable in water, J. Control. Release, 377: 744-755, 2025.

328) Park, K.: PLGA-based long-acting injectable (LAI) formulations, J. Control. Release, 382: 113758 (23 pages), 2025.

329) Park, K.: Professor Rodolfo Pinal: A man of the Tao, J. Pharm. Sci., 103808, 2025.

330) Otte, A., Johnson, C., Garner, J., and Park, K.: Long-Acting Injectable buprenorphine PLGA microparticle formulation, Int. J. Pharm., 126006, 2025.

331) Otte, A., Park, K., and Li, T.: Challenges and innovations in long-acting injectable formulations: Can formulation design space be rationalized? J. Pharm. Pharmacol., in revision.

**Book Chapters**

1) Park, K. and Robinson, J.R.: Polymer binding to epithelial cells, in *Optimization of Drug Delivery*, Bundgaard, H., Hansen, A.B., and Kofod, H., Eds., Munksgaard, Copenhagen, 1982, pp. 35-52.

2) Park, K., Wood, R.W., and Robinson, J.R.: Oral controlled release systems, in *Medical Applications of Controlled Release*, Langer, R.S., and Wise, D., Eds., CRC Press, 1984, pp. 159-201.

3) Park, K., Ch'ng, H.S., and Robinson, J.R.: Alternative approaches to controlled drug delivery: Bioadhesives and in-situ systems, in *Recent Advances in Drug Delivery Systems*, Anderson, J.M., and Kim, S.W., Eds., Plenum Press, 1984, pp. 163-183.

4) Park, K., Cooper, S.L., and Robinson, J.R.: Bioadhesive hydrogels, in *Hydrogels in Medicine and Pharmacy*, Peppas, N.A., Ed., CRC Press, Boca Raton, 1987, pp. 151-175.

5)  Park, K., Mosher, D.F., and Cooper, S.L.: Ex vivo measurement of platelet adhesion to polymeric surfaces. *Methods in Enzymology*, 169:91-104, 1989.

6)  Park, K., Park, H., and Albrecht, R.M.: Factors affecting the staining with colloidal gold, in *Colloidal Gold: Principles, Methods and Applications*, Vol. I, Hayat, M.A., Ed., Academic Press, San Diego, 1989, pp. 489-518.

7)  Park, K. and Park, H.: Test methods of bioadhesion, in *Bioadhesive Drug Delivery Systems*, Lenaerts, V. and Gurny, R., Eds., CRC Press, Boca Raton, 1989, pp. 43-64.

8)  Shalaby, W.S.W., Blevins, W.E., and Park, K.: Enzyme-degradable hydrogels: Properties associated with albumin-crosslinked polyvinylpyrrolidone hydrogels, in *Water-Soluble Polymers: Fundamental Chemistry & Contemporary Applications*, Butta, G., McCormick, C. and Shalaby, S.W., Eds., American Chemical Society, Washington, (ACS Symposium Series 467), 1991, pp. 484-492.

9)  Goodman, S.L., Park, K. and Albrecht, R.M.: A correlative approach to colloidal gold labeling with video-enhanced light microscopy, low voltage scanning electron microscopy and high voltage electron microscopy, in *Colloidal Gold: Principles, Methods and Applications*, Vol. III, Hayat, M.A., Ed., Academic Press, San Diego, 1991, pp. 369-409.

10) Kamath, K.R. and Park, K.: Mucosal adhesive preparations, in *Encyclopedia of Pharmaceutical Technology*, Vol. 10, Swarbrick, J. and Boyland, J.C., Eds., Marcel Dekker, New York, 1993, pp. 301-331.

11) Shalaby, W.S.W. and Park, K.: Modified proteins and saccharides, in *Designed-to-Degrade Biomedical Polymers*, Shalaby, S.W., Ed., Hanser Publishers, New York, 1994, pp. 213-258.

12) Kamath, K.R. and Park, K.: Biodegradable hydrogels in drug delivery, in *Advanced Drug Reviews*, Vol. 11, Scranton, A. and Peppas, N.A., Eds., Elsevier, New York, 1993, pp. 59-84.

13) Amiji, M., Kamath, K.R., and Park, K.: Albumin-modified biomaterial surfaces for reduced thrombogenicity, in *Encyclopedia of Biomaterials and Bioengineering*, Vol. 2, Wise, D.L., Senior Co-Editor, Marcel Dekker, New York, 1995, pp. 1057-1070.

14) Park, H. and Park, K.: Hydrogels in bioapplications, in *Hydrogels and Biodegradable Polymers for Bioapplications*, Ottenbrite, Hwang, R.S. and Park, K., Eds., American Chemical Society, Washington, D.C., 1996, pp. 2-10.

15) Lee, S.J. and Park, K.: Statistical mechanics of protein adsorption, in *Interfacial Behavior of Bioproducts*, Brash, J.L. and Wokciechowski, P.W., Eds., Marcel Dekker, 1996, pp. 173-207.

16) Park, K. and Park, H.: Smart hydrogels, in *The Polymeric Materials Encyclopedia*: *Synthesis, Properties and Applications*, Salamone, J.C., Ed., CRC Press, Boca Raton, FL, 1996, pp. S200-S206.

17) Shalaby, W.S.W. and Park, K.: Enzyme-degradable hydrogels, in *The Polymeric Materials Encyclopedia: Synthesis, Properties and Applications*, Salamone, J.C., Ed., CRC Press, Boca Raton, FL, 1996, pp. E173-E182.

18) Bowersock, T. and Park, K.: Vaccines and other immunologic products, in *Encyclopedia of Pharmaceutical Technology*, Vol. 16, Swarbrick, J. and Boyland, J.C., Eds., Marcel Dekker, New York, 1996, pp. 115-151.

19) Chen, J., Jo, S., and Park, K.: Degradable hydrogels, in *Handbook of Biodegradable Polymers*, Domb, A.J., Kost, J., and Wiseman, D., Eds., Harwood Academic Publishers, Amsterdam, Netherlands, 1997, pp. 203-230.

20) Park, K., Obaidat, A., Li, T., and Park, H.: Future of glucose sensing and insulin delivery: A point of view, in *Advances in Polymeric Biomaterials Science*, Akaike, T., Okano, T., Akashi, M., Terano, M., and Yui, N. Eds., CMC Co., Ltd., Tokyo, Japan, 1997, pp. 465-487.

25

21) Chen, J., Park, H., and Park, K.: Superporous hydrogels as a platform for oral controlled drug delivery, in *Handbook of Pharmaceutical Controlled Release Technology*, Wise, D., Ed., Marcel Dekker, Inc., 2000, pp. 211-224.

22) Park, K. and Mrsny, R.: Controlled drug delivery: Present and future, in *Controlled Drug Delivery: Designing Technologies for the Future*, Park, K. and Mrsny, R., Eds., American Chemical Society, Washington, D.C., 2000, pp. 2-12.

23) Park, K.: Biomaterials and controlled drug delivery: Achievements by Professor Sung Wan Kim, in *Biomaterials and Drug Delivery toward New Millennium*, Park, K.D., Kwon, I.C., Yui, N., Jeong, S.Y. and Park, K., Eds., Han Rim Won Publishing Co., 2000, pp. 1-7.

24) Park, K., Chen, J., and Park, H.: Superporous hydrogel composites: A new generation of hydrogels with fast swelling kinetics, high swelling ratio and high mechanical strength, in *Polymeric Drugs and Drug Delivery Systems*, Ottenbrite, R.M., and Kim, S.W., Eds., Technomic Publishing Co., 2001, pp. 145-156.

25) Lee, J.H., Li, T., and Park, K.: Solvation interactions for protein adsorption to biomaterial surfaces, in *Water in Biotechnological Surface Science*, Morra, M. Ed., John Wiley & Sons, New York, 2001, pp. 127-146.

26) Lee, J.H. and Park, K.: Modification of natural polymers: Albumin, in *Methods of Tissue Engineering*, Atala, A. and Lanza, R., Eds., Academic Press, San Diego, CA, 2001, pp. 525-538.

27) Sa, H., Chien, Y.W., Park, H., Hwang, S.-J., Park, K., and Lloyd, A.W.: New generation technologies, in *Drug Delivery and Targeting for Pharmacists & Pharmaceutical Scientists*, Hillery, A.M., Lloyd, A.W., and Swarbrick, J., Eds., Harwood Academic Publishers, 2001, pp. 421-441.

28) Qiu, Y. and Park, K.: Environment-sensitive hydrogels for drug delivery, *Advanced Drug Delivery Reviews*, 53: 321-339, 2001.  64: 49-60, 2012.

29) Kim, J.J. and Park, K.: Applications of smart hydrogels in separation, in *Smart Polymers for Bioseparation and Bioprocessing*, Mattiasson, B. and Galaev, I., Eds., Harwood Publishers, 2002, pp. 140-162.

30) Lee, J.H., Kim, J.J., and Park, K.: Glucose-sensitive hydrogel membranes, in *Polymeric Biomaterials*, Dumitriu, S., Ed., Marcel Dekker, Inc., New York, NY, 2002, pp. 739-752.

31) Mittal, S.K., HogenEsch, H., and Park, K.: Vaccines and other immunological products , in *Encyclopedia of Pharmaceutical Technology*, Swarbrick, J. and Boyland, J.C., Eds., Marcel Dekker, New York, NY, 2002, pp. 2895-2916.

32) Qiu, Y. and Park, K.: Modulated drug delivery, in *Supramolecular Design for Biological Applications*, Yui, N., Ed., CRC Press, Boca Raton, 2002, pp. 227-243.

33) Byrne, M.E., Park, K., and Peppas, N.A.: Biomimetic materials for selective recognition of biomolecules, in *Biological and Biomimetic Materials – Properties to Function*, McKittrick, J., Aizenberg, J., Kittrick, J.M.M., Orme, C.A., Vekilov, P., Eds., Vol. 724, MRS, Pittsburgh, PA, 2002, pp 193-199.

33) Blanchette, J.O., Park, K., and Peppas, N.A.: Oral administration of chemotherapeutic agents using complexation hydrogels, *Biological and Biomimetic Materials - Properties to Function.* (Material Research Society Symposium Proceedings. Volume 724). McKittrick, J.. Aizenberg, J., Kittrick, J.M.M., Orme, C.A., Veklov, P., Eds. Material Research Society, Warrendale, PA. www.mrs.org. 2002, pp. 215-220.

35) Hwang, S.J., Baek, N.J., Park, H.S., and Park, K.: Hydrogels, in *Drug Delivery Systems for Cancer*, Brown, D.M., Ed., Humana Press, 2003, pp. 97-115.

36) Jun, G.E., Savaiano, J.K., Park, K., Webster, T.J.: Nanostructured and aligned polymer for articular cartilage repair, in *NANO2002, 6th International Conference on Nanostructured Materials Proceedings*, CD, 2003.

37) Baek, N. and Park, K.: Natural polymer gels with fast responses, in *Reflexive Polymers and Hydrogels: Understanding and Designing the Fast-responsive Polymeric Systems,* Yui, N., Mrsny, R., and Park, K., Eds., CRC Press, Boca Raton, FL, 2004, pp. 85-96.

38) Kim, J.-D., Yang, S.R., Cho, Y.W., and Park, K.: Fast responsive nanoparticles of hydrophobically modified poly(amino acid)s and proteinoids, in *Reflexive Polymers and Hydrogels: Understanding and Designing the Fast-responsive Polymeric Systems,* Yui, N., Mrsny, R., and Park, K., Eds., CRC Press, Boca Raton, FL, 2004, pp. 373-400.

39) Park, K., Yui, N., and Mrsny, R.: A perspective on current and future synthetic reflexive systems, in *Reflexive Polymers and Hydrogels: Understanding and Designing the Fast-responsive Polymeric Systems,* Yui, N., Mrsny, R., and Park, K., Eds., CRC Press, Boca Raton, FL, 2004, pp. 427-437.

40) Yoon, Y. and Park, K.: Microencapsulation of protein drugs: A novel approach, in *Tissue Engineering and Novel Delivery Systems,* Yaszemski, M.J., Trantolo, D.J., Lewandrowski, K-U., Hasirci, V., Altobelli, D.E., and Wise, D.L., Eds., Marcel Dekker, 2004, pp. 305-332.

41) Park, K.: Cellular drug delivery: Present and potential, in *Cellular Drug Delivery: Principle and Practice*, Lu, D.R. and Øie, S., Eds., Humana Press, 2004, pp. 1-5.

42) Jeong, S.H., Fu, Y., and Park, K.: Hydrogels for oral administration, in *Polymeric Drug Delivery Systems*, Kwon, G., Ed., Marcel Dekker, 2005, pp. 195-214.

43) Cho, Y.W., Jeong, J.H., Ahn, C.H., Kim, J.D., and Park, K.: Cationic polymers for gene delivery: Formation of polycation-DNA complexes and *in vitro* transfection, Chapter 5 in *Cell Biology: A Laboratory Handbook, 3rd Edn.*, Celis, J.E., Ed., Elsevier, 2005, pp. 29-34.

44) Huh, K.M. and Park, K.: Copolymer, block copolymers stimuli and thermosensitive polymers, in *Biomaterials-based Delivery and Biocompatibility of Protein and Nucleic Acids*, Mahato, R., Ed., CRC Press, 2005, pp. 73-93.

45) Ooya, T. and Park, K.: Polymer solution properties, micelles, dendrimers, and hydrogels, in *Biomaterials-based Delivery and Biocompatibility of Protein and Nucleic Acids*, Mahato, R., Ed., CRC Press, 2005, pp. 95-118.

46) Lee, S.C., Yoon, Y., and Park, K.: Albumin modification, in *Scaffolding in Tissue Engineering*, Ma, P.X. and Elisseeff J., Eds., Marcel Dekker, 2005, pp. 283-299.

47) Yeo, Y. and Park, K.: Recent advances in microencapsulation technology, in *Encyclopedia of Pharmaceutical Technology*, 2nd Edn. Swarbrick, J., Ed., Marcel Dekker, New York, NY, 2005, pp. 1-15.

48) Huh, K., Lee, S.C., Ooya, T., and Park, K.: Polymeric delivery systems for poorly soluble drugs, in *Encyclopedia of Pharmaceutical Technology*, 2nd Edn. Swarbrick, J., Ed., Marcel Dekker, New York, NY, 2004.

49) Jeong, S.H. and Park, K.: Hydrogel drug delivery systems, in *Polymers in Drug Delivery*, Uchegbu, I.F., Ed., Taylor and Francis, 2006, pp. 49-62.

50) Park, J.H., Huh, K.M., Ye, M., and Park, K.: Hydrogels, in *Encyclopedia of Chemical Processing*, Lee, S. and LaPierre, C.W., Eds., Marcel Dekker, New York, NY, 2006, pp. 1307-1317.

51) Ooya, T., Lee, S.C., Huh, K.M., and Park, K.: Hydrtropic nanocarriers for poorly soluble drugs, in *Nano-encapsulation Technologies: Frontiers of Nanotherapy*, Mozafari, R., Ed., Springer, Netherlands, 2006, Vol. 1, pp. 51-73.

27

A489

52) Jeong, S.H., Park, J.H., and Park, K.: Formulation issues around lipid-based oral and parenteral delivery systems, in *Role of Lipids in Modifying Oral and Parenteral Drug Delivery*, Wasan, K.M., Ed., John Wiley & Sons, 2006, pp.32-47.

53) Lee, S. C., Huh, K. M., Ooya, T., and Park, K.: Hydrotropic Polymer Micelles for Cancer Therapeutics, in *Nanotechnology for Cancer Therapeutics*, Amiji, M., Ed., CRC Press, 2007, pp. 385-408.

54) Cho, Y.W., Park, J.H., Park, J.S., and Park, K.: PEGylation: Camouflage of proteins, cells, and nanoparticles against recognition by the body's defense mechanism, Chapter 4.5 in *Handbook of Pharmaceutical Biotechnology*, Gad, W., Ed., John Wiley and Sons, 2007, pp. 489-510.

55) Kwon, I.K., Jeong, S.H., Kang, E., and Park, K.: Nanoparticulate drug delivery for cancer therapy, Chapter 19 in *Cancer Nanotechnology*, Nalwa, H.S. and Webster, T., Eds., American Scientific Publishers, Stevenson Ranch, CA, 2007, pp. 333-344.

56) Kwon, I.K., Kim, S.W., Chaterji, S., Vedantham, K., and Park, K.: Smart drug delivery systems, in *Smart Materials and Structures*, Schwartz, M., Ed., CRC, 2008, pp. 13.1-13.10.

57) Kim, S., Kwon, I.K., Kwon, I.C., and Park, K.: Nanotechnology in drug delivery: Past, present, and future, in *Nanotechnology in Drug Delivery*, de Villiers, M.M. and Kwon, G.S., Eds., AAPS Springer, 2008, pp. 581-596.

58) Wei, X., Lee, Y-K., Huh, K.M., Kim, S., and Park, K.: Safety and efficacy of nano/micro materials, Chapter 4 in *Safety of Nanoparticles: From Manufacturing to Clinical Applications*, Webster, T.J. and Pareta, R., Eds., Springer, 2008, pp. 63-88.

59) Jeon, O. and Park, K.: Biodegradable polymers for drug delivery systems, in *the Encyclopedia of Surface and Colloid Science*, Somasundaran, P., Ed., Taylor and Francis, 2009, pp. 1-15 (1:1).

60) Vedantham, K., Chaterji, S., Kitsongsermthon, J., Garner, J., and Park, K.: Future outlook for drug eluting stents, in *Drug Device Combination Products: Delivery Technologies and Applications*, Lewis, A., Ed., Woodhead Publishing, 2009, Chapter 6 (pp. 117-153).

61) Omidian, H. and Park, K.: Fast-responsive macroporous hydrogels, in *Macroporous Polymers: Production, Properties and Biotechnological/Biomedical Applications*, Mattiasson, B., Kumar, A., and Galaev, I., Eds., CRC Press, 2010, Chapter 8 (pp. 179-208).

62) Omidian, H. and Park, K.: Introduction to hydrogels, in *Biomedical Applications of Hydrogels Handbook*, Ray M. Ottenbrite, Kinam Park, and Teruo Okano, Eds., Springer, 2010, pp. 1-16.

63) Omidian, H. and Park, K.: Engineered high swelling hydrogels, in *Biomedical Applications of Hydrogels Handbook*, Ray M. Ottenbrite, Kinam Park, and Teruo Okano, Eds., Springer, 2010, pp. 351-374.

64) Mun, G., Suleimenov, I., Park, K., and Omidian, H.: Superabsorbent hydrogels, in *Biomedical Applications of Hydrogels Handbook*, Ray M. Ottenbrite, Kinam Park, and Teruo Okano, Eds., Springer, 2010, pp. 375-391.

65) Omidian, H., Park, K., and Sinko, P.J.: Pharmaceutical Polymers, in *Martin's Physical Pharmacy and Pharmaceutical Sciences*, Sinko, P., Ed., Lippincott Williams & Wilkins, 2010, Chapter 20 (pp. 492-515).

66) Kim, S.W. and Park, K.: Polymer micelles for drug delivery, in *Targeted Delivery of Small and Macromolecular Drugs: Problems Faced and Approaches Taken*, Ajit Narang and Ram Mahato, Eds., Taylor and Francis Group, 2010, Chapter 19 (pp. 513-551).

67) Kim, M.S., Kim, J.H., Min, B.H., Park, K., and Lee, H.B.: Implantable delivery systems, in *Biodrug Delivery Systems: Fundamentals, Applications and Clinical Development*, Morishita, M. and Park, K., Eds., Informa Healthcare, New York, NY, 2010, Chapter 18 (pp. 293-308).

28

68) Wen. H. and Park, K.: Introduction and overview of oral controlled release formulation design, in *Oral Controlled Release Formulation Design and Drug Delivery: Theory to Practice*, Wen, H. and Park, K., Eds., John Wiley & Sons, 2010, Chap. 1.

69) Omidian, H. and Park, K.: Oral targeted drug delivery systems: Gastric retention devices, in *Oral Controlled Release Formulation Design and Drug Delivery: Theory to Practice*, Wen, H. and Park, K., Eds., John Wiley & Sons, 2010, Chap. 12.

70) Chen, X., Wen, H., and Park, K.: Challenges and new technologies of oral controlled release, in *Oral Controlled Release Formulation Design and Drug Delivery: Theory to Practice*, Wen, H. and Park, K., Eds., John Wiley & Sons, 2010, Chap. 16.

71) Holback, H. and Park, K.: Swelling of hydrogels, in *Biomedical Hyrdogels: Biochemistry, Manufacture And Medical Applications*, Steve Rimmer, Ed., Woodhead Publishing, 2011, pp. 3-24.

72) Acharya, G., McDermott, M., Shin, S.J., Park, H., and Park, K.: Hydrogel templates for fabrication of homogeneous polymer microparticles, in *Biomedical Nanotechnology. Methods and Protocols*, Sarah Hurst, Ed., Springer, 2011, pp. 179-185.

73) Tran, T.H., Garner, J., Fu, Y., Park, K., and Huh, K,-M.: Biodegradable elastic hydrogels for tissue expander application, in *Handbook of Biodegradable Polymers. Synthesis, Characterization and Applications*, Lendlein, A. and Sisson, A., Eds., Wiley-VCH, 2011, 217-236.

74) Omidian, H., Fesharaki, S., and Park, K.: Oral controlled release systems and technologies, in *Controlled Release in Oral Delivery*, Clive G. Wilson and Patrick J. Crowley, Eds., The Controlled Release Society Advances in Delivery Science and Technology, 2011, pp. 109-130.

75) Omidian. H. and Park, K.: Hydrogels, in *Comprehensive Biomaterials*, Paul Ducheyne, Ed. Elsevier, New York, NY, 2011, pp. 563-576.

76) Omidian. H. and Park, K.: Hydrogels, in *Fundamentals and Applications of Controlled Release Drug Delivery*, Juergen Siepmann, Ronald Siegel, and Michael Rathbone, Eds. Spinger, New York, NY, 2012, pp. 75-106.

77) Kim, S.W. and Park, K.: Tailor-made hydrogels for tumor delivery, in *Drug Delivery in Oncology - From Research Concepts to Cancer Therapy*, Felix Kratz, Peter Senter, and Henning Steinhagen, Eds., Wiley-VCH, 2012, pp. 1071-1097.

78) Cho, J., Kim, S., and Park, K.: Nanotechnology in drug delivery, in *Nanotechnology Handbook*, Yubing Xie, Ed., CRC Press/Taylor & Francis Group, Boca Raton, FL., 2012, pp. 519-534.

79) Kim, M.S. and Park, K.: Injectable hydrogel, in *Drug Delivery and Biomedical Imaging* (in *Springer Encyclopedia of Nanotechnology*), Paolo Decuzzi, Ed., Springer, 2012, pp. 1091-1096.

80) Jeong, S.H., Oh, K.T., and Park, K.: Glucose-sensitive hydrogels, in *Polymeric Biomaterials, 3rd Edn., Vol. II. Medicinal and Pharmaceutical Applications of Polymers*, Severian Dumitriu and Valentin Popa, Eds., CRC Press, 2013, Chapter 2, pp. 43-64.

81) Lu, Y. and Park, K.: Microencapsulation: Methods and Pharmaceutical Applications, in *Encyclopedia of Pharmaceutical Science and Technology*, 4th Edn. Swarbrick, J., Ed., Informa Healthcare, London, UK, 13 pages, 2013.

82) Mittal, S.K., HogenEsch, H., Vemulapalli, R., and Park, K.: Vaccines, adjuvants and delivery systems for infectious diseases , in *Encyclopedia of Pharmaceutical Technology*, Swarbrick, J., Ed., Marcel Dekker, New York, NY, 21 pages, 2013.

83) Lee, B.K., Yun, Y.H., Park, K., and Sturek, M.: Introduction to biomaterials for cancer therapeutics, in *Biomaterials for Cancer Therapeutics*, Kinam Park, Ed., Woodhead Publishing Ltd., Oxford, UK, 2013. Chapter 1.

84) Shin, C.S., Kwak, B., Han, B., Park. K. and Panitch, A.: 3D cancer tumor models for evaluating chemotherapeutic efficacy, in *Biomaterials for Cancer Therapeutics*, Kinam Park, Ed., Woodhead Publishing Ltd., Oxford, UK, 2013. Chapter 16.

85) Park, K., Bae, Y.H., and Mrsny, R.: The missing components today and the new treatment tomorrow, in *Cancer Targeted Drug Delivery: An Elusive Dream*, Bae, Y.H., Mrsny, R., and Park, K., Eds., Springer, New York, 2013. Chapter 26.

86) Park, K.: Preface, in *Functional Polymers for Nanomedicine*, Youqing Shen, Ed., Royal Society of Chemistry Publishing, 2013, pp. v-vi.

87) Lu, Y. and Park, K.: Mucosal drug delivery, in *Biomaterials Science: An Introduction to Materials and Medicine*, Ratner, B.D., Hoffman, A.S., Schoen, F.J., and Lemons, J.E., Eds., Elsevier, pp. 1510-1518 (Appendix F - Chapter II.5.16 - Drug delivery systems: H).

88) Kim, S. and Park, K.: Smart hydrogels as in vivo drug delivery systems, in *Biomaterials Science: An Introduction to Materials and Medicine*, Ratner, B., Schoen, F., Lemons, J., and Hoffman, A., Eds., Elsevier, pp. 1518-1524 (Appendix G - Chapter II.5.16 - Drug delivery systems: I).

89) Heo, D.N., Min, K.H., Choi, G.H., Kwon, I.K., Park, K., and Lee, S.C.: Scale-up production of theragnostic nanoparticles, in *Cancer Theanostics*, Stepehen Wong, Wolfgang Weber, and Shawn Chen, Eds., Elsevier, 2014. Chapter 24 (pp. 457-470).

90) Mastropietro, D., Muppalaneni, S., Kwon, Y., Park, K., and Omidian, H.: Polymers in drug delivery, in *Drug Delivery*, Ashim Mitra, Deep Kwatra, and Aswani D. Vadlapudi, Eds., Jones & Bartlett Learning, 2014, pp. 129-156.

91) Garner, J. and Park, K. Chemically modified natural polysaccharides to form gels, in: K.G. Ramawat, J.-M. Mérillon (Eds.) Polysaccharides, Springer International Publishing, 2014, Chapter 31-1 (pp. 1-25).

92) Yun, Y.H., Lee, B.K., Garner, J. and Park, K.: Polysaccharide hydrogels: the present and the future, in *Polysaccharide Hydrogels: Characterization and Biomedical Applications*, Pietro Matricardi, Franco Alhaique, and Tommasina Coviello, Eds., Pan Stanford publishing, 2015, Chapter 14 (pp. 499-509).

93) Lee, B.K., Kim, J.R., Park, K., and Cho, Y.W.: Environment-responsive hydrogels for drug delivery, in *Molecular, Cellular, and Tissue Engineering,* CRC Press, 2015, Chapter 87 (pp. 1689-1710).

94) Park, J.H., Park, K., and Kim, M.S.: Biodegradable polymer stent, in *Biodegradable Polymers: New Developments and Challenges*, C. C. Chu, Ed., Nova Science, 2015, Chap. 7 (pp. 199-208).

95) Park, K., Han, B., and Korc, M.: Targeting the tumor microenvironment, in *Cancer Nanotechnology Plan 2015*, Office of Cancer Nanotechnology Research Center for Strategic Scientific Initiatives (CSSI), National Cancer Institute/ NIH. 2015, Section I: Emerging Strategies in Cancer Nanotechnology. pp. 25-26.

96) Wang, W. and Park, K.: Biomimetic polymers for in vivo drug delivery, in *Bioinspired Systems for Drug and Gene Delivery*, Zongwei Gu, Ed., John Wiley/China Industry Press, 2015. pp. 109-148

97) Garner, J. and Park, K.: Types and chemistry of synthetic hydrogels, in *Gels Handbook. Fundamentals, Properties, and Applications of Hydrogels. Volume 1: Fundamentals of Hydrogels*, Qi Wen and Yi Dong, Eds., World Scientific Publishing Company, Singapore, 2016, Chapter 2 (pp. 17-44).

98) Hillery, A.M. and Park, K.: Conclusions, in *Drug Delivery: Fundamentals and Applications*, Second Edition, Hillery, A. and Park, K., Eds., CRC Press/Taylor & Francis Group, Boca Raton, FL, 2016. pp. 587-601.

99) Shin, C.S., Marcano, D.C., Park, K., and Acharya, G.: A; Application of hydrogel template strategy in ocular drug delivery, in *Biomedical Nanotechnology. Methods and Protocol. (Methods in Molecular Biology, Vol. 1570),* Sarah Hurst Petrosko and Emily S. Day, Eds., Springer, 2017. pp. 279-285.

100) Mastropietro, D., Park, K., and Omidian, H.: Polymers in oral drug delivery, in *Comprehensive Biomaterials Edition II*, Paul Ducheyne, Kevin Healy, Dietmar Hutmacher, David Grainger and James Kirkpatrick, Eds., Elsevier, 2017, Chapter 4.23. pp. 430-444.

101) Park, K.: Challenges and opportunities in targeted delivery, in Harnessing Endogenous Mechanisms for Targeted Drug Delivery, Anisha D'Souza, Lara Milane, and Mansoor Amiji, Eds., Elsevier, 2025, Chapter 2.

**Journal Cover Stories**

1) Kinam Park: All nanocarriers are created equal. *J. Control. Release* 130: 139, 2008.

2) Kinam Park: Bioresponsive drug delivery for regenerative medicine. *J. Control. Release* 130: 201, 2008.

3) Kinam Park: Solid-in-oil nanodispersion shows a possibility of transdermal protein delivery. *J. Control. Release* 131: 1, 2008.

4) Kinam Park: Understanding skin architecture: a two photon microscopy study. *J. Control. Release* 132: 1, 2008.

5) Kinam Park: Trojan monocytes for improved drug delivery to the brain, *J. Control. Release* 132: 75, 2008.

6) Kinam Park: Ultrasound-activatable drug-loaded microbubbles for intracellular targeting, *J. Control. Release* 132: 151, 2008.

7) Kinam Park: Better design of drug-eluting stents using computer modeling, *J. Control. Release* 133: 1, 2008.

8) Kinam Park: A new method for preventing restenosis: A single IV injection of drug-loaded nanoparticles, *J. Control. Release* 133: 87, 2009.

9) Kinam Park: Dendrimer polymeric micelles for enhanced photodynamic cancer treatment, *J. Control. Release* 133: 171, 2009.

10) Kinam Park: Lectin-immobilized nanospheres for GI tumor targeting, *J. Control. Release* 134: 1, 2009.

11) Kinam Park: Non-ionic polymersomes for delivery of oligonucleotides, *J. Control. Release* 134: 73, 2009.

12) Kinam Park: Non-invasive monitoring of BMP-2 retention and bone formation, *J. Control. Release* 134: 157, 2009.

13) Kinam Park: Smart nanobombs for inducing traumatic death of cancer cells, *J. Control. Release* 135: 1, 2009.

14) Kinam Park: Dynamic control of needle-free jet injection, *J. Control. Release* 135: 103, 2009.

15) Kinam Park: Self-exploding microcapsules for pulsed drug delivery, *J. Control. Release* 135: 185, 2009.

16) Kinam Park: Octaarginine-liposomes as an effective vaccine carrier for mature dendritic cells, *J. Control. Release* 136: 1, 2009.

17) Kinam Park: Non viral vector delivery in vitro using fibrin hydrogels, *J. Control. Release* 136: 87, 2009.

18) Kinam Park: Targeting to retina by submicron-sized liposomes, *J. Control. Release* 136: 171, 2009.

19) Kinam Park: Transport across the blood-brain barrier using albumin nanoparticles, *J. Control. Release* 137: 1, 2009.

20) Kinam Park: Real time tracking of single magnetic lipoplex particles in living cells, *J. Control. Release* 137: 89, 2009.

21) Kinam Park: Xenogeneic delivery of therapeutic products using transient immunosuppression, *J. Control. Release* 137: 173, 2009.

22) Kinam Park: Confocal Raman spectroscopy to study in vivo skin penetration of retinol, *J. Control. Release* 138:1, 2009.

23) Kinam Park: Enhanced mucosal vaccination by biodegradable nanoparticles, *J. Control. Release* 138: 89, 2009.

24) Kinam Park: Selective synovectomy using thrombin-sensitive photodynamic agents, *J. Control. Release* 138: 224, 2009.

25) Kinam Park: Intracellular trafficking of cell-penetrating peptide-avidin complexes, *J. Control. Release* 139: 87, 2009.

26) Kinam Park: Dry coating of immunotherapeutics to densely packed and short microprojection arrays, *J. Control. Release* 139: 171, 2009.

27) Kinam Park: PEI–DNA complexes with higher transfection efficiency and lower cytotoxicity, *J. Control. Release* 140, 1, 2009.

28) Kinam Park: Nanovehicles for enhanced oral delivery of taxanes, *J. Control. Release* 140, 77-78, 2009.

29) Kinam Park, You Han Bae, and David W. Grainger: Preface. The 14th International Symposium on Recent Advances in Drug Delivery Systems, February 15–18, 2009, Salt Lake City, UT, USA, *J. Control. Release* 140, 183-184, 2009

30) Wim Hennink and Kinam Park: The influence of polymer topology on pharmacokinetics, *J. Control. Release* 140, 185, 2009.

31) Kinam Park: Target cell-specific transgene expression delivery systems, *J. Control. Release* 141, 1, 2009.

32) Kinam Park: Luciferin liposomes for enhanced in vivo bioluminescence, *J. Control. Release* 141, 109, 2010.

33) Daan J.A. Crommelin, Kinam Park, and Alexander Florence: Pharmaceutical nanotechnology: Unmet nees in drug delivery, *J. Control. Release* 141, 263-264, 2010.

34) Kinam Park: Endocytic uptake and intracellular trafficking of poly(amidoamine)s, *J. Control. Release* 142, 1, 2010.

35) Kinam Park: To PEGylate or not to PEGylate, that is not the question, *J. Control. Release* 142, 147-148, 2010.

36) Kinam Park: Systemic siRNA Delivery Using Biocompatible Calcium Phosphate Nanoparticles, *J. Control. Release* 142, 295, 2010.

37) Kinam Park: Monitoring intracellular degradation of exogenous DNA by FCS and FCCS, *J. Control. Release* 143, 1, 2010.

38) Kinam Park: Tumor regression after systemic administration of transferrin-targeted TNFα plasmid-dendrimer conjugates, *J. Control. Release* 143, 167, 2010.

39) Kinamm Park: Efficient delivery of VEGF via heparin-functionalized nanoparticle–fibrin complex, *J. Control. Release* 143, 281, 2010.

40) Kinam Park: Safe and effective gene delivery by hybrid polymer-virus vectors, *J. Control. Release* 144, 1, 2010.

41) Kinam Park: Nano is better than micro for targeted vaccine delivery, *J. Control. Release* 144, 117, 2010.

42) Kinam Park: *In vivo* MRI analysis of intracellular trafficking of paramagnetically labeled liposomes, *J. Control. Release* 144,269 , 2010.

43) Kinam Park: Efficient oral delivery of paclitaxel using cyclodextrin complexes, *J. Control. Release* 145, 1, 2010.

44) Kinam Park: A new ligand for targeted drug delivery to tumor stromal cells, *J. Control. Release* 145, 75, 2010.

45) Kinam Park: Drug release coating for reduced tissue reaction to implanted neuroprostheses, *J. Control. Release* 145, 177, 2010.

46) Kinam Park: Positron emission tomography imaging for study of intestinal insulin absorption, *J. Control. Release* 146, 1, 2010.

47) Ralph Lipp, Randall Mrsny, and Kinam Park: Seventh International Nanomedicine and Drug Delivery Symposium (NanoDDS'09), *J. Control. Release* 146, 163, 2010.

48) Kinam Park: Focused ultrasound for targeted nanoparticle delivery to tumors, *J. Control. Release* 146 (2010) 263.

49) Kinam Park: Carbonate apatite-facilitated intracellular delivery of siRNA, *J. Control. Release* 147 (2010) 1.

50) Kinam Park: Critical role of molecular imaging for substantially improved anticancer therapy, *J. Control. Release* 147 (2010) 153.

51) Kinam Park: Effect of shape and size of polymer particles on cellular internalization, *J. Control. Release* 147 (2010) 313.

52) Kinam Park: Paclitaxel-loaded nanoparticles by temperature-induced phase transition, *J. Control. Release* 148 (2010) 265.

53) Kinam Park: Achilles heels and Trojan horses against drug-resistant tumor cells, *J. Control. Release* 149 (2010) 91.

54) Kinam Park: Enhanced delivery to endothelial lysosomes by ICAM-1-targeted nanocarriers, *J. Control. Release* 149 (2011) 207-208.

55) Kinam Park: Selective endothelial targeting of stealthed adenovirus, *J. Control. Release* 150 (2011) 127.

56) Kinam Park: Noninvasive imaging of MT1-MMP-positive tumors, *J. Control. Release* 150 (3) (2011) 237.

56) Kinam Park: Systemic anti-tumor activity of liposomal glucocorticoids, *J. Control. Release* 151 (1) (2011) 1.

57) Kinam Park: Mechanism of cross-presentation of microencapsulated antigen, *J. Control. Release* 151 (3) (2011) 219.

33

58) Kinam Park: Injectable hyaluronic acid hydrogel for bone augmentation, *J. Control. Release* 152 (2) (2011) 207.

59) Kinam Park: Improving the reach of vaccines to low-resource regions with a needle-free vaccine delivery device and long-term thermostabilization, *J. Control. Release* 152 (3) (2011) 329.

60) Kinam Park: Unraveling the penetration: Model giant plasma membrane vesicles for study of cell-penetrating peptides, *J. Control. Release* 153 (2) (2011) 105.

61) Kinam Park: Hexagonal prism nanocarriers for mitigated phagocytosis, *J. Control. Release* 154 (1) (2011) 1.

62) Kinam Park: Administration route and carrier dependent effects on vaccine efficacy: Implications for vaccine design, *J. Control. Release* 154 (2) (2011) 109.

63) Kinam Park: Shockwave-ruptured nanopayload carriers (SHERPAs) for ultrasound-triggered drug release, *J. Control. Release* 155 (3) (2011) 343.

64) Kinam Park: Nanocomposite microparticles for injectable cell scaffolds, *J. Control. Release* 156 (1) (2011) 1.

65) Kinam Park: Cardioprotective properties of Tat-BH4 and Pip2b-BH4 in vivo, *J. Control. Release* 156 (2) (2011) 117.

66) Kinam Park: IVIVC for circulation kinetics of liposomes, *J. Control. Release* 156 (2011) 275.

67) Kinam Park: Albumin: A versatile carrier for drug delivery, *J. Control. Release* 157 (2011) 3.

68) Kinam Park: Microbubble ultrasound-guided targeted delivery to tumors, *J. Control. Release* 157 (2011) 167.

69) Kinam Park: The optimal formulation variables for tumor targeting, *J. Control. Release* 157 (2011) 315.

70) Kinam Park: Targeted delivery to monocytes, *J. Control. Release* 158 (2012) 1.

71) Kinam Park: Comparative study on liposome targeting to tumor endothelium, *J. Control. Release* 158 (2012) 181.

72) Kinam Park: Intraperitoneal delivery of paclitaxel with injectable hydrogel: "Seeing" is not always "believing", *J. Control. Release* 158 (2012) 355.

73) Kinam Park: Dual drug-eluting stent, *J. Control. Release* 159 (2012) 1.

74) Kinam Park: Kinam Park: Arginine-rich CPPs for improved drug delivery to tumors, *J. Control. Release* 159 (2012) 153.

75) Kinam Park: Functional enhancement of transplanted islets by extendin-4, *J. Control. Release* 159 (2012) 311.

76) Kinam Park: Toxicity risk of nanocarriers, *J. Control. Release* 160 (2012) 1.

77) Kinam Park: A two-step external activation for targeted intracellular delivery, *J. Control. Release* 161 (2012) 150.

78) Kinam Park: Extravascular transport of nanoparticles in solid tumors, *J. Control. Release* 161 (2012) 967.

79) Kinam Park: No penetration of nanoparticles through intact skin, *J. Control. Release* 162 (2012) 258.

80) Kinam Park: Active liposomal loading of a poorly soluble ionizable drug. *J. Control. Release* 162 (2012) 475.

81) Kinam Park: Significance of handling, formulation and storage conditions on the stability and bioactivity of rhBMP-2. *J. Control. Release* 162 (2012) 654.

34

82) Kinam Park: The role of major vault protein (MVP) in drug resistance. *J. Control. Release* 163 (2012) 266.

83) Kinam Park: Vascular modification by electropermeabilization. *J. Control. Release* 163 (2012) 404.

84) Kinam Park: Poly-SNO-HSA: A safe and effective multifunctional antitumor agent. *J. Control. Release* 164 (2012) 105.

85) Kinam Park: A cell therapy-based cure of the Laron Syndrome. *J. Control. Release* 165 (2013) 90.

86) Kinam Park: Targeted delivery nano/micro particles to inflamed intestinal mucosa in human, *J. Control. Release* 165 (2013) 162.

87) Kinam Park: Mechanistic study on the ABC phenomenon of PEG conjugates, *J. Control. Release* 165 (2013) 234.

88) Kinam Park: Targeted inhibition of inflammatory gene expression in endothelial cells, *J. Control. Release* 166 (2013) 86.

89) Kinam Park: Transport of nanostructured lipid carriers across the intestinal barrier, *J. Control. Release* 166 (2013) 195.

90) Kinam Park: Not all liposomes are created equal, *J. Control. Release* 166 (2013) 316.

91) Kinam Park: Nanoparticle diffusion in the bovine vitreous, *J. Control. Release* 167 (2013) 108.

92) Kinam Park: Improved tumor targeting by mild hyperthermia, *J. Control. Release* 167 (2013) 220.

93) Kinam Park: Hydrogel particle aggregates for growth factor delivery, *J. Control. Release* 167 (2013) 333.

94) Kinam Park: Delivery of definable numbers of PLGA microparticles within embroid bodies, *J. Control. Release* 168 (2013) 103.

95) Kinam Park: Protocells for DNA cargo delivery to the spinal cord, *J. Control. Release* 168 (2013) 238.

96) Kinam Park: A new look at ultrasound-mediated extravasation, *J. Control. Release* 168 (2013) 341.

97) Kinam Park: Just getting into cells is not enough, *J. Control. Release* 169 (2013) 162.

98) Kinam Park: Small molecule inhibitors to manipulate adenovirus gene transfer, *J. Control. Release* 170 (2013) 160.

99) Kinam Park: Catechol-functionalized adhesive nanoparticles as a surface-releasing system, *J. Control. Release* 170 (2013) 306.

100) Kinam Park: Nanospheres for modulating macrophage-specific inflammation, *J. Control. Release* 170 (2013) 487.

101) Kinam Park: PK modulation of peptides by hapten-mediated antibody complexation, *J. Control. Release* 171 (2013) 91.

102) Kinam Park: Programmed sickle cells for targeted delivery to hypoxic tumors, *J. Control. Release* 171 (2013) 258.

103) Kinam Park: Questions on the role of the EPR effect in tumor targeting, *J. Control. Release* 172 (2013) 391.

104) Kinam Park: *In vitro* and *in vivo* correlation of paclitaxel-loaded polymeric microparticles, *J. Control. Release* 172 (2013) 1162.

105) Kinam Park: Multicomponent nanochains for treating cancer micrometastasis, *J. Control. Release* 173 (2013) 166.

35

A497

106) Kinam Park: Lessons learned from thermosensitive liposomes for improved chemotherapy, *J. Control. Release* 174 (2014) 219.

107) Kinam Park: Complex adaptive therapeutic strategy for cancer treatment, *J. Control. Release* 175 (2014) 87.

108) Kinam Park: Endothelial specific delivery of siRNA, *J. Control. Release* 176 (2014) 133.

109) Kinam Park: Harnessing lipid absorption pathways to target the lymphatic system, *J. Control. Release* 177 (2014) 108.

110) Kinam Park: Targeted vs. Non-Targeted Delivery Systems: Reduced Toxicity over Efficacy, *J. Control. Release* 178 (2014) 126.

111) Kinam Park: The mitotic window of opportunity for plasmid DNA delivery, *J. Control. Release* 179 (2014) 76.

112) Kinam Park: Absence of in vivo - in vitro correlation in per-oral drug delivery, *J. Control. Release* 180 (2014) 150.

113) Kinam Park: Cornea-targeted gene therapy using adenovirus vector, *J. Control. Release* 181 (2014) 53.

114) Kinam Park: Collagen gels for delivery of bioactive peptide derived from BMP-9, *J. Control. Release* 182 (2014) 12.

115) Kinam Park: Biological effect of BMP-2 monitored by PET/CT, *J. Control. Release* 183 (2014) 178.

116) Kinam Park: Vascularization in 3D bioprinted scaffolds, *J. Control. Release* 184 (2014) 79.

117) Kinam Park: Lyotropic liquid crystal for long-term delivery of peptide drugs, *J. Control. Release* 185 (2014) 139.

118) Kinam Park: Reversible albumin conjugation for improved molecular imaging, *J. Control. Release* 186 (2014) 88.

119) Kinam Park: True combination therapy using synergistic drug combination, *J. Control. Release* 187 (2014) 198.

120) Kinam Park: Dissolution mechanisms of felodipine solid dispersions, *J. Control. Release* 188 (2014) 101.

121) Kinam Park: Translation from mouse to human: Time to think in new boxes, *J. Control. Release* 189 (2014) 187.

122) Kinam Park: Predictive models of nanoparticle transport in solid tumors, *J. Control. Release* 192 (2014) 325.

123) Kinam Park: Ligand Affinity: Multivalency counterbalances PEGylation, *J. Control. Release* 194 (2014) 351.

124) Kinam Park: Rhythmomimetic Drug Delivery, *J. Control. Release* 196 (2014) 394.

125) Kinam Park: Antibody transport within the brain, *J. Control. Release* 197 (2014) 219.

126) Kinam Park: Triglyceride micro-emulsion for detoxification of acute pharmacotoxicity, *J. Control. Release* 198 (2014) 104.

127) Kinam Park: Tissue penetration of bacteria into quiescent regions of tumors, *J. Control. Release* 199 (2015) 198.

128) Kinam Park: Quantitative 3D mapping of drug absorption in skin, *J. Control. Release* 200 (2015) 233.

129) Kinam Park: A microfluidic system for evaluating drug delivery to solid tumors, *J. Control. Release* 201 (2015) 101.

130) Kinam Park: Mast cells for cell-mediated therapy, *J. Control. Release* 202 (2015) 118.

131) Kinam Park: Calcium–siRNA nanocomplexes: The importance of reversibility, *J. Control. Release* 203 (2015) 189.

132) Kinam Park: Thin-film freeze-drying for lyophilization of vaccines, *J. Control. Release* 204 (2015) 98.

133) Kinam Park: Insight into extravasation and internalization of nanoparticles, *J. Control. Release* 206 (2015) 243.

134) Kinam Park: Spatio-temporal heterogeneity in tumor liposome uptake: characterization of macro- and microdistribution, *J. Control. Release* 207 (2015) 165.

135) Kinam Park: Biodegradable thermosensitive polymer gel for sustained BMP-2 delivery, *J. Control. Release* 209 (2015) 337.

136) Kinam Park: Rational design of agents to transiently increase paracellular permeability, *J. Control. Release* 210 (2015) 246.

137) Kinam Park: Drug release mechanisms from amorphous solid dispersions, *J. Control. Release* 211 (2015) 171.

138) Kinam Park: Opening the blood-brain barrier by focused ultrasoun, *J. Control. Release* 212 (2015) 113.

139) Kinam Park: An intravaginal ring for sustained and simultaneous delivery of 4 drugs, *J. Control. Release* 213 (2015) 193.

140) Kinam Park: Super paramagnetic nanoparticles for the diagnostic imaging of pancreatic cancer, *J. Control. Release* 214 (2015) 134.

141) Kinam Park: Enhanced regeneration capacity of cardiac stem cells by TAT-Hsp27, *J. Control. Release* 215 (2015) 129.

142) Kinam Park: Dynamic cell culture model of endothelial cells for simulating in vivo nanoparticle uptake, *J. Control. Release* 216 (2015) 169.

143) Kinam Park: 3D printing of 5-drug polypill, *J. Control. Release* 217 (2015) 352-253.

144) Kinam Park: IVIVC of parenteral PLGA microspheres, *J. Control. Release* 218 (2015) 116.

145) Kinam Park: Novel approach to measure drug release from nanomedicines, *J. Control. Release* 220 (2015) 568.

146) Kinam Park: An integrated assessment of PEGylated liposomal doxorubicin products, *J. Control. Release* 221 (2015) 71.

147) Kinam Park: Exosome-based therapeutic approach for muscle regeneration, *J. Control. Release* 222 (2016) 176.

148) Kinam Park: Targeting prostate cancer cells en route to dissemination, *J. Control. Release* 223 (2016) 224.

149) Kinam Park: A hydrophilic matrix approach for controlled vaginal drug delivery, *J. Control. Release* 224 (2016) 240.

150) Kinam Park: Dissolving microneedle vaccine delivery system, *J. Control. Release* 225 (2016) 314.

151) Kinam Park: Isolated lung model for assessing drug absorption from PLGA microparticle, *J. Control. Release* 226 (2016) 268.

152) Kinam Park: Magnetic resonance imaging for developing intramuscular formulations, *J. Control. Release* 227 (2016) 94.

153) Kinam Park: Enhanced antitumor effects of hTRAIL by binding to endogenous albumin, *J. Control. Release* 228 (2016) 206.

154) Kinam Park: Visualization of focal permeation sites within epithelial barriers, *J. Control. Release* 229 (2016) 200.

155) Kinam Park: Sustained delivery of antibodies in vivo by local retention, *J. Control. Release* 230 (2016) 116.

156) Kinam Park: Enhanced antitumor effects of hTRAIL by binding to endogenous albumin, *J. Control. Release* 232 (2016) 265.

157) Kinam Park: Organotypic non-melanoma skin cancer models for use in preclinical research, *J. Control. Release* 233 (2016) 220.

158) Kinam Park: Pulmonary delivery of anti-ricin antibody: From the bench to the clinic, *J. Control. Release* 234 (2016) 135.

159) Kinam Park: Sustained efficacy of paclitaxel nanocrystals in hydrogel depot, *J. Control. Release* 235 (2016) 393.

160) Kinam Park: Acoustic Cluster Therapy for better treatment of solid tumors, *J. Control. Release* 236 (2016) 117.

161) Kinam Park: Mechanisms controlling drug release from coated pellets, *J. Control. Release* 237 (2016) 185.

162) Kinam Park: Maintaining protein activity during hydrogel cross-linking, *J. Control. Release* 238 (2016) 313.

163) Kinam Park: Hemocompatible and immune-safe library of citrem-phospholipid liquid crystalline nanoplatforms, *J. Control. Release* 239 (2016) 249.

164) Kinam Park: In vivo DNA delivery with NickFect peptide vectors, *J. Control. Release* 241 (2016) 242.

165) Kinam Park: Ultrasound and microbubble enhanced treatment of inoperable pancreatic cancer, *J. Control. Release* 243 (2016) 381.

166) Kinam Park: Ocular microparticle formulations for 6-month delivery of anti-VEGF, *J. Control. Release* 244 (2016) 136.

167) Kinam Park: The drug delivery field needs a well-diversified technology portfolio, *J. Control. Release* 245 (2017) 177.

168) Kinam Park: Drug delivery research for the future: Expanding the nano horizons and beyond, *J. Control. Release* 246 (2017) 183-184.

169) Kinam Park: Megakaryocytic microparticles for targeted delivery to hematopoietic stem cells, *J. Control. Release* 247 (2017) 206.

170) Kinam Park: Prevention of nanoparticle aggregation during freeze-drying, *J. Control. Release* 248 (2017) 153.

171) Kinam Park: Adipose-derived stem cells combined with neuregulin microparticles for efficient cardiac repair, *J. Control. Release* 249 (2017) 196.

172) Kinam Park: Attenuating the immunogenicity of PEGylated liposomes by gangliosides, *J. Control. Release* 250 (2017) 116.

173) Kinam Park: Intracellular enzymes of the retinal pigment epithelial cells for controlled drug delivery, *J. Control. Release* 251 (2017) 102.

174) Kinam Park: Rational drug loading of liposomes revisited, *J. Control. Release* 252 (2017).

175) Kinam Park: Nanoparticle properties affecting nuclear targeting in cancer and normal cells, *J. Control. Release* 253 (2017) 184.

176) Kinam Park: Chitosan-gelatin-platelet gel composite scaffold for bone regeneration, *J. Control. Release* 254 (2017) 137.

177) Kinam Park: The lack of IVIVC for monoacyl phospholipid-based self-emulsifying drug delivery systems, *J. Control. Release* 255 (2017) 279.

178) Kinam Park: Moderate enhancement in tissue permeability by preclinical focused ultrasound, *J. Control. Release* 256 (2017) 214.

179) Kinam Park: Towards a preventive treatment of Alzheimer's disease with multi-functional liposomes, *J. Control. Release* 258 (2017) 254.

180) Kinam Park: Real-time monitoring of antibody microdistribution during photoimmunotherapy, *J. Control. Release* 260 (2017) 247.

181) Insight into brain-targeted drug delivery via LAT1-utilizing prodrugs, *J. Control. Release* 261 (2017). 368.

182) Enhanced intrapericardial drug delivery by PLGA nanoparticles, *J. Control. Release* 262 (2017) 357.

183) Zebrafish as a screening tool for the systemic circulation of nanoparticles, *J. Control. Release* 264 (2017) 342.

184) Tolerance levels of PLGA microspheres in the eyes, *J. Control. Release* 266 (2017) 365.

185) Mechanistic understanding of ragweed pollen for oral vaccine delivery, *J. Control. Release* 268 (2017) 427.

186) Efficient therapy of Pompe disease by an acid α-glucosidase conjugate, *J. Control. Release* 269 (2018) 441-442.

187) Absorption of orally administered ultrafine drug particles, *J. Control. Release* 270 (2018) 304.

188) Treating resistant tumors using HER3-targeted nanobioligics, *J. Control. Release* 271 (2018) 166.

189) Size- and site-dependent distribution of therapeutic proteins into thoracic lymp, *J. Control. Release* 272 (2018) 182.

190) In utero gene delivery to spinal cord motor neurons, *J. Control. Release* 273 (2018) 184.

191) Prevention of intimal hyperplasia by immobilized all-trans retinoic acid, *J. Control. Release* 274 (2018) 118.

192) Enhanced immune responses by co-adsorption of liposomal adjuvant formulations to the aluminum-antigen complex, *J. Control. Release* 275 (2018) 269.

193) Microchamber arrays for controlled NIR laser mediated drug delivery to single cells, *J. Control. Release* 276 (2018) 168.

194) Implants attenuating vaginal T lymphocyte activation and inflammation, *J. Control. Release* 277 (2018) 183.

195) Functional recovery in spinal cord injury using mesenchymal stem cells, *J. Control. Release* 278 (2018) 159.

196) 3D mesoscopic fluorescence tomography for photoimmunotherapy monitoring in vivo, *J. Control. Release* 279 (2018) 355.

197) Enhanced bacterial cancer therapy with hydroxychloroquine liposomes, *J. Control. Release* 280 (2018) 124.

198) Combined therapy of imatinib and an anti-CTLA4 immune-checkpoint inhibitor, *J. Control. Release* 281 (2018) 196.

199) Thermo-responsive polypeptides and micromechanical machines for sustained delivery to the posterior eye, *J. Control. Release* 283 (2018) 291.

200) Enhanced treatment of lung cancer by metronomic therapy with oral pemetrexed, *J. Control. Release* 284 (2018) 250.

201) Triggered delivery of sequestered siRNA to the heart, *J. Control. Release* 285 (2018) 258.

202) Quantitative non-invasive imaging of target engagement in small animals, *J. Control. Release* 286 (2018) 485.

203) Impact of anti-PEG antibodies on PEGylated nanoparticles fate in vivo, *J. Control. Release* 287 (2018) 257.

204) New biomedical polymer targeting E-selectin to reduce atherosclerosis, *J. Control. Release* 288 (2018) 277.

205) Multi-functional peptide-modified liposomes for treatment of glioma, *J. Control. Release* 289 (2018) 171.

206) Inherent antimicrobial activity by bacteria-derived vesicles, *J. Control. Release* 290 (2018) 180.

207) Drug transport-based therapeutic resistance in breast cancer liver metastases, *J. Control. Release* 291 (2018) 196.

208) Different phase behaviors of enzalutamide amorphous solid dispersion, *J. Control. Release* 292 (2018) 277-278.

209) Core-shell polymer particles as flexible platform for vaccination, J. Control. Release 293 (2018) 224-225.

210) Probing the mechanism of drug release from liposomes, J. Control. Release 294 (2019) 390.

211) Optimal nanoparticle design for effective transport through the blood-brain barrier, J. Control. Release 295 (2019) 290

212) Albumin-binding Auristatin prodrugs for long-term tumor regressions, J. Control. Release 296 (2019) 258.

213) PK/PD model for liposomal chemophototherapy, J. Control. Release 297 (2019) 102.

214) Transcending nanomedicine to the next level: Are we there yet? J. Control. Release 298 (2019) 213.

215) Pharmacokinetic studies for cochlear drug delivery, J. Control. Release 299 (2019) 165.

216) Collective progress in drug delivery, J. Control. Release 300 (2019) 197-199.

217) Bioink-guided spatio-temporal gene delivery for tissue engineering, J. Control. Release 301 (2019) 190.

218) Allen, C. and Park, K.: What do we do next? J. Control. Release 302 (2019) 190.

219) The beginning of the end of the nanomedicine hype, J. Control. Release 305 (2019) 221-222.

220) Automatic antidote delivery device for opioid overdose, J. Control. Release 306 (2019) 177.

221) Shape-dependent bioavailability of lovastatin nanocrystals, J. Control. Release 307 (2019) 423.

222) Science The Endless Frontier, J. Control. Release 308 (2019) 240.

223) JCR is attuned for the 2020s, J. Control. Release 3017 (2020) 385.


**Journal Editorials**

1) Kinam Park: *J. Control. Release* 128 (2008) 1.
2) Kinam Park: *J. Control. Release* 139 (2009) 172.
3) Kinam Park: *J. Control. Release* 148 (2010) 129-130.
4) Kinam Park: *J. Control. Release* 204 (2015) A1.
5) Kinam Park: *J. Control. Release* 215 (2015) A1-A2.
6) Kinam Park: *J. Control. Release* 268 (2017) 428
7) Kinam Park: *J. Control. Release* 269 (2018) 439-440.
8) Kinam Park: Collective progress in drug delivery, J. Control. Release 300 (2019) 197-199.
9) Kinam Park: *J. Control. Release* 302 (2019) 204.
10) Kinam Park: *J. Control. Release* 304 (2019) 289.
11) Kinam Park: *J. Control. Release* 306 (2019) 178.
12) Kinam Park: Fresh air in the JCR editorial team, *J. Control. Release* 307 (2019) 424.
13) Kinam Park: JCR is attuned for the 2020s, *J. Control. Release* 317 (2019) 385.


**Patents**

1) Bowersock, T.L., Shalaby, W.S.W., Blevins, W.E., M. Levy, and Park, K..
   Oral administration of antigens.
   U.S. patent No. 5,352,448, 1994.


2) Park, K. and Kalpana R. Kamath
   Method of binding using irradiation and product with albumin bound to biomaterials.
   U.S. patent No. 5,376,692, 1994.


3) Bowersock, T.L., Park, K., and Porter, R.E., Jr.
   Alginate-based vaccine compositions.
   U.S. patent No. 5,674,495 (October 7, 1997)


4) Park, K. and Park, H.
   Super absorbent hydrogel foams
   U.S. patent No. 5,750,585 (May 12, 1998)


5) McPherson, T., Jo, S., and Park, K.
   Grafting of biocompatible hydrophilic polymers onto inorganic and metal surfaces.
   U.S. patent No. 6,013,855 (January 11, 2000)


6) Chen, J., Jo, S., and Park, K.
   Hydrophilic, hydrophobic, and thermoreversible saccharide gels and foams, and methods for producing same.
   U.S. patent No. 6,018,033 (January 25, 2000)


7) Park, K., Chen, J., and Park, H.
   Hydrogel composites and superporous hydrogel composites having fast swelling, high mechanical strength, and superabsorbent properties.
   U.S. patent No. 6,271,278 (August 7, 2001)


8) Yeo, Y., Chen, A.-T., Basaran, O.A., and Park, K.
   Microencapsulation of drugs by solvent exchange

U.S. patent No. 6,599,627 (July 29, 2003)

9) Yeo, Y. and Park, K.
Microencapsulation using ultrasonic atomizers
U.S. patent No. 6,767,637 (July 27, 2004)

10) Omidian, H., Qiu,. Y., Yang, S.Y., Kim, J.D., Park, H., and Park, K.
Hydrogels having enhanced elasticity and mechanical strength properties.
U.S. patent No. 6,960,617 (November 1, 2005)

11) Shanley, J.F., Eigler, N.L., Park, K., and Edelman, E.R.
Expandable medical device for delivery of beneficial agent
U.S. patent No. 7,208,010 (April 24, 2007)

12) Thompson, D.H., Hrycyna, C.A., Lee, G.U., Basaran, O.A., Park, K., and Szleifer, I.
Device and bioanalytical method utilizing asymmetric biofunctionalized membrane
U.S. Patent No. 7,374,944 (May 20, 2008)

13) Park, Grace E., Ward, Brian C., Park, Kinam, and Webster, Thomas J.
PLGA substrate with aligned and nano-sized surface structures and associated method
U.S. Patent No. 7,527,803 (May 5, 2009)

14) Diaz, Stephen Hunter, Park, Kinam, and Shanley, John F.
Method and apparatus for loading a beneficial agent into an expandable medical device
U.S. Patent No. 7,658,758 (February 9, 2010)

15) Fu, Y., Pai, C.M., Park, S.Y., Seomoon, G., Park, K.
Highly plastic granules for making fast melting tablets
Filed on May 7, 2004.
U.S. patent No. 7,749,533 (July 6, 2010)

16) Shanley, J.F., Parker, T.L. and Park, K.
Implantable medical device with beneficial agent concentration gradient
U.S. Patent No. 8,449,901 (May 28, 2013)

17) Panitch, A., Paderi, J.E., Park, K., Stuart, K., and Higbee, S.
Collagen-binding synthetic peptidoglycans, preparation, and methods of use
Filed on March 7, 2009
U.S. Serial No: 12/286,147
International App. No: PCT/US2009/038624 (WO2009120995 A3)
U.S. Patent No. 8,846,003 (September 30, 2014)

18) Park, K., Acharya, G.S., and Park, H.
Sol-gel phase-reversible hydrogel templates and uses thereof
Filed on September 27, 2008
U.S. Serial No: 12/286,147
International App. No: PCT/US2008/011260 (WO2009042231 A3)
U.S. Patent No. 8,951,567 (February 10, 2015)

19) Park, K., Han, B., Kwak, B., and Shin C.S.
System and methods for testing drugs and drug delivery systems
Filed on May 3, 2013

A504

Application No: 13/886,810
U.S. Patent No. 9,081,003 (July 14, 2015)

20) Sturek, M. and Park, K.
Drug-eluting stents for adenosine receptor modulation
Filed on October 1, 2010
U.S Patent No. 9,414,901 (August 16, 2016)

21) Panitch, A., Paderi, J.E., Park, K., Stuart, K., and Higbee, S.
Collagen-binding synthetic peptidoglycans, preparation, and methods of use
Filed on March 7, 2009
U.S. Serial No: 12/286,147
International App. No: PCT/US2009/038624 (WO2009120995 A3)
U.S. Patent No. 9,512,192 (December 6, 2016)

22) Park, K, Yun, Y., Skidmore, S.M., Lee, B.K., and Fultz, L.
Device for large scale microparticle production and method of using the same
Filed on December 11, 2014
PCT/US2014/041583, WO 2014/197904 A1
Pub. No.: US 2016/0128941 A1 (May 12, 2016)
U.S. Patent No. 9,855,218 (January 2, 2018)

23) Garner, J., Park, K., Park, H., Fu, Y., and Barco, C.T.
Novel hydrogel tissue expanders
Application number: PCT/US15/25556
Filed on April 13, 2015
U.S. Patent No. 10,011,689 B2

24) Park, K., Yun, Y.H., Skidmore, S.M., Lee, B.K., and Garner, J.S.
Biodegradable polymer formulations for extended efficacy of botulinum toxin
Application number: USPTO Application No.: 15/684,134
Filed on August 23, 2017
Approved on December 11, 2020
U.S. Patent No. 10,925,837
U.S. Patent No. 11,723,876
U.S. Patent No. 12,274,796

25) Soh, B.K., Yoon, G., Otte, A., and Park, K.
Injectable long-acting naltrexone microparticle compositions
U.S. Application No.: 16/653,707 (2019.10.15). Allowed on Feb. 12, 2021.
PCT Application No.: PCT/KR2019/013535 (2019.10.15)
U.S. Patent No. 11,000,479

26) Garner, J. and Park, K.
Synthesis of environmentally degradable alkyl polyesters
U.S. Application No.: 17/304,496 (6/22/2021)
PCT Application No.: PCT/US2170743/17304496
U.S. Patent No. 12,122,870 (10/22/2024)

27) Garner, J. and Park, K.
Synthesis of environmentally degradable alkyl polyesters
U.S. Application No.: 18/332,724 (6/10/2023)

43

A505

28) Otte, A. and Park, K.
Biodegradable compacted formulations and methods of use and manufacture thereof
U.S. Application No.: 18/ 538,022 (12/13/2023)
U.S. Application No.: 19/ 250,827 (6/26/2025)

## Proceedings

1) Grasel, T.G., Park, K., and Cooper, S.L.: Polyether polyurethane-urea block copolymers: studies of protein adsorption and ex vivo thrombogenicity. *Proc. ACS Div. Polym. Mat. Sci. Eng.*, 53: 16-20, 1985.

2) Park, K., and Park, H.: Enzyme-digestible balloon hydrogels for long-term oral drug delivery: synthesis and characterization. *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 14: 41-42, 1987.

3) Park, H., Amiji, M., and Park, K.: Mucoadhesive hydrogels effective at neutral pH. *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 16: 217-218, 1989.

4) Shim, C.K. and Park, K.:  Examination of drug release from enzyme-digestible swelling hydrogels. *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 16: 219-220, 1989.

5) Park, K. and Lu, D.R.:  Theoretical consideration of proteins adsorption on polymer surfaces. *Cardiovascular Science and Technology: Basic and Applied*, I., 155-156, 1989.

6) Shalaby, W.S.W., Blevins, W.E., and Park, K.: Enzyme-digestible properties associated with albumin-crosslinked hydrogels for long-term oral drug delivery, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 17: 134-135, 1990.

7) Shalaby, W.S.W., Park, K. and Blevins, W.E.: New analytical methods to study the gastric retention of albumin-crosslinked hydrogels in dogs, *Proc. Interm. Symp. Control. Rel. Bioact. Mater.*, 17: 132-133, 1990.

8) Shalaby, W.S.W., Blevins, W.E., and Park, K.: Enzyme-induced degradation behavior of albumin-crosslinked hydrogels. *Polymer Preprints*, 31: 169-170, 1990.

9) Goodman, S.L., Lai, Q.J., Park, K., and Albrecht, R.M.: Fibrinogen receptor movement on the ventral surface of platelets.  *Proc. XIIth Intern. Congress Electron Microscopy*, 12: 22-23, 1990.

10) Park, K. and Amiji, M.:  Mechanism of surface passivation by albumin.  *Cardiovascular Science and Technology: Basic and Applied*, V., 245-247, 1990.

11) Shalaby, W.S.W., Blevins, W.E. and Park, K.:  In vitro and in vivo studies of enzyme-digestible hydrogels for oral drug delivery. *Fifth International Symposium on Recent Advances in Drug Delivery Systems*, 1991, pp 26-31.

12) Park, K. and Park, H.: Application of quantitative colloidal gold staining to the study of mucin-polymer interactions, *Proceedings of SCANNING 91, J. Scanning Microscopy*, 13 (Suppl. I): 41 - 42, 1991.

13) Amiji, M. and Park, K.: Mechanism study on the prevention of surface-induced platelet activation by adsorbed albumin, *Surfaces in Biomaterials Symposium*, 1991, pp 1-5.

14) Kamath, K.R. and Park, K.: Use of gamma irradiation for the preparation of hydrogels from natural polymers, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 19: 42-43, 1992.

15) Bowersock, T.L., Shalaby, W.S.W., Blevins, W.E., M. Levy, and Park, K.: Use of hydrogels for delivery of oral vaccines to prevent pneumonia in ruminants, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 19: 78-79, 1992.

44

A506

16) Bowersock, T.L., Shalaby, W.S.W., White, R., Levy, M., Samuels, M. and Park, K.: Use of hydrogels to vaccinate calves orally for pneumonic pasteurellosis, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 19: 80-81, 1992.

17) Lee, S.J. and Park, K.: Study of polymer-solvent interaction using computational chemistry, *Polymer Preprints*, 33: 74-75, 1992.

18) Shalaby, W.S.W., Jackson, R., Blevins, W.E., and Park, K.: Synthesis of enzyme-digestible, interpenetrating hydrogel networks for long-term oral drug delivery, *Polymer Preprints*, 33: 470-471, 1992.

19) Amiji, M. and Park, K.: Surface passivating effect of PEO/PPO/PEO triblock copolymers, *Polymer Preprints*, 33: 501-502, 1992.

20) Kamath, K.R. and Park, K.: Enzyme-digestible hydrogels from natural polymers: Preparation and characterization, *Polymer Preprints*, 33: 90-91, 1992.

21) Bowersock, T.L., Shalaby, W.S.W., Blevins, W.E., Levy, M., and Park, K.: Use of hydrogels for delivery of oral vaccines to prevent pneumonia in ruminants, *Polymer Preprints*, 33: 63-64, 1992.

22) Bowersock, T.L., Shalaby, W.S.W., Samuels, M.L., White, M.R., Lalone, R., Levy, M., Ryker, D., and Park, K.: Use of hydrogels to vaccinate calves orally for pneumonic pasteurellosis, *Polymer Preprints*, 33: 466-467, 1992.

23) Bowersock, T.L., Shalaby, W.S.W., Samuels, M.L., White, M.R., Lalone, R., Levy, M., Ryker, D., and Park, K.: Use of hydrogels to vaccinate calves orally for pneumonic pasteurellosis, *Proceedings of XXV American Association of Bovine Practitioners Conference and XXVII World Buiatrics Congress*, 207-212, 1992.

24) Park, K., Kamath, K.R., and Park, H.: Biodegradable hydrogels for delivery of protein drugs, *Polymer Preprints*, 34(1): 844-845, 1993.

25) Kamath, K.R. and Park, K.: Preliminary study on the controlled delivery of a bioactive protein from dextran hydrogels, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 20: 111-112, 1993.

26) Kamath, K.R., DeMeo, D., and Park, K.: Albumin grafting on polymer surfaces by gamma-irradiation, *Polymer Preprints*, 34(2): 106-107, 1993.

27) Park, K.: Smart hydrogels for pharmaceutical applications, *PharmTech Conference, Proceedings '93*: 495-527, 1993.

28) Park, H. and Park, K.: Honey, I blew up the hydrogels! *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 21: 21-22, 1994.

29) Bowersock, T., Suckow, M., Park, H., and Park, K.: Oral vaccination of animals via hydrogels, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 21: 79-80, 1994.

30) Li, T., Lee, S.J., Chen, W.-Y., Kildsig, D.O., and Park, K.: Computer simulation of drug diffusion in amorphous polyethylene, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 21: 535-536, 1994.

31) Lee, S.J. and Park, K.: Synthesis of sol-gel phase-reversible hydrogels sensitive to glucose, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 21: 93-94, 1994.

32) Bowersock, T.L., HogenEsch, H., Park, H., and Park, K.: Uptake of alginate microspheres by Peyer's patches, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 21: 839-840, 1994.

33) Suckow, M.A., Bowersock, T.L., and Park, K.: Stimulation of immunity to pasteurella Mutocida in rabbits by oral immunization using a microsphere delivery system, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 21: 843-844, 1994.

34) Porter, R.E., Bowersock, T.L., and Park, K.: Oral vaccination of chickens with hydrogels to promote enteric mucosal immune responses, *Proc. AVMA/AAAP Annual Meeting*, 1994.

45

35) Lee, S.J. and Park, K.: Synthesis and characterization of sol-gel phase-reversible hydrogels sensitive to glucose, *Polymer Preprints*, 35(2): 391-392, 1994.

36) Bowersock, T.L., HogenEsch, H., Suckow, M., Davis-Snyder, E., Borie, D., Park, H., and Park, K.: Oral administration of mice with ovalbumin encapsulated in alginate microspheres, *Polymer Preprints*, 35(2): 405-406, 1994.

37) Paparella, A. and Park, K.: Synthesis of polysaccharide chemical gels by gamma-irradiation, *Polymer Preprints*, 35(2): 3884-885, 1994.

38) Park, K., Bowersock, T.L., HogenEsch, H., Suckow, M., Porter, R.E., Jackson, R., and Park, H.: Oral vaccination hydrogel systems, *Seventh International Symposium on Recent Advances in Drug Delivery Systems*, pp. 51-54, 1995.

39) McPherson, T., Carignano, M.A., Szleifer, I., and Park, K.: Analysis on the prevention of protein adsorption to solid surfaces, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 22: 57-58, 1995.

40) Park, K. and Li, T.: Computer simulation in drug delivery and biomaterials research: Oral vaccination hydrogel systems, *Third International Symposium on Biomaterials and Drug Delivery Systems*, pp. 162-167, 1996.

41) Obaidat, A.A. and Park, K.: Characterization of the phase transition of glucose sensitive hydrogels, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 23: 214-215, 1996.

42) Li, T., Kildsig, D.O., and Park, K.: Computer simulation of drug diffusion in amorphous polymers, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 23: 459-460, 1996.

43) Obaidat, A.A. and Park, K.: Glucose-dependent release of proteins through glucose-sensitive phase-reversible hydrogel membranes, *Polymer Preprints*, 37(2): 143-144, 1996.

44) Bowersock, T.L., HogenEsch, H., Wang, B., Torregrosa, S., Ryker, D., Park, H., Blevins, W., and Park, K.: Oral administration of alginate microspheres stimulates pulmonary immunity in cattle, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 24: 149-150, 1997.

45) Kidane, A., McPherson, T.B., Szleifer, I. and Park, K.: Protein adsorption on PEO-grafted surfaces: Theoretical analysis and experimental observations, *Proc. ACS Div. Polym. Mat. Sci. Eng.*, 77: 570-571, 1997.

46) Gemeinhart, R.A., Park, K., and Eigler, N.L.: Covalent grafting of ethylene glycol-butadiene block copolymers onto polyurethane surfaces by γ-irradiation, *Proc. ACS Div. Polym. Mat. Sci. Eng.*, 77: 580-581, 1997.

47) Park, K.: Biocompatibility of implantable drug delivery systems, *Abstract Book. CRS-CPA Joint Workshop on Recent Advances in Drug Delivery Science and Technology*, 59-88, 1997.

48) Park, K.: Biocompatibility of biomaterials, *Proceedings of KSP-CRS Joint Symposium on Recent Advances in Drug Delivery and Biomaterials*, 604-633, 1997.

49) Park, K.: Superporous hydrogel composites: A new class of hydrogels for biomedical and pharmaceutical applications, *Fifth European Symposium on Controlled Drug Delivery*, 21-22, 1998.

50) Eigler, N., Park, K., Makkar, R., and Litvack, F.: Ribozyme gene therapy to prevent restenosis after coronary angioplasty: Stent regulation of the microenvironment, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 25: 1, 1998.

51) Chen, J., Park, H., and Park, K.: Synthesis of superporous hydrogel composites, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 25: 60-61, 1998.

52) Gemeinhart, R.A., Park, K., and Eigler, N.L.: Polyurethane tubes for localized drug delivery, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 25: 360-361, 1998.

53) Chen, J., Park, H., and Park, K.: Superporous hydrogels: Fast responsive hydrogel systems. *Proc. ACS Div. Polym. Mat. Sci. Eng.*, 79: 236-237, 1998.

54) Park, K., Chen, J., and Park, H.: Superporous hydrogel composites: Synthesis, characterization, and application. *Polymer Preprint*, 39(2): 192-193, 1998.

55) Park, K.: Development and evaluation of medical devices and materials, *Proceeding of the Second KFDA International Symposium on Current Status of International Regulation on Food and Drug.* Korea Food and Drug Administration, Seoul, Korea, 1998, pp. 101-118.

56) Park, K., Chen, J. and Park, H.: Hydrogels in drug delivery, *Ninth International Symposium on Recent Advances in Drug Delivery Systems*, 1999, pp. 35-37.

57) Gemeinhart, R.A., Park, H., Park, K.: Structures of superporous hydrogels in the dried and swollen states, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 26: 78-79, 1999.

58) Kidane, A., Shim, H.S., and Park, K.: Silver ion release from PEO hydrogels, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 27:622-623, 2000.

59) Seong, H., Choi, W.-M., Kim, J.-C., Thompson, D., and Park, K.: Preparation of liposomes containing dibranched-amino acids and characterization of their glucose-binding properties, *Polymer Preprint* 41(2): 1655-1656, 2000.

60) Yeo, Y. and Park, K.: Solvent exchange method: a novel microencapsulation process for protein delivery, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 28: 928-929, 2001.

61) Ooya, T, Lee, J., and Park, K.: Star-shaped poly(ethylene glycol monomethacrylate) and polyglycerol dendrimers as new drug delivery systems, *Polymer Preprints*, 43(2): 717-718, 2002. (224th ACS National Meeting, Boston, August 18-22).

62) Byrne, M.E., Park, K., and Peppas, N.A.: Biomimetic networks for selective recognition of biomolecules, *Mat. Res. Soc. Symp. Proc.*, Vol. 724: N9.3.1-N9.3.7, 2002.

63) Byrne, M.E., Hilt, J.Z., Bashir, R., Park, K., and Peppas, N.A.: Biomimetic materials for selective recognition and microsensing of biologically significant molecules, *Trans. Soc. Biomater.* 28: 78. 2002.

64) Byrne, M.E., Park, K., and Peppas, N.A.: Biomimetic materials for selective recognition of biologicals: Theoretical and experimental analysis. *Bull. Amer. Phys. Soc.,* 47: 395-396, 2002.

65) Yeo, Y., Cho, Y.W., and Park, K.: Biomimetic materials, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 30: #49, 2003.

66) Ooya, T., Lee, J., and Park, K.: Polyglycerol dendrimers as a new solubility enhancer for poorly water-soluble drugs, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 30 : #79, 2003.

67) Yeo, Y., Chen, A.U., Basaran, O.A., and Park, K.: Solvent exchange method using an ink-jet nozzle system: Control of microcapsule size, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 30: #342, 2003.

68) Yeo, Y. and Park, K.: New microencapsulation technique using an ultrasonic atomizer based on the solvent exchange method. *Proc. ACS Div. Polym. Mat. Sci. Eng.*, 89: 143-144, 2003.

69) Fu, Y., Jeong, S.H., Kim, J., and Park, K.L: Preparation of fast dissolving tablets based on mannose. *Proc. ACS Div. Polym. Mat. Sci. Eng.*, 89: 821-822, 2003.

70) Huh, K.M., Kee, S.C., Lee, J., Cho. W.Y., and Park, K.: Hydrotropic polymeric micelle systems for formulation of poorly water-soluble drugs, the 8th European Symposium on Controlled Drug Delivery, 8: 19-21, 2004.

71) Park, K., Yeo, Y., and Basaran, O.A.: Novel microencapsulation techniques based on the solvent exchange method, Pharmaceutical Sciences World Congress (PSWC2004). 2nd World Congress of the Board of Pharmaceutical Sciences of FIP, 2: 51a-51b, 2004.

72) Paul, C., Yeo, Y., Grégori, G., Robinson, J.P. and Park, K.: *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 31: #126, 2004.

73) Huh, K.M., Lee, S.C., Ooya, T., Lee, J., Cho, Y.W., Archarya, G., and Park, K.: Hydrotropic polymer systems for poorly soluble drugs, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 31: #151, 2004.

74) Yeo, Y. and Park, K.: The solvent exchange method using an ultrasonic atomizer, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 31: #363, 2004.

75) Park, S., Seomoon, G., Pai, C., Fu, Y., Jeong, S., Kim, J., and Park, K.: Mannose granule based orally disintegrating tablet, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 31: #433, 2004.

76) Cho, Y., Jeong, S., Kim, J., and Park, K.: Polymeric delivery systems for ribozymes. II:  pH-induced nanoparticle formation and release of ribozymes from PEG-b-poly(L-histidine) complexes, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 31: #603, 2004.

77) Jeong, J., Cho, Y., Park, K., and Kim, J.: Polymeric delivery systems for ribozymes. I:  Self-assembly of ribozymes with PEG-b-poly(L-histidine), *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 31: #610, 2004.

78) Huh, K., Lee, S., Lee, J., Cho, Y., and Park, K.: Design of hydrotropic polymer micelles for solubilization of poorly water-soluble drugs, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 31: #676, 2004.

79) Ooya, T., Lee, J., and Park, K.: Solubility enhancement of paclitaxel by PEGylated polyglycerol dendrimers, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 31: #684, 2004.

80) Fu, Y. and Park, K.: Application of highly plastic granules in fast-melting tablets, *12th International Symposium on Recent Advances in Drug Delivery Systems*, Feb. 21-24, 2005, Salt Lake City, UT, pp. 39-40.

81) Park, J.H., Ye, M., Yeo, Y., Paul, C., Choi, D.K., Park, K.: Solvent exchange method for microencapsulation of protein drugs: Size control of microcapsules bearing lysozyme as a model protein, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 32: #434, 2005.

82) Park, S., Seomoon, G., Hwang, J., Lim, H., Pai, C., Fu, Y., Park, K.: Novel loratadine fast melting tablets based on highly plastic granules, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 32: #670, 2005.

83) Fu, Y., Park, K.: Highly plastic granules for preparation of fast-melting tablets, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 32: #497, 2005.

84) Kwon, I.K., Shim, W.S., Jeong, S., Kang, E., and Park, K.: Oral drug delivery: Scientific challenges and product development, *Proceedings of the Convention of the Pharmaceutical Society of Korea*, Vol. 2. pp. 182-183, 2005.

85) Kang, E., Lee, S.C., and Park, K.: Layer-by-layer assembly of micelle layers, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 33, 2006.

86) Kang, E., Kwon, I.K., Wang, H., Ye, M., Park, K., and Cheng, J-X.: Chemical imaging of drug-loaded polymer films and reservoir type microcapsules by coherent anti-Stokes Raman scattering microscopy, *Proc. Intern. Symp. Control. Rel. Bioact. Mater.*, 33, 2006.

87) Lee, S.Y., Snider, C., Park, K., and Robinson, J.P.: Microcapsule generation using a compound jet instability, 2006 ASME/International Mechanical Engineering Congress & Exposition (IMECE), Paper #2006-15531, 2006.

88) Kwon, I.K., Kim, S., and Park, K.: Nanotechnologies in drug delivery, NanoBio-Tokyo 2006, *Proceedings of UT Symposium on NanoBio Integration*, pp. 95-96.

89) Kim, S., Kim, J.Y., Wei, X., Park, K.: Paclitaxel release from hydrotropic micelles containing pH-sensitive moiety, 13th International Symposium on Recent Advances in Drug Delivery Systems, Feb. 26-28, 2007, Salt Lake City, UT, pp. 163-164.

90) Min, H.S., Lee, S.C., Park, K., and Huh, K.M.: Synthesis of pH-responsive hydrotropic polymer micelle for solubilization of paclitaxel, 13th International Symposium on Recent Advances in Drug Delivery Systems, Feb. 26-28, 2007, Salt Lake City, UT, pp. 198-199

91) Wei, X., Liang, W., and Park, K.: PEGylated chitosan for delivery of cyclosporin A, 13th International Symposium on Recent Advances in Drug Delivery Systems, Feb. 26-28, 2007, Salt Lake City, UT, pp. 274-275.

92) Kim, S.W., Kim, J.Y., Huh, K.M., Konno, T., Ishihara, K., and Park, K.: Hydrotropic polymer micelle for delivery of poorly water-soluble drugs, the 10th European Symposium on Controlled Drug Delivery, 10: 59-61, 2008.

93) Park, K., Acharya, G., Park, H., and Kwon, I.C.: Nano/micro particles with predefined size and shape, 14th International Symposium on Recent Advances in Drug Delivery Systems, Feb. 15-18, 2009, Salt Lake City, UT, pp. 19-20.

94) Zordan, M.D., Grafton, M.M., Acharya, G., Reece, L.M., Aronson, A.I., Park, K., Leary, J.F. A microfluidic-based hybrid SPR/molecular imaging biosensor for the multiplexed detection of food-borne pathogens. Proceedings of SPIE. 2009. v.7167. pp. 716706-716706-10.

95) Kim, S.W. and Park, K.: Targeted drug delivery: Essential for further advances in drug delivery, The 9th China-Japan-Korea Foresight Joint Symposium on Gene Delivery and the International Workshop on Biomaterials 2010, Changchun, Julin, China, June 21, 2010, pp. 2-3.

96) Kim, S.W. and Park, K.: Drug targeting: Myth, reality, and possibility, Abstract Book, Symposium on Innovative Polymers for Controlled Delivery (SIPCD 2010), Suzhou, China, September 14-17, 2010, pp. 42-43.

97) Park, K.: Issues to be Resolved for Drug Delivery by 2020, Abstract Book of International Conference on Biomaterials Science in Tsukuba, Epochal Tsukuba, Ibaraki, Japan, March 15-18, 2011, pp. 143-146.

98) Park, K.: Drug delivery systems for the new decades: Balance between "*iNew*" and "Me-too" approaches. Proceedings of 2012 International Advanced Drug Delvery Symposium in National Tsing Hua University, Hsinchu, Taiwan, April 26-27, 2012, pp. 1-16.

**Abstracts and Presentations**

1) Park, K., Albrecht, R.M., Simmons, S., and Cooper, S.L.: New approaches to study the adsorbed protein layer on biomaterials: Immunogold bead staining and sequential protein adsorption, *Transactions of the 11th Annual Meeting of the Society for Biomaterials*, 1985, p. 3.

2) Park, K. and Cooper, S.L.: Importance of protein composition of the initial monolayer and platelet spreading in acute surface-induced thrombosis, *31st Annual Meeting of ASAIO*, 1985, p. 26.

3) Park, K.: Platelet behavior at polymer-blood interfaces, *Devices and Technology Branch Contractors Meeting*, 1986, p. 109.

4) Park, K.: New approach to study hydrogel-protein interactions: Quantitative staining of colloidal gold-protein conjugates, *American Association of Pharmaceutical Scientists 1st National Meeting, Pharmaceutics and Drug Delivery Division*, 1986, p. 775.

5) Collins, W.E., Park, K., and Cooper, S.L.: Effect of desialylation on fibronectin induced thrombosis on different materials, *American Chemical Society National Meeting, Division of Colloid and Surface Chemistry*, 1986, Abstract #109.

49

6)  Park, K.:  Platelet behavior at solid-liquid interfaces, *Devices and Technology Branch Contractors Meeting*, 1987, p. 107.

7)  Park, K. and Gerndt, S.J.: Patchwise adsorption of fibrinogen molecules on the glass surface and its implication in platelet adhesion, *Transactions of the 13th Annual Meeting of the Society for Biomaterials*, 1987, p. 58.

8)  Park, K.:  Platelet behavior at solid-liquid interfaces, *Devices and Technology Branch Contractors Meeting*, 1988, p. 63.

9)  Park, K.:  Factors affecting efficiency of colloidal-phase labelling systems, *The 7th Pfefferkorn Conference on Science of Biological Specimen Preparation*, 1988, p. 10.

10)  Park, K. and Park, H.:  Examination of cytoskeletal structures of spread platelets using video-enhanced interference reflection microscopy, *The 7th Pfefferkorn Conference on Science of Biological Specimen Preparation*, 1988, p. 16.

11)  Lu, D.R. and Park, K.: Adsorption of protein drugs on polymer surfaces: A computer simulation., *American Association of Pharmaceutical Scientists Fourth National Meeting, Pharmaceutical Drug Delivery Division*, 1989, Abstract #P1096.

12)  Shim, C.K., Kamath, K.R., Shalaby, W.S.W., and Park, K.: Swelling and drug release properties of enzyme-digestible PVP hydrogels, *American Association of Pharmaceutical Scientists Fourth National Meeting, Pharmaceutical Drug Delivery Division*, 1989, Abstract #1031.

13)  Park, K. and Park, H.: Interfacial behavior of fibrinogen during platelet spreading on glass surfaces, *American Chemical Society National Meeting, 63rd Colloid & Surface Science Symposium, Biological Materials*, 1989, Abstract #286.

14)  Park, K. and Park, H.:  Platelet behavior at the solid-liquid interface: Examination using video-enhanced interference reflection microscopy, *Transactions of the 15th Annual Meeting of the Society for Biomaterials*, 1989, p. 80.

15)  Lu, D.R. and Park, K.: Calculation of protein-polymer surface interactions by computer simulation, *Transactions of the 16th Annual Meeting of the Society for Biomaterials*, 1990, Abstract #73.

16)  Park, K., Mao, F.W., Amiji, M., and Park, H.:  The minimum amount of biologically active fibrinogen necessary for surface-induced platelet activation, *Transactions of the 16th Annual Meeting of the Society for Biomaterials*, 1990, Abstract #245.

17)  Shalaby, W.S.W., Park, K., and Blevins, W.E.: Factors important to gastric retention of hydrogels. *Program and Abstracts of the 17th International Symposium on Controlled Release of Bioactive Materials*, 1990, Abstract #D240.

18)  Shalaby, W.S.W., Blevins, W.E., and Park, K.:  Biochemical and mechanical characterization of enzyme-digestible hydrogels, *Program and Abstracts of the 17th International Symposium on Controlled Release of Bioactive Materials*, 1990, Abstract #D241.

19)  Shalaby, W.S.W., Blevins, W.E., and Park, K.:  Enzyme-induced degradation behavior of albumin-crosslinked hydrogels, *The 200th American Chemical Society National Meeting, Division of Polymer Chemistry*, 1990, Abstract #73.

20)  Lu, D.R. and Park, K.:  The effects of surface-hydrophobicity on the conformational changes of adsorbed fibrinogen:  A FTIR-ATR study, *American Association of Pharmaceutical Scientists Fifth National Meeting, Pharmaceutical Drug Delivery Division*, 1990, Abstract #7049.

21)  Lu, D.R. and Park, K.:  Enzyme digestion studies for conformational changes of adsorbed fibrinogen on glass, *American Association of Pharmaceutical Scientists Fifth National Meeting, Pharmaceutical Drug Delivery Division*, 1990, Abstract #7051.

22) Park, K. and Park, H.: Application of quantitative colloidal gold staining to the study of mucin-polymer interactions, *Scanning '91*, 1991, Abstract I-41.

23) Amiji, M., Park, H. and Park, K.: Prevention of protein adsorption and platelet adhesion by steric repulsion, *Transactions of the 17th Annual Meeting of the Society for Biomaterials*, 1991, Abstract #41.

24) Lu, D.R. and Park, K.: Calculation of solvation interaction energies for protein adsorption on polymer surfaces, *Transactions of the 17th Annual Meeting of the Society for Biomaterials*, 1991, Abstract #80.

25) Tseng, Y.C., Kildsig, D.O., and Park, K.: Synthesis of photoreactive poly(ethylene glycol) and its application to surface modifications, *Transactions of the 17th Annual Meeting of the Society for Biomaterials*, 1991, Abstract #178.

26) Lee, S.J., Lu, D.R., and Park, K.: Calculation of protein adsorption energy on polymer surfaces, *Aspects of Drug Design*, 1991, Abstract #8.

27) Amiji, M. and Park, K.: Mechanism study on the prevention of surface-induced platelet activation by adsorbed albumin, *Surfaces in Biomaterials Symposium*, 1991, Abstract #5.

28) Park, K. and Tseng, Y.C.: Thermografting of albumin onto polypropylene films, *Cardiovascular Science and Technology Conference*, 1991, page 143.

29) Kamath, K.R. and Park, K.: Use of gamma irradiation for the preparation of hydrogels from natural polymers, *Program and Abstracts of the 19th International Symposium on Controlled Release of Bioactive Materials*, Abstract #121, 1992.

30) Bowersock, T.L., Shalaby, W.S.W., Blevins, W.E., Levy, M., and Park, K.: Use of hydrogels for delivery of oral vaccines to prevent pneumonia in ruminants, *Program and Abstracts of the 19th International Symposium on Controlled Release of Bioactive Materials*, Abstract #202, 1992.

31) Bowersock, T.L., Shalaby, W.S.W., White, R., Levy, M., Samuels, M., and Park, K.: Use of hydrogels to vaccinate calves orally for pneumonic pasteurellosis, *Program and Abstracts of the 19th International Symposium on Controlled Release of Bioactive Materials*, Abstract #203, 1992.

32) Lee, S.J. and Park, K.: Study of polymer-solvent interaction using computational chemistry, *The 204th American Chemical Society National Meeting, Division of Polymer Chemistry*, 1992.

33) Shalaby, W.S.W., Jackson, R., Blevins, W.E., and Park, K.: Synthesis of enzyme-digestible, interpenetrating hydrogel networks for long-term oral drug delivery, *The 204th American Chemical Society National Meeting, Division of Polymer Chemistry*, Abstract #190, 1992.

34) Amiji, M. and Park, K.: Surface passivating effect of PEO/PPO/PEO triblock copolymers, *The 204th American Chemical Society National Meeting, Division of Polymer Chemistry*, Abstract #276, 1992.

35) Kamath, K.R. and Park, K.: Enzyme-digestible hydrogels from natural polymers: Preparation and characterization, *The 204th American Chemical Society National Meeting, Division of Polymer Chemistry*, Abstract #212, 1992.

36) Bowersock, T.L., Shalaby, W.S.W., Blevins, W.E., Levy, M., and Park, K.: Use of hydrogels for delivery of oral vaccines to prevent pneumonia in ruminants, *The 204th American Chemical Society National Meeting, Division of Polymer Chemistry*, Abstract #167, 1992.

37) Bowersock, T.L., Shalaby, W.S.W., Samuels, M.L., White, M.R., Lalone, R., Levy, M., Ryker, D., and Park, K.: Use of hydrogels to vaccinate calves for pneumonic pasteurellosis, *The 204th American Chemical Society National Meeting, Division of Polymer Chemistry*, Abstract #202, 1992.

38) Amiji, M. and Park, K.: Analysis on the surface adsorption of PEO/PPO/ PEO triblock copolymers, *The 204th American Chemical Society National Meeting, Division of Colloid & Surface Chemistry*, Abstract #14, 1992.

A513

39) Bowersock, T.L., Shalaby, W.S.W., Samuels, M.L., White, M.R., Lalone, R., Levy, M., Ryker, D., and Park, K.: Use of hydrogels to vaccinate calves orally for pneumonic pasteurellosis, *XXV American Association of Bovine Practitioners Conference*, 1992.

40) Amiji, M. and Park, K.: Prevention of protein adsorption on surfaces by PEO/PPO/PEO triblock copolymers, *American Association of Pharmaceutical Scientists 7th National Meeting, Pharmaceutical Technology Division*, 1992, Abstract #PT6004.

41) Park, K., Kamath, K.R., and Park, H.: Biodegradable hydrogels for delivery of protein drugs, *The 205th American Chemical Society National Meeting, Division of Polymer Chemistry*, Abstract #474, 1993.

42) Kamath, K.R., Shim, H.S., and Park, K.: Albumin grafting on dimethyldichlorosilane-coated glass using gamma-irradiation, *Transactions of the 18th Annual Meeting of the Society for Biomaterials*, Abstract #325, 1993.

43) Lee, S.J. and Park, K.: Calculation of distance dependent protein-polymer surface interactions by computer simulation, *Transactions of the 18th Annual Meeting of the Society for Biomaterials*, Abstract #180, 1993.

44) Kamath, K.R. and Park, K.: Preliminary study on the controlled delivery of a bioactive protein from dextran hydrogels, *Program and Abstracts of the 19th International Symposium on Controlled Release of Bioactive Materials*, Abstract #222, 1993.

45) Park, K., Kamath, K.R., and Park, H.: Synthesis of biodegradable hydrogels from natural polymers for controlled delivery of high molecular weight drugs, *Second National Meeting of Bio/Environmentally Degradable Polymer Society*, Abstract #8, 1993.

46) Kamath, K.R., DeMeo, D., and Park, K.: Albumin grafting on polymer surfaces by gamma-irradiation, *The 206th American Chemical Society National Meeting*, Division of Polymer Chemistry, Abstract p. 106, 1993.

47) Park, K.: Protein interactions with surfaces, *The 40th National Symposium of American Vacuum Society*, p. 130, 1993

48) McPherson, T., Lee, S.J., and Park, K.: Analysis on the prevention of protein adsorption and cell adhesion using computer simulation, scaling analysis, and experiments, *The 207th American Chemical Society National Meeting, Division of Colloid and Surface Chemistry*, Biotechnology Secretariat, Abstract #160, 1994.

49) Park, K., Kamath, K.R., Park, H.: Biodegradable hydrogels for pulsatile protein delivery, *The 207th American Chemical Society National Meeting, Division of Biotechnology*, Division of Colloid and Surface Chemistry, Abstract #70, 1994.

50) Amiji, M. and Park, K.: Surface modification by physical adsorption of PEO/PPO/PEO triblock copolymers, *The 20th Annual Meeting of the Society for Biomaterials*, Abstract #137, 1994.

51) Park, H. and Park, K.: Hydrogel foams: A new type of fast swelling hydrogels, *The 20th Annual Meeting of the Society for Biomaterials*, Abstract #158, 1994.

52) Kamath, K.R., Dandlich, M.J., Marchant, R.E., and Park, K.: Platelet activation on plasma polymerized ethylene oxide and N-vinyl-2-pyrrolidone films, *The 20th Annual Meeting of the Society for Biomaterials*, Abstract #346, 1994.

53) Park, H. and Park, K.: Honey, I blew up the hydrogels! *Program and Abstracts of the 21st International Symposium on Controlled Release of Bioactive Materials*, Abstract #111, 1994.

54) Park, K., Bowersock, T., Suckow, M., and Park, H.: Oral vaccination of animals via hydrogels, *Program and Abstracts of the 21st International Symposium on Controlled Release of Bioactive Materials*, Abstract #208, 1994.

52

A514

55) Li, T., Lee, S.J., Chen, W.-Y., Kildsig, D.O., and Park, K.: Computer simulation of drug diffusion in amorphous polyethylene, *Program and Abstracts of the 21st International Symposium on Controlled Release of Bioactive Materials*, Abstract #1280, 1994.

56) Lee, S.J. and Park, K.: Synthesis of sol-gel phase-reversible hydrogels sensitive to glucose, *Program and Abstracts of the 21st International Symposium on Controlled Release of Bioactive Materials*, Abstract #215, 1994.

57) Bowersock, T.L., HogenEsch, H., Park, H., and Park, K.: Uptake of alginate microspheres by Peyer's patches, *Program and Abstracts of the 21st International Symposium on Controlled Release of Bioactive Materials*, Abstract #145, 1994.

58) Suckow, M.A., Bowersock, T.L., and Park, K.: Stimulation of immunity to pasteurella Mutocida in rabbits by oral immunization using a microsphere delivery system, *Program and Abstracts of the 21st International Symposium on Controlled Release of Bioactive Materials*, Abstract #1457, 1994.

59) Porter, R.E., Bowersock, T.L., and Park, K.: Oral vaccination of chickens with hydrogels to promote enteric mucosal immune responses, *Proc. AVMA/AAAP Annual Meeting*, 1994.

60) Lee, S.J. and Park, K.: Synthesis and characterization of sol-gel phase-reversible hydrogels sensitive to glucose, *The 208th American Chemical Society National Meeting, Division of Polymer Chemistry*, Abstract #160, 1994.

61) Bowersock, T.L., HogenEsch, H., Suckow, M., Davis-Snyder, E., Borie, D., Park, H., and Park, K.: Oral administration of mice with ovalbumin encapsulated in alginate microspheres, *The 208th American Chemical Society National Meeting, Division of Polymer Chemistry*, Abstract #167, 1994.

62) Paparella, A. and Park, K.: Synthesis of polysaccharide chemical gels by gamma-irradiation, *The 208th American Chemical Society National Meeting.  Division of Polymer Chemistry*, Abstract #315, 1994.

63) Park, K. and Bowersock, T.L.: Oral vaccination hydrogel systems, *International Symposium on Biomaterials and Drug Delivery Systems, Korea Institute of Science and Technology,* Seoul, Korea, p. 19, 1994.

64) McPherson, T.B., Lee, S.J., and Park, K.: Scaling analysis of the prevention of protein adsorption by grafted PEO chains, *The 21st Annual Meeting of the Society for Biomaterials*, Abstract #224, 1995.

65) Lee, S.J. and Park, K.: Synthesis of glucose-sensitive phase-reversible hydrogels, *J. Molecular Recognition*, 8(3): 202, 1995.

66) Bowersock, T.L., HogenEsch, H., Suckow, M., Park, H., and Park, K.: Oral immunization of antigen encapsulated in sodium alginate microspheres, *The 28th Great Lakes Regional Meeting of the American Chemical Society*, LaCrosse, WI, June 5-8, 1995.

67) Bowersock, T.L., Borie, D., Torregrosa, S., Park, H., and Park, K.: Oral administration of alginate microspheres stimulates pulmonary immunity in cattle, *Proc. Fourth Inter. Vet. Immun. Symp.*, Davis, CA, p. 257, July 16-21, 1995.

68) McPherson, T., Carignano, M.A., Szleifer, I., and Park, K.: Analysis on the prevention of protein adsorption to solid surfaces, *Program of the 22nd International Symposium on Controlled Release of Bioactive Materials*, Abstract #203, 1995.

69) Park, K.: Smart hydrogels for pharmaceutical applications, *Strategies for new drug and vaccine development, 5th Annual Meeting of the Society of Biomedical Research*, September 13-16, 1995, p. 31.

70) Abidat, A. and Park, K.: Gel-sol phase-reversible hydrogels sensitive to glucose, *American Association of Pharmaceutical Scientists Tenth Annual Meeting, Pharmaceutical Drug Delivery Division*, Abstract #PDD 7131, Miami Beach, FL, Nov. 5-9, 1995.

71) HogenEsch, H., Torregrosa, S.E., Borie, D., Park, H., and Park, K., and Bowersock, T.L.: Predominant isotype of specific antibody-secreting cells in bronchoalveolar lavage fluid of calves depends on the route of inoculation used for priming, *ACVP/ASVCP Annual Meeting*, Atlanta, GA, Nov. 14-15, 1995.

72) Makkar, R.R., Kaul, S., Masato, N., Dev, V., Litvack, F.I., Park, K., McPherson, T., Badimon, J.J., Sheth, S.S., and Eigler, N.L.: Modulation of acute stent thrombosis by metal surface characteristics and shear rate, *The 68th American Heart Association Meeting (Circulation, 92: I-86),* Anaheim, CA, Nov. 14-16, 1995.

73) McPherson, T., Park, K., and Johnson, P.C.: Prevention of platelet adhesion by surface-grafted PEO, *The 22nd Annual Meeting of the Society for Biomaterials*, Abstract #768, 1996.

74) Kidane A., Szleifer I., Park K.: Protein adsorption kinetics on PEO-grafted glass, *Transactions of 5th World Biomaterials Congress*, Vol. 2, p. 535, May 29-June 2, 1996. (*The 22nd Annual Meeting of the Society for Biomaterials*, Abstract #769), 1996.

75) Li, T. and Park, K.: Monte Carlo simulation of surface grafted peo chains, *The 23rd Annual Meeting of the Society for Biomaterials*, Abstract #124, April 30-May 4, 1997.

76)  Li, T., Kildsig, D.O., and Park, K.: Molecular dynamics simulation of diffusion of small molecules in amorphous polymers, *The 23rd Annual Meeting of the Society for Biomaterials*, Abstract #316, April 30-May 4, 1997.

77) Kidane, A., Szabocsik, J.M., and Park, K.: Lysozyme deposition on poly(hema) contact lens, *The 23rd Annual Meeting of the Society for Biomaterials*, Abstract #366, April 30-May 4, 1997.

78) Bowersock, T.L., HogenEsch, H., Wang, B., Torregrosa, S., Ryker, D., Park, H., Blevins, B., and Park, K.: Oral administration of alginate microspheres stimulates pulmonary immunity in cattle, *Program of the 24th International Symposium on Controlled Release of Bioactive Materials*, Abstract #316, Stockholm, Sweden, June 15-19, 1997.

79) Jo, S., Gemeinhart, R.A., Park, K.: Prevention of protein adsorption on solid surfaces by self-assembled poly(ethylene glycol) grafts, *71st Colloid & Surfaces Science Symposium*, Abstract #150, University of Delaware, Newark, DE, June 29-July 2, 1997.

80) Jackson, R. and Park, K.: Preparation of 2-5   m alginate microparticles by emulsification for oral vaccine delivery: Effects of surfactant type, crosslinker, and mixer speed on particle size, *American Association of Pharmaceutical Scientists 12th National Meeting*, Abstract #1152, 1997.  (Pharm. Res. 14 (11 supplement): S-47, 1997).

81) Jo, S. and Park, K.: A new preparation method for poly(ethylene glycol) (PEG) hydrogels using silanated PEGs, *American Association of Pharmaceutical Scientists 12th National Meeting*, Abstract #2210, 1997. (Pharm. Res. 14 (11 supplement): S-293, 1997).

82) Park, H., Hwang, S.J., Chen, J., and Park, K.: Synthesis of superporous hydrogels as a platform for oral drug delivery, *American Association of Pharmaceutical Scientists 12th National Meeting, 1997*, Abstract #3488. (Pharm. Res. 14 (11 supplement): S-627, 1997).

83) Li, T. and Park, K.: Fractal analysis of pharmaceutical solid particles, *American Association of Pharmaceutical Scientists 12th National Meeting, 1997*, Abstract #4202. (Pharm. Res. 14 (11 supplement): S-693, 1997).

84) Park, K. and Li, T.: Fractal analysis of pharmaceutical particles, *1998 Conference on Pharmaceutical Science and Technology (in conjunction with the 28th Annual Meeting of the Fine Particle Society),* Proceedings of the Abstracts, p. 17, April 1-3, 1998.

85) Kidane, A. and Park, K.: Complement activation by PEO-grafted Glass surfaces, *The 24th Annual Meeting of the Society for Biomaterials*, Abstract #509, April 22-26, 1998.

86) Kidane, A., McPherson, T., Park, K., and Szleifer, I.: Protein adsorption on PEO grafted surface: Experimental observation and theoretical prediction. *The 24th Annual Meeting of the Society for Biomaterials*, Abstract #516, April 22-26, 1998.

87) Kidane, A., McPherson, T., Shim, H.S., and Park, K.: PEG grafting to polyester through a priming layer. *The 24th Annual Meeting of the Society for Biomaterials*, Abstract #530, April 22-26, 1998.

88) Jo, S. and Park, K.: Surface modification using silanated poly(ethylene glycol). *The 24th Annual Meeting of the Society for Biomaterials*, Abstract #536, April 22-26, 1998.

89) Jo, S. and Park, K.: Synthesis and characterization of thermoreversible sucrose hydrogels (Sucrogels), *The American Chemical Society National Meeting, Division of Cellulose, Paper, and Textile*, Abstract #17, 1998.

90) Chen, J., Park, H., and Park, K.: Superporous hydrogels: Fast responsive hydrogel systems**,** *The American Chemical Society National Meeting, PMSE and Polymer Chemistry Divisions*, Abstract #68, 1998.

91) Park, K., Chen, J., and Park, H.: Superporous hydrogel composites: synthesis, characterization, and application, *The American Chemical Society National Meeting, Polymer Chemistry Divisions*, Abstract #189, 1998.

92) Li, T., Morris, K., and Park, K.: Fractal analysis of acetaminophen crystal during dissolution, *American Association of Pharmaceutical Scientists 13th National Meeting, 1998,* Abstract #2608. (PharmSci. Supplement 1(1): S-313, 1998).

93) Gemeinhart, R. and Park, K.: Tablet formulation using superorous hydrogel, *American Association of Pharmaceutical Scientists 13th National Meeting, 1998*, Abstract #3240. (PharmSci. Supplement 1(1): S-432, 1998).

94) Kim, J.J. and Park, K.: Preparation and characterization of concanavalin A-polymer conjugates for glucose-sensitive hydrogels, *American Association of Pharmaceutical Scientists 13th National Meeting, 1998*, Abstract #1327. (PharmSci. Supplement 1(1): S-97, 1998).

95) Gemeinhart, R., Park, H. and Park, K.: Compressed superporous hydrogels: Compact, fast swelling hydrogel system, *The 25th Annual Meeting of the Society for Biomaterials*, April 22-26, 1999.

96) Li, T., Morris, K., and Park, K.: Fractal analysis of crystal dissolution, *American Association of Pharmaceutical Scientists 13th National Meeting,* New Orleans, LA, Nov. 14-18, 1999.

97) Baek, N., Bae, Y.H., and Park, K.: Control of the swelling rate of superporous hydrogels, *Sixth World Biomaterials Congress*, Kamuela, HI, Abstract #1494, May 15-20, 2000.

98) Kim, J.J. and Park, K: Modulated insulin delivery using phase-reversible glucose-sensitive hydrogels, *2000 Prague Meetings on Macromolecules, 40th Microsymposium, Polymers in Medicine,* International Union of Pure and Applied Chemistry, Czech Chemical Society, Prague, Czech, Abstract #SL12, July 17-20, 2000.

99) Byrne, M., Park, K., and Peppas, N.: Non-covalent molecular imprinting of glucose: Recognition in aqueous media, *1st International Workshop on Molecular Imprinting*, Cardiff, UK, July 2-5, 2000, p. 111.

100) Seong, H., Choi, W.-M., Kim, J.-C., Thompson, D., and Park, K.: Preparation of liposomes containing dibranched-amino acids and characterization of their glucose-binding properties, *220th ACS National Meeting, Division of Polymer Chemistry (Subdivision; 4th International Biorelated Polymer Symposium)*, Washington, D.C., Abstract #229, August 20-24, 2000.

101) Byrne, M.E., Park, K., and Peppas, N.A.: Non-covalent molecular imprinting of glucose in polar protic media, *American Association of Pharmaceutical Scientists 13th National Meeting*, Indianapolis, IN, Abstract #2404, October 29-November 2, 2000.

102) Li, T., Morris, K., and Park, K.: Influence of tailor-made additives on the formation of etching patterns of acetaminophen single crystals, *American Association of Pharmaceutical Scientists 13th National Meeting*, Indianapolis, IN, Abstract #3596, October 29-November 2, 2000.

103) Wen, H., Li, T., Morris, K., and Park, K.: Characterization of etching patterns of crystal surfaces, *American Association of Pharmaceutical Scientists National Meeting*, Denver, CO., Abstract #T3625, October 21-25, 2001.

104) Fu,Y., Wang, D., and Park, K.: Study of temperature and feed concentrations on the morphology and flowability of PVP and acetaminophen spray dried particles, *American Association of Pharmaceutical Scientists National Meeting*, Denver, CO., Abstract #W4715, October 21-25, 2001.

105) Qiu, Y., Gemeinhart, R., and Park, K.: Characterization of etching patterns of crystal surfaces, *American Association of Pharmaceutical Scientists National Meeting*, Denver, CO., Abstract #T3625, October 21-25, 2001.

106) Li, T., Morris, K., and Park, K.: Influence of tailor-made additives on etching patterns of acetaminophen single crystals: Understanding through modeling and Monte Carlo simulation, *American Association of Pharmaceutical Scientists National Meeting*, Denver, CO., Abstract #W4515, October 21-25, 2001.

107) Haydon, K.S., Park. K., and Sinclair, J.L.: Effect of particle size on pickup velocity of cohesive particles, *The American Institute of Chemical Engineers Annual Meeting*, Nov. 4-9, 2001, Abstract #195b, Reno, NV.

108) Byrn, M., Park, K., and Peppas, N.A.: Biomimetic materials for selective recognition of biologicals: Theoretical and experimental analysis, *2002 APS Annual March Meeting*, Indianapolis, IN, March 18-22, 2002.

109) Byrn, M., Park, K., and Peppas, N.A.: Biomimetic materials for selective recognition of biologically significant molecules, *2002 MRS Spring Meeting*, *MRS Symposium N: Biological and Biomimetic Materials-properties to Function,* San Francisco, CA, April 1-5, 2002.

110) Byrn, M., Park, K., and Peppas, N.A.: Biomimetic materials for selective recognition of biologicals: Theoretical and experimental analysis, *Bull. Amer. Phys. Soc.,* 47, 395-396, 2002.

111) Hilt, J.Z., Byrne, M.E., Bashir, R., Park, K., and Peppas, N.A.: Micropatterned environmentally sensitive and analyte specific polymers, *2002 MRS Spring Meeting*, *MRS Symposium O: Chemilca and Biological Sensors-Materials and Devices*, San Francisco, CA, April 1-5, 2002.

112) Byrne, M.E., Hilt, J.Z., Bashir, R., Park, K., and Peppas, N.A.: Biomimetic materials for selective recognition and microsensing of biologically significant molecules, *The 28th Annual Meeting of the Society for Biomaterials*, Abstract #78, April 24-27, 2002.

113) Blanchette, J., Lopez, J., Park, K., and Peppas, N.A.: Use of methacrylic acid-containing hydrogels to increase protein transport across the intestinal epithelium, *Bull. Amer. Phys. Soc.,* 47, 394, 2002.

114) Henthorn, D.B., Park, K., and Peppas, N.A.: Modeling of the specific binding of biomolecules by molecularly imprinted polymeric gels, *Bull. Amer. Phys. Soc.,* 47, 1166, 2002.

115) Lee, S., Acharya, G., Lee, J., Chang, C., and Park, K.: Hydrotropic polymers and hydrogels for drug delivery: Solubilization of poorly water-soluble drugs, *The 28th Annual Meeting of the Society for Biomaterials*, Abstract #499, April 24-27, 2002.

116) Mun, G.A., Nurkeeva, Z.S., Nam, I.K., Khutoryanskiy, V.V., and Park, K.: New stimuli-responsive polymers based on vinyl ethers and their interpolymer complexes as materials for development of drug release systems, *The World Congress of Korean and Korean-Ethnic Scientists and Engineers-2002*, Seoul, Korea, July 8-13, 2002.

117) Seong, H., Lee, H., and Park, K.: Binding of glucose to molecularly imprinted polymers, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #124, July 20-25, 2002.

118) Kim, D.J., Seo, K., and Park, K.: Polymer composition and acidification effects on the swelling properties of P(AM-co-AA) superporous hydrogels, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #9, July 20-25, 2002.

119) Kim, D.J., Seo, K., and Park, K.: Swelling and mechanical properties of superporous hydrogels of P(AM-CO-AA)/PEI IPNS, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #224, July 20-25, 2002.

120) Lee, J., Acharya, G., Lee, S., and Park, K.: Structural influence of hydrotropic agents on the solubilization of paclitaxel, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #259, July 20-25, 2002.

121) Lee, S., Lee, J., Acharya, G., and Park, K.: Hydrotropic polymers and hydrogels: A new approach for solubilization of poorly water-soluble drugs, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #466, July 20-25, 2002.

122) Lee, J., Baek, N., and Park, K.: Hydrotropic agents: A new tool to prepare nano- and micro-particles of poorly soluble drugs, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #264, July 20-25, 2002.

123) Konno, T., Watanabe, J., Ishihara, K., Lee, J., Murry, D.J., Galinsky, R.E., and Park, K.: In vivo evaluation of paclitaxel in bioinspired water-soluble phospholipid polymer aggregates, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, July 20-25, 2002.

124) Kim, B., Ryu, J., Park, K., Kim, J.: Bioadhesive starch-g-PAA microparticles modified by lectin for mucosal delivery systems, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #274, July 20-25, 2002.

125) Yeo, Y., Chen, A.U., Basaran, O.A., and Park, K.: Solvent exchange method: A novel microencapsulation technique, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #294, July 20-25, 2002, pp. 547-548.

126) Yeo, Y., Kim, B., Kim, J., Chen, A.U., Basaran, O.A., and Park, K.: Solvent exchange method: Variables for process optimization, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #295, July 20-25, 2002, pp. 549-550.

127) Baek, N., Lee, J., Park, K., Shanley, J.F., and Eigler, N.L.: Controlled release of paclitaxel from stents for anti-restenosis, *The 29th Annual Meeting of the Controlled Release Society*, Seoul, Korea, Abstract #365, July 20-25, 2002.

128) Ooya, T., Lee, J., and Park, K.: Star-shaped poly(ethylene glycol monomethacrylate) and polygycerol dendrimers as new drug delivery systems, *Division of Polymer Chemistry, the 224th ACS National Meeting*, Boston, MA, August 18-22, 2002.

129) Ooya, T, Lee, J., and Park, K.: Star-shaped poly(ethylene glycol monomethacrylate) and polyglycerol dendrimers: New delivery vehicles for paclitaxel, *2002 AAPS Annual Meeting and Exposition*, Toronto, Canada, Abstract # AM02-00959 (T3477), November 10-14, 2002.

130) Byrne, M.E., Park, K., and Peppas, N.A.: Biomimetic networks for selective recognition of biomolecules: Materials for bionanotechnology, *Third Annual BioMEMS and Biomedical Nanotech World 2002*, Columbus, OH, September 6-8, 2002.

131) McClean, D., Finkelstein, A., Kar, S., Takizawa, K., Honda, T., Baek, N., Park, K., Fishbein, M.C., Makkar, R., Litvack, F., and Eigler, N.: Local delivery using a stent with programmable pharmacokinetics in vitro and in porcine coronary arteries, *Annual Meeting of the American Heart Association*, Chicago, IL, November 18-21, 2002.

132) Henthorn, D.B., Oral, E., Park, K., and Peppas, N.A.: Simulation of polymeric network formation with atomic level interactions for the study of templated and recognitive materials, *Bull. Amer. Phys. Soc.,* 48, 210, 2003.

133) Yeo, Y., Chen, A. U., Basaran, O., and Park, K.: Solvent exchange method: A new process for making reservoir-type microcapsules, *11th International Symposium on Recent Advances in Drug Delivery Systems*, Salt Lake City, UT, Abstract #1, March 3-6, 2003.

134) Ooya, T. and Park, K.: Hydrotropic polymers, hydrogels and dendrimers for solubility enhancement of poorly soluble drugs, *11th International Symposium on Recent Advances in Drug Delivery Systems,* Salt Lake City, UT, Abstract #34, March 3-6, 2003.

135) Konno, T., Watanabe, J., Ishihara, K, Lee, J., Murry, D.J., Galinsky, R., and Park, K.: The amphiphilic phospholipid polymer as a novel solubilizer for poorly soluble drugs, *11th International Symposium on Recent Advances in Drug Delivery Systems,* Salt Lake City, UT, Abstract #44, March 3-6, 2003.

136) Blanchette, J.O., Park, K., and Peppas, N.A.: Use of complexation hydrogels for oral administration of chemotherapeutic agents, *29th Annual Meeting of Society for Biomaterials,* Reno, NV, Abstract #246, April 30-May 3, 2003.

137) Yeo, Y. and Park, K.: New microencapsulation technique using an ultrasonic atomizer based on the solvent exchange method, *The American Chemical Society National Meeting, Div. Polym. Mat. Sci. Eng*., Abstract #94, September 8, 2003.

138) Fu, Y., Jeong, S.H., Kim, J., and Park, K.L: Preparation of fast dissolving tablets based on mannose. *The American Chemical Society National Meeting, Div. Polym. Mat. Sci. Eng*., Abstract #480, September 11, 2003.

139) Yeo, Y. and Park, K.: Process parameters involved in a new microencapsulation technique based on the solvent exchange method, *2003 AAPS Annual Meeting and Exposition*, Salt Lake City, UT, Abstract #W4206, October 26-30, 2003.

140) Paul, C. S., Yeo, Y., Chen, A. U.-T., Basaran, O. A., and Park, K.: Microencapsulation of protein drugs using the solvent exchange method, *2003 AAPS Annual Meeting and Exposition*, Salt Lake City, UT, Abstract #AM03-02825 (W4165), October 26-30, 2003.

141) Yang, S., Fu, Y., Jeong, S., and Park, K.: Poly(acrylic acid) superporous  hydrogel microparticles as a super-disintegrant in fast disintegrating tablets, *2003 AAPS Annual Meeting and Exposition*, Salt Lake City, UT, Abstract #1968 (W4129), October 26-30, 2003.

142) Fu, Y., Jeong, S., Kim, J., and Park, K.: Moisture treatment of mannose tablets for making fast dissolving tablets, *2003 AAPS Annual Meeting and Exposition*, Salt Lake City, UT, Abstract #W4115, October 26-30, 2003.

143) Qiu, Y., Omidian, H., and Park, K.: Hydrogels having enhanced elasticity and mechanical properties, *2003 AAPS Annual Meeting and Exposition*, Salt Lake City, UT, Abstract #W4178, October 26-30, 2003.

144) Wen, H., Morris, K., and Park, K.: Synergic effects of polymeric additives on dissolution and crystallization of acetaminophen: Dynamic adsorption model, *2003 AAPS Annual Meeting and Exposition*, Salt Lake City, UT, Abstract #1968 (W4129), October 26-30, 2003.

145) Park, K. and Yeo, Y.: Solvent exchange method: A new microencapsulation technique, *Division of Biochemical Technology, the 227th ACS National Meeting*, Anaheim, CA, Abstract#381, March 28-April 1, 2004.

146) Lee, G.U., Oark, J.W., Wang, Z., Kang, E., and Park, K.: Microfabricated reactor arrays for high throughput screening of membrane protein function, *AIChE 2004 Annual Meeting*, Austin, TX, November 7-12, 2004.

147) Acharya, G. and Park, K.: Challenges and strategies in drug delivery from coronary stents. *Biointerface 2004*. Baltimore, MD, October 28, 2004, p. 45.

148) Park, S., Seomoon, G., Pai, C., Fu, Y., Jeong, S., Park, K.: Orally disintegrating tablets using mannose granules, *2004 AAPS Annual Meeting Abstracts*, W5207, Baltimore, MD, November 9-11, 2004.

149) Park, J., Yeo, Y., Ye, M., Park, K.: Microencapsulation of lysozyme using the solvent exchange method: effect of sugar and salt concentrationa on the particle size, *2004 AAPS Annual Meeting Abstracts*, W4038, Baltimore, MD, November 9-11, 2004.

150) Yeo, Y., Park, K.: Characterization of reservoir-type microcapsules made by the solvent exchange method, *2004 AAPS Annual Meeting Abstracts*, T2161, Baltimore, MD, November 9-11, 2004.

151) Park, J.H., Ye, M., Yeo, Y., Lee, W.K., and Park, K.: Size-controlled reservoir-type microcapsules prepared by the solvent exchange method, 229th ACS National Meeting, San Diego, CA, BIOT #212, March 13-17, 2005.

152) Park, G.E., Park, K., and Webster, T.J.: Fibronectin and vitronectin interactions with NaOH-treated PLGA increases chondrocyte functions, *Society for Biomaterials 30th Annual Meeting & Exhibition*, Memphis, TN, #516, April 27-30, 2005.

153) Park, J., Ye, M., Yeo, Y., Lee, W., Paul, C., Choi, D., and Park, K.: Reservoir-type microcapsules for protein delivery: Optimization of the fabrication condition, *Society for Biomaterials 30th Annual Meeting & Exhibition,* Memphis, TN, #585, April 27-30, 2005.

154) Park, J.H., Huh, K.M., Lee, S.C., Lee, W.K., Ooya, T., and Park, K.: Nanoparticulate drug delivery systems based on hydrotropic polymers, dendrimers, and polymer complexes, *2005 NSTI Nanotechnology Conference*, Anaheim, CA, Abstract #1072, May 8-12, 2005.

155) Seomoon, G., Park, S., Hwang, J., Lim, H., Pai, C., and Park, K.: Orally disintegrating tablets incorporated with taste-mased drug, *2005 AAPS Annual Meeting Abstracts*, Nashville, TN, #R6129, November 7-10, 2005.

156) Ye, M., Park, J.H., Yeo, Y., Lee, W-K., Paul, C., Choi, D.K., and Park, K.: Microencapsulation of lysozyme using the solvent exchange method: Effects of volume and the type of collection medium on the particle size, *2005 AAPS Annual Meeting Abstracts*, Nashville, TN, #R6174, November 7-10, 2005.

157) Paul, C., Lee, S., Yeo, Y., Grégori, G., Robinson, J.P., and Park, K.: Flow cytometric microencapsulation, *2005 AAPS Annual Meeting Abstracts*, Nashville, TN, #R6113, November 7-10, 2005.

158) Kang, E., Kim, J.-M., Thompson, D., Park, K.: Supported lipid bilayer membrane on lipid-poly(ethylene glycol)-silane with varied molecular weights and lipid moieties, *2005 AAPS Annual Meeting Abstracts*, Nashville, TN*,* #M1103, November 7-11, 2005.

159) Kang, E., Kwon, I.K., Wang, H., Cheng, J-X. and Park, K.: 3-D visualization of paclitaxel in polymer films by coherent anti-Stokes Raman scattering microscopy, *Society for Biomaterials Annual Meeting*, Pittsburgh,. PA, Abstract #93, April 26-29, 2006.

160) Kwon, I.K., Park, K., and Matsuda, T.: Co-electrospun nanofiber fabrics of poly(L-lactide-co-ε-caprolactone) with type I collagen or heparin, *Society for Biomaterials Annual Meeting*, Pittsburgh,. PA, Abstract #361, April 26-29, 2006.

161) Shi, Y., Shim, W.S., Park, K., Shi, R., and Cheng, J-X.: Effective restoration of compound action potential in trauma injured spinal cords with nanoscale block co-polymer micelles, 23rd Annual National Neurotrauma Society Meeting, St. Louis, MO, Abstract reference number: 0204, July 7-9, 2006.

162) Kang, E., Kwon, I.K., Wang, H., Ye, M., Park, K., and Cheng, J-X.: Chemical imaging of drug-loaded polymer films and reservoir type microcapsules by coherent anti-Stokes Raman scattering microscopy, The 33rd CRS Annual Meeting, Vienna, Austria, Abstract #574, July 22-26, 2006.

163) Kang, E., Lee, S.C., and Park, K.: Layer-by-layer assembly of micelle layers, The 33rd CRS Annual Meeting, Vienna, Austria, Abstract #916, July 22-26, 2006.

164) Min, H.S., Huh, K.M., Lee, S.C., Lee, J., and Park, K.: Aqueous solubilization of paclitaxel using hydrotropic polymer micelle, *Asian Symposium on Biomedical Materials-7*, Jeju, Korea, Abstract No. DS-Po-048, August 20-23, 2006.

165) Choi, Y.M., Huh, K.M., Myung. S-W., Choi, H-S., and Park, K.: Preparation and swelling behavior of superporous hydrogels: Control of pore structure and surface property, *Asian Symposium on Biomedical Materials-7*, Jeju, Korea, Abstract No. PO-Po-022, August 20-23, 2006.

166) Kwon, I.K., Kang, E., Song, Y-H., Miller, K.M., Kamath, K., Barry, J. and Park, K.: Paclitaxel release from two-drug formulations in poly(styrene-b-isobutylene-b-styrene) matrices, *The 2006 AAPS Annual Meeting and Exposition*, San Antonio, TX, Poster # T3163, Oct. 29-Nov. 2, 2006.

167) Kang, E., Kwon, I.K., Wang, H., Park, K., Song, Y-H., Miller, K.M., Kamath, K., Barry, J., and Cheng, J-X.: In situ imaging of paclitaxel release from poly(styrene-b-isobutylene-b-styrene) films by coherent anti-Stokes Raman scattering microscopy, *The 2006 AAPS Annual Meeting and Exposition*, San Antonio, TX, Poster # W4206, Oct. 29-Nov. 2, 2006.

168) Ye, M., Shim, W.S., Seo, K-S., Paul, C., Park, K.: Microencapsulation of lysozyme using the solvent exchange method: Effects of ethyl acetate in the collection bath, *The 2006 AAPS Annual Meeting and Exposition*, San Antonio, TX, Poster #W5065, Oct. 29-Nov. 2, 2006.

169) Shim, W.S., Ye, M., Seo, K-S., Paul, C., Park, K.: Microencapsulation of lysozyme using the solvent exchange method: Enhancement of encapsulation efficiency and release from lyophilized microcapsules, *The 2006 AAPS Annual Meeting and Exposition*, San Antonio, TX, Poster #W5066, Oct. 29-Nov. 2, 2006.

170) Seo, K.S., Ye, M., Shim, W.S., Kim, M.S., Lee, H.B., and Park, K.: Mono-nuclear microcapsule formation using modified ultrasonic atomizer for protein drug delivery, *The 2006 AAPS Annual Meeting and Exposition*, San Antonio, TX, Poster #W5064, Oct. 29-Nov. 2, 2006.

171) Jeong, S.H. and Park, K.: Development of sustained release fast-disintegrating tablets using various polymer-coated ion exchange resin complexes, *The 2006 AAPS Annual Meeting and Exposition*, San Antonio, TX, Poster # T3196, Oct. 29-Nov. 2, 2006.

172) Park, S., Hwang, J., Moon, G., Chung, H., Lim, H., Pai, C., Park, K.: Orally disintegrating tablets for bitter taste drug, *The 2006 AAPS Annual Meeting and Exposition*, San Antonio, TX, Poster # W4136, Oct. 29-Nov. 2, 2006.

173) Park, K., Kang, E., Kwon, I.K., Wang, H., Robinson, J., Ye, M., and Cheng, J-X.: Chemical imaging of drug/polymer in polymer films by coherent anti-Stokes Raman scattering microscopy, *The 2006 AIChE Annual Meeting*, San Francisco, CA, Podium #131d, Nov. 12-16, 2006.

174) Kim, J., Wei, X., Kim, S., Park, K.: Paclitaxel release from hydrotropic micelles, *The 34th CRS Annual Meeting*, Long Beach, CA, Abstract #251, July 9-11, 2007.

175) Kang, E., Vedantham, K., Long, X., Dadara, M., Kwon, I., Sturek, M., Park, K.: Stent for delivery of 1,3-dipropyl-8-cyclopentylxanthine (DPCPX) – A signaling pathway specific drug, *The 34th CRS Annual Meeting*, Long Beach, CA, Abstract #504, July 9-11, 2007.

176) Kim, J.Y., Kim, S., Konno, T., Ishihara, K., Pinal, R. and Park, K.: Hydrotropic polymers for lipophilic drug delivery, *The 2007 AAPS Annual Meeting and Exposition*, San Diego, CA, Poster # W4126, Nov. 11-15, 2007.

177) Vedantham, K., Kim, S., Konno, T., Ishihara, K., and Park, K.: Development of an anti-thrombogenic drug eluting stent using polymer based on 2-methacryloyloxyethyl phosphorylcholine (MPC), *The 2008 AAPS National Biotechnology Conference*, Toronto, Canada, Poster # M1026, June 22-25, 2008.

178) Takaishi, Y. and Park, K.: Development of fast dissolving tablets using Eudragit NE as a binder, *The 35th CRS Annual Meeting*, New York, NY, July 13-16, 2008.

179) Kim, J.Y., Kim, S., Pinal, R., Konno, T., Ishihara, K., and Park, K.: Hydrotropic polymer micelles for delivery of hydrophobic drugs, *The 35th CRS Annual Meeting*, New York, NY, July 13-16, 2008.

180) Vedantham, K., Kwon, I.K., Kim, S., and Park, K.: Development of an anti-thrombogenic drug eluting stent: Combinatorial drug approach, *The 35th CRS Annual Meeting*, New York, NY, July 13-16, 2008.

181) Chaterji, S., Park, K., and Panitch, A.: Smooth muscle cell phenotypic modulation & higher endothelial cell adhesion in a direct co-culture model*, Society for Biomaterials Annual Meeting*, San Antonio, TX, Abstract #713, April 22-25, 2009.

190) Chaterji, S., Kim, N., Sturek, M.S., and Park, K.: Effect of Probucol, AICAR, and TGF-β1 on Smooth Muscle Cell and Endothelial Cell Phenotype and Proliferation, NanoDDS'09, Indianapolis, IN, Abstract p.43, October 5-6, 2009.

184) Holback, H.K.A., Kim, S.W., and Park, K.: Swelling in glucose-sensitive HEMA-DMAEMA hydrogels, NanoDDS'09, Indianapolis, IN, Abstract p.54, October 5-6, 2009.

182) Kim, S.W. and Park, K.: Thermo- and pH-sensitive hydrotropic polymer micelles for oral paclitaxel delivery, NanoDDS'09, Indianapolis, IN, Abstract p.59, October 5-6, 2009.

185) Kitsongsermthon, J.,, Sturek, M., and Park, K.: Development of DPCPX-eluting stents, NanoDDS'09, Indianapolis, IN, Abstract p.60, October 5-6, 2009.

183) Long, X., He, Y., Kitsongsermthon, J., Park, K., and Sturek, M.: Novel drug-eluting stents to reduce coronary in-stent stenosis in a porcine model of metabolic syndrome, NanoDDS'09, Indianapolis, IN, Abstract p.65 October 5-6, 2009.

186) Shi, Y., Kim, S.W., Huff, T.B., Borgens, R.B., Park, K., Shi, R., and Cheng, J.X.: Effective repair of traumatically imjured spinal cord by block copolymer micelles, NanoDDS'09, Indianapolis, IN, Abstract # October 5-6, 2009.

187) McDermott, M., Shin, C.S., Acharya, G., and Park, K.: Fabrication of homogeneous drug delivery systems *via* hydrogel template strategy, NanoDDS'09, Indianapolis, IN, Abstract p.70, October 5-6, 2009.

189) Rish, T., McDermott, M., Shin, C.S., Hansen, Keith, Amick, K., Acharya, G., and Park, K.: Hydrogel template strategy for the fabrication of microstructures of complex geometries, NanoDDS'09, Indianapolis, IN, Abstract p.82, October 5-6, 2009.

188) Shin, C.S., McDermott, M., Acharya, G., and Park, K.: Fabrication of homogeneous drug delivery systems with controlled release kinetics, NanoDDS'09, Indianapolis, IN, Abstract p.87, October 5-6, 2009.

189) Otte, A., Park, K., and Carvajal, T.: Microfabricated particles for pulmonary delivery, Respiratory Drug Delivery, Orlando, FL, April 25-29, 2010.

190) Kitsongsermthon, J., Acharya, A., and Park, K.: Drug-eluting balloon development by imprinting uniform array of microparticles, *The 38th CRS Annual Meeting*, National Harbor, MD, Abstract #9, July 30-August 3, 2011.

191) Lee, S., Kim, S.W., Park, K., and Cheng, J.X.: A Reversibly crosslinked micelle for intravenous delivery of paclitaxel, *The 38th CRS Annual Meeting*, National Harbor, MD, Abstract #334, July 30-August 3, 2011.

191) Lu, Y., Acharya, G., and Park, K.: Fabrication of homogeneous nano/microparticles using hydrogel template method, *The 38th CRS Annual Meeting*, National Harbor, MD, Abstract #177, July 30-August 3, 2011.

192) Lu, Y. and Park, K.: Development and evaluation of controlled release risperidone PLGA microparticles produced by the hydrogel template method, the 2012 AAPS Annual Meeting, Chicago, IL, Poster # T2249, October 16, 2012.

193) Park, K.: Controlled drug delivery systems: The third generation, International Conference on Biomaterials Science, Tsukuba, Japan, PL 17, March 20-22, 2013.

194) Kwak, B., Park, K., and Han, B.: Tumor-microenvironment-on-chip: Simulation of complex transport around tumor, *The 40th CRS Annual Meeting*, Honoluly, HI, Session: Imaging and Characterization Techniques for Drug Delivery: Systems and Targeted Drug Delivery, 10:30 AM - 12:00 PM, July 23, 2013.

195) Ozcelikkale, A., Shin, C.S., Park, K. and Han, B.: Rapid screening of anti-cancer drugs and delivery vehicles using tumor-microenvironment-on-chip, *The 41st CRS Annual Meeting*, Chicago, IL, July 14, 2014.

196) Shin, C.S., Ozcelikkale, A., Han, B., and Park, K.: Engineering in vitro three-dimensional tumor models by surface fabrication, *The 41st CRS Annual Meeting*, Chicago, IL, July 14, 2014.

197) Park, K.: In vitro testing of bioequivalence for long-term depot formulations, Generic Drug User Fee Amendments of 2012 Regulatory Science Initiatives: Request for Public Input for FY 2015 Generic Drug Research Part 15 Public Hearing, FDA White Oak Campus, Silver Spring, MD, June 5, 2015.

198) Lee, B.K., Yun, Y.H., Skidmore, S., Garner, J., and Park, K.: The Vacuum SpinSwiper Device for Making PLGA Microparticle, *The 42nd CRS Annual Meeting*, Edinburgh, Scotland, July 28, 2015, Abstract #814.

199) Baez-Santos, Y.M., Otte, A., and Park, K.: A fast and sensitive method for the detection of leuprolide acetate: a high-throughput approach for the in vitro evaluation of liquid crystal formulations, *The 43rd CRS Annual Meeting*, Seattle, WA, July 17-20, 2016, Abstract 2570.

200) Otte, A., Baez, Y., Berlant, C., Lee, Y., Soh, B.K., Song, C.G, Goergen, C., and Park, K.: Ultrasound monitoring of a subcutaneous liquid crystal drug delivery system, *The 43rd CRS Annual Meeting*, Seattle, WA, July 17-20, 2016, Abstract 2653.

201) Mun, E., Baez, Y., Lee, A., Otte, A., Soh, B.K., Song, C.G., and Park, K.: Formulation and characterization of a hexagonal liquid crystalline drug delivery system, *The 43rd CRS Annual Meeting*, Seattle, WA, July 17-20, 2016, Abstract 1997.

202) Garner, J., Skidmore, S., Park, H., Park, K., Choi, S., and Wang, Y.: Assay of PLGA properties in parenteral depot formulations, *The 43rd CRS Annual Meeting*, Seattle, WA, July 17-20, 2016, Abstract 3252.

203) Garner, J., Skidmore, S., Hadar, J., Park, K., Park, H., Choi, S., and Wang, Y.: Assay of PLGA types in microparticle depo formulations, FDA Public Workshop on Demonstrating Equivalence of Generic Complex Drug Substances and Formulations: Advances in Characterization and In Vitro Testing, Silver Spring, MD, October 6, 2017.

204) Skidmore, S., Garner, J., Park, K., Park, H., Choi, S., and Wang, Y.: The impact of in vitro test methods on drug release from PLGA microparticles, FDA Public Workshop on Demonstrating Equivalence of Generic Complex Drug Substances and Formulations: Advances in Characterization and In Vitro Testing, Silver Spring, MD, October 6, 2017.

204) Hadar, J., Garner, J., Skidmore, S., Park, K., Park, H., Choi, S., and Wang, Y.: The effect of lactide:glycolide ratio on PLGA solubility in selective solvents, FDA Public Workshop on Demonstrating Equivalence of Generic Complex Drug Substances and Formulations: Advances in Characterization and In Vitro Testing, Silver Spring, MD, October 6, 2017.

205) Otte, A., Soh, B.K., Yoon, G., and Park. K.: The effect of processing conditions on the loading and release from PLGA microparticles. 2018 Controlled Release Society (CRS) Annual Meeting (2018) Abstract 31.

206) Hadar, J., Garner, J., Skidmore, S., Park, K., Park, H., Jhon, Y.K., and Wang, Y.: Correlation analysis of refractive index (dn/dc) for PLGAs with different ratios of lactide to glycolide. 2018 Controlled Release Society (CRS) Annual Meeting (2018) Abstract 95.

207) Otte, A., Soh, B.K., Yoon, G., and Park. K.: The in vivo transformation and pharmacokinetic properties of a liquid crystalline drug delivery system. 2018 Controlled Release Society (CRS) Annual Meeting (2018) Abstract 142.

208) Hadar, J., Garner, J., Skidmore, S., Park, K., Park, H., Kozak, D., and Wang, Y.: Solvent-dependent PLGA solubility for separation of PLGAs with different lactide:glycolide ratios. 2018 Controlled Release Society (CRS) Annual Meeting (2018) Abstract 409.

209) Hadar, J., Garner, J., Skidmore, S., Park, H., Park, K., Qin, B., Jiang, X. and Wang, Y.: Analysis of the branch units of glucose-poly(lactide-co-glycolide) in Sandostatin® LAR formulation. 2019 Controlled Release Society (CRS) Annual Meeting (2019) Abstract 501.

210) Garner, J., Hadar, J., Skidmore, S., Park, H., Park, K., Jiang, X., Wang, Y. and Qin, B.: Compositional analysis of glucose-poly(lactide-co-glycolide) in Sandostatin® LAR formulation. 2019 Controlled Release Society (CRS) Annual Meeting (2019) Abstract 502.

211) Garner, J., Hadar, J., Skidmore, S., Park, H., Park, K., Jiang, X., Wang, Y. and Jhon, Y..: Effect of solvents and their isomers on dissolution of PLGAs with different lactide:glycolide (L:G) ratios. 2019 Controlled Release Society (CRS) Annual Meeting (2019) Abstract 503.

212) Garner, J., Hadar, J., Skidmore, S., Park, H., Park, K., Jiang, X., Qin, B., and Wang, Y.: Separation and analysis of poly(lactide-co-glycolide) in Trelstar® 22.5 mg formulation. 2019 Controlled Release Society (CRS) Annual Meeting (2019) Abstract 504.

213) Chen, Y., Wang, X., Xu, J., Organski, L., Pei, Y., Lee, Hyowon., Shashurin, A., Park, K. and Yeo, Y.: Development of anti-inflammatory drug-eluting polymeric devices. An abstract and poster presented at the 2019 AAPS Annual Meeting and Exposition, Abstract M1130-02-13, San Antonio, TX, November 3-6, 2019.

214) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Park, H., Park, K., Wang, Y, Qin, B., and Jhon, Y.: Use of optical-laser-scanning (OLS) microscope to assay microparticle morphological changes, 2020 Controlled Release Society (CRS) Annual Meeting (2020), Abstract: 20-A-14-CRS.

215) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Park, H., Park, K., Wang, Y, Qin, B., and Jhon, Y.: Effect of solvent isomeric structures on the dissolution of PLGAs with different lactide:glycolide (L:G) ratios, 2020 Controlled Release Society (CRS) Annual Meeting (2020), Abstract: 20-A-15-CRS.

216) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Park, H., Park, K., Jhon, Y., Qin, B., and Wang, Y.: Effect of reaction temperature on PLGA characteristics and semi-solvent interactions, 2021 Controlled Release Society (CRS) Annual Meeting (2021), Abstract: 3562228.

217) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Park, H., Park, K., , Jhon, Y., Qin, B., and Wang, Y.: Scanning Analysis of Semi-Solvent Impact (SASSI) assays of naltrexone microparticles made using different manufacturing solvents, 2021 Controlled Release Society (CRS) Annual Meeting (2021), Abstract: 3563417.

218) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Park, H., Park, K., , Jhon, Y., Qin, B., and Wang, Y.: Effect of solvent molar volume on its ability to solubilize PLGA and potential implications for polymer structure, 2021 Controlled Release Society (CRS) Annual Meeting (2021), Abstract: 3563577.

219) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Park, H., Park, K., Qin, B., Jhon, Y., and Wang, Y.: Scanning analysis of semi-solvent impact using sequential solvent vapor (SASSI-SSV): Assay of poly(lactide-co-glycolide)-naltrexone (PLGA-NTX) microparticle, 2022 Controlled Release Society (CRS) Annual Meeting (2022), Montreal, Canada, July 13, 2022.

220) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Park, H., Park, K., , Qin, B., Jhon, Y., and Wang, Y.: Morphological analysis of naltrexone-poly(lactide-co-glycolide) (NTX-PLGA) microparticles: Dynamic role of naltrexone on PLGA degradation, 2022 Controlled Release Society (CRS) Annual Meeting (2022), Montreal, Canada, July 13, 2022.

221) Otte, A. and Park, K.: Injectable naltrexone 2-month depot formulations, NIH HEAL Initiative Investigator Meeting, Bethesda, MD, February 21-22, 2023.

222) Garner, J., Hadar, J., Skidmore, S., Jessmon, F., Park, H., Park, K., Otte, A., Xu, X., Jhon, Y.K., and Wang, Y.: Scanning analysis of semi-solvent vapor impact (SAVI): Microstructural and compositional analysis of leuprolide-loaded poly(lactide-co-glycolide) microparticles, 2023 Controlled Release Society (CRS) Annual Meeting (2023), Las Vegas, NV., July 26, 2023.

223) Garner, J., Hadar, J., Jhon, Y.K., Park, H., Park, K., Skidmore, S., Smith, W., Wang, Y., Zhang, D., and Zhou, Y.: Microstructural and compositional analysis of dexamethasone-loaded poly(lactide-co-glycolide) rods, 2025 Controlled Release Society (CRS) Annual Meeting (2025), Philadelphia, PA, July 15-18, 2025.


**Book Reviews**

1) Kinam Park
*Topics in Pharmaceutical Sciences 1985*, Breimer, D.D. and Speiser, P., Eds., Elsevier, New York, 1985.
*J. Control. Release*, 4: 304-305, 1987.

2) Kinam Park
*Clinical Chemistry: Interpretation and Techniques*, 3rd Edition, Kaplan, A., Szabo, L.L., and Opheim, K.E., Lea & Febiger, Philadelphia, 1988.
*J. Control. Release*, 9: 88, 1989.

3) Kinam Park
*Bioadhesion-Possibilities and Future Trends*, Gurney, R. and Junginger, H.Z., Eds., WVA, Germany, 1990.
*J. Control. Release*, 15: 84-85, 1991.

4) Kinam Park
*Protein Stability and Stabilization through Protein Engineering*, Nosoh, Y. and Sekiguchi, T., Ellis Horwood, New York, 1991.
*J. Control. Release*, 29: 204, 1994.

5) Kinam Park
*Topics in Fluorescence Spectroscopy. Vol. 4. Probe Design and Chemical Sensing*, Lakowicz, J.R., Ed., Plenum Press, New York, 1994.
*J. Control. Release*, 42: 301, 1996.

6)  Kinam Park
    *Pharmaceutical Dosage Forms: Disperse Systems*.  Volumes I and II,  Lieberman, H.A., Rieger, M.M., and Banker, G.S., Eds., Marcel Dekker, Inc., New York, 1996.
    *Pharmaceutical Research*, 13: 1902-1903, 1996.

7)  Tonglei Li and Kinam Park
    *Fractal Aspects of Materials.* Family, F., Meakin, P., Sapoval, B., and Wool, R., Eds., Materials Research Society, Pittsburgh, 1995.
    *Pharm. Res.*, 14: 551, 1997.

8)  Kinam Park
    *Protein Delivery Physical Systems*, Sanders, L.M. and Hendren, R.W., Eds., Plenum Publishing Corporation, New York, 1997.
    *Pharm. Res.*, 14: 1496, 1997.

9)  Kinam Park
    *Biosensors in the Body. Continuous In Vivo Monitoring*, Fraser, D.M., Ed., John Wiley & Sons, Ltd., Chichester, England, 1997.
    *Biocompatibility Assessment of Medical Devices and Materials*, Braybrook, J.H., Ed., John Wiley & Sons, Ltd., Chichester, England, 1997.
    *Pharm. Res.*, 15: 158-159, 1998.

10) Kinam Park
    *Physicochemical Principles of Pharmacy,* Florence, A.T. and Attwood, D., Macmillan Press Ltd., Houndmills, England, 1998.
    *Pharmaceutical Biotechnology:  An Introduction for Pharmacists and Pharmaceutical Scientists*, Crommelin, D.J.A. and Sindelar, R.D., Eds., Harwood Academic Publishers, Amsterdam, The Netherlands, 1997.
    *Pharm. Res.*, 15: 1804-1805, 1998.

11) Kinam Park
    *In Quest of Tomorrow's Medicine*s, Drews, J., Springer-Verlag, New York, 1999.
    *Pharm. Res.*, 17: 897-898, 2000.

12) Kinam Park
    *Cells, Gels and the Engines of Life. A New, Unifying Approach to Cell Function*, Pollack, G.H., Ebner and Sons Publishers, Seattle, WA, 2001.
    *Pharm. Res.*, 18(12): 1804-1805, 2001.

13) Kinam Park
    *Electroactive Polymer (EAP) Actuators as Artificial Muscles. Reality, Potential, and Challenges*. Bar-Cohen, Y., Ed. SPIE Press, Bellingham, WA, 2001.
    *Biomimetic Materials and Design. Biointerfacial Strategies, Tissue Engineering, and Targeted Drug Delivery*. Dillow, A.K. and Lowman, A.M., Eds., Marcel Dekker, New York, NY, 2002.
    *A New Kind of Science*. Wolfram., S., Wolfram Media, Champaign, IL, 2002.
    *Fundamentals of Microfabrication: The Science of Miniaturization*, Second Edition, Madou, M.J., CRC Press, Boca Raton, FL, 2002.
    *MEMS and NEMS: Systems, Devices, and Structures*. Lyshevski, S.E., Ed., CRC Press, Boca Raton, FL, 2002.
    *Handbook of Nanoscience, Engineering, and Technology*, Goddard, III, W.A., Brenner, D.W., Lyshevski, S.E., and Iafrate, G.J., Eds. ,CRC Press, Boca Raton, FL, 2003.

65

*The MEMS Handbook*, Gad-el-Hak, M., Ed., CRC Press, Boca Raton, FL, 2002.
*Microarray Analysis*, Schena, M., John Wiley & Sons, Hoboken, NJ, 2003.
*Handbook of Applied Surface and Colloid Chemistry.* Volumes. 1 and 2, Holmberg, K., Ed., John
Wiley & Sons, New York, NY, 2001.
*Pharm. Res.*, 20(3): 527-529, 2001.

14) Kinam Park
*Thermodynamics of Pharmaceutical Systems. An Introduction for Students of Pharmacy*, Connors,
K.A., Wiley-Interscience, Hoboken, NJ, 2002.
*Thermodynamics and Statistical Mechanics, Basic Concepts in Chemistry.* Seddon, J.M. and Gale, J.D.,
Wiley-Interscience, New York, NY, 2002.
*Thermodynamics of Biochemical Reactions*, Alberty, R.A.,. John Wiley & Sons, Hoboken, NJ, 2003.
*Bioenergetics 3*, Nicholls, D.G., and Ferguson, S.J., Academic Press, San Diego, CA, 2002.
*Pharm. Res.*, 20(9): 1518-1519, 2003.

15) Kinam Park
*Encyclopedia of Polymer Science and Technology.* Third Edn. Mark, H.F., Ed., John Wiley & Sons,
Hoboken, NJ, 2003. Volumes 1-4, Part 1.
  Volume 1. A to Coatings.
  Volume 2. Coextrusion to Hyperbranched Polymers.
  Volume 3. Injection Molding to Polysulfide.
  Volume 4. Polysulfones to Weathering.
*Pharm. Res.*, 20(12): 2041-2051, 2003.

16) Kinam Park
*Encyclopedia of Polymer Science and Technology,* Third Edn. Mark, H.F., Ed., John Wiley & Sons,
Hoboken, NJ, 2003. Volumes 5-8, Part 2.
  Volume 5. Acoustic Properties to Cyclopentadiene and Dicyclopentadiene.
  Volume 6. Degradation to Magnetic Polymers.
  Volume 7. Metal-Containing Polymers to Rigid-Rod Polymers.
  Volume 8. Semicrystalline Polymers to Ziegler-Natta Catalysts.
*Protecting America's Health: The FDA, Business, and One Hundred Years of Regulation,* Hilts, P.J.,
Knopf, A.A., New York, NY, 2003.
*A History of Nonprescription Product Regulation,* Pray, W.S., Pharmaceutical Products Press,
Binghamton, NY, 2003.
*Pharm. Res.*, 21(3): 543-552, 2004

## Articles in Newsletters, Business Reports, and Technology Journals

1)  Li, T. and Park, K.: The CRS web-site, *Controlled Release Newsletter*, 14(1): 14-15, 1997.

2)  Potts, R. and Park, K.: The 1998 CRS Annual Symposium in Las Vegas, *Controlled Release
    Newsletter*, 15(2): 16, 1999.

3)  Park, K.: From the President, *Controlled Release Newsletter*, 18(3): 3, 2001.

4)  Park, K.: From the President, *Controlled Release Newsletter*, 19(1): 11&20, 2002.

5)  Park, K.: New drugs in the past and new drugs in the future, *Business Briefing PharmaTech 2002*, p.
    144.

6)  Park, K.: Superporous hydrogels for pharmaceutical and other applications, *Drug Delivery
    Technology*, 2(4): 34-40, 2002.

7)  Huh, K.M., Cho. Y.W., and Park. K.: PLGA-PEG block copolymers for drug formulations, *Drug Delivery Technology*, 3(5): 52-58, 2003.

8)  Rocca, J.G. and Park, K.: Oral drug delivery: prospects and challenges, *Drug Delivery Technology*, 4(4): 52-57, 2004.

9)  Leaming, M. and Park, K.: Journal of Controlled Release Highlights, *Controlled Release Society Newsletter*, 22 (3), 27, 2005.

10) Leaming, M. and Park, K.: Journal of Controlled Release Highlights, *Controlled Release Society Newsletter*, 23 (1), 15, 2006.

11) Leaming, M. and Park, K.: Journal of Controlled Release Highlights, *Controlled Release Society Newsletter*, 23 (2), 12, 2006.

12) Park, K.: Journal of Controlled Release Highlights, *Controlled Release Society Newsletter*, 24 (3), 5, 2007.

13) Park, K.: A workshop on the regulatory landscape for therapeutic biologics, *Controlled Release Society Newsletter*, 2016 (http://www.controlledreleasesociety.org/publications/Newsletter/MemberOnlyNewsletter/Special%20Feature.pdf).


**Invited Lectures**

1)  Surface characterization of biomaterials by immunogold staining. Scanning Electron Microscopy 1986, Biotechnology and Bioapplication of Colloidal Gold, New Orleans, LA, May 5-9, 1986.

2)  Platelet behavior at polymer-blood interfaces. Devices and Technology Branch Contractors Meeting, Bethesda, MD, Dec. 8-10, 1986.

3)  Enzyme-digestible hydrogels - new platforms for oral controlled drug delivery, INTERx Research Corporation, Lawrence, KS, October 12, 1987.

4)  Factors affecting efficiency of colloidal gold staining colloidal stability, The 7th Pfefferkorn Conference on Science of Biological Specimen Preparation, Guildford, England, September 12-16, 1988.

5)  Examination of cytoskeletal structures of spread platelets using video-enhanced interference reflection microscopy, *The* 7th Pfefferkorn Conference on Science of Biological Specimen Preparation, Guildford, England, September 12-16, 1988.

6)  Time-lapse video microscopic analysis of surface-induced platelet activation, Conference on Platelet Structure and Adhesion, Madison, WI, October 27-28, 1988.

7)  New approach to study bioadhesion:  colloidal gold staining, AMGEN, Thousand Oaks, CA, November 11, 1988.

8)  The redistribution of fibrinogen receptors on the ventral membrane of spreading platelets, Scanning Microscopy 1989, Colloidal Gold Labelling, Salt Lake City, UT, May 1-5, 1989.

9)  Drug delivery systems using enzyme-digestible swelling/mucoadhesive hydrogels, The Fall Workshop of the Korean Federation of Science and Technology Societies, Seoul, Korea, October 11-13, 1989.

10) Modification of surface-adsorbed fibrinogen by spreading platelets, Third Annual Midwest Platelet Symposium, Madison, WI, November 17, 1989.

11) A new approach to study muchoadhesion:  Colloidal gold staining, Center for Controlled Chemical Delivery, Salt Lake City, UT, January 30, 1990.

12) New approaches to the study of polymer-mucin interactions, Gordon Research Conferences on Polymers in Biosystems, Oxnard, CA, March 19-23, 1990.

13) Prevention of platelet adhesion and activation by surface modification, Shiley Incorporated, Irvine, CA, May 9, 1990.

14) Biodegradable hydrogels as platforms for long-term oral drug delivery, Fourth Annual Symposium of the Johnson & Johnson Drug Delivery Subcommittee, October 8, 1990.

15) In vitro and in vivo studies of enzyme-digestible hydrogels for oral drug delivery, Fifth International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, UT, February 25-28, 1991.

16) Application of quantitative colloidal gold staining to the study of mucin-polymer interactions, Scanning '91, Atlantic City, NJ, April10-12, 1991.

17) Development of long-term oral drug delivery systems using enzyme-digestible swelling hydrogels, Syntex Research, Palo Alto, CA, June 10, 1991.

18) Application of quantitative colloidal gold staining to the study of mucin-polymer interactions, 3M Life Sciences Sector, St. Paul, MN, June 13, 1991.

19) Prevention of platelet adhesion an activation by surface modification, 3M Life Sciences Sector, St. Paul, MN, June 14, 1991.

20) Hydrogel systems, 204th ACS National Meeting, Washington, D.C., August 23, 1992.

21) Hydrogel systems in pharmaceutics, 1992 Annual Meeting of AAPS, PDD Symposium on Polymer Science: Unique Applications in the Pharmaceutical Industry, San Antonio, TX, November 17, 1992.

22) Oral vaccination using hydrogels, Miles Inc., Animal Health Products, Shawnee Mission, KS, February 24, 1993.

23) Biodegradable hydrogels for delivery of protein drugs, The 205th American Chemical Society National Meeting, Division of Polymer Chemistry, Denver, CO, April 1, 1993.

24) Evaluation of bioadhesion by colloidal gold staining, Gliatech, Inc., Cleveland, OH, June 11, 1993.

25) Surface modification of biomaterials, Korea Institute of Science & Technology, Seoul, Korea, June 25, 1993.

26) Prevention of protein adsorption and cell adhesion, Gordon Conference on Biocompatibility and Biomaterials, Tilton, NH, July 11, 1993.

27) Smart hydrogels for pharmaceutical applications, PharmTech Conference, Atlantic City, NJ, September 22, 1993.

28) Protein interactions with surfaces, American Vacuum Society, Orlando, FL, November 15, 1993.

28) New methods for modification of polymeric biomaterials, BSI Corporation, Eden Prairie, MN, November 5, 1993.

29) Protein interactions with surfaces, American Vacuum Society, Orlando, FL, November 15, 1993.

30) Surface modification of biomaterials, Cedars-Sinai Medical Center, Los Angeles, CA, November 22, 1993.

31) Smart hydrogels, WCCR Literature Meeting, Purdue University, West Lafayette, IN, April 22, 1994.

32) Polysaccharide hydrogels for controlled drug delivery, Frontiers in Carbohydrate Research Conference, West Lafayette, IN, May 10, 1994.

33) Surface modification for prevention of protein adsorption, AAPS Midwest Regional Meeting, Chicago, IL, May 23, 1994.

34) Oral vaccination of cattle via hydrogel delivery systems, The 21st International Symposium on Controlled Release of Bioactive Materials, Nice, France, June 27, 1994.

35) Surface modification of biomaterials for the prevention of protein adsorption and cell adhesion, Dept. of Biomedical Engineering, Duke University, Durham, NC, October 17, 1994.

36) Development of modulated insulin delivery systems: prospects and limitations, Korea Basic Science Center, Seoul, Korea, October 24, 1994.

37) Oral vaccination hydrogel systems, Second International Symposium on Biomaterials and Drug Delivery Systems, Korea Institute of Science and Technology, Seoul, Korea, October 25, 1994.

38) Recent advances in drug delivery systems using hydrogels, *Pacific Corporation*, Seoul, Korea, October, 28, 1994.

39) Surface modification of biomaterials, Center of Membrane Sciences, University of Kentucky, Lexington, KY, December 6, 1994.

40) Synthesis of novel sucrose-derived hydrogels and hydrogel foams for pharmaceutical applications, The Sugar Association, Washington, D.C., Mach 7, 1995.

41) Oral vaccination hydrogel systems, The Seventh International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, UT, February 28, 1995.

42) Surface modification for the prevention of protein adsorption and cell adhesion, College of Pharmacy, University of Michigan, Ann Arbor, MI, March 8, 1995.

43) Stent regulation of the vascular microenvironment, The 41st Annual Conference of ASAIO (American Society for Artificial Internal Organs), Chicago, IL, May 6, 1995.

44) Synthesis of glucose-sensitive phase-reversible hydrogels, 11th International Symposium on Affinity Chromatography and Biological Recognition, San Antonio, TX, May 27, 1995.

45) Smart hydrogels for pharmaceutical applications, Strategies for new drug and vaccine development, 5th Annual Meeting of the Society of Biomedical Research, Washington, D.C., September 15, 1995.

46) Surface modification of biomaterials, EE520 Biomedical Engineering Seminar, Purdue University, October 31, 1995.

47) Recent trend in pharmaceutical research, Choongwae Pharmaceuticals, Seoul, Korea, December 12, 1995.

48) Controlled drug delivery using smart hydrogels, Choongwae Research Labs., Suwon, Korea, December 13, 1995.

49) Smart hydrogels, Collagen Corp., Palo Alto, CA, February 6, 1996.

50) Issues in the implantable drug delivery systems, 42nd Annual Conference of American Society for Artificial Internal Organs, Washington, D.C., May 3, 1996.

51) Controlled drug delivery: Present and future, The Madison Conference on the Pharmaceutical Sciences, 1996, Madison, WI, June 7, 1996.

52) Computer simulation in drug delivery and biomaterials research: Oral vaccination hydrogel systems, Third International Symposium on Biomaterials and Drug Delivery Systems, Korea Research Institutes of Chemical Technology, Taejeon, Korea, July 5, 1996.

53) Hydrogel foams, Korea Institute of Science & Technology, Seoul, Korea, August 13, 1996.

54) A view on future glucose sensors and insulin delivery systems, Cygnus Corp., Redwood City, CA, October 24, 1996.

55) Self-regulated insulin delivery and glucose sensing, Fukuoka University, Fukuoka, Japan, May 13, 1997.

56) Future of glucose sensing and insulin delivery: A point of view, The First Asian International Symposium on Polymeric Biomaterials Science, Ishikawa, Japan, May 15, 1997.

57) New and emerging polymers and hydrogels, Land of Lake Conference on Challenges and Prospects in the Design and Development of Oral Controlled Release Products, Merric, WI, June 4, 1997.

58) Biocompatibility of implantable drug delivery systems, CRS-CPA Joint Workshop on Recent Advances in Drug Delivery Science and Technology, Beijing, China, September 20, 1997.

59) Biocompatibility of biomaterials, KSP-CRS Joint Symposium on Recent Advances in Drug Delivery and Biomaterials, Seoul, Korea, September 26, 1997.

60) Protein adsorption on surfaces with grafted polymers- Experiment, The Purdue Industrial Associates Program on Chemistry of Materials, Purdue University, West Lafayette, IN, October 3, 1997.

61) How to respond to reviewers' critiques, The Education Committee sponsored program on How to Write a Research Article at the American Association of Pharmaceutical Scientists 12th National Meeting, Boston, MA, November 4, 1997.

62) Fractal analysis of pharmaceutical particles, University of Wisconsin, School of Pharmacy, Madison, WI, January 5, 1998.

63) Superporous hydrogel composites:  A new class of hydrogels for biomedical and pharmaceutical applications, The Fifth European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands, April 1-3, 1998.

64) Drug delivery technology: Use of novel polymers and hydrogels, The AAPS Midwest Regional Meeting, Chicago, IL, May 18, 1998.

65) Analysis of glucose-binding molecules, The 25th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, NV, June 23, 1998.

66) AFM and fractal analysis of biomaterial microtopography, Microscopy & Microanalysis '98, Atlanta, GA, July 12-16, 1998.

67) Oral vaccination using microparticles: potentials and future directions, Pharmaceutical and Analytical & Development, Abbott Laboratories, Chicago, IL, July 24, 1998.

68) Surface-grafted PEO chains: Experiments, theoretical analysis, and computer simulation, Non-Fouling Surface Technologies Symposium, Seattle, WA, July 30-31, 1998.

69) Superporous hydrogels: Fast responsive hydrogel systems, The American Chemical Society National Meeting.  PMSE and Polymer Chemistry Divisions, Boston, MA, August 21-26, 1998.

70) Superporous hydrogel composites: synthesis, characterization, and application, The American Chemical Society National Meeting. Polymer Chemistry Divisions, Boston, MA, August 21-26, 1998.

71) Fractal analysis of pharmaceutical particles, Korea Institute of Science and Technology, Seoul, Korea, November 10, 1998.

72) Superporous hydrogels: medical and pharmaceutical applications, Korea Advanced Institute of Science and Technology, Taejon, Korea, November 11, 1998.

73) Fractal analysis of pharmaceutical particles, Korea Research Institute of Chemical Technology, Taejon, Korea, November 11, 1998.

74) Development and evaluation of medical devices and materials, The Second International Symposium on Current Status of International Regulation on Food and Drug, Korea Food and Drug Administration, Seoul, Korea, November 13, 1998.

75) Superporous hydrogels: medical and pharmaceutical applications, University of Minnesota, Biomedical Engineering Center and Department of Pharmaceutics, Minneapolis, MN, December 3, 1998.

76) Hydrogels in drug delivery, Ninth International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, UT, February 22, 1999.

77) Superporous hydrogels: pharmaceutical and medical applications, Yamanouchi Shaklee Pharma, Palo Alto, CA, March 19, 1999.

78) Video-enhanced interference reflection microscopy and video-intensified fluorescence microscopy, The Society for Biomaterials Academic Workshop on Probing and Imaging of Cells and Molecules, Providence, RI, April 28, 1999.

79) Degradable, fast-swelling, superporous sucrose hydrogels, Frontiers in Carbohydrate Research-6, West Lafayette, IN, May 12, 1999.

80) Characterization of morphological features of crystal surface during dissolution process, University of Utah, Salt Lake City, UT, May 17, 1999.

81) Superporous hydrogels: pharmaceutical and medical applications, Alza Corp., Palo Alto, CA, June 15, 1999.

82) Surface modified biomaterials: in vitro and in vivo behavior, UWEB Symposium on Devices and Diagnostics in Contact with Blood: Issues in Blood Compatibility at the Close of the 20th Century, Seattle, WA, August 4-6, 1999.

83) In vitro and in vivo behavior of surface modified biomaterials, KAIST, Taejon, Korea, August 28, 1999.

84) Superporous hydrogels: Synthesis and Application, The 5th International Symposium on Polymers for Advanced Technologies, Waseda University, Tokyo, Japan, August 31-September 5, 1999.

85) Pharmaceutical and biomedical applications of superporous hydrogels, Pusan National University, September 13, 1999.

86) Surface modified biomaterials: in vitro and in vivo behavior, KIST, Seoul, Korea, September 14, 1999.

87) Development of oral paclitaxel delivery systems, Sam Yang Corp., Taejon, Korea, September 17, 1999.

88) Pharmaceutical and biomedical applications of superporous hydrogels, Sook Myung Women's University, September 18, 1999.

89) Pharmaceutical and biomedical applications of superporous hydrogels, Dong Kook University, September 20, 1999.

90) Gastric retention drug delivery systems: Past and present, U.S. Food and Drug Administration, Rockville, MD, September 29, 1999.

91) Gastric retention drug delivery systems: Past and present, Kos Pharmaceutical, Edison, NJ, October 14, 1999.

92) Superporous hydrogels: pharmaceutical and medical applications, Ohio State University, Columbus, OH, October 28, 1999.

93) Superporous hydrogels: pharmaceutical and medical applications, Procter & Gamble Company, Cincinnati, OH, November 1, 1999.

94) Polymeric systems for oral controlled delivery, AAPS-Northeast Regional Discussion Group, Hartford, CT, April 24, 2000.

95) Modulated insulin delivery using glucose-sensitive sol-gel phase reversible hydrogels, Workshop on Supramolecular Approach to Biological Function, World Biomaterials Congress Workshop, Hawaii, May 15, 2000.

96) Superporous hydrogels for oral controlled drug delivery, Chong Kun Dang Corp., Seoul, Korea, May 18, 2000.

97) Superporous hydrogels for oral controlled drug delivery, Cheil Jedang Corp., Seoul, Korea, May 19, 2000.

98) Polymers in oral drug delivery, Kwang Ju Institute of Science and Technology, Kwang Ju, Korea, May 22, 2000.

99) Drug discovery in global economy, Korean Society of Pharmaceutics, Seoul, Korea, May 26, 2000.

100) PEO-grafted biomaterials: In vitro and in vivo behavior, Dept. of Chemical and Materials Engineering, University of Kentucky, Lexington, KY, June 30, 2000.

101) Modulated insulin delivery using phase-reversible glucose-sensitive hydrogels, The 40th Microsymposium of the Prague Meetings on Macromolecules, the International Union of Pure and Applied Chemistry, July 18, 2000.

102) Modulated insulin delivery using phase-reversible glucose-sensitive hydrogels, The 8th Hydrogel, Biodegradable Polymers for Medical Application Workshop, Korea Advanced Institute of Science and Technology, August 24, 2000.

103) PEG-modified biomaterials: Lack of in vitro-in vivo correlation, Univ. of Alabama in Huntsville, January 19, 2001.

104) Superporous hydrogels: pharmaceutical and biomedical applications, The North Carolina Pharmaceutical Discussion Group, Chapel Hill, NC, March 28, 2001.

105) Glucose-sensitive sol-gel reversible hydrogels for modulated insulin delivery, University of North Carolina, Chapel Hill, NC, March 29, 2001.

106) Gastric retention devices: Past and present, GlaxoWellcome, Chapel Hill, NC, March 30, 2001.

107) Superporous hydrogels for biomedical and pharmaceutical applications, Society for Biomaterials Annual Meeting, Minneapolis, MN, April 26, 2001.

108) Polymers in oral drug delivery, University of Maryland, Baltimore, MD, May 3, 2001.

109) Gastric retention drug delivery systems: Past and present, Northeastern University, Boston, MA, May 18, 2001.

110) Hydrotropic polymers for enhancing water solubility of poorly soluble drugs, The University of Tokyo, Tokyo, Japan, July 8, 2001.

111) Hydrotropic polymers for enhancing water solubility of poorly soluble drugs, Japan Advanced Institute of Science and Technology, Ishikawa, Japan, July 9, 2001.

112) Hydrotropic polymers for enhancing water solubility of poorly soluble drugs, Korea Institute of Science and Technology, Seoul, Korea, July 13, 2001.

113) Hydrotropic polymers for enhancing water solubility of poorly soluble drugs, Korea Research Institute of Chemical Technology, Taejeon, Korea, July 20, 2001.

114) Drug delivery, Biomaterials in 2001: State of the art. UWEB Summer Symposium, Seattle, WA, August 21, 2001.

115) Superporous hydrogels for pharmaceutical and biomedical applications, University of Georgia, College of Pharmacy, Athens, GA, Nov. 12, 2001.

116) Hydrotropic polymers and hydrogels for poorly soluble drugs, Samyang Corp., Taejeon, Korea, November 21, 2001.

117) Controlled drug delivery systems: Target areas for product development, Samyang Corp., Yongin-Si, Korea, November 22, 2001.

118) Hydrogels in pharmaceutical and biomedical applications, University of Southern California, Los Angeles, CA, December 7, 2001.

119) Hydrogels in drug delivery, University of Pennsylvania, Institute of Medicine and Engineering, Philadelphia, PA, January 29, 2002.

120) Hydrogels in controlled drug delivery, The 17th Annual Meeting of the Academy of Pharmaceutical Science and Technology, Japan (APSTJ), Shizuoka, Japan, March 30, 2002.

121) Polymeric systems in oral controlled drug delivery, Taisho Pharmaceutical Co., Ltd., Saitama-shi, Saitama, Japan, April 2, 2002.

122) Polymeric systems in oral controlled drug delivery, Daiichi Pharmaceutical Co., Ltd., Tokyo, Japan, April 2, 2002.

123) Hydrogels in drug delivery, AAPS/PDD Conference, Washington, D.C., April 22-24, 2002.

124) Novel hydrogels in drug delivery applications, University of Michigan, Ann Arbor, MI, May 15, 2002.

125) Hydrogels in drug delivery, University of Toronto, Toronto, Canada, May 30, 2002.

126) New platforms for drug delivery, McMaster University, Hamilton, Ontario, Canada, May 31, 2002.

127) Polymers and hydrogels in drug delivery: Design and applications, Inhale Therapeutic Systems, Inc., San Carlos, CA, June 12, 2002.

128) Novel hydrogels in drug delivery, UK/Ireland chapter of the Controlled Release Society (UKICRS) and 139th British Pharmaceutical Conference, Manchester, United Kingdom, September 24, 2002.

129) Nano-structures for delivery of poorly soluble drugs, Nano-biomaterials for drug, gene, and cell therapy, Korea Advanced Institute of Science and Technology, Taejeon, Korea, November 1, 2002.

130) New hydrogels for delivery of poorly soluble drugs and proteins, University of Illinois-Chicago, Chicago, IL, November 20, 2002.

131) Glucose imprints for modulated insulin delivery, Korean Chemical Society, Polymer Chemistry Division, Taejeon, Korea, December 13, 2002.

132) Solvent exchange method: A new process for making reservoir-type microcapsules, 11th International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, UT, March 3, 2003.

133) Novel methods of making microcapsules based on the solvent exchange method, AAPS Conference on Advances in Pharmaceutical Processing, Parsippany, NJ, June 19, 2003.

134) Biomimetic materials, Controlled Release Society Annual Meeting, Glasgow, Scotland, July 22, 2003.

135) Solvent exchange method: A new process for making reservoir-type microcapsules, Northeastern University, Boston, MA. September 8, 2003.

136) Oral drug delivery: Scientific challenges vs. product development, Oral Drug Delivery Conference, Boston, MA, September 9, 2003.

137) Recent progresses in fast melting tablets and delivery of poorly soluble drugs, AAPS Chicago Pharmaceutics Discussion Group Meeting, Chicago, IL, October 9, 2003.

73

A535

138) Hydrotropic polymeric micelle systems for formulation of poorly water-soluble drugs, The 8th European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands, April 7-9, 2004.

139) Novel microencapsulation techniques based on the solvent exchange method, Pharmaceutical Sciences World Congress (PSWC2004), 2nd World Congress of the Board of Pharmaceutical Sciences of FIP, Kyoto, Japan, May 31, 2004.

140) Nanotechnology: Innovation or rebranding? Debate with Sandy Florence in Pearls of Wisdom, 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, HI, June 16, 2004.

141) Hydrotropic polymer systems for poorly soluble drugs, 31st Annual Meeting and Exposition of the Controlled Release Society, Honolulu, HI, June 16, 2004.

142) Nanopolymeric structures for delivery of paclitaxel, School of Pharmacy, University of Kentucky, September 3, 2004.

143) Hydrotropic polymeric nanostructures for delivery of paclitaxel, Nanoparticles. Synthesis, Functionalization and Applications for Targeted Drug Delivery, Cleveland, OH, October 27, 2004.

144) Challenges and strategies in drug delivery from coronary stents, Biointerface 2004, Baltimore, MD, October 28, 2004.

145) Drug-eluting stents, Boston Scientific, Natick, MA, October 29, 2004.

146) Novel methods of making microcapsules based on the solvent exchange method. (Roundtable on Issues in Protein Microencapsulation), 2004 AAPS Annual Meeting, Baltimore, MD, November 10, 2004.

147) Recent advances in drug-eluting stents, Korea Research Institute of Chemical Technology, Taejeon, Korea, November 24, 2004.

148) Polymers in everyday life, LG Household & Heathcare, Taejeon, Korea, November 24, 2004.

149) Recent advances in drug-eluting stents, University of Utah, College of Pharmacy, January 5, 2005.

150) Preparation of PLGA microcapsules by the interfacial solvent exchange method, University of Pittsburgh, January 24, 2005.

151) Hydrotropic polymers for delivery of poorly soluble drugs, Inha University, Incheon, Korea, July 13, 2005.

152) Hydrotropic polymers for delivery of poorly soluble drugs, Boehringer-Ingelheim, Ridgebury, CT, July 20, 2005.

153) Oral drug delivery: Scientific challenges and product development, Annual Meeting of the Pharmaceutical Society of Korea, Seoul, Korea, November 29, 2005.

154) Polymers used in pharmaceutics, The 2006 AAPS PT Arden Conference, West Point, NY, January 25, 2006.

155) Polymer properties for controlled drug delivery, The 2006 AAPS PT Arden Conference, West Point, NY, January 25, 2006.

156) Nano/micro drug delivery systems and cellular uptakes, Symposium on Development of New Radiotherapy Technique Using Nano Drug Delivery System, Asan Medical Center, Seoul, Korea, March 10, 2006.

157) Controlled drug delivery: From macro to nanotechnologies, Institute of Genetics and Molecular Biology, Seoul National University, Seoul, Korea, June 23, 2006.

158) Drug delivery: Evolution into the nanotechnology era, Institute of Bioengineering and Nanotechnology, Republic of Singapore, July 3, 2006.

159) Novel methods for microsphere formulation and manufacture, The CMC and Regulatory Issues for Controlled Release Parenterals Workshop at the 33rd Annual Meeting of the Controlled Release Society, Vienna, Austria, July 29, 2006.

160) Label-free imaging tools for pharmaceutical and biomedical applications: CARS and SPR, Asan Medical Center, Seoul, Korea, September 5, 2006.

161) Nanomedicine: Evolution, revolution, and transformation, Mini Symposium on Molecular Imaging and Nanomedicine, Kyungbook National University, School of Medicine, Daegu, Korea, September 6, 2006.

162) Nanomedicine: Evolution, revolution, and transformation, 1st Purdue-KIST Collaborative Symposium on Biomedical Photonics, Korea Institute of Science and Technology, Seoul, Korea, September 7, 2006.

163) Translational research in drug delivery, LTS Academy, Andernach, Germany, October 6-8, 2006.

164) Imaging study of paclitaxel release from drug-eluting stents, University of Michigan, Ann Arbor, MI, October 19, 2006.

165) Nanotechnologies in drug delivery, NanoBio-Tokyo 2006, The University of Tokyo, December 4-7, 2006.

166) Fast-melting tablet formulations for controlled release and for large dose drugs, Astellas Pharma, Yaizu, Japan, December 7, 2006.

167) Drug-eluting stents: Imaging studies & strategies, Tokyo Women's Medical University Institute of Advanced Biomedical Engineering and Science, Tokyo, Japan, December 8, 2006.

168) Nanomedicine: Evolution, revolution, and transformation, The 2007 National Meeting of the Association for Laboratory Automation, Palm Springs, CA, January 27-31, 2007.

169) Scientific possibilities for combination products of the future, Symposium on Combination Products in Life Science Industries, Cook Inc. International Headquarters, Bloomington, IN, February 2, 2007.

170) Fast-melting tablet formulations for controlled release and for large dose drugs & fast-swelling hydrogels for biomedical applications, Abbott Laboratories, Abbott Park, IL, April 9, 2007.

171) Polymeric micelles for delivery of poorly soluble drugs & microcapsules for delivery of protein drugs, Abbott Laboratories, Abbott Park, IL, April 9, 2007.

172) What's wrong with the new drug delivery systems? CDER VPLS & ONDQA - cTiPS, USFDA, Rockville, MD, April 23, 2007.

173) Fast dissolving tablets - Current development and technologies, OGD, USFDA, Rockville, MD, April 23, 2007.

174) Overview of polymers used in controlled release, China International Pharmaceutical Technologies Conference 2007, Shanghai, China, May 10-14, 2007.

175) Nanomedicine: Evolution, revolution, and transformation, Kazakh National University, Almaty, Republic of Kazakhstan, June 13, 2007.

176) Polymers used in controlled drug delivery, Kazakh National University, Almaty, Republic of Kazakhstan, June 14, 2007.

177) Polymers in nanotechnology, Kazakh National University, Almaty, Republic of Kazakhstan, June 15, 2007.

178) Nanotechnologies in drug delivery, Chungnam National University, Daejeon, South Korea, August 14, 2007.

179) Orally disintegrating tablets: Determination of disintegration time, OGD, USFDA, Rockville, MD, August 21, 2007.

180) Imaging studies of paclitaxel release from drug-eluting stents. The University of Arizona, Department of Aerospace and Mechanical Engineering, Tucson, AZ, November 8, 2007.

181) Hydrotropic polymer micelle for delivery of poorly water-soluble drugs, The 10th European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands, April 2-4, 2008.

182) Hydrotropic micelles for poorly water-soluble drugs, Macromolecular Chemistry Symposia, 101th National Meeting of the Korean Chemical Society, Seoul, Korea, April 17, 2008.

183) Animal models in drug delivery: Indispensables, limitations and alternatives, The 35th CRS Annual Meeting, New York, NY, July 14, 2008.

184) Drug-eluting stents: What need to be done, Kyungpook National University Medical School, Daegu, Korea, September 2, 2008.

185) Bioefficacy studies in drug delivery: Animal models and alternatives, The 2008 KCRS Annual Conference: Research Networking for Future Therapy, Jeju Island, Korea, September 4, 2008.

186) Macro issues with nano/micro particles for drug delivery, Center for Nanoscale Science and Technology, University of Illinois, Urbana-Champaign, October 1, 2008.

187) Hydrotrophic polymer micelles for delivery of poorly soluble drugs, University of Pennsylvania School of Medicine, October 15, 2008.

188) Drug delivery systems: Macro issues of nano/micro formulations, University of Wisconsin, School of Pharmacy, Louis W. Busse Lecture Series, November 13, 2008.

189) Drug-eluting stents: What now? University of Wisconsin, School of Pharmacy, Louis W. Busse Lecture Series, November 14, 2008.

190) Long-term protein delivery: Challenges and opportunities, The 2nd International Quadruple Research Network Symposium - Protein, Gene, Cell Delivery, Hanyang University, Seoul, Korea, December 5, 2008

191) Nanotechnology in drug delivery: Issues & possibilities, Korea Research Institute of Chemical Technology, Taejeon, Korea, December 8, 2008.

192) Nano/micro particles with predefined size and shape, 14th International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, UT, Feb. 15-18, 2009.

193) Delivery of poorly water-soluble drugs: Hydrotropic solubilization and nano/micro-particles, Pfizer, Groton, CT, March 6, 2009.

194) Practical nanotechnology and microfabrication for drug delivery, 2009 International Symposium of the Intelligent Drug Delivery System, Seoul, Korea, April 29, 2009.

195) Aquatemplate method for microparticular drug delivery systems, Sungkyunkwan University, College of Engineering, Suwon, Korea, May 1, 2009.

196) Polymers in drug delivery systems & gastric retention devices, Astellas Pharma, Shizuoka, Japan, May 22, 2009.

197) Drug delivery systems: Basic research and product development, Academy of Pharmaceutical Science and Technology, Japan (APSTJ), Shizuoka, Japan, May 23, 2009.

198) Drug-eluting stents: The future trend, the 7th Asia 3 (China-Japan-Korea) Foresight Symposium on Gene Therapy and Biomaterials, Seoul, Korea, May 26, 2009.

199) Oral delivery of macromolecular drugs: Limitations and possibilities, 2009 World Class University (WCU) Symposium on Drug Delivery and Bioimaging, Daegu, Korea, May 28, 2009.

200) Novel Drug Delivery Systems for Translational Research, Cardiovascular Innovation Seminar Series, Medtronic Cardiovascular, Santa Rosa, CA, August 12, 2009.

201) Nanotechnology in drug delivery, Korea Advanced Institute of Science and Technology, Daejeon, Korea, September 1, 2009.

202) Nano/micro fabrication for drug delivery systems, Green Cross Pharma, Seoul, Korea, September 2, 2009.

203) Nanotechnology in drug delivery, POSTECH, Pohang, Korea, September 3, 2009.

204) Macro issue with nano/micro particles in drug delivery, 2009 International Symposium on Crystal Engineering & Drug Delivery System, Tianjin, China, September 6, 2009.

205) Advances in drug delivery based on nanotechnology, Ajou University, Suwon, Korea, September 10, 2009.

206) Nanotechnology applications for drug delivery, 12th Annual International Conference on Drug Metabolism/Applied Pharmacokinetics, Merrimac, WI, September 17, 2009.

207) A new nanofabrication method designed for scale-up production, 7th International Nanomedicine and Drug Delivery Symposium, Indianapolis, IN, October 5-6, 2009.

208) Advances in nanofabrication in drug delivery, Advanced Polymeric Materials and Technology Symposium (APMT 2010), Jeju, Korea, January 24-27, 2010.

209) The hydrogel template method for nanofabrication of drug delivery particles, The American Society of Mechanical Engineers (ASME)/ the First Global Congress on NanoEngineering for Medicine and Biology (NEMB): Advancing Health Care through Nanoengineering and Computing, Houston, TX, February 8, 2010.

210) Nanofabrication of microstructures for drug delivery using the hydogel template method, Macromolecular Science and Engineering, University of Michigan, Ann  Arbor, February 16, 2010.

211) Long-term drug delivery using microfabricated particles, Advanced Technologies and Regenerative Medicine (Johnson & Johnson), Somerville, NJ, April 5, 2010.

212) A (toy) story of drug delivery systems, Sigma Xi Purdue Chapter, West Lafayette, IN, April 14, 2010.

213) Microfabricated particles for controlled drug delivery, Zhejiang University, Department of Chemical and Biochemical Engineering, Hangzhou, China, April 20, 2010.

214) Microfabricated particles for controlled drug delivery, Peking University, Department of Polymer Sciences & Engineering, Bejing, China, April 23, 2010.

215) Development of large dose FDT formulations & microparticulate depot injectables, CKD Pharmaceutical, Seoul, Korea, April 26, 2010.

216) Targeted drug delivery: Essential for further advances in drug delivery, The 9th China-Japan-Korea Foresignt Joint Symposium on Gene Delivery and the International Workshop on Biomaterials 2010, Changchun, Julin, China, June 21, 2010.

217) Drug delivery systems: oral and parenteral formulations, AmorePacific, Suwon, Korea, June 24, 2010.

218) Fabrication of long-term release risperidone-PLGA microsystems, Samyang Corp., Daejeon, Korea, June 25, 2010.

219) Drug-eluting stents with controllable elution kinetics, SIRIC International Symposium 2010, Stent development: Present and Future, Severance Hospital, Seoul, Korea, July 2, 2010.

220) Where have all the smart hydrogels gone? The Annual Controlled Release Society Meeting, Portland, OR, July 14, 2010.

221) A new microfabrication method for delivery of varioust types of drugs, The 19th Shizuoka DDS Conference, Shizuoka, Japan, September 4, 2010.

222) Microstructures for drug delivery using the hydrogel template method, University of Tokyo, Tokyo, Japan, September 6, 2010.

223) Targeted drug delivery: Expected targeting and true targeting, Tokyo Women's University, Tokyo, Japan, September 7, 2010.

224) Wild wild world of drug delivery systems: From macro to nano, Tokyo Institute of Technology, Tokyo, Japan, September 9, 2010.

225) Targeted drug delivery: The next advances to be made, The 5th Global COE International Symposium on Frontier in Biomaterials Science and Technology for Regenerative Medicine and Gene/Drug Delivery, Tokyo Institute of Technology, Tokyo, Japan, September 10, 2010.

226) Drug targeting: Myth, reality, and possibility, Symposium on Innovative Polymers for Controlled Delivery (SIPCD 2010), Suzhou, China, September 15, 2010.

227) Nano-Med: Recent advances in nanotechnology for drug delivery, Suzhou Institute of Nano-Tech and Nano-Bionics, Chinese Academy of Sciences, Suzhou, China, September 16, 2010.

228) Long-term protein delivery: Challenges & opportunities, Genentech, South San Francisco, CA, December 2, 2010.

229) Recent advances in hydrogel drug delivery for biotherapeutics and major hurdles to commercialization, 46th Annual Pharmaceutical Technologies Arden Conference: Pharmaceutical Development of Biologics: Fundamentals, Challenges, and Recent Advances, The Thayer Hotel, West Point, NY, March 8, 2011.

230) Controlled Drug Delivery: Clinically Useful Formulation & Commercial Success, CKD Research Institute, Chonan, Korea, April 27, 2011.

231) Drug delivery: New directions in the new decade, The 10th China-Japan-Korea Foresight Joint Symposium on Gene Delivery and International Symposium on Biomaterials 2011, Gulin, Guangxi, China, May 31, 2011.

232) Controlled drug delivery technologies for clinically useful practical formulations, Changchun Institute of Applied Chemistry, Changchun, China, June 3, 2011.

233) Barriers to overcome for targeted drug delivery to tumors, Drug Delivery and Cancer: Challenges and New Directions for Cancer Therapy, West Lafayette, IN October 10, 2011.

234) The 10Xer's way toward theragnosis, Korea Institute of Science and Technology, Seoul, Korea, November 24, 2011.

235) How smart is a smart hydrogel? Yeongnam University, Daegu, Korea, November 25, 2011.

236) Infinite future of undergraduate students, Korea University, School of Pharmacy, Jochiwon, Korea, November 28, 2011.

237) Targeted drug delivery: myth, reality, & possibility, Department of Pharmaceutical Sciences, University of Tennessee Health Science Center, Memphis, TN, December 12, 2011.

238) Controlled drug delivery: The third generation, International Symposium on Past, Present and Future of Molecular Pharmacokinetics, Hitotsubashi Hall, Tokyo, Japan, January 18, 2012.

239) Targeted drug delivery: myth, reality, & possibility, Department of Mechanical Engineering, University of Minnesota, Minneapolis, MN, March 28, 2012.

240) Nanoadvances in nanotechnology-based drug delivery, KAIST, Daejeon, Korea, April 16, 2012.

241) Drug delivery systems for the new decades: Balance between "*iNew*" and "Me-too" approaches. National Tsing Hua University, Hsinchu, Taiwan, April 26, 2012.

242) Publication of papers for Journal of Controlled Release. Changchun Institute of Applied Chemistry, Chinese Academy of Sciences, Changchun, China, June 1, 2012.

243) How to write good papers for JCR. West China School of Pharmacy, Sichuan University, Chengdu, China, June 2, 2012.

244) The 3rd Generation drug delivery systems: Issues to Resolve. The 9th World Biomaterials Congress, Chengdu, China, June 3, 2012.

245) Politicians, Athletes, Scientists, and *i*CRS. The 39th Annual Meeting of the Controlled Release Society, Quebec, Canada, July 17, 2012.

246) Drug Delivery Systems for the New Decade: Balance between "iNew" and "Me-too" Approaches, the 15th International Biotechnology Symposium, Daegu, Korea, September 17, 2012.

247) The 3rd Generation drug delivery systems: Back to Basics, the 3rd Asymchem Pharmaceutical CMC 2012, Tianjin, China, September 21, 2012.

248) The 10X Research on Drug Delivery, Sungkyunkwan University, Korea, September 24, 2012.

249) The 3rd generation drug delivery systems: Improvement to make, Peking University, Beijing, China, December 1, 2012.

250) Controlled Drug Delivery Systems, CoSci-Med, Harbin, China, December 2, 2012.

251) Controlled drug delivery systems for the new decade, Heilongjiang University, Harbin, China, December 3, 2012.

252) Oral controlled drug delivery systems, Symposium on New Technology Seminar on Extended and Controlled Release Oral Solid Dosage (VIII), Guangzhou, China, December 4, 2012.

253) Controlled release formulations for generics, The 3rd International Forum for Generics, Nanchang, China, December 5-6, 2012.

254) Anti-retroviral delivery systems: New directions in the new decades, NIH National Institute of Allergy and Infectious Diseases, Division of AIDS, Prevention Sciences Program and The Bill and Melinda Gates Foundation. Think Tank on Drug Delivery Systems for HIV Prevension, Washington, DC, February 22, 2013.

255) Controlled drug delivery systems: The third generation, International Conference on Biomaterials Science, Tsukuba, Japan, March 20-22, 2013.

256) Targeted drug delivery: Insights by Professor You Han Bae, Joint Symposium of  the 5th Utah-Inha DDS Research Center Symposium and the 7th International Symposium on Intelligent DDS, Incheon, Korea, May 23-24, 2013.

257) The missing components of current drug delivery systems and new approaches, The 4th International Advanced Biomaterials Symposium Changchun, China, September 28-30, 2013.

258) Facing the truth about nanotechnology in drug delivery, Dongguk University, Pharmacy School in Ilsan. October 2, 2013.

259) Controlled drug delivery: new technologies required for the next generation, Symposium on Perspectives on the Future of Drug Delivery Systems, Beijing, China, November 22, 2013.

260) Controlled drug delivery: Challenges and Opportunities, Youbo Pharmaceuticals, Mudanjiang, China. March 10, 2014.

261) The 3rd generation drug delivery systems: Future back, the 8th International Symposium on Intelligent Drug Delivery System, Seoul, Korea, April 24, 2014.

79

A541

262) Create your own future, Korea University, Jochiwon, Korea, May 28, 2014.

263) Controlled drug delivery: Historical perspective for the future, Ajou University, Suwon, Korea. November 3, 2014.

264) Virtual human, KIST, Seoul, Korea, November 4, 2014.

265) From pills to nanoparticles: The 10X progress in drug delivery research, Korean-American Society in Biotech and Pharmaceuticals (KASBP), Morristown, NJ, November 7, 2014.

266) 30 Years of Research on Drug Delivery: A Personal Reflection, Purdue University Faculty Careers Colloquium, West Lafayette, IN, February 20, 2015.

267) Vacuum SpinSwiper for microfabrication of PLGA microparticles, Sungkyunkwan University, Suwon, Korea, March 24, 2015.

268) Controlled drug delivery: Historical perspective for the next generation, Pharmaceutical Society Japan, Kobe, Japan, March 28, 2015.

269) Drug delivery technologies for the future: Thinking in new boxes, Ashland Inc. Distinguished Lecturer at the University of Kentucky, April 27 2015.

270) Controlled drug delivery systems: Needs for accelerated evolution, the Canadian Biomaterials Society, Toronto, Canada, May 29, 2015.

271) Drug dlivery of the future: Chasing the invisible gorilla, The 1st Annual International Symposium on Bio-Therapeutics Delivery, Seoul, Korea, Septembrer 14, 2015.

272) Sustained depot formulations for parenteral applications, CJ HealthCare, Icheon-si, Gyeonggi-do, Korea, September 18, 2015.

273) PLGA microparticle formulations for long-term drug delivery, Korea University, Jochiwon, Korea, September 21, 2015.

274) Drug delivery of the future: Chasing the invisible gorilla, Lilly/Purdue Technology Day, Eli Lilly, Indianapolis, IN, October 5, 2015.

275) Controlled Drug Delivery: Historical perspective for the next generation, Sungkyunkwan University, College of Engineering and College of Pharmacy, Suwon, Korea, November 19, 2015.

276) Controlled Drug Delivery: Historical perspective for the future, The Chinese University of Hong Kong, College of Pharmacy, Sha Tin, Hong Kong, March 16, 2016.

277) Lessons learned from Dr. Tsuneji Nagai for the future of drug delivery, the 30th Anniversary Symposium of The Nagai Foundation Tokyo: Link to the Past and Bridge to the Future, Tokyo, Japan, July 7, 2016.

278) Drug Delivery Systems: Achieving Accelerated Evolution, the 10th Israel Controlled Release Society Symposium, Maalot, Israel, September 16, 2016.

279) Drug Delivery Systems: Accelerated Evolution for the Future, Allan S. Hoffman Lecture, University of Washington, Seattle, WA, October 10, 2016.

280) Drug delivery systems: Past successes and future possibilities, the 28th Korean Academy of Science & Technology Symposium: Young Scientists in Drug Delivery- Redirecting the Research Field, KIST, Seoul, Korea, December 7, 2016.

281) PLGA microparticles; Challenges in peptide and protein delivery, Eli Lilly and Company, Indianapolis, IN, March 9, 2017.

282) Center for drug abuse intervention and treatment, National Institute of Drug Abuse, Baltimore, MD, April 7, 2017.

283) The drug delivery field at the inflection point, IDDS-GiRC Joint Symposium, Seoul, Korea, May 25, 2017.

284) The drug delivery field at the inflection point: Why we need to change, University of Utah, Salt Lake City, UT, August 28, 2017.

285) Characterizations of PLGA polymers, FDA Public Workshop on Demonstrating Equivalence of Generic Complex Drug Substances and Formulations: Advances in Characterization and In Vitro Testing, Silver Spring, MD, October 6, 2017.

286) The drug delivery field at the tipping point, Korea University, Jochiwon, Korea, October 20, 2017.

287) Drug delivery systems: Accelerated evolution for the future, Monash University, Melbourne, Australia, November 17, 2017.

288) Preparing manuscripts and patents, University of Auckland, Auckland, New Zealand, November 21, 2017.

289) Bioefficacy and toxicity studies in drug delivery: Animal models & alternatives, in New Zealand-Australia CRS 2017 Joint Workshop on Recent Trends in In-vitro, Ex-vivo and In-vivo Models in Bioactive Delivery, November 22, 2017.

290) Drug delivery systems: Past successes and future possibilities, University of Otago, Dunedin, New Zealand, November 24, 2017.

291) Preparing manuscripts for Journal of Controlled Release, University of Otago, Dunedin, New Zealand, November 24, 2017.

292) The drug delivery field at the inflection point: Time for new thinking, University of Auckland, Auckland, New Zealand, November 27, 2017.

293) Role of drug delivery in drug discovery, University of Auckland, Auckland, New Zealand, November 28, 2017.

294) The drug delivery field at the inflection point: Time to change for the future, University of Southern California, Los Angeles, CA, February 24, 2018.

295) The drug delivery field at the inflection point, The KAST 13th Frontier Scientist Workshop: Future Trends of Biomaterials, University of Utah, Salt Lake City, UT, June 18-19, 2018.

296) A long walk to PLGA. The 2018 Annual Meeting of Controlled Release Society, New York, NY, July 22, 2018.

297) The future of the drug delivery field: Lessons learned from Professor Diane Burgess, The Interface between Science and Education. A Celebration of Professor Diane J. Burgess' 60th Birthday, Storrs, CT, August 18, 2018.

298) PLGA microparticles: Very well-known but unexplored formulations, Fifth Symposium of Innovative Polymers for Controlled Delivery, Suzhou, China, September 15, 2018.

299) The drug delivery field at the inflection point: Time to think differently, West China School of Pharmacy, Sichuan University, Chengdu, China, November 5, 2018.

300) The drug delivery field at the inflection point: Time to think differently, Engineering Research Center in Biomaterials, Sichuan University, Chengdu, China, November 6, 2018. West China School of Pharmacy, Sichuan University, Chengdu, China, November 6, 2018.

301) Create your own future, West China School of Pharmacy, Sichuan University, Chengdu, China, November 6, 2018.

302) One life, one chance, Purdue Korean Faculty Association, West Lafayette, IN, December 14, 2018.

303) The future of the drug delivery field: time to make real changes, 17th International Symposium on Advances in Technology and Business Potential of New Drug Delivery Systems, Mumbai, India, February 2, 2019.

304) Characterization considerations for complex generics containing PLGA, Section "Advancing Pharmaceutical Science in Generic Industry-1), 33rd International Forum Processing Analysis & Control (IFPAC-2019), North Bethesda, MD, March 4, 2019.

305) Drug delivery: Collective progress beyond nanohorizon, Nanomedicine Symposium, Aurora, CO, April 26, 2019.

306) An assessment of the current and likely impact of the science of crossing biological barriers on medicine, Keystone Symposium on Delivering Therapeutics across Biological Barriers, Dublin, Ireland, May 9, 2019.

307) PLGA: Very well-known but unknown polymers, Helmholtz-Zentrum Geesthacht. Centre for Materials and Coastal Research, Berlin, Germany, May 14, 2019.

308) Nanoprogress in nanomedicine: Mission NanoAcccompised, 2019 Controlled Release Society (CRS) Annual Meeting, Debate on Nanotechnology: Big progress vs nano progress,Velencia, Spain, July 22, 2019.

309) Importance of polymer characterization in transdermal and cosmetic formulations, Fifth Conference of transdermal drug delivery in world federation of Chinese medicine societies, Nanjing. China, August 17, 2019.

310) One life, one chance: Create your own future, China Pharmaceutical University, Nanjing, China, August 19, 2019.

311) PLGA formulations: Understanding the complexicity of the PLGA assay, Chinese American Society of Nanomedicine and Nanotechnology, Hangzhou, China, August 20, 2019.

312) Kinam Park and Fernanda Ogochi: How to get published in Journal of Controlled Release: Perspectives of the editor and the publisher, Chinese American Society of Nanomedicine and Nanotechnology, Hangzhou, China, August 20, 2019.

313) Characterization of complex PLGA formulations, FDA, Silverspring, MD, September 12, 2019.

314) Kinam Park and Fernanda Ogochi: Writing research articles, West China School of Pharmacy, Chengdu, China, September 19, 2019.

315) Reshapable hydrogels for soft tissue expansion, Engineering Research Center in Biomaterials, Sichuan University, Chengdu, China, September 19, 2019.

316) Drug Delivery: What Do We Do Now? The 1st Asian Young Investigator Symposium on Pharmaceutical Science and Technology, Chengdu, China, September 20, 2019.

317) Professor Doo Sung Lee: A pioneer in environment-sensitive polymers, Polymer Society of Korea, Seogwipo, Jeju, Korea, October 10, 2019.

318) Stand firm on the goal of your life, College of Pharmacy, Seoul National University, Seoul, Korea, October 11, 2019.

319) Time for Korean pharmaceutical science to move ahead of the world, Pharmaceutical Society of Korea, Yeosu, Korea, October 14, 2019.

320) Characterization of complex PLGA formulations, Soochow University, Suzhou, China, November 19, 2019.

321) Role of drug delivery in drug discovery, Dongsung Biopharm, Seoul Korea, November 26, 2019.

82

322) PLGA polymers: Very familiar strangers in drug delivery, The CRS Annual Meeting (Virtual), July 1, 2020.

323) Developing a long-acting and affordable opioid treatment, Indiana CTSI Annual Meeting (Virtual), September 11, 2020.

324) Recent advances in characterization of PLGA microparticle, Ajou University, Suwon, Korea (Virtual), March 4, 2021.

325) Evolution of drug delivery systems: From 24-hour to 24-week delivery, Eli Lilly, Indianapolis, IN (Virtual), May 25, 2021.

326) Remembering Sung Wan Kim, Recent Advances in Drug Delivery Systems 2022, Salt Lake City, February 23, 2022.

327) The primal essence of targeted drug delivery: Can it deliver enough drug to cure?, NIH Targeted Delivery Interest Group (TDIG), NIH (Virtual), May 20, 2022.

328) Biodegradable polymers: from drug delivery to everyday plastics, CRS 2022 Annual Meeting Plenary Lecture 1, Montreal, Canada, July 12, 2022.

329) Evolution of drug delivery systems & long-acting injectable PLGA formulations, Keynote speaker at the Tolmar Technology Day, Fort Collins, CO, November 15, 2022.

330) Biodegradable polymers: Drug delivery and beyond, The KAST International Symposium on "Innovations and Future Directions in Medicinal Materials Research," Seoul, Korea, December 7, 2022.

331) Drug delivery systems: The revolution-evolution cycles, Center for Paralysis Research, Purdue University, West Lafayette, IN, April 19, 2023.

332) New PLGA analytical tools for universal reverse engineering  of complex long-acting injectable formulations, FDA Generic Drug Science and Research Initiatives Public Workshop, Silver Spring, MD, May 11, 2023.

333) JCR, CRS, & Paris, Annual Meeting of the Controlled Release Society, Las Vegas, NV, July 26, 2023.

334) Evolution of Drug Delivery Systems: Past & Future, AAPS PharmSci 360 Annual Meeting, Session on Drug Delivrery Technology: Quo Vadis, Orlando, FL, October 23, 2023.

335) It's Not the Animal Model, Inadequate. It's the Human Use, Inadequate. (What are animal model challenges for the development and evaluation of cancer nanotherapeutics?), The National Cancer Institute Workshop on Nanomedicine- which cancers to treat, Virtual, November 3, 2023.

336) Analysis of PLGAs in complex long-acting injectable formulations, The FDA Workshop on Characterization of Complex Excipients and Formulations, Virtual presentation, December 7, 2023.

337) Bohemian rhapsody of the future drug delivery, Merck, Rahway, NJ, March 20, 2024.

338) Journal of Controlled Release: Engine for the Next Drug Delivery Revolution, CRS 2024 Annual Meeting, Bologna, Italy, July 9, 2024.

339) 你问我爱费扬有多深 "A tribute to Professor Jan Feijen for his lifetime achievements", at the 6th Symposium on Innovative Polymers for Controlled Delivery (SIPCD 2024), Suzhou, China, September 22, 2024.

340) The history of drug delivery systems: Evolution to the future, Ajou University, September 25, 2024.


**Awards by Graduate students**

1) Yoon Yeo: 2002 CRS-3M Drug Delivery Systems Graduate Student Outstanding Research Award in Drug Delivery (Controlled Release Society, July, 2003)

2) Yong Qiu: AAPS Outstanding Graduate Student Research Award in Pharmaceutical Technologies (American Association of Pharmaceutical Scientists, October 2003)

3) Yoon Yeo: AAPS Outstanding Graduate Student Research Award in Pharmaceutical Technologies (American Association of Pharmaceutical Scientists, November 2004)

4) Drug Delivery Special Interest Group Outstanding Contribution to the Society for Biomaterials

(Eunah Kang: Society for Biomaterials 2007)


**Reviewer for Scientific Organizations**

1) Reviewer for the Petroleum Research Fund of the American Chemical Society (1991, 1992, 1994, 1997, 2000).

2) Special reviewer for the Medical Research Council of Canada (1991, 1996), and the National Sciences and Engineering Research Council of Canada (1998, 2001).

3) Reviewer for the U.S. Civilian Research & Development Foundation. Regional Experimental Support Center Program 2000-2001 (2000).

4) Reviewer for the Maryland Sea Grant College of the National Office's Sea Grant Technology Program (2002)

5) Reviewer for Canadian Institute of Health Research (2003)

6) Reviewer for Connecticut Innovations (2005)

7) Reviewer for the Netherlands Organisation for Scientific Research (2009)

8) Reviewer for the BMM/CTMM/TIPharma, the Netherlands (2009)

9) Reviewer for Lister Institute Research Prizes, United Kingdom (2012)


**Reviewer for Academic Departments**

1) University of Minnesota, Department of Pharmaceutics, 1998

2) University of Utah, Department Pharmaceutics and Pharmaceutical Chemistry, 2004.

3) School of Pharmacy at Queen's University Belfast, Belfast, United Kingdom, 2011.


**Short Course Instructor**

1) Peppas, N.A. and Park, K.: Hydrogels in Biomedical and Pharmaceutial Applications, held at Indianapolis, IN, on April 24-26, 1991.

2) Peppas, N.A. and Park, K.: Hydrogels in Biomedical and Pharmaceutial Applications, held at Purdue University, West Lafayette, IN, on May 5-7, 1992.


**National and International Committee Member**

1) Program Planning Committee for the American Association of Pharmaceutical Scientists (AAPS) Meeting (Fall, 1987).

2) Scientific Program Committee for the 1990 Controlled Release Society Meeting (July, 1990).

84

A546

3)   Abstract review for the Pharmaceutics and Drug Delivery Section of the American Association of Pharmaceutical Scientists (AAPS) Meeting (Fall, 1991).

4)   Program Planning Committee for the Controlled Release Society Symposium to be held in Korea (1992).

5)   Controlled Release Society Award Committee in Outstanding Pharm/Ag-Vet Section (1992-1993).

6)   Controlled Release Society Award Committee in Graduate Student Research Awards & Young Investigator Research Award (1993-1996)

7)   Controlled Release Society Nominations Committee (1993-1996).

8)   Controlled Release Society Committee in Ag/Vet Development (1993-1996).

9)   Abstract review for the Protein Adsorption Section of the Society for Biomaterials Meeting (1993).

10) Task Force on Global Membership Network of the Controlled Release Society (1993).

11) Controlled Release Society Award Committee in Outstanding Pharm/Ag-Vet Section (1993-1994).

12) Abstract review committee for the 20th Annual Meeting of the Society for Biomaterials (held in Boston, April 5-9, 1994).

13) Advisory Board of the Molecular Modeling Conference (1994)

14) Scientific Program Committee for the 1996 Controlled Release Society Meeting (1994).

15) Chairman of the Global Network Team of the Controlled Release Society (1994-1995).

16) Advisory Panel on Polymeric Excipients, USP (1995-1999)

17) Chairman of the Global Network Committee of the Controlled Release Society (1995-1996).

18) Chairman of the Fellow selection committee of the Pharmaceutics and Drug Delivery (PDD) section of the American Association of Pharmaceutical Scientists (AAPS) (1996-1997).

19) ACS Books Advisory Board (1997-2000)

20) Advisory Panel on Current Drugs (1997-1999)

21) Scientific Advisory Board, International Symposium on the Frontiers in Biomedical Polymers Applications (2000-2001)

22) Scientific Advisory Board, International Symposium on Recent Advances in Drug Delivery Systems (2000-2001)

23) Advisory Panel on Excipients: Substance and Characterization Expert Committee, USP (2000-2005)

24) Scientific Program Committee of the 2nd Pharmaceutical Sciences World Congress (PSWC2004) (2001-2004).

25) Workshop Committee for the Controlled Release Society's Workshop on Optimization of Quality and Performance Attributes of Controlled Release Products, Seoul, Korea (2001-2002)

26) International Advisory Committee of the First International Conference on Medical Implants Bethesda, MD (July 25-28, 2003)

27) Scientific Advisory Board, Third International Nanomedicine and Drug Delivery Symposium (2005)

28) Scientific Advisory Board, European Symposium on Controlled Drug Delivery (2006-)

29) Scientific Advisory Board, China International Pharmaceutical Technologies Conference 2007 (2006-)

30) Scientific Organizing Committee for Micro 2007, The 16th International Symposium on Microencapsulation (2007)

31) International Advisory Board, the 3rd International Conference on Smart Materials, Structures and Systems (2007-2008)

32) International Organizing Committee, Symposium on Innovative Polymers for Controlled Delivery, Suzhou, China, September 14-17, 2010.

33) Nominations Committee for Controlled Release Society, 2010-2011.

34) Symposium Co-Chairman , 4th International Advanced Biomaterials Symposium 2013, September 28-October 2, 2013, Changchun, China.

35) International Committee of the Athens Congress on Computational-Experimental, Scientific-Regulatory Advances in Drug Discovery, Formulation Strategies, Drug Delivery, ADMET for Small Molecules (Generics) and Biotechnological (Biosimilar) Drugs, Athens, Greece, May 30-June 1, 2015.

36) The Annual Meeting Programme Committee for the Controlled Release Society conference in 2015, Edinburgh, Scotland, July 25-29, 2015.

37) The nominating committee of the Controlled Release Society, 2016-2017.

38) The nominating committee of the Controlled Release Society, 2017-2018.

39) The Founder's Award committee of the Controlled Release Society, 2020-2021.


**Meeting Organizer**

1) The 1989 Scanning Microscopy Meeting on "Colloidal gold: quantitative labeling and new applications," held in Salt Lake City, UT, on May 1-5, 1989.

   Co-organizer: Dr. Ralph Albrecht, University of Wisconsin.

2) The 1994 ACS National Meeting on "First International Symposium on Biorelated Polymers," sponsored by the Division of Polymer Chemistry, held in Washington, D.C., on August 21-25, 1994.

   Co-organizers: Dr. Raphael Ottenbrite, Virginia Commonwealth University, and Dr. Samuel Huang, University of Connecticut.

3) Organizer for the workshops on "Particulate Drug Delivery Systems" and "Development of Hydrogel dosage forms" of the 1996 Controlled Release Society Meeting in Kyoto, Japan on July 11-12, 1996.

4) A member of the organizing committee for the First Asian International Symposium on Polymeric Biomaterials Science, held in Ishikawa, Japan on May 14-16, 1997.

5) KSP and CRS Joint Symposium on Recent Advances in Drug Delivery and Biomaterials, held in Seoul, Korea on September 24-26, 1997.

   Program co-chairman: Seo Young Jeong

6) The 1998 Controlled Release Society Meeting, held in Las Vegas on June 22-24, 1998.

   Program co-chairman: Russell Potts.

7) Program Chairman for "Recent Advances in Controlled Drug Delivery," in The WorldPharm98, held in Philadelphia, PA on September 22-24, 1998.

8) American Chemical Society Symposium on "Drug Delivery in the 21st Century" sponsored by the Division of Polymer Chemistry, held in Anaheim, CA on March 21-25, 1999.

   Co-organizer: Randall Mrsny.

9) The Controlled Release Society Winter Symposia and 11th International Symposium & Exposition on Recent Advances in Drug Delivery Systems, held in Salt Lake City, UT on March 3-6, 2003.

   Co-organizers: Jindrich Kopecek, James Anderson, Martyn Davies, Sung Wan Kim.

10) The workshops on "CMC Regulatory Issues for Controlled Release Parenterals," of the 2006 Controlled Release Society Meeting in Vienna, Austria on July 22, 2006.  Co-organizer: Diane Burgess.

11) International Symposium on Recent Advances in Drug Delivery, held in Salt Lake City, UT on February 26-28, 2007. Co-Chairmen: David Granger and You Han Bae.

12) Program Chairman of the Annual Meeting of the Society for Biomaterials held in Chicago, IL, 2007.

13) Program Chair for the pharma themes (Chemistry for Health: Catalyzing Translational Research) for the ACS Annual Meeting, held in Philadelphia, PA, in August 2008.

14) International Symposium on Recent Advances in Drug Delivery, held in Salt Lake City, UT on February 15-17, 2009. Co-Chairmen: David Granger and You Han Bae.

15) Drug Delivery and Cancer: Challenges and New Directions for Cancer Therapy, held in West Lafayette, IN on October 10-11, 2011, Co-Chairmen: Alex Wei, Donald Berstrom, and Kinam Park.

16) Chair, the Annual Meeting Programme Committee for the Controlled Release Society conference in 2016, Seattle, WA, USA, July 16-20, 2016.

17) Co-Chair, Randy Mrsny, Kinam Park, Isabelle Aubert, and Cornell Stamoran, Chairs. Non-invasive Delivery of Macromolecules Conference 2017, San Diego, CA, USA, February 21-24, 2017.

19) Co-Chair, Zhiyuan Zhong, Jan Feijen, Jiandong Yuan, Innovative Delivery 2020, Suzhou, China, September 18-21, 2020.

20) The organizing committee of Recent Advances in Drug Delivery Systems 2022: A Tribute to the Late Sung Wan Kim, 2022.


**Chairman at Meetings**

1)  Chairman of a section on "Artificial Surfaces" at the 1986 Scanning Electron Microscopy Meeting, held in New Orleans, LA, on May 5-9, 1986.

2)  Chairman of a section on "Bioadhesives" at the 14th International Symposium on Controlled Release of Bioactive Materials, held in Toronto, Canada, on August 2-5, 1987.

3)  Chairman of a session on "Ancillary and Correlative Techniques II - Labeling," at The 7th Pfefferkorn Conference on Science of Biological Specimen Preparation, held in Guildford, England, on September 12-16, 1988.

4)  Chairman of a section on "Biopharm I" at the 17th International Symposium on Controlled Release of Bioactive Materials, held in Reno, NV, on July 22-25, 1990.

5)  Chaiman of a session on "Vascular Prosthesis" at the 38th Annual Meeting of American Society for Artificial Internal Organs, held in Nashville, TN, on May 7-9, 1992.

6)  Chairman of a session on "Fourth International Symposium on Polymeric Drugs and Drug Delivery Systems" at the 204th ACS National Meeting, held in Washington, D.C., on August 24, 1992.

7)  Co-Chairman of a session on "Polymers of Biological and Biomedical Significance" at the 204th ACS National Meeting, held in Washington, D.C., on August 26, 1992.

8)  Co-Chairman of a session on "Bioadhesives" at the AIChE Annual Meeting, held in Miami Beach, FL, on November 4, 1992.

9)  Co-Chairman of a session on "Mathematical and Computer Modeling" at the 22nd International Symposium on Controlled Release of Bioactive Materials, held in Seattle, WA, on July 30-August 2, 1995.

10) Co-Chairman of a session on "Biomaterials and Drug Delivery" at the 42nd Annual Conference of American Society for Artificial Internal Organs, held in Washington, D.C., on May 3, 1996.

11) Chairman of a session on "Transdermal Products Development" at the Third International Symposium on Biomaterials and Drug Delivery Systems, held in Taejeon, Korea, on July 4-5, 1996.

12) Co-Chairman of a section on "Agriculture/Veterinary Applications 1 - Session II" at the 23rd International Symposium on Controlled Release of Bioactive Materials, held in Kyoto, Japan, on July 7-10, 1996.

13) Chairman of a session on "Biorelated Polymers: Advances in Polymeric Drugs and Drug Design" at the 212th American Chemical Society National Meeting, held in Orlando, FL, on August 25-29, 1996.

14) Chairman of a session on "Polymer Design I" at the 8th International Symposium on Recent Advances in Drug Delivery Systems, held in Salt Lake City, UT, on February 24-27, 1997.

15) Chairman of 7 sessions of "Recent Advances in Controlled Drug Delivery" at The WorldPharm98, held in Philadelphia, PA, on September 22-24, 1998.

16) Chairman of a session on "Polymeric Carriers" at the 8th International Symposium on Recent Advances in Drug Delivery Systems, held in Salt Lake City, UT, on February 19-22, 2001.

17) Chairman of a session on "Issues in Protein Microencapsulation" at the AAPS Conference on Advances in Pharmaceutical Processing, held in Parsippany, NJ, on June 19-20, 2003.

18) Co-Chairman of a session on "Colloidal Drug Carriers" at the 32nd Annual Meeting of the Controlled Release Society, held in Miami, FL, on June 18-22, 2005.

19) Co-Chairman of a session on "Industrial Session and Roundtable: From Bench to Bedside" at the NanoDDS 10, held in Omaha, NE, on Oct. 3-5, 2010.

20) Co-Chairman of a session on "New Concepts in Polymer Gene/drug/RNAi Delivery Systems" (SO51-16.2) at the 9th World Biomaterials Congress, held in Chengdu, China on June 3, 2012.

21) Co-Chairman of a session on "Preparation and Biomedical Applications of Bioactive Polymer Materials" (SO52-33 & SO64-33) at the 9th World Biomaterials Congress, held in Chengdu, China on June 3, 2012.

22) Chairman of a Plenary Session by Dr. Kenzo Takada at the Controlled Release Society Meeting in Honolulu, Hawaii, July 22, 2013.

23) Co-Chairman of a session on Parenteral Sustained Release Drug Delivery at the Controlled Release Society Meeting in Honolulu, Hawaii, July 22, 2013.

24) Chairman of a session on Blood-Brain Barrier at the Non-invasive Delivery of Macromolecules Conference 2017, San Diego, CA, USA, February 22, 2017.

25) Co-chairman of Session 4, Fifth Symposium of Innovative Polymers for Controlled Delivery, Suzhou, China, September 16, 2018.

26) Chairman of the Selection Committee for the CRS Samyang Award, 2020-2021.

27) Chairman of a session on " Recent Advances in Drug Delivery System for Cancer Therapy" at the 22nd Frontier Scientist Workshop, held virtually, September 18, 2020.

28) Co-chairman of a session on Session 1 at the 6th Symposium on Innovative Polymers for Controlled Delivery (SIPCD 2024), held in Suzhou, China, September 20-22, 2024.


**Teaching Responsibility**

1)    IPPH 363: Basic Pharmaceutics II: Controlled release drug delivery systems (1986-2006, 2009)

2)  IPPH 581: Disperse Systems: physicochemical and thermodynamic properties of polymers used in the pharmaceutical area. (1986-1996)

3)  IPPH 669: Rate Processes: Rate processes occurring in biological systems. (1987-1995)

4)  BMS 517A: Tissue engineering (on biomaterials and drug delivery) (2000)

5)  ChE 697C: Biomaterials Science (on biomaterials and drug delivery) (2001)

6)  IPPH 690W: (BME695K): Polymers in Pharmaceutical and Biomedical Systems (2000 - 2014)

7)  ChE 461: Biomedical Engineering (2008 - 2018)

8)  Engr 103: Introduction to Engineering Practice (2008 - 2018)

9)  BME 290: Frontiers in Biomedical Engineering (2010)

10) IPPH 100: Orientation Course (2017 - 2018)

11) BME 295/299: BME Research Scholars I (2017)

12) BME 489/490: BME Senior Design (2018)

13) BME 695K: Polymers in Biomedical and Pharmaceutical Systems (2016 -2020)

14) BME 495: Biomedical and Everyday Polymers (2020)

15) BME 683: Polymers in Biomedical and Pharmaceutical Systems (2022, 2024)

16) BME 489/490: BME Senior Design (2022, 2023, 2024)


**Thesis Supervision**

1)  Donghao Robert Lu - "Protein behavior at the solid-liquid interface."
    He graduated with a Ph.D. degree in August 1990 to become Assistant Professor at Idaho University.

2)  Fei-Wen Mao - "Polymer grafting and steric repulsion."
    She graduated with a M.S. degree in April, 1990.

3)  Waleed S.W. Shalaby - "Enzyme-digestible hydrogels for oral drug delivery"
    He graduated with a Ph.D. degree in July 1992. He continued his education at the School of Medicine of the University of South Carolina and obtained his M.D. degree in 1996.

4)  Mansoor M. Amiji - "Steric repulsion by PEO/PPO/PEO block copolymers"
    He graduated with a Ph.D. degree in August 1992 to become Assistant Professor at School of Pharmacy, Northeastern University.

5)  Kalpana R. Kamath - "Albumin grafting by $\gamma$-irradiation"
    She graduated with a Ph.D. degree in August 1993 to become Assistant Professor at School of Pharmacy, University of South Dakota.

6)  Samuel J. Lee - "Synthesis of sol-gel phase-reversible hydrogels sensitive to glucose"
    He graduated with a Ph.D. degree in December 1994 to work as a research scientist at DuPont Biomedical.

7)  Timothy B. McPherson - "Prevention of protein adsorption by PEO surface modification"
    He graduated with a Ph.D. degree in December 1995. After working as a postdoc in Bioengineering Department of Purdue University, he became Assistant Professor at College of Pharmacy, Saint Louis University.

8) Aiman A. Obaidat - "Characterization of glucose dependent gel-sol phase transition of the polymeric glucose-concanavalin a hydrogel"
He graduated with a Ph.D. degree in June 1996 to become Assistant Professor at School of Pharmacy. Jordan University of Science and Technology, Irbid, Jordan.

9) Jun Chen - "Superporous hydrogels: Synthesis and applications"
He graduated with a Ph.D. degree in January 1997 to work as a research scientist at Merck.

10) Rosalind Jackson - "Preparation of alginate microparticles by emulsification for oral vaccine delivery"
She graduated with a Ph.D. degree in May 1997 to work as a research scientist at McNeil Consumer Products Company.

11) Seongbong Jo - "Synthesis of applications of silanated poly(ethylene glycol)s"
He graduated with a Ph.D. degree in May 1998.

12) Argaw Kidane - "PEO grafting on biomaterial surfaces using gamma-irradiation"
He graduated with a Ph.D. degree in May 1996 to work at Upjohn Company.

13) Tonglei Li - "Fractal analysis of surface roughness and study of etching mechanism of acetaminophen single crystals"
He graduated with a Ph.D. degree in April 1999 and became an Assistant Professor at University of Kentucky.

14) Richard Gemeinhart - "Properties of superporous hydrogels for drug delivery"
He graduated with a Ph.D. degree in 2000 and became an Assistant Professor at University of Illinois at Chicago.

15) Jung Ju Kim - "Glucose-sensitive phase-reversible hydrogels"
He graduated with a Ph.D. degree in 2001 and became a group leader at Pacific Corporation in Korea.

16) Nam-Jin Baek - "Drug delivery from stents"
Graduated with a Ph.D. degree in July 2002 and became a group leader at Samyang Research Center-USA.

17) Hong Wen-"Atomic force microscopic examination of crystal dissolution patterns."
Graduated with a Ph.D. degree in September 2002.  Wyeth Pharmaceutical Inc.

18) Yong Qiu - "Development of elastic superporous hydrogels."
Graduated with a Ph.D. degree in December 2002 and is now with IMPAX Laboratories, Inc.

19) Yoon Yeo-"Solvent exchange method- a novel microencapsulation technique."
Graduated with a Ph.D. degree in November 2003 and is now on the faculty at Purdue University.

20) Mark E. Byrne (NSF IGERT Fellow, Department of Chemical Engineering) - "Glucose sensitive molecules:  Applications to biosensors" (Co-advisor with Professor Nicholas Peppas at Department of Chemical Engineering).
Graduated with a Ph.D. degree in 2003 and is now an Assistant Professor at Auburn University.

21) Yourong Fu - "Novel method of making fast dissolving tablets"
Graduated with a Ph.D. degree in 2004 and is now with Akina, Inc.

90

A552

22) David Henthorn (NSF IGERT Fellow, Department of Chemical Engineering) - "Modeling of novel multi-methacrylate polymerization" (Co-advisor with Professor Nicholas Peppas at Department of Chemical Engineering).
Graduated with a Ph.D. degree in 2004. Assistant Professor at University of Missouri-Rolla.

23) Kimberly Hayden (NSF IGERT Fellow, Department of Chemical Engineering) - "Effect of particle surface characteristics on particle transport" (Co-advisor with Professor Jennifer Sinclair at Department of Chemical Engineering).
Graduated with a Ph.D. degree in 2003 and is now an Assistant Professor at University of Missouri-Rolla.

24) Jay Blachard (NSF IGERT Fellow, Department of Biomedical Engineering) - "Controlled drug delivery using pH-sensitive hydrogels" (Co-advisor with Professor Nicholas Peppas at Department of Chemical Engineering).
August 2000 - December 2002 (Moved to University of Texas at Austin).

25) Grace Jun-Park (NSF IGERT Fellow, Department of Pharmaceutics) - "Surface modified PLGA/carbon nanofiber composites enhance articular chondrocyte functions" (Co-advisor with Professor Tom Webster at Department of Biomedical Engineering).
Graduated with a Ph.D. degree in December 2005 and is with Becton, Dickinson & Co. (BD) at Franklin Lakes, NJ.

26) Seonghoon Jeong- "Sustained release of fast-melting tablets using various polymer coated ion-exchange resin complexes"
Graduated with a Ph.D. degree in 2005. Wyeth Pharmaceuticals
Professor at Busan National University in Korea.

27) Connie Paul (NSF IGERT Fellow, Department of Pharmaceutics)- "The microenvironment-controlled encapsulation (mice) process for drug delivery" Co-advisor with Professor Paul Robinson at School of Veterinary Sciences).
Graduated with a Ph.D. degree in August 2006 and is currently an associate scientist with Elan Pharmaceuticals.

28) Eunah Kang-"Drug eluting stent and its characterization by coherent anti-Stokes Raman scattering microscopy"
Graduated with a Ph.D. degree in Biomedical Engineering in 2007
A postdic at Korea Institute of Science and Technology.

29) Mingli Ye- "Factors controlling the microcapsules prepared by the solvent exchange method"
Graduated with a Ph.D. degree in 2008.
A postdoctoral research associate with the Engineering Research Center for Structure Organic Particulate Systems, School of Chemical Engineering, Purdue University.

30) Kwang Su Seo - "Novel ultrasonic atomizer approach for making microcapsules"
Graduated with a master's degree in Biomedical Engineering in 2006.
A Ph.D. graduate student at University of Akron.

31) Kumar Vedantham - "Development of two-drug eluting stents"
August 2005 - October 2009
Postdoc training at Mechanical Engineering and Engineering Science Department,  The University of North Carolina at Charlotte.

32) Somali Chaterji - "Endothelial cell culture on smooth muscle cell surface"
    August 2005 - December 2009.

33) Ji Young Kim - "Hydrotropic solubilization of poorly soluble drugs"
    January 2006 -August 2009
    LG Life Science.

34) Jutarat Kitsongsermthon - "Multiple drug release from stents"
    August 2006 –October 2011.

35) Namho Kim - "Drug release for promoting endothelial cell growth"
    August 2008 - July 2010.

35) Ying Lu- "Drug-eluting stents using nanofabricated drug crystals"
    July 2009 – May 2013.

36) Yuanzu He- "Effect of microparticle shape and size on cell endocytosis"
    July 2010 – June 2012.

37) Crystal Soo Jung Shin: "Nanofabrication of anticancer drug delivery systems"
    January 2010 - June 2014.

38) Matthew McDermot: "An evaluation of tetramethyl orthosilicate as a vehicle for anti-inflammatory
    delivery after microelectrode implantation"
    July 2011 – June 2014 (Co-advisor: Professor Kevin Otto).

39) Mark Hamilton- "Blood glucose detection from exhaled breath condensate"
    May 2012 - May 2014 (Co-advisor: Professor Ann Rundell).

40) Ben Kline - "Interplay between polymer and solvent in microparticle formulation"
    July 2012 - May 2014.

41) Heui Chang Lee- "Device design factors for enhancing the functionality of chronic intracortical
    microelectrodes"
    July 2012 - December 2016 (Co-advisor: Professor Kevin Otto).

**Post-docs and visiting scientists**

1)  Professor Chang-Koo Shim, Ph.D., November, 1988 - October, 1989.
2)  Yin-Chao Tseng, Ph.D., July, 1989 - June, 1992.
3)  Annamaria Paparella, Ph.D., October, 1993 - May, 1994.
4)  Professor Sung-Ju Hwang, Ph.D., June, 1996 - June, 1998.
5)  Jin-Chul Kim, Ph.D., July, 1997 - June, 1999.
6)  Professor Ki-Young Lee, Ph.D., June, 1998 - September, 1998.
7)  Won-Moon Choi, Ph.D. October, 1998 - September, 2000
8)  Professor Jin-Ho Lee, Ph.D. March, 1999 - February, 2000
9)  Hasoo Seong, Ph.D. November 1999 - November 2000
10) Yong Keun Chang, Ph.D., March 2000 - August 2000
11) Ghanashyam Acharya, Ph.D. March 2000 - February 2001

12) Jaehwi Lee, Ph.D. April 2000 - February 2004

13) Dukjoon Kim, Ph.D. January 2001- July 2002

14) Sang Cheon Lee, Ph.D. March 2001- December 2003

15) Hossein Omidian, Ph.D., March 2001- April 2002

16) Shi Cheng Yang, Ph.D., May 2001- June 2003

17) Tooru Ooya, Ph.D., September 2001- September 2002

18) Tomohirro, Konno, October, 2001

19) Seon Haeng Cho, Ph.D., October 2001- December 2002

20) Jong-Duk Kim, Ph.D. October 2001-September 2002

21) Byoung Yoon Kim, December 2001 - June 2002

22) Seung Rim Yang, July 2002 - December 2002

23) Jae Hyun Jeong, July 2003-December 2003

24) Susumu Kimura, Ph.D., August 2003-February 2005

25) Kang Moo Huh, Ph.D., December 2003 - October 2004

26) Jae Hyung Park, Ph.D., March 2004 - August 2005

27) Ji-Young Kim. M.S., June 2004 - January 2005

28) Sangyoup Lee, June 2004 – June 2006

29) Woo-Kyung Lee, Ph.D., July 2004 - February 2005

30) Dae Keon Choi, Ph.D., September 2004 - January 2006

31) Bong Sik Jeon, March 2005 - August 2005

31) Il Keun Kwon, Ph.D., March 2005 - February 2007

32) Woo Sun Shim, Ph.D., August 2005 - September 2006

33) Seonghoon Jeong, Ph.D., December 2005 - March 2006

34) Je Kyo Jeong, Ph.D. March 2006 - September 2006

35) Hatem Hegazy, March 2006 - September 2006

36) Sungwon Kim, Ph.D., August 2006 – September 2011

37) Xiaohong  Wei, Ph.D., October 2006 - September 2007

38) Jong-Ho Kim, Ph.D. March 2007 - June 2008

39) Oju Jeon, Ph.D., April 2007 – March 2008

40) Yuuki Takaishi, October 2007 – September 2008

41) Ghanashyam Acharya, Ph.D. September 2007 –March 2011

42) Kyungmin Shin. August 2008 - July 2009

43) Kyeongsoon Park, Ph.D. August 2008 - July 2009

44) Nazgul Myzhanova, October - November 2008

45) Ayauzhan Tumabayeva, October - November 2008

46) Da-Won Oh. February 2009 - August 2009

47) Sungwon An. May 2009 - April 2010

48) Yeon Hee Yun, July 2009 - November 2009

49) Yoshio Kuno, Ph.D., October 2009 - September 2010

50) Professor Sung Soo Han, Ph.D. February 2010 - January 2011

51) Jung Min Cho, May 2010 - July 2011

52) Ki Young Choi, Ph.D.. August 2010 - July 2011

53) Byung Kook Lee, Ph.D., January 2011- August 2017

54) Yeon Hee Yun, Ph.D., May 2011 – January 2018

55) Professor Wenping Wang, Ph.D., November 2011 - November 2012

56) Byung-Dong Hahn, Ph.D., February 2012 – January 2013

57) Professor Yuhua Ma, M.S., March 2012 – February 2013

58) Professor Shengjiu Gu, Ph.D., March 2012 - September 2012

59) Professor Senlin Shi. Ph.D., June 2012 - May 2013

60) Professor Zhongqiong Qu, Ph.D., August 2012 -July 2013

61) Professor Nian-Ping Feng, Ph.D., August 2012 - July 2013

62) Professor Fei Qiu, Ph.D., September 2012 - August 2013

63) Jinhyun Hannah Lee, Ph.D., March 2013 - February 2014.

64) Professor Juqun Xi, Ph.D., August 2013 – August 2014

65) Professor XueyinFotteg Yan, Ph.D., February 2014 – January 2015

66) Yongjuan Shi, September 2014 - September 2015

67) Professor Xu Lu, Ph.D., October 2014 - October 2015

68) Andrew Otte, Ph.D., October 2014 – August 2019

69) Youngnam Lee, M.S., November 2014 - October 2016

70) Bong Kwan Soh, M.S., November 2014 – October 2019

71) Chang Geun Song, M.S., November 2014 - December 2015

72) Yahira Baez, Ph.D., November 2014 - October 2016

73) Professor Ming-Tao Zhang, PhD, December 2014 - August 2017

74) Seungman Park, Ph.D., December 2014 - November 2015

75) Ayauzhan Tumabayeva, M.S., January 2015 - December 2015

76) Professor Zhuangzhi Zhi, Ph.D., January 2015 - January 2016

77) Ellina Mun, Ph.D., November 2015 - September 2017

78) Daekoo Woo, M.S., October 2016 - August 2017

79) Haoying Yu, M.S., Februay 2017 - June 2017

80) Gwang Heum Yoon, M.S., October 2016 – November 2020

81) Dijia Yu, M.S., November 2017 - November 2018

82) Shweta Sharma, Ph.D., February 2018 – February 2020

83) Farrokh Sharifi, Ph.D., August 2018 – October 2021

84) Professor Andrew Otte, September 2019 – December 2024

84) Hazal Turasan, Ph.D., September 2020 – August 2022

**Manuscript Reviews for Journals**

    ACS Advanced Chemistry Series
    ACS Nano
    Acta Anatomica

Analytical Chemistry
American Journal of Pathology
American Journal of Transplantation
Bioconjugate Chemistry
Biomacromolecules
Biomaterials
Biotechnology and Bioengineering
Colloids and Surfaces
Computational and Theoretical Polymer Science
CRC Critical Reviews
Eur. J. Pharmceutical Sci.
Eur. J. Pharmaceutics & Biopharmaceutics
European Polymer Journal
Fundamental and Applied Toxicology
IEEE Transaction on Biomedical Engineering
International Journal of Cancer
International Journal of Pharmaceutics
Journal of Adhesion
Journal of Applied Polymer Science
Journal of American Chemical Society
Journal of Bioactive and Compatible Polymers
Journal of Biomaterials Science-Polymer Edition
Journal of Biomedical Materials Research
Journal of Colloid and Interface Science
Journal of Controlled Release
Journal of Drug Targeting
Journal of Membrane Science
Journal of Pharmaceutical Science
Journal of Physical Chemistry. Letters Section
Journal of Polymer Science. Part A: Polymer Chemistry
Langmuir
Macromolecules
Molecular Therapy/Genomics
NanoLetters
Nature Biotechnology
Nature Nanotechnology
Polymer
Pharmaceutical Development and Technology
Pharmaceutical Research
PharmSciTech
Proceedings of the National Academy of Sciences, USA
Reactive and Functional Polymers
Scanning Microscopy
Separation Science and Technology
Trends in Polymer Science

## Exhibit B: Prior Testimony

1.    *Par v. Eagle*, Case No. 18-00823-CFC, February 18, 2020 (deposition); July 7-9, 2021 (trial).

2.    *Board of Regents, The University of Texas System and TissueGen Inc. v. Boston Scientific Corporation*, Case No. 1:18-cv-00392, June 8, 2022 (deposition).

3.    *Microspherix v. Merck/Organon*, Case No. 2:17-cv-03984, August 18, 2023 (deposition).

4.    *Ferring Pharmaceuticals Inc. v. Finch Therapeutics Group*, Case No. 21-1694-RGA (D. Del.) November 15, 2023 (deposition); August 5, 2024 (trial)

5.    *Fennec v. Cipla*, Case No. 2:23-cv-00123-JKS-MAH (D.N.J.). January 29, 2025 (deposition).

## Exhibit C: List of Materials Considered

**Patents and Patent Applications**

- US Pat. No. 11,083,724 (Plaintiffs' Exhibit 1)
- US Pat. No. 9,192,580 (Plaintiffs' Exhibit 3)
- UK Pat. No. GB 1,548,022 (Plaintiffs' Exhibit 4)
- U.S. Patent Application Publication No. 2013/0203791 (Plaintiffs' Exhibit 6)
- U.S. Patent Application Publication No. 2017/0247381 (Plaintiffs' Exhibit 7)
- WO 99/64044 (Plaintiffs' Exhibit 12)

**File Histories**

- File history of US Pat. No. 11,083,724 (US Pat. App. No. 16/884,196)

**Other Documents**

- Chapter 45 of Remington, titled "Oral Solid Dosage Forms" (Defendants' Exhibit D)
- Chapter 8 of Ansel's Pharmaceutical Dosage Forms and Drug Delivery Systems (Tenth Edition, 2014) (Defendants' Exhibit E)
- United States Pharmacopeia 35 (2012), <1151> Pharmaceutical Dosage Forms (Defendants' Exhibit F)
- Declaration of Cory J. Berkland (Exhibit 2)
- Tableting Specification Manual, American Pharmacists Association (Plaintiffs' Exhibit 5)
- Merriam-Webster Dictionary definition of "mold" (Plaintiffs' Exhibit 8)
- Dictionary.com definition of "mold" (Plaintiffs' Exhibit 9)
- Collins Dictionary definition of "mold" (Plaintiffs' Exhibit 10)
- Pfizer Inc. et al v. Apotex, Inc. Joint Claim Construction Chart, June 13, 2025 (Plaintiffs' Exhibit 11)
- Fette Compacting 1200i Product Brochure (Plaintiffs' Exhibit C)

# EXHIBIT D



# REMINGTON

## The Science and Practice of Pharmacy

**20**TH EDITION

RIMEG-JDG-00000273

**2 0** TH EDITION

# Remington: The Science and Practice of Pharmacy

**ALFONSO R GENNARO**

Chairman of the Editorial Board
and Editor

RIMEG-JDG-00000274

*Editor:* Daniel Limmer
*Managing Editor:* Matthew J. Hauber
*Marketing Manager:* Anne Smith

Lippincott Williams & Wilkins

351 West Camden Street
Baltimore, Maryland 21201-2436 USA

227 East Washington Square
Philadelphia, PA 19106

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

The publisher is not responsible (as a matter of product liability, negligence or otherwise) for any injury resulting from any material contained herein. This publication contains information relating to general principles of medical care which should not be construed as specific instructions for individual patients. Manufacturers' product information and package inserts should be reviewed for current information, including contraindications, dosages and precautions.

*Printed in the United States of America*

Entered according to Act of Congress, in the year 1885 by Joseph P Remington, in the Office of the Librarian of Congress, at Washington DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by the Joseph P Remington Estate

Copyright 1948, 1951, by the Philadelphia College of Pharmacy and Science

Copyright 1956, 1960, 1965, 1970, 1975, 1980, 1985, 1990, 1995, by the Philadelphia College of Pharmacy and Science

Copyright 2000, by the University of the Sciences in Philadelphia

*All Rights Reserved*
Library of Congress Catalog Card Information is available
ISBN 0-683-306472

*The publishers have made every effort to trace the copyright holders for borrowed material. If they have inadvertently overlooked any, they will be pleased to make the necessary arrangements at the first opportunity.*

*The use of structural formulas from USAN and the USP Dictionary of Drug Names is by permission of The USP Convention. The Convention is not responsible for any inaccuracy contained herein.*
*Notice—This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF). In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail.*

To purchase additional copies of this book call our customer service department at **(800) 638-3030** or fax orders to **(301) 824-7390**. International customers should call **(301) 714-2324.**

02 03 04
2 3 4 5 6 7 8 9 10

A563

CHAPTER **45**

# Oral Solid Dosage Forms

**Edward M Rudnic, PhD**
Vice President, Pharmaceutical Research and
  Development
Pharmavene, Inc
Gaithersburg, MD 20878

**Joseph D Schwartz, PhD**
Burroughs-Wellcome Fund Professor of
  Pharmaceutics
Director of Industrial Pharmacy Research
Philadelphia College of Pharmacy
University of the Sciences in Philadelphia
Philadelphia, PA 19104

Drug substances most frequently are administered orally by means of solid dosage forms such as tablets and capsules. Large-scale production methods used for their preparation, as described later in the chapter, require the presence of other materials in addition to the active ingredients. Additives also may be included in the formulations to facilitate handling, enhance the physical appearance, improve stability, and aid in the delivery of the drug to the bloodstream after administration. These supposedly inert ingredients, as well as the production methods employed, have been shown in some cases to influence the absorption or bioavailability of the drug substances.[1] Therefore, care must be taken in the selection and evaluation of additives and preparation methods to ensure that the drug-delivery goals and therapeutic efficacy of the active ingredient will not be diminished.

In a limited number of cases it has been shown that the drug substance's solubility and other physicochemical characteristics have influenced its physiological availability from a solid dosage form. These characteristics include its particle size, whether it is amorphous or crystalline, whether it is solvated or nonsolvated, and its polymorphic form. After clinically effective formulations are obtained, such variations among dosage units of a given batch, as well as batch-to-batch differences, should be reduced to a minimum through proper in-process controls and good manufacturing practices. The recognition of the importance of validation for both equipment and processes has enhanced assurance in the reproducibility of formulations greatly. It is in these areas that significant progress has been made with the realization that large-scale production of a satisfactory tablet or capsule depends not only on the availability of a clinically effective formulation but also on the raw materials, facilities, personnel, documentation, validated processes and equipment, packaging, and the controls used during and after preparation (Fig 45-1).

## TABLETS

Tablets may be defined as solid pharmaceutical dosage forms containing drug substances with or without suitable diluents and prepared by either compression or molding methods. They have been in widespread use since the latter part of the 19th century, and their popularity continues. The term *compressed tablet* is believed to have been used first by John Wyeth and Brother of Philadelphia. During this same period, molded tablets were introduced to be used as *hypodermic* tablets for the extemporaneous preparation of solutions for injection. Tablets remain popular as a dosage form because of the advantages afforded both to the manufacturer (eg, simplicity and economy of preparation, stability, and convenience in packaging, shipping, and dispensing) and the patient (eg, accuracy of dosage, compactness, portability, blandness of taste, and ease of administration).

Although the basic mechanical approach for their manufacture has remained the same, tablet technology has undergone great improvement. Efforts are being made continually to understand more clearly the physical characteristics of powder compaction and the factors affecting the availability of the drug substance from the dosage form after oral administration. Tableting equipment continues to improve in both production speed and the uniformity of tablets compressed. Recent advances in tablet technology have been reviewed.[2–13]

Although tablets frequently are discoid in shape, they also may be round, oval, oblong, cylindrical, or triangular. They may differ greatly in size and weight depending on the amount of drug substance present and the intended method of administration. They are divided into two general classes by whether they are made by compression or molding. Compressed tablets usually are prepared by large-scale production methods, while molded tablets generally involve small-scale operations. The various tablet types and abbreviations used in referring to them are listed below.

### COMPRESSED TABLETS (CT)

These tablets are formed by compression and contain no special coating. They are made from powdered, crystalline, or granular materials, alone or in combination with binders, disintegrants, controlled-release polymers, lubricants, diluents, and in many cases colorants.

**Sugar-Coated Tablets (SCT)**—These are compressed tablets containing a sugar coating. Such coatings may be colored and are beneficial in covering up drug substances possessing objectionable tastes or odors and in protecting materials sensitive to oxidation.

**Film-Coated Tablets (FCT)**—These are compressed tablets that are covered with a thin layer or film of a water-soluble material. A number of polymeric substances with film-forming properties may be used. Film coating imparts the same general characteristics as sugar coating, with the added advantage of a greatly reduced time period required for the coating operation.

**Enteric-Coated Tablets (ECT)**—These are compressed tablets coated with substances that resist solution in gastric fluid but disintegrate in the intestine. Enteric coatings can be used for tablets containing drug substances that are inactivated or destroyed in the stomach, for those that irritate the mucosa, or as a means of delayed release of the medication.

**Multiple Compressed Tablets (MCT)**—These are compressed tablets made by more than one compression cycle.

*Layered Tablets*—Such tablets are prepared by compressing additional tablet granulation on a previously compressed granulation. The operation may be repeated to produce multilayered tablets of two or



Figure 45-1. Tablet press operators checking batch record in conformance with Current Good Manufacturing Practices (courtesy, Lilly).

three layers. Special tablet presses are required to make layered tablets such as the Versa press (*Stokes/Pennwalt*).

*Press-Coated Tablets*—Such tablets, also referred to as dry-coated, are prepared by feeding previously compressed tablets into a special tableting machine and compressing another granulation layer around the preformed tablets. They have all the advantages of compressed tablets, ie, slotting, monogramming, speed of disintegration, etc, while retaining the attributes of sugar-coated tablets in masking the taste of the drug substance in the core tablets. An example of a press-coated tablet press is the *Manesty* Drycota. Press-coated tablets also can be used to separate incompatible drug substances; in addition, they can provide a means of giving an enteric coating to the core tablets. Both types of multiple-compressed tablets have been used widely in the design of prolonged-action dosage forms.

**Controlled-Release Tablets**—Compressed tablets can be formulated to release the drug slowly over a prolonged period of time. Hence, these dosage forms have been referred to as *prolonged-release* or *sustained-release* dosage forms as well. These tablets (as well as capsule versions) can be categorized into three types: (1) those that respond to some physiological condition to release the drug, such as enteric coatings; (2) those that release the drug in a relatively steady, controlled manner; and (3) those that combine combinations of mechanisms to release *pulses* of drug, such as repeat-action tablets. The performance of these systems is described in more detail in Chapter 47.

**Tablets for Solution**—Compressed tablets to be used for preparing solutions or imparting given characteristics to solutions must be labeled to indicate that they are not to be swallowed. Examples of these tablets are Halazone Tablets for Solution and Potassium Permanganate Tablets for Solution.

**Effervescent Tablets**—In addition to the drug substance, these contain sodium bicarbonate and an organic acid such as tartaric or citric. In the presence of water, these additives react, liberating carbon dioxide that acts as a disintegrator and produces effervescence. Except for small quantities of lubricants present, effervescent tablets are soluble.

**Compressed Suppositories or Inserts**—Occasionally, vaginal suppositories, such as Metronidazole Tablets, are prepared by compression. Tablets for this use usually contain lactose as the diluent. In this case, as well as for any tablet intended for administration other than by swallowing, the label must indicate the manner in which it is to be used.

**Buccal and Sublingual Tablets**—These are small, flat, oval tablets. Tablets intended for buccal administration by inserting into the buccal pouch may dissolve or erode slowly; therefore, they are formulated and compressed with sufficient pressure to give a hard tablet. Progesterone Tablets may be administered in this way.

Some newer approaches use tablets that melt at body temperatures. The matrix of the tablet is solidified while the drug is in solution. After melting, the drug is automatically in solution and available for the absorption, thus eliminating dissolution as a rate-limiting step in the absorp-

tion of poorly soluble compounds. Sublingual tablets, such as those containing nitroglycerin, isoproterenol hydrochloride, or erythrityl tetranitrate, are placed under the tongue. Sublingual tablets dissolve rapidly, and the drug substances are absorbed readily by this form of administration.

### MOLDED TABLETS OR TABLET TRITURATES (TT)

Tablet triturates usually are made from moist material, using a triturate mold that gives them the shape of cut sections of a cylinder. Such tablets must be completely and rapidly soluble. The problem arising from compression of these tablets is the failure to find a lubricant that is completely water-soluble.

**Dispensing Tablets (DT)**—These tablets provide a convenient quantity of potent drug that can be incorporated readily into powders and liquids, thus circumventing the necessity to weigh small quantities. These tablets are supplied primarily as a convenience for extemporaneous compounding and should never be dispensed as a dosage form.

**Hypodermic Tablets (HT)**—Hypodermic tablets are soft, readily soluble tablets and originally were used for the preparation of solutions to be injected. Since stable parenteral solutions are now available for most drug substances, there is no justification for the use of hypodermic tablets for injection. Their use in this manner should be discouraged, since the resulting solutions are not sterile. Large quantities of these tablets continue to be made, but for oral administration. No hypodermic tablets ever have been recognized by the official compendia.

For medicinal substances, with or without diluents, to be made into solid dosage forms with pressure, using available equipment, it is necessary that the material, either in crystalline or powdered form, possess a number of physical characteristics. These characteristics include the ability to flow freely, cohesiveness, and lubrication. The ingredients such as disintegrants designed to break the tablet up in gastrointestinal (GI) fluids and controlled-release polymers designed to slow drug release ideally should possess these characteristics or not interfere with the desirable performance traits of the other excipients. Since most materials have none or only some of these properties, methods of tablet formulation and preparation have been developed to impart these desirable characteristics to the material that is to be compressed into tablets.

The basic mechanical unit in all tablet-compression equipment includes a lower punch that fits into a die from the bottom and an upper punch, with a head of the same shape and dimensions, which enters the die cavity from the top after the tableting material fills the die cavity (see Fig 45-2). The tablet is formed by pressure applied on the punches and subsequently is ejected from the die. The weight of the tablet is determined by the volume of the material that fills the die cavity. Therefore, the ability of the granulation to flow freely into the die is important in ensuring a uniform fill, as well as the continuous movement of the granulation from the source of supply or feed hopper. If the tablet granulation does not possess cohesive properties, the tablet after compression will crumble and fall apart on handling. As the punches must move freely within the die and the tablet must be ejected readily from the punch faces, the material must have a degree of lubrication to minimize friction and allow the removal of the compressed tablets.

There are three general methods of tablet preparation: the wet-granulation method, the dry-granulation method, and direct compression. The method of preparation and the added ingredients are selected to give the tablet formulation the desirable physical characteristics allowing the rapid compression of tablets. After compression, the tab-



Figure 45-2. Basic mechanical unit for tablet compression: lower punch, die, and upper punch (courtesy, Vector/Colton).

RIMEG-JDG-00000277

lets must have a number of additional attributes such as appearance, hardness, disintegration ability, appropriate dissolution characteristics, and uniformity, which also are influenced both by the method of preparation and by the added materials present in the formulation. In the preparation of compressed tablets, the formulator also must be cognizant of the effect that the ingredients and methods of preparation may have on the availability of the active ingredients and, hence, the therapeutic efficacy of the dosage form. In response to a request by physicians to change a dicumarol tablet so that it might be broken more easily, a Canadian company reformulated to make a large tablet with a score. Subsequent use of the tablet, containing the same amount of drug substance as the previous tablet, resulted in complaints that larger-than-usual doses were needed to produce the same therapeutic response. On the other hand, literature reports indicate that the reformulation of a commercial digoxin tablet resulted in a tablet that, although containing the same quantity of drug substance, gave the desired clinical response at half its original dose. Methods and principles that can be used to assess the effects of excipients and additives on drug absorption have been reviewed.[2,14,15] See Chapters 38, 53, and 58.

## TABLET INGREDIENTS

In addition to the active or therapeutic ingredient, tablets contain a number of inert materials. The latter are known as additives or *excipients*. They may be classified according to the part they play in the finished tablet. The first group includes those that help to impart satisfactory processing and compression characteristics to the formulation. These include diluents, binders, glidants, and lubricants. The second group of added substances helps to give additional desirable physical characteristics to the finished tablet. Included in this group are disintegrants, colors, and, in the case of chewable tablets, flavors and sweetening agents, and in the case of controlled-release tablets, polymers or waxes or other solubility-retarding materials.

Although the term *inert* has been applied to these added materials, it is becoming increasingly apparent that there is an important relationship between the properties of the excipients and the dosage forms containing them. Preformulation studies demonstrate their influence on stability, bioavailability, and the processes by which the dosage forms are prepared. The need for acquiring more information and use standards for excipients has been recognized in a joint venture of the Academy of Pharmaceutical Sciences and the Council of the Pharmaceutical Society of Great Britain. The result is called the *Handbook of Pharmaceutical Excipients*. This reference now is distributed widely throughout the world.[16]

## Diluents

Frequently, the single dose of the active ingredient is small, and an inert substance is added to increase the bulk to make the tablet a practical size for compression. Compressed tablets of dexamethasone contain 0.75 mg steroid per tablet; hence, it is obvious that another material must be added to make tableting possible. Diluents used for this purpose include dicalcium phosphate, calcium sulfate, lactose, cellulose, kaolin, mannitol, sodium chloride, dry starch, and powdered sugar. Certain diluents, such as mannitol, lactose, sorbitol, sucrose, and inositol, when present in sufficient quantity, can impart properties to some compressed tablets that permit disintegration in the mouth by chewing. Such tablets commonly are called *chewable tablets*. Upon chewing, properly prepared tablets will disintegrate smoothly at a satisfactory rate, have a pleasant taste and feel, and leave no unpleasant aftertaste in the mouth. Diluents used as excipients for direct compression formulas have been subjected to prior processing to give them flowability and compressibility. These are discussed under *Direct Compression*, page 869.

Most formulators of immediate-release tablets tend to use consistently only one or two diluents selected from the above group in their tablet formulations. Usually, these have been selected on the basis of experience and cost factors. However, in the formulation of new therapeutic agents, the compatibility of the diluents with the drug must be considered; eg, calcium salts used as diluents for the broad-spectrum antibiotic tetracycline have been shown to interfere with the drug's absorption from the GI tract. When drug substances have low water solubility, it is recommended that water-soluble diluents be used to avoid possible bioavailability problems. Highly adsorbent substances, eg, bentonite and kaolin, are to be avoided in making tablets of drugs used clinically in small dosage, such as the cardiac glycosides, alkaloids, and the synthetic estrogens. These drug substances may be adsorbed after administration. The combination of amine bases with lactose, or amine salts with lactose in the presence of an alkaline lubricant results in tablets that discolor on aging.

Microcrystalline cellulose (Avicel) usually is used as an excipient in direct-compression formulas. However, its presence in 5 to 15% concentrations in wet granulations has been shown to be beneficial in the granulation and drying processes in minimizing case-hardening of the tablets and in reducing tablet mottling.

Many ingredients are used for several different purposes, even within the same formulation; eg, corn starch can be used in paste form as a binder. When added in drug or suspension form, it is a good disintegrant. Even though these two uses are to achieve opposite goals, some tablet formulas use corn starch in both ways. In some controlled-release formulas, the polymer hydroxypropylmethylcellulose (HPMC) is used both as an aid to prolong the release from the tablet as well as a film-former in the tablet coating. Therefore, most excipients used in formulating tablets and capsules have many uses, and a thorough understanding of their properties and limitations is necessary to use them rationally.

## Binders

Agents used to impart cohesive qualities to the powdered material are referred to as binders or granulators. They impart a cohesiveness to the tablet formulation that ensures the tablet remaining intact after compression, as well as improving the free-flowing qualities by the formulation of granules of desired hardness and size. Materials commonly used as binders include starch, gelatin, and sugars such as sucrose, glucose, dextrose, molasses, and lactose. Natural and synthetic gums that have been used include acacia, sodium alginate, extract of Irish moss, panwar gum, ghatti gum, mucilage of isapol husks, carboxymethylcellulose, methylcellulose, polyvinylpyrrolidone, Veegum, and larch arabogalactan. Other agents that may be considered binders under certain circumstances are polyethylene glycol, ethylcellulose, waxes, water, and alcohol.

The quantity of binder used has considerable influence on the characteristics of the compressed tablets. The use of too much binder or too strong a binder will make a hard tablet that will not disintegrate easily and will cause excessive wear of punches and dies. Differences in binders for CT Tolbutamide resulted in differences in hypoglycemic effects observed clinically. Materials that have no cohesive qualities of their own will require a stronger binder than those with these qualities. Alcohol and water are not binders in the true sense of the word, but because of their solvent action on some ingredients such as lactose, starch, and celluloses, they change the powdered material to granules, and the residual moisture retained enables the binders to adhere together when compressed.

Binders are used both as a solution and in a dry form, depending on the other ingredients in the formulation and the method of preparation. However, several *pregelatinized* starches available are intended to be added in the dry form so

RIMEG-JDG-00000278

that water alone can be used as the granulating solution. The same amount of binder in solution will be more effective than if it were dispersed in a dry form and moistened with the solvent. By the latter procedure, the binding agent is not as effective in reaching and wetting each of the particles within the mass of powders. Each of the particles in a powder blend has a coating of adsorbed air on its surface, and it is this film that must be penetrated before the powders can be wetted by the binder solution. After wetting, a certain period of time is necessary to dissolve the binder completely and make it completely available for use. Since powders differ with respect to the ease with which they can be wetted and their rate of solubilization, it is preferable to incorporate the binding agent in solution. By this technique it often is possible to gain effective binding with a lower concentration of binder.

The direct-compression method for preparing tablets (see page 869) requires a material that is not only free-flowing but also sufficiently cohesive to act as a binder. This use has been described for a number of materials including microcrystalline cellulose, microcrystalline dextrose, amylose, and polyvinylpyrrolidone. It has been postulated that microcrystalline cellulose is a special form of cellulose fibril in which the individual crystallites are held together largely by hydrogen bonding. The disintegration of tablets containing the cellulose occurs by breaking the intercrystallite bonds by the disintegrating medium.

**STARCH PASTE**—Corn starch is used widely as a binder. The concentration may vary from 10 to 20%. It usually is prepared as it is to be used, by dispersing corn starch in sufficient cold purified water to make a 5 to 10% w/w suspension and warming in a water bath with continuous stirring until a translucent paste forms. It has been observed that during paste formation, not all of the starch is hydrolyzed. Starch paste then is not only useful as a binder, but also as a method to incorporate some disintegrant inside the granules.

**GELATIN SOLUTION**—Gelatin generally is used as a 10 to 20% solution; gelatin solutions should be prepared freshly as needed and used while warm or they will solidify. The gelatin is added to cold purified water and allowed to stand until it is hydrated. It then is warmed in a water bath to dissolve the gelatin, and the solution is made up to the final volume on a weight basis to give the concentration desired.

**CELLULOSIC SOLUTIONS**—Various cellulosics have been used as binders in solution form. Hydroxypropylmethylcellulose (HPMC) has been used widely in this regard. Typical of a number of cellulosics, HPMC is more soluble in cold water than hot. It also is more dispersable in hot water than cold. Hence, to obtain a good, smooth gel that is free from lumps or *fisheyes*, it is necessary to add the HPMC in hot, almost boiling water and, under agitation, cool the mixture down as quickly as possible, as low as possible. Other water-soluble cellulosics such as hydroxyethylcellulose (HEC) and hydroxypropylcellulose (HPC) have been used successfully in solution as binders.

Not all cellulosics are soluble in water. Ethylcellulose can be used effectively when dissolved in alcohol or as a dry binder that then is wetted with alcohol. It is used as a binder for materials that are moisture-sensitive.

**POLYVINYLPYRROLIDONE**—PVP can be used as an aqueous or alcoholic solution, and this versatility has increased its popularity. Concentrations range from 2% and vary considerably.

It will be noted that binder solutions usually are made up to weight rather than volume. This is to enable the formulator to determine the weight of the solids that have been added to the tablet granulation in the binding solution. This becomes part of the total weight of the granulation and must be taken into consideration in determining the weight of the compressed tablet, which will contain the stated amount of the therapeutic agent.

As can be seen by the list of binders in this chapter, most modern binders used in solution are polymeric. Because of this, the flow or spreadability of these solutions becomes important when selecting the appropriate granulating equipment. The rheology of polymeric solutions is a fascinating subject in and of itself and should be considered for these materials.

## Lubricants

Lubricants have a number of functions in tablet manufacture. They prevent adhesion of the tablet material to the surface of the dies and punches, reduce interparticle friction, facilitate the ejection of the tablets from the die cavity, and may improve the rate of flow of the tablet granulation. Commonly used lubricants include talc, magnesium stearate, calcium stearate, stearic acid, hydrogenated vegetable oils, and polyethylene glycol (PEG). Most lubricants, with the exception of talc, are used in concentrations below 1%. When used alone, talc may require concentrations as high as 5%. Lubricants are in most cases hydrophobic materials. Poor selection or excessive amounts can result in *waterproofing* the tablets, resulting in poor tablet disintegration and/or delayed dissolution of the drug substance.

The addition of the proper lubricant is highly desirable if the material to be tableted tends to stick to the punches and dies. Immediately after compression, most tablets have the tendency to expand and will bind and stick to the side of the die. The choice of the proper lubricant will overcome this effectively.

The method of adding a lubricant to a granulation is important if the material is to perform its function satisfactorily. The lubricant should be divided finely by passing it through a 60- to 100-mesh nylon cloth onto the granulation. In production this is called *bolting* the lubricant. After adding the lubricant, the granulation is tumbled or mixed gently to distribute the lubricant without coating the particles too well or breaking them down to finer particles. Some research has concluded that the order of mixing of lubricants and other excipients can have a profound effect on the performance of the final dosage form. Thus, attention to the mixing process itself is just as important as the selection of lubricant materials.

These process variables can be seen in the prolonged blending of a lubricant in a granulation. Overblending materially can affect the hardness, disintegration time, and dissolution performance of the resultant tablets.

The quantity of lubricant varies, being as low as 0.1% and, in some cases, as high as 5%. Lubricants have been added to the granulating agents in the form of suspensions or emulsions. This technique serves to reduce the number of operational procedures and thus reduce the processing time.

In selecting a lubricant, proper attention must be given to its compatibility with the drug agent. Perhaps the most widely investigated drug is acetylsalicylic acid. Different talcs varied significantly the stability of aspirin. Talc with a high calcium content and a high loss on ignition was associated with increased aspirin decomposition. From a stability standpoint, the relative acceptability of tablet lubricants for combination with aspirin was found to decrease in the following order: hydrogenated vegetable oil, stearic acid, talc, and aluminum stearate.

The primary problem in the preparation of a water-soluble tablet is the selection of a satisfactory lubricant. Soluble lubricants reported to be effective include sodium benzoate, a mixture of sodium benzoate and sodium acetate, sodium chloride, leucine, and Carbowax 4000. However, it has been suggested that formulations used to prepare water-soluble tablets may represent a number of compromises between compression efficiency and water solubility. While magnesium stearate is one of the most widely used lubricants, its hydrophobic properties can retard disintegration and dissolution. To overcome these waterproofing characteristics, sodium lauryl sulfate sometimes is included. One compound found to have the lubricating properties of magnesium stearate without its disadvantages is magnesium lauryl sulfate. Its safety for use in pharmaceuticals has not been established.

RIMEG-JDG-00000279

## Glidants

A glidant is a substance that improves the flow characteristics of a powder mixture. These materials always are added in the dry state just prior to compression (ie, during the lubrication step). Colloidal silicon dioxide Cab-o-sil (Cabot) is the most commonly used glidant and generally is used in low concentrations of 1% or less. Talc (asbestos-free) also is used and may serve the dual purpose of lubricant/glidant.

It is especially important to optimize the order of addition and the mixing process for these materials, to maximize their effect and to make sure that their influence on the lubricant(s) is minimized.

## Disintegrants

A disintegrant is a substance or a mixture of substances added to a tablet to facilitate its breakup or disintegration after administration. The active ingredient must be released from the tablet matrix as efficiently as possible to allow rapid dissolution. Materials serving as disintegrants have been classified chemically as starches, clays, celluloses, algins, gums, and cross-linked polymers.

The oldest and still the most popular disintegrants are corn and potato starch that have been well dried and powdered. Starch has a great affinity for water and swells when moistened, thus facilitating the rupture of the tablet matrix. However, others have suggested that its disintegrating action in tablets is due to capillary action rather than swelling; the spherical shape of the starch grains increases the porosity of the tablet, thus promoting capillary action. Starch, 5%, is suggested, but if more rapid disintegration is desired, this amount may be increased to 10 or 15%. Although it might be expected that disintegration time would decrease as the percentage of starch in the tablet increased, this does not appear to be the case for tolbutamide tablets. In this instance, there appears to be a critical starch concentration for different granulations of the chemical. When their disintegration effect is desired, starches are added to the powder blends in the dry state.

A group of materials known as super disintegrants have gained in popularity as disintegrating agents. The name comes from the low levels (2 to 4%) at which they are completely effective. Croscarmelose, crospovidone, and sodium starch glycolate represent examples of a cross-linked cellulose, a cross-linked polymer, and a cross-linked starch, respectively.

The development of these disintegrants fostered new theories about the various mechanisms by which disintegrants work. Sodium starch glycolate swells 7- to 12-fold in less than 30 sec. Croscarmelose swells 4- to 8-fold in less than 10 sec. The starch swells equally in all three dimensions, while the cellulose swells only in two dimensions, leaving fiber length essentially the same. Since croscarmelose is the more efficient disintegrating agent, it is postulated that the rate, force, and extent of swelling play an important role in those disintegrants that work by swelling. Cross-linked PVP swells little but returns to its original boundaries quickly after compression. Wicking, or capillary action, also is postulated to be a major factor in the ability of cross-linked PVP to function.[17–19]

In addition to the starches, a large variety of materials have been used and are reported to be effective as disintegrants. This group includes Veegum HV, methylcellulose, agar, bentonite, cellulose and wood products, natural sponge, cation-exchange resins, alginic acid, guar gum, citrus pulp, and carboxymethylcellulose.[20] Sodium lauryl sulfate in combination with starch also has been demonstrated to be an effective disintegrant. In some cases the apparent effectiveness of surfactants in improving tablet disintegration is postulated due to an increase in the rate of wetting.

The disintegrating agent usually is mixed with the active ingredients and diluents prior to granulation. In some cases it

may be advantageous to divide the starch into two portions: one part is added to the powdered formula prior to granulation, and the remainder is mixed with the lubricant and added prior to compression. Incorporated in this manner, the starch serves a double purpose; the portion added to the lubricant rapidly breaks down the tablet to granules, and the starch mixed with the active ingredients disintegrates the granules into smaller particles. Veegum has been shown to be more effective as a disintegrator in sulfathiazole tablets when most of the quantity is added after granulation and only a small amount before granulation. Likewise, the montmorillonite clays were found to be good tablet disintegrants when added to prepared granulations as powder. They are much less effective as disintegrants when incorporated within the granules.

Factors other than the presence of disintegrants can affect the disintegration time of compressed tablets significantly. The binder, tablet hardness, and the lubricant have been shown to influence the disintegration time. Thus, when the formulator is faced with a problem concerning the disintegration of a compressed tablet, the answer may not lie in the selection and quantity of the disintegrating agent alone.

The evolution of carbon dioxide is also an effective way to cause the disintegration of compressed tablets. Tablets containing a mixture of sodium bicarbonate and an acidulant such as tartaric or citric acid will effervesce when added to water. Sufficient acid is added to produce a neutral or slightly acidic reaction when disintegration in water is rapid and complete. One drawback to the use of the effervescent type of disintegrator is that such tablets must be kept in a dry atmosphere at all times during manufacture, storage, and packaging. Soluble, effervescent tablets provide a popular form for dispensing aspirin and noncaloric sweetening agents.

## Coloring Agents

Colors in compressed tablets serve functions other than making the dosage form more esthetic in appearance. Color helps the manufacturer to control the product during its preparation, as well as serving as a means of identification to the user. The wide diversity in the variety of colors in solid dosage forms makes it possible to use color as an important category in the identification code developed by the AMA to establish the identity of an unknown compressed tablet in situations arising from poisoning.

All colorants used in pharmaceuticals must be approved and certified by the FDA. For several decades colorants have been subjected to rigid toxicity standards, and as a result, a number of colorants have been removed from an approved list of Food, Drug and Cosmetic Act (FD&C) colors, or delisted. Several have been listed as well. The colorants currently approved in the US are listed in Table 45-1. Each country has its own list of approved colorants, and formulators must consider this in designing products for the international market.[21]

Any of the approved, certified, water-soluble FD&C dyes, mixtures of the same, or their corresponding lakes may be used to color tablets. A color lake is the combination by adsorption of a water-soluble dye to a hydrous oxide of a heavy metal resulting in an insoluble form of the dye. In some instances multiple dyes are used to give a purposefully heterogeneous coloring in the form of speckling to compressed tablets. The dyes available do not meet all the criteria required for the ideal pharmaceutical colorants. The photosensitivity of several of the commonly used colorants and their lakes has been investigated, as well as the protection afforded by a number of glasses used in packaging tablets.[21]

Another approach for improving the photostability of dyes has been in the use of ultraviolet-absorbing chemicals in the tablet formulations with the dyes. The Di-Pac line (Amstar) is a series of commercially available colored, direct-compression sugars.

RIMEG-JDG-00000280

Table 45-1. Colors Approved for Use in the US in Oral Dosage Forms[a,b]

| COLOR | OTHER NAMES | COLOR INDEX (CI 1971) | USE RESTRICTION (US) |
|---|---|---|---|
| FD&C Red 40 | Allura red | 16035 | FDA certification on each lot of dye |
| D&C Red 33 | Acid fuchsin D Naphtalone red B | 17200 | ADI 0–0.76 mg |
| D&C Red 36 | | | ADI 0–1.0 mg |
| Canthaxanthinin | Food orange 8 | 40850 | None |
| D&C Red 22 | Eosin Y | 45380 | FDA certification on each lot of dye |
| D&C Red 28 | Phloxine B | 45410 | FDA certification on each lot of dye |
| D&C Red 3 | Erythrosine | 45430 | FDA certification on each lot of dye |
| Cochineal extract | Natural red 4 Carmine | 75470 | None |
| Iron oxide—red | —— | 77491 | ADI 0–5 mg elemental iron |
| FD&C Yellow 6 | Sunset yellow FCF Yellow orange 5 | 15985 | None |
| FD&C Yellow 5 | Tartrazine | 19140 | Label declaration and FDA certification on each lot of dye |
| D&C Yellow 10 | Quinoline yellow WS | 47005 | FDA certification on each lot of dye |
| Beta-carotene | | 40800 | |
| Iron oxide—yellow | —— | 77492 | ADI 0–5 mg elemental iron |
| FD&C Blue 1 | Brilliant blue FCF | 42090 | FDA certification on each lot of dye |
| FD&C Blue 2 | Indigotine Indigo carmine | 73015 | None |
| FD&C Green 3 | Fast green FCF | 42035 | FDA certification on each lot of dye |
| Iron oxide—black | —— | 77499 | ADI 0–5 mg elemental iron |
| Caramel | Burnt sugar | —— | None |
| Titanium dioxide | —— | 77891 | None |

[a] Abbreviations: ADI, acceptable daily intake (per kg body weight); CI, color index numbers of 1971 (US); D&C, Drug and Cosmetic Dyes (US); FDA, Food and Drug Administration (US); FD&C, Food, Drug and Cosmetic Dyes (US).
[b] As of February, 1988 and subject to revision.

The most common method of adding color to a tablet formulation is to dissolve the dye in the binding solution prior to the granulating process. Another approach is to adsorb the dye on starch or calcium sulfate from its aqueous solution; the resultant powder is dried and blended with the other ingredients. If the insoluble lakes are used, they may be blended with the other dry ingredients. Frequently during drying, colors in wet granulations migrate, resulting in an uneven distribution of the color in the granulation. After compression, the tablets will have a mottled appearance due to the uneven distribution of the color. Migration of colors may be reduced by drying the granulation slowly at low temperatures and stirring the granulation while it is drying. The affinity of several water-soluble, anionic, certified dyes for natural starches has been demonstrated; in these cases this affinity should aid in preventing color migration.

Other additives have been shown to act as dye-migration inhibitors. Tragacanth (1%), acacia (3%), attapulgite (5%), and talc (7%) were effective in inhibiting the migration of FD&C Blue No 1 in lactose. In using dye lakes, the problem of color migration is avoided since the lakes are insoluble. Prevention of mottling can be helped also by the use of lubricants and other additives that have been colored similarly to the granulation prior to their use. The problem of mottling becomes more pronounced as the concentration of colorants increases. Color mottling is an undesirable characteristic common to many commercial tablets.

## Flavoring Agents

In addition to the sweetness that may be afforded by the diluent of the chewable tablet, eg, mannitol or lactose, artificial sweetening agents may be included. Formerly, the cyclamates, either alone or in combination with saccharin, were used widely. With the banning of the cyclamates and the indefinite status of saccharin, new natural sweeteners are being sought. Aspartame (Searle), has found applications in pharmaceutical formulations. Sweeteners other than the sugars have the advantage of reducing the bulk volume, considering the quantity of sucrose required to produce the same degree of sweetness. Being present in small quantities, they do not affect markedly the physical characteristics of the tablet granulation.

## POWDER COMPACTION

Compressed tablets became a commercially viable and efficient dosage form with the invention of tablet machines. In 1843 William Brockendon, a British inventor, author, artist, and watchmaker, received British Patent #9977 for *Shaping Pills, Lozenges, and Black Lead by Pressure in Dies.*[22] In over 150 years of tablet manufacture, the basic process has not changed. Surprisingly, improvements have been made only with regards to speed of manufacture and quality control.

The process of compaction has several identifiable phases. As can be seen in Figure 45-3, when powders undergo compression (a reduction in volume), the first process to occur is a consolidation of the powders. During this consolidation phase, the powder particles adopt a more efficient packing order. The



Figure 45-3. The stages of powder compaction.

RIMEG-JDG-00000281

second phase of the compaction process is elastic, or reversible deformation. If the force were to be removed during this phase, the powder would recover completely to the efficiently packed state. For most pharmaceutical powders, this phase is very short in duration and very difficult to identify on most instrumented tablet presses. The third phase of compaction is plastic, or irreversible, deformation of the powder bed. It is this phase of the compaction process that is the most critical in tablet formation. If too much force is applied to the powder, brittle fracture occurs. If the force was applied too quickly, fracture and debonding during stress relaxation can occur.

In 1950, Stewart reported on the importance of plastic flow and suggested that if a material has significant plastic flow under compression, it will be more likely to form a compact.[23] David and Augsburger evaluated stress-relaxation data, using the Maxwell model of viscoelastic behavior in an attempt to quantify the rate of plastic deformation of some direct compression excipients.[24] Jones has used the term *contact time* to describe the total time for which a moving punch applies a detectable force to the die contents during the compression and decompression event, excluding ejection.[25]

Rees and Rue evaluated three parameters: stress relation during compaction, effect of contact time on tablet density, and rate of application of diametrical compression on tablet deformation.[26]

Jones[25] outlined numerous techniques to evaluate the compactability of powders. Because of the completeness of his review, these parameters are discussed below.

## Tablet Strength—Compression Pressure Profile

Most formulators use tablet *hardness*, or tensile strength, as a measure of the cohesiveness of a tablet. With even the simplest of instrumented tablet presses, it is possible to plot tensile strength versus the force applied to the tablet. Figure 45-4 illustrates such a plot. These plots can be useful in identifying forces that can cause fracture and can lead to a quick, tangible assessment of the compatibility of the formulation. However, there are many limitations to this method, as these plots cannot predict *lamination* or *capping*. In addition, the cohesiveness of a tablet can change upon storage, in either a positive or negative direction.

## Tablet Friability

This test is discussed later in the chapter, and there have been many suggestions about how they should be performed. Many

formulators believe this is an important indicator of cohesiveness but is of limited value in predicting failure in the field.

## Changes in Bed Density during Compression

As applied stress (force) increases, elastic and plastic deformation of the particles occurs, which results in plastic flow and a reduction of the particles. The densification is related to a reduction in void spaces. This lowers the overall compact density.

For highly cohesive systems, the reduction in void space may yield a compact of sufficient strength for insertion into a capsules shell. However, the inherent cohesiveness for most drugs and excipients is not suitable alone for tablet manufacture.

The Heckel equation is given below; $K$ can be considered equal to the reciprocal of the mean yield pressure, and $A$ is a function of the original compact volume and is related to the densification and particle rearrangement prior to bonding.

$$\text{Log } [1/(1 - D)] = KP + A$$

where $D$ is the relative density at pressure $P$, and $K$ and $A$ are constants.

Hersey and Rees[25] have classified Heckel plots into two categories. Figure 45-5 shows both types of Heckel plots. Type 2 differs from Type 1 in that above a certain pressure a single linear relationship occurs irrespective of the initial bed density. This is independent of particle size and is probable due to fragmentation of particles and their subsequent compaction by plastic deformation. For Type 1 materials, no such fracture occurs, but adjacent particles simply deform plastically.

The pressure at which the plots transition to a linear portion is approximately equal to the minimum pressure required to form a coherent compact.

## Changes in Surface Area during Compression

Bulk powders change their state of packing during compaction, and individual particles fracture and/or plastically deform. During this process, the surface area of the powders and the compact in whole, changes. Conventional nitrogen absorption techniques can estimate these changes. Although this can be tedious, these measurements can give a means of examining lamination tendency.



**Figure 45-4.** Tensile strength of compacts prepared from different crystal forms. *A*: Barbitone (104–152 μm)—○, Form I; □, Form II; △, Form III. *B*: Sulfathiazole (104–152 μm)—○, Form I; △, Form II. *C*: Aspirin (250–353 μm)—△, Form I; □, Form IV (courtesy, Summers et al[27]).

RIMEG-JDG-00000282



*A*



*B*

**Figure 45-5.** Heckel plots. *A:* Type I. *B:* Type II (courtesy, Jones[29]).

## Stress Relaxation

The experimental technique consists of holding the compression process at a point of maximum compression and observing the compression force over various periods of time. By increasing the duration of this period (dwell time), plastic flow is maximized, and tablet strength increases.

## Stress Transmissions during Compression

If the stresses in the upper punch, lower punch, and die wall are monitored, as in Figure 45-6, a general plot can be constructed showing the relationship between these forces. The elastic limit is reached at point *A*. At point *B*, the applied force is released, and the transmitted force on the wall of the die falls rapidly. The upper punch ceases to contact the powder/compact at point *C*, where the transmitted force falls rapidly to a residual force, point *D*. The force needed to eject the tablet from the die must be greater than the residual force holding it to the sides of the die. Therefore, residual forces tend to be proportional to ejection forces. In addition, these plots can give a good assessment of the elastic component of the compaction process of a powder.

## Work and Compaction

Force-displacement (*F-D*) curves are useful in determining the *work* involved in forming a compact. Curves, such as shown in Figure 45-7,[20] represent the work of the compression process, but all compacts expand somewhat during decompression, and this force is transferred back to the punch. Therefore, by performing a second compression of the compact, the second result can be subtracted from the first for a *corrected F-D curve*. The corrected curve represents the work associated with plastic deformation during powder compaction, as well as a determination of the work of friction of the die wall and the work of elastic deformation.

## GRANULATION METHODS

### Wet Granulation

The most widely used and most general method of tablet preparation is the wet-granulation method. Its popularity is due to the greater probability that the granulation will meet all the physical requirements for the compression of good tablets. Its chief disadvantages are the number of separate steps involved, as well as the time and labor necessary to carry out the procedure, especially on a large scale. The steps in the wet method are weighing, mixing, granulation, screening the damp mass, drying, dry screening, lubrication, and compression. The equipment involved depends on the quantity or size of the batch. The active ingredient, diluent, and disintegrant are mixed or blended well. For small batches the ingredients may be mixed in stainless steel bowls or mortars. Small-scale blending also can be carried out on a large piece of paper by holding the opposite edges and tumbling the material back and forth. The powder blend may be sifted through a screen of suitable fineness to remove or break up lumps. This screening also affords additional mixing. The screen selected always should be of the same type of wire or cloth that will not affect the potency of the ingredients through interaction. For example, the stability of ascorbic acid is affected deleteriously by even small amounts of copper, thus care must be taken to avoid contact with copper or copper-containing alloys.

For larger quantities of powder, the Patterson-Kelley twin-shell blender and the double-cone blender offer a means of precision blending and mixing in short periods of time (Fig 45-8). Twin-shell blenders are available in many sizes from laboratory models to large production models. Planetary mixers, eg, the Glen mixer and the Hobart mixer, have served this



**Figure 45-6.** Transmitted stresses during tablet compaction.

RIMEG-JDG-00000283





**Figure 45-7.** Typical forces. *A:* Displacement (F–D) curve; *B:* displacement (F–D), second compression (courtesy, Jones[29]).



**Figure 45-8.** Twin-shell blender for solids or liquid-solids blending (courtesy, Patterson-Kelley).

Solutions of the binding agent are added to the mixed powders with stirring. The powder mass is wetted with the binding solution until the mass has the consistency of damp snow or brown sugar. If the granulation is overwetted, the granules will be hard, requiring considerable pressure to form the tablets, and the resultant tablets may have a mottled appearance. If the powder mixture is not wetted sufficiently, the resulting granules will be too soft, breaking down during lubrication and causing difficulty during compression.

The wet granulation is forced through a 6- or 8-mesh screen. Small batches can be forced through by hand using a manual screen. For larger quantities, one of several comminuting mills suitable for wet screening can be used. These include the Stokes oscillator, Colton rotary granulator, Fitzpatrick comminuting mill, or Stokes tornado mill. See Figure 45-10. In comminuting mills the granulation is forced through the sieving device by rotating hammers, knives, or oscillating bars. Most

function in the pharmaceutical industry for many years (Fig 45-9). On a large scale, ribbon blenders also are employed frequently and may be adapted for continuous-production procedures. Mass mixers of the sigma-blade type have been used widely in the pharmaceutical industry.

Rapidly increasing in popularity are the high-speed, high-shear mixers such as the Lodige/Littleford, Diosna, Fielder, and Baker-Perkins. For these mixers a full range of sizes are available. The processing of granulations in these machines is generally faster than in conventional granulators. However, control over the process is critical, and scale-up issues may become extremely important.[30] Fluid-bed granulation (discussed below) also is gaining wide acceptance in the industry. For both of these types of processing, slight modifications to the following procedures are required.



**Figure 45-9.** The Glen powder mixer (courtesy, Am Machine).

RIMEG-JDG-00000284



**Figure 45-10.** Rotary granulator and sifter (courtesy, Vector/ Colton).

high-speed mixers are equipped with a chopper blade that operates independently of the main mixing blades and can replace the wet milling step, ie, can obviate the need for a separate operation.

For tablet formulations in which continuous production is justified, extruders such as the Reitz extructor have been adapted for the wet-granulation process. The extruder consists of a screw mixer with a chamber where the powder is mixed with the binding agent, and the wet mass gradually is forced through a perforated screen, forming threads of the wet granulation. The granulation then is dried by conventional methods. A semiautomatic, continuous process using the Reitz extructor has been described for the preparation of the antacid tablet Gelusil *(Warner-Lambert)*.

Moist material from the wet milling step is placed on large sheets of paper on shallow wire trays and placed in drying cabinets with a circulating air current and thermostatic heat control. See Figure 45-11. While tray drying was the most widely used method of drying tablet granulations in the past, fluid-bed drying is now equally popular. Notable among the newer methods being introduced are the fluid-bed dryers. In drying tablet granulation by fluidization, the material is suspended and agitated in a warm air stream while the granulation is maintained in motion. Drying tests comparing the fluidized bed and a tray dryer for a number of tablet granulations indicated that the former was 15 times faster than the conventional method of tray drying. In addition to the decreased drying time, the fluidization method is claimed to have other advantages such as better control of drying temperatures, decreased handling costs, and the opportunity to blend lubricants and other materials into the dry granulation directly in the fluidized bed. See Figure 45-12.[51]

The application of radio-frequency drying and infrared drying to tablet granulations has been reported as successful for most granulations tried. These methods readily lend themselves to continuous granulation operations. The study of drying methods for tablet granulations led to the development of

the Rovac dryer system by Ciba pharmacists and engineers. The dryer is similar in appearance to the cone blender except for the heating jacket and vacuum connections. By excluding oxygen and using the lower drying temperatures made possible by drying in a vacuum, opportunities for degradation of the ingredients during the drying cycle are minimized. A greater uniformity of residual moisture content is achieved because of the moving bed, controlled temperature, and controlled time period of the drying cycle. Particle-size distribution can be controlled by varying the speed of rotation and drying temperature as well as by comminuting the granulation to the desired granule size after drying.

In drying granulations it is desirable to maintain a residual amount of moisture in the granulation. This is necessary to maintain the various granulation ingredients, such as gums, in a hydrated state. Also, the residual moisture contributes to the reduction of the static electric charges on the particles. In the selection of any drying process, an effort is made to obtain a uniform moisture content. In addition to the importance of moisture content of the granulation in its handling during the manufacturing steps, the stability of the products containing moisture-sensitive active ingredients may be related to the moisture content of the products.

Previously it was indicated that water-soluble colorants can migrate toward the surface of the granulation during the drying process, resulting in mottled tablets after compression. This is also true for water-soluble drug substances, resulting in tablets unsatisfactory as to content uniformity. Migration can be reduced by drying the granulation slowly at low temperatures or using a granulation in which the major diluent is present as granules of large particle size. The presence of microcrystalline cellulose in wet granulations also reduces migration tendencies.

After drying, the granulation is reduced in particle size by passing it through a smaller-mesh screen. Following dry screening, the granule size tends to be more uniform. For dry granulations the screen size to be selected depends on the diameter of the punch. The following sizes are suggested:

Tablets up to ⁵⁄₁₆ inch diameter, use 20-mesh
Tablets ⁵⁄₃₂ to ⁹⁄₃₂ inch, use 16-mesh
Tablets ¹¹⁄₃₂ to ¹³⁄₃₂ inch, use 14-mesh
Tablets ⁷⁄₁₆ inch and larger, use 12-mesh

For small amounts of granulation, hand screens may be used and the material passed through with the aid of a stainless steel spatula. With larger quantities, any of the comminuting mills with screens corresponding to those just mentioned may be used. Note that the smaller the tablet, the finer the dry granulation to enable more uniform filling of the die cavity; large granules give an irregular fill to a comparatively small die cavity. With compressed tablets of sodium bicarbonate, lactose, and magnesium trisilicate, a relationship has been demonstrated between the particle size of the granulated material and the disintegration time and capping of the resultant tablets. For a sulfathiazole granulation, however, the particle-size distribution did not appear to influence hardness or disintegration.



**Figure 45-11.** Cross-section of tray dryer.

RIMEG-JDG-00000285



Expansion chamber

Product container

*A*



Controlled particle flow

Coating partition
Coating spray
Hydraulic or
pneumatic nozzle
Airflow
Air distribution plate

*B*



Nozzle

Slit

Rotor disk
(height adjustable)

Airflow                    Airflow

*C*

**Figure 45-12.** Three versions of fluidized-bed granulation and drying. *A:* Top-spray method used in conventional fluid-bed granulation coaters; *B:* bottom-spray method used in Wurster air-suspension columns; *C:* tangential-spray method used in rotary fluid-bed coaters/granulators (courtesy, Aster Publ, adapted from Reference 31).

After dry granulation, the lubricant is added as a fine powder. It usually is screened onto the granulation through 60- or 100-mesh nylon cloth to eliminate small lumps as well as to

increase the covering power of the lubricant. As it is desirable for each granule to be covered with the lubricant, the lubricant is blended with the granulation very gently, preferably in a blender using a tumbling action. Gentle action is desired to maintain the uniform granule size resulting from the granulation step. It has been claimed that too much fine powder is not desirable because fine powder may not feed into the die evenly; consequently, variations in weight and density result. Fine powders, commonly designated as *fines*, also blow out around the upper punch and down past the lower punch, making it necessary to clean the machine frequently. Fines, however, at a level of 10 to 20%, traditionally are sought by the tablet formulator. The presence of some fines is necessary for the proper filling of the die cavity. Now, even higher concentrations of fines are used successfully in tablet manufacture. Most investigators agree that no general limits exist for the amount of fines that can be present in a granulation; it must be determined for each specific formula.

Many formulators once believed (and some still believe) that overblending resulted in an increased amount of fines and, hence, caused air entrapment in the formula. The capping and laminating of tablets associated with overblending lubricants was thought to be caused by these air pockets. Most scientists now recognize that a more plausible explanation has to do with the function of the lubricants themselves. Since the very nature of a lubricant tends to make surfaces less susceptible to adhesion, overblending prevents the intergranular bonding that takes place during compaction.

## Fluid-Bed Granulation

A new method for granulating evolved from the fluid-bed drying technology described earlier. The concept was to spray a granulating solution onto the suspended particles, which then would be dried rapidly in the suspending air. The main benefit from this system is the rapid granulation and drying of a batch. The two main firms that developed this technology are *Glatt* and *Aeromatic*. The design of these systems is basically the same with both companies (see Fig 45-12). In this method, particles of an inert material or the active drug are suspended in a vertical column with a rising air stream; while the particles are suspended, the common granulating materials in solution are sprayed into the column. There is a gradual particle buildup under a controlled set of conditions resulting in a tablet granulation that is ready for compression after the addition of the lubricant. An obvious advantage exists, since granulating and drying can take place in a single piece of equipment. It should be noted, however, that many of the mixers discussed previously can be supplied with a steam jacket and vacuum and can provide the same advantage.

In these systems a granulating solution or solvent is sprayed into or onto the bed of suspended particles. The rate of addition of the binder, temperature in the bed of particles, temperature of the air, volume, and moisture of the air all play an important role in the quality and performance of the final product. Many scientists feel that this method is an extension of the wet-granulation method, as it incorporates many of its concepts. However anyone who has developed a formulation in a fluid-bed system knows that the many operating parameters involved make it somewhat more complex.[31] In addition to its use for the preparation of tablet granulations, this technique also has been proposed for the coating of solid particles as a means of improving the flow properties of small particles. Researchers have observed that, in general, fluid-bed granulation yields a less dense particle than conventional methods, and this can affect subsequent compression behavior. A large-scale fluid-bed granulation process has been described for Tylenol (*McNeil*). Methods for the preparation of compressed tablets have been reviewed in the literature.[32]

In the *Merck* facility at Elkton, VA, the entire tablet-manufacturing process based on a wet-granulation method is

RIMEG-JDG-00000286

computer-controlled. By means of a computer, the system weighs the ingredients, blends, granulates, dries, and lubricates to prepare a uniform granulation of specified particle size and particle-size distribution. The computer directs the compression of the material into tablets with exacting specifications for thickness, weight, and hardness. After compression, the tablets are coated with a water-based film coating. The computer controls and monitors all flow of material. The plant represents the first totally automated pharmaceutical manufacturing facility. See Figure 45-13.

Although the Merck facility represents the most fully automated production operation, there are many others throughout the industry that have parts of the operation (such as a coating, compressing, or fluid-bed granulation process) operating under a high degree of sophistication and automation. This is the trend for the future. Equipment suppliers work closely with individual pharmaceutical companies in designing specialized and unique systems.

## Dry Granulation

When tablet ingredients are sensitive to moisture or are unable to withstand elevated temperatures during drying, and when the tablet ingredients have sufficient inherent binding or cohesive properties, slugging may be used to form granules. This method is referred to as dry granulation, precompression, or double-compression. It eliminates a number of steps but still includes weighing, mixing, slugging, dry screening, lubrication, and compression. The active ingredient, diluent (if required), and part of the lubricant are blended. One of the constituents, either the active ingredient or the diluent, must have cohesive properties. Powdered material contains a considerable amount of air; under pressure this air is expelled, and a fairly dense

piece is formed. The more time allowed for this air to escape, the better the tablet or slug.

When slugging is used, large tablets are made as slugs because fine powders flow better into large cavities. Also, producing large slugs decreases production time; ⅞ to 1 in are the most practical sizes for slugs. Sometimes, to obtain the pressure that is desired the slug sizes are reduced to ¾ in. The punches should be flat-faced. The compressed slugs are comminuted through the desirable mesh screen either by hand or, for larger quantities, through the Fitzpatrick or similar comminuting mill. The lubricant remaining is added to the granulation and blended gently, and the material is compressed into tablets. Aspirin is a good example of where slugging is satisfactory. Other materials such as aspirin combinations, acetophenetidin, thiamine hydrochloride, ascorbic acid, magnesium hydroxide, and other antacid compounds may be treated similarly.

Results comparable to those accomplished by the slugging process also are obtained with compacting mills. In the compaction method the powder to be densified passes between high-pressure rollers that compress the powder and remove the air. The densified material is reduced to a uniform granule size and compressed into tablets after the addition of a lubricant. Excessive pressures that may be required to obtain cohesion of certain materials may result in a prolonged dissolution rate. Compaction mills available include the Chilsonator *(Fitzpatrick)*, Roller Compactor *(Vector)*, and the Compactor Mill *(Allis-Chalmers)*.

## Direct Compression

As its name implies, direct compression consists of compressing tablets directly from powdered material without modifying the



**Figure 45-13.** Computer control room for the first large-scale computer-controlled tablet manufacturing facility (courtesy, Merck).

RIMEG-JDG-00000287

physical nature of the material itself. Formerly, direct compression as a method of tablet manufacture was reserved for a small group of crystalline chemicals having all the physical characteristics required for the formation of a good tablet. This group includes chemicals such as potassium salts (chlorate, chloride, bromide, iodide, nitrate, permanganate), ammonium chloride, and methenamine. These materials possess cohesive and flow properties that make direct compression possible.

Since the pharmaceutical industry constantly is making efforts to increase the efficiency of tableting operations and reduce costs by using the smallest amount of floor space and labor as possible for a given operation, increasing attention is being given to this method of tablet preparation. Approaches being used to make this method more universally applicable include the introduction of formulation additives capable of imparting the characteristics required for compression and the use of force-feeding devices to improve the flow of powder blends.

For tablets in which the drug itself constitutes a major portion of the total tablet weight, it is necessary that the drug possess those physical characteristics required for the formulation to be compressed directly. Direct compression for tablets containing 25% or less of drug substances frequently can be used by formulating with a suitable diluent that acts as a carrier or vehicle for the drug.[32-34]

Direct-compression vehicles or carriers must have good flow and compressible characteristics. These properties are imparted to them by a preprocessing step such as wet granulation, slugging, spray drying, spheronization, or crystallization. These vehicles include processed forms of most of the common diluents including dicalcium phosphate dihydrate, tricalcium phosphate, calcium sulfate, anhydrous lactose, spray-dried lactose, pregelatinized starch, compressible sugar, mannitol, and microcrystalline cellulose. These commercially available direct-compression vehicles may contain small quantities of other ingredients (eg, starch) as processing aids. Dicalcium phosphate dihydrate (Di-Tab, *Stauffer*) in its unmilled form has good flow properties and compressibility. It is a white, crystalline agglomerate insoluble in water and alcohol. The chemical is odorless, tasteless, and nonhygroscopic. Since it has no inherent lubricating or disintegrating properties, other additives must be present to prepare a satisfactory formulation.

Compressible sugar consists mainly of sucrose that is processed to have properties suitable for direct compression. It also may contain small quantities of dextrin, starch, or invert sugar. It is a white crystalline powder with a sweet taste and complete water solubility. It requires the incorporation of a suitable lubricant at normal levels for lubricity. The sugar is used widely for chewable vitamin tablets because of its natural sweetness. One commercial source is Di-Pac (*Amstar*) prepared by the cocrystallization of 97% sucrose and 3% dextrins. Some forms of lactose meet the requirements for a direct-compression vehicle. Hydrous lactose does not flow, and its use is limited to tablet formulations prepared by the wet-granulation method. Both anhydrous lactose and spray-dried lactose have good flowability and compressibility and can be used in direct compression provided a suitable disintegrant and lubricant are present. Mannitol is a popular diluent for chewable tablets because of its pleasant taste and mouth feel resulting from its negative heat of solution. In its granular form (*ICI Americas*) it has good flow and compressible qualities. It has a low moisture content and is not hygroscopic.

The excipient that has been studied extensively as a direct compression vehicle is microcrystalline cellulose (Avicel, *FMC*). This nonfibrous form of cellulose is obtained by spray-drying washed, acid-treated cellulose and is available in several grades that range in average particle size from 20 to 100 $\mu$m. It is water-insoluble, but the material has the ability to draw fluid into a tablet by capillary action; it swells on contact and thus acts as a disintegrating agent. The material flows well and has a degree of self-lubricating qualities, thus requiring a lower level of lubricant than other excipients.

Forced-flow feeders are mechanical devices, available from pharmaceutical equipment manufacturers, designed to deaerate light and bulky material. Mechanically, they maintain a steady flow of powder moving into the die cavities under moderate pressure. By increasing the density of the powder, higher uniformity in tablet weights is obtained. See Figure 45-14.

Recently, many companies have reversed their optimism for some direct-compression systems. Some formulations made by direct compression were not as *forgiving* as the older wet-granulated products were. As raw material variations occurred, especially with the drug, many companies found themselves with poorly compactable formulations. Interest in direct compression also is stimulating basic research on the flowability of powders with and without additives. Direct compression formulas are included in the formula section found on pages 878 to 881.

## Related Granulation Processes

**SPHERONIZATION**—Spheronization, a form of pelletization, refers to the formation of spherical particles from wet granulations. Since the particles are round, they have good flow properties when dried. They can be formulated to contain sufficient binder to impart cohesiveness for tableting. Spheronization equipment such as the Marumerizer (*Luwa*) and the CF-Granulator (*Vector*) is commercially available. A wet granulation containing the drug substance, diluent (if required), and binder, is passed first through an extruding machine to form rod-shaped cylindrical segments ranging in diameter from 0.5 to 12 mm. The segment diameter and the size of the final spherical particle depend on the extruder screen size. After extrusion the segments are placed into the Marumerizer where they are shaped into spheres by centrifugal and frictional forces on a rotating plate (see Fig 45-15). The pellets then are dried by conventional methods, mixed with suitable lubricants, and compressed into tablets or used as capsule-fill material. Microcrystalline cellulose has been shown to be an effective diluent and binder in granulations to be spheronized.[35-38] The advantages of the process include the production of granules, regular in shape, size, and surface characteristics; low friability resulting in fewer fines and less dust; and the ability to regulate the size of the spheres within a narrow particle-size distribution.

Spheres also can be produced by fluid-bed granulation techniques and by other specialized equipment such as the



**Figure 45-14.** Feeding devices designed to promote flow of granulations for high-speed machines (courtesy, Stokes/Pennwalt).

RIMEG-JDG-00000288



Figure 45-15. The inside of a QJ-400 Marumerizer (courtesy, Luwa).

CF-Granulator *(Vector)*. These processes, however, must begin with crystals or nonpareil seeds followed by buildup. Exact results, such as sphere density, are different for the various methods and could be important in product performance. These processes can be run as batches or continuously.

**SPRAY-DRYING**—A number of tableting additives suitable for direct compression have been prepared by the drying process known as spray-drying. The method consists of bringing together a highly dispersed liquid and a sufficient volume of hot air to produce evaporation and drying of the liquid droplets. The feed liquid may be a solution, slurry, emulsion, gel, or paste, provided it is pumpable and capable of being atomized. As shown in Figure 45-16, the feed is sprayed into a current of warm filtered air. The air supplies the heat for evaporation and conveys the dried product to the collector; the air is then exhausted with the moisture. As the liquid droplets present a large surface area to the warm air, local heat and transfer coefficients are high.

The spray-dried powder particles are homogeneous, approximately spherical in shape, nearly uniform in size, and frequently hollow. The latter characteristic results in low bulk density with a rapid rate of solution. Being uniform in size and spherical, the particles possess good flowability. The design and operation of the spray-dryer can vary many characteristics of the final product, such as particle size and size distribution, bulk and particle densities, porosity, moisture content, flowability, and friability. Among the spray-dried materials available for direct compression formulas are lactose, mannitol, and flour. Another application of the process in tableting is spray-drying the combination of tablet additives as the diluent, disintegrant, and binder. The spray-dried material then is blended with the active ingredient or drug, lubricated, and compressed directly into tablets.

Since atomization of the feed results in a high surface area, the moisture evaporates rapidly. The evaporation keeps the product cool and as a result the method is applicable for drying heat-sensitive materials. Among heat-sensitive pharmaceuti-

cals successfully spray-dried are the amino acids; antibiotics as aureomycin, bacitracin, penicillin, and streptomycin; ascorbic acid; cascara extracts; liver extracts; pepsin and similar enzymes; protein hydrolysates; and thiamine.[39]

Frequently, spray-drying is more economical than other processes, since it produces a dry powder directly from a liquid and eliminates other processing steps as crystallization, precipitation, filtering or drying, particle-size reduction, and particle classifying. By the elimination of these steps, labor, equipment costs, space requirements and possible contamination of the product are reduced. Intrinsic factor concentrate obtained from hog mucosa previously was prepared by *Lederle*, using a salt-precipitation process followed by a freeze-drying. By using spray-drying it was possible to manufacture a high-grade material by a continuous process. The spherical particles of the product facilitated its subsequent blending with vitamin $B_{12}$. Similar efficiencies have been found in processes producing magnesium trisilicate and dihydroxyaluminum sodium carbonate; both chemicals are used widely in antacid preparations.

Encapsulation of chemicals also can be achieved using spray-drying equipment. The process is useful in coating one material on another to protect the interior substance or to control the rate of its release. The substance to be coated can be either liquid or solid but must be insoluble in a solution of the coating material. The oil-soluble vitamins, A and D, can be coated with a variety of materials such as acacia gum to prevent their deterioration. Flavoring oils and synthetic flavors are coated to give the so-called dry flavors.

**SPRAY-CONGEALING**—Also called spray-chilling, spray-congealing is a technique similar to spray-drying. It consists of melting solids and reducing them to beads or powder by spraying the molten feed into a stream of air or other gas. The same basic equipment is used as with spray-drying, although no source of heat is required. Either ambient or cooled air is used, depending on the freezing point of the product. For example, monoglycerides and similar materials are spray-congealed with air at 50°F. A closed-loop system with refrigeration cools and recycles the air. Using this process, drugs can be dissolved or suspended in a molten wax and spray-congealed; the resultant material then can be adapted for a prolonged-release form of the drug.

Among the carbohydrates used in compressed tablets, mannitol is the only one that possesses high heat stability. Mannitol melts at 167° and, either alone or in combination with other carbohydrates, can be fused and spray-congealed. Selected drugs have been shown to be soluble in these fused mixtures, and the resultant spray-congealed material possesses excellent flow and compression characteristics.

## TABLET MACHINES

As mentioned previously, the basic mechanical unit in tablet compression involves the operation of two steel punches within a steel die cavity. The tablet is formed by the pressure exerted on the granulation by the punches within the die cavity, or cell. The tablet assumes the size and shape of the punches and die used. See Figures 45-17 and 45-18. While round tablets are used more generally, oval, capsule-form, square, triangular, or other irregular shapes may be used. Likewise, the curvature of



Figure 45-16. Typical spray-drying system (courtesy, Bowen Eng).



Figure 45-17. Concave punches.

RIMEG-JDG-00000289



Figure 45-18. Specially shaped punches.

the faces of the punches determines the curvature of the tablets. The diameters generally found to be satisfactory and frequently referred to as standard are as follows: ³/₁₆, ⁷/₃₂, ¼, ⁹/₃₂, ⁵/₁₆, ¹¹/₃₂, ³/₁₆, ½, ⁹/₁₆, ⅝, ¹¹/₁₆ and ¾ in. Punch faces with ridges are used for compressed tablets scored for breaking into halves or fourths, although it has been indicated that variation among tablet halves is significantly greater than among intact tablets. However, a patented formulation[40] for a tablet scored to form a groove that is one-third to two-thirds the depth of the total tablet thickness is claimed to give equal parts containing substantially equal amounts of the drug substance. Tablets, engraved or embossed with symbols or initials, require punches with faces embossed or engraved with the corresponding designs. See Figures 45-19 and 45-20. The use of the tablet sometimes determines its shape; effervescent tablets are usually large, round, and flat, while vitamin tablets frequently are prepared in capsule-shaped forms. Tablets prepared using deep-cup punches appear to be round and when coated take on the appearance of pills. Veterinary tablets often have a bolus shape and are much larger than those used in medical practice.

The quality-control program for punches and dies, frequently referred to as tooling, instituted by large pharmaceutical companies, emphasizes the importance of their care in modern pharmaceutical production. To produce physically perfect compressed tablets, an efficient punch-and-die program must be set up. Provisions for inspection of tooling, parameters for cost-per-product determination, product identification, and tooling specifications must all be considered. A committee of the Industrial and Pharmaceutical Technology Section of the



Figure 45-20. Collection of dies (courtesy, Stokes/Pennwalt).

APhA Academy of Pharmaceutical Sciences has established a set of dimensional specifications and tolerances for standard punches and dies.[41]

Regardless of the size of the tableting operation, the attention that must be given to the proper care of punches and dies should be noted. They must be highly polished and kept free from rust and imperfections. In cases in which the material pits or abrades the dies, chromium-plated dies have been used. Dropping the punches on hard surfaces will chip their fine edges. When the punches are in the machine, the upper and lower punches should not be allowed to contact each other; otherwise, a curling or flattening of the edges will result that is one of the causes of capping. This is especially necessary to observe in the case of deep-cup punches.

When the punches are removed from the machine, they should be washed thoroughly in warm soapy water and dried well with a clean cloth. A coating of grease or oil should be rubbed over all parts of the dies and punches to protect them from the atmosphere. They should be stored carefully in boxes or paper tubes.

## Single-Punch Machines

The simplest tableting machines available are those having the single-punch design. A number of models are available as outlined in Table 45-2. While most of these are power-driven, several hand-operated models are available. Compression is accomplished on a single-punch machine as shown in Figure 45-21. The feed shoe filled with the granulation is positioned over the die cavity, which then fills. The feed shoe retracts and scrapes all excess granulation away from the die cavity. The upper punch lowers to compress the granulation within the die cavity. The upper punch retracts, and the lower punch rises to eject the tablet. As the feed shoe returns to fill the die cavity, it pushes the compressed tablet from the die platform. The weight of the tablet is determined by the volume of the die cavity; the lower punch is adjustable to increase or decrease the volume of granulation, thus increasing or decreasing the weight of the tablet.

Figure 45-19. Collection of punches (courtesy, Stokes/Pennwalt).

RIMEG-JDG-00000290

**Table 45-2. Single-Punch Tablet Machines**

| MACHINE MODEL | MAXIMUM TABLET DIAMETER (INCHES) | PRESS SPEED (TABLETS/MIN) | DEPTH OF FILL (INCHES) |
|---|---|---|---|
| Stokes-Pennwalt equipment[a] | | | |
| 511-5 | ½ | 40–75 | ⁷⁄₁₆ |
| 206-4 | 1¾ | 10–40 | 1¹⁄₁₆ |
| 530-1 | 2 | 12–48 | 1⅝ |
| 525-2 | 3 | 16–48 | 2 |
| Manesty equipment (Thomas Eng) | | | |
| Hand machine | ½ | 100 | ⁷⁄₁₆ |
| Model F3 | ⅞ | 85 | 1¹⁄₁₆ |
| Model 35T[a] | 3 | 36 | 2¼ |

[a] Widely used for veterinary boluses.

For tablets having diameters larger than ½ inch, sturdier models are required. This is also true for tablets requiring a high degree of hardness, as in the case of compressed lozenges. The heavier models are capable of much higher pressures and are suitable for slugging.

### OPERATION OF SINGLE-PUNCH MACHINES

In installing punches and dies in a single-punch machine, insert the lower punch first by lining up the notched groove on the punch with the lower punch setscrew and slipping it into the smaller bore in the die table; the setscrew is not tightened yet. The lower punch is differentiated from the upper punch in that it has a collar around the punch head. Slip the die over the punch head so that the notched groove (with the widest area at the top) lines up with the die setscrew. Tighten the lower punch setscrew after seating the lower punch by pressing on the punch with the thumb. Tighten the die setscrew, making certain that the surface of the die is flush with the die table. Insert the upper punch, again lining up the grooved notch with the upper punch setscrew. To be certain that the upper punch is seated securely, turn the machine over by hand with a block of soft wood or wad of cloth between the upper and lower punches. When the punch is seated, tighten the upper punch setscrew. Adjust the pressure so that the upper and lower punches will not come in contact with each other when the machine is turned over. Adjust the lower punch so that it is flush with the die table at the ejection point. Install the feed shoe and hopper.

After adding a small amount of granulation to the hopper, turn the machine over by hand and adjust the pressure until a tablet is formed. Adjust the tablet weight until the desired weight is obtained. The pressure will have to be altered concurrently with the weight adjustments. It should be remembered that as the fill is increased the lower punch moves farther away from the upper punch, and more pressure will have to be applied to obtain comparable hardness. Conversely, when the fill is decreased, the pressure will have to be decreased. When all the adjustments have been made, fill the hopper with granulation and turn on the motor. Hardness and weight should be checked immediately, and suitable adjustments made if necessary. Periodic checks should be made on the tablet hardness and weight during the running of the batch, at 15- to 30-min intervals.

When the batch has been run off, turn off the power and remove loose dust and granulation with the vacuum cleaner. Release the pressure from the punches. Remove the feed hopper and the feed shoe. Remove the upper punch, the lower punch, and the die. Clean all surfaces of the tablet machine, and dry well with clean cloth. Cover surfaces with thin coating of grease or oil prior to storage.

As tablets are ejected from the machine after compression, they usually are accompanied by powder and uncompressed granulation. To remove this loose dust, the tablets are passed over a screen, which may be vibrating, and cleaned with a vacuum line.

## Rotary Tablet Machines

For increased production, rotary machines offer great advantages. A head carrying a number of sets of punches and dies revolves continuously while the tablet granulation runs from the hopper, through a feed frame and into the dies placed in a large, steel plate revolving under it. This method promotes a uniform fill of the die and therefore an accurate weight for the tablet. Compression takes place as the upper and lower punches pass between a pair of rollers, as can be seen in Figure 45-21. This action produces a slow squeezing effect on the material in the die cavity from the top and bottom and so gives a chance for the entrapped air to escape. The lower punch lifts up and ejects the tablet. Adjustments for tablet weight and hardness can be made without the use of tools while the machine is in operation. Figure 45-22 shows a high speed press. Figure 45-23 shows the tooling in a 16-station rotary press in the positions of a complete cycle to produce 1 tablet per set of tooling. One of the factors that contributes to the variation in tablet weight and hardness during compression is the internal flow of the granulation within the feed hopper.

On most rotary machine models there is an excess pressure release that cushions each compression and relieves the machine of all shocks and undue strain. The punches and dies can be removed readily for inspection, cleaning, and inserting different sets to produce a great variety of sizes and shapes. Many older presses have been modernized with protective shields to prevent physical injury and to comply with OSHA standards (see Fig 45-24). It is possible to equip the machine with as few punches and dies as the job requires and thus economize on installation costs. For types of rotary machines available, see Table 45-3.

### OPERATION OF ROTARY MACHINES

Before inserting punches and dies, make certain that the pressure has been released from the pressure wheel. The die holes should be cleaned



**Figure 45-21.** The steps associated with single-punch and rotary tablet machines.



**Figure 45-22.** Model 747 High Speed Press, double-sided rotary compacting press designed to produce at speeds over 10,000/min (courtesy, Stokes/Pennwalt).



**Figure 45-24.** Research technicians use an instrumented tablet press to develop processes at Schering-Plough.

thoroughly, making certain that the die seat is completely free of any foreign materials. Back off all die locks, and loosely insert dies into the die holes, then tap each die securely into place with a fiber of soft metal rod through the upper punch holes. After all the dies have been tapped into place, tighten each die lockscrew progressively and securely. As each screw is tightened the die is checked to see that it does not project above the die table. Insert the lower punches through the hole made available by removing the punch head. Turn the machine by hand until the punch bore coincides with the plug hole. Insert each lower punch in its place progressively. Insert the upper punches by dropping them into place in the head. Each punch (upper and lower) should be coated with a thin film of mineral oil before insertion into the machine. Adjust the ejection cam so that the lower punch is flush with the die table at the ejection point.

After insertion of the punches and dies, adjust the machine for the tablet weight and hardness. The feed frame should be attached to the machine along with the feed hopper. Add a small amount of the granulation through the hopper and turn over the machine by hand. Increase the pressure by rotating the pressure wheel until a tablet is formed. Check the weight of the tablet and adjust the fill to provide the desired tablet weight. Most likely more than one adjustment of the fill will be necessary before obtaining the acceptable weight. When the fill is decreased, the pressure must be decreased to provide the same hardness in the tablet. Conversely, when the fill is increased, the pressure must be increased to obtain comparable hardness.

Fill the hopper with the granulation and turn on the power. Check tablet weight and hardness immediately after the mechanical operation begins, and make suitable adjustments, if necessary. Check these properties routinely and regularly at 15- to 30-min intervals while the machine is in operation. When the batch has been run, turn off the power. Remove the hopper and feed frame from the machine. Remove loose granulation and dust with a vacuum line. Remove all pressure from the wheel. Remove the punches and dies in the reverse order of that used in setting up the machine. First, remove the upper punches individually, then the lower punches, and finally the dies. Wash each punch and die in alcohol and brush with a soft brush to remove adhering material. Dry them with a clean cloth, and cover them with a thin coating of grease or oil before storing.

## High-Speed Rotary Tablet Machines

The rotary tablet machine has evolved gradually into models capable of compressing tablets at high production rates. See Figures 45-22, 45-25, and 45-26. This has been accomplished by increasing the number of stations, ie, sets of punches and dies, in each revolution of the machine head, improving feeding devices, and on some models installing dual compression points. In Figure 45-26, the drawing shows a rotary machine with dual compression points. Rotary machines with dual compression points are referred to as double rotary machines, and those with one compression point, single rotary. In the diagram, half of the tablets are produced 180° from the tablet chute. They travel outside the perimeter and discharge with the second tablet production. While these models are mechanically capable of operating at the production rates shown in Table 45-3, the actual speed still depends on the physical characteristics of the tablet granulation and the rate that is consistent with compressed tablets having satisfactory physical characteristics. The main difficulty in rapid machine operation is ensuring adequate filling of the dies. With rapid filling, dwell time of the die cavity beneath the feed frame is insufficient to ensure the requirements of uniform flow and packing of the dies. Various methods of force-feeding the granulation into the dies have been devised to refill the dies in the very short



**Figure 45-23.** Tooling for a 16-station rotary press showing positions of the cycle required to produce one tablet per set of tooling (courtesy, Vector/Colton).

RIMEG-JDG-00000292

**Table 45-3. High-Speed Rotary Tablet Machines**

| MACHINE MODEL | TOOL SETS | MAXIMUM TABLET DIAMETER (INCHES) | PRESS SPEED (TABLETS/MIN) | DEPTH OF FILL (INCHES) |
|---|---|---|---|---|
| Vector-Colton equipment | | | | |
| 2216 | 16 | 3/8 | 1180 | 3/4 |
| 240 | 16 | 7/8 | 640 | 13/16 |
| 250 | 12 | 1 1/4 | 480 | 1 1/8 |
| 260 | 25 | 1 3/16 | 1450 | 1 3/8 |
| | 31 | 1 | 1800 | 1 3/8 |
| | 33 | 15/16 | 1910 | 1 3/8 |
| | 43 | 5/8 | 2500 | 1 3/8 |
| 270 | 25 | 1 3/8 | 450 | 2 3/4 |
| Stokes/Pennwalt equipment | | | | |
| Manesty equipment (Thomas Eng) | | | | |
| B3B | 16 | 5/8 | 350–700 | 1 1/16 |
| | 23 | 7/16 | 500–1000 | 11/16 |
| BB3B | 27 | 5/8 | 760–1520 | 13/16 |
| | 33 | 7/16 | 924–1848 | 11/16 |
| | 35 | 5/8 | 1490–2980 | 1 1/16 |
| | 45 | 7/16 | 1913–3826 | 11/16 |
| D3B | 16 | 1 | 260–520 | 13/16 |
| Key equipment | | | | |
| DC-16 | 16 | 15/16 | 210–510 | 13/16 |
| BBC | 27 | 5/8 | 1025–2100 | 1 1/16 |
| | 35 | 5/8 | 1325–2725 | 1 1/16 |
| | 45 | 7/16 | 1700–3500 | 11/16 |
| Cadpress | 37 | 15/16 | 850–3500 | 13/16 |
| | 45 | 5/8 | 2000–6000 | 1 1/16 |
| | 55 | 7/16 | 2500–7500 | 11/16 |
| Fette equipment (Raymond Auto) | | (mm) | | (mm) |
| Perfecta 1000 | 28 | 16 | 2100 | 18 |
| | 33 | 13 | 2475 | 18 |
| Perfecta 2000 | 29 | 25 | 2175 | 22 |
| | 36 | 16 | 3600 | 18 |
| | 43 | 13 | 4300 | 18 |
| Courtoy equipment (AC Compact) | | | | |
| R-100 | 24 | 25 | 285–2260 | 20 |
| | 30 | 19 | 356–2850 | 20 |
| | 36 | 13 | 550–440 | 16 |
| Kikusui equipment | | | | |
| Hercules | 18 | 37 | 180–540 | 16 |
| | 21 | 26 | 210–630 | 16 |
| | 29 | 25 | 290–870 | 16 |
| Virgo | 19 | 16 | 418–1330 | 16 |
| | 24 | 11 | 528–1680 | 16 |
| Killian equipment | | | | |
| TX21 | 21 | 28 | 231–1386 | 20 |
| TX25 | 25 | 22 | 275–2166 | 20 |
| TX30 | 30 | 16 | 330–3150 | 20 |
| TX21D | 21 | 25 | 231–1826 | 20 |
| TX30A | 30 | 16 | 330–3150 | 16 |
| TX40A | 40 | 13 | 440–4200 | 16 |
| Korsch equipment | | | | |
| PH 250/20 | 20 | 25 | 240–1640 | 22 |
| PH 250/25 | 25 | 16 | 270–2700 | 18 |
| PH 250/30 | 30 | 13 | 315–3233 | 18 |
| Elizabeth-Hata equipment | | | | |
| AP-15-SSU | 15 | 17 | 300–1050 | 8–18 |
| AP-18-SSU | 18 | 13 | 360–1260 | 8–18 |
| AP-22-SSU | 22 | 11 | 440–1540 | 8–18 |
| AP-32-MSU | 32 | 17 | 640–2240 | 8–18 |
| AP-38-MSU | 38 | 13 | 760–2660 | 8–18 |
| AP-45-MSU | 32 | 11 | 900–3150 | 8–18 |

| MACHINE MODEL | TOOL SETS | MAXIMUM TABLET DIAMETER (INCHES) | PRESS SPEED (TABLETS/MIN) | DEPTH OF FILL (INCHES) |
|---|---|---|---|---|
| Vector-Colton equipment | | | | |
| 2247 | 33 | 5/8 | 3480 | 3/4 |
| | 41 | 7/16 | 4300 | 3/4 |
| | 49 | 7/16 | 5150 | 3/4 |
| Magna | 66 | 22/32 | 10,560 | 3/4 |
| | 74 | 1/2 | 11,840 | 3/4 |
| | 90 | 7/16 | 14,400 | 3/4 |
| Stokes/Pennwalt equation | | | | |
| 552-2 | 35 | 5/8 | 800–3200 | 1 1/16 |
| 328-4 | 45 | 3/4 | 1600–4500 | 1 3/8 |
| 610 | 65 | 7/16 | 3500–10,000 | 1 1/16 |
| 747 | 65 | 7/16 | 3000–10,000 | 1 1/16 |
| | 53 | 5/8 | 2900–8100 | 1 1/16 |
| | 41 | 13/16 | 2150–6150 | 1 1/16 |
| Direct Triple Compression Type | | | | |
| 580-1 | 45 | 7/16 | 525–2100 | 1 1/16 |
| 580-2 | 35 | 5/8 | 400–1600 | 1 1/16 |
| 610 | 65 | 7/16 | 3500–10,000 | 1 1/16 |
| | 53 | 5/8 | 2900–8100 | 1 1/16 |
| Manesty equipment (Thomas Eng) | | | | |
| Betapress | 16 | 5/8 | 600–1500 | 1 1/16 |
| | 23 | 7/16 | 860–2160 | 11/16 |
| Express | 20 | 1 | 800–2000 | 13/16 |
| | 25 | 5/8 | 1000–2500 | 1 1/16 |
| | 30 | 7/16 | 1200–3000 | 11/16 |
| Unipress | 20 | 1 | 970–2420 | 1 3/16 |
| | 27 | 5/8 | 1300–3270 | 1 1/16 |
| | 34 | 7/16 | 1640–4120 | 1 7/16 |
| Novapress | 37 | 1 | 760–3700 | 13/16 |
| | 45 | 5/8 | 900–4500 | 1 1/16 |
| | 61 | 7/16 | 1220–6100 | 11/16 |
| BB3B | 35 | 5/8 | 1490–2980 | 1 1/16 |
| BB4 | 27 | 3/8 | 900–2700 | 11/16 |
| | 35 | 5/8 | 1167–3500 | 1 1/16 |
| | 45 | 7/16 | 1500–4500 | 11/16 |
| Rotapress | | | | |
| Mark IIA | 37 | 1 | 710–3550 | 13/16 |
| | 45 | 5/8 | 1640–8200 | 1 1/16 |
| | 61 | 7/16 | 2200–11,100 | 11/16 |
| Mark IV | 45 | 1 | 2090–6000 | 13/16 |
| | 55 | 5/8 | 2550–7330 | 1 1/16 |
| | 75 | 7/16 | 3500–10,000 | 13/16 |
| Fette tool systems | | (mm) | | (mm) |
| PT 2080 | 29 | 25 | 435–2900 | 18 |
| | 36 | 16 | 540–4100 | 18 |
| | 43 | 16 | 645–4900 | 18 |
| PT 2090IC | 22 | 34 | 1760 | 18 |
| | 29 | 25 | 2900 | 18 |
| | 36 | 16 | 4140 | 18 |
| | 43 | 13 | 5160 | 18 |
| | 47 | 11 | 6110 | 18 |
| PT 3090IC | 37 | 34 | 5920 | 18 |
| | 49 | 25 | 7840 | 18 |
| | 61 | 16 | 9760 | 18 |
| | 73 | 13 | 16,748 | 18 |
| P 3100 | 37 | 25 | 5618 | 22 |
| | 45 | 16 | 8100 | 18 |
| | 55 | 13 | 9900 | 18 |
| Courtoy equipment (AC Compact) | | | | |
| R-200 | 43 | 25 | 750–5833 | 20 |
| | 55 | 19 | 916–8500 | 20 |
| | 65 | 13 | 1083–10,000 | 16 |
| Kikusui equipment | | | | |
| Libra | 36 | 16 | 900–2520 | 16 |
| | 45 | 11 | 1125–3150 | 16 |
| | 49 | 8 | 1225–3430 | 16 |

RIMEG-JDG-00000293

876    CHAPTER 45

**Table 45-3. High-Speed Rotary Tablet Machines (continued)**

| MACHINE MODEL | TOOL SETS | MAXIMUM TABLET DIAMETER (INCHES) | PRESS SPEED (TABLETS/MIN) | DEPTH OF FILL (INCHES) |
|---|---|---|---|---|
| Gemini | 55 | 16 | 2200–7700 | 16 |
| | 67 | 11 | 2680–9380 | 16 |
| | 73 | 8 | 2920–10,200 | 16 |
| Elizabeth-Hata equipment | | | | |
| AP-45-LDU | 45 | 17 | 1800–6300 | 8–18 |
| AP-55-LDU | 55 | 13 | 2200–7700 | 8–18 |
| AP-65-LDU | 65 | 11 | 2600–9100 | 8–18 |
| AP-71-LDU | 71 | 11 | 2840–9940 | 8–18 |
| 51-XLDU | 51 | 17 | 2040–7140 | 8–18 |
| 65-XLDU | 61 | 13 | 2440–8540 | 8–18 |

dwell time permitted on the high-speed machine. These devices are illustrated in Figure 45-14. Presses with triple compression points (see Table 45-3) permit the partial compaction of material before final compaction. This provides for partial deaeration and particle orientation of material before final compression. This helps in the direct compacting of materials and reduces laminating and capping due to entrapped air.

## Multilayer Rotary Tablet Machines

The rotary tablet machines also have been developed into models capable of producing multiple-layer tablets; the machines are able to make 1, 2 or 3-layer tablets (Versa Press, *Stokes/*



**Figure 45-25.** Rotapress Mark IIA. Designed for improvements in sound reduction, operator safety, cleanliness, and operational convenience; note the control panel on front of machine (courtesy, Thomas/Manesty).



**Figure 45-26.** The movement of tablets on die table of a double rotary press (courtesy, Vector/Colton).

*Pennwalt*). Stratified tablets offer a number of advantages. Incompatible drugs can be formed into a single tablet by separating the layers containing them with a layer of inert material. It has permitted the formulation of time-delay medication and offers a wide variety of possibilities in developing color combinations that give the products identity.

Originally, the tablets were prepared by a single-compression method. The dies were filled with the different granulations in successive layers, and the tablet was formed by a single compression stroke. The separation lines of the tablets prepared by this method tended to be irregular. In the machines now available for multilayer production the granulation receives a precompression stroke after the first and second fill, which lightly compacts the granulation and maintains a well-defined surface of separation between each layer. The operator is able to eject either precompressed layer with the machine running at any desired speed for periodic weight and analysis checks.

Other multiple-compression presses can receive previously compressed tablets and compress another granulation around the preformed tablet. An example of a press with this capability is the Manesty Drycota (*Thomas/Manesty*). Pressure-coated tablets can be used to separate incompatible drug substances and also to give an enteric coating to the core tablets.

## Capping and Splitting of Tablets

The splitting or capping of tablets is one of great concern and annoyance in tablet making. It is quite difficult to detect while the tablets are being processed but can be detected easily by vigorously shaking a few in the cupped hands. A slightly chipped tablet does not necessarily mean that the tablet will cap or split.

There are many factors that may cause a tablet to cap or split:

Excess *fines* or powder, which traps air in the tablet mixture.

Deep markings on tablet punches. Many designs or *scores* on punches are too broad and deep. Hairline markings are just as appropriate as deep, heavy markings.

Worn and imperfect punches. Punches should be smooth and buffed. Nicked punches often cause capping. The development of fine feather edges on tablets indicates wear on punches.

Worn dies. Dies should be replaced or reversed. Dies that are chrome-plated or have tungsten carbide inserts wear longer and give better results than ordinary steel dies.

Too much pressure. By reducing the pressure on the machines the condition may be corrected.

Unsuitable formula. It may be necessary to change the formula.

Moist and soft granulation. This type of granulation will not flow freely into the dies, thus giving uneven weights and soft or capped tablets.

Poorly machined punches. Uneven punches are detrimental to the tablet machine itself and will not produce tablets of accurate weight. One punch out of alignment may cause one tablet to split or cap on every revolution.

RIMEG-JDG-00000294



**Figure 45-27.** Courtoy R-100 with computer-controlled operation.

## Instrumented Tablet Presses

Compressional and ejectional forces involved in tablet compression can be studied by attaching strain gauges to the punches and other press components involved in compression. The electrical output of the gauges has been monitored by telemetry or use of a dual-beam oscilloscope equipped with camera.[42,43] Instrumentation permits a study of the compaction characteristics of granulations, their flowabilities, and the effect of formulation additives, such as lubricants, as well as differences in tablet press design, as shown in Figures 45-27 to 45-30. Physical characteristics of tab-



**Figure 45-28.** Direct weighing of tablets produced gives actual weight feedback for the controller of the Courtoy R-100 (seen in the bottom left of Fig 45-27).



**Figure 45-29.** Force-time curves for two types of tablet press.

lets, such as hardness, friability, disintegration time, and dissolution rate, are influenced not only by the nature of the formulation but by the compressional force as well.

As can be seen in Figures 45-29 and 45-30, the rate and duration of compaction forces can be quantified. The rate of force application has a profound effect on powder consolidation within the die and, hence, efficiency of packing and powder compaction. The rate of release of force, or *decompression* has a direct effect on the ability of the tablet to withstand relaxation. A prominent hypothesis, fostered by Hiestand[44,45] and later Luenberger[46], suggested that capping and laminating of tablets is caused by too-rapid stress relaxation or decompression. This explains why slowing a tablet press and using tapered dies is useful in such situations. Most prominent pharmaceutical scientists have embraced this theory and largely have discounted air entrapment as a cause of capping and laminating.

Figure 45-30 presents an interesting set of plots. Walter and Augsburger reported that as compaction force rises, the steel tooling actually compresses in accommodation to the forces applied. The forces used to produce a tablet are considerable and should be monitored and understood.[47] Therefore, definition of the compressional force and duration of force (dwell time) giving a satisfactory tablet for a formulation provides an in-process control for obtaining both tablet-to-tablet and lot-to-lot uniformity (see Figs 45-24 and 45-31).

Instrumentation has led to the development of on-line, automatic, electromechanical tablet weight-control systems capa-



**Figure 45-30.** Plot showing the upper and lower punch forces as functions of the position of the punch face within the die. A biaxial force/displacement curve also shown is a plot of the position of the tablet center as a function of the compression force.

RIMEG-JDG-00000295

Case 1:24-cv-00621-CFC    Document 124-13    Filed 09/05/25    Page 151 of 230 PageID #: 1254

ble of continuously monitoring the weights of tablets as they are produced. Units are available commercially (Thomas Tablet Sentinel *(Thomas Eng)*; Fette Compression Force Monitor *(Raymond Auto)*; Vali-Tab *(Stokes/Pennwalt)*) and are applicable to single or rotary tablet machines. Most commercial presses today can be delivered with some sort of instrumentation attached. When tablet weights vary from preset limits, the monitor automatically will adjust the weight control mechanism to reestablish weights within acceptable limits. If the difficulty continues, the unit will activate an audible warning signal or an optional shut-down relay on the press (see Figs 45-27 and 45-28). Most production-model tablet presses come equipped with complete instrumentation (optional) and with options for statistical analysis and print out of compression/ejection signals. The techniques and applications of press instrumentation have been reviewed.[48,49]

## Contamination Control

While good manufacturing practices used by the pharmaceutical industry for many years have stressed the importance of cleanliness of equipment and facilities for the manufacture of drug products, the penicillin contamination problem resulted in renewed emphasis on this aspect of manufacturing. Penicillin, as either an airborne dust or residual quantities remaining in equipment, is believed to have contaminated unrelated products in sufficient concentrations to cause allergic reactions in individuals hypersensitive to penicillin who received these products. This resulted in the industry spending millions of dollars to change or modify buildings, manufacturing processes, equipment, and standard operating procedures to eliminate penicillin contamination.

With this problem has come renewed emphasis on the dust problem, material handling, and equipment cleaning in dealing with drugs, especially potent chemicals. Any process using chemicals in powder form can be a dusty operation; the preparation of compressed tablets and encapsulation fall in this category. In the design of tablet presses attention is being given to the control and elimination of dust generated in the tableting process. In the Perfecta press shown in Figure 45-32, the pressing compartment is completely sealed off from the outside environment, making cross-contamination nearly impossible. The pressing compartment can be kept dust-free by the air supply and vacuum equipment developed for the machine. It removes airborne dust and granular particles that have not been compressed, thus keeping the circular pressing compartment and the upper and lower punch guides free of dust.

Drug manufacturers have the responsibility to make certain that microorganisms present in finished products are unlikely to cause harm to the patient and will not be deleterious to the product. An outbreak of *Salmonella* infections in Scandinavian countries was traced to thyroid tablets that had been prepared



**Figure 45-32.** Fette Perfecta 3000 high-speed tablet press with pressing compartment completely sealed off from outside environment, making cross-contamination impossible (courtesy, Raymond Auto).

from contaminated thyroid powder. This concern eventually led to the establishment of microbial limits for raw materials of animal or botanical origin, especially those that readily support microbial growth and are not rendered sterile during subsequent processing. Harmful microorganisms when present in oral products include *Salmonella* spp, *Escherichia coli*, certain *Pseudomonas* spp such as *P aeruginosa*, and *Staphylococcus aureus*. The compendia have microbial limits on raw materials such as aluminum hydroxide gel, corn starch, thyroid, acacia, and gelatin.

These represent examples of the industry's efforts to conform with the intent of current good manufacturing practice as defined by the FDA.

## Tablet Formulations

## WET GRANULATION

### CT Acetaminophen, 300 mg

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Acetaminophen | 300 mg | 3000 g |
| Polyvinylpyrrolidone | 22.5 mg | 225 g |
| Lactose | 61.75 mg | 617.5 g |
| Alcohol SD3A—200 proof | 4.5 mL | 45 L |
| Stearic acid | 9 mg | 90 g |
| Talc | 13.5 mg | 135 g |
| Corn starch | 43.25 mg | 432.5 g |

Blend acetaminophen, polyvinylpyrrolidone, and lactose together; pass through a 40-mesh screen. Add the alcohol slowly, and knead well. Screen the wet mass through a 4-mesh screen. Dry the granulation at 50° overnight. Screen the dried granulation through a 20-mesh screen. Bolt the stearic acid, talc, and cornstarch through a 60-mesh screen prior to mixing by tumbling with the granulation. Compress, using ⁷⁄₁₆-inch standard concave punch. Ten tablets should weigh 4.5 g (courtesy, Abbott).



**Figure 45-31.** Schematic of an instrumentation system using a microcomputer as developed by Schering-Plough.

RIMEG-JDG-00000296

## CT Ascorbic Acid USP, 50 mg

| INGREDIENTS | IN EACH | IN 7000 |
|---|---|---|
| Ascorbic acid USP (powder No. 80)[a] | 55 mg | 385 g |
| Lactose | 21 mg | 147 g |
| Starch (potato) | 13 mg | 91 g |
| Ethylcellulose N 100 (80–105 cps) | 16 mg | 112 g |
| Starch (potato) | 7 mg | 49 g |
| Talc | 6.5 mg | 45.5 g |
| Calcium stearate (impalpable powder) | 1 mg | 7 g |
| Weight of granulation | | 836.5 g |

[a] Includes 10% in excess of label claim.

Granulate the first three ingredients with ethylcellulose (5%) dissolved in anhydrous ethyl alcohol, adding additional anhydrous alcohol to obtain good, wet granules. Wet-screen through a #8 stainless steel screen and dry at room temperature in an air-conditioned area. Dry-screen through a #20 stainless steel screen and incorporate the remaining three ingredients. Mix thoroughly and compress. Use a flat, beveled, ¼-inch punch. Twenty tablets should weigh 2.39 g.

## Chewable Antacid Tablets

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Magnesium trisilicate | 500 mg | 5000 g |
| Aluminum hydroxide, dried gel | 250 mg | 2500 g |
| Mannitol | 300 mg | 3000 g |
| Sodium saccharin | 2 mg | 20 g |
| Starch paste, 5% | qs | qs |
| Oil of peppermint | 1 mg | 10 g |
| Magnesium stearate | 10 mg | 100 g |
| Corn starch | 10 mg | 100 g |

Mix the magnesium trisilicate and aluminum hydroxide with the mannitol. Dissolve the sodium saccharin in a small quantity of purified water, then combine this with the starch paste. Granulate the powder blend with the starch paste. Dry at 140°F and screen through 16-mesh screen. Add the flavoring oil, magnesium stearate, and corn starch; mix well. Age the granulation for at least 24 hr and compress, using a ⅜-inch, flat-face, bevel-edge punch (courtesy, Atlas).

## CT Hexavitamin

| INGREDIENTS | IN EACH | IN 7000 |
|---|---|---|
| Ascorbic acid USP (powder)[a] | 82.5 mg | 577.5 g |
| Thiamine mononitrate USP (powder)[a] | 2.4 mg | 16.8 g |
| Riboflavin[a] | 3.3 mg | 23.1 g |
| Nicotinamide USP (powder)[a] | 22 mg | 154 g |
| Starch | 13.9 mg | 97.4 g |
| Lactose | 5.9 mg | 41.2 g |
| Zein | 6.4 mg | 45 g |
| Vitamin A acetate | 6250 U | |
| Vitamin D₂[a] (use Pfizer crystals medium granules containing 500,000 U vitamin A acetate and 50,000 U vitamin D₂/g) | 625 U | 87.5 g |
| Magnesium stearate | | 7.5 g |
| Weight of granulation | | 1050 g |

[a] Includes the following in excess of label claim: ascorbic acid 10%, thiamine mononitrate 20%, riboflavin 10%, nicotinamide 10%, and vitamin A acetate–vitamin D₂ crystalets 25%.

Thoroughly mix the first six ingredients and granulate with zein (10% in ethyl alcohol, adding additional alcohol if necessary to obtain good, wet granules). Wet-screen through a #8 stainless steel screen and dry at 110 to 120°F. Dry-screen through a #20 stainless steel screen and add the vitamin crystalets. Mix thoroughly, lubricate, and compress. Ten tablets should weigh 1.50 g. Coat with syrup.

## CT Theobromine-Phenobarbital

| INGREDIENTS | IN EACH | IN 7000 |
|---|---|---|
| Theobromine | 325 mg | 2275 g |
| Phenobarbital | 33 mg | 231 g |
| Starch | 39 mg | 273 g |
| Talc | 8 mg | 56 g |
| Acacia (powder) | 8 mg | 56 g |
| Stearic acid | 0.7 mg | 4.9 g |
| Weight of granulation | | 2895.9 g |

Prepare a paste with the acacia and an equal weight of starch. Use this paste for granulating the theobromine and phenobarbital. Dry and put through a 12-mesh screen, add the remainder of the material, mix thoroughly, and compress into tablets, using a ¹³⁄₃₂-inch concave punch. Ten tablets should weigh 4.13 g.

# FLUID-BED GRANULATION

## CT Ascorbic Acid USP, 50 mg

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Ascorbic acid USP (powder no 80)[a] | 55 mg | 550 g |
| Lactose | 21 mg | 210 g |
| Starch (potato) | 13 mg | 130 g |
| Ethylcellulose N100 (80–105 cps) | 16 mg | 160 g |
| Starch (potato) | 7 mg | 70 g |
| Talc | 6.5 mg | 65 g |
| Calcium stearate | 1 mg | 10 g |
| Weight of granulation | | 1195.0 g |

[a] Includes 10% in excess of claim.

Add the first three ingredients to the granulator. Mix for 5 to 15 min or until well mixed. Dissolve the ethylcellulose in anhydrous ethanol and spray this solution and any additional ethanol into the fluidized mixture. Cease spraying when good granules are produced. Dry to approximately 3% moisture. Remove the granules and place them in a suitable blender. Sequentially add the remaining three ingredients with mixing steps in between each addition. Compress, using a flat, beveled, ¼-inch punch. Twenty tablets should weigh 2.39 g.

## Sustained-Release (SR) Procainamide Tablets

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Procainamide | 500 mg | 5000 g |
| HPMC 2208, USP | 300 mg | 3000 g |
| Carnauba wax | 60 mg | 600 g |
| HPMC 2910, USP | 30 mg | 300 g |
| Magnesium stearate | 4 mg | 40 g |
| Stearic acid | 11 mg | 110 g |
| Talc | 5 mg | 50 g |
| Weight of granulation | | 9100 g |

Place the first three ingredients in the granulator and mix for 5 to 15 min. Dissolve the HPMC in water (mix in hot water, then cool down) and spray into the fluidized mixture. Dry to approximately 5% moisture. Sequentially add the last three ingredients, with mixing steps in between each addition. Compress, using capsule-shaped tooling. Ten tablets should weigh 9.1 g.

# DRY GRANULATION

## CT Acetylsalicylic Acid

| INGREDIENTS | IN EACH | IN 7000 |
|---|---|---|
| Acetylsalicylic Acid (crystals 20-mesh) | 0.325 g | 2275 g |
| Starch | | 226.8 g |
| Weight of granulation | | 2501.8 g |

Dry the starch to a moisture content of 10%. Thoroughly mix this with the acetylsalicylic acid. Compress into slugs. Grind the slugs to 14- to 16-mesh size. Recompress into tablets, using a ¹³⁄₃₂-inch punch. Ten tablets should weigh 3.575 g.

**880**  CHAPTER 45

## CT Sodium Phenobarbital

| INGREDIENTS | IN EACH | IN 7000 |
|---|---|---|
| Phenobarbital sodium | 65 mg | 455 g |
| Lactose (granular, 12-mesh) | 26 mg | 182 g |
| Starch | 20 mg | 140 g |
| Talc | 20 mg | 140 g |
| Magnesium stearate | 0.3 mg | 2.1 g |
| Weight of granulation | | 919.1 g |

Mix all the ingredients thoroughly. Compress into slugs. Grind and screen to 14- to 16-mesh granules. Recompress into tablets, using a ⁹/₃₂-inch concave punch. Ten tablets should weigh 1.3 g.

## CT Vitamin B Complex

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Thiamine mononitrate[a] | 0.733 mg | 7.33 g |
| Riboflavin[a] | 0.733 mg | 7.33 g |
| Pyridoxine hydrochloride | 0.333 mg | 3.33 g |
| Calcium pantothenate[a] | 0.4 mg | 4 g |
| Nicotinamide | 5 mg | 50 g |
| Lactose (powder) | 75.2 mg | 752 g |
| Starch | 21.9 mg | 219 g |
| Talc | 20 mg | 200 g |
| Stearic acid (powder) | 0.701 mg | 7.01 g |
| Weight of granulation | | 1250 g |

[a] Includes 10% in excess of label claim.

Mix all the ingredients thoroughly. Compress into slugs. Grind and screen to 14- to 16-mesh granules. Recompress into tablets, using a ¼-inch concave punch. Ten tablets should weigh 1.25 g.
Sufficient tartaric acid should be used in these tablets to adjust the pH to 4.5.

# DIRECT COMPRESSION

## APC Tablets

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Aspirin (40-mesh crystal) | 224 mg | 2240 g |
| Phenacetin | 160 mg | 1600 g |
| Caffeine (anhyd USP gran) | 32 mg | 320 g |
| Compressible sugar (Di-Pac[a]) | 93.4 mg | 934 g |
| Sterotex | 7.8 mg | 78 g |
| Silica gel (Syloid 244[b]) | 2.8 mg | 28 g |

[a] Amstar.
[b] Davison Chem.

Blend all ingredients in a twin-shell blender for 15 min and compress on a ¹⁹/₃₂-inch standard concave punch (courtesy, Amstar).

## CT Ascorbic Acid USP, 250 mg

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Ascorbic Acid USP (Merck, fine crystals) | 255 mg | 2550 g |
| Microcrystalline cellulose[a] | 159 mg | 1590 g |
| Stearic acid | 9 mg | 90 g |
| Colloidal silica[b] | 2 mg | 20 g |
| Weight of granulation | | 4250 g |

[a] Avicel-PH-101.
[b] Cab-O-Sil.

Blend all ingredients in a suitable blender. Compress, using ⁷/₁₆-inch standard concave punch. Ten tablets should weigh 4.25 g (courtesy, FMC).

## Breath Freshener Tablets

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Wintergreen oil | 0.6 mg | 6 g |
| Menthol | 0.85 mg | 8.5 g |
| Peppermint oil | 0.3 mg | 3 g |
| Silica gel (Syloid 244[a]) | 1 mg | 10 g |
| Sodium saccharin | 0.3 mg | 3 g |
| Sodium bicarbonate | 14 mg | 140 g |
| Mannitol USP (granular) | 180.95 mg | 1809.5 g |
| Calcium stearate | 2 mg | 20 g |

[a] Davison Chem.

Mix the flavor oils and menthol until liquid. Adsorb onto the silica gel. Add the remaining ingredients. Blend and compress on ⁹/₁₆-inch, flat-face bevel-edge punch to a thickness of 3.1 mm (courtesy, Atlas).

## Chewable Antacid Tablets

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Aluminum hydroxide and magnesium carbonate, codried gel[a] | 325 mg | 3250 g |
| Mannitol USP (granular) | 675 mg | 6750 g |
| Microcrystalline cellulose[b] | 75 mg | 750 g |
| Corn starch | 30 mg | 300 g |
| Calcium stearate | 22 mg | 220 g |
| Flavor | qs | qs |

[a] Reheis F-MA-11.
[b] Avicel.

Blend all ingredients in a suitable blender. Compress, using a ⁵/₈-inch, flat-face, bevel-edge punch (courtesy, Atlas).

## Chewable Multivitamin Tablets

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Vitamin A USP (dry, stabilized form) | 5000 USP units | 50 million units |
| Vitamin D USP (dry, stabilized form) | 400 USP units | 4 million units |
| Ascorbic Acid USP | 60.0 mg | 600 g |
| Thiamine Hydrochloride USP | 1 mg | 10 g |
| Riboflavin USP | 1.5 mg | 15 g |
| Pyridoxine Hydrochloride USP | 1 mg | 10 g |
| Cyanocobalamin USP | 2 µg | 20 mg |
| Calcium Pantothenate USP | 3 mg | 30 g |
| Niacinamide USP | 10 mg | 100 g |
| Mannitol USP (granular) | 236.2 mg | 2362 g |
| Corn starch | 16.6 mg | 166 g |
| Sodium saccharin | 1.1 mg | 11 g |
| Magnesium stearate | 6.6 mg | 66 g |
| Talc USP | 10 mg | 100 g |
| Flavor | qs | qs |

Blend all ingredients in a suitable blender. Compress, using a ⁵/₈-inch, flat-face, bevel-edge punch (courtesy, Atlas).

## CT Ferrous Sulfate

| INGREDIENTS | IN EACH | IN 7000 |
|---|---|---|
| Ferrous Sulfate USP (crystalline) | 0.325 g | 2275 g |
| Talc | | 0.975 g |
| Sterotex | | 1.95 g |
| Weight of granulation | | 2277.93 g |

Grind to 12- to 14-mesh, lubricate, and compress. Coat immediately to avoid oxidation to the ferric state with 0.410 gr of tolu balsam (dissolved in alcohol) and 0.060 gr of salol and chalk. Use a deep, concave, ¹¹/₃₂-inch punch. Ten tablets should weigh 3.25 g.

## CT Methenamine

| INGREDIENTS | IN EACH | IN 7000 |
|---|---|---|
| Methenamine (12- to 14-mesh crystals) | 0.325 g | 2275 g |
| Weight of granulation | | 2275 g |

Compress directly, using a ⁷/₁₆-inch punch. Ten tablets should weigh 3.25 g.

## CT Phenobarbital USP, 30 mg

| INGREDIENTS | IN EACH | IN 10,000 |
|---|---|---|
| Phenobarbital | 30.59 mg | 305.9 g |
| Microcrystalline cellulose[a] | 30.59 mg | 305.9 g |
| Spray-dried lactose | 69.16 mg | 691.6 g |
| Colloidal silica[b] | 1.33 mg | 13.3 g |
| Stearic acid | 1.33 mg | 13.3 g |
| Weight of granulation | | 1330 g |

[a] Avicel-PH-101.
[b] QUSO F-22.

Screen the phenobarbital to break up lumps and blend with the microcrystalline cellulose. Add spray-dried lactose and blend. Finally, add the stearic acid and colloidal silica; blend to obtain a homogeneous mixture. Compress, using a ⁹/₃₂-inch, shallow, concave punch. Ten tablets should weigh 1.33 g (courtesy, FMC).

RIMEG-JDG-00000298

## Molded Tablets or Tablet Triturates (TT)

Tablet triturates are small, discoid masses of molded powders weighing 30 to 250 mg each. The base consists of lactose, β-lactose, mannitol, dextrose, or other rapidly soluble materials. It is desirable in making tablet triturates to prepare a solid dosage form that is rapidly soluble; as a result they are generally softer than compressed tablets.

This type of dosage form is selected for a number of drugs because of its rapidly dissolving characteristic. Nitroglycerin in many concentrations is prepared in tablet triturate form since the molded tablet rapidly dissolves when administered by placing under the tongue. Potent alkaloids and highly toxic drugs used in small doses are prepared as tablet triturates that can serve as dispensing tablets to be used as the source of the drug in compounding other formulations or solutions. Narcotics in the form of hypodermic tablets originally were made as tablet triturates because they rapidly dissolve in sterile water for injection prior to administration. Today with stable injections of narcotics available, there is no longer any justification for their use in this manner. Although many hypodermic tablets currently are made, they are used primarily for oral administration.

Tablet triturates are made by forcing a moistened blend of the drug and diluent into a mold, extruding the formed mass, which is allowed to dry. This method is essentially the same as it was when introduced by Fuller in 1878. Hand molds may vary in size, but the method of operation is essentially the same. Molds consist of two plates made from polystyrene plastic, hard rubber, nickel-plated brass, or stainless steel. The mold plate contains 50 to 500 carefully polished perforations. The other plate is fitted with a corresponding number of projecting pegs or punches that fit the perforations in the mold plate. The mold plate is placed on a flat surface, the moistened mass is forced into the perforations, and the excess is scraped from the top surface. The mold plate is placed over the plate with the corresponding pegs and lowered. As the plates come together, the pegs force the tablet triturates from the molds. They remain on the tops of the pegs until dry, and they can be handled (see Fig 45-33). In some hand molds, as shown in Figure 45-34, the pegs are forced down onto the plate holding the moist trituration.

## FORMULATION

In developing a formula it is essential to know the blank weight of the mold that is to be used. To determine this, the weight of the diluent that exactly fills all the openings in the mold is



**Figure 45-34.** Tablet triturate mold (courtesy, Vector/Colton).

determined by experiment. This amount of diluent is weighed and placed aside. The total amount of the drug required is determined by multiplying the number of perforations in the plate used in the previous experiment by the amount of drug desired in each tablet. The comparative bulk of this medication is compared with that of an equal volume of diluent and that quantity of diluent is removed and weighed. The drug and the remaining diluent are mixed by trituration, and the resulting triturate is moistened and forced into the openings of the mold. If the perforations are not filled completely, more diluent is added, its weight noted, and the formula written from the results of the experiments.

It is also permissible in the development of the formula to weigh the quantity of medication needed for the number of tablets represented by the number of perforations in the mold, triturate with a weighed portion (more than ½) of the diluent, moisten the mixture, and press it into the perforations of the mold. An additional quantity of the diluent is moistened immediately and also forced into the perforations in the plate until they are filled completely. All excess diluent is removed, the trial tablets are dried thoroughly and weighed, the difference between their total weight and the weight of medication taken will indicate the amount of diluent required and accordingly supply the formula for future use for that particular tablet triturate.

For proper mixing procedures of the medication with the diluent see Chapter 37.

## PREPARATION

The mixed powders are moistened with a proper mixture of alcohol and water, although other solvents or moistening agents such as acetone, petroleum benzin, and various combinations of these may be used in specific cases; the agent of choice depends on the solvent action that it will exert on the powder mixture. Often the moistening agent is 50% alcohol, but this concentration may be increased or decreased depending on the constituents of the formula. Care must be used in adding the solvent mixture to the powder. If too much is used, the mass will be soggy and will require a long time to dry, and the finished tablet will be hard and slowly soluble; if the mass is too wet, shrinkage will occur in the molded tablets; finally, a condition known as creeping will be noticed. Creeping is the concentration of the medication on the surface of the tablet caused by capillarity and rapid evaporation of the solvent from the surface. Because molded tablets by their very nature are quite friable, an inaccurate strength in each tablet may result from creeping if powder is lost from the tablet's surface. On the other hand, if an insufficient amount of moistening agent is used, the mass will not have the proper cohesion to make a firm tablet. The correct amount of moistening agent can be determined initially only by experiment.



**Figure 45-33.** Hand-molding tablet triturates (courtesy, Merck).

RIMEG-JDG-00000299

## HAND-MOLDING TABLET TRITURATES

In preparing hand-molded tablets place the mold plate on a glass plate. The properly moistened material is pressed into the perforations of the mold with a broad spatula, exerting uniform pressure over each opening. The excess material is removed by passing the spatula at an oblique angle, with strong hand pressure, over the mold to give a clean, flat surface. The material thus removed should be placed with the remainder of the unmolded material.

The mold with the filled perforations should be reversed and moved to another clean part of the plate where the pressing operation with the spatula is repeated. It may be necessary to add more material to fill the perforations completely and uniformly. The mold should be allowed to stand in a position so that part of the moistening agent will evaporate equally from both faces. While the first plate is drying, another mold can be prepared. As soon as the second mold has been completed, the first mold should be sufficiently surface-dried so that the pegs will press the tablets from the mold with a minimum of sticking.

To remove the tablets from the mold, place the mold over the peg plate so that the pegs and the perforations are in juxtaposition. The tablets are released from the mold by hand pressure, which forces the pegs through the perforations. The ejected tablets are spread evenly in single layers on silk trays and dried in a clean, dust-free chamber with warm, circulating air. If only a small quantity of tablet triturates is made and no warm-air oven is available, the tablet triturates may be dried to constant weight at room temperature.

## MACHINE-MOLDING TABLET TRITURATES

Tablet triturates also can be made using mechanical equipment. The automatic tablet triturate machine illustrated in Figure 45-35 makes tablet triturates at a rate of 2500/min. For machine-molding, the powder mass need not be as moist as for plate-molding, since the time interval between forming the tablets and pressing them is considerably shorter. The moistened mass passes through the funnel of the hopper to the feed plates below. In this feed plate are four holes having the same diameter as the mouth of the funnel. The material fills one hole at a time and, when filled, revolves to a position just over the

mold plate. When in position the weighted pressure foot lowers and imprisons the powder. At the same time a spreader in the sole of the pressure foot rubs it into the mold cavities and evens it off so that the triturates are smooth on the surface and are of uniform density. When this operation is completed, the mold passes to the next position, where it registers with a nest of punches or pegs that eject the tablets from the mold plate onto a conveyor belt. The conveyor belt sometimes is extended to a length of 8 or 10 ft. under a battery of infrared drying lamps to hasten the setting of the tablets for more rapid handling. This method of drying can be used only if the drug is chemically stable to these drying conditions.

## COMPRESSED TABLET TRITURATES

Frequently, tablet triturates are prepared on compression tablet machines using flat-face punches. When solubility and a clear solution are required, water-soluble lubricants must be used to prevent sticking to the punches. The granulations are prepared as directed for ordinary compressed tablets; lactose generally is used as the diluent. Generally, tablet triturates prepared by this method are not as satisfactory as the molded type regarding their solubility and solution characteristics.

## TABLET CHARACTERISTICS

Compressed tablets may be characterized or described by a number of specifications. These include the diameter size, shape, thickness, weight, hardness, disintegration time, and dissolution characteristics. The diameter and shape depend on the die and the punches selected for the compression of the tablet. Generally, tablets are discoid in shape, although they may be oval, oblong, round, cylindrical, or triangular. Their upper and lower surfaces may be flat, round, concave, or convex to various degrees. The concave punches (used to prepare convex tablets) are referred to as shallow, standard, and deep cup, depending on the degree of concavity (see Figs 45-17 to 45-20). The tablets may be scored in halves or quadrants to facilitate breaking if a smaller dose is desired. The top or lower surface may be embossed or engraved with a symbol or letters that serve as an additional means of identifying the source of the tablets. These characteristics along with the color of the tablets tend to make them distinctive and identifiable with the active ingredient that they contain.

The remaining specifications assure the manufacturer that the tablets do not vary from one production lot to another. In the case of new tablet formulations their therapeutic efficacy is demonstrated through clinical trials, and it is the manufacturer's aim to reproduce the same tablet with the exact characteristics of the tablets that were used in the clinical evaluation of the dosage form. Therefore, from the control viewpoint these specifications are important for reasons other than physical appearance.

### Tablet Hardness

The resistance of the tablet to chipping, abrasion, or breakage under conditions of storage, transportation, and handling before usage depends on its hardness. In the past, a rule of thumb described a tablet to be of proper hardness if it was firm enough to break with a sharp snap when it was held between the 2nd and 3rd fingers and using the thumb as the fulcrum, yet didn't break when it fell on the floor. For obvious reasons and control purposes a number of attempts have been made to quantitate the degree of hardness.



**Figure 45-35.** Automatic tablet triturate machine (courtesy, Vector-Colton).

RIMEG-JDG-00000300

A small and portable hardness tester was manufactured and introduced in the mid-1930s by *Monsanto*. It now is distributed by the Stokes Div *(Pennwalt)* and may be designated as either the Monsanto or Stokes hardness tester. The instrument measures the force required to break the tablet when the force generated by a coil spring is applied diametrically to the tablet. The force is measured in kilograms and when used in production, a hardness of 4 kg is considered to be minimum for a satisfactory tablet.

The Strong-Cobb hardness tester introduced in 1950 also measures the diametrically applied force required to break the tablet. In this instrument the force is produced by a manually operated air pump. As the pressure is increased, a plunger is forced against the tablet placed on anvil. The final breaking point is indicated on a dial calibrated into 30 arbitrary units. The hardness values of the Stokes and Strong-Cobb instruments are not equivalent. Values obtained with the Strong-Cobb tester have been found to be 1.6 times those of the Stokes tester.

Another instrument is the Pfizer hardness tester, which operates on the same mechanical principle as ordinary pliers. The force required to break the tablet is recorded on a dial and may be expressed in either kilograms or pounds of force. In an experimental comparison of testers the Pfizer and the Stokes testers were found to check each other fairly well. Again the Strong-Cobb tester was found to give values 1.4 to 1.7 times the absolute values on the other instruments.

The most widely used apparatus to measure tablet hardness or crushing strength is the Heberlein, distributed by *Vector*. This and other, newer, electrically operated test equipment eliminate the operator variability inherent in the measurements described above. Newer equipment is also available with printers to provide a record of test results. See Figure 45-36.

Manufacturers, such as *Key, Van Kel, Erweka,* and others, make similar hardness testers.

Hardness (or more appropriately, crushing strength) determinations are made throughout the tablet runs to determine the need for pressure adjustments on the tableting machine. If the tablet is too hard, it may not disintegrate in the required period of time or meet the dissolution specification; if it is too soft, it will not withstand the handling during subsequent processing such as coating or packaging and shipping operations.

A tablet property related to hardness is *friability,* and the measurement is made by use of the Roche friabilator. Rather than a measure of the force required to crush a tablet, the instrument is designed to evaluate the ability of the tablet to withstand abrasion in packaging, handling, and shipping. A number of tablets are weighed and placed in the tumbling



**Figure 45-37.** The Roche friabilator (courtesy, Hoffmann-LaRoche).

apparatus where they are exposed to rolling and repeated shocks resulting from freefalls within the apparatus. After a given number of rotations the tablets are weighed, and the loss in weight indicates the ability of the tablets to withstand this type of wear (Fig 45-37).

Recent research has proposed that there are at least three measurable hardness parameters that can give a clue to the compatibility and intrinsic strength of powdered materials. These include bonding strength, internal strain, and brittleness. Hiestand proposed indices to quantify these parameters, and they are listed in Table 45-4 for a number of materials.

The higher the bonding index, the stronger a tablet is likely to be. The higher the strain index, the weaker the tablet. Since the two parameters are opposite in their effect on the tablet, it is possible for a material (such as Avicel) to have a relatively high strain index, but yet have superior compaction properties because of an extraordinary bonding potential. The higher the brittleness index, the more friable the tablet is likely to be. For a more detailed discussion of this subject, the reader is directed to References 22, 37, 38.

A similar approach is taken by many manufacturers when they evaluate a new product in the new market package by sending the package to distant points and back using various methods of transportation. This is called a *shipping test.* The condition of the product on its return indicates its ability to withstand transportation handling.

## Tablet Thickness

The thickness of the tablet from production-run to production-run is controlled carefully. Thickness can vary with no change in weight because of difference in the density of the granulation and the pressure applied to the tablets, as well as the speed of tablet compression. Not only is the tablet thickness important in reproducing tablets identical in appearance but also to en-



**Figure 45-36.** The Schleuniger or Heberlein tablet hardness tester shown with calibration blocks (courtesy, Vector).

**Table 45-4. Hiestand Compaction Indices for a Number of Materials**

| MATERIAL | BONDING INDEX | STRAIN INDEX | BRITTLENESS INDEX |
|---|---|---|---|
| Aspirin | 1.5 | 1.11 | 0.16 |
| Dicalcium phosphate | 1.3 | 1.13 | 0.15 |
| Lactose anhydrous | 0.8 | 1.40 | 0.27 |
| Avicel pH 102 | 4.3 | 2.20 | 0.04 |
| Corn starch | 0.4 | 2.48 | 0.26 |
| Sucrose NF | 1.0 | 1.45 | 0.35 |
| Erythromycin dihydrate | 1.9 | 2.13 | 0.98 |

RIMEG-JDG-00000301

sure that every production lot will be usable with selected packaging components. If the tablets are thicker than specified, a given number no longer may be contained in the volume of a given size bottle. Tablet thickness also becomes an important characteristic in counting tablets using filling equipment. Some filling equipment uses the uniform thickness of the tablets as a counting mechanism. A column containing a known number of tablets is measured for height; filling is accomplished by continually dropping columns of tablets of the same height into bottles. If thickness varies throughout the lot, the result will be variation in count. Other pieces of filling equipment can malfunction because of variation in tablet thickness, since tablets above specified thickness may cause wedging of tablets in previously adjusted depths of the counting slots. Tablet thickness is determined with a caliper or thickness gauge that measures the thickness in millimeters. Plus or minus 5% may be allowed, depending on the size of the tablet.

## Uniformity of Dosage Forms

**TABLET WEIGHT**—The volumetric fill of the die cavity determines the weight of the compressed tablet. In setting up the tablet machine the fill is adjusted to give the desired tablet weight. The weight of the tablet is the quantity of the granulation that contains the labeled amount of the therapeutic ingredient. After the tablet machine is in operation the weights of the tablets are checked routinely, either manually or electronically, to ensure that proper-weight tablets are being made. This has become rather routine in most manufacturing operations with newer, electronically controlled tablet presses. The USP has provided tolerances for the average weight of uncoated compressed tablets. These are applicable when the tablet contains 50 mg or more of the drug substance or when the latter comprises 50% or more, by weight, of the dosage form. Twenty tablets are weighed individually, and the average weight is calculated. The variation from the average weight in the weights of not more than two of the tablets must not differ by more than the percentage listed below; no tablet differs by more than double that percentage. Tablets that are coated are exempt from these requirements but must conform to the test for content uniformity if it is applicable.

| AVERAGE WEIGHT | PERCENT DIFFERENCE |
|---|---|
| 130 mg or less | 10 |
| More than 130 mg through 324 mg | 7.5 |
| More than 324 mg | 5 |

**CONTENT UNIFORMITY**—To ensure that every tablet contains the amount of drug substance intended, with little variation among tablets within a batch, the USP includes the content uniformity test for certain tablets. Due to the increased awareness of physiological availability, the content uniformity test has been extended to monographs on all coated and uncoated tablets and all capsules intended for oral administration where the range of sizes of the dosage form available includes a 50 mg or smaller size, in which case the test is applicable to all sizes (50 mg and larger and smaller) of that tablet or capsule. The official compendia can be consulted for the details of the test. Tablet monographs with a content uniformity requirement do not have a weight variation requirement.

## Tablet Disintegration

It is recognized generally that the *in vitro* tablet disintegration test does not necessarily bear a relationship to the *in vivo* action of a solid dosage form. To be absorbed, a drug substance must be in solution, and the disintegration test is a measure only of the time required under a given set of conditions for a group of tablets to disintegrate into particles. Generally, this test is useful as a quality-assurance tool for conventional (non-sustained-release) dosage forms. In the present disintegration test the particles are those that will pass through a 10-mesh screen. In a comparison of disintegration times and dissolution rates or initial absorption rates of several brands of aspirin tablets, it was found that the faster-absorbed tablets had the longer disintegration time. Regardless of the lack of significance as to *in vivo* action of the tablets, the test provides a means of control in ensuring that a given tablet formula is the same as regards disintegration from one production batch to another. The disintegration test is used as a control for tablets intended to be administered by mouth, except for tablets intended to be chewed before being swallowed or tablets designed to release the drug substance over a period of time.

Exact specifications are given for the test apparatus, inasmuch as a change in the apparatus can cause a change in the results of the test. The apparatus consists of a basket rack holding six plastic tubes, open at the top and bottom; the bottom of the tubes is covered with 10-mesh screen. See Figure 45-38. The basket rack is immersed in a bath of suitable liquid, held at 37°, preferably in a 1-L beaker. The rack moves up and down in the fluid at a specified rate. The volume of the fluid is such that on the upward stroke the wire mesh remains at least 2.5 cm below the surface of the fluid and descends to not less than 2.5 cm from the bottom on the downward stroke. Tablets are placed in each of the six cylinders along with a plastic disc over the tablet unless otherwise directed in the monograph. The endpoint of the test is indicated when any residue remaining is a soft mass with no palpably soft core. The plastic discs help to force any soft mass that forms through the screen.

For compressed, uncoated tablets the testing fluid is usually water at 37°, but in some cases the monographs direct that Simulated Gastric Fluid TS be used. If one or two tablets fail to disintegrate, the test is to be repeated using 12 tablets. Of the 18 tablets then tested, 16 must have disintegrated within the given period of time. The conditions of the test are varied somewhat for coated tablets, buccal tablets, and sublingual



**Figure 45-38.** Vanderkamp tablet disintegration tester (courtesy, VanKel).

RIMEG-JDG-00000302

tablets. Disintegration times are included in the individual tablet monograph. For most uncoated tablets the period is 30 min, although the time for some uncoated tablets varies greatly from this. For coated tablets up to 2 hr may be required, while for sublingual tablets, such as CT Isoproterenol Hydrochloride, the disintegration time is 3 min. For the exact conditions of the test, consult the USP.

## Dissolution Test

For certain tablets the monographs direct compliance with limits on dissolution rather than disintegration. Since drug absorption and physiological availability depend on having the drug substance in the dissolved state, suitable dissolution characteristics are an important property of a satisfactory tablet. Like the disintegration test, the dissolution test for measuring the amount of time required for a given percentage of the drug substance in a tablet to go into solution under a specified set of conditions is an *in vitro* test. It is intended to provide a step toward the evaluation of the physiological availability of the drug substance, but as described currently, it is not designed to measure the safety or efficacy of the tablet being tested. Both the safety and effectiveness of a specific dosage form must be demonstrated initially by means of appropriate *in vivo* studies and clinical evaluation. Like the disintegration test, the dissolution test does provide a means of control in ensuring that a given tablet formulation is the same as regards dissolution as the

batch of tablets shown initially to be clinically effective. It also provides an *in vitro* control procedure to eliminate variations among production batches. Refer to Chapter 35 for a complete discussion of dissolution testing.

## Validation

In this era of increasing regulatory control of the pharmaceutical industry, manufacturing procedures cannot be discussed without the mention of some process-validation activity. By way of documentation, product testing, and perhaps in-process testing as well, manufacturers can demonstrate that their formulas and processes perform in the manner expected and that they do so reproducibly.

Although the justification for requiring validation is found in the regulations relating to *Current Good Manufacturing Practices for Finished Pharmaceuticals* as well as other sources, there is still much room for interpretation, and the process varies from one company to another. General areas of agreement appear to be that

The validation activity must begin in R&D and continue through product introduction.

Documentation is the key.

In general, three batches represent an adequate sample for validation.

The FDA has rejected historical data or *retrospective validation*. They require that new products be validated from beginning to end, a process called *prospective validation*.

CAPSULES

Capsules are solid dosage forms in which the drug substance is enclosed in either a hard or soft, soluble container or shell of a suitable form of gelatin. The soft gelatin capsule was invented by Mothes, a French pharmacist, in 1833. During the following year DuBlanc obtained a patent for his soft gelatin capsules. In 1848 Murdock patented the two-piece hard gelatin capsule. Although development work has been done on the preparation of capsules from methylcellulose and calcium alginate, gelatin, because of its unique properties, remains the primary composition material for the manufacture of capsules. The gelatin used in the manufacture of capsules is obtained from collagenous material by hydrolysis. There are two types of gelatin, Type A, derived mainly from pork skins by acid processing, and Type B, obtained from bones and animal skins by alkaline processing. Blends are used to obtain gelatin solutions with the viscosity and bloom strength characteristics desirable for capsule manufacture.[60]

The encapsulation of medicinal agents remains a popular method for administering drugs. Capsules are tasteless, easily administered, and easily filled either extemporaneously or in large quantities commercially. In prescription practice the use of hard gelatin capsules permits a choice in prescribing a single drug or a combination of drugs at the exact dosage level considered best for the individual patient. This flexibility is an advantage over tablets. Some patients find it easier to swallow capsules than tablets, therefore preferring to take this form when possible. This preference has prompted pharmaceutical manufacturers to market the product in capsule form, even though the product already has been produced in tablet form. While the industry prepares approximately 75% of its solid dosage forms as compressed tablets, 23% as hard gelatin capsules, and 2% as soft elastic capsules, market surveys have indicated a consumer preference of 44.2% for soft elastic capsules, 39.6% for tablets, and 19.4% for hard gelatin capsules.[51]

## HARD GELATIN CAPSULES

The hard gelatin capsule, also referred to as the dry-filled capsule (DFC), consists of two sections, one slipping over the other, thus completely surrounding the drug formulation. The classic capsule shape is illustrated in Figure 45-39. These capsules are filled by introducing the powdered material into the longer end or body of the capsule and then slipping on the cap. Hard gelatin capsules are made largely from gelatin, FD&C colorants, and sometimes an opacifying agent such as titanium dioxide; the USP permits the gelatin for this purpose to contain 0.15% sulfur dioxide to prevent decomposition during manufacture. Hard gelatin capsules contain 12 to 16% water, but the water content can vary depending on the storage conditions. When the humidity is low, the capsules become brittle; if stored at high humidities, the capsules become flaccid and lose their shape. Storage in high-temperature areas also can affect the quality of hard gelatin capsules. Gelatin capsules do not protect hygroscopic materials from atmospheric water vapor, as moisture can diffuse through the gelatin wall.

Companies having equipment for preparing empty hard gelatin capsules include *Lilly, Parke-Davis, Scherer,* and *SmithKline.* The latter's production is mainly for its own use; the others are suppliers to the industry. With this equip-



**Figure 45-39.** Hard gelatin capsules showing relative sizes (courtesy, Parke-Davis).

RIMEG-JDG-00000303

ment, stainless steel pins, set in plates, are dipped into the gelatin solution, which must be maintained at a uniform temperature and an exact degree of fluidity. If the gelatin solution varies in viscosity, it correspondingly will decrease or increase the thickness of the capsule wall. This is important since a slight variation is sufficient to make either a loose or a tight joint. When the pins have been withdrawn from the gelatin solution, they are rotated while being dried in kilns through which a strong blast of filtered air with controlled humidity is forced. Each capsule is stripped, trimmed to uniform length and joined, the entire process being mechanical. Capsule-making equipment is illustrated in Figures 45-40 and 45-41. These show the stainless steel pins being dipped into the gelatin solutions and then being rotated through the drying kiln.

Capsules are supplied in a variety of sizes. The hard, empty capsules (Fig 45-39) are numbered from 000, the largest size that can be swallowed, to 5, which is the smallest. Larger sizes are available for use in veterinary medicine. The approximate capacity for capsules from 000 to 5 ranges from 600 to 30 mg, although this will vary because of the different densities of powdered drug materials.

Commercially filled capsules have the conventional oblong shape illustrated, with the exception of capsule products by *Lilly* and *SmithKline*, which are of distinctive shape. For Lilly products, capsules are made in which the end of the base is tapered to give the capsule a bullet-like shape; products encapsulated in this form are called *Pulvules*. The *SmithKline* capsules differ in that both ends of the cap and body are angular, rather than round.

After hard gelatin capsules are filled and the cap applied, there are a number of methods used to ensure that the capsules will not come apart if subjected to vibration or rough handling, as in high-speed counting and packaging equipment. The capsules can be spot-welded by means of a heated metal pin pressed against the cap, fusing it to the body, or they may be banded with molten gelatin laid around the joint in a strip and dried. Colored gelatin bands around capsules have been used for many years as a trademark by *Parke-Davis* for their line of capsule products, *Kapseals*. Another approach is used in the *Snap-Fit* and *Coni-Snap* capsules. A pair of matched locking rings are formed into the cap and body portions of the capsule. Prior to filling, these capsules are slightly longer than regular capsules of the same size. When the locking rings are engaged after filling, their length is equivalent to that of the conventional capsule.

Following several tampering incidents, many pharmaceutical companies now use any number of locking and sealing technologies to manufacture and distribute these very useful



**Figure 45-41.** Formed capsules being dried by rotating through a drying kiln (courtesy, Lilly).

dosage forms safely. Unfortunately, tamper-resistant packaging has become standard for capsule products.

It is usually necessary for the pharmacist to determine the size of the capsule needed for a given prescription through experimentation. The experienced pharmacist, having calculated the weight of material to be held by a single capsule, often will select the correct size immediately. If the material is powdered, the base of the capsule is filled and the top is replaced. If the material in the capsule proves to be too heavy after weighing, a smaller size must be taken and the test repeated. If the filled capsule is light, it is possible that more can be forced into it by increasing the pressure or, if necessary, some of the material may be placed in the cap. This is not desirable as it tends to decrease the accuracy of subdivision and it is much better to select another size, whose base will hold exactly the correct quantity. In prescription filling it is wise to check the weight of each filled capsule.

In addition to the transparent, colorless, hard gelatin capsule, capsules are also available in various transparent colors such as pink, green, reddish brown, blue, yellow, and black. If they are used, it is important to note the color as well as the capsule size on the prescription so that in the case of renewal the refilled prescription will duplicate the original. Colored capsules have been used chiefly by manufacturers to give a specialty product a distinctive appearance. Titanium dioxide is added to the gelatin to form white capsules or to make an opaque, colored capsule. In addition to color contrasts, many commercial products in capsules are given further identification by markings, which may be the company's name, a symbol on the outer shell of the capsule, or banding. Some manufacturers mark capsules with special numbers based on a coded system to permit exact identification by the pharmacist or physician.

## Extemporaneous Filling Methods

When filling capsules on prescription, the usual procedure is to mix the ingredients by trituration, reducing them to a fine and uniform powder. The principles and methods for the uniform distribution of an active medicinal agent in a powder mixture are discussed in Chapter 37. Granular powders do not pack readily in capsules, and crystalline materials, especially those that consist of a mass of filament-like crystals such as the quinine salts, are not fitted easily into capsules unless powdered. Eutectic mixtures that tend to liquefy may be dispensed in capsules if a suitable absorbent such as magnesium carbonate is used. Potent drugs given in



**Figure 45-40.** Manufacture of hard gelatin capsules by dipping stainless steel pins into gelatin solutions (courtesy, Lilly).

RIMEG-JDG-00000304

small doses usually are mixed with an inert diluent such as lactose before filling into capsules. When incompatible materials are prescribed together, it is sometimes possible to place one in a smaller capsule and then enclose it with the second drug in a larger capsule.

Usually, the powder is placed on paper and flattened with a spatula so that the layer of powder is not greater than about ⅓ the length of the capsule that is being filled. This helps to keep both the hands and capsules clean. The cap is removed from the selected capsule and held in the left hand; the body is pressed repeatedly into the powder until it is filled. The cap is replaced and the capsule is weighed. In filling the capsule the spatula is helpful in pushing the last quantity of the material into the capsule. If each capsule has not been weighed, there is likely to be an excess or a shortage of material when the specified number of capsules have been packed. This condition is adjusted before dispensing the prescription.

A number of manual filling machines and automatic capsule machines are available for increasing the speed of the capsule-filling operation. Figure 45-42 illustrates a capsule-filling machine that was known formerly as the Sharp & Dohme machine. This equipment is now available through *ChemiPharm.* Many community pharmacists find this a useful piece of apparatus, and some pharmaceutical manufacturers use it for small-scale production of specialty items. The machine fills 24 capsules at a time with the possible production of 2000 per day. Entire capsules are placed in the machine by hand; the lower plate carries a clamp that holds the capsule bases and makes it possible to remove and replace the caps mechanically. The plate holding the capsule bases is perforated for three sizes of capsules. The powder is packed in the bases; the degree of accuracy depends on the selection of capsule size and the amount of pressure applied in packing. The hand-operated machine (Model 300, *ChemiPharm*) illustrated in Figure 45-43 has a production capacity of 2000 capsules per hour. The machine is made for a single capsule size and cannot be changed over for other sizes. A different machine is required for any additional capsule size. Its principle of operation is similar to that of the Sharp & Dohme machine.

## Machine Filling Methods

Large-scale filling equipment for capsules operates on the same principle as the manual machines described above, namely the filling of the base of the capsule. Compared with tablets, powders for filling into hard gelatin capsules require a minimum of formulation efforts. The powders usually contain diluents such



**Figure 45-43.** Hand-operated capsule machine, Model 300 (courtesy, ChemiPharm).

as lactose, mannitol, calcium carbonate, or magnesium carbonate. Since the flow of material is of great importance in the rapid and accurate filling of the capsule bodies, lubricants such as the stearates also are used frequently.

Because of the absence of numerous additives and manufacturing processing, the capsule form is used frequently to administer new drug substances for evaluation in initial clinical trials. However, it is now realized that the additives present in the capsule formulation, like the compressed tablet, can influence the release of the drug substance from the capsule. Tablets and capsules of a combination product containing triamterene and hydrochlorothiazide in a 2:1 ratio were compared clinically. The tablet caused approximately twice as much excretion of hydrochlorothiazide and three times as much triamterene as the capsule.[52]

Most equipment operates on the principle by which the base of the capsule is filled and the excess is scraped off. Therefore, the active ingredient is mixed with sufficient volume of a diluent, usually lactose or mannitol, to give the desired amount of the drug in the capsule when the base is filled with the powder mixture. The manner of operation of the machine can influence the volume of powder that will be filled into the base of the capsule; therefore, the weights of the capsules must be checked routinely as they are filled. See Table 45-5.

Semiautomatic capsule-filling machines manufactured by *Parke-Davis* and *Lilly* are illustrated in Figures 45-44 and 45-45. The Type 8 capsule-filling machine performs mechanically under the same principle as the hand filling of capsules. This includes separation of the cap from the body, filling the body half, and rejoining the cap and body halves.

Empty capsules are taken from the bottom of the capsule hopper into the magazine. The magazine gauge releases one capsule from each tube at the bottom of each stroke of the machine. Leaving the magazine, the capsules drop onto the tracks of the raceway and are pushed forward to the rectifying area with a push blade. The rectifier block descends, turning the capsules in each track, cap up, and drops them into each row of holes in the capsule-holding ring assembly.

As the capsules fall into the holding ring, the cap half has a seat on the counter bore in each hole for the top ring. The body



**Figure 45-42.** Hand-operated capsule machine (courtesy, ChemiPharm).

RIMEG-JDG-00000305

**Table 45-5. Capsule Fill Chart**
Capsule Fill Weights (mg) Based on Size and Density

| POWDER DENSITY (g/mL) | CAPSULE VOLUME (mL) | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0.95 | 0.78 | 0.68 | 0.54 | 0.5 | 0.37 | 0.3 | 0.25 | 0.21 | 0.13 |
| | | | | | CAPSULE SIZE | | | | | |
| | 00 | 0el | 0 | 1el | 1 | 2 | 3 | 4el | 4 | 5 |
| 0.3 | 285 | 234 | 204 | 162 | 150 | 111 | 90 | 75 | 63 | 39 |
| 0.4 | 380 | 312 | 272 | 216 | 200 | 148 | 120 | 100 | 84 | 52 |
| 0.5 | 475 | 390 | 340 | 270 | 250 | 185 | 150 | 125 | 105 | 65 |
| 0.6 | 570 | 468 | 408 | 324 | 300 | 222 | 180 | 150 | 126 | 78 |
| 0.7 | 665 | 546 | 476 | 378 | 350 | 259 | 210 | 175 | 147 | 91 |
| 0.8 | 760 | 624 | 544 | 432 | 400 | 296 | 240 | 200 | 168 | 104 |
| 0.9 | 855 | 702 | 612 | 486 | 450 | 333 | 270 | 225 | 189 | 117 |
| 1.0 | 950 | 780 | 680 | 540 | 500 | 370 | 300 | 250 | 210 | 130 |
| 1.1 | 1045 | 858 | 748 | 594 | 550 | 407 | 330 | 275 | 231 | 143 |
| 1.2 | 1140 | 936 | 816 | 648 | 600 | 444 | 360 | 300 | 252 | 156 |
| 1.3 | 1235 | 1014 | 884 | 702 | 650 | 481 | 390 | 325 | 273 | 169 |
| 1.4 | 1330 | 1092 | 952 | 756 | 700 | 518 | 420 | 350 | 294 | 182 |
| 1.5 | 1425 | 1170 | 1020 | 810 | 750 | 555 | 450 | 375 | 315 | 195 |

half is pulled by vacuum down into the bottom ring. When all rows in the ring assembly are full, the top ring, filled with caps only, is removed and set aside for later assembly. The body halves now are located in the bottom ring, ready for filling.

The ring holding the body halves is rotated at one of eight speeds on the rotary table. The drug hopper is swung over the rotating ring, and the auger forces drug powder into the open body cavities. When the ring has made a complete revolution and the body halves have been filled, the hopper is swung aside. The cap-holding ring is placed over the body-holding ring and the assembly is ready for joining. The capsule-holding ring assembly is placed on the joiner and the joiner plate is swung down into position to hold the capsules in the ring. The peg ring pins are entered in the holes of the body holding ring and tapped in place by the air cylinder pushing the body halves back into the cap halves.

The holding-ring assembly is now pushed by hand back onto the peg ring away from the joiner plate, thus pushing the capsules out of the holding-ring assembly. The joined capsules then fall through the joiner chute into the capsule receiver box. The capsule receiver box screens the excess powder from the capsules and delivers them to any convenient container.

Many companies use the Type 8 capsule-filling equipment for small-scale manufacture and clinical supplies for investigational use because of its ease of operation, low cost, and extreme flexibility. A Type 8 capsule filling machine will produce approximately 200,000 capsules per day. This, of course, depends upon the operator and the type of material being filled. For this machine, a mathematical model has been developed that describes the effect of selected physical powder properties as well as mechanical operating conditions on the capsule-filling operation. While the Type 8 capsule-filling machine has been in existence for many years, recent modifications have been made to this machine to improve the capsule-filling operations.



**Figure 45-44.** Schematic of Type 8 capsule-filling machine (courtesy, Parke-Davis).

**Figure 45-45.** Type 8 capsule-filling machine (courtesy, Lilly).

RIMEG-JDG-00000306

There are several pieces of equipment available that are classified as automatic capsule-filling machines. These machines are automatic in the sense that one operator can handle more than one machine. In this category are the Italian-made Zanasi (*United Machinery*) and MG-2 (*Supermatic*) models, plus the West German–made Hoefliger & Karg models (*Bosch*).

Automatic capsule machines are capable of filling either powder or granulated products into hard gelatin capsules. With accessory equipment these machines also can fill pellets or place a tablet into the capsule with the powder or pellets. The capsules are fed at random into a large hopper. They are oriented as required and transferred into holders where the two halves are separated by suction. The top-half and bottom-half of the capsules are in separate holders, which at this stage take diverting directions.

A set of filling heads collects the product from the hopper, compresses it into a soft slug, and inserts this into the bottom half of the capsule. After filling, each top-half is returned to the corresponding bottom-half. The filled capsules are ejected, and an air blast at this point separates possible empty capsules from the filled. The machines can be equipped to handle all sizes of capsules. Depending upon the make and model, speeds from 9000 to 150,000 units per hour can be obtained (see Figs 45-46 to 45-48).

All capsules, whether they have been filled by hand or by machine, will require cleaning. Small quantities of capsules may be wiped individually with cloth. Larger quantities are rotated or shaken with crystalline sodium chloride. The capsules then are rolled on a cloth-covered surface.

## Uniformity of Dosage Units

The uniformity of dosage forms can be demonstrated by either of two methods, weight variation or content uniformity. Weight variation may be applied when the product is a liquid-filled, soft, elastic capsule or when the hard gelatin capsule contains 50 mg or more of a single active ingredient comprising 50% or more, by weight, of the dosage form. See the official compendia for details.

Disintegration tests usually are not required for capsules unless they have been treated to resist solution in gastric fluid (enteric-coated). In this case they must meet the requirements for disintegration of enteric-coated tablets. For certain capsule dosage forms a dissolution requirement is part of the mono-



**Figure 45-47.** Zanasi automatic filling machine, Model AZ-60. The set of filling heads shown at the left collects the powder from the hopper, compresses it into a soft slug, and inserts it into the bottom half of the capsule (courtesy, United Machinery).

graph. Procedures used are similar to those employed in the case of compressed tablets. See Chapter 35.

## SOFT ELASTIC CAPSULES

The soft elastic capsule (SEC) is a soft, globular, gelatin shell somewhat thicker than that of hard gelatin capsules. The gelatin is plasticized by the addition of glycerin, sorbitol, or a similar polyol. The soft gelatin shells may contain a preservative to prevent the growth of fungi. Commonly used preservatives are methyl- and propylparabens and sorbic acid. When the suspending vehicle or solvent can be an oil, soft gelatin capsules provide a convenient and highly acceptable dosage form. Large-scale production methods generally are required for the preparation and filling of soft gelatin capsules.

Formerly, empty soft gelatin capsules were available to the pharmacist for the extemporaneous compounding of solutions



**Figure 45-46.** MG-2, automatic capsule-filling machine (courtesy, Supermatic).



**Figure 45-48.** Hoefliger & Karg automatic capsule-filling machine, Model GFK 1200 (courtesy, Amaco).

RIMEG-JDG-00000307

Case 1:24-cv-00621-CFC    Document 124-13    Filed 09/05/25    Page 163 of 230 PageID #: 1266

or suspensions in oils. Commercially filled soft gelatin capsules come in a wide choice of sizes and shapes; they may be round, oval, oblong, tubular, or suppository-shaped. Some sugar-coated tablets are quite similar in appearance to soft gelatin capsules. The essential differences are that the soft gelatin capsule has a seam at the point of closure of the two halves, and the contents can be liquid, paste, or powder. The sugar-coated tablet will not have a seam but will have a compressed core.

Oral SEC dosage forms generally are made so that the heat seam of the gelatin shell opens to release its liquid medication into the stomach less than 5 min after ingestion. Its use is being studied for those drugs poorly soluble in water having bioavailability problems. When used as suppositories, it is the moisture present in the body cavity that causes the capsule to come apart at its heat-sealed seam and to release its contents.

## Plate Process

In this method a set of molds is used. A warm sheet of prepared gelatin is laid over the lower plate, and the liquid is poured on it. A second sheet of gelatin is carefully put in place, and this is followed by the top plate of the mold. The set is placed under the press where pressure is applied to form the capsules, which are washed off with a volatile solvent to remove any traces of oil from the exterior. This process has been adapted and is used for encapsulation by *Upjohn*. The sheets of gelatin may have the same color or different colors.

## Rotary-Die Process

In 1933 the rotary-die process for elastic capsules was perfected by Robert P Scherer.[54] This process made it possible to improve the standards of accuracy and uniformity of elastic gelatin capsules and globules.

The rotary-die machine is a self-contained unit capable of continuously and automatically producing finished capsules from a supply of gelatin mass and filling material, which may be any liquid, semiliquid, or paste that will not dissolve gelatin. Two continuous gelatin ribbons, which the machine forms, are brought into convergence between a pair of revolving dies and an injection wedge. Accurate filling under pressure and sealing of the capsule wall occur as dual and coincident operations; each is delicately timed against the other. Sealing also severs the completed capsule from the net. The principle of operation is shown in Figure 45-49. See also Figure 45-50.



**Figure 45-49.** Rotary-die elastic capsule filler.



**Figure 45-50.** Scherer soft elastic capsule machine (courtesy, Scherer).

By this process the content of each capsule is measured individually by a single stroke of a pump so accurately constructed that plunger travel of 0.025 inch will deliver 1 ℳ (apoth). The Scherer machine contains banks of pumps so arranged that many capsules may be formed and filled simultaneously. All pumps are engineered to extremely small mechanical tolerances and to an extremely high degree of precision and similarity. All operations are controlled on a weight basis by actual periodic checks with a group of analytical balances. Individual net-fill weights of capsules resulting from large-scale production vary no more than ±1 to 3% from theory, depending upon the materials used.

The rotary-die process makes it possible to encapsulate heavy materials such as ointments and pastes. In this manner solids can be milled with a vehicle and filled into capsules. When it is desirable to have a high degree of accuracy and a hermetically sealed product, this form of enclosure is suited ideally.

The modern and well-equipped capsule plant is completely air conditioned, a practical necessity for fine capsule production. Its facilities and operations include the availability of carbon dioxide at every exposed point of operation for the protection of oxidizable substances before encapsulation. Special ingredients also have been used in the capsule shell to exclude light wavelengths that are destructive to certain drugs.

## Norton Capsule Machine

This machine produces capsules completely automatically by leading two films of gelatin between a set of vertical dies. These dies as they close, open, and close are in effect a continual vertical plate forming row after row of pockets across the gelatin film. These are filled with medicament and, as they progress through the dies, are sealed, shaped, and cut out of the film as capsules, which drop into a cooled solvent bath.

## Accogel Capsule Machine

Another means of soft gelatin encapsulation uses the Accogel machine and process which were developed at *Lederle*. The Accogel, or Stern machine, uses a system of rotary dies but is unique in that it is the only machine that successfully can fill dry powder into a soft gelatin capsule. The machine is available to the entire pharmaceutical industry by a lease arrangement and is used in many countries of the world. It is extremely

RIMEG-JDG-00000308

versatile, not only producing capsules with dry powder but also encapsulating liquids and combinations of liquids and powders. By means of an attachment, slugs or compressed tablets may be enclosed in a gelatin film. The capsules can be made in a variety of colors, shapes, and sizes.

## Microencapsulation

As a technology, microencapsulation is placed in the section on capsules only because of the relationship in terminology to mechanical encapsulation described above. The topic also could have been included in a discussion of coating procedures. Essentially, microencapsulation is a process or technique by which thin coatings can be applied reproducibly to small particles of solids, droplets of liquids, or dispersions, thus forming microcapsules. It can be differentiated readily from other coating methods in the size of the particles involved; these range from several tenths of a micrometer to 5000 $\mu$m in size.

A number of microencapsulation processes have been disclosed in the literature.[54] Some are based on chemical processes and involve a chemical or phase change; others are mechanical and require special equipment to produce the physical change in the systems required.

A number of coating materials have been used successfully; examples of these include gelatin, polyvinyl alcohol, ethylcellulose, cellulose acetate phthalate, and styrene maleic anhydride. The film thickness can be varied considerably, depending on the surface area of the material to be coated and other physical characteristics of the system. The microcapsules may consist of a single particle or clusters of particles. After isolation from the liquid manufacturing vehicle and drying, the material appears as a free-flowing powder. The powder is suitable for formulation as compressed tablets, hard gelatin capsules, suspensions, and other dosage forms.

The process provides answers for problems such as masking the taste of bitter drugs, a means of formulating prolonged-action dosage forms, a means of separating incompatible materials, a method of protecting chemicals against moisture or oxidation, and a means of modifying a material's physical characteristics for ease of handling in formulation and manufacture.

Among the processes applied to pharmaceutical problems is that developed by the National Cash Register Co (NCR). The NCR process is a chemical operation based on phase separation or coacervation techniques. In colloidal chemistry, coacervation refers to the separation of a liquid precipitate, or phase, when solutions of two hydrophilic colloids are mixed under suitable conditions.

The NCR process, using phase separation or coacervation techniques, consists of three steps:

1. Formation of three immiscible phases: a liquid manufacturing phase, a core material phase, and a coating material phase.
2. Deposition of the liquid polymer coating on the core material.
3. Rigidizing the coating, usually by thermal, cross-linking, or desolvation techniques, to form a microcapsule.

In Step 2, the deposition of the liquid polymer around the core material occurs only if the polymer is absorbed at the interface formed between the core material and the liquid vehicle phase. In many cases physical or chemical changes in the coating polymer solution can be induced so that phase separation (coacervation) of the polymer will occur. Droplets of concentrated polymer solution will form and coalesce to yield a two-phase, liquid-liquid system. In cases in which the coating material is an immiscible polymer or insoluble liquid polymer, it may be added directly. Also monomers can be dissolved in the liquid vehicle phase and, subsequently, polymerized at the interface.

Equipment required for microencapsulation by this method is relatively simple; it consists mainly of jacketed tanks with variable-speed agitators. Figure 45-51 shows a typical flow diagram of a production installation.

**Other Oral Solid Dosage Forms**

## PILLS

Pills are small, round, solid, dosage forms containing a medicinal agent and are intended for oral administration. Pills were formerly the most extensively used oral dosage form, but they have been replaced largely by compressed tablets and capsules. Substances that are bitter or unpleasant to the taste, if not corrosive or deliquescent, can be administered in this form if the dose is not too large.

Formerly, pills were made extemporaneously by the community pharmacist whose skill at pill-making became an art. However, the few pills that are now used in pharmacy are prepared on a large scale with mechanical equipment. The pill formulas of the NF were introduced largely for the purpose of establishing standards of strength for the well-known and currently used pills. Hexylresorcinol Pills consist of hexylresorcinol crystals covered with a rupture-resistant coating that is dispersible in the digestive tract. It should be noted that the official hexylresorcinol pills are prepared not by traditional methods but by a patented process, the gelatin coating being sufficiently tough that it cannot be broken readily, even when chewed. Therefore, the general method for the preparation of pills does not apply to hexylresorcinol pills.

Previous editions of this text should be consulted for methods of pill preparation.

## TROCHES

These forms of oral medication, also known as *lozenges* or *pastilles*, are discoid-shaped solids containing the medicinal agent in a suitably flavored base. The base may be a hard sugar



**Figure 45-51.** Production installation for the microencapsulation process (courtesy, NCR).

RIMEG-JDG-00000309

candy, glycerinated gelatin, or the combination of sugar with sufficient mucilage to give it form. Troches are placed in the mouth, where they slowly dissolve, liberating the active ingredient. The drug involved can be an antiseptic, local anesthetic, antibiotic, antihistaminic, antitussive, analgesic, or a decongestant.

Formerly, troches were prepared extemporaneously by the pharmacist. The mass is formed by adding water slowly to a mixture of the powdered drug, powdered sugar, and a gum until a pliable mass is formed. Powdered acacia in 7% concentration gives sufficient adhesiveness to the mass. The mass is rolled out and the troche pieces cut out using a cutter, or else the mass is rolled into a cylinder and divided. Each piece is shaped and allowed to dry before dispensing.

If the active ingredient is heat-stable, it may be prepared in a hard candy base. Syrup is concentrated to the point at which it becomes a pliable mass, the active ingredient is added, and the mixture is kneaded while warm to form a homogeneous mass. The mass is worked gradually into a pipe form having the diameter desired for the candy piece, and the lozenges are cut from the pipe and allowed to cool. This is an entirely mechanical operation with equipment designed for this purpose.

If the active ingredient is heat-labile, it may be made into a lozenge preparation by compression. The granulation is prepared in a manner similar to that used for any compressed tablet. The lozenge is made using heavy compression equipment to give a tablet that is harder than usual, as it is desirable for the troche to dissolve or disintegrate slowly in the mouth. In the formulation of the lozenge the ingredients are chosen that will promote its slow-dissolving characteristics. Compression is gaining in popularity as a means of making troches and candy pieces because of the increased speeds of compression equipment. In cases in which holes are to be placed in troches or candy pieces, core-rod tooling is used (see Fig 45-52). Core-rod tooling includes a rod centered on the lower punch around which the troche is compressed in the die cavity. The upper punch has an opening in its center for the core rod to enter during compression. It is evident that maximum accuracy is needed to provide alignment as the narrow punches are inserted into the die.



Upper Punch Holder
Upper Punch
Core Rod
Die
Lower Punch

Core Rod Holder

Lower Punch Holder

**Figure 45-52.** Core-rod tooling for compressing troches or candy pieces with hole in center (courtesy, Vector/Colton).

## CACHETS

Related to capsules, inasmuch as they provide an edible container for the oral administration of solid drugs, cachets formerly were used in pharmacy. They varied in size from 3/4 to 1/8 inch in diameter and consisted of two concave pieces of wafer made of flour and water. After one section was filled with the prescribed quantity of the medicinal agent, they were sealed tightly by moistening the margins and pressing them firmly together. When moistened with water, their character was changed entirely; they became soft, elastic, and slippery. Hence, they could be swallowed easily by floating them on water.

## PELLETS

The term pellet is now applied to small, sterile cylinders about 3.2 mm in diameter by 8 mm in length, which are formed by compression from medicated masses.[55] Whenever prolonged and continuous absorption of testosterone, estradiol, or desoxycorticosterone is desired, pellets of these potent hormones may be used by implantation.

## REFERENCES

1. Rowland M, Tozer TN. *Clinical Pharmacokinetics: Concepts & Applications.* Baltimore: Lippincott Williams & Wilkins, 1995.
2. Benet LZ, Levy G, Ferraiolo BL. *Pharmacokinetics—A Modern View.* New York: Plenum, 1984.
3. Manninen V, Ojala K, Reisell P. *Lancet* 1972; 2: 922.
4. Katchen B, Symchowisz S. *J Pharm Sci* 1967; 56: 1108.
5. Katchen B. *Acta Pharmacol Toxicol* 1971; 29: 88.
6. Hansch C, Dunn WJ III. *J Pharm Sci* 1972; 61: 1.
7. Flynn GL, Yalkowsky SH. Roseman T. *Ibid* 1974; 63: 479.
8. Lieberman HA, Lachman L, eds. *Pharmaceutical Dosage Forms: Tablets,* vols I, II, and III. New York: Dekker, 1980, 1981, 1982, 2nd rev 1989.
9. Evans AJ, Train D. *A Bibliography of the Tableting of Medicinal Substances.* London: Pharmaceutical Press, 1963.
10. Evans AJ. *A Bibliography of the Tableting of Medicinal Substances.* London: Pharmaceutical Press, 1964.
11. Lachman L, et al. *The Theory and Practice of Industrial Pharmacy,* 3rd ed, Philadelphia: Lea & Febiger, 1988.
12. Banker G, Rhodes CT. *Modern Pharmaceutics,* New York: Dekker, 1995.
13. Ansel HC. *Introduction to Pharmaceutical Dosage Forms,* 3rd ed, Philadelphia: Lea & Febiger, 1981.
14. Monkhouse DC, Lach JL. *Can J Pharm Sci* 1972; 7: 29.
15. Blanchard J. *Am J Pharm* 1978; 150: 132.
16. *Handbook of Pharmaceutical Excipients.* Washington, DC: APhA/ Pharm Soc Great Britian, APhA, 1986.
17. Rudnic EM, Kanig JL, Rhodes CT. *J Pharm Sci* 1985; 74: 647.
18. Rudnic EM, et al. *Drug Dev Ind Pharm* 1982; 8: 87.
19. Kanig JL, Rudnic EM. *Pharm Technol* 1984; 8: 50.
20. Rudnic EM, et al. *Drug Dev Ind Pharm* 1981; 7: 347.
21. *Capsugel List of Colorants for Oral Drugs.* Basel: Capsugel AG, 1988.
22. Foley VL, Belcastro PF. *Pharm Technol* 1987; 9: 110.
23. Stewart A. *Engineering* 1950; 169: 203.
24. David ST, Augsburger LL. *J Pharm Sci* 1977; 66: 155.
25. Jones TM. In *Formulation and Preparation of Dosage Forms.* Poldermand J, ed. North Holland: Elsevier, 1977, p 29.
26. Rees JE, Rue PJ. *J Pharm Pharmacol* 1987; 30: 601.
27. Summers MP, Enever RP, Carless JE. *J Pharm Sci* 1977; 66: 1172.
28. Hersey JA, Rees JE. In *Particle Size Analysis,* Groves MJ, Wyatt-Sargent JL, eds. London: Soc Anal Chem, 1970.
29. Jones TM. *Acta Pharm Tech* 1978.
30. Chowhan ZT. *Pharm Technol* 1988; 12: 46.
31. Meht AM. *Ibid* 1988; 12: 46(Dec).
32. Mendes RW, Roy SB. *Ibid* 1978; 2(3): 35.
33. Wurster DE. *J APhA Sci Ed* 1960; 49: 82.
34. Mendes RW, Roy SB. *Pharm Technol* 1978; 2(9): 61.
35. Malinowski HJ, Smith WE. *J Pharm Sci* 1974; 63: 285.

36. Woodruff CW, Nuessle NO. *Ibid* 1972; 61: 787.
37. O'Connor RE, Holinej J, Schwartz JB. *Am J Pharm* 1984; 156: 80.
38. O'Connor RE, Schwartz JB. *Drug Dev Ind Pharm* 1985; 11: 1837.
39. Newton JM. *Mfg Chem Aerosol News* 1966; 37(Apr): 33.
40. US Pat 3,863647, May 13, 1975.
41. *Tableting Specification Manual*. Washington DC: APhA, 1981.
42. Knoechel EL *et al. J Pharm Sci* 1967; 56: 116.
43. Wray PE. *Drug Cosmet Ind* 1969; 105(3): 53.
44. Hiestand EN, Smith DP. *Powder Tech* 1984; 38: 145.
45. Hiestand EN, *et al. J Pharm Sci* 1977; 66: 510.

46. Luenberger H. *Int J Pharm* 1982; 12: 41.
47. Walter JT, Augsburger, LL. *Pharm Technol* 1986; 10: 26.
48. Schwartz JB. *Ibid* 1981; 5(9): 102.
49. Marshall K. *Ibid* 1983; 7(3): 68.
50. Jones BE. *Mfg Chem Aerosol News* 1969; 40(Feb): 25.
51. Delaney R. *Pharm Exec* 1982; 2(3): 34.
52. Tannenbaum PJ et al. *Clin Pharmacol Ther* 1968; 9: 598.
53. Ebert WR. *Pharm Technol* 1977; 1(10): 44.
54. Madan PL. *Ibid* 1978; 2(9): 68.
55. Cox PH, Spanjers F. *Pharm Weekbl* 1970; 105: 681.

RIMEG-JDG-00000311

# EXHIBIT E

# Ansel's

# Pharmaceutical Dosage Forms and Drug Delivery Systems

## TENTH EDITION



Loyd V. Allen, Jr.
Howard C. Ansel


Wolters Kluwer
Health

#: 1273

# Ansel's Pharmaceutical Dosage Forms and Drug Delivery Systems



# ANSEL'S PHARMACEUTICAL DOSAGE FORMS AND DRUG DELIVERY SYSTEMS

**TENTH EDITION**

## Loyd V. Allen, Jr, PhD
Professor and Chair Emeritus
Department of Medicinal Chemistry and Pharmaceutics
College of Pharmacy
University of Oklahoma
University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma
Editor-in-Chief
*International Journal of Pharmaceutical Compounding*

## Howard C. Ansel, PhD
Professor and Dean Emeritus
College of Pharmacy
The University of Georgia
Athens, Georgia


Health
Philadelphia • Baltimore • New York • London
Buenos Aires • Hong Kong • Sydney • Tokyo

*Editor:* Sirkka Howes
*Product Development Editor:* Jenn Verbiar
*Production Project Manager:* Priscilla Crater
*Design Coordinator:* Holly Reid McLaughlin
*Manufacturing Coordinator:* Margie Orzech
*Compositor:* SPi Global

Tenth Edition

**Copyright © 2014, 2011, 2005 by Lippincott Williams & Wilkins, a Wolters Kluwer business.**

**351 West Camden Street**       **Two Commerce Square**
**Baltimore, MD 21201**           **2001 Market Street**
                                  **Philadelphia, PA 19103**

Printed in the United States of America

All rights reserved. This book is protected by copyright. No part of this book may be reproduced or transmitted in any form or by any means, including as photocopies or scanned-in or other electronic copies, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright. To request permission, please contact Lippincott Williams & Wilkins at Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, via email at permissions@lww.com, or via website at lww.com (products and services).

**Library of Congress Cataloging-in-Publication Data**

Allen, Loyd V., Jr., author.
Ansel's pharmaceutical dosage forms and drug delivery systems / Loyd V. Allen, Jr., Howard C. Ansel. — Tenth edition.
     p. ; cm.
Pharmaceutical dosage forms and drug delivery systems
Includes bibliographical references and index.
ISBN 978-1-4511-8876-9
I. Ansel, Howard C., 1933- author.  II. Title.  III. Title: Pharmaceutical dosage forms and drug delivery systems.
[DNLM: 1. Dosage Forms.  2. Drug Delivery Systems. QV 786]
RS200
615'.1—dc23

                                                                                2013035677

DISCLAIMER

Care has been taken to confirm the accuracy of the information present and to describe generally accepted practices. However, the authors, editors, and publisher are not responsible for errors or omissions or for any consequences from application of the information in this book and make no warranty, expressed or implied, with respect to the currency, completeness, or accuracy of the contents of the publication. Application of this information in a particular situation remains the professional responsibility of the practitioner; the clinical treatments described and recommended may not be considered absolute and universal recommendations.

The authors, editors, and publisher have exerted every effort to ensure that drug selection and dosage set forth in this text are in accordance with the current recommendations and practice at the time of publication. However, in view of ongoing research, changes in government regulations, and the constant flow of information relating to drug therapy and drug reactions, the reader is urged to check the package insert for each drug for any change in indications and dosage and for added warnings and precautions. This is particularly important when the recommended agent is a new or infrequently employed drug.

Some drugs and medical devices presented in this publication have Food and Drug Administration (FDA) clearance for limited use in restricted research settings. It is the responsibility of the health care provider to ascertain the FDA status of each drug or device planned for use in their clinical practice.

To purchase additional copies of this book, call our customer service department at **(800) 638-3030** or fax orders to **(301) 223-2320**. International customers should call **(301) 223-2300**.

Visit Lippincott Williams & Wilkins on the Internet: http://www.lww.com. Lippincott Williams & Wilkins customer service representatives are available from 8:30 am to 6:00 pm, EST.

9 8 7 6 5 4 3 2 1



# 8 Tablets

## OBJECTIVES

After reading this chapter, the student will be able to:

1. Differentiate between the various types of tablet dosage forms
2. Compare and contrast advantages and disadvantages of the various types of tablet dosage forms
3. List categories of ingredients, with examples, which are employed in the manufacture of compressed tablets
4. State quality standards and USP compendial requirements for tablets
5. Define and differentiate weight variation from content uniformity
6. Describe appropriate techniques for inspecting, packaging, and storing tablets

Tablets are solid dosage forms usually prepared with the aid of suitable pharmaceutical excipients. They may vary in size, shape, weight, hardness, thickness, disintegration, and dissolution characteristics and in other aspects, depending on their intended use and method of manufacture. Most tablets are used in the oral administration of drugs. Many of these are prepared with colorants and coatings of various types. Other tablets, such as those administered sublingually, buccally, or vaginally, are prepared to have features most applicable to their particular route of administration.

Tablets are prepared primarily by compression, with a limited number prepared by molding. Compressed tablets are manufactured with tablet machines capable of exerting great pressure in compacting the powdered or granulated material (Fig. 8.1A and B). Their shape and dimensions are determined by the use of various shaped punches and dies (Fig. 8.2). Molded tablets are prepared on a large scale by tablet machinery or on a small scale by manually forcing dampened powder material into a mold from which the formed tablet is then ejected and allowed to dry.

Some tablets are *scored*, or grooved, which allows them to be easily broken into two or more parts. This enables the patient to swallow smaller portions as may be desired, or when prescribed, it allows the tablet to be taken in reduced or divided dosage. Some tablets that are not scored are not intended to be broken or cut by the patient since they may have special coatings and/or drug-release features that would be compromised by altering the tablet's physical integrity.

## TYPES OF TABLETS

The various types of tablets are described as follows.

### Compressed Tablets

In addition to the medicinal agent or agents, compressed tablets usually contain a number of pharmaceutical excipients, including the following:

*Diluents* or *fillers*, which add the necessary bulk to a formulation to prepare tablets of the desired size

**263**




**FIGURE 8.1** **A:** MiniTAblet Press for development and small-scale production. (Courtesy of GlobePharma.) **B:** High-performance double rotary tablet press. The Korsch PharmapressR has a maximum output of 1 million tablets per hour, but for continuous operation, it is generally run to produce 600,000 to 800,000 tablets per hour. (Courtesy of Korsch Tableting.)

*Binders* or *adhesives*, which promote adhesion of the particles of the formulation, allowing a granulation to be prepared and maintaining the integrity of the final tablet

*Disintegrants* or *disintegrating agents*, which promote breakup of the tablets after administration to smaller particles for ready drug availability

*Antiadherents*, *glidants*, *lubricants*, or *lubricating agents*, which enhance the flow of the material into the tablet dies, minimize wear of the punches and dies, prevent fill material from sticking to the punches and dies, and produce tablets with a sheen

*Miscellaneous adjuncts* such as colorants and flavorants

After compression, tablets may be coated with various materials as described later. Tablets for oral, buccal, sublingual, or vaginal administration may be prepared by compression.

## Multiple Compressed Tablets

Multiple compressed tablets are prepared by subjecting the fill material to more than a single compression. The result may be a multiple-layer tablet or a tablet within a tablet, the inner tablet being the *core* and the outer portion being the *shell* (Fig. 8.3). Layered tablets are prepared by initial compaction of a portion of fill material in a die followed by



**FIGURE 8.2** Various punches and dies for the production of distinctive tablets. (Courtesy of Cemach Machineries Ltd.)



**FIGURE 8.3** Multiple compressed tablets. **A:** A core of one drug and a shell of another. **B:** A layered tablet of two drugs.



**FIGURE 8.4** Cutaway view of gelcaps dosage form, a gelatin-coated capsule-shaped tablet. Dosage form is more easily swallowed than a comparable tablet, smaller than an equivalent capsule, and tamper evident. (Courtesy of McNeil Consumer Products.)

additional fill material and compression to form two-layered or three-layered tablets, depending on the number of separate fills. Each layer may contain a different medicinal agent, separated for reasons of chemical or physical incompatibility, staged drug release, or simply the unique appearance of the layered tablet. Usually, each portion of fill is a different color to produce a distinctive-looking tablet. In preparation of tablets within tablets, special machines are required to place the preformed core tablet precisely within the die for application of surrounding fill material.

## Sugarcoated Tablets

Compressed tablets may be coated with a colored or an uncolored sugar layer. The coating is water soluble and quickly dissolves after swallowing. The sugarcoat protects the enclosed drug from the environment and provides a barrier to objectionable taste or odor. The sugarcoat also enhances the appearance of the compressed tablet and permits imprinting of identifying manufacturer's information. Among the disadvantages to sugarcoating tablets are the time and expertise required in the coating process and the increase in size, weight, and shipping costs. Sugarcoating may add 50% to the weight and bulk of the uncoated tablet.

## Film-Coated Tablets

Film-coated tablets are compressed tablets coated with a thin layer of a polymer capable of forming a skin-like film. The film is usually colored and has the advantage

over sugarcoatings in that it is more durable, less bulky, and less time-consuming to apply. By its composition, the coating is designed to rupture and expose the core tablet at the desired location in the gastrointestinal tract.

## Gelatin-Coated Tablets

A recent innovation is the gelatin-coated tablet. The innovator product, the gelcap, is a capsule-shaped compressed tablet (Fig. 8.4) that allows the coated product to be about one-third smaller than a capsule filled with an equivalent amount of powder. The gelatin coating facilitates swallowing, and gelatin-coated tablets are more tamper evident than unsealed capsules. Examples include Tylenol Cold Multi-Symptom Daytime (McNeil Consumer).

## Enteric-Coated Tablets

Enteric-coated tablets have delayed-release features. They are designed to pass unchanged through the stomach to the intestines, where the tablets disintegrate and allow drug dissolution and absorption and/or effect. Enteric coatings are employed when the drug substance is destroyed by gastric acid or is particularly irritating to the gastric mucosa or when bypass of the stomach substantially enhances drug absorption. Examples include Ecotrin tablets and caplets (GlaxoSmithKline Beecham).

## Buccal and Sublingual Tablets

Buccal and sublingual tablets are flat, oval tablets intended to be dissolved in the buccal pouch (*buccal tablets*) or beneath the tongue (*sublingual tablets*) for absorption through the

oral mucosa. They enable oral absorption of drugs that are destroyed by the gastric juice and/or are poorly absorbed from the gastrointestinal tract. Buccal tablets are designed to erode slowly, whereas those for sublingual use (such as nitroglycerin [NTG]) dissolve promptly and provide rapid drug effects. *Lozenges* or *troches* are disc-shaped solid dosage forms containing a medicinal agent and generally a flavoring substance in a hard candy or sugar base. They are intended to be slowly dissolved in the oral cavity, usually for local effects, although some are formulated for systemic absorption. An example would be Mycelex troches (Bayer Consumer Care).

## Chewable Tablets

Chewable tablets, which have a smooth, rapid disintegration when chewed or allowed to dissolve in the mouth, have a creamy base, usually of specially flavored and colored mannitol. Chewable tablets are especially useful for administration of large tablets to children and adults who have difficulty swallowing solid dosage forms. Examples include Pepcid AC chewable tablets (J&J Merck) and Rolaids chewable tablets (Pfizer Consumer Healthcare).

## Effervescent Tablets

Effervescent tablets are prepared by compressing granular effervescent salts that release gas when in contact with water. These tablets generally contain medicinal substances that dissolve rapidly when added to water. The "bubble action" can assist in breaking up the tablets and enhancing the dissolution of the active drug. Examples include Alka-Seltzer Original tablets (Bayer Consumer Care) and Zantac EFFERdose (GlaxoSmithKline).

## Molded Tablets

Certain tablets, such as tablet triturates, may be prepared by molding rather than by compression. The resultant tablets are very soft and soluble and are designed for rapid dissolution.

## Tablet Triturates

Tablet triturates are small, usually cylindrical, molded, or compressed tablets containing small amounts of usually potent drugs. Today, only a few tablet triturate products are available commercially, with most of these produced by tablet compression. Since tablet triturates must be readily and completely soluble in water, only a minimal amount of pressure is applied during their manufacture. A combination of sucrose and lactose is usually the diluent. The few tablet triturates that remain are used sublingually, such as NTG tablets.

Pharmacists also employ tablet triturates in compounding. For example, triturates are inserted into capsules or dissolved in liquid to provide accurate amounts of potent drug substances.

## Hypodermic Tablets

Hypodermic tablets are no longer available in the United States. They were originally used by physicians in extemporaneous preparation of parenteral solutions. The required number of tablets was dissolved in a suitable vehicle, sterility attained, and the injection performed. The tablets were a convenience, since they could be easily carried in the physician's medicine bag and injections prepared to meet the needs of the individual patients. However, the difficulty in achieving sterility and the availability of prefabricated injectable products, some in disposable syringes, have eliminated the need for hypodermic tablets.

## Dispensing Tablets

Dispensing tablets are no longer in use. They might better have been termed *compounding tablets* because the pharmacist used them to compound prescriptions; they were *not* dispensed as such to the patient. The tablets contained large amounts of highly potent drug substances, so the pharmacist could rapidly obtain premeasured amounts for compounding multiple dosage units. These tablets had the dangerous potential of being inadvertently dispensed as such to patients.

## Immediate-Release Tablets

Immediate-release tablets are designed to disintegrate and release their medication with no special rate-controlling features, such as special coatings and other techniques.

## Rapidly Disintegrating or Dissolving Tablets

Rapid-release tablets (rapidly dissolving tablets or RDTs) are characterized by disintegrating or dissolving in the mouth within 1 minute, some within 10 seconds (e.g., Clarinex Reditabs [loratadine], Schering). Tablets of this type are designed for children and the elderly or for any patient who has difficulty in swallowing tablets. They liquefy on the tongue, and the patient swallows the liquid. A number of techniques are used to prepare these tablets, including lyophilization (e.g., Zydis, R.P. Scherer), soft direct compression (e.g., Wow-Tab, Yamanouchi Shaklee Pharma), and other methods (e.g., Quicksolv, Janssen). These tablets are prepared using very water-soluble excipients designed to wick water into the tablet for rapid disintegration or dissolution. They have the stability characteristics of other solid dosage forms.

The original fast-dissolving tablets were molded tablets for sublingual use. They generally consisted of active drug and lactose moistened with an alcohol–water mixture to form a paste. The tablets were then molded, dried, and packaged. For use, they were simply placed under the tongue to provide a rapid onset of action for drugs such as NTG. Also, they have been used for drugs that are destroyed in the gastrointestinal tract, such as testosterone, administered sublingually for absorption to minimize the first-pass effect.

These RDTs are more convenient to carry and administer than an oral liquid. They are generally packaged in cards or bubble-type packaging with each individual tablet in its own cavity. As these tablets are often soft, the backing is peeled back to reveal the tablet where it is then removed, as opposed to attempting to press the tablet through the backing material as is common with standard compressed tablets. There are no standards that define an RDT, but one possibility is dissolution in the mouth within approximately 15 seconds; anything slower would not be categorized as rapidly dissolving.

Notwithstanding these advantages, there are a number of disadvantages and difficulties associated with formulating RDTs, including drug loading, taste masking, friability, manufacturing costs, and stability of the product.

Drug loading is incorporation of the drug into the dosage form. Some RDTs are made as blanks to which a drug is postloaded, or added after the blank is made. Generally, the drug is in solution, often in an organic solvent (alcohol), and is added to the tablet, after which the solvent evaporates. It is also possible for the drug to be added as a dry powder electrostatically at this stage. Most drugs, however, are incorporated into the tablets during manufacturing.

Taste masking poses numerous challenges for RDTs. Since the drug product dissolves in the mouth, any taste of the drug must be covered, either by a flavoring technique or by microencapsulation or nanoencapsulation. The product also should not be gritty, which necessitates very small particle sizes if microencapsulation is used.

Friability is an inherent problem in RDTs. For a product to dissolve instantly, it may be quite friable. Making it more firm and less friable may increase dissolution time. A balance generally must be achieved between friability and the speed of dissolution.

### Lyophilized Foam

The first entry into the RDT field was the Zydis delivery system. The tablets are prepared by foaming a mixture of gelatin, sugar or sugars, drug, and any other components and by pouring the foam into a mold. The mold also serves as the unit dose-dispensing package. The foam is lyophilized (Fig. 8.5), and the tablets in the mold are packaged. This system is the fastest disintegrating system on the market, as the tablets will dissolve on the tongue in a matter of a few seconds. One disadvantage of this method is that taste masking can be a problem, since the drug is incorporated during the formation of the tablet itself. Another difficulty is that these



**FIGURE 8.5** A large-scale lyophilizer. (Courtesy of Virtis.)

tablets are sometimes difficult to remove from the packaging, since they are soft and one should not press on the dosage unit to remove it but should peel off the material, exposing the tablet in its mold.

Claritin (loratadine) rapidly disintegrating tablets (Reditabs, Schering Corporation) contain 10 mg of micronized loratadine in a base containing citric acid, gelatin, mannitol, and mint flavor formed with the Zydis technology. It disintegrates within seconds after being placed on the tongue, with or without water. Claritin Reditabs have been shown to provide at least equivalent pharmacokinetic parameters to those of traditional tablets; in some cases, the Reditabs provided greater maximum concentration ($C_{max}$) and area under the curve values. Claritin Reditabs are blister-packaged tablets that should be stored in a dry place at 2°C to 25°C. They should be used within 6 months of opening the protective laminated foil pouch containing the blister cards; each foil pouch contains one blister card containing 10 individually sealed tablets (1). Other commercial products using this technology include the Maxalt-MLT (Merck), Zofran ODT (GlaxoSmithKline), Zyprexa Zydis (Eli Lilly) tablets, and Tylenol Meltaways Jr. (McNeil Consumer). It should be noted that the Clarinex

Reditabs (desloratadine, Schering) use a different formulation principle, despite the same dosage form designation. The excipients consist of mannitol, microcrystalline cellulose, pregelatinized starch, sodium starch glycolate, magnesium stearate, butylated methacrylate copolymer, crospovidone, aspartame, citric acid, sodium bicarbonate, colloidal silicon dioxide, ferric oxide red, and tutti-frutti flavoring (2).

## Compression

Another method of preparation is using standard tableting technology with a composition that will enhance fluid uptake and tablet disintegration and dissolution. For example, superdisintegrants incorporated with a small quantity of effervescent material will lead to intermediately fast disintegration. The tablets are compressed a little thinner than standard tablets to allow for a larger surface area exposed to the saliva in the mouth. Upon placement in the mouth, the disintegrant starts wicking water into the tablet. The effervescent materials start dissolving and aid in the breakup. This continues until the tablet has disintegrated.

An example product is the Dimetapp ND orally disintegrating tablet (nondrowsy allergy tablets; Wyeth Consumer Healthcare).

These tablets contain loratadine 10 mg in a vehicle of artificial and natural flavor, aspartame, citric acid, colloidal silicon dioxide, corn syrup solids, crospovidone, magnesium stearate, mannitol, microcrystalline cellulose, modified food starch, and sodium bicarbonate (3).

One product using the DuraSolv and OraSolv technologies by Cima Labs is Tempra Quicklets containing acetaminophen 80 mg. These tablets also contain aspartame, citric acid, D&C Red No. 27 Lake, FD&C Blue No. 1 Lake, flavor, magnesium stearate, mannitol, potassium carbonate, silicon dioxide, and sodium bicarbonate. They are somewhat slower than the Zydis tablet, taking about 30 to 45 seconds, unless some tongue pressure is used. These tablets come in a firm molded plastic package to prevent breakage (4). Other commercial products using the same technology include the Alavert (Wyeth), NuLev FasTabs (Schwarz Pharma), Symax FasTabs (Capellon), Remeron SolTabs (Organon), Triaminic Softchews (Novartis Consumer Health), Abilify Discmelt (Otsuka America), Tylenol Meltaways (McNeil Consumer), and the Zomig ZMT (AstraZeneca).

The Flashtab technology by Ethypharm is used in Excedrin QuickTabs and an example of the Wowtab technology by Yamanouchi Pharma is the Benadryl Fastmelt.

## Example Chewable Dispersible Tablets

Lamictal chewable dispersible tablets for oral administration contain 2, 5, or 25 mg of lamotrigine and the following inactive ingredients: black currant flavor, calcium carbonate, low-substituted hydroxypropyl cellulose, magnesium aluminum silicate, magnesium stearate, povidone, saccharin sodium, and sodium starch glycolate (5).

Lamotrigine is also available as standard swallow tablets for oral administration in strengths of 25, 100, 150, and 200 mg, also containing lactose, magnesium stearate, microcrystalline cellulose, povidone, sodium starch glycolate, and various coloring agents for the different strengths. Lamotrigine is an antiepileptic drug chemically unrelated to existing drugs in this therapeutic class. The swallow tablets should be swallowed whole, as chewing may leave a bitter taste. The chewable tablets may be swallowed whole, chewed, or mixed in water or diluted fruit juice. If they are chewed, a small amount of water or diluted fruit juice will aid in swallowing. If the tablet is to be dispersed before it is taken, it can be added to a small amount of liquid (1 teaspoonful or sufficient to cover the medication in a glass or spoon), and approximately 1 minute later when the tablet is completely dispersed, it is mixed and administered immediately.

Didanosine (Videx) is available in three dosage forms: a chewable dispersible buffered tablet, buffered powder for oral solution, and a pediatric powder for oral solution (6). Videx is a synthetic purine nucleoside analog active against HIV. The chewable dispersible buffered tablets are for oral administration in strengths of 25, 50, 100, 150, and 200 mg. Each tablet is buffered with calcium carbonate and magnesium hydroxide. Also contained in the tablet matrix are aspartame, sorbitol, microcrystalline cellulose, Polyplasdone, mandarin orange flavor, and magnesium stearate.

Didanosine (2′,3′-dideoxyinosine) is unstable in acidic solutions; at a pH less than 3 at body temperature, 10% of didanosine decomposes to hypoxanthine in less than 2 minutes. This is the reason for the buffering agents in the chewable tablets and in one of the oral solutions. It is also available as an enteric-coated formulation (Videx EC delayed-release capsules) to protect it from the acidic contents of the stomach.

Since these tablets tend to be more fragile than standard compressed tablets, they are generally packaged in more sturdy materials to prevent damage.

## Extended-Release Tablets

Extended-release tablets (sometimes called controlled-release tablets) are designed to release their medication in a predetermined manner over an extended period. They are discussed in Chapter 9.

## Vaginal Tablets

Vaginal tablets, also called *vaginal inserts*, are uncoated, bullet-shaped, or ovoid tablets

inserted into the vagina for local effects. They are prepared by compression and shaped to fit snugly on plastic inserter devices that accompany the product. They contain antibacterials for the treatment of nonspecific vaginitis caused by *Haemophilus vaginalis* or antifungals for the treatment of vulvovaginitis candidiasis caused by *Candida albicans* and related species.

## COMPRESSED TABLETS

The physical features of compressed tablets are well known: round, oblong, or unique in shape; thick or thin; large or small in diameter; flat or convex; unscored or *scored* (Fig. 8.6) in halves, thirds, or quadrants; engraved or imprinted with an identifying symbol and/or code number; coated or uncoated; colored or uncolored; and one, two, or three layered.

Tablet diameters and shapes are determined by the die and punches used in compression. The less concave the punches, the flatter the tablets; conversely, the more concave the punches, the more convex the resulting tablets (Fig. 8.7). Punches with raised impressions produce recessed impressions on the tablets; punches with recessed etchings produce tablets with raised impressions or monograms. Monograms may be placed on one or on both sides of a tablet, depending on the punches.



**FIGURE 8.7** Contours of the punches determine the shape of the tablets. *From left to right*: flat face, shallow cup, standard cup, deep cup, and modified ball. (Courtesy of Cherry-Burrell Corporation.)

## Quality Standards and Compendial Requirements

In addition to the apparent features of tablets, tablets must meet other physical specifications and quality standards. These include criteria for weight, weight variation, content uniformity, thickness, hardness, disintegration, and dissolution. These factors must be controlled during production (in-process controls) and verified after the production of each batch to ensure that established product quality standards are met (Fig. 8.8).



**FIGURE 8.6** Packages of a drug product of different tablet strengths.



**FIGURE 8.8** Quality control in the manufacturing of tablets. (Courtesy of Eli Lilly and Company.)



**FIGURE 8.9** Automatic balance that weighs product and prints statistics to determine compliance with USP weight variation requirements for tablets. (Courtesy of Mocon Modern Controls.)

### Tablet Weight and USP Weight Variation Test

The quantity of fill in the die of a tablet press determines the weight of the tablet. The volume of fill is adjusted with the first few tablets to yield the *desired weight and content*. For example, if a tablet is to contain 20 mg of a drug substance and if 100,000 tablets are to be produced, 2,000 g of drug is included in the formula. After the addition of the pharmaceutical additives, such as the diluent, disintegrant, lubricant, and binder, the formulation may weigh 20 kg, which means that each tablet must weigh 200 mg for 20 mg of drug to be present. Thus, the depth of fill in the tablet die must be adjusted to hold a volume of granulation weighing 200 mg. During production, sample tablets are periodically removed for visual inspection and automated physical measurement (Fig. 8.9).

The USP contains a test for determination of dosage form uniformity by *weight variation* for uncoated tablets (5). In the test, 10 tablets are weighed individually, and the average weight is calculated. The tablets are assayed, and the content of active ingredient in each of the 10 tablets is calculated assuming homogeneous drug distribution.

### Content Uniformity

By the USP method, 10 dosage units are individually assayed for their content according to the method described in the individual monograph. Unless otherwise stated in the monograph, the requirements for content uniformity are met if the amount of active ingredient in each dosage unit lies within the range of 85% to 115% of the label claim and the standard deviation is less than 6%. If one or more dosage units do not meet these criteria, additional tests as prescribed in the USP are required (7).

### Tablet Thickness

The thickness of a tablet is determined by the diameter of the die, the amount of fill permitted to enter the die, the compaction characteristics of the fill material, and the force or pressure applied during compression.

To produce tablets of uniform thickness during and between batch productions for the same formulation, care must be exercised to employ the same factors of fill, die, and pressure. The degree of pressure affects not only thickness but also hardness of the tablet; hardness is perhaps the more important criterion since it can affect disintegration and dissolution. Thus, for tablets of uniform thickness and hardness, it is doubly important to control pressure. Tablet thickness may be measured by hand gauge during production or by automated equipment (Figs. 8.10 to 8.12).

### Tablet Hardness and Friability

It is fairly common for a tablet press to exert as little as 3,000 and as much as 40,000 lb of force in the production of tablets. Generally, the greater the pressure applied, the harder the tablets, although the characteristics of the granulation also have a bearing on hardness. Certain tablets, such as lozenges and buccal tablets, that are intended to dissolve slowly are intentionally made hard; other tablets, such as those for immediate drug release, are made soft. In general, tablets should be sufficiently hard to resist breaking during normal handling and yet soft enough to disintegrate properly after swallowing.

Special dedicated hardness testers (Fig. 8.13) or multifunctional systems (Fig. 8.12) are used to measure the degree of force (in kilograms, pounds, or in arbitrary units) required to break a tablet. A force of about 4 kg is considered the minimum requirement for a satisfactory



**FIGURE 8.10** Tablet thickness gauge. (Courtesy of Eli Lilly and Company.)

tablet. Multifunctional automated equipment can determine weight, hardness, thickness, and diameter of the tablet.

A tablet's durability may be determined through the use of a *friabilator* (Fig. 8.14). This apparatus determines the tablet's *friability*, or tendency to crumble, by allowing it to roll and fall within the drum. The tablets are weighed before and after a specified number of rotations, and any weight loss is determined. Resistance to loss of weight indicates the tablet's ability to withstand abrasion in handling, packaging, and shipment. A

maximum weight loss of not more than 1% generally is considered acceptable for most products.

### Tablet Disintegration

For the medicinal agent in a tablet to become fully available for absorption, the tablet must first disintegrate and discharge the drug to the body fluids for dissolution. Tablet



**FIGURE 8.12** Automatic weight, hardness, thickness, and tablet diameter test instrument for quality control. Using a microprocessor and monitor for visualization, the instrument can test up to 20 samples at a time. (Courtesy of JB Pharmatron.)



**FIGURE 8.11** Tablet diameter testing instrument. (Courtesy of Shionogi Qualicaps.)



**FIGURE 8.13** Tablet hardness tester. (Courtesy of Varian Inc.)

disintegration also is important for tablets containing medicinal agents (such as antacids and antidiarrheals) that are not intended to be absorbed but rather to act locally within the gastrointestinal tract. In these instances, tablet disintegration provides drug particles with an increased surface area for activity within the gastrointestinal tract.

All USP tablets must pass a test for disintegration, which is conducted in vitro using a testing apparatus such as the one shown in Figure 8.15. The apparatus consists of a basket and rack assembly containing six open-ended transparent tubes of USP-specified dimensions, held vertically upon a 10-mesh stainless steel wire screen. During testing, a tablet is placed in each of the six tubes of the basket, and through the use of a mechanical device, the basket is raised and lowered in the immersion fluid at 29 to 32 cycles per minute, the wire screen always below the level of the fluid. For uncoated tablets, buccal tablets, and



**FIGURE 8.14** Varian friabilator testing apparatus for rolling and impact durability. Tablets are weighed and placed in the acrylic drums, in which a curved baffle is mounted. When the motor is activated by setting the timer, the tablets roll and drop. If the free fall within the drum results in breakage or excessive abrasion of the tablets, they are considered not suited to withstand shipment. The motor makes 20 rpm. When the tablets have been tested, they are removed and weighed again. The difference in weight within a given time indicates the rate of abrasion. (Courtesy of Varian Inc.)



**FIGURE 8.15** Tablet disintegration testing apparatus. (Courtesy of Varian Inc.)

sublingual tablets, water at about 37°C serves as the immersion fluid unless another fluid is specified in the individual monograph. For these tests, complete disintegration is defined as "that state in which any residue of the unit, except fragments of insoluble coating or capsule shell, remaining on the screen of the test apparatus is a soft mass having no palpably firm core" (7). Tablets must disintegrate within the times set forth in the individual monograph, usually 30 minutes, but varying from about 2 minutes for NTG tablets to up to 4 hours for buccal tablets. If one or more tablets fail to disintegrate, additional tests prescribed by the USP must be performed.

Enteric-coated tablets are similarly tested, except that the tablets are tested in simulated gastric fluid for 1 hour, after which no sign of disintegration, cracking, or softening must be seen. They are then actively immersed in the simulated intestinal fluid for the time stated in the individual monograph, during which time the tablets disintegrate completely for a positive test.

### Tablet Dissolution

In vitro dissolution testing of solid dosage forms is important for a number of reasons (8):

1. It guides formulation and product development toward product optimization. Dissolution studies in the early stages of a product's development allow differentiation between formulations and correlations identified with in vivo bioavailability data.
2. Manufacturing may be monitored by dissolution testing as a component of the overall quality assurance program. The conduct of such testing from early product development through approval and commercial production ensures control of any variables of materials and processes that could affect dissolution and quality standards.
3. Consistent in vitro dissolution testing ensures bioequivalence from batch to batch. In assessing such bioequivalence, the U.S. Food and Drug Administration (FDA) allows manufacturers to examine scale-up batches of 10% of the proposed size of the actual production batch or 100,000 dosage units, whichever is greater.
4. It is a requirement for regulatory approval of marketing for products registered with the FDA and regulatory agencies of other countries. New Drug Applications (NDAs) submitted to the FDA contain in vitro dissolution data generally obtained from batches used in pivotal clinical and/or bioavailability studies and from human studies conducted during product development (9). Once the specifications are established in an approved NDA, they become official (USP) specifications for all subsequent batches and bioequivalent products.

The goal of in vitro dissolution testing is to provide insofar as is possible a reasonable prediction of or correlation with the product's in vivo bioavailability. The system relates combinations of a drug's solubility (high or low) and its intestinal permeability (high or low) as a possible basis for predicting the likelihood of achieving a successful in vivo–in vitro correlation (IVIVC) (9,10). Using this system, drugs are placed into one of four categories as follows:

| I | II |
|---|---|
| High solubility and high permeability | Low solubility and high permeability |
| III | IV |
| High solubility and low permeability | Low solubility and low permeability |

For a high-solubility and high-permeability Category I drug, an IVIVC may be expected if the dissolution rate is slower than the rate of gastric emptying (the rate-limiting factor) (11). In the case of a low-solubility and high-permeability Category II drug, dissolution may be the rate-limiting step for absorption, and an IVIVC may be expected. In the case of a high-solubility and low-permeability Category III drug, permeability is the rate-controlling step, and only a limited IVIVC may be possible. In the case of a Category IV drug with low solubility and low permeability, significant problems are likely for oral drug delivery (9).

As noted previously, tablet disintegration is the important first step to the dissolution of the drug in a tablet. A number of formulation

and manufacturing factors can affect the disintegration and dissolution of a tablet, including particle size of the drug substance; solubility and hygroscopicity of the formulation; type and concentration of the disintegrant, binder, and lubricant; manufacturing method, particularly the compactness of the granulation and compression force used in tableting; and any in-process variables (12). Together, these factors present a set of complex interrelated conditions that have a bearing on a product's dissolution characteristics. Therefore, batch-to-batch consistency is vitally important to establish dissolution test standards and controls for both materials and processes and to implement them during production and in final testing.

In addition to formulation and manufacturing controls, the method of dissolution testing must be controlled to minimize important variables such as paddle rotational speed, vibration, and disturbances by sampling probes. Dissolution testing for oral dosage forms has been a component of evaluating product quality in the USP since 1970, when only 12 monographs contained such a requirement. Today, the requirement is standard for tablets and capsules.

The USP includes seven apparatus designs for drug release and dissolution testing of immediate-release oral dosage forms, extended-release products, enteric-coated products, and transdermal drug delivery devices. Of primary interest here are USP Apparatus 1 and USP Apparatus 2, used principally for immediate-release solid oral dosage forms.

The equipment consists of (*a*) a variable-speed stirrer motor; (*b*) a cylindrical stainless steel basket on a stirrer shaft (USP Apparatus 1) or a paddle as the stirring element (USP Apparatus 2); (*c*) a 1,000-mL vessel of glass or other inert transparent material fitted with a cover having a center port for the shaft of the stirrer and three additional ports, two for removal of samples and one for a thermometer; and (*d*) a water bath to maintain the temperature of the dissolution medium in the vessel. For use of USP Apparatus 1, the dosage unit is placed inside the basket. For use of USP Apparatus 2, the dosage unit is placed in the vessel.

In each test, a volume of the dissolution medium (as stated in the individual monograph) is placed in the vessel and allowed to come to 37°C ± 0.5°C. Then, the stirrer is rotated at the speed specified, and at stated intervals, samples of the medium are withdrawn for chemical analysis of the proportion of drug dissolved. The tablet or capsule must meet the stated monograph requirement for rate of dissolution, for example, "not less than 85% of the labeled amount is dissolved in 30 minutes."

There is growing recognition that where inconsistencies in dissolution occur, they occur not between dosage units from the same production batch but rather between batches or between products from different manufacturers, most likely because of the many factors of formulation, materials, and manufacturing pointed out earlier. However, since dosage units within a batch are generally not the problem, pooled dissolution testing has emerged. This process recognizes batch characteristics and allows pooled specimens to be tested. The pooled specimens may be sampled from the individual dissolution vessels in the apparatus or from multiple dosage units dissolved in a single vessel (13).

Sophisticated and highly automated equipment is continually being developed to provide high levels of quality assurance and control to dissolution testing (Figs. 8.16 and 8.17).



**FIGURE 8.16** Hanson Automated Dissolution Test System. It features microprocessor and templates to create, edit, store, and validate dissolution protocols; graphical displays with menus; and icon-based program controls. (Courtesy of Hanson Research.)



**FIGURE 8.17** A modern computer laboratory dedicated to studies of drug dissolution from solid dosage forms. Included are Erweka dissolution baths, Hewlett-Packard computers, and Hewlett-Packard diode assay spectrophotometers. (Courtesy of Elan Corporation, plc.)

## Compressed Tablet Manufacture

Compressed tablets may be made by three basic methods: *wet granulation*, *dry granulation*, and *direct compression*. Figure 8.18 presents schematic drawings of each method.

Most powdered medicinal agents require addition of excipients such as diluents, binders, disintegrants, and lubricants to provide the desired characteristics for tablet manufacture and efficacious use. One important requirement in tablet manufacture is that the drug mixture flows freely from the hopper of the tablet press into the dies to enable high-speed compression of the powder mix into tablets. Granulations of powders provide this free flow. Granulations also increase material density, improving powder compressibility during tablet formation.

## Wet Granulation

Wet granulation is a widely employed method for the production of compressed tablets. The steps required are (*a*) weighing and blending the ingredients, (*b*) preparing a dampened powder or a damp mass, (*c*) screening the dampened powder or damp mass into pellets or granules, (*d*) drying the granulation, (*e*) sizing the granulation by dry screening, (*f*) adding lubricant and blending, and (*g*) forming tablets by compression.

### Weighing and Blending

Specified quantities of active ingredient, diluent or filler, and disintegrating agent are mixed by mechanical powder blender or mixer until uniform.

Fillers include lactose, microcrystalline cellulose, starch, powdered sucrose, and calcium phosphate. The choice of filler usually is based on the experience of the manufacturer with the material, its relative cost, and its compatibility with the other formulation ingredients. For example, calcium salts must not be used as fillers with tetracycline antibiotics because of an interaction between the two agents that results in reduced tetracycline absorption from the gastrointestinal tract. Among the fillers most preferred are lactose, because of its solubility and compatibility, and microcrystalline cellulose, because of its easy compaction, compatibility, and consistent uniformity of supply (14).

Disintegrating agents include croscarmellose, corn and potato starches, sodium starch glycolate, sodium carboxymethylcellulose, polyvinylpyrrolidone (PVP), crospovidone, cation exchange resins, alginic acid, and other materials that swell or expand on exposure to moisture and effect the rupture or breakup of the tablet in the gastrointestinal tract. Croscarmellose (2%) and sodium starch glycolate (5%) are often preferred because of their high water uptake and rapid action. One commercial brand of sodium starch glycolate is reported to swell up to 300% of its volume in water (15). When starch is employed, 5% to 10% is usually suitable, but up to about 20% may be used to promote more rapid tablet disintegration. The total amount of disintegrant used is not always added in preparing the granulation. Often a portion (sometimes half) is reserved and added to the finished granulation prior to tablet formation. This results in double disintegration of the tablet.



**FIGURE 8.18** The three main methods for the preparation of tablets. (Courtesy of Stauffer Chemical Co.)

One portion assists in the breakup of the tablet into pieces, and the other portion assists in the breakup of the pieces into fine particles.

### Preparing the Damp Mass

A liquid binder is added to the powder mixture to facilitate adhesion of the powder particles. Either a dampened powder formed into granules or a damp mass resembling dough is formed and used to prepare the granulation. A good binder results in appropriate tablet hardness and does not hinder the release of the drug from the tablet.

Among binding agents are solutions of povidone, an aqueous preparation of cornstarch (10% to 20%), glucose solution (25% to 50%), molasses, methylcellulose (3%), carboxymethylcellulose, and microcrystalline cellulose. If the drug substance is adversely affected by an aqueous binder, a nonaqueous solution, or dry binder, may be used. The amount of binding agent used is part of the operator's art; however, the resulting binder–powder mixture should compact when squeezed in the hand. The binding agent contributes to adhesion of the granules to one another and maintains the integrity of the tablet after compression. However, care must be exercised not to overwet or underwet the powder. Overwetting can result in granules that are too hard for proper tablet formation, and underwetting can result in tablets that are too soft and tend to crumble. When desired, a colorant or flavorant may be added to the binding agent to prepare a granulation with an added feature.

### Screening the Damp Mass into Pellets or Granules

The dampened powder granules are screened, or the wet mass is pressed through a screen (usually 6 or 8 meshes) to prepare the granules. This may be done by hand or with special equipment that prepares the granules by extrusion through perforations in the apparatus. The resultant granules are spread evenly on large lined trays and dried to consistent weight or constant moisture content.



**FIGURE 8.19** Temperature-controlled Casburt Drying Oven used in the preparation of granules and controlled-release beads. (Courtesy of Elan Corporation, plc.)

### Drying the Granulation

Granules may be dried in thermostatically controlled ovens that constantly record the time, temperature, and humidity (Fig. 8.19).

### Sizing the Granulation by Dry Screening

After drying, the granules are passed through a screen of a smaller mesh than that used to prepare the original granulation. The degree to which the granules are reduced depends on the size of the punches to be used. In general, the smaller the tablet to be produced, the smaller the granules. Screens of 12- to 20-mesh size are generally used for this purpose. Sizing of the granules is necessary so that the die cavities for tablet compression may be completely and rapidly filled by the free-flowing granulation. Voids or air spaces left by too large a granulation result in the production of uneven tablets.

### Adding Lubricant and Blending

After dry screening, a dry lubricant is dusted over the spread-out granulation through a fine-mesh screen. Lubricants

contribute to the preparation of compressed tablets in several ways: They improve the flow of the granulation in the hopper to the die cavity. They prevent adhesion of the tablet formulation to the punches and dies during compression. They reduce friction between the tablet and the die wall during the ejection of the tablet from the machine. They give a sheen to the finished tablet. Among the more commonly used lubricants are magnesium stearate, calcium stearate, stearic acid, talc, and sodium stearyl fumarate. Magnesium stearate is most used (14). The quantity of lubricant used varies from one operation to another but usually ranges from about 0.1% to 5% of the weight of the granulation.

### All-in-One Granulation Methods

Technologic advances now allow the entire process of granulation to be completed in a continuous *fluid bed process*, using a single piece of equipment, the fluid bed granulator (Figs. 8.20 and 8.21).



**FIGURE 8.20** Fluid bed granulator. (Courtesy of Glatt Air Techniques, Inc.)

The fluid bed granulator performs the following steps: (*a*) preblending the formulation powder, including active ingredients, fillers, and disintegrants, in a bed with fluidized air; (*b*) granulating the mixture by spraying onto the fluidized powder bed, a suitable liquid binder, such as an aqueous solution of acacia, hydroxypropyl cellulose, or povidone; and (*c*) drying the granulated product to the desired moisture content.

Another method, microwave vacuum processing, also allows the powders to be mixed, wetted, agglomerated, and dried within the confines of a single piece of equipment (Fig. 8.22). The wet mass is dried by gentle mixing, vacuum, and microwave. The use of the microwave reduces the drying time considerably, often by one fourth. The total batch production time is usually in the range of 90 minutes. After adding lubricants and screening, the batch is ready for tablet formation or capsule filling.

### Dry Granulation

By the dry granulation method, the powder mixture is compacted in large pieces and subsequently broken down or sized into granules (Fig. 8.18). For this method, either the active ingredient or the diluent must have cohesive properties. Dry granulation is especially applicable to materials that cannot be prepared by wet granulation because they degrade in moisture or the elevated temperatures required for drying the granules.

#### *Slugging*

After weighing and mixing the ingredients, the powder mixture is slugged, or compressed, into large flat tablets or pellets about 1 inch in diameter. The slugs are broken up by hand or by a mill (Fig. 8.23) and passed through a screen of desired mesh for sizing. Lubricant is added in the usual manner, and tablets are prepared by compression. Aspirin, which is hydrolyzed on exposure to moisture, may be prepared into tablets after slugging.

#### *Roller Compaction*

Instead of slugging, powder compactors may be used to increase the density of a powder by pressing it between rollers at 1 to 6 tons of pressure. The compacted material is broken



**FIGURE 8.21** Fluid bed coating of solid particles. **A:** Top spray. **B:** Bottom spray (Wurster). **C:** Tangential spray. (Courtesy of Glatt Air Techniques.)

up, sized, and lubricated, and tablets are prepared by compression in the usual manner. The *roller compaction* method is often preferred to slugging. Binding agents used in roller compaction formulations include methylcellulose or hydroxy methylcellulose (6% to 12%), which can produce good tablet hardness and friability (16).

## Tableting of Granulation

There are a number of types of tablet presses or tableting machines, each varying in productivity but similar in basic function and operation. They all compress a tablet formulation within a steel die cavity by the pressure exerted by the movement of two steel



**FIGURE 8.22** Microwave vacuum processing in which tablet ingredients are dry mixed, wetted with a binding liquid, and dried by vacuum and microwave in a single piece of equipment. (Courtesy of GEI Processing.)



**FIGURE 8.23** Frewitt Oscillator or Fitz Mill used to pulverize or granulate. (Courtesy of Eli Lilly and Company.)



**FIGURE 8.24** Punch and die set. *A*: Upper punch. *B*: Die cavity. *C*: Die. *D*: Lower punch. (Courtesy of Cherry-Burrell Corporation.)

punches, a lower punch and an upper punch (Fig. 8.24).

The operation of a single-punch tablet press describes the basic mechanical process. As the lower punch drops, the feed shoe filled with granulation from the hopper is positioned over and fills the die cavity. The feed shoe retracts, scrapes away the excessive granulation, and levels the fill in the die cavity. The upper punch lowers and compresses the fill, forming the tablet. The upper punch retracts as the lower punch rises with the formed tablet to the precise level of the stage. The feed shoe moves over the die cavity, shoves the tablet aside, and once again fills the cavity with granulation to repeat the process. The tablets fall into a collection container. Samples of tablets are assayed and tested for the various quality standards described earlier.

Rotary tablet machines equipped with multiple punches and dies operate via continuous rotating movement of the punches. A single rotary press with 16 stations (16 sets of punches and dies) may produce up to 1,150 tablets per minute. Double rotary tablet presses with 27, 33, 37, 41, or 49 sets of punches and dies are capable of producing two tablets for each die. Some of these machines can produce 10,000 or more tablets per minute of operation (Fig. 8.25). For such high-speed production, induced die feeders are required to force the fill material into the dies to keep up with the rapidly moving punches (Fig. 8.26).



**FIGURE 8.25** Manesty Rotapress rotary compression machine. Tablets leaving the machine run over a tablet duster to screen, where they are inspected. Material to be compressed is fed from the overhead hopper through yoke to the two compressing machine hoppers. Hardness of tablet is monitored electronically by oscilloscope at right. (Courtesy of Upjohn Company.)

A consequence of high-speed production is the increased occurrence of *lamination* (horizontal striations) and tablet *capping*, in which the top of the tablet separates from the whole because the fill material does not have enough time to bond after compression. Reduced speed remedies the problem (17).

Multiple-layer tablets are produced by multiple feed and multiple compression of fill material within a single die. Tablets with an inner core are prepared by machines with a special feed apparatus that places the core tablet precisely within the die for compression with surrounding fill.

### Direct Compression Tableting

Some granular chemicals, like potassium chloride, possess free-flowing and cohesive properties that enable them to be compressed directly in a tablet machine without any need of granulation. For chemicals lacking this quality, special pharmaceutical



**FIGURE 8.26**  Induced die feeder. The standard gravity-fed open feed frame can be replaced with an induced die feeder, with which granulation is forced into the die by the rotary action of the agitator. (Courtesy of Cherry-Burrell Corporation.)



**FIGURE 8.27**  Tablets that have split on aging because of conditions of manufacture or storage.

excipients may be used to impart the necessary qualities for the production of tablets by direct compression. These excipients include *fillers*, such as spray-dried lactose, microcrystals of alpha-monohydrate lactose, sucrose–invert sugar–corn starch mixtures, microcrystalline cellulose, crystalline maltose, and dicalcium phosphate; *disintegrating agents*, such as direct compression starch, sodium carboxymethyl starch, cross-linked carboxymethylcellulose fibers, and cross-linked PVP; *lubricants*, such as magnesium stearate and talc; and *glidants*, such as fumed silicon dioxide.

The capping, splitting, or laminating of tablets is sometimes related to air entrapment during direct compression. When air is trapped, the resulting tablets expand when the pressure of tableting is released, resulting in splits or layers in the tablets. Forced or induced feeders can reduce air entrapment, making the fill powder more dense and amenable to compaction.

Capping also may be caused by punches that are not immaculately clean and perfectly smooth or by a granulation with too much fines or fine powder. Fine powder, which results when a dried granulation is sized, is generally 10% to 20% of the weight of the granulation. Some fine powder is desired to fill the die cavity properly. However, an excess can lead to tablet softness and capping.

Tablets that have aged or been stored improperly also may exhibit splitting or other physical deformations (Fig. 8.27).

### Tablet Dedusting

To remove traces of loose powder adhering to tablets following compression, the tablets are conveyed directly from the tableting machine to a deduster (Fig. 8.28). The compressed tablets may then be coated.

## CHEWABLE TABLETS

Chewable tablets are pleasant-tasting tablets formulated to disintegrate smoothly in the mouth with or without chewing. They are prepared by wet granulation and compression, using only minimal degrees of pressure to produce a soft tablet. Generally, chewable tablets do not contain disintegrants, so patients must be counseled to chew the tablets thoroughly and not swallow them whole.

Mannitol, a white crystalline hexahydric alcohol, is used as the excipient in most chewable tablets. Mannitol is about 70% as sweet as sucrose, with a cool feel in the mouth resulting from its negative heat of solution. Mannitol accounts for 50% or more of the



**FIGURE  8.28** Model 25 Manesty Tablet Deduster. Tablets leaving the tableting machine are dedusted and passed into the collection containers. (Courtesy of Eli Lilly and Company.)

weight of many chewable tablet formulations. Sometimes, other sweetening agents, such as sorbitol, lactose, dextrose, crystalline maltose, and glucose, may be substituted for part or all of the mannitol. Xylitol may be used in the preparation of sugar-free chewable tablets. Xylitol is sweeter than mannitol and has the desirable negative heat of solution that provides the cool mouth feel upon dissolution.

Lubricants and binders that do not detract from the texture or desired hardness of the tablet may be used. Colorants and tart or fruity flavorants are commonly employed to enhance the appeal of the tablets. Among the types of products prepared as chewable tablets are antacids (e.g., calcium carbonate), antibiotics (e.g., erythromycin), anti-infective agents (e.g., didanosine), anticonvulsants (e.g., carbamazepine), vasodilators (e.g., isosorbide dinitrate), analgesics (e.g., acetaminophen), various vitamins, and cold–allergy combination tablets. Chewable tablets are particularly useful for children and adults who have difficulty swallowing other solid dosage forms.

The following is a formula for a typical chewable antacid tablet (18):

*Per Tablet*

| | |
|---|---|
| Aluminum hydroxide | 325.0 mg |
| Mannitol | 812.0 mg |
| Sodium saccharin | 0.4 mg |
| Sorbitol (10% w/v solution) | 32.5 mg |
| Magnesium stearate | 35.0 mg |
| Mint flavor concentrate | 4.0 mg |

Preparation: Blend the aluminum hydroxide, mannitol, and sodium saccharin. Prepare a wet granulation with the sorbitol solution. Dry at 49°C (120°F), and screen through a 12-mesh screen. Add the flavor and magnesium stearate, blend, and compress into tablets.

## MOLDED TABLETS

Commercial preparation of tablets by molding has been replaced by tablet compression. However, molded tablets, or *tablet triturates*, may be prepared on a small laboratory scale as follows.

The mold is made of hard rubber, hard plastic, or metal. It has two parts, the upper part, or *die* portion, and the lower part, containing squat, flat *punches.* The die portion is a flat plate with the thickness of the tablets to be produced, with 50 to 200 uniformly drilled and evenly spaced circular holes (Fig. 8.29). The lower part of the mold has corresponding punches that fit the holes precisely. When the die is filled with material and placed atop the punches, the punches gently lift the



**FIGURE 8.29** Laboratory mold for preparation of tablet triturates.

fill material from the holes to rest upon the punches for drying.

The base for molded tablets is generally a mixture of finely powdered lactose with or without a portion of powdered sucrose (5% to 20%). The addition of sucrose results in less brittle tablets. In preparing the fill, the drug is mixed uniformly with the base by geometric dilution when potent drugs are used. The powder mixture is wetted with a 50% mixture of water and alcohol sufficient only to dampen the powder so that it may be compacted. The solvent action of the water on a portion of the lactose or lactose–sucrose base binds the powder mixture upon drying. The alcohol portion hastens drying.

The upper mold is placed on a clean flat glass surface and the damp mass added by a rubbing motion. When each opening is filled completely and smoothed, top and bottom, the mold is fitted on the punch portion of the mold and pressed down, leaving the tablets raised on the pegs to dry.

Before use, the mold should be calibrated for the fill material used since the densities of different formulas result in tablets of different weights. This may be done by preparing a test batch of the formula and weighing and recording the weight of the dry tablets. This weight is used in calculations for production quantities.

Molded tablets are intended to dissolve rapidly in the mouth. They do not contain disintegrants, lubricants, or coatings to slow their rate of dissolution. (A more complete discussion of the preparation of molded tablets and the standardization of laboratory molds may be found on this book's companion Web site.)

## TABLET COATING

Tablets are coated for a number of reasons, including to protect the medicinal agent against destructive exposure to air and/or humidity, to mask the taste of the drug, to provide special characteristics of drug release (e.g., enteric coatings), and to provide aesthetics or distinction to the product.

In a limited number of instances, tablets are coated to prevent inadvertent contact with the drug substance and the effects of drug absorption. For example, Proscar tablets (finasteride, Merck) are coated for just this reason. The drug is used by men in the treatment of benign prostatic hyperplasia. The labeling instructions warn that women who are pregnant or who may become pregnant should not come into contact with it. Drug contact can occur through handling broken tablets. If finasteride is absorbed by a woman who is pregnant with a male baby, the drug has the potential to adversely affect the developing male fetus.

The general methods involved in coating tablets are as follows.

### Sugarcoating Tablets

The sugarcoating of tablets may be divided into the following steps: (*a*) waterproofing and sealing if needed, (*b*) subcoating, (*c*) smoothing and final rounding, (*d*) finishing and coloring if desired, and (*e*) polishing. The entire coating process is conducted in a series of mechanically operated acorn-shaped coating pans of galvanized iron, stainless steel, or copper. The pans, which are partially open in the front, have diameters ranging from about 1 to 4 feet and various capacities (Figs. 8.30 and 8.31). The smaller pans are used for experimental, developmental, and pilot plant operations and the larger pans for industrial production. The pans operate at about a 40-degree angle to contain the tablets while allowing the operator visual and manual



**FIGURE 8.30** Tablet coating, an old-style coating pan, showing the warm air supply and the exhaust. (Courtesy of Wyeth Laboratories.)



**FIGURE 8.31** Modern tablet-coating facility. Air and exhaust ducts to assist drying are automatically operated from central board. (Courtesy of Eli Lilly and Company.)



**FIGURE 8.32** Gauge used to measure coated tablets. (Courtesy of Eli Lilly and Company.)

access. During operation, the pan is mechanically rotated at moderate speeds, allowing the tablets to tumble over each other while making contact with the coating solutions, which are gently poured or sprayed onto the tablets. To allow gradual buildup of the coatings, the solutions are added in portions, with warm air blown in to hasten drying. Each coat is applied only after the previous coat has dried. Tablets intended to be coated are manufactured to be thin edged and highly convex to allow the coatings to form rounded rather than angular edges.

### Waterproofing and Sealing Coats

For tablets containing components that may be adversely affected by moisture, one or more coats of a waterproofing substance, such as pharmaceutical shellac or a polymer, are applied to the compressed tablets before the subcoating application. The waterproofing solution (usually alcoholic) is gently poured or sprayed on the compressed tablets rotating in the coating pans. Warm air is blown into the pan during the coating to hasten the drying and to prevent tablets from sticking together.

### Subcoating

After the tablets are waterproofed if needed, three to five subcoats of a sugar-based syrup

are applied. This bonds the sugar coating to the tablet and provides rounding. The sucrose and water syrup also contains gelatin, acacia, or PVP to enhance coating. When the tablets are partially dry, they are sprinkled with a dusting powder, usually a mixture of powdered sugar and starch but sometimes talc, acacia, or precipitated chalk as well. Warm air is applied to the rolling tablets, and when they are dry, the process is repeated until the tablets are of the desired shape and size (Fig. 8.32). The subcoated tablets are then scooped out of the coating pan, and the excess powder is removed by gently shaking the tablets on a cloth screen.

### Smoothing and Final Rounding

After the tablets are subcoated, 5 to 10 additional coatings of a thick syrup are applied to complete the rounding and smooth the coatings. This syrup is sucrose based, with or without additional components such as starch and calcium carbonate. As the syrup is applied, the operator moves his or her hand through the rolling tablets to distribute the syrup and to prevent the tablets from sticking to one another. A dusting powder is often used between syrup applications. Warm air is applied to hasten the drying time of each coat.

### Finishing and Coloring

To attain final smoothness and the appropriate color to the tablets, several coats of a

thin syrup containing the desired colorant are applied in the usual manner. This step is performed in a clean pan, free from previous coating materials.

### Imprinting

Solid dosage forms may be passed through a special imprinting machine (Fig. 8.33) to impart identification codes and other distinctive symbols. By FDA regulation, effective in 1995, all solid dosage forms for human consumption, including both prescription-only and over-the-counter drug products, must be imprinted with product-specific identification codes. Some exemptions to this requirement are allowed: those used in clinical investigations, those that are extemporaneously compounded in the course of pharmacy practice, radiopharmaceutical drug products, and products that, because of their size, shape, texture, or other physical characteristics, make imprinting technologically not feasible.

Technically, the imprint may be *debossed*, *embossed*, *engraved*, or printed on the surface with ink. *Debossed* means imprinted with a mark below the surface, *embossed* means imprinted with a mark raised above the surface, and *engraved* means imprinted with a code that is cut into the surface during production.

### Polishing

Coated tablets may be polished in several ways. Special drum-shaped pans or ordinary coating pans lined with canvas or other cloth impregnated with carnauba wax and/or beeswax may be used to polish tablets as they tumble in the pan. Or, pieces of wax may be placed in a polishing pan, and the tablets allowed to tumble over the wax until the desired sheen is attained. A third method is light spraying of the tablets with wax dissolved in a nonaqueous solvent. Two or three coats of wax may be applied, depending upon the desired gloss. After each coat has been applied, the addition of a small amount of talc to the tumbling tablets contributes to their high luster (Fig. 8.34).



**FIGURE 8.33** Branding of coated compression tablets on a Hartnett branding machine. (Courtesy of Pfizer, Inc.)



**FIGURE 8.34** Coated, polished, and monogrammed tablets. (Courtesy of Wyeth-Ayerst Laboratories.)

## Film-Coating Tablets

The sugarcoating process, as described, not only is tedious, time-consuming, and specialized, requiring the expertise of highly skilled technicians, but also results in coated tablets that may be twice the size and weight of the original uncoated tablets. Also, sugarcoated tablets may vary slightly in size from batch to batch and within a batch. All of these factors are important considerations for a manufacturer. From a patient's point of view, large tablets are not as easily swallowed as are small tablets.

The film-coating process, which places a thin, skin-tight coating of a plastic-like material over the compressed tablet, was developed to produce coated tablets having essentially the same weight, shape, and size as the originally compressed tablet. Also, the coating is thin enough to reveal any identifying monograms embossed in the tablet during compression by the tablet punches. Film-coated tablets also are far more resistant to destruction by abrasion than are sugarcoated tablets. However, like sugarcoated tablets, the coating may be colored to make the tablets attractive and distinctive.

Film-coating solutions may be nonaqueous or aqueous. The nonaqueous solutions contain the following types of materials to provide the desired coating to the tablets:

1. A *film former* capable of producing smooth, thin films reproducible under conventional coating conditions and applicable to a variety of tablet shapes. Example: cellulose acetate phthalate
2. An *alloying substance* providing water solubility or permeability to the film to ensure penetration by body fluids and therapeutic availability of the drug. Example: polyethylene glycol
3. A *plasticizer* to produce flexibility and elasticity of the coating and thus provide durability. Example: castor oil
4. A *surfactant* to enhance spreadability of the film during application. Example: polyoxyethylene sorbitan derivatives
5. *Opaquants* and *colorants* to make the appearance of the coated tablets handsome and distinctive. Examples: opaquant, titanium dioxide; colorant, FD&C or D&C dyes
6. *Sweeteners*, *flavors*, and *aromas* to enhance the acceptability of the tablet by the patient. Examples: sweeteners, saccharin; flavors and aromas, vanillin
7. A *glossant* to provide luster to the tablets without a separate polishing operation. Example: beeswax
8. A *volatile solvent* to allow the spread of the other components over the tablets while allowing rapid evaporation to permit an effective yet speedy operation. Example: alcohol mixed with acetone

Tablets are film coated by application or spraying of the coating solution on the tablets in ordinary coating pans. The volatility of the solvent enables the film to adhere quickly to the surface of the tablets.

Because of both the expense of the volatile solvents used in the film-coating process and the environmental problem of the release of solvents, pharmaceutical manufacturers generally favor the use of aqueous solutions. One of the problems attendant to these, however, is slow evaporation of the water base compared to the volatile organic solvent–based solutions. One commercial water-based colloidal coating dispersion called Aquacoat (FMC Corporation) contains a 30% ethyl cellulose pseudolatex. Pseudolatex dispersions have a high solid content for greater coating ability and a relatively low viscosity. The low viscosity allows less water to be used in the coating dispersion, requiring less evaporation and reducing the likelihood that water will interfere with tablet formulation. In addition, the low viscosity permits greater coat penetration into the crevices of monogrammed or scored tablets. A plasticizer may be added to assist in the production of a dense, relatively impermeable film with high gloss and mechanical strength. Other aqueous film-coating products use cellulosic materials such as methylcellulose, hydroxypropyl cellulose, and hydroxypropyl methylcellulose as the film-forming polymer.

A typical aqueous film-coating formulation contains the following (19):

1. *Film-forming polymer* (7% to 18%). Examples: cellulose ether polymers such as hydroxypropyl methylcellulose, hydroxypropylcellulose, and methylcellulose
2. *Plasticizer* (0.5% to 2.0%). Examples: glycerin, propylene glycol, polyethylene glycol, diethyl phthalate, and dibutyl subacetate
3. *Colorant and opacifier* (2.5% to 8%). Examples: FD&C or D&C lakes and iron oxide pigments
4. *Vehicle* (water, to make 100%)

There are some problems attendant on aqueous film coating, including the appearance of small amounts (*picking*) or larger amounts (*peeling*) of film fragments flaking from the tablet surface, roughness of the tablet surface due to failure of spray droplets to coalesce (*orange peel effect*), an uneven distribution of color on the tablet surface (*mottling*), filling-in of the score line or indented logo on the tablet by the film (*bridging*), and disfiguration of the core tablet when subjected for too long to the coating solution (tablet *erosion*). The cause of each of these problems can be determined and the problem rectified through appropriate changes in formulation, equipment, technique, or process.

## Enteric Coating

Enteric-coated solid dosage forms are intended to pass through the stomach intact to disintegrate and release their drug content for absorption along the intestines. The design of an enteric coating may be based on the transit time required for passage to the intestines and may be accomplished through coatings of sufficient thickness. However, usually an enteric coating is based on factors of pH, resisting dissolution in the highly acid environment of the stomach but yielding to the less acid environment of the intestine. Some enteric coatings are designed to dissolve at pH 4.8 and greater.

Enteric-coating materials may be applied either to whole compressed tablets or to drug particles or granules used in the fabrication of tablets or capsules. The coatings may be applied in multiple portions to build a thick coating or as a thin film coat. The

coating system may be aqueous or organic solvent based and effective so long as the coating material resists breakdown in the gastric fluid. Among the materials used in enteric coatings are pharmaceutical shellac, hydroxypropyl methylcellulose phthalate, polyvinyl acetate phthalate, diethyl phthalate, and cellulose acetate phthalate.

## Fluid Bed or Air Suspension Coating

Fluid bed coating, which uses equipment of the type shown in Figure 8.35, is spray coating of powders, granules, beads, pellets, or



**FIGURE 8.35** Vector/Freund Flo-Coater production system. A fluid bed system used to apply coatings to beads, granules, powders, and tablets. Capacity of models ranges from 5 to 700 kg. (Courtesy of Vector Corporation.)

tablets held in suspension by a column of air. Fluid bed processing equipment is multifunctional and may also be used in preparing tablet granulations.

In the Wurster process, named after its developer, the items to be coated are fed into a vertical cylinder and are supported by a column of air that enters from the bottom of the cylinder. Within the air stream, the solids rotate both vertically and horizontally. As the coating solution enters the system from the bottom, it is rapidly applied to the suspended, rotating solids, with rounding coats being applied in less than an hour with the assistance of warm air blasts released in the chamber.

In another type of fluid bed system, the coating solution is sprayed downward onto the particles to be coated as they are suspended by air from below. This method is commonly referred to as the *top-spray* method. This method provides greater capacity, up to 1,500 kg, than the other air suspension coating methods (20). Both the top-spray and bottom-spray methods may be employed using a modified apparatus used for fluid bed granulation. A third method, the *tangential-spray technique*, is used in rotary fluid bed coaters. The bottom-spray, top-spray, and tangential-spray methods are depicted in Figure 8.21. Electron microscope images of the results of this process are shown in Figure 8.36.

The three systems are increasingly used for application of aqueous or organic solvent–based polymer film coatings. The top-spray coating method is particularly recommended for taste masking, enteric release, and barrier films on particles or tablets. It is most effective when coatings are applied from aqueous solutions, latexes, or hot melts (17,18). The bottom-spray method is recommended for sustained-release and enteric-release products; the tangential method is used for layering coatings and for sustained-release and enteric-coated products (18).

Among the variables requiring control to produce the desired and consistent quality are equipment and the method of spraying (e.g., top, bottom, tangential), spray nozzle distance from spraying bed, droplet size, spray rate, spray pressure, volume of the air column, batch size, method and time for drying, and air temperature and moisture content in the processing compartment (18).

## Compression Coating

In a manner similar to the preparation of multiple compressed tablets having an inner core and an outer shell of drug material, core tablets may be sugarcoated by compression. The coating material, in the form of a granulation or powder, is compressed onto a tablet core of drug with a special tablet press. Compression coating is an anhydrous operation and thus may be safely employed in the coating of tablets containing a drug that is labile to moisture. Compared to sugarcoating using pans, compression coating is




**FIGURE 8.36** Scanning electron microscope images of pharmaceutical granules coated through fluid bed technology: **A:** Layered and coated granule. **B:** Cross section of top-spray enteric-coated granule. (Courtesy of Glatt Air Techniques.)



**FIGURE 8.37** Checking for physical imperfections in coated tablets. (Courtesy of Smith, Kline & French.)

more uniform and uses less coating material, resulting in tablets that are lighter, smaller, and easier to swallow and less expensive to package and ship.

Irrespective of the method used in coating, all tablets are visually or electronically inspected for physical imperfections (Fig. 8.37).

## IMPACT OF MANUFACTURING CHANGES ON SOLID DOSAGE FORMS

The quality and performance of a solid dosage form may be altered by changes in formulation or by changes in the method of manufacture.

The changes in formulation may arise from (*a*) the use of starting raw materials, including both the active ingredient and pharmaceutical excipients, that have different chemical or physical characteristics (e.g., solubility or particle size) than the standards set for the original components; (*b*) the use of different pharmaceutical excipients (e.g.,

magnesium stearate instead of calcium stearate as the lubricant); (*c*) the use of different quantities of the same excipients in a formulation (e.g., use of a more concentrated wet tablet binder); or (*d*) the addition of a new excipient to a formulation (e.g., a revised tablet-coating formula).

The changes in the method of manufacture may be (*a*) use of processing or manufacturing equipment of a different design; (*b*) a change in the steps or order in the process or method of manufacture (e.g., different mixing times); (*c*) different in-process controls, quality tests, or assay methods; (*d*) production of different batch sizes; (*e*) employment of different product reprocessing procedures; or (*f*) employment of a different manufacturing site.

Changes such as these may be proposed or implemented during the product development stage, during scale-up of product manufacture before NDA approval, or after NDA approval and product marketing. In all instances, it is critical to assess any effects of the change in meeting the proposed or established standards for product quality (e.g., dissolution rate and bioavailability). It is necessary for a manufacturer to document the change, validate its effect, and provide the necessary information to the FDA. Some changes are considered minor (e.g., a change in tablet color) and do not affect product quality; they do not require prior FDA approval. Other changes that may affect product quality and performance (e.g., use of a substantially different quantity or grade of an excipient or use of a piece of manufacturing equipment that changes the methodology of manufacture) require prior FDA approval (21).

## OFFICIAL AND COMMERCIALLY AVAILABLE TABLETS

There are hundreds of tablets recognized by the USP and literally thousands of commercially available tablet products from virtually all pharmaceutical manufacturers, in most therapeutic categories and in various dosage strengths. Examples of a limited number of these are presented in Table 8.1.

| Table 8.1 | **EXAMPLES OF OFFICIAL TABLETS** |
|---|---|

| OFFICIAL TABLET | REPRESENTATIVE COMMERCIAL PRODUCTS | STRENGTH | CATEGORY |
|---|---|---|---|
| Acetaminophen | Tylenol (McNeil) | 325, 500 mg | Analgesic, antipyretic |
| Acyclovir | Zovirax (Valeant) | 400, 800 mg | Antiviral |
| Allopurinol | Zyloprim (Faro Pharmaceuticals) | 100, 300 mg | Antigout and antiurolithic |
| Amitriptyline HCl | Endep (Roche) | 10, 25, 50, 75, 100, 150 mg | Antidepressant |
| Carbamazepine | Tegretol (Novartis) | 200 mg | Anticonvulsant |
| Chlorambucil | Leukeran (GlaxoSmithKline) | 2 mg | Antineoplastic |
| Cimetidine | Tagamet (GlaxoSmithKline) | 200, 300, 400, 800 mg | Histamine $H_2$ receptor antagonist |
| Ciprofloxacin | Cipro (Schering-Plough) | 100, 250, 500, 750 mg | Antibacterial |
| Conjugated estrogens | Premarin (Wyeth-Ayerst) | 0.3, 0.45, 0.625, 0.9, 1.25, 2.5 mg | Estrogen |
| Diazepam | Valium (Roche) | 2, 5, 10 mg | Sedative, skeletal muscle relaxant |
| Digoxin | Lanoxin (GlaxoSmithKline) | 0.125, 0.25 mg | Cardiotonic |
| Enalapril | Vasotec (Biovail) | 2.5, 5, 10, 20 mg | Antihypertensive |
| Furosemide | Lasix (Aventis) | 20, 40, 80 mg | Diuretic, antihypertensive |
| Griseofulvin | Various | 250, 500 mg | Antifungal |
| Haloperidol | Haldol (McNeil) | 0.5, 1, 2, 5, 10, 20 mg | Tranquilizer |
| Ibuprofen | Motrin (McNeil Consumer Healthcare) | 400, 600, 800 mg | Analgesic and antipyretic |
| Levothyroxine sodium | Synthroid (Abbott) | 0.025, 0.05, 0.075, 0.088, 0.1, 0.122, 0.125, 0.137, 0.15, 0.2, 0.3 mg | Thyroid hormone |
| Loratadine | Claritin (Schering-Plough) | 10 mg | Antihistamine |
| Meperidine HCl | Demerol (Sanofi-Synthelabo) | 50, 100 mg | Narcotic analgesic |
| Methyldopa | Aldomet (Merck) | 125, 250, 500 mg | Antihypertensive |
| Nitroglycerin | Nitrostat (Parke-Davis) | 0.3, 0.4, 0.6 mg | Antianginal |
| Penicillin V | Pen-Vee-K (Wyeth) | 250, 500 mg | Anti-infective |
| Propranolol | Inderal (Wyeth–Ayerst) | 10, 20, 40, 60, 80 mg | Antianginal, antiarrhythmic, antihypertensive |
| Terbutaline sulfate | Various | 2.5, 5 mg | Antiasthmatic |
| Verapamil HCl | Calan (Searle) | 40, 80, 120 mg | Antihypertensive |
| Warfarin sodium | Coumadin (Bristol-Myers Squibb) | 1, 2, 2.5, 4, 5, 6, 7.5, 10 mg | Anticoagulant |

## PACKAGING AND STORING TABLETS

Tablets are stored in tight containers, in places of low humidity, and protected from extremes in temperature. Products that are prone to decomposition by moisture generally are packaged with a desiccant packet. Drugs that are adversely affected by light are packaged in light-resistant containers. With a few exceptions, tablets that are properly stored will remain stable for several years or more.

In dispensing tablets, the pharmacist is well advised to use a similar type of container as provided by the manufacturer of the product. The patient is well advised to keep the drug in the container dispensed. Storage conditions, as recommended for the particular product, should be maintained by the pharmacist and patient alike and expiration dates observed.

The pharmacist should be aware also that the hardness of certain tablets may change upon aging, usually resulting in a decrease in the disintegration and dissolution rates of the product. The increase in tablet hardness can frequently be attributed to the increased adhesion of the binding agent and other formulative components within the tablet. Examples of increased tablet hardening with age have been reported for a number of drugs, including aluminum hydroxide, sodium salicylate, and phenylbutazone (22).

In tablets containing volatile drugs, such as NTG, the drug may migrate between tablets in the container, resulting in a lack of uniformity among the tablets (23). Also, packing materials, such as cotton and rayon, in contact with NTG tablets may absorb varying amounts of NTG, reducing potency of the tablets (24). The USP directs that NTG tablets be preserved in tight containers, preferably of glass, at controlled room temperature. Also, migration within tablets can occur resulting in unequal distribution within a single tablet; this can be problematic if the tablet is scored and designed to be broken in half where the two halves may not contain equal portions of the drug. Storage of a container next to a heat source may result

in greater loss or movement of the volatile drug in the portion of the bottle closest to the heat. Some third party payors require the dispensing of higher strength tablets with the patient to divide them prior to administration to decrease costs. In addition to the difficulties just mentioned, it is troublesome for many patients to split tablets into two equal halves.

The USP further directs that NTG tablets be dispensed in the original unopened container, labeled with the following statement directed to the patient. "Warning: to prevent loss of potency, keep these tablets in the original container or in a supplemental NTG container specifically labeled as being suitable for NTG tablets. Close tightly immediately after use" (4).

The pharmacist also should caution patients about handling medication when it poses a risk. For example, as noted earlier, finasteride tablets are taken by men to treat benign prostatic hyperplasia. Finasteride has the potential to harm a male fetus if absorbed by a pregnant woman either through direct contact with finasteride or possibly through semen. Therefore, a woman who is pregnant or who may become pregnant should not handle finasteride tablets or come into contact with finasteride powder. In addition, when the male patient's sexual partner is pregnant or may become pregnant, the patient should avoid exposure of his partner to semen or should discontinue the use of this drug.

Finally, rapidly dissolving tablets tend to be softer than regular compressed immediate-release tablets and require special packaging. An example is shown in Figure 8.38.

## OTHER SOLID DOSAGE FORMS FOR ORAL ADMINISTRATION

### Lozenges (Troches)

Lozenges (troches) are solid oral dosage forms that are designed to dissolve or disintegrate slowly in the mouth. They contain one or more active drugs that are slowly released from the flavored and sweetened base. They are used for both local and systemic action.



**FIGURE 8.38** Rapidly dissolving/melting tablet. (Loratadine Orally Disintegrating Tablets-Dimetapp ND).

Typically, the active drugs include antiseptics, analgesics, decongestants, antitussives, and antibiotics. Some molded lozenges may also be called cough drops or pastilles.

Lozenges can be made by compression or molding. Compressed lozenges are made using a tablet machine and large, flat punches. The machine is operated at a high degree of compression to produce lozenges that are harder than ordinary tablets so that they dissolve or disintegrate slowly in the mouth. Medicinal substances that are heat stable may be molded into hard sugar candy lozenges by candy-making machines that process a warm, highly concentrated, flavored syrup as the base and form the lozenges by molding and drying.

Lozenges can be made using sugars such as sucrose and dextrose or can be "sugar-free" in a formulation generally based on sorbitol or mannitol. To slow the rate of dissolution, polyethylene glycols and hypromellose are sometimes added. Compressed lozenges are made with excipients that may include a filler, binder, sweetening agent, flavoring agent, and lubricant and are prepared similar to conventional tablets. They can also be prepared by formulating a paste, cutting or stamping and drying. Also, they can be prepared by forcing dampened powders under low pressure into mold cavities, ejecting them, and allowing them to dry.

## Lollipops

Fentanyl Actiq (Cephalon) is a raspberry lollipop that is a sugar-based lozenge on a stick and contains fentanyl citrate. It has an off-white color, and the stick bears a large Rx mark. Actiq is the first product specifically designed to aid in controlling breakthrough pain in cancer patients. It is indicated only for the management of breakthrough cancer pain in patients with malignancies who are already taking and are tolerant to opioids. Breakthrough cancer pain occurs in about 50% of cancer pain patients and is a component of chronic cancer pain that is particularly difficult to treat because of its severity, rapid onset, and frequent unpredictability. The lollipop provides almost immediate relief as the drug starts being absorbed in the mouth and starts to work within minutes; its effects last for only about 15 minutes, but that is usually long enough to relieve the breakthrough pain. The concern about this product being accidentally used by children is addressed by special packaging that requires scissors to open (1).

## Pellets

Pellets are dosage forms that are composed of small, solid particles of uniform shape sometimes called beads. Typically, pellets are nearly spherical, but that is not a requirement. They may be administered orally or parenterally. They can be used to provide physical separation for chemically or physically incompatible materials, extended release of an active pharmaceutical ingredient (API), or delayed release to protect an acid-labile API from degradation in the stomach or to protect stomach tissues from irritation. Pellet dosage forms can be formulated as single or multiple entities. Oral pellets are usually placed within hard gelatin capsules for administration. The size range of the pellets is governed by the constraints of the volume of commonly used capsules (typically

size #1 or #0). Typically, pellets for oral use fall within a size range of 710 µm to 2.36 mm.

For delayed release, pellets are prepared by applying a coating in various numbers of layers.

Pellets are typically manufactured by wet extrusion processes followed by spheronization, by wet or dry coating processes, or by compression. Pellets prepared by wet coating involves the application of successive coatings onto nonpareil seeds; this process may be carried out in a fluid bed processing equipment. The manufacture of pellets by compression is largely restricted to the production for subcutaneous implantation as it can be done in an aseptic processing environment. Coacervation techniques can be used for coating and will generally produce coated particles that are smaller than those produced by other techniques.

## Bolus Tablets

Bolus tablets are large, usually elongated tablets intended for administration to large animals. Conventional tableting processes can be used to manufacture bolus tablets, but higher compression forces may be necessary due to their larger size.

## Pills

By definition, pills are small, round solid dosage forms containing a medicinal agent and intended to be administered orally. Although the manufacture and administration of pills were at one time quite prevalent, today pills have been replaced by compressed tablets and capsules. Pills are distinguished from tablets as they are usually prepared by a wet massing and molding technique, while tablets are typically formed by compression.

Excipients are selected for pills based on their ability to produce a firm and plastic mass. The API is triturated with powdered excipients in geometrically to obtain a uniform mixture. Liquid excipients are added to bind and provide plasticity to the mass, which is formed by kneading. The firmness and plasticity are required for the mass to be worked and retain the produced shape. A cylindrical pill pipe is produced and then cut into individual lengths corresponding to the intended size/dose. These short cylinders are then rolled to form the final spherical shape. Small machines/devices are available that can automate this process.



| PHARMACEUTICS | CASE STUDY |
|---|---|

**SUBJECTIVE INFORMATION**

A pharmaceutical manufacturer has developed a formula for an antihistamine compressed tablet. During the initial run, the tablets were found to be too friable. What can be done?

**OBJECTIVE INFORMATION**

The formula for the tablet is as follows:

| | |
|---|---|
| Antihistamine | 50 mg |
| Directly compressible lactose | 150 mg |
| Magnesium stearate | 10 mg |
| Starch | 100 mg |
| Talc | 25 mg |

The tablet is to be compressed, so it has the following characteristics:

| | |
|---|---|
| Description | 8-mm white biconvex bisected tablet |
| Weight | 335 mg |
| Hardness | 8 kg |
| Dissolution | Medium: 0.01 N |
| | Hydrochloric acid, 500 mL |
| | Apparatus 2: 50 rpm |
| | Time: 30 minutes |

Following the initial run, hardness testing reveals that the tablet's hardness is only 6.5 kg.

## PHARMACEUTICS CASE STUDY CONT.

### ASSESSMENT

The tablet's hardness must be increased to meet specifications. There are a couple of different approaches to accomplishing this:

1. Increase the pressure of the upper punch of the tableting machine.
2. Add a tablet binder such as pregelatinized starch, acacia, or methylcellulose. Some or all of the starch in the tablet formula could be replaced by

pregelatinized starch, as it will serve all of the functions of regular starch (diluent, dissolution enhancer, etc.) plus serve as a tablet binder.

### PLAN

Adjust the tableting machine, and increase the pressure of the upper punch. Sometimes, the simplest solutions are the best.

## CLINICAL  CASE STUDY

### SUBJECTIVE INFORMATION

**HPI:** F.L. is a 46-year-old AAM brought to the emergency department (ER) by his wife with chief complaint of "chest pain." His spouse states that F.L. began to feel constant pain in his chest while watching television. The pain radiated to his left arm and back. Spouse noticed excessive sweating on his forehead as he started to "gasp for breath." Immediately, she brought him to the ER. At the ER, F.L. describes pain as the "worst pain of his life" and feels like "an elephant's foot is pressuring into my chest." The patient was brought into the ER within an hour of onset of symptoms. F.L. denies any previous episodes of chest pain, sweating, weakness, shortness of breath, syncope, nausea, or vomiting. The patient denies any previous episodes of pain on exertion. He rates pain intensity as 10/10.

**PMH:** HTN × 12 years

Type II diabetes × 2 years

**PSH:** Lasik eye surgery, 2002

**SH:** (–) EtOH: quit drinking in 1996

(–) Tobacco: quit smoking in 1996

(–) Caffeine

(–) Illicit drugs: "none, never"

Patient lives in Hanover Park with wife and 1 daughter and 1 son, no pets

Has own business, works at home

**FH:** Father died of an asthma attack at 67 y/o

Mother died of a myocardial infarction (MI) at 59 y/o

**Sister:** Asthma

**Diet:** Eats 3 times a day and 2 or 3 snacks a day. Denies following any low-fat, low-cholesterol, or low-salt diet. On a low-sugar diet and states that he follows it. Eats fast food at least twice a week. Snacks consist mostly of chips, cookies, and salsa.

## CLINICAL CASE STUDY CONT.

**Exer:**  Pt states, "I don't have time to exercise. I've got a business and a family to handle." The extent of patient's exercise is walking up and down the stairs when he needs to get around the house.

**All:**  NKDA

**PTA:**  Lisinopril (Zestril) 40 mg po qhs for HTN

Felodipine (Plendil) 10 mg po qd for HTN

Glyburide/metformin (Glucovance)—2.5/500 mg po tid for type II diabetes

### ADHERENCE

The patient states that he adheres to all his medications. He uses a pillbox to help remind him. He checks his blood glucose levels three times a day, alternating before and after meals.

### OBJECTIVE INFORMATION

| | | | |
|---|---|---|---|
| **Ht:** | 5'8" | **Wt:** | 185 lb |
| **Pain:** | 10/10 | **BP:** | 112/80 |
| **Na:** | 140 mmol/L | **K:** | 4.0 mmol/L |
| **Cl:** | 100 mmol/L | **CO$_2$:** | 24 mmol/L |
| **BUN:** | 4.0 mmol/L | **SrCr:** | 70 mmol/L |
| **HgA$_{1c}$:** | 7 | **CK:** | 30 |

**Last Accu-Checks:**     After breakfast, 9:30 AM: 151
After lunch, 1:00 PM: 155
After dinner, 7:00 PM: 141

### ASSESSMENT

The patient is a 46-year-old AAM with a PMH of controlled HTN and type II diabetes who has had his first MI. The patient is at increased risk for MI due to HTN, diabetes, and significant family history. Though the patient adheres to his medication regimen, he does not adhere to a healthy diet and exercise plan, which may increase his chances of experiencing a similar episode in the future.

### PLAN

1. Recommend sustained-release NTG Nitro-Bid 2.5-mg capsules once a day on an empty stomach with a full glass of water, either 30 minutes before or an hour after meals. Instruct the patient to take the medication the same time each day and to swallow the capsule whole. If the patient misses a dose, he should take it as soon as he remembers unless the next scheduled dose is within 2 hours; in that case, he should skip the missed dose and take only the next dose.

2. Recommend sublingual NTG NitroQuick 0.30-mg (1/200 gr) tablets. Instruct the patient to use the sublingual tablet at the first sign of attack. Instruct the patient to wet the tablet with saliva and place under the tongue or between the gums or in cheek until the tablet dissolves. Do not swallow the tablet. Effects of NTG should be felt within 2 minutes, lasting for up to 30 minutes. If symptoms do not resolve within 5 minutes of the first dose, repeat with a second sublingual tablet. Again, wait 5 minutes, and use a third sublingual tablet if symptoms persist. Call for emergency assistance (911) if symptoms continue after three doses of NTG. Inform the patient to keep and store sublingual tablets in original glass container, keep them away from heat or light, and keep the bottle tightly closed after use.

3. Counsel the patient on common side effects of NTG, such as headache, dizziness, drowsiness, and low blood pressure. Recommend acetaminophen (e.g., Tylenol) for relief of headache. Tell the patient to avoid alcoholic beverages and medications containing alcohol while using NTG, as their concurrent use may cause severe hypotension and

**CLINICAL CASE STUDY CONT.**

cardiovascular difficulties. Inform the patient that the use of sildenafil (Viagra) is dangerous and should be avoided while using this medication as it may increase the blood pressure–lowering effect of NTG. Instruct the patient to check expiration dates of tablets regularly because therapeutic effectiveness of NTG may decrease in tablets older than 6 months. Consult physician before stopping the use of NTG because abrupt discontinuation may cause severe chest pain.

4. Educate the spouse and the patient to recognize the signs and symptoms of a heart attack (e.g., excessive sweating, chest pain, jaw or back pain). Explain that a "silent" MI can occur without any symptoms. Further education on the condition and how it may be managed and prevented may benefit this patient. Stress the importance of lifestyle changes such as exercise and dietary modifications (e.g., low-fat, low-salt, low-cholesterol diet). Have the patient consult physician before embarking on an exercise regimen. An exercise regimen may include exercising at least 3 or 4 times a week for 15 to 30 minutes or as tolerated by the patient.

5. Monitoring parameters: BP, signs and symptoms of heart attack, frequency of episodes, and side effects of the medication. Goal: Increased patient knowledge of the condition, improved adherence to diet and exercise regimen, no medication side effects, and no second episode. Make sure the patient understands the importance of follow-up physician visits and exercising caution when purchasing nonprescription and herbal products (i.e., consult a pharmacist).

## APPLYING THE PRINCIPLES AND CONCEPTS

### Group Activities

1. Compare the advantages and disadvantages of unit dose packaging *versus* tablets packaged in plastic bottle containers.
2. Create a listing of extemporaneous prescriptions that provide the pharmacist an opportunity to use a tablet dosage form in its preparation.
3. Create a listing of conceivable ways a consumer/patient may misuse a tablet dosage form.
4. List five counseling points for proper administration of solid dosage forms, for example, tablets.
5. Make a listing of factors that might make a patient apprehensive about taking a tablet dosage form. List points of advice/ counseling points to overcome this apprehension.
6. Identify several patient populations who might have difficulty administering a tablet dosage form, and explain your reasoning.

### Individual Activities

1. Create a table of oral, chewable tablets, including amount of active ingredient(s), indication, contraindication, adverse effects/precautions, and dosage.
2. Create a listing of trademarked tablet dosage forms that have unique characteristics, for example, size, shape, and color, and describe/detail those features.
3. Generate a listing of tablet drug products that utilize (an) active ingredient(s) in a micronized powder form.
4. From the primary literature, find a clinical study demonstrating a comparison between a sustained-release tablet product and a compressed tablet for clinical effectiveness, and determine which one would be preferred in terms of patient acceptance, patient adherence, bioequivalence, and cost. Explain the rationale for your decision.
5. Select one USP drug monograph for an official tablet dosage form, and identify and describe its main components.

## REFERENCES

1. http://www.drugs.com/mtm/claritin-reditab. html. (Accessed November 18, 2012)
2. Physicians' Desk Reference. 66th Ed. Montvale, NJ: Medical Economics, 2012:1723–1727.
3. Product Package. Dimetapp ND. Madison, NJ: Wyeth Consumer Healthcare.
4. Package Insert. Tempra Quicklets, New York: Bristol-Myers Products.
5. Physicians' Desk Reference. 67th Ed. Montvale, NJ: Thomson PDR, 2013:1032–1046.
6. Product Information. www.rxlist.com/videx-drug. htm. (Accessed December 15, 2012)
7. The United States Pharmacopeia 35–National Formulary 30. Rockville, MD: U.S. Pharmacopeial Convention, 2012.
8. Hanson R, Gray V. Handbook of Dissolution Testing. 3rd Ed. Hockessin, DE: Dissolution Technologies, Inc., 2004.
9. Guidance for Industry: Dissolution Testing of Immediate Release Solid Oral Dosage Forms. Rockville, MD: FDA/CDER, August 2007.
10. Amidon GL, Lennernas H, Shah VP, et al. A theoretical basis for a biopharmaceutic drug classification: The correlation of in vitro drug product dissolution and in vivo bioavailability. Pharm Res 1995;12:413–420.
11. Swarbrick J. In vitro dissolution, drug bioavailability, and the spiral of science. Pharm Tech 1997;21:68–72.
12. Chowhan ZT. Factors affecting dissolution of drugs and their stability upon aging in solid dosage forms. Pharm Tech 1994;18:60–73.
13. Hanson R, Swartz ME, Jarnutowski RJ. Pooled dissolution testing: A primer. Dissolution Technol 1998;5:15–17.
14. Shangraw RF, Demarest DA. A survey of current industrial practices in the formulation and manufacture of tablets and capsules. Pharm Tech 1993;17:32–44.
15. Explotab. Patterson, NY: Mendell, Penmwest Co., 1992.
16. METHOCEL as a Granulation Binding Agent for Immediate-release Tablet and Capsule Products. Wilmington, DE: Dow Chemical, 1996.
17. Loeffler GF, Ebey GC. Pharmaceutical tablet compression tooling. In: Lieberman HA, Lachman L, Schwartz JB, eds. Pharmaceutical Dosage Forms: Tablets. Volume 2. 2nd Ed. New York: Marcel Dekker, Inc., 1990.
18. Atlas Mannitol. USP Tablet Excipient. Wilmington, DE: ICI Americas, 1973.
19. McGinity JW. ed. Aqueous Polymeric Coatings for Pharmaceutical Products. 2nd Ed. New York: Marcel Dekker, Inc., 1997.
20. Ghebre-Sellassie I. ed. Pharmaceutical Pelletization Technology. New York: Marcel Dekker, Inc., 1989.
21. Lucisano LJ, Franz RM. FDA proposed guidance for chemistry, manufacturing, and control changes for immediate-release solid dosage forms: A review and industrial perspective. Pharm Tech 1995;19:30–44.
22. Barrett D, Fell JT. Effect of aging on physical properties of phenylbutazone tablets. J Pharm Sci 1975;64:335.
23. Page DP, Carson NA, Buhr CA, et al. Stability study of nitroglycerin sublingual tablets. J Pharm Sci 1975;64:140.
24. Fusari SA. Nitroglycerin sublingual tablets I: Stability of conventional tablets. J Pharm Sci 1973;62:122.

# EXHIBIT F

maceutical preparations, which are given elsewhere in this Pharmacopeia.

Change to read:

# ⟨1151⟩ PHARMACEUTICAL DOSAGE FORMS

## ▲GENERAL CONSIDERATIONS

This chapter provides general descriptions of and definitions for drug products, or dosage forms, commonly used to administer the active pharmaceutical ingredient (API). It discusses general principles involved in the manufacture or compounding of these dosage forms and recommendations for proper use and storage. A glossary is provided as a resource on nomenclature.

A dosage form is a combination of API and often excipients to facilitate dosing, administration, and delivery of the medicine to the patient. The design and testing of all dosage forms target drug product quality.[1] A testing protocol must consider not only the physical, chemical, and biological properties of the dosage form as appropriate, but also the administration route and desired dosing regimen. The interrelationships of dosage forms and routes of administration have been summarized in the compendial taxonomy for pharmaceutical dosage forms (see *Figure 1*).[2] The organization of this general information chapter is by the physical attributes of each particular dosage form (*Tier Two*), generally without specific reference to route of administration. Information specific to route of administration is given when needed.

Tests to ensure compliance with Pharmacopeial standards for dosage form performance fall into one of the following areas.

**Dose Uniformity** (see also *Uniformity of Dosage Units* ⟨905⟩)—Consistency in dosing for a patient or consumer requires that the variation in the API content of each dosage unit be accurately controlled throughout the manufactured batch or compounded lot of drug product. Uniformity of dosage units typically is demonstrated by one of two procedures: content uniformity or weight variation. The procedure for content uniformity requires the assay of API content of individual units and that for weight variation uses the weight of the individual units to estimate their content. Weight variation may be used where the underlying distribution of API in the blend is presumed to be uniform and well-controlled, as in solutions. In such cases the content of API may be adequately estimated by the net weight. Content uniformity does not rely on the assumption of blend uniformity and can be applied in all cases. Successful development and manufacture of dosage forms requires careful evaluation of API particle or droplet size, incorporation techniques, and excipient properties.

**Stability** (see also *Pharmaceutical Stability* ⟨1150⟩)—Drug product stability involves the evaluation of chemical stability, physical stability, and performance over time. The chemical stability of the API in the dosage form matrix must support the expiration dating for the commercially prepared dosage forms and a beyond-use date for a compounded dosage form. Test procedures for potency must be stability indicating (see *Validation of Compendial Procedures* ⟨1225⟩). Degradation products should be quantified. In the case of dispersed or emulsified systems, consideration must be given to the potential for settling or separation of the formulation components. Any physical changes to the dosage form must be easily reversed (e.g., by shaking) prior to dosing or administration. For the example of tablets, capsules, and oral suspensions, in vitro release test procedures such as dissolution and disintegration provide a measure of continuing consistency in performance over time (see *Dissolution* ⟨711⟩, *Disintegration* ⟨701⟩, and *Drug Release* ⟨724⟩).

**Bioavailability** (see also *In Vitro and In Vivo Evaluation of Dosage Forms* ⟨1088⟩ and *Assessment of Drug Product Performance—Bioavailability, Bioequivalence, and Dissolution* ⟨1090⟩)—Bioavailability is influenced by factors such as the method of manufacture or compounding, particle size, crystal form (polymorph) of the API, the properties of the excipients used to formulate the dosage form, and physical changes as the drug product ages. Assurance of consistency in bioavailability over time (bioequivalence) requires close attention to all aspects of the production (or compounding) and testing of the dosage form. With proper justification, in vitro release (e.g., disintegration and dissolution) testing may sometimes be used as a surrogate to demonstrate consistent availability of the API from the formulated dosage.

**Manufacture**—Although detailed instructions about the manufacture of any of these dosage forms are beyond the scope of this general information chapter, general manufacturing principles have been included, as well as suggested testing for proper use and storage. Information relative to extemporaneous compounding of dosage forms can be found in *Pharmaceutical Compounding—Nonsterile Preparations* ⟨795⟩ and *Pharmaceutical Compounding—Sterile Preparations* ⟨797⟩.

**Route of Administration**—The primary routes of administration for pharmaceutical dosage forms can be defined as mucosal, gastrointestinal, parenteral (by injection), inhalation, and topical/dermal, and each has subcategories as needed. Many tests used to ensure quality generally are applied across all of the administration routes, but some tests are specific for individual routes. For example, products intended for injection must be evaluated for *Sterility Tests* ⟨71⟩ and *Pyrogen Test* ⟨151⟩, and the manufacturing process (and sterilization technique) employed for parenterals (by injection) should ensure compliance with these tests. Tests for particulate matter may be required for certain dosage forms depending on the route of administration (e.g., by injection—*Particulate Matter in Injections* ⟨788⟩, or mucosal—*Particulate Matter in Ophthalmic Solutions* ⟨789⟩). Additionally, dosage forms intended for the inhalation route of administration must be monitored for particle size and spray pattern (for a metered-dose inhaler or dry powder inhaler) and droplet size (for nasal sprays). Further information regarding administration routes and suggested testing can be found in the *Guide to General Chapters, Charts 4–8 and 10–13*.

An appropriate manufacturing process and testing regimen help ensure that a dosage form can meet the appropriate quality attributes for the intended route of administration.

**Excess Volume in Injections**—Each container of an Injection is filled with a volume in slight excess of the labeled "size" or the volume that is to be withdrawn. The excess

---

[1] In the United States a drug with a name recognized in *USP–NF* must comply with compendial identity standards or be deemed adulterated, misbranded, or both. To avoid being deemed adulterated such drugs also must comply with compendial standards for strength, quality, or purity, unless labeled to show all respects in which the drug differs. See the Federal Food, Drug, and Cosmetic Act (FDCA), Sections 501(b) and 502(e)(3)(b), and Food and Drug Administration (FDA) regulations at 21 CFR 299.5. In addition, to avoid being deemed misbranded, drugs recognized in *USP–NF* also must comply with compendial standards for packaging and labeling, FDCA Section 502(g). "Quality" is used herein as suitable shorthand for all such compendial requirements. This approach also is consistent with U.S. and FDA participation in the International Conference on Harmonization (ICH). The ICH guideline on specifications, Q6A, notes that "specifications are chosen to confirm the quality of the drug substance and drug product..." and defines "quality" as "The suitability of either a drug substance or drug product for its intended use. This term includes such attributes as identity, strength, and purity."

[2] Marshall K, Foster TS, Carlin HS, Williams RL. Development of a compendial taxonomy and glossary for pharmaceutical dosage forms. *Pharm Forum.* 2003;29(5):1742–1752.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

**Tier One: Route of Administration**

Gastro-Intestinal    by Injection    Mucosal    Topical Dermal    Inhalation

**Tier Two: Dosage Form and Physical Properties**

AEROSOLS  CAPSULES  DRY POWDER INHALER  EMULSIONS (CREAMS, LOTIONS)
FOAMS  MEDICAL GASES  GELS  GRANULES  MEDICATED GUMS  IMPLANTS
INSERTS  LIQUIDS  LOZENGES  OINTMENTS  PASTES
TRANSDERMAL SYSTEMS (PATCHES)  PELLETS  PILLS  PLASTERS  POWDERS
MEDICATED SOAPS AND SHAMPOOS  SOLUTIONS  SPRAYS
SUPPOSITORIES  SUSPENSIONS  TABLETS  TAPES

**Tier Three: Type of Release Pattern**

Immediate    Extended    Delayed

**Tier Four: Comprehensive Testing Strategy**

Figure 1. Compendial Taxonomy for Pharmaceutical Dosage Forms.

volumes recommended in the accompanying table are usually sufficient to permit withdrawal and administration of the labeled volumes.

| Labeled Size | Recommended Excess Volume | |
| --- | --- | --- |
| | For Mobile Liquids | For Viscous Liquids |
| 0.5 mL | 0.10 mL | 0.12 mL |
| 1.0 mL | 0.10 mL | 0.15 mL |
| 2.0 mL | 0.15 mL | 0.25 mL |
| 5.0 mL | 0.30 mL | 0.50 mL |
| 10.0 mL | 0.50 mL | 0.70 mL |
| 20.0 mL | 0.60 mL | 0.90 mL |
| 30.0 mL | 0.80 mL | 1.20 mL |
| 50.0 mL or more | 2% | 3% |

**Labeling Statements**—Some dosage forms or articles have mandatory labeling statements that are given in the Code of Federal Regulations (e.g., 21 CFR 201.320 and 21 CFR 369.21). The text of 21 CFR should be consulted to determine the current recommendations.

## PRODUCT QUALITY TESTS, GENERAL

ICH Guidance Q6A (available at www.ich.org) recommends specifications (list of tests, references to analytical procedures, and acceptance criteria) to ensure that commercialized drug products are safe and effective at the time of release and over their shelf life. Tests that are universally applied to ensure safety and efficacy (and strength, quality, and purity) include description, identification, assay, and impurities.

**Description**—According to the ICH guidance a qualitative description (size, shape, color, etc.) of the dosage form should be provided. The acceptance criteria should include the final acceptable appearance. If any of these characteristics change during manufacturing or storage, a quantitative procedure may be appropriate. It specifies the content or the label claim of the article. This parameter is not part of the USP dosage form monograph because it is product specific. USP monographs define the product by describing the range of acceptable assayed content of the API(s) present in the dosage form, together with any additional information about the presence or absence of other components, excipients, or adjuvants.

**Identification**—Identification tests are discussed in the *General Notices and Requirements*. Identification tests should establish the identity of the API(s) present in the drug product and should discriminate between compounds of closely related structure that are likely to be present. Identification tests should be specific for the API(s). The most conclusive test for identity is the infrared absorption spectrum (see *Spectrophotometry and Light-Scattering* ⟨851⟩ and *Spectrophotometric Identification Tests* ⟨197⟩). If no suitable infrared spectrum can be obtained, other analytical methods can be used. Near-infrared (NIR) or Raman spectrophotometric methods also could be acceptable as the sole identification method of the drug product formulation (see *Near-Infrared Spectrophotometry* ⟨1119⟩ and *Raman Spectroscopy* ⟨1120⟩). Identification by a chromatographic retention time from a single procedure is not regarded as specific. The use of retention times from two chromatographic procedures for which the separation is based on different principles or a combination of tests in a single procedure can be acceptable (see *Chromatography* ⟨621⟩ and *Thin-Layer Chromatographic Identification Test* ⟨201⟩).

**Assay**—A specific and stability-indicating test should be used to determine the strength (API content) of the drug product. Some examples of these procedures are *Antibiotics—Microbial Assays* ⟨81⟩, *Chromatography* ⟨621⟩, or *Assay for Steroids* ⟨351⟩. In cases when the use of a nonspecific assay is justified, e.g., *Titrimetry* ⟨541⟩, other supporting analytical procedures should be used to achieve specificity. When evidence of excipient interference with a nonspecific assay exists, a procedure with demonstrated specificity should be used.

**Impurities**—Process impurities, synthetic by-products, and other inorganic and organic impurities may be present in the API and excipients used in the manufacture of the drug product. These impurities are evaluated by tests in API and excipients monographs. Impurities arising from degradation of the drug substance or from the drug-product manufacturing process should be monitored. *Residual Solvents* ⟨467⟩ is applied to all products where relevant.

In some cases, testing for heavy metal impurities is appropriate. *Heavy Metals* ⟨231⟩ provides the current procedures and criteria.

In addition to the universal tests listed above, the following tests may be considered on a case-by-case basis.

**Physicochemical Properties**—Examples include *pH* ⟨791⟩, *Viscosity* ⟨911⟩, and *Specific Gravity* ⟨841⟩.

**Particle Size**—For some dosage forms, particle size can have a significant effect on dissolution rates, bioavailability,

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

therapeutic outcome, and stability. Procedures such as *Aerosols, Nasal Sprays, Metered-Dose Inhalers, and Dry Powder Inhalers* ⟨601⟩ and *Particle Size Distribution Estimation by Analytical Sieving* ⟨786⟩ could be used.

**Uniformity of Dosage Units**—See discussion of *Dose Uniformity* in the section *General Considerations* above.

**Water Content**—A test for water content is included when appropriate (see *Water Determination* ⟨921⟩).

**Microbial Limits**—The type of microbial test(s) and acceptance criteria are based on the nature of the drug substance, method of manufacture, and the route of administration (see *Microbiological Examination of Nonsterile Products: Microbial Enumeration Tests* ⟨61⟩ and *Microbiological Examination of Nonsterile Products: Tests for Specified Microorganisms* ⟨62⟩).

**Antimicrobial Preservative Content**—Acceptance criteria for preservative content in multidose products should be established. They are based on the levels of antimicrobial preservative necessary to maintain the product's microbiological quality at all stages throughout its proposed usage and shelf life (see *Antimicrobial Effectiveness Testing* ⟨51⟩).

**Antioxidant Content**—If antioxidants are present in the drug product, tests of their content should be performed to maintain the product's quality at all stages throughout its proposed usage and shelf life.

**Sterility**—Depending on the route of administration—e.g., ophthalmic preparations, implants, aqueous-based preparations for oral inhalation, and solutions for injection—sterility of the product is demonstrated as appropriate (see *Sterility Tests* ⟨71⟩).

**Dissolution**—A test to measure release of the API(s) from the drug product normally is included for dosage forms such as tablets, capsules, suspensions, granules for suspensions, implants, transdermal delivery systems, and medicated chewing gums. Single-point measurements typically are used for immediate-release dosage forms. For modified-release dosage forms, appropriate test conditions and sampling procedures are established as needed (see *Dissolution* ⟨711⟩ and *Drug Release* ⟨724⟩). In some cases, dissolution testing may be replaced by disintegration testing (see *Disintegration* ⟨701⟩).

**Breaking Force and Friability**—These parameters are evaluated as in-process controls. Acceptance criteria depend on packaging, supply chain, and intended use (see *Tablet Friability* ⟨1216⟩ and *Tablet Breaking Force* ⟨1217⟩).

**Leachables**—When evidence exists that leachables from the container–closure systems (e.g., rubber stopper, cap liner, or plastic bottle) have an impact on the safety or efficacy of the drug product, a test is included to evaluate the presence of leachables.

**Other Tests**—Depending on the type and composition of the dosage form, other tests such as alcohol content, redispersibility, particle size distribution, rheological properties, reconstitution time, endotoxins/pyrogens, particulate matter, functionality testing of delivery systems, delivered dose uniformity, viscosity, and osmolarity may be necessary.

# DOSAGE FORMS

## Aerosols

Aerosols are preparations packaged under pressure and contain therapeutic agent(s) and a propellant that are released upon actuation of an appropriate valve system. Upon actuation of the valve system, the API is released as a plume of fine particles or droplets. Only one dose is released from the preparation upon actuation of a metered valve. In the case of topical products and depending on the nature of the API and the conditions being treated, actuation of the valve may result in a metered release of a controlled amount of the formulation or the continuous release of the formulation as long as the valve is depressed.

In this chapter, the aerosol dosage form refers only to those products packaged under pressure that release a fine mist of particles or droplets when actuated (see *Glossary*). Other products that produce dispersions of fine droplets or particles will be covered in subsequent sections (e.g., *Inhalation Powders* and *Sprays*).

### TYPICAL COMPONENTS

Typical components of aerosols are the formulation containing one or more API(s) and propellant, the container, the valve, and the actuator. Each component plays a role in determining various characteristics of the emitted plume, such as droplet or particle size distribution, uniformity of delivery of the therapeutic agent, delivery rate, and plume velocity and geometry. The metering valve and actuator act in tandem to generate the plume of droplets or particles. The metering valve allows measure of an accurate volume of the liquid formulation under pressure within the container. The actuator directs the metered volume to a small orifice that is open to the atmosphere. Upon actuation, the formulation is forced through the opening, forming the fine mist of particles that are directed to the site of administration.

Aerosol preparations may consist of either a two-phase (gas and liquid) or a three-phase (gas, liquid, and solid or liquid) formulation. The two-phase formulation consists of API(s) dissolved in liquefied propellant. Co-solvents such as alcohol may be added to enhance the solubility of the API(s). Three-phase inhalation and nasal aerosol systems consist of suspended API(s) in propellant(s), co-solvents, and potentially other suitable excipients. The suspension or emulsion of the finely divided API typically is dispersed in the liquid propellant with the aid of suitable biocompatible surfactants or other excipients.

Propellants for aerosol formulations are typically low molecular weight hydrofluorocarbons or hydrocarbons that are liquid when constrained in the container, exhibit a suitable vapor pressure at room temperature, and are biocompatible and nonirritating. Compressed gases do not supply a constant pressure over use and typically are not used as propellants.

Metal containers can withstand the vapor pressure produced by the propellant. Excess formulation may be added to the container to ensure that the full number of labeled doses can be accurately administered. The container and closure must be able to withstand the pressures anticipated under normal use conditions as well as when the system is exposed to elevated temperatures.

### TYPES OF AEROSOL DOSAGE FORMS

Aerosol dosage forms can be delivered via various routes. The container, actuator, and metering valve, as well as the formulation, are designed to target the site of administration.

*Inhalation aerosols*, commonly known as metered-dose inhalers (MDIs), are intended to produce fine particles or droplets for inhalation through the mouth and deposition in the pulmonary tree. The design of the delivery system is intended to release measured mass and appropriate quality of the active substance with each actuation.

*Nasal aerosols*, commonly known as nasal MDIs, produce fine particles or droplets for delivery through the nasal vestibule and deposition in the nasal cavity. Each actuation of the valve releases measured mass and appropriate quality of the active substance.

*Lingual aerosols* are intended to produce fine particles or droplets for deposition on the surface of the tongue. The design of the delivery system releases one dose with each actuation.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

*Topical aerosols* produce fine particles or droplets for application to the skin.

Topical aerosol drug products may be designed, as needed, to deliver a metered amount of formulation upon actuation of the designed valve or continuous release of formulation during depressed status of the valve.

### PACKAGING

The accuracy of a system's delivered dose is demonstrated at the range of pressures likely to be encountered as a result of ambient temperature variations or storage in a refrigerator. As an alternative, the system should include clear instructions for use to ensure the container and contents have been equilibrated to room temperature prior to use.

### LABELING FOR PROPER USE

Refer to 21 CFR 201.320 and 21 CFR 369.21.

Many experts recommend the addition of a statement indicating that patients and/or consumers should seek advice and instruction from a health care professional about the proper use of the device.

## Capsules

Capsules are solid dosage forms in which the API and excipients are enclosed within a soluble container or shell. The shells may be composed of two pieces, a body and a cap, or they may be composed of a single piece. Two-piece capsules are commonly referred to as hard-shell capsules, and one-piece capsules are often referred to as soft-shell capsules. This distinction, although it is imprecise, reflects differing levels of plasticizers in the two compositions and the fact that one-piece capsules typically are more pliable than two-piece capsules.

The shells of capsules usually are made from gelatin. However, they also may be made from cellulose polymers or other suitable material. Most capsules are designed for oral administration. When no deliberate effort has been made to modify the API release rate, capsules are referred to as immediate-release.

**Two-Piece or Hard-Shell Capsules**—Two-piece capsules consist of two telescoping cap and body pieces in a range of standard sizes.

**One-Piece or Soft-Shell Capsules**—One-piece capsules typically are used to deliver an API as a solution or suspension. Liquid formulations placed into one-piece capsules may offer advantages by comparison with dry-filled capsules and tablets in achieving content uniformity of potent APIs or acceptable dissolution of APIs with poor aqueous solubility. Because the contact between the shell wall and its liquid contents is more intimate than in dry-filled capsules, undesired interactions may be more likely to occur (including gelatin crosslinking and pellicle formation).

**Modified-Release Capsules**—The release of APIs from capsules can be modified in several ways. There are two categories of modified-release capsule formulations recognized by the Pharmacopeia:

*Delayed-Release Capsules*—Capsules sometimes are formulated to include enteric-coated granules to prevent acid-labile APIs from the gastric environment or to prevent adverse events such as irritation. Enteric-coated multiparticulate capsule dosage forms may reduce variability in bioavailability associated with gastric emptying times for larger particles (i.e., tablets) and to minimize the likelihood of a therapeutic failure when coating defects occur during manufacturing.

*Extended-Release Capsules*—Extended-release capsules are formulated in such a manner as to make the contained API available over an extended period of time following ingestion. Expressions such as "prolonged-action", "repeat-ac-

tion", "controlled-release", and "sustained-release" have also been used to describe such dosage forms. However, the term, extended-release, is used for Pharmacopeial purposes. Requirements for dissolution (see *Dissolution* ⟨711⟩) typically are specified in the individual monograph.

Methods for modifying API release from capsules include coating the filled capsule shells or the contents in the case of dry-filled capsules.

### PREPARATION

**Two-Piece Capsules**—Two-piece gelatin capsules usually are formed from blends of gelatins that have relatively high gel strength in order to optimize shell clarity and toughness or from hypromellose. They also may contain colorants such as D&C and FD&C dyes[3] or various pigments, opaquing agents such as titanium dioxide, dispersing agents, plasticizers, and preservatives. Gelatin capsule shells normally contain between 12% and 16% water.

The shells are manufactured in one set of operations and later filled in a separate manufacturing process. Two-piece shell capsules are made by a process that involves dipping shaped pins into gelatin or hypromellose solutions, followed by drying, cutting, and joining steps.

Powder formulations for two-piece gelatin capsules generally consist of the API and at least one excipient. Both the formulation and the method of filling can affect release of the API. In the filling operation, the body and cap of the shell are separated before filling. Following the filling operation, the machinery rejoins the body and cap and ensures satisfactory closure of the capsule by exerting appropriate force on the two pieces. The joined capsules can be sealed after filling by a band at the joint of the body and cap or by a designed locking joint between the cap and body. In compounding prescription practice, two-piece capsules may be hand-filled. This permits the prescriber the choice of selecting either a single API or a combination of APIs at the exact dose level considered best for an individual patient.

**One-Piece Capsules**—One-piece shell capsules are formed, filled, and sealed in a single process on the same machine and are available in a wide variety of sizes, shapes, and colors. The most common type of one-piece capsule is that produced by a rotary die process that results in a capsule with a seam. The soft gelatin shell is somewhat thicker than that of two-piece capsules and is plasticized by the addition of polyols such as glycerin, sorbitol, or other suitable material. The ratio of the plasticizer to the gelatin can be varied to change the flexibility of the shell depending on the nature of the fill material, its intended usage, or environmental conditions.

In most cases, one-piece capsules are filled with liquids. Typically, APIs are dissolved or suspended in a liquid vehicle. Classically, an oleaginous vehicle such as a vegetable oil was used. However, nonaqueous, water-miscible liquid vehicles such as the lower molecular weight polyethylene glycols now are more common. The physicochemical properties of the vehicle can be chosen to ensure stability of the API as well as to influence the release profile from the capsule shell.

[3] In 1960 Congress enacted the Color Additive Amendments, requiring FDA to regulate dyes, pigments, or other coloring agents in foods, drugs, and cosmetics separately from food additives. Under the law, color additives are deemed unsafe unless they are used in compliance with FDA regulations. The law provides a framework for the listing and certification of color additives. See FDCA section 721; see FDA regulations at 21 CFR Part 70. Colors must also be listed in pertinent FDA regulations for specific uses; the list of color additives for drugs that are exempt from certification is published at 21 CFR Part 73, Subpart B. FDA also conducts a certification program for batches of color additives that are required to be certified before sale; see 21 CFR Part 74 (Subpart B re: drugs). Regulations regarding certification procedures, general specifications, and the listing of certified provisionally listed colors are at 21 CFR Part 80. FDA maintains a color additives website with links to various legal and regulatory resources at: http://www.cfsan.fda.gov/~dms/col-toc.html.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

## Inhalation Powders

Inhalation Powders, commonly known as dry powder inhalers (DPIs), consist of a mixture of API(s) and typically the carrier; and all formulation components exist in a finely divided solid state packaged in a suitable container–closure system. The dose is released from the packaging by a mechanism and is mobilized into a fine dispersion upon oral inhalation by the patient.

### TYPICAL COMPONENTS

The basic components of the DPI are the formulation consisting of the API(s) and typically the carrier, both in the dry state. The formulation may be packaged in pre-metered or device-metered units. Pre-metered DPIs contain a previously measured amount of formulation in individual units (e.g., capsules, blisters) that are inserted into the device before use. Pre-metered DPIs may also contain pre-metered dose units as ordered multidose assemblies in the delivery system. Pre-metered DPIs include a mechanism designed to pierce the capsule or open the unit-dose container and allow mobilization and aerosolization of the powder by the patient inhaling through the integral mouthpiece. Device-metered DPI(s) have an internal reservoir that contains a sufficient quantity of formulation for multiple doses that are metered by the device during actuation by the patient. To facilitate dosing compliance, device-metered DPIs incorporate a dosing administration information mechanism, such as a dose counter or a dose indicator system.

### PACKAGING

For pre-metered DPIs packaged in blister units, the packs must be designed to allow individual unit cavities to be opened without compromising the seal of adjacent cavities. Package components must provide acceptable protection from humidity, light, and/or oxygen as appropriate. The components of the DPI container–closure system typically are made of plastic.

### LABELING AND USE

Many experts recommend the addition of a statement indicating that patients and/or consumers should seek advice and instruction from a health care professional about the proper use of the device.

## Emulsions (Creams and Lotions)

**Creams**—Creams are semisolid emulsion dosage forms. They often contain more than 20% water and volatiles and typically contain less than 50% hydrocarbons, waxes, or polyols as the vehicle for the API. Creams generally are intended for external application to the skin or to the mucous membranes. Creams have a relatively soft, spreadable consistency and can be formulated as either a water-in-oil emulsion (e.g., *Cold Cream* or *Fatty Cream* as in the *European Pharmacopoeia*) or as an oil-in-water emulsion (e.g., *Betamethasone Valerate Cream*). Creams generally are described as either nonwashable or washable, reflecting the fact that an emulsion with an aqueous external continuous phase is more easily removed than one with a nonaqueous external phase (water-in-oil emulsion). Where the term "cream" is used without qualification, a water-washable product is generally inferred.

**Lotions**—Lotions are an emulsified liquid dosage form generally intended for external application to the skin. Historically, some topical suspensions such as calamine lotion have been called lotions but that nomenclature is not currently preferred. Lotions share many characteristics with creams. The distinguishing factor is that they are more fluid than semisolid and thus pourable. Due to their fluid character, lotions are more easily applied to large skin surfaces than semisolid preparations. Lotions may contain antimicrobial agents as preservatives.

### PREPARATION

*Pharmaceutical Compounding—Nonsterile Preparations ⟨795⟩* provides general information regarding the preparation of emulsions.

**Creams**—Creams may be formulated from a variety of oils, both mineral and vegetable, and from fatty alcohols, fatty acids, and fatty esters. The solid excipients are melted at the time of preparation. Emulsifying agents include nonionic surfactants, detergents, and soaps. Soaps are usually formed from a fatty acid in the oil phase hydrolyzed by a base dissolved in the aqueous phase in situ during the preparation of creams.

Preparation usually involves separating the formula components into two portions: lipid and aqueous. The lipid portion contains all water-insoluble components and the aqueous portion the water-soluble components. Both phases are heated to a temperature above the melting point of the highest melting component. The phases then are mixed and the mixture is stirred until reaching ambient temperature or the mixture has congealed. Mixing generally is continued during the cooling process to promote uniformity. Traditionally, the aqueous phase is added to the lipid phase, but comparable results have been obtained with the reverse procedure. High-shear homogenation may be employed to reduce particle or droplet size and improve the physical stability of the resultant dosage form.

The API(s) can be added to the phase in which it is soluble at the beginning of the manufacturing process, or it can be added after the cream is prepared by a suitable dispersion process such as levigation or milling with a roller mill. Creams usually require the addition of a preservative(s) unless they are compounded immediately prior to use and intended to be consumed in a relatively short period of time.

**Lotions**—Lotions usually are prepared by dissolving or dispersing the API into the more appropriate phase (oil or water), adding the appropriate emulsifying or suspending agents, and mixing the oil and water phases to form a uniform fluid emulsion.

### LABELING AND PACKAGING

Some products may require labeling directions indicating to shake well prior to application and to avoid freezing. Storage limits must be specifically indicated to prevent melting of semisolid components. Instructions to ensure proper dosing and administration must accompany the product. Tight containers are used for preparation and storage to prevent loss by evaporation.

## Veterinary Drugs and Drug Products Delivered in Animal Feeds

Medicated articles/feeds are preparations used in veterinary medicine to deliver the API(s) via the water or food given to animals. The medicated article/feed may be either a solid or liquid and sometimes is called a premix. Medicated articles/feeds are further subdivided into three types.

### TYPE A MEDICATED ARTICLES

Type A medicated articles consist of a new animal drug(s) with or without a carrier (e.g., calcium carbonate, rice hull, corn, gluten) and with or without inactive ingredients. They are sold to licensed feed mills or producers and are intended

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

to be further diluted by mixing into food or water prior to consumption by the animals. Because these preparations are not actually dosed to animals, they are not considered dosage forms.

### TYPE B MEDICATED FEEDS

Type B medicated feeds are products that contain a type A medicated article, or another type B medicated feed, plus a substantial quantity of nutrients (not less than 25% of the total weight). Like type A medicated articles, type B medicated feeds are intended for mixture with food or water and additional nutrients, are not to be fed directly to the animals, and are not considered dosage forms.

### TYPE C MEDICATED FEEDS

Type C medicated feeds are made from type A medicated articles or type B medicated feeds and are prepared at concentrations of the API appropriate for administration to animals by mixing in food or water. Administration of type C medicated feeds can be accomplished by blending directly into the feed; top-dressing the preparation onto the animal's normal daily rations; or heating, steaming, and extruding into pellets that are mixed or top-dressed onto the animal's food. Another form of type C medicated feeds is compressed or molded blocks from which animals receive the API or nutrients via licking the block.

### PREPARATION

Type A medicated articles that are liquids are produced by mixing the API(s) with a suitable solvent (e.g., water or propylene glycol). The API(s) is usually dissolved to produce a solution, but suspension products also could be produced.

Type A medicated articles that are solids are produced by blending the API with excipients to provide a uniform dosage form when mixed with the animal's feed. Often the API is first mixed with an excipient (e.g., starch or sodium aluminosilicate) that has a similar particle size and can help distribute the API uniformly throughout the final drug product. This pre-blend is then mixed with bulking excipients (e.g., calcium carbonate or soybean hulls). Mineral oil may be added to aid uniform distribution, to prevent particle segregation during shipping, and to minimize formation of airborne API particles during production of type B or C medicated feeds.

Type B or C medicated feeds are produced at licensed feed mills or by farm producers. Type A medicated articles are added to the feeds (e.g., ground corn or oats) during the milling process of making feeds. Liquid type A medicated articles often are sprayed in at set rates, and solid type A medicated articles are added slowly to aid in creating uniform distribution in the feeds. Liquid type A medicated articles can also be mixed in with bulk water sources at prescribed amounts.

### LABELING AND PACKAGING

Type A medicated articles or type B medicated feeds include special labeling to indicate that they should be used in the manufacture of animal feeds or added to the drinking water. The labels indicate that they are not to be fed directly to animals. Also included is a statement indicating "Not for Human Use". Type A medicated articles or type B medicated feeds are packaged either in paper bags, often with polyethylene liners for solids, and in plastic containers for liquids. Typical sizes are 50-lb bags or several-gallon containers.

## Foams

Medicated foams are emulsions containing a dispersed phase of gas bubbles in a liquid continuous phase containing the API. Medicated foams are packaged in pressurized containers or special dispensing devices and are intended for application to the skin or mucous membranes. The medicated foam is formed at the time of application. Surfactants are used to ensure the dispersion of the gas and the two phases. Medicated foams have a fluffy, semisolid consistency and can be formulated to break to a liquid quickly or to remain as foam to ensure prolonged contact.

Medicated foams intended to treat severely injured skin or open wounds must be sterile.

### PREPARATION

A foam may contain one or more APIs, surfactants, aqueous or nonaqueous liquids, and the propellants. If the propellant is in the internal (discontinuous) phase (i.e., is of the oil-in-water type), a stable foam is discharged. If the propellant is in the external (continuous) phase (i.e., is of the water-in-oil type), a spray or a quick-breaking foam is discharged. Quick-breaking foams formulated with alcohol create a cooling sensation when applied to the skin and may have disinfectant properties.

### LABELING AND USE

Foams formulated with flammable components should be appropriately labeled. Labeling indicates that prior to dispensing, a foam drug product is shaken well to ensure uniformity. The instructions for use must clearly note special precautions that are necessary to preserve sterility. In the absence of a metering valve, delivered volume may be variable.

## Medical Gases (Inhalation Materials)

Medical gases are products that are administered directly as a gas. A medical gas has a direct pharmacological action or acts as a diluent for another medical gas. Gases used as excipients for administration of aerosol products, as an adjuvant in packaging, or produced by other dosage forms, are not included in this definition.

**Components**—Medical gases may be single components or defined mixtures of components. Mixtures also can be extemporaneously prepared at the point of use.

**Administration**—Medical gases may be administered to the patient using several methods: nasal cannulas, face masks, atmospheric tents, and endotracheal tubes for the pulmonary route; hyperbaric chambers for the pulmonary and dermal routes of administration; jetted tubes that are directed at dental tissue to promote drying in preparation for fillings and crowns; tubes for expanding the intestines to facilitate medical imaging during colonoscopy; tubes for expanding the pelvis via transuterine inflation in preparation for fallopian tubal ligation; and tubes for expanding angioplasty devices. The dose of medical gas typically is metered by a volume rate of flow under ambient temperature and pressure conditions. Administration of a highly compressed gas generally requires a regulator to decrease the pressure, a variable-volume flow controller, and suitable tubing to conduct the gas to the patient. For pulmonary administration, the gas flow will be directed to the nose or mouth by a suitable device or into the trachea through a mechanical ventilator. When medical gases are administered chronically, provision for humidification is common. Care should be exercised to avoid microbial contamination.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

## STORAGE

Medical gases are stored in a compressed state in cylinders or other suitable containers. The containers must be constructed of materials that can safely withstand the expected pressure and must be impact resistant. In some cases each container holds a single defined dose (e.g., general anesthetics), but in other cases the container holds sufficient gas for extended administration.

## SPECIAL CONSIDERATIONS

The container and system fittings should be appropriate for the medical gas. Adaptors should not be used to connect containers to patient-use supply system piping or equipment. Large quantities of gases such as oxygen or nitrogen can be stored in the liquid state in a cryogenic container and converted into a gas, as needed, by evaporation. Additional rules concerning the construction and use of cryogenic containers are promulgated by governmental agencies (e.g., U.S. Department of Commerce).

Containers, tubing, and administration masks employed for gases containing oxygen are free of any compound that would be sensitive to oxidation or that would be irritating to the respiratory tract.

A significant fraction of the dose of a medical gas may be released into the general vicinity of the patient due to incomplete absorption. Adequate ventilation may be necessary to protect health care workers and others from exposure to the gas (e.g., nitrous oxide).

## LABELING

If required under the individual monograph, label to indicate the method of manufacture (such as oxygen via air liquefaction). When piped directly from the storage container to the point of use, the gas must be labeled for content at each outlet.

When oxygen is in use, a posted warning should indicate the necessity of extinguishing smoking materials and avoiding the use of open flames or other potential ignition sources.

# Gels

Gels are semisolids consisting either of suspensions of small inorganic particles or of organic molecules interpenetrated by a liquid. Jellies are a type of gel that typically have a higher water content. Gels can be classed either as single-phase or two-phase systems.

A two-phase gel consists of a network of small discrete particles (e.g., *Aluminum Hydroxide Gel* or *Psyllium Hemicellulose*). Gels may be thixotropic, forming semisolids on standing and becoming less viscous on agitation. They should be shaken before use to ensure homogeneity and should be so labeled.

Single-phase gels consist of organic macromolecules uniformly distributed throughout a liquid in such a manner that no apparent boundaries exist between the dispersed macromolecules and the liquid. Single-phase gels may be made from natural or synthetic macromolecules (e.g., *Carbomer*, *Hydroxypropyl Methylcellulose*, or *Starch*) or natural gums (e.g., *Tragacanth*). The latter preparations are also called mucilages. Although these gels commonly are aqueous, alcohols and oils may be used as the continuous phase. For example, mineral oil can be combined with a polyethylene resin to form an oleaginous ointment base.

Gels can be administered by the topical or mucosal routes. Gels containing antibiotics administered by teat infusion can be used in veterinary medicine to treat mastitis.

## PREPARATION

See *Pharmaceutical Compounding—Nonsterile Preparations* ⟨795⟩ for general procedures. Also see the information contained under *Suspensions* for the formulation and manufacture of gels containing inorganic components or APIs in the solid phase. See *Pharmaceutical Compounding—Sterile Preparations* ⟨797⟩ for general procedures for the preparation of sterile gels such as *Lidocaine Hydrochloride Jelly*.

Gels formed with large organic molecules may be formed by dispersing the molecule in the continuous phase (e.g., by heating starch), by cross-linking the dispersed molecules by changing the pH (as for *Carbomer Copolymer*), or by reducing the continuous phase (as for jellies formed with sucrose).

Care should be taken to ensure uniformity of the APIs by dispersing them by vigorous mixing or milling or by shaking if the preparation is less viscous.

## PACKAGING AND STORAGE

Store in tight containers to prevent water loss. Avoid freezing.

# Granules

Granules are solid dosage forms that are composed of agglomerations of smaller particles. These multicomponent compositions are prepared for oral administration and are used to facilitate flexible dosing regimens as granules or as suspensions, address stability challenges, allow taste masking, or facilitate flexibility in administration (for instance, to pediatric patients, geriatric patients, or animals). Granular dosage forms may be formulated for direct oral administration and may facilitate compounding of multiple APIs by allowing compounding pharmacists to blend various granular compositions in the retail or hospital pharmacy. More commonly, granules are reconstituted to a suspension by the addition of water or a supplied liquid diluent immediately prior to delivery to the patient. Effervescent granules are formulated to liberate gas (carbon dioxide) upon addition of water. Common examples of effervescent granules include antacid and potassium supplementation preparations. Common therapeutic classes formulated as granule dosage forms include antibiotics, certain laxatives (such as senna extract products), electrolytes, and various cough and cold remedies that contain multiple APIs.

Granular dosage forms also are employed in veterinary medicine when they are often placed on top of or mixed with an animal's food. They are frequently provided with a measuring device to allow addition to feeds. The resultant mix facilitates dosing.

## PREPARATION

Granules often are the precursors used in tablet compression or capsule filling. Although this application represents a pharmaceutical intermediate and not a final dosage form, numerous commercial products are based on granules. In the typical manufacture of granules, the API is blended with excipients (processing aids) and wetted with an appropriate pharmaceutical binding solution, solvent, or blend of solvents to promote agglomeration. This composition is dried and sized to yield the desired material properties.

Frequently, granules are used because the API is unstable in aqueous environments and cannot be exposed to water for periods sufficient to accommodate manufacture, storage, and distribution in a suspension. Preparation of the liquid dosage form from the granules immediately prior to dispensing allows acceptable stability for the duration of use. Granules manufactured for this purpose are packaged in quantities sufficient for a limited time period—usually one

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

course of therapy that typically does not exceed two weeks. In addition to the API, other ingredients may be added to ensure acceptable stability (e.g., buffers, antioxidants, or chelating agents) or to provide color, sweetness, and flavor; and for suspensions, to provide acceptable viscosity to ensure adequate suspension of the particulate to enable uniform dosing.

Effervescent granules typically are formulated from sodium or potassium bicarbonate and an acid such as citric or tartaric acid. To prevent untimely generation of carbon dioxide, manufacturers should take special precautions to limit residual water in the product due to manufacture and to select packaging that protects the product from moisture. The manufacture of effervescent granules can require specialized facilities designed to maintain very low humidity (approximately 10% relative humidity). Effervescent powder mixtures are purposely formed into relatively course granules to reduce the rate of dissolution and provide a more controlled effervescence.

### PACKAGING AND STORAGE

Granules for reconstitution may be packaged in unit-of-use containers or in containers with sufficient quantities to accommodate a typical course of therapy (frequently 10 days to two weeks with antibiotic products). Packaging should provide suitable protection from moisture. This is particularly true for effervescent granules. Granules may be stored under controlled room temperature conditions unless other conditions are specifically noted.

Many granule products specify refrigerated storage following reconstitution and direct the patient to discard unused contents after a specified date that is based on the stability of the API in the reconstituted preparation.

### LABELING AND USE

Effervescent granules (and tablets) are labeled to indicate that they are not to be swallowed directly.

Reconstitution of granules must ensure complete wetting of all ingredients and sufficient time and agitation to allow the soluble components to dissolve. Specific instructions for reconstitution provided by the manufacturer should be carefully followed.

Reconstituted suspensions should be thoroughly mixed or shaken before use to re-suspend the dispersed particulates. This is especially true of suspension preparations dosed from multiple-dose containers. For particularly viscous suspensions prone to air entrapment, instructions may advise the user how to shake the preparation to re-suspend settled particulates while minimizing air entrapment.

### SPECIAL CONSIDERATIONS

For granules reconstituted to form suspensions for oral administration, acceptable suspension of the particulate phase depends on the particle size of the dispersed phase as well as the viscosity of the vehicle. Temperature can influence the viscosity, which influences suspension properties and the ease of removal of the dose from the bottle. In addition, temperature cycling can lead to changes in the particle size of the dispersed phase via Ostwald ripening. Thus, clear instructions should be provided regarding the appropriate storage temperature for the product.

## Medicated Gums

Medicated gum is a semisolid confection that is designed to be chewed rather than swallowed. Medicated gums release the API(s) into the saliva. Medicated gums can deliver therapeutic agents for local action in the mouth (such as antibiotics to control gum disease) or for systemic absorp-

tion via the buccal or gastrointestinal routes (e.g., nicotine or aspirin). Most medicated gums are manufactured using the conventional melting process derived from the confectionary industry or alternatively may be directly compressed from gum powder. Medicated gums are formulated from insoluble synthetic gum bases such as polyisoprene, polyisobutylene, isobutyleneisoprene copolymer, styrene butadiene rubber, polyvinyl acetate, polyethylene, ester gums, or polyterpenes. Plasticizers and softeners such as propylene glycol, glycerin, oleic acid, or processed vegetable oils are added to keep the gum base pliable and to aid incorporation of the API(s), sweeteners, and flavoring agents. Sugars as well as artificial sweeteners and flavorings are incorporated to improve taste, and dyes may be used to enhance appearance. Some medicated gums are coated with magnesium stearate to reduce tackiness and improve handling during packaging. A preservative may be added.

### PREPARATION

**Melted Gum**—The gum base is melted at a temperature of about 115° until it has the viscosity of thick syrup and at that point is filtered through a fine-mesh screen. This molten gum base is transferred to mixing tanks where the sweeteners, plasticizers, and typically the API are added and mixed. Colorings, flavorings, and preservatives are added and mixed while the melted gum is cooling. The cooled mixture is shaped by extrusion or rolling and cutting. Dosage units of the desired shape and potency are packaged individually. Additional coatings such as powder coatings to reduce tackiness or film or sugar coatings may be added to improve taste or facilitate bulk packaging.

**Directly Compressed Gum**—The gum base is supplied in a free-flowing granular powder form. The powder gum base is then dry blended with sweeteners, flavors, the API, and lubricant. The blend is then processed through a conventional tablet press and tableted into desired shapes. The resulting medicated gum tablets can be further coated with sugar or sugar-free excipients. These tablets can be packaged in blisters or bottles as needed.

### SPECIAL CONSIDERATIONS

Medicated gums are typically dispensed in unit-dose packaging. The patient instructions also may include a caution to avoid excessive heat.

## Implants

Implants are long-acting dosage forms that provide continuous release of the API often for periods of months to years. They are administered by the parenteral route. For systemic delivery they may be placed subcutaneously, or for local delivery they can be placed in a specific region in the body.

Several types of implants are available. Pellet implants are small, sterile, solid masses composed of an API with or without excipients. They are usually administered by means of a suitable special injector (e.g., trocar) or by surgical incision. Release of the API from pellets typically is controlled by diffusion and dissolution kinetics. The size of the pellets and rate of erosion will influence the release rate, which typically follows first-order kinetics. API release from pellets for periods of six months or more is possible. Pellet implants have been used to provide extended delivery of hormones such as testosterone or estradiol.

Resorbable microparticles are a type of implants that provide extended release of API over periods varying from a few weeks to months. They can be administered subcutaneously or intramuscularly for systemic delivery, or they may be deposited in a desired location in the body for site-specific delivery. Injectable resorbable microparticles (or micro-

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

spheres) generally range from 20 to 100 μm in diameter. They are composed of an API dispersed within a biocompatible, bioresorbable polymeric excipient (matrix). Poly(lactide-co-glycolide) polymers have been used frequently. These excipients typically resorb by hydrolysis of ester linkages. The microparticles are administered by suspension in an aqueous vehicle followed by injection with a conventional syringe and needle. Release of the API from the microparticles begins after physiological fluid enters the polymer matrix, dissolving some of the API that then is released by a diffusion-controlled process. Drug release also can occur as the matrix erodes.

Polymer implants can be formed as a single-shaped mass such as a cylinder. The polymer matrix must be biocompatible, but it can be either biodegradable or nonbiodegradable. Shaped polymer implants are administered by means of a suitable special injector. Release kinetics typically are not zero-order, but zero-order kinetics are possible. API release can be controlled by the diffusion of the API from the bulk polymer matrix or by the properties of a rate-limiting polymeric membrane coating. Polymer implants are used to deliver potent small molecules like steroids (e.g., estradiol for cattle) and large molecules like peptides [e.g., luteinizing hormone-releasing hormone (LHRH)]. Example durations of API release are two and three months for biodegradable implants and one year for nonbiodegradable implants. An advantage of biodegradable implants is that they do not require removal after release of all API content. Nonbiodegradable polymer implants can be removed before or after API release is complete or may be left in situ. An implant can have a tab with a hole in it to facilitate suturing it in place, e.g., for an intravitreal implant for local ocular delivery. Such implants may provide therapeutic release for periods as long as 2.5 years.

Some implants are designed to form as a mass in situ. These implants are initially prepared as liquid formulations comprising polymer, API, and solvent for the polymer. The polymer solvent can be water or an organic solvent. After administration of the liquid formulation to a patient by subcutaneous or intramuscular administration, it forms a gel or a solid polymeric matrix that traps the API and extends the API release for days or months. In situ-forming implants also are used for local delivery of the API to treat periodontal disease. The implant is formed within the periodontal pocket.

Another type of implant can be fabricated from a metal such as titanium and plastic components. These implants are administered by means of a suitable injector or by surgical installation. A solution of API inside the implant, like an LHRH solution, is released via an osmotically driven pump inside the implant. Duration of release may be as long as one year or more. Release kinetics are zero order. After the API is delivered, metal-based implants are removed.

API-eluting stents combine the mechanical effect of the stent to maintain arterial patency with the prolonged pharmacologic effect of the incorporated API (to reduce restenosis, inhibit clot formation, or combat infection). As an example, a metal stent can be coated with a nonbiodegradable or biodegradable polymer-containing API. The resultant coating is a polymeric matrix that controls the extended release of the API.

## PREPARATION

Pellet implants are made by API compression or molding. Cylindrical polymeric implants typically are made by melt extrusion of a blend of API and polymer, resulting in a rod that is cut into shorter lengths. Polymer implants also can be made by injection molding. Still other implants are assembled from metal tubes and injection-molded plastic components.

Sterility can be achieved by terminal sterilization or by employing aseptic manufacturing procedures.

## PACKAGING AND STORAGE

All implants are individually packaged (typically in their injector or for veterinary use in cartridges that are placed in the injector guns), are sterile (except for some animal health products), and conform to the appropriate standards for injection. Biodegradable implants are protected from moisture so the polymer does not hydrolyze and alter drug release kinetics before use.

## Inserts

Inserts are solid dosage forms that are inserted into a naturally occurring (nonsurgical) body cavity other than the mouth or rectum (see *Suppositories*). The API is delivered in inserts for local or systemic action. Inserts applied to the eye, such as *Pilocarpine Ocular System*, typically are sterile. Vaginal inserts for humans are usually globular or oviform and weigh about 5 g each. Vaginal inserts for cattle are T-shaped, are formed of polymer, are removable, and can be used for up to eight days. One veterinary application is for estrus synchronization. Inserts intended to dissolve in vaginal secretions usually are made from water-soluble or water-miscible vehicles such as polyethylene glycol or glycerinated gelatin. Vaginal inserts such as dinoprostone vaginal insert (e.g., see USP monograph *Dinoprostone Vaginal Suppositories*) are formulated to deliver medication to the cervix and to be removed or recovered once the API has been released. Intrauterine inserts such as *Progesterone Intrauterine Contraceptive System* are used to deliver APIs locally to achieve efficacy while reducing side effects. Some intrauterine inserts are formulated to remain in the uterus for extended periods of time. An intra-urethral insert of alprostadil is available for the treatment of erectile dysfunction.

## PREPARATION

For general considerations see *Pharmaceutical Compounding—Nonsterile Preparations* ⟨795⟩. Inserts vary considerably in their preparation. Inserts may be molded (using technology similar to that used to prepare lozenges, suppositories, or plastics), compressed from powders (as in tableting), or formulated as special applications of capsules (soft gelatin capsules and hard gelatin capsules have been employed for extemporaneously compounded preparations). Inserts may be formulated to melt at body temperature or disintegrate upon insertion. Design of the dosage form should take into consideration the fluid volume available at the insertion site and minimize the potential to cause local irritation. Most inserts are formulated to ensure retention at the site of administration.

## STORAGE AND LABELING

Appropriate storage conditions must be clearly indicated in the labeling for all inserts, especially for those that are designed to melt at body temperature. Instructions to ensure proper dosing and administration must accompany the product.

## Liquids

As a dosage form a liquid consists of a pure chemical in its liquid state. Examples include mineral oil, isoflurane, and ether. This dosage form term is not applied to solutions.

## STORAGE AND LABELING

Storage, packaging, and labeling consider the physical properties of the material and are designed to maintain potency and purity.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

## Lotions

(See *Emulsions*.)

## Lozenges

Lozenges are solid oral dosage forms that are designed to dissolve or disintegrate slowly in the mouth. They contain one or more APIs that are slowly liberated from the flavored and sweetened base. They are frequently intended to provide local action in the oral cavity or the throat but also include those intended for systemic absorption after dissolution. The typical therapeutic categories of APIs delivered in lozenges are antiseptics, analgesics, decongestants, antitussives, and antibiotics. Molded lozenges are called cough drops or pastilles. Lozenges prepared by compression or by stamping or cutting from a uniform bed of paste sometimes are known as troches. Troches are often produced in a circular shape.

Lozenges can be made using sugars such as sucrose and dextrose or can provide the benefits of a sugar-free formulation that is usually based on sorbitol or mannitol. Polyethylene glycols and hypromellose sometimes are included to slow the rate of dissolution.

### MANUFACTURE

Excipients used in molded lozenge manufacture include gelatin, fused sucrose, sorbitol, or another carbohydrate base.

Molded lozenges using a sucrose or sorbitol base containing APIs such as phenol, dextromethorphan, fentanyl, and dyclonine hydrochloride and menthol are prepared by cooking the sugar (sucrose, corn syrup, and sorbitol) and water at about 150° to reduce the water content to less than 2%. The molten sugar solution is transferred to a cooling belt or cooling table, and medicaments, flavorings, and colorings are added and thoroughly mixed while cooling. Individual dosage units of the desired shape are formed by filling the molten mass into molds. These lozenges are quickly cooled in the molds to trap the base in the glassy state. Once formed, the lozenges are removed from the molds and packaged. Care is taken to avoid excessive moisture during storage to prevent crystallization of the sugar base.

Compressed lozenges are made using excipients that may include a filler, binder, sweetening agent, flavoring agent, and lubricant. Sugars such as sucrose, sorbitol, and mannitol often are included because they can act as filler and binder as well as serve as sweetening agents. Approved FD&C and D&C dyes or lakes (dyes adsorbed onto insoluble aluminum hydroxide) also may be present.

The manufacturing of compressed lozenges is essentially the same as that for conventional tableting, with the exception that a tablet press capable of making larger tablets and exerting greater force to produce harder tablets may be required (see *Tablets*).

The paste used to produce lozenges manufactured by stamping or cutting contains a moistening agent, sucrose, and flavoring and sweetening agents. The homogenous paste is spread as a bed of uniform thickness, and the lozenges are cut or stamped from the bed and are allowed to dry. Some lozenges are prepared by forcing dampened powders under low pressure into mold cavities and then ejecting them onto suitable trays for drying at moderate temperatures.

### PACKAGING AND STORAGE

Many lozenges are sensitive to moisture, and typically a monograph indicates that the package or container type is well closed and/or moisture resistant. Storage instructions may include protection from high humidity.

## Ointments

Ointments are semisolid preparations intended for external application to the skin or mucous membranes. APIs delivered in ointments are intended for local action or for systemic absorption. Ointments usually contain less than 20% water and volatiles and more than 50% hydrocarbons, waxes, or polyols as the vehicle. Ointment bases recognized for use as vehicles fall into four general classes: hydrocarbon bases, absorption bases, water-removable bases, and water-soluble bases.

**Hydrocarbon Bases**—Also known as oleaginous ointment bases, they allow the incorporation of only small amounts of an aqueous component. Ointments prepared from hydrocarbon bases act as occlusive dressings and provide prolonged contact of the API with the skin. They are difficult to remove and do not change physical characteristics upon aging.

**Absorption Bases**—Allow the incorporation of aqueous solutions. Such bases include only anhydrous components (e.g., *Hydrophilic Petrolatum*) or water-in-oil emulsions (e.g., *Lanolin*). Absorption bases are also useful as emollients.

**Water-Removable Bases**—Oil-in-water emulsions (e.g., *Hydrophilic Ointment*) are sometimes referred to as creams (see *Emulsions*). They may be readily washed from the skin or clothing with water, making them acceptable for cosmetic reasons. Other advantages of the water-removable bases are that they can be diluted with water and that they favor the absorption of serous discharges in dermatological conditions.

**Water-Soluble Bases**—Also known as greaseless ointment bases, they are formulated entirely from water-soluble constituents. *Polyethylene Glycol Ointment* is the only official preparation in this group. They offer many of the advantages of the water-removable bases and, in addition, contain no water-insoluble substances such as petrolatum, anhydrous lanolin, or waxes. They are more correctly categorized as gels (see *Gels*).

The choice of an ointment base depends on the action desired, the characteristics of the incorporated API, and the latter's bioavailability if systemic action is desired. The product's stability may require the use of a base that is less than ideal in meeting other quality attributes. APIs that hydrolyze rapidly, for example, are more stable in hydrocarbon bases than in bases that contain water.

Ophthalmic ointments are intended for application directly to the eye or eye-associated structures such as the subconjunctival sac. They are manufactured from sterilized ingredients under aseptic conditions and meet the requirements under *Sterility Tests* ⟨71⟩. Ingredients meeting the requirements described under *Sterility Tests* ⟨71⟩ are used if they are not suitable for sterilization procedures. Ophthalmic ointments in multiple-dose containers contain suitable antimicrobial agents to control microorganisms that might be introduced during use unless otherwise directed in the individual monograph or unless the formula itself is bacteriostatic (see *Ophthalmic Ointments* ⟨771⟩, *Added Substances*). The finished ointment is free from large particles and must meet the requirements for *Leakage* and for *Metal Particles* under *Ophthalmic Ointments* ⟨771⟩. The immediate container for ophthalmic ointments is sterile at the time of filling and closing. The immediate containers for ophthalmic ointments are sealed and made tamper-proof so that sterility is ensured at time of first use.

A suitable ophthalmic ointment base is nonirritating to the eye and permits diffusion of the API throughout the secretions bathing the eye. Petrolatum is most commonly used as a base for ophthalmic APIs. Some absorption bases, water-removable bases, and water-soluble bases may be desirable for water-soluble APIs if the bases are nonirritating.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

## MANUFACTURE

Ointments typically are prepared by either direct incorporation into a previously prepared ointment base or by fusion (heating during the preparation of the ointment). A levigating agent is often added to facilitate the incorporation of the medicament into the ointment base by the direct incorporation procedure. In the fusion method, the ingredients are heated, often in the range of 60° to 80°. Homogenization is often necessary. The rate of cooling is an important manufacturing detail because rapid cooling can impart increased structure to the product of the fusion method.

### PACKAGING AND STORAGE

Protect from moisture. For emulsified systems, temperature extremes can lead to physical instability of the preparation. When this is the case products should be clearly labeled to specify appropriate storage conditions. Ointments typically are packaged either in ointment jars or ointment tubes. Ointment jars are often used for more viscous ointments that do not require sterility. Ointment tubes typically are used for less viscous ointments and those such as ophthalmic ointments that require the maintenance of sterility. The package sizes for ophthalmic preparations are controlled to minimize the likelihood of contamination and loss of sterility.

## Pastes

Pastes are semisolid preparations of stiff consistency and contain a high percentage of finely dispersed solids. Pastes are intended for application to the skin, oral cavity, or mucous membranes. In veterinary practice, pastes are used for systemic delivery of APIs.

Pastes ordinarily do not flow at body temperature and thus can serve as occlusive, protective coatings. As a consequence, pastes are more often used for protective action than are ointments.

Fatty pastes that have a high proportion of hydrophilic solids appear less greasy and more absorptive than ointments. They are used to absorb serous secretions and are often preferred for acute lesions that have a tendency toward crusting, vesiculation, or oozing.

Dental pastes may be applied to the teeth, or alternatively they may be indicated for adhesion to the mucous membrane for a local effect (e.g., *Triamcinolone Acetonide Dental Paste*). Some paste preparations intended for animals are administered orally. The paste is squeezed into the mouth of the animal, generally at the back of the tongue, or is spread inside the mouth.

### PREPARATION

Pastes can be prepared by direct incorporation or by fusion (the use of heat to soften the base). The solid ingredients often are incorporated following comminution and sieving. If a levigating agent is needed, a portion of the ointment base is often employed rather than a liquid.

### LABELING AND STORAGE

Veterinary products should be labeled to ensure they are not administered to humans. Labeling should indicate the need for protection from heat.

## Transdermal Systems (Patches)

Transdermal API delivery systems (TDSs) are discrete dosage forms that are designed to deliver the API(s) through intact skin to the systemic circulation. Typically, a TDS is composed of an outer covering (barrier), an API reservoir (possibly covered with a rate-controlling membrane), a contact adhesive applied to some or all parts of the system (to attach the TDS to the skin surface), and a protective layer that is removed before the patch is applied. The activity of a TDS is defined in terms of the release rate of the API(s) from the system. The total duration of drug release from the system and the system surface area also may be stated.

Most TDSs can be considered either matrix-type or reservoir-type systems. Matrix-type patches are often further divided into monolithic adhesive matrix or polymer matrix types. Reservoir-type systems include liquid reservoir systems and solid-state reservoir systems. Solid-state reservoir patches also include multilaminate adhesive and multilaminate polymer matrix systems.

Drug delivery from some TDSs is controlled by diffusion kinetics. The API diffuses from the drug reservoir directly or through the rate-controlling membrane and/or contact adhesive and then through the skin into the general circulation. Modified-release systems are generally designed to provide drug delivery at a constant rate so that a true steady-state blood concentration is achieved and maintained until the system is removed. Other TDSs work by active transport of the API. For example, iontophoretic transdermal delivery uses the electric current between two electrodes to enhance the movement of ionized APIs through the skin.

TDSs are applied to the body areas recommended by the labeling. The API content of the system provides a reservoir that, by design, maintains a constant API concentration at the system–skin interface. The dosing interval of the system is a function of the amount of API in the reservoir and the release rate. Some API concentration may remain in the reservoir at the end of the dosing interval, for diffusion-controlled delivery mechanisms. [NOTE—Where the API is intended for local action, it may be embedded in adhesive on a cloth or plastic backing. This type of product is sometimes called a plaster or tape (see *Plasters* and *Tapes*).]

### PREPARATION

TDSs require a backing, a means of storing the API for delivery to the skin, an adhesive to attach the system to the skin, and a removable release liner to protect the adhesive, API, and excipients before application. The backing has low moisture- and vapor-transmission rates to support product stability. The adhesive layer may contain the API and permeation enhancers in the case of matrix-type systems or multilaminate reservoir systems for which a priming dose is desired. Adhesive may be applied to the entire patch release surface or merely to the periphery. Liquid reservoir systems are often formed–filled–sealed between the backing and release-controlling materials. For monolithic adhesive matrix systems, the API and excipients are applied as a solution or suspension either to the backing or the release liner, and the solvent is allowed to evaporate.

### PACKAGING AND STORAGE

Storage conditions are clearly specified because extreme temperature excursions can influence the performance of some systems.

### LABELING

The labeling should clearly indicate any performance limitations of the system (e.g., influence of application site, hydration state, hair, or other variables).

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

## Pellets

Pellets are dosage forms composed of small, solid particles of uniform shape sometimes called beads. Typically, pellets are nearly spherical but this is not required. Pellets may be administered by the oral (gastrointestinal) or by the injection route (see also *Implants*). Pellet formulations may provide several advantages including physical separation for chemically or physically incompatible materials, extended release of the API, or delayed release to protect an acid-labile API from degradation in the stomach or to protect stomach tissues from irritation. Extended-release pellet formulations may be designed with the API dispersed in a matrix, or the pellet may be coated with an appropriate polymer coating that modifies the drug-release characteristics. Alternatively, the pellet design may combine these two approaches. In the case of delayed-release formulations, the coating polymer is chosen to resist dissolution at the lower pH of the gastric environment but to dissolve in the higher pH intestinal environment. Injected or surgically administered pellet preparations (see *Implants*) are often used to provide continuous therapy for periods of months or years.

Pellet dosage forms may be designed as single or multiple entities. Often implanted pellets will contain the desired API content in one or several units. In veterinary practice, multiple pellets may be implanted in the ears of cattle, depending on animal size. Oral pellets typically are contained within hard gelatin capsules for administration. Although there are no absolute requirements for size, the useful size range of pellets is governed by the practical constraints of the volume of commonly used capsules and the need to include sufficient numbers of pellets in each dose to ensure uniform dosing of the API. As a result, many pellets used for oral administration fall within a size range of 710 μm to 2.36 mm. Pellet formulations sometimes are used to minimize variability associated with larger dosage forms caused by gastric retention upon stomach emptying.

Enteric-coated (delayed-release) pellet formulations and some extended-release formulations are prepared by applying a coating to the formulated particles. The coating must be applied as a continuous film over the entire surface of each particle. Because a small population of imperfectly coated particles may be unavoidable, oral pellets are designed to require the administration of a large number in a single dose to minimize any adverse influence of imperfectly coated pellets on drug delivery.

### PREPARATION

The desired performance characteristics determine the manufacturing method chosen. In general, pellet dosage forms are manufactured by wet extrusion processes followed by spheronization, by wet or dry coating processes, or by compression. Manufacture of pellets by wet coating usually involves the application of successive coatings upon nonpareil seeds. This manufacturing process frequently is conducted in fluid-bed processing equipment. Dry powder coating or layering processes often are performed in specialized rotor granulation equipment. The extent of particle growth achievable in wet coating processes is generally more limited than the growth that can be obtained with dry powder layering techniques, but either method allows the formulator to develop and apply multiple layers of coatings to achieve the desired release profile. The manufacture of pellets by compression is largely restricted to the production of material for subcutaneous implantation. This method of manufacture provides the necessary control to ensure dose uniformity and generally is better suited to aseptic processing requirements.

Alternatively, microencapsulation techniques can be used to manufacture pellets. Coacervation coating techniques typically produce coated particles that are much smaller than those made by other techniques.

### PACKAGING AND STORAGE

Pellets for oral administration generally are filled into hard gelatin capsules and are placed in bottles or blister packages. The packaging provides suitable protection from moisture to ensure the stability of the pellet formulation as well as to preserve desirable moisture content of the capsule shells. Pellets for implantation are sterile and should be packaged in tight containers suitable for maintaining sterile contents. Pellets may be stored under controlled room temperature conditions unless other conditions are specifically noted.

### LABELING AND USE

Pellets for oral administration that are formulated to provide delayed or extended release must be swallowed intact to ensure preservation of the desired release characteristics. These products should be labeled accordingly to ensure that the material is not crushed or chewed during administration.

## Pills

Pills are API-containing small, round solid bodies intended for oral administration. At one time pills were the most extensively used oral dosage form, but they have been replaced by compressed tablets and capsules. Pills are distinguished from tablets because pills are usually prepared by a wet massing and molding technique, while tablets are typically formed by compression.

### PREPARATION

Excipients are selected on the basis of their ability to produce a mass that is firm and plastic. The API is triturated with powdered excipients in serial dilutions to attain a uniform mixture. Liquid excipients that act to bind and provide plasticity to the mass are subsequently added to the dry materials. The mass is formed by kneading. The properties of firmness and plasticity are necessary to permit the mass to be worked and retain the shape produced. Cylindrical pill pipes are produced from portions of the mass. The pill pipe is cut into individual lengths corresponding to the intended pill size, and the pills are rolled to form the final shape. Pill-making machines can automate the preparation of the mass, production of pill piping, and the cutting and rolling of pills.

### PACKAGING AND LABELING

Labeling and use instructions for pills are similar to those for tablets. Although many pills are resistant to breakage, some pills are friable. Appropriate handling guidelines should be provided in such cases in order to avoid breakage.

## Plasters

A plaster is a semisolid substance for external application and usually is supplied on a support material. Plasters are applied for prolonged periods to provide protection, support, or occlusion (maceration).

Plasters consist of an adhesive layer that may contain active substances. This layer is spread uniformly on an appropriate support that is usually made of a rubber base or synthetic resin. Unmedicated plasters are designed to provide protection or mechanical support to the site of application. These plasters are neither irritating nor sensitizing to the skin.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

Plasters are available in a range of sizes or cut to size to effectively provide prolonged contact to the site of application. They adhere firmly to the skin but can be peeled off the skin without causing injury.

One example of a plaster currently in use is salicylic acid plasters used for the removal of corns by the keratolytic action of salicylic acid.

### PACKAGING AND STORAGE

Plasters are preserved in well-closed containers, preferably at controlled room temperature.

## Powders

Powders are defined as a solid or a mixture of solids in a finely divided state intended for internal or external use. Powders used as pharmaceutical dosage forms may contain one or more APIs and can be mixed with water for oral administration or injection. Often pediatric antibiotics utilize a powder dosage form for improved stability. In some areas medicated powders are used for extemporaneous compounding of preparations for simultaneous administration of multiple APIs. Medicated powders also can be inhaled for pulmonary administration (see *Inhalation Powders*). Aerosolized powders for the lungs typically contain processing aids to improve flow and ensure uniformity (see *Aerosols, Nasal Sprays, Metered-Dose Inhalers, and Dry Powder Inhalers* ⟨601⟩). Powders can also be used topically as a dusting powder.

Externally applied powders should have a particle size of 150 μm or less (typically in the 50- to 100-μm range) in order to prevent a gritty feel on the skin that could further irritate traumatized skin. Powders are grouped according to the following terms: very coarse, coarse, moderately coarse, fine, and very fine (see *Powder Fineness* ⟨811⟩). The performance of powder dosage forms can be affected by the physical characteristics of the powder. Particle size can influence the dissolution rate of the particles and affect bioavailability. For dispersed delivery systems, particle size can influence the mixing and segregation behavior of the particle, which in turn affects the uniformity of the dosage form.

### PREPARATION

Powder dosage forms can be produced by the combination of multiple components into a uniform blend. This can also involve particle size reduction, a process referred to as comminution. Mills and pulverizers are used to reduce the particle size of powders when necessary. As the particle size is decreased, the number of particles and the surface area increase, which can increase the dissolution rate and bioavailability of the API.

Blending techniques for powders include those used in compounding pharmacy such as spatulation and trituration (see *Pharmaceutical Compounding—Nonsterile Preparations* ⟨795⟩). Industrial processes may employ sifting or tumbling the powders in a rotating container. One of the most common tumble blenders is a V-blender, which is available in a variety of scales suitable for small-scale and large-scale compounding and industrial production.

Powder flow can be influenced by both particle size and shape. Larger particles generally flow more freely than do fine particles. Powder flow is an important attribute that can affect the packaging or dispensing of a medicated powder.

### PACKAGING AND STORAGE

Powders for pharmaceutical use can be packaged in multiple- or single-unit containers. Bulk containers have been used for antacid powders and for laxative powders. In these instances the patient dissolves the directed amount in water

prior to administration. This type of multiple-unit packaging is acceptable for many APIs but should not be utilized for powders that require exact dosing. Multiple-unit powders for topical application often are packaged in a container with a sifter top.

Potent APIs in a powder dosage form are dispensed in unit-of-use allocations in folded papers, cellophane envelopes, or packets. Powder boxes are often used by the dispensing pharmacist to hold multiple doses of individual folded papers. Hygroscopic powders pose special challenges and typically are dispensed in moisture-resistant packaging.

### LABELING

Typical warning statements include:
- External powders must indicate: "External Use Only".
- Oral powders should indicate: "For Oral Use Only".

Individual monographs specify the labeling requirements for powder dosage forms that are listed in *USP–NF*. Oral powders for reconstitution prior to dispensing typically have a limited shelf life (for example, two weeks), and the dispensed product should indicate a beyond-use date based on the date of the water addition. Pharmaceutical powders that are compounded indicate a beyond-use date. Compounded preparations typically are intended for immediate use and have short-term storage durations.

## Medicated Soaps and Shampoos

Medicated soaps and shampoos are solid or liquid preparations intended for topical application to the skin or scalp followed by subsequent rinsing with water. Soaps and shampoos are emulsions or surface-active compositions that readily form emulsions or foams upon the addition of water followed by rubbing. Incorporation of APIs in soaps and shampoos combines the cleansing/degreasing abilities of the vehicle and facilitates the topical application of the API to affected areas, even large areas, of the body. The surface-active properties of the vehicle facilitate contact of the API with the skin or scalp. Medicated soap and shampoo formulations frequently contain suitable antimicrobial agents to protect against bacteria, yeast, and mold contamination.

### PREPARATION

The preparation of medicated soaps and shampoos follows techniques frequently used for the preparation of emulsified systems. To ensure uniformity, the API(s) must be added to the vehicle prior to congealing (in the case of soaps) followed by thorough mixing. If the medication is present as a suspension, the particle size must be controlled to promote uniform distribution of the API and possibly optimize performance. Because soap manufacture frequently involves processing the ingredients at elevated temperature, care must be exercised to avoid excessive degradation of the API during processing.

### PACKAGING AND STORAGE

Individual monographs specify the packaging and storage requirements for medicated soaps and shampoos in *USP–NF*.

### LABELING AND USE

Medicated soaps and shampoos are clearly labeled to indicate "For External Use Only". The preparations also clearly advise the patient to discontinue use and consult a physician/veterinarian if skin irritation or inflammation occurs or persists following application.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

## Solutions

A solution is a preparation that contains one or more dissolved chemical substances in a suitable solvent or mixture of mutually miscible solvents. Because molecules of an API in solution are uniformly dispersed, the use of solutions as dosage forms generally provides assurance of uniform dosage upon administration and good accuracy when the solution is diluted or otherwise mixed.

Substances in solutions are more susceptible to chemical instability than they are in the solid state and dose-for-dose generally are heavier and more bulky than solid dosage forms. These factors increase the cost of packaging and shipping relative to that of solid dosage forms. Solution dosage forms can be administered by injection; inhalation; and the mucosal, topical/dermal, and gastrointestinal routes. Terminology for solutions in veterinary practice includes spot-ons or pour-ons that refer to solutions that are applied to an animal's skin for systemic absorption, dips that refer to solutions that are used for washing and disinfection (e.g., udders, eggs, and whole animals), and drenches that include solutions that are orally administered to livestock, usually with a dosing device. Solutions administered by injection are officially titled injections (see *Injections* ⟨1⟩).

Solutions intended for oral administration usually contain flavorings and colorants to make the medication more attractive and palatable for the patient or consumer. When needed, they also may contain stabilizers to maintain chemical and physical stability and preservatives to prevent microbial growth.

### STORAGE AND USE

Light-resistant containers should be considered when photolytic chemical degradation is a potential issue. To prevent water or solvent loss, solutions are stored in tight containers. Instructions to ensure proper dosing and administration must accompany the product.

## Sprays

Spray preparations may deliver either accurately metered or nonmetered amounts of formulation.

By definition and in accordance with the USP drug product monographs, a spray dosage form drug product delivers an accurately metered spray through the delivery system, i.e., device. A spray drug product is a preparation that contains an API(s) in either solution or suspension form, typically in presence of excipients for nasal sprays, and that is intended for administration using a predefined metered amount of formulation as a fine mist of aqueous droplets.

Alternatively, nonmetered spray drug products can be generated by package designs that do not accurately control the volume of formulation delivered. These preparations release the formulation as a fine mist of droplets upon physical manipulation of the package by the patient. This generally involves squeezing the sides of the container and expelling the formulation through the nozzle of the container.

Depending on the design of the formulation and the valve system, the droplets generated may be intended for immediate inhalation through the mouth and deposition in the pulmonary tree or for inhalation into the nose and deposition in the nasal cavity.

The mechanism for droplet generation and the intended use of the preparation distinguish various classes of sprays. A spray may be composed of a pump, container, actuator, valve, nozzle or mouthpiece in addition to the formulation containing the drug(s), solvent(s), and any excipient(s). The design of each component plays a role for the appropriate performance of the drug product and in determining the critical characteristics of the droplet size distribution. Droplet and particle size distributions, delivered dose uniformity, plume geometry, and droplet velocity are critical parameters

that influence the efficiency of drug delivery. When the preparation is supplied as a multidose container, the addition of a suitable antimicrobial preservative may be necessary. Spray formulations intended for nasal or pulmonary administration have an aqueous base and are usually isotonic and may contain excipients to control pH and viscosity. Pulmonary spray preparations typically are solutions. Nasal spray preparations may be solutions, or suspensions intended for local or systemic effect. Nasal delivery may be used for APIs with high hepatic extraction ratios.

### PACKAGING

Containers typically are made of a plastic, but metal or glass may be suitable.

The nasal spray pump is designed to allow convenient one-handed operation. The nasal spray nozzle is designed so that it fits comfortably into the vestibule of the nasal cavity and allows the plume to be directed toward the appropriate region of the cavity.

### LABELING AND USE

Refer to CDER *Guidance for Industry: Nasal Spray and Inhalation Solution, Suspension, and Spray Drug Products—Chemistry, Manufacturing, and Controls Documentation*.

Many experts recommend the addition of a statement that patients should seek advice and instruction from a health care professional about the proper use of the device. Guidance should be provided about the proper care and cleaning of the device to prevent introduction of microbes into the pulmonary airways.

## Suppositories

Suppositories are dosage forms adapted for application into the rectum. They usually melt, soften, or dissolve at body temperature. A suppository may have a local protectant or palliative effect or may deliver an API for systemic or local action.

Suppository bases typically include cocoa butter, glycerinated gelatin, hydrogenated vegetable oils, mixtures of polyethylene glycols of various molecular weights, and fatty acid esters of polyethylene glycol. The suppository base can have a notable influence on the release of the API(s). Although cocoa butter melts quickly at body temperature, it is immiscible with body fluids and this inhibits the diffusion of fat-soluble APIs to the affected sites. Polyethylene glycol is a suitable base for some antiseptics. In cases when systemic action is desired, incorporating the ionized rather than the nonionized form of the API may help maximize bioavailability. Although nonionized APIs partition more readily out of water-miscible bases such as glycerinated gelatin and polyethylene glycol, the bases themselves tend to dissolve very slowly, which slows API release. Cocoa butter and its substitutes (e.g., *Hard Fat*) perform better than other bases for allaying irritation in preparations intended for treating internal hemorrhoids. Suppositories for adults are tapered at one or both ends and usually weigh about 2 g each.

### PREPARATION

Cocoa butter suppositories have cocoa butter as the base and can be made by incorporating the finely divided API into the solid oil at room temperature and suitably shaping the resulting mass or by working the oil in the melted state and allowing the resulting suspension to cool in molds. A suitable quantity of hardening agents may be added to counteract the tendency of some APIs (such as chloral hydrate and phenol) to soften the base. The finished suppository melts at body temperature.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

A variety of vegetable oils, such as coconut or palm ker-nel, modified by esterification, hydrogenation, or fractiona-tion, are used as cocoa butter substitutes to obtain products that display varying compositions and melting temperatures (e.g., *Hydrogenated Vegetable Oil* and *Hard Fat*). These prod-ucts can be designed to reduce rancidity while incorporat-ing desired characteristics such as narrow intervals between melting and solidification temperatures and melting ranges to accommodate formulation and climatic conditions.

APIs can be incorporated into glycerinated gelatin bases by addition of the prescribed quantities to a vehicle consist-ing of about 70 parts of glycerin, 20 parts of gelatin, and 10 parts of water.

Several combinations of polyethylene glycols that have melting temperatures that are above body temperature are used as suppository bases. Because release from these bases depends on dissolution rather than on melting, there are significantly fewer problems in preparation and storage than is the case for melting-type vehicles. However, high concen-trations of higher molecular weight polyethylene glycols may lengthen dissolution time, resulting in problems with retention.

Several nonionic surface-active agents closely related chemically to the polyethylene glycols can be used as sup-pository vehicles. Examples include polyoxyethylene sorbitan fatty acid esters and the polyoxyethylene stearates. These surfactants are used alone or in combination with other sup-pository vehicles to yield a wide range of melting tempera-tures and consistencies. A notable advantage of such vehi-cles is their water dispersibility. However, care must be taken with the use of surfactants because they may either increase the rate of API absorption or interact with the API to reduce therapeutic activity.

Compounding suppositories using a suppository base typ-ically involves melting the suppository base and dissolution or dispersion of the API in the molten base (see *Pharmaceu-tical Compounding—Nonsterile Preparations* ⟨795⟩). When compounding suppositories, the manufacturer or com-pounding professional prepares an excess amount of total formulation to allow the prescribed quantity to be accu-rately dispensed. In compounding suppositories, avoid caus-tic or irritating ingredients, carefully select a base that will allow the API to provide the intended effect, and in order to minimize abrasion of the rectal membranes, reduce solid in-gredients to the smallest reasonable particle size. A repre-sentative number of the compounded suppositories should be weighed to confirm that none is less than 90% or more than 110% of the average weight of all units in the batch.

### STORAGE AND USE

Suppositories typically are provided in unit-dose packag-ing with storage instructions to prevent melting of the sup-pository base. Suppositories with cocoa butter base require storage in well-closed containers, preferably at a tempera-ture below 30° (controlled room temperature). Glycerinated gelatin suppositories require storage in tight containers, preferably at a temperature below 2°. Although polyethyl-ene glycol suppositories can be stored without refrigeration, they should be packaged in tightly closed containers.

Include instructions about insertion procedures to ensure ease of use and absorption. Labels on polyethylene glycol suppositories should contain directions that they be moist-ened with water before insertion.

## Suspensions

A suspension is a biphasic preparation consisting of solid particles dispersed throughout a liquid phase. Suspension dosage forms may be formulated for specific routes of ad-ministration such as oral suspensions, topical suspensions, or suspensions for aerosols (see *Aerosols*). Some suspensions are prepared and ready for use, and others are prepared as solid mixtures intended for reconstitution with an appropriate ve-hicle just before use. The term "milk" is sometimes used for suspensions in aqueous vehicles intended for oral adminis-tration (e.g., *Milk of Magnesia*). The term "magma" is often used to describe suspensions of inorganic solids, such as clays in water, that display a tendency toward strong hydra-tion and aggregation of the solid, giving rise to gel-like con-sistency and thixotropic rheological behavior (e.g., *Bentonite Magma*). The term "lotion" may refer to a suspension dos-age form although the liquid phase in these preparations is commonly an emulsion intended for application to the skin (e.g., *Calamine Topical Suspension*; see *Emulsions*). Some sus-pensions are prepared in sterile form and are used as inject-ables (see *Injections* ⟨1⟩). Other sterile suspensions are for ophthalmic or otic administration. Suspensions generally are not injected intravenously, epidurally, or intrathecally unless the product labeling clearly specifies these routes of administration.

Limited aqueous solubility of the API(s) is the most com-mon rationale for developing a suspension. Other potential advantages of a suspension include taste masking and im-proved patient compliance because of the more convenient dosage form. When compared to solutions, suspensions have improved chemical stability. Ideally, a suspension should contain small uniform particles that are readily sus-pended and easily redispersed following settling. Unless the dispersed solid is colloidal, the particulate matter in a sus-pension likely will settle to the bottom of the container upon standing. Such sedimentation may lead to caking and solidification of the sediment and difficulty in redispersing the suspension upon agitation. To prevent such problems, manufacturers commonly add ingredients to increase viscos-ity and the gel state of the suspension or flocculation, in-cluding clays, surfactants, polyols, polymers, or sugars. Fre-quently, thixotropic vehicles are used to counter particle-settling tendencies, but these vehicles must not interfere with pouring or redispersal. Additionally, the density of the dispersed phase and continuous phase may be modified to further control settling rate. For topical suspensions, rapid drying upon application is desirable.

The product is both chemically and physically stable throughout its shelf life. Temperature can influence the vis-cosity (and thus suspension properties and the ease of re-moving the dose from the bottle), and temperature cycling can lead to changes in the particle size of the dispersed phase via Ostwald ripening. When manufacturers conduct stability studies to establish product shelf life and storage conditions, they should cycle conditions (freeze/thaw) to in-vestigate temperature effects.

Unless studies confirm that the formulation will not sup-port microbial growth, suspensions should contain suitable antimicrobial agents to protect against bacterial, yeast, and mold contamination (see *Antimicrobial Effectiveness Testing* ⟨51⟩) or other appropriate measures should be taken to avoid microbial contamination.

Suspensions for reconstitution are dry powder or granular mixtures that require the addition of water or a supplied formulated diluent before administration. This formulation approach is frequently used when the chemical or physical stability of the API or suspension does not allow sufficient shelf life for a preformulated suspension. Typically, these suspensions are refrigerated after reconstitution to increase their shelf life. For this type of suspension, the powder blend is uniform and the powder readily disperses when re-constituted. Taste of the reconstituted suspension is also an important attribute because many suspensions are used for pediatric populations.

Injectable suspensions generally are intended for either subcutaneous or intramuscular routes of administration and should have a controlled particle size, typically in the range of 5 μm or smaller. The rationale for the development of injectable suspensions includes poor API solubility, improved chemical stability, prolonged duration of action, and avoid-ance of first-pass metabolism. Care is needed in selecting

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

the sterilization technique because it may affect product stability or alter the physical properties of the material.

### PREPARATION

Suspensions are prepared by adding suspending agents or other excipients and purified water or oil to solid APIs and mixing to achieve uniformity. In the preparation of a suspension, the characteristics of both the dispersed phase and the dispersion medium should be considered. During development manufacturers should define an appropriate particle size distribution for the suspended material to minimize the likelihood of particle size changes during storage.

In some instances the dispersed phase has an affinity for the vehicle and is readily wetted upon its addition. For some materials the displacement of air from the solid surface is difficult, and the solid particles may clump together or float on top of the vehicle. In the latter case, a wetting agent is used to facilitate displacement of air from the powder surface. Surfactants, alcohol, glycerin, and other hydrophilic liquids can be used as wetting agents when an aqueous vehicle will be used as the dispersion phase. These agents function by displacing the air in the crevices of the particles and dispersing the particles. In the large-scale preparation of suspensions, wetting of the dispersed phase may be aided by the use of high-energy mixing equipment such as colloid mills or other rotor–stator mixing devices.

After the powder has been wetted, the dispersion medium (containing the soluble formulation components such as colorants, flavorings, and preservatives) is added in portions to the powder, and the mixture is thoroughly blended before subsequent additions of the vehicle. A portion of the vehicle is used to wash the mixing equipment free of suspended material, and this portion is used to bring the suspension to final volume and ensure that the suspension contains the desired concentration of solid matter. The final product may be passed through a colloid mill or other blender or mixing device to ensure uniformity. When necessary, preservatives are included in the formulation of suspensions to protect against bacterial and mold contamination.

Suspensions are shaken before the dose is dispensed.  Because of the viscosity of many suspension vehicles, air entrainment may occur during dosing. The formulation process allows evaluation of this possibility; adjustments in vehicle viscosity or the incorporation of low levels of antifoaming agents are common approaches to minimize air entrainment. Alternatively, specific instructions for shaking the formulation may be provided to minimize air incorporation and ensure accurate dosing.

### PACKAGING AND STORAGE

Individual monographs specify the packaging and storage requirements for suspension products. Typically, the monograph will indicate a container type such as tight, well-closed, or light-resistant and may indicate storage conditions such as controlled room temperature. For additional information about meeting packaging requirements listed in the individual monographs, refer to *Containers—Glass* ⟨660⟩, *Containers—Plastic* ⟨661⟩, *Containers—Performance Testing* ⟨671⟩, *Good Packaging Practices* ⟨1177⟩, and the *General Notices* for statements about preservation, packaging, storage, and labeling.

Acceptable suspension of the particulate phase depends on the particle size of the dispersed phase as well as the viscosity and density of the vehicle. Clear instruction is provided regarding the appropriate storage temperature for the product because temperature can influence the viscosity and density (that affect suspension properties and the ease of removal of the dose from the bottle), and temperature cycling can lead to changes in particle size of the dispersed phase. Suspensions require storage in tight containers. Avoid freezing.

### LABELING AND USE

Instructions to ensure proper dosing and administration must accompany the product. When labeling a suspension, consider any air that might be entrained in the preparation as a result of shaking, and avoid such entrainment. Compounded suspensions should indicate a beyond-use date that is calculated from the time of compounding. Suspensions are shaken well before use to ensure uniform distribution of the solid in the vehicles.

## Tablets

Tablets are solid dosage forms in which the API is blended with excipients and compressed into the final dosage. Tablets are the most widely used dosage form in the U.S. Tablet presses use steel punches and dies to prepare compacted tablets by the application of high pressures to powder blends or granulations. Tablets can be produced in a wide variety of sizes, shapes, and surface markings. Capsule-shaped tablets are commonly referred to as caplets. Specialized tablet presses may be used to produce tablets with multiple layers or with specially formulated core tablets placed in the interior of the final dosage form. These specialized tablet presentations can delay or extend the release of the API(s) or physically separate incompatible APIs. Tablets may be coated by a variety of techniques to provide taste masking, protection of photo-labile API(s), extended or delayed release, or unique appearance (colors). When no deliberate effort has been made to modify the API release rate, tablets are referred to as immediate-release.

**Tablet Triturates**—Small, usually cylindrical, molded or compacted tablets. Tablet triturates traditionally were used as dispensing tablets in order to provide a convenient, measured quantity of a potent API for compounding purposes, but they are rarely used today.

**Hypodermic Tablets**—Molded tablets made from completely and readily water-soluble ingredients; formerly intended for use in making preparations for hypodermic injection. They may be administered orally or sublingually when rapid API availability is required, as in the case of *Nitroglycerin Sublingual Tablets*.

**Bolus Tablets**—Large, usually elongated, tablets intended for administration to large animals. Conventional tableting processes can be used to manufacture bolus tablets, but due to their size higher compression forces may be necessary.

**Buccal Tablets**—Intended to be inserted in the buccal pouch, where the API is absorbed directly through the oral mucosa. Few APIs are readily absorbed in this way (examples are nitroglycerin and certain steroid hormones).

**Effervescent Tablets**—Prepared by compaction and contain, in addition to the API(s), mixtures of acids (e.g., citric acid or tartaric acid) and carbonates and/or hydrogen carbonates. Upon contact with water, these formulations release carbon dioxide, producing the characteristic effervescent action.

**Chewable Tablets**—Formulated and manufactured to produce a pleasant-tasting residue in the mouth and to facilitate swallowing. Hard chewable tablets are typically prepared by compaction, usually utilizing mannitol, sorbitol, or sucrose as binders and fillers, and contain colors and flavors to enhance their appearance and taste. Soft chewable tablets are typically made by a molding or extrusion process, frequently with more than 10% water to help maintain a pliable, soft product. Hard chewable tablets in veterinary medicine often have flavor enhancers like brewer's yeast or meat/fish-based flavors.

Tablets for human use that include "Chewable" in the title must be chewed or crushed prior to swallowing to ensure reliable release of the API(s) or to facilitate swallowing. If tablets are designed so that they may be chewed (but chewing is not required for API release or ease of swallow-

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

ing), the title should not include a reference to "chewable". In that case, the product may still be described as "chewable" in the ancillary labeling statement.

Tablets for veterinary use that are intended to be chewed will include "Chewable" in the title. However, it is understood that for veterinary products it is not possible to ensure that tablets are chewed prior to ingestion. Chewable tablets may be broken into pieces and fed to animals that normally swallow treats whole.

**Modified-Release Tablets**—There are two categories of modified-release tablet formulations recognized by the Pharmacopeia:

*Delayed-Release Tablets*—Tablets sometimes are formulated with enteric coatings to protect acid-labile APIs from the gastric environment or to prevent adverse events such as irritation.

*Extended-Release Tablets*—Extended-release tablets are formulated in such a manner as to make the API available over an extended period of time following ingestion. Expressions such as "prolonged-release", "repeat-action", "controlled-release", and "sustained-release" have also been used to describe such dosage forms. However, the term "extended-release" is used for Pharmacopeial purposes. Requirements for dissolution (see *Dissolution* ⟨711⟩) typically are specified in the individual monographs.

**Orally Disintegrating Tablets**—Orally disintegrating tablets are intended to disintegrate rapidly within the mouth to provide a fine dispersion before the patient swallows the resulting suspension where the API is intended for gastrointestinal delivery and/or absorption. Some of these dosage forms have been formulated to facilitate rapid disintegration and are manufactured by conventional means or by using lyophilization or molding processes. Further details may be found in the CDER *Guidance for Industry: Orally Disintegrating Tablets*.

**Sublingual Tablets**—Sublingual tablets are intended to be inserted beneath the tongue, where the API is absorbed directly through the oral mucosa. As with buccal tablets, few APIs are extensively absorbed in this way, and much of the API is swallowed and is available for gastrointestinal absorption.

### PREPARATION

Most compacted (compressed) tablets consist of the API(s) and a number of excipients. These excipients may include fillers (diluents), binders, disintegrating agents, lubricants, and glidants. Approved FD&C and D&C dyes or lakes, flavors, and sweetening agents also may be present.

Fillers or diluents are added when the quantity of API(s) is too small or the properties of the API do not allow satisfactory compaction in the absence of other ingredients. Binders impart adhesiveness to the powder blend and promote tablet formation and maintenance of API uniformity in the tableting mixture. Disintegrating agents facilitate reduction of the tablet into small particles upon contact with water or biological fluids. Lubricants reduce friction during the compaction and ejection cycles. Glidants improve powder fluidity, powder handling properties, and tablet weight control. Colorants are often added to tablet formulations for esthetic value or for product identification.

Tablets are prepared from formulations that have been processed by one of three general methods: wet granulation, dry granulation (roll compaction or slugging), and direct compression.

*Wet Granulation* involves the mixing of dry powders with a granulating liquid to form a moist granular mass that is dried and sized prior to compression. It is particularly useful in achieving uniform blends of low-dose APIs and facilitating the wetting and dissolution of poorly soluble, hydrophobic APIs.

*Dry Granulations* can be produced by passing powders between rollers at elevated pressure (roll compaction). Alterna-

tively, dry granulation also can be carried out by the compaction of powders at high pressures on tablet presses, a process also known as slugging. In either case the compacts are sized before compression. Dry granulation improves the flow and handling properties of the powder formulation without involving moisture in the processing.

*Direct Compression* tablet processing involves dry blending of the API(s) and excipients followed by compression. The simplest manufacturing technique, direct compression is acceptable only when the API and excipients possess acceptable flow and compression properties without prior process steps.

Tablets may be coated to protect the ingredients from air, moisture, or light; to mask unpleasant tastes and odors; to improve tablet appearance; and to reduce dustiness. In addition, coating may be used to protect the API from acidic pH values associated with gastric fluids or to control the rate of drug release in the gastrointestinal tract.

The most common coating in use today is a thin film coating composed of a polymer that is derived from cellulose. Sugar coating is an alternative, less common approach. Sugar-coated tablets have considerably thicker coatings that are primarily sucrose with a number of inorganic diluents. A variety of film-coating polymers are available and enable the development of specialized release profiles. These formulations are used to protect acid-labile APIs from the acidic stomach environment as well as to prolong the release of the API to reduce dosing frequency (see *Dissolution* ⟨711⟩ or *Disintegration* ⟨701⟩).

### PACKAGING, STORAGE, AND LABELING

Individual monographs specify the packaging and storage requirements for tablet products. Typically, the monograph will indicate the container type such as tight, well-closed, or light-resistant. For additional information on meeting USP packaging requirements, see *Containers—Glass* ⟨660⟩, *Containers—Plastic* ⟨661⟩, and *Containers—Performance Testing* ⟨671⟩. Effervescent tablets are stored in tightly closed containers or moisture-proof packs and are labeled to indicate that they should not be swallowed directly.

## Tapes

A tape is a dosage form suitable for delivering APIs to the skin. It consists of an API(s) impregnated into a durable yet flexible woven fabric or extruded synthetic material that is coated with an adhesive agent. Typically the impregnated API is present in the dry state. The adhesive layer is designed to hold the tape securely in place without the aid of additional bandaging. Unlike transdermal patches, tapes are not designed to control the release rate of the API.

The API content of tapes is expressed as amount per surface area with respect to the tape surface exposed to the skin. The use of an occlusive dressing with the tape enhances the rate and extent of delivery of the API to deeper layers of the skin and may result in greater systemic absorption of the API.

### LABELING, STORAGE, AND USE

Label to indicate "External Use Only". Tapes are stored in tight containers protected from light and moisture. To employ the tape, one cuts a patch slightly larger than the area that will be treated. The backing paper is removed from the adhesive side, and the tape is applied to the skin. To ensure optimal adhesion, the tape should not be applied to folds in the skin. To minimize systemic absorption and to ensure good adhesion, tapes should be applied to dry skin.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

# GLOSSARY

This glossary provides definitions for terms in use in medicine and serves as a source of official names for official articles, except when the definition specifically states that the term is not to be used in article names. Examples of general nomenclature forms for the more frequently encountered categories of dosage forms appear in *Nomenclature* ⟨1121⟩. In an attempt to be comprehensive, this glossary was compiled without the limits imposed by current preferred nomenclature conventions. To clearly identify/distinguish preferred from not preferred terms, entries indicate when a term is not preferred and direct the user to the current preferred term. When a term is described as an attribute of a dosage form, it is intended to distinguish the term from those used for actual dosage form titles. While attribute terms are typically not used as the official name for the dosage form, when they are used they identify a specialized presentation of the dosage form. For example, the attribute, chewable, may be used with the dosage form term, tablets, to identify a specific type of tablet that must be chewed prior to swallowing.

**Aerosol:** A dosage form consisting of a liquid or solid preparation packaged under pressure and intended for administration as a fine mist. The descriptive term aerosol also refers to the fine mist of small droplets or solid particles that are emitted from the product.

**Aromatic Water** (not preferred; see *Solution*): A clear, saturated, aqueous solution of volatile oils or other aromatic or volatile substances.

**Aural** (Auricular) (not preferred; see *Otic*): For administration into, or by way of, the ear.

**Bead** (not preferred; see *Pellets*): A solid dosage form in the shape of a small sphere. In most products a unit dose consists of multiple beads.

**Blocks:** A large veterinary product intended to be licked by animals and containing the API(s) and nutrients such as salts, vitamins, and minerals.

**Bolus** (not preferred; see *Tablet*): A large tablet intended for administration to large animals.

**Caplet** (not preferred; see *Tablet*): Tablet dosage form in the shape of a capsule.

**Capsule:** A solid dosage form in which the API, with or without other ingredients, is filled into either a hard or soft shell. Most capsule shells are composed mainly of gelatin.

**Chewable:** Attribute of a solid dosage form that is intended to be chewed or crushed before swallowing.

**Coated:** Attribute of a solid dosage form that is covered by deposition of an outer solid that is different in composition from the core material.

**Collodion** (not preferred; see *Solution*): A preparation that is a solution dosage form composed of pyroxilin dissolved in a solvent mixture of alcohol and ether and applied externally.

**Colloidal Dispersion:** An attribute of a preparation or formulation in which particles of colloidal dimension (i.e., typically between 1 nm and 1 μm) are distributed uniformly throughout a liquid.

**Concentrate:** A liquid or solid preparation of higher concentration and smaller volume than the final dosage form; usually intended to be diluted prior to administration. The term continues to be used for veterinary preparations but is being phased out of *USP–NF* titles for human applications.

**Conventional-Release** (not preferred; see *Immediate-Release*): Descriptive term for a dosage form in which no deliberate effort has been made to modify the release rate of the API. In the case of capsules and tablets, the inclusion or exclusion of a disintegrating agent is not interpreted as a modification. This term is not used in article names.

**Cream:** An emulsion dosage form often containing more than 20% water and volatiles and/or containing less than 50% hydrocarbons, waxes, or polyols as the vehicle for the API. Creams are generally intended for external application to the skin or mucous membranes.

**Delayed-Release:** A type of modified-release dosage form. A descriptive term for a dosage form deliberately modified to delay release of the API for some period of time after initial administration. For example, release of the API is prevented in the gastric environment but promoted in the intestinal environment; this term is synonymous with *Enteric-Coated* or *Gastro-Resistant*.

**Dental:** Descriptive term for a preparation that is applied to the teeth for localized action.

**Dermal:** A topical route of administration where the article is intended to reach or be applied to the dermis.

**Dosage Form:** A formulation that typically contains the API(s) and excipients in quantities and physical form designed to allow the accurate and efficient administration of the API to the human or animal patient. This term is not used in article names.

**Dry Powder Inhaler:** A device used to administer an inhalation powder in a finely divided state suitable for oral inhalation by the patient. This term is not used in article names.

**Effervescent:** Attribute of an oral dosage form, frequently tablets or granules, containing ingredients that, when in contact with water, rapidly release carbon dioxide. The dosage form is dissolved or dispersed in water to initiate the effervescence prior to ingestion.

**Elixir** (not preferred; see *Solution*): A preparation that typically is a clear, flavored, sweetened hydroalcoholic solution intended for oral use. The term should not be used for new articles in *USP–NF* but is commonly encountered in compounding pharmacy practice.

**Emollient:** Attribute of a cream or ointment indicating an increase in the moisture content of the skin following application of bland, fatty, or oleaginous substances. This term should not be used in article names.

**Emulsion:** A dosage form consisting of a two-phase system composed of at least two immiscible liquids, one of which is dispersed as droplets (internal or dispersed phase) within the other liquid (external or continuous phase), generally stabilized with one or more emulsifying agents. Emulsion is not used as a dosage form term if a more specific term is applicable (e.g., *Cream*, *Lotion*, or *Ointment*).

**Enteric-Coated** (not preferred; see *Delayed-Release*): Descriptive term for a solid dosage form in which a polymer coating has been applied to prevent the release of the API in the gastric environment.

**Excipient:** An ingredient of a dosage form other than an API. This term is not used in article names. The term, excipient, is synonymous with inactive ingredient.

**Extended-Release:** Descriptive term for a dosage form that is deliberately modified to protract the release rate of the API compared to that observed for an immediate-release dosage form. The term is synonymous with prolonged- or sustained-release. Many extended-release dosage forms have a pattern of release that begins with a "burst effect" that mimics an immediate release followed by a slower release of the remaining API in the dosage form.

**Film:** A term used to describe a thin, flexible sheet of material, usually composed of a polymer. Films are used in various routes of administration including as a means of oral administration of material in a rapidly dissolving form. The term, film, also may be used as an attribute when applied to solid oral dosage forms for taste masking, product identification, and aesthetic purposes.

**Foam:** An emulsion dosage form containing dispersed gas bubbles. When dispensed it has a fluffy, semisolid consistency.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

**Gas:** One of the states of matter having no definite shape or volume and occupying the entire container when confined.

**Gastro-Resistant** (not preferred; see *Delayed-Release*): Descriptive term for a solid dosage form in which a polymer coating has been applied to prevent the release in the gastric environment.

**Gel:** A dosage form that is a semisolid dispersion of small inorganic particles or a solution of large organic molecules containing a gelling agent to provide stiffness. A gel may contain suspended particles.

**Granules:** A dosage form composed of dry aggregates of powder particles that may contain one or more APIs, with or without other ingredients. They may be swallowed as such, dispersed in food, or dissolved in water. Granules are frequently compacted into tablets or filled into capsules, with or without additional ingredients.

**Gum:** A dosage form in which the base consists of a pliable material that, when chewed, releases the API into the oral cavity.

**Hard-Shell Capsule** (not preferred; see *Capsules*): A type of capsule in which one or more APIs, with or without other ingredients, are filled into a two-piece shell. Most hard-shell capsules are composed mainly of gelatin and are fabricated prior to the filling operation.

**Immediate-Release:** Descriptive term for a dosage form in which no deliberate effort has been made to modify the API release rate. In the case of capsules and tablets, the inclusion or exclusion of a disintegrating agent is not interpreted as a modification. This term is not used in article names.

**Implant:** A dosage form that is a solid or semisolid material containing the API that is inserted into the body. The insertion process is invasive, and the material is intended to reside at the site for a period consistent with the design release kinetics or profile of the API(s).

**Inhalation (by inhalation):** A route of administration for aerosols characterized by dispersion of the API into the airways during inspiration.

**By Injection:** A route of administration of a liquid or semisolid deposited into a body cavity, fluid, or tissue by use of a needle.

**Insert:** A solid dosage form that is inserted into a naturally occurring (nonsurgical) body cavity other than the mouth or rectum. It should be noted that a suppository is intended for application into the rectum and is not classified as an insert (see *Suppository*).

**Intraocular:** A route of administration to deliver a sterile preparation within the eye.

**Irrigation:** A sterile solution or liquid intended to bathe or flush open wounds or body cavities.

**Jelly** (not preferred; see *Gel*): A semisolid dispersion of small inorganic particles or a solution of large organic molecules containing a gelling agent to promote stiffness.

**Liquid:** A dosage form consisting of a pure chemical in its liquid state. This dosage form term should not be applied to solutions. The term is not used in article names. When liquid is used as a descriptive term, it indicates a material that is pourable and conforms to its container at room temperature.

**Lotion:** An emulsion liquid dosage form applied to the outer surface of the body. Historically, this term has also been applied to suspensions and solutions.

**Lozenge:** A solid dosage form intended to disintegrate or dissolve slowly in the mouth.

**Modified-Release:** A descriptive term for a dosage form with an API release pattern that has been deliberately changed from that observed for the immediate-release dosage form of the same API. This term is not used in article names.

**Molded Tablet:** A tablet that has been formed by dampening the ingredients and pressing into a mold, then removing and drying the resulting solid mass. This term is not used in article names.

**Mouthwash** (not preferred; see *Solution*): Term applied to a solution preparation used to rinse the oral cavity.

**Nasal:** Route of administration (mucosal) characterized by deposition in the nasal cavity for local or systemic effect.

**Ocular** (not preferred; see *Intraocular*): Route of administration indicating deposition of the API within the eye.

**Ointment:** A semisolid dosage form, usually containing less than 20% water and volatiles and more than 50% hydrocarbons, waxes, or polyols as the vehicle. This dosage form generally is for external application to the skin or mucous membranes.

**Ophthalmic:** A route of administration characterized by application of a sterile preparation to the external parts of the eye.

**Orally Disintegrating:** A descriptive term for a solid oral dosage form that disintegrates rapidly in the mouth prior to swallowing. The API is intended for gastrointestinal delivery and/or absorption. *See also* CDER *Guidance for Industry, Orally Disintegrating Tablets.*

**Oro-Pharyngeal:** A route of administration characterized by deposition of a preparation into the oral cavity and/or pharyngeal region to exert a local or systemic effect.

**Otic:** A route of administration (mucosal) characterized by deposition of a preparation into, or by way of, the ear. Sometimes referred to as *Aural* (*Aural* not preferred.)

**Paste:** A semisolid dosage form containing a high percentage (e.g., 20%–50%) of finely dispersed solids with a stiff consistency. This dosage form is intended for application to the skin, oral cavity, or mucous membranes.

**Patch (not preferred):** Frequently used to describe a *Transdermal System*).

**Pellet:** A small solid dosage form of uniform, often spherical, shape. Spherical pellets are sometimes referred to as *Beads*. Pellets intended as implants must be sterile.

**Periodontal:** Descriptive term for a preparation that is applied around a tooth for localized action.

**Pill** (not preferred but frequently incorrectly used to describe a *Tablet*): A solid spherical pharmaceutical dosage form, usually prepared by a wet massing technique. This term is not used in article names.

**Plaster:** A dosage form containing a semisolid composition supplied on a support material for external application. Plasters are applied for prolonged periods of time to provide protection, support, or occlusion (for macerating action).

**Powder:** A dosage form composed of a solid or mixture of solids reduced to a finely divided state and intended for internal or external use.

**Powder, Inhalation:** A powder containing an API for oral inhalation. The powder is used  with a device that aerosolizes and delivers an accurately metered amount.

**Prolonged-Release** (not preferred; see *Extended-Release*)

**Rectal:** A route of administration (mucosal) characterized by deposition into the rectum to provide local or systemic effect.

**Semisolid:** Attribute of a material characterized by a reduced ability to flow or conform to its container at room temperature. A semisolid does not flow at low shear stress and generally exhibits plastic flow behavior. This term is not used in article names.

**Shampoo:** A solution or suspension dosage form used to clean the hair and scalp. May contain an API intended for topical application to the scalp.

**Soap:** The alkali salt(s) of a fatty acid or mixture of fatty acids used to cleanse the skin. Soaps used as dosage forms may contain an API intended for topical application to the skin. Soaps have also been used as liniments and enemas.

**Soft Gel Capsule** (not preferred; see *Capsule*): A specific capsule type characterized by increased levels of plasticizers producing a more pliable and thicker-walled material than hard gelatin capsules. Soft gel capsules are further distinguished because they are single-piece sealed

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

dosages. Frequently used for delivering liquid compositions.

**Solution:** A clear, homogeneous liquid dosage form that contains one or more chemical substances dissolved in a solvent or mixture of mutually miscible solvents.

**Spirit** (not preferred; see *Solution*): A liquid dosage form composed of an alcoholic or hydroalcoholic solution of volatile substances.

**Spray:** Attribute that describes the generation of droplets of a liquid or solution to facilitate application to the intended area.

**Stent, Drug-Eluting:** A specialized form of implant used for extended local delivery of the API to the immediate location of stent placement.

**Strip** (not preferred; see *Tape*): A dosage form or device in the shape of a long, narrow, thin solid material.

**Sublingual:** A route of administration (mucosal) characterized by placement underneath the tongue and for release of the API for absorption in that region.

**Suppository:** A solid dosage form in which one or more APIs are dispersed in a suitable base and molded or otherwise formed into a suitable shape for insertion into the rectum to provide local or systemic effect.

**Suspension:** A liquid dosage form that consists of solid particles dispersed throughout a liquid phase.

**Syrup** (not preferred; see *Solution*): A solution containing high concentrations of sucrose or other sugars. This term is commonly used in compounding pharmacy.

**Tablet:** A solid dosage form prepared from powders or granules by compaction.

**Tape, Medicated:** A dosage form or device composed of a woven fabric or synthetic material onto which an API is placed, usually with an adhesive on one or both sides to facilitate topical application.

**Tincture** (not preferred; see *Solution*): An alcoholic or hydroalcoholic solution prepared from vegetable materials or from chemical substances.

**Topical:** A route of administration characterized by application to the outer surface of the body.

**Transdermal System:** Dosage forms designed to deliver the API(s) through the skin into the systemic circulation. Transdermal systems are typically composed of an outer covering (barrier), a drug reservoir (that may incorporate a rate-controlling membrane), a contact adhesive to affix the transdermal system to the administration site, and a protective layer that is removed immediately prior to application of the transdermal system.

**Troche** (not preferred; see *Lozenge*): A solid dosage form intended to disintegrate or dissolve slowly in the mouth and usually prepared by compaction in a manner similar to that used for tablets.

**Urethral:** A route of administration (mucosal) characterized by deposition into the urethra.

**Vaginal:** A route of administration (mucosal) characterized by deposition into the vagina.

**Vehicle:** A term commonly encountered in compounding pharmacy that refers to a component for internal or external use that is used as a carrier or diluent in which liquids, semisolids, or solids are dissolved or suspended. Examples include water, syrups, elixirs, oleaginous liquids, solid and semisolid carriers, and proprietary products (see *Excipient*). This term is not used in article names.

**Veterinary:** Descriptive term for dosage forms intended for nonhuman use.▲USP35

# ⟨1160⟩ PHARMACEUTICAL CALCULATIONS IN PRESCRIPTION COMPOUNDING

## INTRODUCTION

The purpose of this chapter is to provide general information to guide and assist pharmacists in performing the necessary calculations when preparing or compounding any pharmaceutical article (see *Pharmaceutical Compounding—Nonsterile Preparations* ⟨795⟩, *Pharmaceutical Compounding—Sterile Preparations* ⟨797⟩, and *Good Compounding Practices* ⟨1075⟩) or when simply dispensing prescriptions (see *Stability Considerations in Dispensing Practice* ⟨1191⟩).

Correct pharmaceutical calculations can be accomplished by using, for example, proper conversions from one measurement system to another and properly placed decimal points, by understanding the arithmetical concepts, and by paying close attention to the details of the calculations. Before proceeding with any calculation, pharmacists should do the following: (a) read the entire formula or prescription carefully; (b) determine which materials are needed; and then (c) select the appropriate methods of preparation and the appropriate calculation.

There are often several ways to solve a given problem. Logical methods that require as few steps as possible should be selected in order to ensure that calculations are done correctly. The best approach is the one that yields results that are accurate and free of error. The pharmacist must double-check each calculation before proceeding with the preparation of the article or prescription order. One way of double-checking is by estimation. This involves rounding off the quantities involved in the calculation, and comparing the estimated result with the calculated value.

Finally, the following steps should be taken: the dosage of each active ingredient in the prescription should be checked; all calculations should be doubly checked, preferably by another pharmacist; and where instruments are used in compounding, they should be carefully checked to ascertain that they will function properly. See *USP* general chapters *Aerosols, Nasal Sprays, Metered-Dose Inhalers, and Dry Powder Inhalers* ⟨601⟩, *Deliverable Volume* ⟨698⟩, *Density of Solids* ⟨699⟩, *Osmolality and Osmolarity* ⟨785⟩, *pH* ⟨791⟩, *Pharmaceutical Compounding—Nonsterile Preparations* ⟨795⟩, *Pharmaceutical Compounding—Sterile Preparations* ⟨797⟩, *Viscosity* ⟨911⟩, *Specific Gravity* ⟨841⟩, *Cleaning Glass Apparatus* ⟨1051⟩, *Medicine Dropper* ⟨1101⟩, *Prescription Balances and Volumetric Apparatus* ⟨1176⟩, *Teaspoon* ⟨1221⟩, *Weighing on an Analytical Balance* ⟨1251⟩, and *Good Compounding Practices* ⟨1075⟩ for information on specific instruments.

## BASIC MATHEMATICAL CONCEPTS

### SIGNIFICANT FIGURES

Expressed values are considered significant to the last digit shown (see *Significant Figures and Tolerances* in the *General Notices*). Significant figures are digits with practical meaning. The accuracy of the determination is implied by the number of figures used in its expression. In some calculations zeros may not be significant. For example, for a measured weight of 0.0298 g, the zeros are not significant; they are used merely to locate the decimal point. In the example, 2980 g, the zero may be used to indicate the decimal point, in which case the zero is not significant. Alternately, however, the zero may indicate that the weight is

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.