## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND )
PHARMACEUTICALS UNLIMITED )
COMPANY, and BRISTOL-MYERS )
SQUIBB COMPANY, )
 ) C.A. No. 24-621 (CFC)
   Plaintiffs, )
 ) **CONSOLIDATED**
  v. )
 ) **ANDA CASE**
APOTEX INC., *et al.*, )
 )
   Defendants. )

### NOTICE OF CHANGE OF ADDRESS

Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") and

Defendant Rubicon Research Private Ltd. ("Rubicon"), hereby notifies the Court

and all parties of record that effective immediately the mailing address for

Kenneth L. Dorsney and Cortlan S. Hitch of MORRIS JAMES LLP has changed

to the following address:

MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800

The firm affiliation and all other contact information remains unchanged.

1

Dated: September 10, 2025

_/s/ Kenneth L. Dorsney_
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

_Attorneys for Defendants_
_Apotex Inc., Apotex Corp. and_
_Rubicon Research Private Ltd._