IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the parties submitted their Joint Claim Construction Brief on September 5, 2025 (D.I. 123);

WHEREAS, the current deadline to submit an Amended Joint Claim Construction Chart, if necessary, is September 24, 2025 (D.I. 25, ¶ 21);

WHEREAS, the Markman hearing has been rescheduled for November 12, 2025 (*see* September 9, 2025 Oral Order);

WHEREAS, the Court's form scheduling order for Hatch-Waxman cases explains that the meet and confer and filing of an Amended Joint Claim Construction Chart should be scheduled approximately "no earlier than three weeks before the claim construction hearing and no later than two weeks before the claim construction hearing";

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to meet and confer and file an Amended Claim Construction Chart (D.I. 25, ¶ 21) is extended to and including October 22, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| Jeremy A. Tigan (#5239) <br> Megan E. Dellinger (#5739) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jtigan@morrisnichols.com <br> mdellinger@morrisnichols.com | Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 3205 Avenue North Boulevard <br> Suite 100 <br> Wilmington, DE 19803 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| /s/ *Kaan Ekiner* | /s/ *Daniel A. Taylor* |
| Kaan Ekiner (#5607) <br> 1201 North Market Street, Suite 1001 <br> Wilmington, DE 19801 <br> (302) 295-2046 <br> kekiner@cozen.com | Neal C. Belgam (#2721) <br> Daniel A. Taylor (#6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> dtaylor@skjlaw.com <br> nbelgam@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |

| | |
|---|---|
| COZEN O'CONNOR | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Kaan Ekiner | /s/ Kelly E. Farnan |
| _____ | _____ |
| Kaan Ekiner (#5607) <br> 1201 North Market Street, Suite 1001 <br> Wilmington, DE 19801 <br> (302) 295-2046 <br> kekiner@cozen.com <br><br> *Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | Kelly E. Farnan (#4395) <br> Sara M. Metzler (#6509) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> metzler@rlf.com <br><br> *Attorneys for Defendant Natco Pharma Ltd.* |
| MORRIS JAMES LLP | SHAW KELLER LLP |
| /s/ Kenneth L. Dorsney | /s/ Nathan R. Hoeschen |
| _____ | _____ |
| Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 3205 Avenue North Boulevard <br> Suite 100 <br> Wilmington, DE 19803 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendant Rubicon Research Private Ltd.* | Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> Emily S. DiBenedetto (No. 6779) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br><br> *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

September 22, 2025

4

SO ORDERED this _____ day of September 2025

                                                                         _____
                                                                         The Honorable Colm F. Connolly
                                                                         Chief, United States District Court Judge