## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APOTEX INC., *et al.*,<br><br>　　　　　Defendants. | C.A. No. 24-621 (CFC)<br><br>**CONSOLIDATED**<br><br>**ANDA CASE** |

## NOTICE OF CHANGE OF ATTORNEY NAME

PLEASE TAKE NOTICE that the attorney formerly known as Jillian M. Schurr, pursuant to the Motion for *Pro Hac Vice* filed on July 3, 2024 (D.I. 16), and an Associate at Katten Muchin Rosenman LLP, has changed her name to Jilliam M. Schurr-Hendrix.

The contact information is provided below:

2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
214.765.3684
jillian.schurr-hendrix@katten.com

Dated: September 26, 2025

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*