IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS UNLIMITED
COMPANY, and BRISTOL-MYERS
SQUIBB COMPANY,

          Plaintiffs,

     v.

APOTEX INC., et al.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-621 (CFC)
CONSOLIDATED

**ANDA CASE**

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the parties submitted their Joint Claim Construction Brief on September 5, 2025 (D.I. 123);

WHEREAS, the current deadline to submit an Amended Joint Claim Construction Chart, if necessary, is October 22, 2025 (D.I. 127 at 2);

WHEREAS, the *Markman* hearing is scheduled for November 12, 2025 (*see* September 9, 2025 Oral Order);

WHEREAS, the Court's form scheduling order for Hatch-Waxman cases explains that the meet and confer and filing of an Amended Joint Claim Construction Chart should be scheduled approximately "no earlier than three weeks before the claim construction and no later than two weeks before the claim construction hearing";

WHEREAS, Plaintiffs proposed a potential compromise on October 15, 2025 that could resolve or narrow the claim construction issues in dispute;

WHEREAS, Defendants require additional time to consider Plaintiffs' proposal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to meet and confer and file an Amended Joint Claim Construction Chart, if necessary, is extended to and including October 28, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Megan E. Dellinger | /s/ Kenneth L. Dorsney |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 3205 Avenue North Boulevard |
| P.O. Box 1347 | Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19803 |
| (302) 658-9200 | (302) 888-6800 |
| jtigan@morrisnichols.com | kdorsney@morrisjames.com |
| mdellinger@morrisnichols.com | chitch@morrisjames.com |
| | |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |

COZEN O'CONNOR

*/s/ Kaan Ekiner*

_____
Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo
Pharma Limited and Aurobindo
Pharma U.S.A., Inc.*


COZEN O'CONNOR

*/s/ Kaan Ekiner*

_____
Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants MSN
Laboratories Private Ltd. and MSN
Pharmaceuticals Inc.*

SMITH KATZENSTEIN JENKINS LLP

*/s/ Daniel A. Taylor*

_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Defendant
Changzhou Pharmaceutical Factory*


RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelley E. Farnan*

_____
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant
Natco Pharma Ltd.*

3

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*

_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard
Suite 100
Wilmington, DE  19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant Rubicon
Research Private Ltd.*


October 22, 2025

SHAW KELLER LLP

/s/ *Nathan R. Hoeschen*

_____
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant Teva
Pharmaceuticals, Inc.*


SO ORDERED this _____ day of October 2025


_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge