IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-621 (CFC)<br>)  CONSOLIDATED<br>)<br>)  **ANDA CASE**<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER
## REGARDING CLAIM CONSTRUCTION

WHEREAS, the parties agreed on the meaning of the claim terms "fast-dispersing" and "therapeutically effective amount" in the asserted claims of U.S. Patent No. 11,083,724 (*see* D.I. 123, Joint Claim Construction Brief at Sec.II);

WHEREAS, the parties identified the terms "molded" and "solid molded" in the asserted claims of U.S. Patent No. 11,083,724 as the only disputed terms requiring construction (*see* D.I. 123, Joint Claim Construction Brief, at Sec.III);

WHEREAS, the parties agreed that there was no dispute as to the meaning of the term "solid" and have now reached agreement on the meaning of the term "molded";[1]

---

[1] All parties reserve all rights to argue whether or not any defendant's product meets the "molded" limitation, including for the reasons set forth in the parties' respective

WHEREAS, the parties attach as Exhibit A a chart setting forth the agreed constructions for the terms in U.S. Patent No. 11,083,724;

WHEREAS, there are no longer any disputed claim terms requiring construction by the Court at this time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. The claim terms identified in Exhibit A have the meanings set forth in Exhibit A.

2. The *Markman* hearing currently scheduled for November 12, 2025 at 1 p.m. ET (*see* September 9, 2025 Oral Order) is cancelled.

---

infringement and non-infringement contentions (including amendments and supplements thereof) and the parties' respective submissions during expert discovery.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>3205 Avenue North Boulevard<br>Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| /s/ *Kaan Ekiner* | /s/ *Daniel A. Taylor* |
| Kaan Ekiner (#5607)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>dtaylor@skjlaw.com<br>nbelgam@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |

| | |
|---|---|
| COZEN O'CONNOR | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Kaan Ekiner* | /s/ *Kelly E. Farnan* |
| Kaan Ekiner (#5607)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com<br><br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant Natco Pharma Ltd.* |
| MORRIS JAMES LLP | SHAW KELLER LLP |
| /s/ *Kenneth L. Dorsney* | /s/ *Nathan R. Hoeschen* |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendant Rubicon Research Private Ltd.* | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

October 28, 2025

4

SO ORDERED this ___29TH___ day of October 2025

                                                                     _____
                                                                     The Honorable Colm F. Connolly
                                                                     Chief, United States District Court Judge

# EXHIBIT A

# Exhibit A

## Agreed-Upon Terms

The parties have agreed to the following constructions:

| Claim Term | Parties' Agreed Construction |
|---|---|
| **"fast-dispersing"**<br><br>'724 patent claims 2, 4, 6, 9, 11-15, 18-20 | "Disintegrating or dispersing within 1 to 60 seconds after being placed in contact with a fluid" |
| **"therapeutically effective amount"**<br><br>'724 patent claims 2, 4, 6, 9, 11-15, 18-20 | "Any amount of an agent that, when used alone or in combination with another agent, protects a subject against the onset of a disease or promotes disease regression evidenced by a decrease in severity of disease symptoms, an increase in frequency and duration of disease symptom-free periods, or relief from impairment or disability due to the disease affliction" |
| **"molded"**<br><br>'724 patent claims 2, 4, 6, 9, 11-15, 18-20 | "A form obtained by placing a composition in a mold" |