IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et. al.,<br><br>Defendants. | C.A. No. 24-621-CFC<br>**CONSOLIDATED**<br><br>**ANDA CASE** |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Lindsey M. Gellar withdraws her appearance as attorney for Defendant Teva Pharmaceuticals, Inc. ("Teva"). Teva will continue to be represented by the law firms of Shaw Keller LLP and Goodwin Procter LLP.

|  |  |
|---|---|
|  | /s/ *Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL:<br>Elaine H. Blais<br>Daryl L. Wiesen<br>Emily L. Rapalino<br>Molly Grammel<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000 | SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Madeline R. Bordynoski
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC 20036-1612
(202) 346-4000

Gabriel B. Ferrante
Magdalin Peña Jimenez
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Dated: November 12, 2025