IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>APOTEX INC., et al.,<br><br>        Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

**STIPULATION AND [PROPOSED] ORDER
PERMITTING THE PARTIES TO SERVE AMENDED
INFRINGEMENT AND NONINFRINGEMENT CONTENTIONS**

WHEREAS, on October 29, 2025, the Court entered an Order adopting the parties' agreed constructions for certain claim terms of U.S. Patent No. 11,083,724 ("the '724 Patent") (D.I. 132);

WHEREAS, the Scheduling Order in this case states that amendment of Infringement and Noninfringement Contentions "may be made only by order of the Court upon a timely showing of good cause" (D.I. 25, ¶11);

WHEREAS, on November 5, 2025, Plaintiffs sought Defendants' agreement on a proposal that would permit all parties to supplement their respective Infringement and Noninfringement Contentions for the '724 Patent in view of the Court's October 29, 2025 claim construction Order;

WHEREAS, the Defendants have agreed to Plaintiffs' proposal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. Plaintiffs may serve Amended Infringement Contentions for the '724 Patent by November 26, 2025;

2. Defendants may serve Amended Noninfringement Contentions for the '724 Patent by December 23, 2025; and

3. The parties' amendment(s) shall be limited to addressing infringement/noninfringement of the claim terms that are the subject of the Court's October 29, 2025 claim construction Order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Cortlan S. Hitch* |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 3205 Avenue North Boulevard |
| P.O. Box 1347 | Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19803 |
| (302) 658-9200 | (302) 888-6800 |
| jtigan@morrisnichols.com | kdorsney@morrisjames.com |
| mdellinger@morrisnichols.com | chitch@morrisjames.com |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |

2

| | |
|---|---|
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| */s/ Kaan Ekiner* | */s/ Daniel A. Taylor* |
| _____ | _____ |
| Kaan Ekiner (#5607) | Neal C. Belgam (#2721) |
| 1201 North Market Street, Suite 1001 | Daniel A. Taylor (#6934) |
| Wilmington, DE  19801 | 1000 West Street, Suite 1501 |
| (302) 295-2046 | Wilmington, DE  19801 |
| kekiner@cozen.com | (302) 652-8400 |
| | dtaylor@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | nbelgam@skjlaw.com |
| | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |
| COZEN O'CONNOR | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Kaan Ekiner* | */s/ Kelly E. Farnan* |
| _____ | _____ |
| Kaan Ekiner (#5607) | Kelly E. Farnan (#4395) |
| 1201 North Market Street, Suite 1001 | Sara M. Metzler (#6509) |
| Wilmington, DE  19801 | One Rodney Square |
| (302) 295-2046 | 920 North King Street |
| kekiner@cozen.com | Wilmington, DE  19801 |
| | (302) 651-7700 |
| *Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | farnan@rlf.com |
| | metzler@rlf.com |
| | *Attorneys for Defendant Natco Pharma Ltd.* |

| MORRIS JAMES LLP | SHAW KELLER LLP |
|---|---|
| /s/ *Cortlan S. Hitch* | /s/ *Karen E. Keller* |
| Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 3205 Avenue North Boulevard <br> Suite 100 <br> Wilmington, DE  19803 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendant Rubicon Research Private Ltd.* | Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> Emily S. DiBenedetto (#6779) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br><br> *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

November 20, 2025


SO ORDERED this _____ day of November 2025

The Honorable Colm F. Connolly
Chief, United States District Court Judge