IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>) |

### STIPULATION AND [PROPOSED] ORDER PERMITTING THE PARTIES TO SERVE AMENDED INFRINGEMENT AND NONINFRINGEMENT CONTENTIONS

WHEREAS, on October 29, 2025, the Court entered an Order adopting the parties' agreed constructions for certain claim terms of U.S. Patent No. 11,083,724 ("the '724 Patent") (D.I. 132);

WHEREAS, the Scheduling Order in this case states that amendment of Infringement and Noninfringement Contentions "may be made only by order of the Court upon a timely showing of good cause" (D.I. 25, ¶11);

WHEREAS, on November 5, 2025, Plaintiffs sought Defendants' agreement on a proposal that would permit all parties to supplement their respective Infringement and Noninfringement Contentions for the '724 Patent in view of the Court's October 29, 2025 claim construction Order;

WHEREAS, the Defendants have agreed to Plaintiffs' proposal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. Plaintiffs may serve Amended Infringement Contentions for the '724 Patent by November 26, 2025;

2. Defendants may serve Amended Noninfringement Contentions for the '724 Patent by December 23, 2025; and

3. The parties' amendment(s) shall be limited to addressing infringement/noninfringement of the claim terms that are the subject of the Court's October 29, 2025 claim construction Order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Cortlan S. Hitch* |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 3205 Avenue North Boulevard |
| P.O. Box 1347 | Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19803 |
| (302) 658-9200 | (302) 888-6800 |
| jtigan@morrisnichols.com | kdorsney@morrisjames.com |
| mdellinger@morrisnichols.com | chitch@morrisjames.com |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |

| | |
|---|---|
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| /s/ *Kaan Ekiner* | /s/ *Daniel A. Taylor* |
| Kaan Ekiner (#5607)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com<br><br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>dtaylor@skjlaw.com<br>nbelgam@skjlaw.com<br><br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* |
| COZEN O'CONNOR | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Kaan Ekiner* | /s/ *Kelly E. Farnan* |
| Kaan Ekiner (#5607)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com<br><br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant Natco Pharma Ltd.* |

| MORRIS JAMES LLP | SHAW KELLER LLP |
|---|---|
| /s/ *Cortlan S. Hitch* | /s/ *Karen E. Keller* |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>3205 Avenue North Boulevard<br>Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendant Rubicon Research Private Ltd.* | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

November 20, 2025

SO ORDERED this __21__ day of November 2025

/s/ Colm F. Connolly
_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

4