IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>   Plaintiffs,<br><br> v.<br><br>APOTEX INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) **CONSOLIDATED**<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Final Election of Asserted Claims Against Rubicon*; and (2) *Plaintiffs' Second Set of Requests for Production to Rubicon (No. 77)*, were caused to be served on November 25, 2025, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                 *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE  19803
*Attorneys for Defendant Rubicon*
*Research Private Ltd.*

Stephen R. Auten, Esquire  
Jaimin H. Shah, Esquire  
TAFT STETTINIUS & HOLLISTER LLP  
111 East Wacker, Suite 2800  
Chicago, IL 60601  
*Attorneys for Defendant Rubicon Research Private Ltd.*

*VIA ELECTRONIC MAIL*

Aaron M. Johnson, Esquire  
TAFT STETTINIUS & HOLLISTER LLP  
2200 IDS Center  
80 South Eighth Street  
Minneapolis, MN 55402  
*Attorney for Defendant Rubicon Research Private Ltd.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*

_____  
Jeremy A. Tigan (#5239)  
Megan E. Dellinger (#5739)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jtigan@morrisnichols.com  
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company*

OF COUNSEL:

Dimitrios T. Drivas  
John P. Scheibeler  
Kevin J. Georgek  
Samantha J. Kokonis  
WHITE & CASE LLP  
1221 Avenue of the Americas  
New York, NY 10020  
(212) 819-8200

November 25, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>3205 Avenue North Boulevard<br>Suite 100<br>Wilmington, DE  19803<br>*Attorneys for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Jaimin H. Shah, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2800<br>Chicago, IL  60601<br>*Attorneys for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Aaron M. Johnson, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>*Attorney for Defendant Rubicon Research Private Ltd.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)