IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br> v.<br><br>APOTEX INC., et al.,<br><br>    Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Final Election of Asserted Claims Against Natco*; and (2) *Plaintiffs' Second Set of Requests for Production to Natco (No. 77)*, were caused to be served on November 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

Christopher J. Sorenson, Esquire  
W. Reid Morris, Esquire  
MERCHANT & GOULD, P.C.  
150 South Fifth Street, Suite 2200  
Minneapolis, MN 55402  
*Attorneys for Defendant Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

Andrew O. Larsen, Esquire  
MERCHANT & GOULD, P.C.  
767 Third Avenue, Suite 23C  
New York, NY 10017  
*Attorneys for Defendant Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

Jason M. Wiener, Esquire  
MERCHANT & GOULD PC  
1900 Duke Street, Suite 600  
Alexandria, VA 22314  
*Attorneys for Defendant Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

OF COUNSEL:

Dimitrios T. Drivas  
John P. Scheibeler  
Kevin J. Georgek  
Samantha J. Kokonis  
WHITE & CASE LLP  
1221 Avenue of the Americas  
New York, NY 10020  
(212) 819-8200

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*
_____
Jeremy A. Tigan (#5239)  
Megan E. Dellinger (#5739)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jtigan@morrisnichols.com  
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company*

November 25, 2025

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Christopher J. Sorenson, Esquire<br>W. Reid Morris, Esquire<br>MERCHANT & GOULD, P.C.<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Andrew O. Larsen, Esquire<br>MERCHANT & GOULD, P.C.<br>767 Third Avenue, Suite 23C<br>New York, NY  10017<br>*Attorneys for Defendant Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

Jason M. Wiener, Esquire  
MERCHANT & GOULD PC  
1900 Duke Street, Suite 600  
Alexandria, VA  22314  
*Attorneys for Defendant Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

2