IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>APOTEX INC., et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Final Election of Asserted Claims Against MSN*; and (2) *Plaintiffs' Second Set of Requests for Production to MSN (No. 78)*, were caused to be served on November 25, 2025, upon the following in the manner indicated:

Kaan Ekiner, Esquire                            *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire                        *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*


Keri L. Schaubert, Esquire                       *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
OF COUNSEL:                                      Megan E. Dellinger (#5739)
                                                 1201 North Market Street
Dimitrios T. Drivas                              P.O. Box 1347
John P. Scheibeler                               Wilmington, DE 19899
Kevin J. Georgek                                 (302) 658-9200
Samantha J. Kokonis                              jtigan@morrisnichols.com
WHITE & CASE LLP                                 mdellinger@morrisnichols.com
1221 Avenue of the Americas
New York, NY  10020                              *Attorneys for Plaintiffs Pfizer Inc. and*
(212) 819-8200                                   *Pfizer Ireland Pharmaceuticals Unlimited*
                                                 *Company*


November 25, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants MSN*<br>*Laboratories Private Ltd. and*<br>*MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants MSN*<br>*Laboratories Private Ltd. and*<br>*MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants MSN*<br>*Laboratories Private Ltd. and*<br>*MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

_____

Megan E. Dellinger (#5739)