IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br> v.<br><br>APOTEX INC., et al.,<br><br>    Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Final Election of Asserted Claims Against Aurobindo*; and (2) *Plaintiffs' Second Set of Requests for Production to Aurobindo (No. 78)*, were caused to be served on November 25, 2025, upon the following in the manner indicated:

Kaan Ekiner, Esquire                     *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

W. Blake Coblentz Esquire  
Aaron S. Lukas, Esquire  
COZEN O'CONNOR  
1200 19th Street, NW  
Washington, DC  20036  
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Keri L. Schaubert, Esquire  
COZEN O'CONNOR  
3 WTC  
175 Greenwich Street, 55th Floor  
New York, NY  10007  
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____  
Jeremy A. Tigan (#5239)  
Megan E. Dellinger (#5739)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jtigan@morrisnichols.com  
mdellinger@morrisnichols.com  

*Attorneys for Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company*

OF COUNSEL:

Dimitrios T. Drivas  
John P. Scheibeler  
Kevin J. Georgek  
Samantha J. Kokonis  
WHITE & CASE LLP  
1221 Avenue of the Americas  
New York, NY  10020  
(212) 819-8200

November 25, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)