IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>                Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Supplemental Infringement Contentions to Changzhou*, were caused to be served on November 26, 2025, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                                *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

Howard Wang, Esquire                                                  *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | _____ |
| | Jeremy A. Tigan (#5239) |
| Dimitrios T. Drivas | Megan E. Dellinger (#5739) |
| John P. Scheibeler | 1201 North Market Street |
| Kevin J. Georgek | P.O. Box 1347 |
| Samantha J. Kokonis | Wilmington, DE 19899 |
| WHITE & CASE LLP | (302) 658-9200 |
| 1221 Avenue of the Americas | jtigan@morrisnichols.com |
| New York, NY 10020 | mdellinger@morrisnichols.com |
| (212) 819-8200 | |
| | *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company* |

November 26, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 26, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Changzhou*<br>*Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |
| Howard Wang, Esquire<br>RIMÔN PC<br>100 Overlook Center, 2nd Floor<br>Princeton, NJ  08540<br>*Attorneys for Defendant Changzhou*<br>*Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)