IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al., <br><br> Defendants. | C.A. No. 24-621 (CFC) <br> CONSOLIDATED <br><br> **ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Supplemental Infringement Contentions to Teva*, were caused to be served on November 26, 2025, upon the following in the manner indicated:

Karen E. Keller, Esquire                                             *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

| | |
|---|---|
| Elaine H. Blais, Esquire<br>Daryl L. Wiesen, Esquire<br>Molly Grammel, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Madeline R. Bordynoski, Esquire<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, DC  20036-1612<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Magdalin Peña Jimenez, Esquire<br>Gabriel B. Ferrante, Esquire<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | _____ |
|  | Jeremy A. Tigan (#5239) |
| Dimitrios T. Drivas | Megan E. Dellinger (#5739) |
| John P. Scheibeler | 1201 North Market Street |
| Kevin J. Georgek | P.O. Box 1347 |
| Samantha J. Kokonis | Wilmington, DE 19899 |
| WHITE & CASE LLP | (302) 658-9200 |
| 1221 Avenue of the Americas | jtigan@morrisnichols.com |
| New York, NY  10020 | mdellinger@morrisnichols.com |
| (212) 819-8200 |  |
|  | *Attorneys for Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company* |
| November 26, 2025 |  |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 26, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Elaine H. Blais, Esquire<br>Daryl L. Wiesen, Esquire<br>Molly Grammel, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Madeline R. Bordynoski, Esquire<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, DC  20036-1612<br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Magdalin Peña Jimenez, Esquire
Gabriel B. Ferrante, Esquire
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendant Teva
Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

2