# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>            Plaintiffs,<br><br>  v.<br><br>APOTEX INC., et al.,<br><br>            Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF COMPANY NAME CHANGE

Defendant Rubicon Research Private Limited has changed its name to Rubicon Research Limited.

Dated: December 1, 2025

*Of Counsel:*

Stephen R. Auten
Jaimin H. Shah
Taft Stettinius & Hollister, LLP
111 E. Wacker Drive, Suite 2600
(312) 527-4000
sauten@taftlaw.com
jshah@taftlaw.com

Aaron M. Johnson
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2210
(612) 977-8400
ajohnson@taftlaw.com

  /s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant*
*Rubicon Research Ltd.*