IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>       Plaintiffs,<br><br>   v.<br><br>APOTEX INC. et al,<br><br>       Defendants. | C.A. No. 24-621-CFC<br>CONSOLIDATED<br><br>ANDA CASE |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on December 9, 2025, Defendant Changzhou Pharmaceutical Factory ("Changzhou") and Defendants Apotex Inc. and Apotex Corp. ("Apotex") served their final election of asserted prior art with respect to U.S. Patent Nos. 8,314,117 and 8,759,372 on the following counsel of record for Plaintiffs:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
Joel L. Broussard
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020

ddrivas@whitecase.com<br>
joel.broussard@whitecase.com<br>
jscheibeler@whitecase.com

| | |
|---|---|
| Dated: December 9, 2025 | **SMITH KATZENSTEIN & JENKINS LLP** |
| *Of Counsel:* | /s/ *Daniel A. Taylor*<br>Neal C. Belgam (No. 2721) |
| H. Howard Wang<br>**RIMON LAW PC**<br>100 Overlook Center, 2nd floor<br> Princeton, NJ 08540<br>(609) 931-4994<br>howard.wang@rimonlaw.com | Daniel A. Taylor (No. 6934)<br>1000 N. West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |
| | *Counsel for Defendant Changzhou Pharmaceutical Factory* |