IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| v. | ) ) | **ANDA CASE** |
| APOTEX INC., et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order (D.I. 25) are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Substantial Completion | December 18, 2025 | January 16, 2026 |
| Fact Discovery Cut-off | March 25, 2026 | April 24, 2026 |
| Opening Expert Reports | May 13, 2026 | June 12, 2026 |
| Rebuttal Expert Reports | July 8, 2026 | August 7, 2026 |
| Reply Expert Reports | July 31, 2026 | Sept. 4, 2026 |
| Close of Expert Discovery | Sept. 24, 2026 | Oct. 30, 2026 |
| Deadline to file *Dauberts* | Oct. 15, 2026 | Nov. 13, 2026 |
| Plaintiffs to provide Defs a draft of the JPPO | Oct. 2, 2026 | Nov. 6, 2026 |
| Parties submit JPPO | Jan. 15, 2027 | No Change |
| Pretrial Conference | Feb 8, 2027 | No Change |
| Trial | Feb. 16, 2027 | No Change |

Pursuant to D. Del. Local Rule 16.4, counsel for each party hereby certifies

that they have sent a copy of this request to their respective client(s).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| _____ | _____ |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 3205 Avenue North Blvd. |
| P.O. Box 1347 | Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19803 |
| (302) 658-9200 | (302) 888-6800 |
| jtigan@morrisnichols.com | kdorsney@morrisjames.com |
| mdellinger@morrisnichols.com | chitch@morrisjames.com |
| | |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc., Apotex Corp. and Rubicon Research Private Ltd.* |
| | |
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| /s/ *Kaan Ekiner* | /s/ *Daniel A. Taylor* |
| _____ | _____ |
| Kaan Ekiner (#5607) | Neal C. Belgam (#2721) |
| 1201 North Market Street, Suite 1001 | Daniel A. Taylor (#6934) |
| Wilmington, DE 19801 | 1000 West Street, Suite 1501 |
| (302) 295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | (302) 652-8400 |
| | dtaylor@skjlaw.com |
| | nbelgam@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | SHAW KELLER LLP |
| */s/ Sara M. Metzler* | */s/ Karen E. Keller* |
| _____ | _____ |
| Kelly E. Farnan (#4395) | Karen E. Keller (#4489) |
| Sara M. Metzler (#6509) | Nathan R. Hoeschen (#6232) |
| One Rodney Square | Emily S. DiBenedetto (No. 6779) |
| 920 North King Street | I.M. Pei Building |
| Wilmington, DE  19801 | 1105 North Market Street, 12th Floor |
| (302) 651-7700 | Wilmington, DE  19801 |
| farnan@rlf.com | (302) 298-0700 |
| metzler@rlf.com | kkeller@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | edibenedetto@shawkeller.com |
| *Attorneys for Defendant Natco Pharma Ltd.* | |
| | *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Dated: December 12, 2025

SO ORDERED this \_\_\_\_\_ day of December, 2025.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge