IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>        Plaintiffs,<br><br>   v.<br><br>APOTEX INC., et al.,<br><br>        Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order (D.I. 25) are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Substantial Completion | December 18, 2025 | January 16, 2026 |
| Fact Discovery Cut-off | March 25, 2026 | April 24, 2026 |
| Opening Expert Reports | May 13, 2026 | June 12, 2026 |
| Rebuttal Expert Reports | July 8, 2026 | August 7, 2026 |
| Reply Expert Reports | July 31, 2026 | Sept. 4, 2026 |
| Close of Expert Discovery | Sept. 24, 2026 | Oct. 30, 2026 |
| Deadline to file *Dauberts* | Oct. 15, 2026 | Nov. 13, 2026 |
| Plaintiffs to provide Defs a draft of the JPPO | Oct. 2, 2026 | Nov. 6, 2026 |
| Parties submit JPPO | Jan. 15, 2027 | No Change |
| Pretrial Conference | Feb 8, 2027 | No Change |
| Trial | Feb. 16, 2027 | No Change |

Pursuant to D. Del. Local Rule 16.4, counsel for each party hereby certifies

that they have sent a copy of this request to their respective client(s).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Kenneth L. Dorsney* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>3205 Avenue North Blvd.<br>Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc., Apotex Corp. and Rubicon Research Private Ltd.* |
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| */s/ Kaan Ekiner* | */s/ Daniel A. Taylor* |
| Kaan Ekiner (#5607)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>dtaylor@skjlaw.com<br>nbelgam@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |

| RICHARDS, LAYTON & FINGER, P.A. | SHAW KELLER LLP |
|---|---|
| */s/ Sara M. Metzler* | */s/ Karen E. Keller* |
| Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant Natco Pharma Ltd.* | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (No. 6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Dated: December 12, 2025

SO ORDERED this __15th__ day of December, 2025.

/s/ Colm F. Connolly
The Honorable Colm F. Connolly
Chief, United States District Court Judge