**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>     Plaintiffs,<br><br>  v.<br><br>APOTEX INC. et al,<br><br>     Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE** |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE THAT on December 17, 2025, Defendant Changzhou Pharmaceutical Factory served its confidential Individual Interrogatories to Plaintiffs (Nos. 1–4) and confidential Individual Requests for Production (Nos. 1–17) on the following counsel of record for Plaintiffs:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
Joel L. Broussard
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
joel.broussard@whitecase.com
jscheibeler@whitecase.com

Dated: December 17, 2025

*Of Counsel:*

H. Howard Wang
**RIMON LAW PC**
100 Overlook Center, 2nd floor
 Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

**SMITH KATZENSTEIN &
JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou
Pharmaceutical Factory*