**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| Plaintiffs, | ) | C.A. No. 1:24-cv-00621-CFC<br>**ANDA CASE** |
| v. | ) | **CONSOLIDATED CASE** |
| APOTEX INC., *et al.,* | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS APOTEX INC. AND APOTEX CORP.'S FIRST SUPPLEMENTAL NONINFRINGEMENT CONTENTIONS FOR U.S. PATENT NO. 11,083,724**

were served upon the attorneys listed below via electronic mail on this 23rd day of December, 2025 prior to 5:00 p.m. Eastern:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

Dimitrios Drivas
John Scheibeler
Samantha Kokonis
Kevin Georgek
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
samantha.kokonis@whitecase.com
kevin.georgek@whitecase.com

*Attorneys for Plaintiffs*

Dated: December 23, 2025

OF COUNSEL:
Deepro R. Mukerjee
Lance A. Soderstrom
Christopher B. Prescott
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com
christopher.prescott@katten.com

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: (704) 444-2000
joseph.janusz@katten.com

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*