IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>APOTEX INC., et. al.,<br><br>    Defendants. | C.A. No. 24-621-CFC<br>**CONSOLIDATED**<br><br>**ANDA CASE** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs and defendant Teva Pharmaceuticals, Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for Defendant Teva Pharmaceuticals, Inc. to serve their Amended Noninfringement Contentions is extended through and including January 12, 2026.

| | |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Karen E. Keller* |
| Jeremy A. Tigan (No. 5239) | Karen E. Keller (No. 4489) |
| Megan E. Dellinger (No. 5739) | Nathan R. Hoeschen (No. 6232) |
| MORRIS, NICHOLS, ARSHT | SHAW KELLER LLP |
|  & TUNNELL LLP | I.M. Pei Building |
| 1201 North Market Street | 1105 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 658-9200 | kkeller@shawkeller.com |
| jtigan@morrisnichols.com | nhoeschen@shawkeller.com |
| mdellinger@morrisnichols.com | *Attorneys for Defendant Teva* |
| *Attorneys for Plaintiffs Pfizer Inc.,* | *Pharmaceuticals, Inc.* |
| *Pfizer Ireland Pharmaceuticals,* | |
| *and Bristol-Myers Squibb* | |
| *Company* | |

Dated:  December 23, 2025

    IT IS SO ORDERED this _____ day of _____, 2025.

                                                                              _____
                                                                              Chief, United States District Judge