## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS,<br><br>   Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al., | C.A. No. 1:24-cv-00621-CFC<br>**ANDA CASE**<br>**(CONSOLIDATED)** |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANT RUBICON RESEARCH LTD.'S FIRST SUPPLEMENTAL NONINFRINGEMENT CONTENTIONS**

were served upon the attorneys listed below via electronic mail on this 23rd day of

December, 2025 prior to 5:00 Eastern:

Megan Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

Dimitrios Drivas
John Scheibeler
Samantha Kokonis
Kevin Georgek
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
samantha.kokonis@whitecase.com
kevin.georgek@whitecase.com

*Attorneys for Plaintiffs*

Dated: December 23, 2025

| | |
|---|---|
| *Of Counsel:* |   /s/ *Kenneth L. Dorsney* |
| | Kenneth L. Dorsney (#3726) |
| Stephen R. Auten | Cortlan S. Hitch (#6720) |
| Jaimin H. Shah | MORRIS JAMES LLP |
| TAFT STETTINIUS & HOLLISTER LLP | 3205 Avenue North Boulevard, Suite 100 |
| 111 East Wacker Drive, Suite 2600 | Wilmington, DE 19803 |
| Chicago, IL 60601 | (302) 888-6800 |
| 312-527-4000 | kdorsney@morrisjames.com |
| sauten@taftlaw.com | chitch@morrisjames.com |
| jshah@taftlaw.com | |
| | *Attorneys for Defendant* |
| Aaron M. Johnson | *Rubicon Research Ltd.* |
| TAFT STETTINIUS & HOLLISTER LLP | |
| 2200 IDS Center | |
| 80 South Eighth Street | |
| Minneapolis, MN 55402-2210 | |
| (612) 977-8400 | |
| ajohnson@taftlaw.com | |