IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>APOTEX INC., et. al.,<br><br>    Defendants. | C.A. No. 24-621-CFC<br>**CONSOLIDATED**<br><br>**ANDA CASE** |

## STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME

Plaintiffs and defendant Teva Pharmaceuticals, Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for Defendant Teva Pharmaceuticals, Inc. to serve their Amended Noninfringement Contentions is extended through and including January 12, 2026.

| | |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Karen E. Keller* |
| Jeremy A. Tigan (No. 5239) | Karen E. Keller (No. 4489) |
| Megan E. Dellinger (No. 5739) | Nathan R. Hoeschen (No. 6232) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jtigan@morrisnichols.com | kkeller@shawkeller.com |
| mdellinger@morrisnichols.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Dated: December 23, 2025

IT IS SO ORDERED this 23rd day of December, 2025.

_____
Chief, United States District Judge