# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 24-621 (CFC)<br>) CONSOLIDATED<br>)<br>) **ANDA CASE**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 23, 2025, a copy of Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.'s Amended Non-Infringement Contentions was served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Dimitrios T. Drivas<br>John P. Scheibeler<br>Kevin J. Georgek<br>Samantha J. Kokonis<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>kevin.georgek@whitecase.com<br>samantha.kokonis@whitecase.com |

| | |
|---|---|
| Dated:  December 23, 2025 | Respectfully submitted,<br><br>/s/ Kaan Ekiner<br>Kaan Ekiner (#5607)<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com |
| *Of Counsel*:<br><br>W. Blake Coblentz<br>Aaron S. Lukas | |

| | |
|---|---|
| COZEN O'CONNOR<br>2001 M Street, NW<br>Suite 500<br>Washington, DC 20036<br>(202) 912-4800<br>wcoblentz@cozen.com<br>alukas@cozen.com | *Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* |

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com