# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC. et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)  C.A. No. 24-621 (CFC)<br>)  CONSOLIDATED<br>)<br>)  **ANDA CASE**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 23, 2025, a copy of Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.'s Amended Non-Infringement Contentions was served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Dimitrios T. Drivas<br>John P. Scheibeler<br>Kevin J. Georgek<br>Samantha J. Kokonis<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>kevin.georgek@whitecase.com<br>samantha.kokonis@whitecase.com |

Dated:  December 23, 2025

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
**COZEN O'CONNOR**
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

**COZEN O'CONNOR**
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*