# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. et al.,<br><br>Defendants. | ) ) ) ) ) C.A. No. 24-621 (CFC) ) CONSOLIDATED ) ) **ANDA CASE** ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 24, 2025, a copy of (1) Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.'s Objections and Responses to Plaintiffs' Second Set of Common Interrogatories to Defendants (No. 7); and (2) Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.'s Objections and Responses to Plaintiffs' Second Set of Requests for Production to Aurobindo (No. 78) were served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Dimitrios T. Drivas<br>John P. Scheibeler<br>Kevin J. Georgek<br>Samantha J. Kokonis<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>kevin.georgek@whitecase.com<br>samantha.kokonis@whitecase.com |

Dated: December 24, 2025

Respectfully submitted,

*/s/ Kaan Ekiner*

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

Kaan Ekiner (#5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

2