# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY,  <br><br>　　　　Plaintiffs,  <br><br>　　v.  <br><br>APOTEX INC., *et al.*,  <br><br>　　　　Defendants. | C.A. No. 1:24-cv-00621-CFC  <br>**ANDA CASE**  <br><br>**CONSOLIDATED CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS APOTEX INC. AND APOTEX CORP.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF COMMON INTERROGATORIES TO DEFENDANTS (NO. 7)**

**DEFENDANTS APOTEX INC. AND APOTEX CORP.'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO APOTEX (NO. 92)**

were served upon the attorneys listed below via electronic mail on this 29th day of December, 2025 prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Dimitrios Drivas<br>John Scheibeler<br>Samantha Kokonis<br>Kevin Georgek<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>samantha.kokonis@whitecase.com<br>kevin.georgek@whitecase.com<br><br>*Attorneys for Plaintiffs* |

Dated: December 29, 2025

| | |
|---|---|
| OF COUNSEL:<br>Deepro R. Mukerjee<br>Lance A. Soderstrom<br>Christopher B. Prescott<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Telephone: (212) 940-8800<br>deepro.mukerjee@katten.com<br>lance.soderstrom@katten.com<br>christopher.prescott@katten.com<br><br>Joseph M. Janusz<br>KATTEN MUCHIN ROSENMAN LLP<br>550 S. Tryon Street, Suite 2900<br>Charlotte, NC 28202-4213<br>Telephone: (704) 444-2000<br>joseph.janusz@katten.com |   /s/ Cortlan S. Hitch<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |