# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS,<br><br>        Plaintiffs,<br><br>   v.<br><br>APOTEX INC., et al., | )<br>)<br>)<br>)<br>)  C.A. No. 1:24-cv-00621-CFC<br>)  **ANDA CASE**<br>)  **(CONSOLIDATED)**<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANT RUBICON RESEARCH LTD.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF COMMON INTERROGATORIES (NO. 7)**

**DEFENDANT RUBICON RESEARCH LTD.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION (NO. 77)**

were served upon the attorneys listed below via electronic mail on this 29th day of December, 2025 prior to 5:00 Eastern:

| | |
|---|---|
| Megan Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Dimitrios Drivas<br>John Scheibeler<br>Samantha Kokonis<br>Kevin Georgek<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>samantha.kokonis@whitecase.com<br>kevin.georgek@whitecase.com<br><br>*Attorneys for Plaintiffs* |

Dated: December 29, 2025

| | |
|---|---|
| *Of Counsel:*<br><br>Stephen R. Auten<br>Jaimin H. Shah<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601<br>312-527-4000<br>sauten@taftlaw.com<br>jshah@taftlaw.com<br><br>Aaron M. Johnson<br>TAFT STETTINIUS & HOLLISTER LLP<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2210<br>(612) 977-8400<br>ajohnson@taftlaw.com |  /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendant<br>Rubicon Research Ltd.* |

2