# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>APOTEX INC. et al,<br><br>    Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on December 29, 2025, Defendant Changzhou Pharmaceutical Factory served its confidential Objections and Responses to Plaintiffs' Second Set of Common Interrogatories (No. 7) and confidential Objections and Responses to Plaintiffs' Second Set of Requests for Production to Changzhou (No. 85) on the following counsel of record for Plaintiffs:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
Joel L. Broussard
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com

joel.broussard@whitecase.com
jscheibeler@whitecase.com

| | |
|---|---|
| Dated: December 29, 2025 | **SMITH KATZENSTEIN & JENKINS LLP** |
| *Of Counsel:* | /s/ *Daniel A. Taylor* |
| | Neal C. Belgam (No. 2721) |
| H. Howard Wang | Daniel A. Taylor (No. 6934) |
| **RIMON LAW PC** | 1000 N. West Street, Suite 1501 |
| 100 Overlook Center, 2nd floor | Wilmington, DE 19801 |
| Princeton, NJ 08540 | (302) 652-8400 |
| (609) 931-4994 | nbelgam@skjlaw.com |
| howard.wang@rimonlaw.com | dtaylor@skjlaw.com |

*Counsel for Defendant Changzhou Pharmaceutical Factory*