# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs and Defendants Apotex Inc. and Apotex Corp. ("Apotex") hereby stipulate and agree, subject to the approval of the Court, that Apotex's deadline for the substantial completion of document production is extended from January 16, 2026 to January 30, 2026.

Dated: January 14, 2026

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 3205 Avenue North Boulevard, Suite 100 |
| P.O. Box 1347 | Wilmington, DE 19803 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| jtigan@morrisnichols.com | chitch@morrisjames.com |
| mdellinger@morrisnichols.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Pfizer Inc., Pfizer Ireland* | *Apotex Inc. and Apotex Corp.* |
| *Pharmaceuticals Unlimited Company,* | |
| *and Bristol-Myers Squibb Company* | |

**SO ORDERED** this _____ day of January, 2026.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge