IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et. al.,<br><br>Defendants. | C.A. No. 24-621-CFC<br>**CONSOLIDATED**<br><br>**ANDA CASE**<br><br>~~CONFIDENTIAL – FILED UNDER SEAL~~ |

## JOINT STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL

**WHEREAS** Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company (collectively, "Plaintiffs") filed a complaint against Defendant Teva Pharmaceuticals, Inc. ("Teva") (D.I. 1, C.A. No. 24-cv-00627-CFC) ("the Teva Action") alleging that the filing of Teva's Abbreviated New Drug Application, ANDA No. 219365 ("Teva's ANDA"), seeking approval by the U.S. Food and Drug Administration of a generic version of NURTEC ODT® (rimegepant orally disintegrating tablets, 75mg) ("Teva's ANDA Product") prior to the expiration of U.S. Patent No. 11,083,724 ("the '724 Patent"), was an act of infringement of the '724 Patent;

1

WHEREAS Teva's ANDA contained a certification pursuant to 21 U.S.C. § 355 (j)(2)(A)(vii)(IV) ("paragraph IV certification") alleging that the claims of the '724 Patent are invalid, unenforceable, or would not be infringed by the commercial manufacture, use, or sale of Teva's ANDA Product;

WHEREAS Teva asserted defenses and counterclaims concerning the '724 Patent in the Teva Action (D.I. 14, C.A. No. 24-cv-00627-CFC);

WHEREAS the Teva Action was consolidated with the above-captioned lead case (*see* D.I. 22, C.A. No. 24-cv-00627-CFC);

WHEREAS on December 11, 2025, Teva amended Teva's ANDA to contain a certification pursuant to 21 U.S.C. § 355 (j)(2)(A)(vii)(III) ("paragraph III certification") with respect to the '724 Patent;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, as follows:

1. In accordance with 21 U.S.C. § 355 (j)(2)(A)(vii)(III), Teva is no longer seeking FDA approval of the Teva ANDA prior to the expiration of the '724 Patent;

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Plaintiffs' claims that the '724 Patent is infringed by the filing of Teva's ANDA or by the Teva ANDA Product, and Teva's counterclaims concerning the '724 Patent, are hereby dismissed without prejudice. Plaintiffs agree that they will

not re-assert the '724 Patent against Teva as to the Teva ANDA or the Teva ANDA Product so long as Teva maintains its paragraph III certification with respect to the '724 Patent;

3. The Court retains jurisdiction over the parties for the purpose of enforcing the terms of this stipulation;

4. Each party bears its own fees and expenses.

/s/ Megan Dellinger
Jeremy A. Tigan (No. 5239)
Megan Dellinger (No. 5739)
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company*

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

Dated: January 14, 2026

IT IS SO ORDERED this 16th day of January, 2026.

_____
The Honorable Colm F. Connolly
Chief United States District Judge

4