IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al., <br><br> Defendants. | C.A. No. 24-621 (CFC) <br> CONSOLIDATED <br><br> **ANDA CASE** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb (collectively, "Plaintiffs") and Defendants hereby stipulate and agree, subject to the approval of the Court, that Plaintiffs' deadline for the substantial completion of document production is extended from January 16, 2026 to January 23, 2026.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| _____ | _____ |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 3205 Avenue North Blvd. |
| P.O. Box 1347 | Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19803 |
| (302) 658-9200 | (302) 888-6800 |
| jtigan@morrisnichols.com | kdorsney@morrisjames.com |
| mdellinger@morrisnichols.com | chitch@morrisjames.com |
| | |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc., Apotex Corp. and Rubicon Research Private Ltd.* |
| | |
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| /s/ *Kaan Ekiner* | /s/ *Daniel A. Taylor* |
| _____ | _____ |
| Kaan Ekiner (#5607) | Neal C. Belgam (#2721) |
| 1201 North Market Street, Suite 1001 | Daniel A. Taylor (#6934) |
| Wilmington, DE 19801 | 1000 West Street, Suite 1501 |
| (302) 295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | (302) 652-8400 |
| | dtaylor@skjlaw.com |
| | nbelgam@skjlaw.com |
| *Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Sara M. Metzler*

_____
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant*
*Natco Pharma Ltd.*

January 16, 2026

       SO ORDERED this _____ day of January, 2026.


_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

3