## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC. et al,<br><br>　　　　Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE**<br><br>**CONSOLIDATED** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on January 26, 2026, Defendant Changzhou Pharmaceutical Factory served its, Supplemental Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Paragraph 3 of the Delaware Default Standard for Discovery with respect to U.S. Patents Nos. 8,314,117; 8,759,372; and 11,083,724 on the following counsel of record:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
Joel L. Broussard
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com

joel.broussard@whitecase.com
jscheibeler@whitecase.com

| | |
|---|---|
| Dated: January 26, 2026 | **SMITH KATZENSTEIN & JENKINS LLP** |
| *Of Counsel:* | */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) |
| H. Howard Wang <br> **RIMON LAW PC** <br> 100 Overlook Center, 2nd floor <br> Princeton, NJ 08540 <br> (609) 931-4994 <br> howard.wang@rimonlaw.com | Daniel A. Taylor (No. 6934) <br> 1000 N. West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com |
| | *Counsel for Defendant Changzhou Pharmaceutical Factory* |