IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Objections and Responses to Changzhou Pharmaceutical Factory's First Set of Individual Requests for Production of Documents and Things (Nos. 1-17) to Plaintiffs*; and (2) *Plaintiffs' Objections and Responses to Changzhou Pharmaceutical Factory's First Set of Interrogatories (Nos. 1-4) to Plaintiffs*, were caused to be served on February 6, 2026, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                                    *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

Howard Wang, Esquire             *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Megan E. Dellinger*

                                          _____

OF COUNSEL:                          Jeremy A. Tigan (#5239)
                                          Megan E. Dellinger (#5739)
Dimitrios T. Drivas                   1201 North Market Street
John P. Scheibeler                   P.O. Box 1347
Kevin J. Georgek                    Wilmington, DE 19899
Samantha J. Kokonis               (302) 658-9200
WHITE & CASE LLP               jtigan@morrisnichols.com
1221 Avenue of the Americas    mdellinger@morrisnichols.com
New York, NY  10020
(212) 819-8200                        *Attorneys for Plaintiffs Pfizer Inc., Pfizer*
                                          *Ireland Pharmaceuticals Unlimited*
                                          *Company, and Bristol-Myers Squibb*
                                          *Company*

February 6, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 6, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |
| Howard Wang, Esquire<br>RIMÔN PC<br>100 Overlook Center, 2nd Floor<br>Princeton, NJ  08540<br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)