# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>APOTEX INC. et al,<br><br>  Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE**<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on February 27, 2026, Defendants Changzhou Pharmaceutical Factory; Apotex Inc. and Apotex Corp.; Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.; MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.; Natco Pharma, Ltd.; and Rubicon Research Ltd served their Confidential Notice of Deposition to Plaintiffs Pursuant to Fed. R. Civ. P. 30(b)(6) on Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals (collectively "Pfizer") and Bristol-Myers Squibb Company ("BMS") ("Pfizer" and "BMS" collectively "Plaintiffs") via electronic mail to the following counsel of record for Plaintiffs:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas<br>
John P. Scheibeler<br>
WHITE & CASE LLP<br>
1221 Avenue of the Americas<br>
New York, NY 10020<br>
ddrivas@whitecase.com<br>
jscheibeler@whitecase.com

Dated: February 27, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*Of Counsel:*

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)

H. Howard Wang
**RIMON LAW PC**
100 Overlook Center, 2nd floor
Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou Pharmaceutical Factory*