**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 24-621 (CFC)
CONSOLIDATED

**ANDA CASE**

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 4, 2026, a true and correct copy of Defendants

Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.'s Objections and Responses to

Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) was served on the following

counsel of record for Plaintiffs by email:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
kevin.georgek@whitecase.com
samantha.kokonis@whitecase.com

Dated:  March 4, 2026

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo Pharma
Limited and Aurobindo Pharma U.S.A., Inc.*

2