## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC., et al., <br><br> Defendants. | C.A. No. 24-621 (CFC) <br> CONSOLIDATED <br> **ANDA CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 4, 2026, true and correct copies of Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition of Defendants Natco Pharma, Inc. and Nato Pharma, Ltd. were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Jeremy A. Tigan
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Dimitrios T. Drivas
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| OF COUNSEL:<br><br>Christopher J. Sorenson<br>MERCHANT & GOULD PC<br>150 South Fifth Street, Suite 2200<br>Minneapolis, Minnesota 55402<br>(612) 332-5300<br>csorenson@merchantgould.com<br><br>Andrew O. Larsen<br>MERCHANT & GOULD PC<br>500 Fifth Avenue<br>Suite 4100<br>New York, NY 10110<br>alarsen@merchantgould.com<br>(212) 223-6520<br><br>Jason M. Wiener<br>MERCHANT & GOULD PC<br>1900 Duke Street<br>Suite 600<br>Alexandria, VA 22314<br>jwiener@merchantgould.com<br>(703) 684-2500<br><br>Date: March 4, 2026 | /s/ Sara M. Metzler<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant Natco Pharma, Ltd.* |