# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC. et al,<br><br>　　　　Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE**<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on March 5, 2026, Defendant Changzhou Pharmaceutical Factory served its Confidential Objections and Responses to Plaintiff's Notice of Rule 30(b)(6) Deposition on the following counsel of record:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com

| | |
|---|---|
| Dated: March 5, 2026 | **SMITH KATZENSTEIN & JENKINS LLP** |
| *Of Counsel:* | */s/ Daniel A. Taylor*<br>Neal C. Belgam (No. 2721) |
| H. Howard Wang<br>**RIMON LAW PC**<br>100 Overlook Center, 2nd floor<br>Princeton, NJ 08540<br>(609) 931-4994<br>howard.wang@rimonlaw.com | Daniel A. Taylor (No. 6934)<br>1000 N. West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Counsel for Defendant Changzhou Pharmaceutical Factory* |