# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS,<br><br>        Plaintiffs,<br><br>  v.<br><br>APOTEX INC., et al., | C.A. No. 1:24-cv-00621-CFC<br>**ANDA CASE**<br>**(CONSOLIDATED)** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANT RUBICON RESEARCH LTD.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' RULE 30(b)(6) DEPOSITION TOPICS**

were served upon the attorneys listed below via electronic mail on this 5th day of

March, 2026 prior to 5:00 Eastern:

| | |
|---|---|
| Megan Dellinger<br>Jeremy A. Tigan<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>mdellinger@morrisnichols.com<br>jtigan@morrisnichols.com<br>mnat_IP_eFiling@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Dimitrios Drivas<br>John Scheibeler<br>Samantha Kokonis<br>Kevin Georgek<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ddrivas@whitecase.com<br>jscheibeler@whitecase.com<br>samantha.kokonis@whitecase.com<br>kevin.georgek@whitecase.com<br><br>*Attorneys for Plaintiffs* |

Dated: March 5, 2026

|  |  |
|---|---|
| *Of Counsel:* |　　*/s/ Kenneth L. Dorsney*　　 |
|  | Kenneth L. Dorsney (#3726) |
| Stephen R. Auten | Cortlan S. Hitch (#6720) |
| Jaimin H. Shah | MORRIS JAMES LLP |
| TAFT STETTINIUS & HOLLISTER LLP | 3205 Avenue North Boulevard, Suite 100 |
| 111 East Wacker Drive, Suite 2600 | Wilmington, DE 19803 |
| Chicago, IL 60601 | (302) 888-6800 |
| 312-527-4000 | kdorsney@morrisjames.com |
| sauten@taftlaw.com | chitch@morrisjames.com |
| jshah@taftlaw.com |  |
|  | *Attorneys for Defendant* |
| Aaron M. Johnson | *Rubicon Research Ltd.* |
| TAFT STETTINIUS & HOLLISTER LLP |  |
| 2200 IDS Center |  |
| 80 South Eighth Street |  |
| Minneapolis, MN 55402-2210 |  |
| (612) 977-8400 |  |
| ajohnson@taftlaw.com |  |