IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| v. | ) ) | **ANDA CASE** |
| APOTEX INC., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF NAVIN VAYA

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company (collectively, "Pfizer"), and Bristol-Myers Squibb Company ("BMS") (collectively with Pfizer, "Plaintiffs") will take the deposition upon oral examination of **NAVIN VAYA** on a date and time and at a location mutually agreed upon by the parties. The deposition will continue until completed with such adjournment as to time and place as may be necessary.

The deposition shall be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of the United States District Court for the District of Delaware. The deposition will be taken before a notary public or other

officer duly authorized to administer oaths and take testimony.  The deposition will

be recorded stenographically and by videotape.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Samantha Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

*Attorneys for Plaintiffs Pfizer Inc., Pfizer
Ireland Pharmaceuticals Unlimited
Company, and Bristol-Myers Squibb
Company*

March 5, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 5, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>3205 Avenue North Boulevard<br>Suite 100<br>Wilmington, DE  19803<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance A. Soderstrom, Esquire<br>Christopher B. Prescott, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202-4213<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

Jillian M. Schurr-Hendrix, Esquire                    *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX  75201-2591
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*


                                                      */s/ Megan E. Dellinger*

                                                      _____
                                                      Megan E. Dellinger (#5739)