IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| v. | ) ) | **ANDA CASE** |
| APOTEX INC., et al., | ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF DEPOSITION OF AVINASH REDDY MANDA</u>**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal

Rules of Civil Procedure, Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals

Unlimited Company (collectively, "Pfizer" or "Plaintiffs") will take the deposition

upon oral examination of **AVINASH REDDY MANDA** on a date and time and at

a location mutually agreed upon by the parties.  The deposition will continue until

completed with such adjournment as to time and place as may be necessary.

The deposition shall be conducted in accordance with the Federal Rules of

Civil Procedure and applicable Local Rules of the United States District Court for

the District of Delaware.  The deposition will be taken before a notary public or other

officer duly authorized to administer oaths and take testimony.  The deposition will

be recorded stenographically and by videotape.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Samantha Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

*Attorneys for Plaintiffs Pfizer Inc., Pfizer
Ireland Pharmaceuticals Unlimited
Company, and Bristol-Myers Squibb
Company*

March 5, 2026

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 5, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants Aurobindo*<br>*Pharma Limited and Aurobindo Pharma*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

_____

Megan E. Dellinger (#5739)