IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>                Plaintiffs,<br><br>        v.<br><br>APOTEX INC., et al.,<br><br>                Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF DEPOSITION OF SHENG DING

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company (collectively, "Pfizer"), and Bristol-Myers Squibb Company ("BMS") (collectively with Pfizer, "Plaintiffs") will take the deposition upon oral examination of **SHENG DING** on a date and time and at a location mutually agreed upon by the parties. The deposition will continue until completed with such adjournment as to time and place as may be necessary.

The deposition shall be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of the United States District Court for the District of Delaware. The deposition will be taken before a notary public or other

officer duly authorized to administer oaths and take testimony.  The deposition will be recorded stenographically and by videotape.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Samantha Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

March 5, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 5, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Changzhou*<br>*Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |
| Howard Wang, Esquire<br>RIMÔN PC<br>100 Overlook Center, 2nd Floor<br>Princeton, NJ  08540<br>*Attorneys for Defendant Changzhou*<br>*Pharmaceutical Factory* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)