IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>        Plaintiffs,<br><br>  v.<br><br>APOTEX INC., et al.,<br><br>        Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## NOTICE OF DEPOSITION OF DR. KONDAL REDDY BAIRY

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company (collectively, "Pfizer" or "Plaintiffs") will take the deposition upon oral examination of **DR. KONDAL REDDY BAIRY** on a date and time and at a location mutually agreed upon by the parties. The deposition will continue until completed with such adjournment as to time and place as may be necessary.

The deposition shall be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of the United States District Court for the District of Delaware. The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony. The deposition will be recorded stenographically and by videotape.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | */s/ Megan E. Dellinger* |
OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Samantha Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

March 5, 2026

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Megan E. Dellinger*

                      _____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 5, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Kaan Ekiner, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz Esquire<br>Aaron S. Lukas, Esquire<br>COZEN O'CONNOR<br>1200 19th Street, NW<br>Washington, DC  20036<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Keri L. Schaubert, Esquire<br>COZEN O'CONNOR<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY  10007<br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)