IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| v. | ) ) | **ANDA CASE** |
| APOTEX INC., et al., | ) ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION OF VAIBHAV DESHMUKH**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals Unlimited Company (collectively, "Pfizer" or "Plaintiffs") will take the deposition upon oral examination of **VAIBHAV DESHMUKH** on a date and time and at a location mutually agreed upon by the parties. The deposition will continue until completed with such adjournment as to time and place as may be necessary.

The deposition shall be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of the United States District Court for the District of Delaware. The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony. The deposition will be recorded stenographically and by videotape.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | _____ |
|  | Jeremy A. Tigan (#5239) |
|  | Megan E. Dellinger (#5739) |
| Dimitrios T. Drivas | 1201 North Market Street |
| John P. Scheibeler | P.O. Box 1347 |
| Kevin Georgek | Wilmington, DE 19899 |
| Samantha Kokonis | (302) 658-9200 |
| WHITE & CASE LLP | jtigan@morrisnichols.com |
| 1221 Avenue of the Americas | mdellinger@morrisnichols.com |
| New York, NY 10020 |  |
| (212) 819-8200 | *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company* |

March 5, 2026

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 5, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>3205 Avenue North Boulevard<br>Suite 100<br>Wilmington, DE  19803<br>*Attorneys for Defendant Rubicon Research Ltd.* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Jaimin H. Shah, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2800<br>Chicago, IL  60601<br>*Attorneys for Defendant Rubicon Research Ltd.* | *VIA ELECTRONIC MAIL* |
| Aaron M. Johnson, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>*Attorney for Defendant Rubicon Research Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)