IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) | |
| | ) | C.A. No. 24-621 (CFC) |
| Plaintiffs, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | **ANDA CASE** |
| | ) | |
| APOTEX INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Responses and Objections to Changzhou Pharmaceutical Factory, Apotex Inc., and Apotex Corp.'s Notice of Deposition to Plaintiffs Pursuant to Federal Rule of Civil Procedure 30(b)(6)*, were caused to be served on March 20, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                    *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE  19803
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Deepro R. Mukerjee, Esquire                    *VIA ELECTRONIC MAIL*
Lance A. Soderstrom, Esquire
Christopher B. Prescott, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY  10020-1605
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Joseph M. Janusz, Esquire                      *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28202-4213
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Jillian M. Schurr-Hendrix, Esquire             *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX  75201-2591
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Neal C. Belgam, Esquire                        *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Howard Wang, Esquire                           *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
Dominique Macaluso
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

March 20, 2026

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 20, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                           *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE  19803
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Deepro R. Mukerjee, Esquire                                           *VIA ELECTRONIC MAIL*
Lance A. Soderstrom, Esquire
Christopher B. Prescott, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY  10020-1605
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Joseph M. Janusz, Esquire                                             *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28202-4213
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Jillian M. Schurr-Hendrix, Esquire                          *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX  75201-2591
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Neal C. Belgam, Esquire                                     *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Howard Wang, Esquire                                        *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)

2