## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, and
BRISTOL-MYERS SQUIBB
COMPANY,

        Plaintiffs,

        v.

APOTEX INC., *et al.,*

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 1:24-cv-00621-CFC
**ANDA CASE**

**CONSOLIDATED CASE**

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS APOTEX INC. AND APOTEX CORP.'S
RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF
30(b)(6) DEPOSITION**

were served upon the attorneys listed below via electronic mail on this 20th day of

March, 2025 prior to 5:00 p.m. Eastern:

Megan E. Dellinger
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mdellinger@morrisnichols.com
jitgan@morrisnichols.com
mnat_IP_eFiling@morrisnichols.com

*Attorneys for Plaintiffs*

Dimitrios Drivas
John Scheibeler
Samantha Kokonis
Kevin Georgek
Dominique Macaluso
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
samantha.kokonis@whitecase.com
kevin.georgek@whitecase.com
dominique.macaluso@whitecase.com

*Attorneys for Plaintiffs*

Dated: March 20, 2026

OF COUNSEL:
Deepro R. Mukerjee
Lance A. Soderstrom
Christopher B. Prescott
KATTEN MUCHIN ROSENMAN
LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com
christopher.prescott@katten.com

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN
LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: (704) 444-2000
joseph.janusz@katten.com

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard,
Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

2