**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) | |
| | ) | C.A. No. 24-621 (CFC) |
| Plaintiffs, | ) | CONSOLIDATED |
| | ) | **ANDA CASE** |
| v. | ) | |
| | ) | |
| APOTEX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 23, 2026, true and correct copies of Defendants Natco Pharma Inc.'s and Natco Parma. Ltd.'s Supplemental Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) were caused to be served on the following counsel as indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Jeremy A. Tigan | Dimitrios T. Drivas |
| Megan E. Dellinger | John P. Scheibeler |
| Morris, Nichols, Arsht & Tunnell LLP | Kevin J. Georgek |
| 1201 North Market Street | Samantha J. Kokonis |
| Wilmington, DE 19801 | Dominique Macaluso |
| | White & Case LLP |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |

OF COUNSEL:

Christopher J. Sorenson
MERCHANT & GOULD PC
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 332-5300
csorenson@merchantgould.com

Andrew O. Larsen
MERCHANT & GOULD PC
500 Fifth Avenue
Suite 4100
New York, NY 10110
alarsen@merchantgould.com
(212) 223-6520

Jason M. Wiener
MERCHANT & GOULD PC
1900 Duke Street
Suite 600
Alexandria, VA 22314
jwiener@merchantgould.com
(703) 684-2500

Date: March 23, 2026

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant Natco
Pharma, Ltd.*

2