**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>APOTEX INC., et al.,<br><br>        Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE**<br><br>**(CONSOLIDATED)** |

**DEFENDANTS' NOTICE OF DEPOSITION OF TATYANA TSINBERG
PURSUANT TO FED. R. CIV. P. 30(b)(1)**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Changzhou Pharmaceutical Factory; Apotex Inc. and Apotex Corp.; Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.; MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.; Natco Pharma, Ltd.; and Rubicon Research Ltd., by and through their attorneys, will take the deposition upon oral examination of Tatyana Tsinberg, before a notary public or other officer authorized to administer oaths on a date and time and at a location mutually agreed upon by the parties and continuing from day-to-day thereafter until completed.  The deposition will be recorded by stenographic means, videotaped, and transcribed using real time interactive transcription such as LiveNote, and counsel for Defendants may elect to participate telephonically. The deposition will be taken for the purposes of discovery, for use at trial in these actions, and for any purposes permitted under the Federal Rules of Civil Procedure. Counsel should inform Defendants if the witness will give testimony in a foreign language and if an interpreter/translator is needed for all or portions of the deposition.  You are invited to attend and participate as provided in

1

the Federal Rules of Civil Procedure.

|  | **SMITH, KATZENSTEIN & JENKINS LLP** |
|---|---|

*Of Counsel:*

Howard Wang
Rimon, P.C.
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Changzhou Pharmaceutical Factory*

**COZEN O'CONNOR**

*Of Counsel:*

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert.com

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

2

**RICHARDS, LAYTON & FINGER, P.A.**

*Of Counsel:*

/s/ *Sara M. Metzler*

Christopher J. Sorenson
MERCHANT & GOULD PC
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
(612) 332-5300
csorenson@merchantgould.com

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

Andrew O. Larsen
MERCHANT & GOULD PC
500 Fifth Avenue
Suite 4100
New York, NY 10110
(212) 223-6520
alarsen@merchantgould.com

*Attorneys for Defendant Natco Pharma, Ltd.*

Jason M. Wiener
MERCHANT & GOULD PC
191 Peachtree Street NE
Suite 3800
Atlanta, GA 30303
(703) 684-2500
jwiener@merchantgould.com

*Of Counsel:*

Deepro R. Mukerjee
Lance A. Soderstrom
Christopher B. Prescott
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com
christopher.prescott@katten.com

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
615 South College Street, Suite 1700
Charlotte, NC 28202-3354
Telephone: (704) 444-2000
joseph.janusz@katten.com

**MORRIS JAMES LLP**

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE  19803
(302) 658-9200
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc., Apotex Corp.*

*Of Counsel:*

Stephen R. Auten
Jaimin H. Shah
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312-527-4000
sauten@taftlaw.com
jshah@taftlaw.com

Aaron M. Johnson, Esq.
Taft Stettinius & Hollister, LLP
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2210
(612) 977-8400
AJohnson@taftlaw.com

**MORRIS JAMES LLP**

/s/ *Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE  19803
(302) 658-9200
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant Rubicon Private Ltd.*

Dated: March 23, 2026

4