IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND )
PHARMACEUTICALS UNLIMITED )
COMPANY, and BRISTOL-MYERS )
SQUIBB COMPANY, )
 ) C.A. No. 24-621 (CFC)
   Plaintiffs, ) CONSOLIDATED
 )
 v. ) **ANDA CASE**
 )
APOTEX INC., et al., )
 )
   Defendants. )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *Plaintiffs' Third Set of Requests for Production to Aurobindo (Nos. 79-80)*, were caused to be served on March 24, 2026, upon the following in the manner indicated:

Kaan Ekiner, Esquire      *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

W. Blake Coblentz Esquire                           *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*


Keri L. Schaubert, Esquire                          *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*


                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Megan E. Dellinger*
                                        _____
                                        Jeremy A. Tigan (#5239)
OF COUNSEL:                             Megan E. Dellinger (#5739)
                                        1201 North Market Street
Dimitrios T. Drivas                     P.O. Box 1347
John P. Scheibeler                      Wilmington, DE 19899
Kevin J. Georgek                        (302) 658-9200
Samantha J. Kokonis                     jtigan@morrisnichols.com
Dominique Macaluso                      mdellinger@morrisnichols.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020                     *Attorneys for Plaintiffs Pfizer Inc. and*
(212) 819-8200                          *Pfizer Ireland Pharmaceuticals Unlimited*
                                        *Company*

March 24, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 24, 2026, upon the following in the manner indicated:

Kaan Ekiner, Esquire                                    *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

W. Blake Coblentz Esquire                               *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Keri L. Schaubert, Esquire                              *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)