# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS UNLIMITED
COMPANY, and BRISTOL-MYERS
SQUIBB COMPANY,

        Plaintiffs,

v.

APOTEX, INC., et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-621 (CFC)
CONSOLIDATED
**ANDA CASE**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 24, 2026, true and correct copies of

Defendants Natco Pharma Ltd.'s and Natco Parma, Inc.'s Third Set of Requests for

Production to Plaintiffs (Nos. 10-36) were caused to be served on the following

counsel as indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
| --- | --- |
| Jeremy A. Tigan | Dimitrios T. Drivas |
| Megan E. Dellinger | John P. Scheibeler |
| Morris, Nichols, Arsht & Tunnell LLP | Kevin J. Georgek |
| 1201 North Market Street | Samantha J. Kokonis |
| Wilmington, DE 19801 | Dominique Macaluso |
| | White & Case LLP |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |

OF COUNSEL:

Christopher J. Sorenson
MERCHANT & GOULD PC
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 332-5300
csorenson@merchantgould.com

Andrew O. Larsen
MERCHANT & GOULD PC
500 Fifth Avenue
Suite 4100
New York, NY 10110
alarsen@merchantgould.com
(212) 223-6520

Jason M. Wiener
MERCHANT & GOULD PC
1900 Duke Street
Suite 600
Alexandria, VA 22314
jwiener@merchantgould.com
(703) 684-2500

Date: March 24, 2026

/s/ Sara M. Metzler
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant Natco
Pharma, Ltd.*

2