**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:24-cv-00621-CFC **ANDA CASE** |
| v. | ) ) | **(CONSOLIDATED)** |
| APOTEX INC., et al., | ) ) ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for

the admission pro *hac vice* of Luke T. Shannon of the law firm TAFT STETTINIUS

&HOLLISTER LLP to represent Defendant Rubicon Research Ltd. in this matter.

Dated: March 25, 2026

>      */s/ Kenneth L. Dorsney*
> Kenneth L. Dorsney (#3726)
> Cortlan S. Hitch (#6720)
> MORRIS JAMES LLP
> 3205 Avenue North Boulevard,
> Suite 100
> Wilmington, DE 19803
> (302) 888-6800
> kdorsney@morrisjames.com
> chitch@morrisjames.com
>
> *Attorneys for Defendant*
> *Rubicon Research Ltd.*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.


Date:_____

_____
United States District Court Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted upon filing of this motion.

Dated: March 25, 2026

Signed: _____
Luke T. Shannon, Esq.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Suite 2600
Chicago, IL  60601-4208
(312) 836-4115
LShannon@taftlaw.com