**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) <br> ) <br> ) <br> )    C.A. No. 24-621 (CFC) <br> )    CONSOLIDATED <br> ) |
| Plaintiffs, | ) <br> )    **ANDA CASE** |
| v. | ) <br> ) |
| APOTEX INC. et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 25, 2026, a true and correct copy of Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.'s First Set of Requests for Production to Plaintiffs (No. 1) was served on the following counsel of record for Plaintiffs by email:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
Dominique Macaluso
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
kevin.georgek@whitecase.com
samantha.kokonis@whitecase.com
dominique.macaluso@whitecase.com

Dated: March 25, 2026

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants MSN Laboratories
Private Ltd. and MSN Pharmaceuticals Inc.*