IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND    )
PHARMACEUTICALS UNLIMITED  )
COMPANY, and BRISTOL-MYERS   )
SQUIBB COMPANY,                  )
                             )
        Plaintiffs,      )   C.A. No. 24-621 (CFC)
                             )   CONSOLIDATED
   v.                     )
                             )   **ANDA CASE**
APOTEX INC., et al.,        )
                             )
        Defendants.    )

## MOTION AND ORDER
## <u>FOR ADMISSION PRO HAC VICE</u>

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel

moves the admission pro hac vice of Angelika M. Kligos of WHITE & CASE LLP to

represent plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company,

and Bristol-Myers Squibb Company in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

April 7, 2026

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Angelika M. Kligos is granted.

Dated: _____      _____
                                    Chief, United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/7/2026             /s/ Angelika M. Kligos
                           Angelika M. Kligos
                           WHITE & CASE LLP
                           1221 Avenue of the Americas
                           New York, NY 10020
                           (212) 819-8200

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 7, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>3205 Avenue North Boulevard<br>Suite 100<br>Wilmington, DE  19803<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance A. Soderstrom, Esquire<br>Christopher B. Prescott, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202-4213<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

4

Jillian M. Schurr-Hendrix, Esquire            *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX  75201-2591
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Kaan Ekiner, Esquire                          *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

W. Blake Coblentz Esquire                     *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Keri L. Schaubert, Esquire                    *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Neal C. Belgam, Esquire                      *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Howard Wang, Esquire                       *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou*
*Pharmaceutical Factory*

Kaan Ekiner, Esquire                        *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire                  *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Keri L. Schaubert, Esquire                        *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants MSN*
*Laboratories Private Ltd. and*
*MSN Pharmaceuticals Inc.*

Kelly E. Farnan, Esquire                          *VIA ELECTRONIC MAIL*
Sara M. Metzler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Christopher J. Sorenson, Esquire                  *VIA ELECTRONIC MAIL*
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Andrew O. Larsen, Esquire                         *VIA ELECTRONIC MAIL*
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY  10017
*Attorneys for Defendant Natco Pharma*
*Ltd.*

Jason M. Wiener, Esquire                          *VIA ELECTRONIC MAIL*
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA  22314
*Attorneys for Defendant Natco Pharma*
*Ltd.*

7

Kenneth L. Dorsney, Esquire                              *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE  19803
*Attorneys for Defendant Rubicon*
*Research Ltd.*


Stephen R. Auten, Esquire                                *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
Luke T. Shannon, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL  60601
*Attorneys for Defendant Rubicon*
*Research Ltd.*


Aaron M. Johnson, Esquire                                *VIA ELECTRONIC MAIL*
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
*Attorney for Defendant Rubicon*
*Research Ltd.*


/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)

8