IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| | ) | C.A. No. 24-621 (CFC) |
| | ) | CONSOLIDATED |
| Plaintiffs, | ) | **ANDA CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| APOTEX INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF DEPOSITION OF BLESSY JOHNS</u>

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal

Rules of Civil Procedure, Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals

Unlimited Company (collectively, "Pfizer" or "Plaintiffs") will take the deposition

upon oral examination of **BLESSY JOHNS** on a date and time and at a location

mutually agreed upon by the parties.  The deposition will continue until completed

with such adjournment as to time and place as may be necessary.

The deposition shall be conducted in accordance with the Federal Rules of

Civil Procedure and applicable Local Rules of the United States District Court for

the District of Delaware.  The deposition will be taken before a notary public or other

officer duly authorized to administer oaths and take testimony.  The deposition will

be recorded stenographically and by videotape.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____

Jeremy A. Tigan (#5239)

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
Dominique Macaluso
Angelika M. Kligos
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

April 7, 2026

Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc.,
Pfizer Ireland Pharmaceuticals Unlimited
Company, and
Bristol-Myers Squibb Company*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 7, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 7, 2026, upon the following in the manner indicated:

Kaan Ekiner, Esquire                                    *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

W. Blake Coblentz Esquire                          *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Keri L. Schaubert, Esquire                          *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

2