## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) | |
| | ) | C.A. No. 24-621 (CFC) |
| Plaintiffs, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | **ANDA CASE** |
| | ) | |
| APOTEX INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE

The parties hereby stipulate and agree, subject to the approval of the Court,

that the following deadline set forth in the Scheduling Order (D.I. 25) is extended as

follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut-off | April 24, 2026 | May 6, 2026 |

Pursuant to D. Del. Local Rule 16.4, counsel for each party hereby certifies

that they have sent a copy of this request to their respective client(s).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc.,*
*Pfizer Ireland Pharmaceuticals, and*
*Bristol-Myers Squibb Company*


COZEN O'CONNOR

*/s/ Kaan Ekiner*

_____
Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo*
*Pharma Limited, Aurobindo Pharma*
*U.S.A., Inc., MSN Laboratories Private*
*Ltd. and MSN Pharmaceuticals Inc.*


MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Blvd.
Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc., Apotex Corp. and Rubicon*
*Research Ltd.*


SMITH KATZENSTEIN JENKINS LLP

*/s/ Daniel A. Taylor*

_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Defendant*
*Changzhou Pharmaceutical Factory*

2

RICHARDS, LAYTON & FINGER, P.A.

/s/ Sara M. Metzler

_____
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant*
*Natco Pharma Ltd.*


Dated: April 9, 2026


        SO ORDERED this _____ day of April, 2026.


_____
The Honorable Colm F. Connolly
Chief United States District Judge

3