# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED **ANDA CASE** |
| v. | ) ) | |
| APOTEX, INC., et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 9, 2026, a true and correct copy of Defendants Natco Pharma Ltd.'s and Natco Parma, Inc.'s Privilege Log was caused to be served on the following counsel as indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Jeremy A. Tigan | Dimitrios T. Drivas |
| Megan E. Dellinger | John P. Scheibeler |
| Morris, Nichols, Arsht & Tunnell LLP | Kevin J. Georgek |
| 1201 North Market Street | Samantha J. Kokonis |
| Wilmington, DE 19801 | Dominique Macaluso |
| | White & Case LLP |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |

OF COUNSEL:

Christopher J. Sorenson
MERCHANT & GOULD PC
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 332-5300
csorenson@merchantgould.com

Andrew O. Larsen
MERCHANT & GOULD PC
500 Fifth Avenue
Suite 4100
New York, NY 10110
alarsen@merchantgould.com
(212) 223-6520

Jason M. Wiener
MERCHANT & GOULD PC
1900 Duke Street
Suite 600
Alexandria, VA 22314
jwiener@merchantgould.com
(703) 684-2500

Date: April 9, 2026

/s/ Sara M. Metzler
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant Natco
Pharma, Ltd.*

2