# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

<table>
<tr><td>

PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, AND
BRISTOL-MYERS SQUIBB
COMPANY,

       Plaintiffs,

    v.

APOTEX INC. et al,

       Defendants.

</td>
<td>

C.A. No. 24-621-CFC

**ANDA CASE**

**CONSOLIDATED**

</td>
</tr>
</table>

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, pursuant to Section VIII of the Stipulated Order Regarding the Discovery of Electronically Stored Information entered by the Court in the above-reference matter (D.I. 43), on April 10, 2026, Defendant Changzhou Pharmaceutical Factory served its Confidential Privilege Log on Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals (collectively "Pfizer") and Bristol-Myers Squibb Company ("BMS") ("Pfizer" and "BMS" collectively "Plaintiffs") via electronic mail to the following counsel of record for Plaintiffs:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
John P. Scheibeler
WHITE & CASE LLP

1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com

Dated: April 10, 2026

**SMITH KATZENSTEIN &
JENKINS LLP**

*Of Counsel:*

H. Howard Wang
**RIMON LAW PC**
100 Overlook Center, 2nd floor
Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou
Pharmaceutical Factory*

2