# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. et al., <br><br> Defendants. | ) ) ) ) ) C.A. No. 24-621 (CFC) ) CONSOLIDATED ) ) **ANDA CASE** ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 10, 2026, a true and correct copy of Defendants

MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.'s Privilege Log was served on the

following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Megan E. Dellinger <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> mdellinger@morrisnichols.com | Dimitrios T. Drivas <br> John P. Scheibeler <br> Kevin J. Georgek <br> Samantha J. Kokonis <br> Dominique Macaluso <br> Angelika Kligos <br> WHITE & CASE LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> ddrivas@whitecase.com <br> jscheibeler@whitecase.com <br> kevin.georgek@whitecase.com <br> samantha.kokonis@whitecase.com <br> dominique.macaluso@whitecase.com <br> angelika.kligos@whitecase.com |

Dated:  April 10, 2026

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)

COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

*Attorneys for Defendants MSN Laboratories*
*Private Ltd. and MSN Pharmaceuticals Inc.*

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

2