## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, and
BRISTOL-MYERS SQUIBB
COMPANY,

   Plaintiffs,

  v.

APOTEX INC. et al.,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-621 (CFC)
CONSOLIDATED

**ANDA CASE**

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Madison H. McNulty and Anna Pedraza Beck of Cozen O'Connor to represent Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd., and MSN Pharmaceuticals Inc. in the above-captioned matter.

Dated:  April 14, 2026

Respectfully submitted,

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

2

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice*

of Madison H. McNulty and Anna Pedraza Beck is GRANTED.

Dated: _____4/15/24_____        _____
                                Chief, United States District Judge