**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) | |
| | ) | C.A. No. 24-621 (CFC) |
| | ) | CONSOLIDATED |
| Plaintiffs, | ) | |
| | ) | **ANDA CASE** |
| v. | ) | |
| | ) | |
| APOTEX INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 23, 2026, a true and correct copy of Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.'s Objections and Responses to Plaintiffs' Third Set of Requests for Production to Aurobindo (Nos. 79-80) was served on the following counsel of record for Plaintiffs by email:

Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
Dominique Macaluso
Angelika Kligos
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
kevin.georgek@whitecase.com
samantha.kokonis@whitecase.com
dominique.macaluso@whitecase.com
angelika.kligos@whitecase.com

2

Dated:  April 23, 2026

Respectfully submitted,

*/s/ Kaan Ekiner*

Kaan Ekiner (#5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, NW
Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

*Attorneys for Defendants Aurobindo Pharma
Limited and Aurobindo Pharma U.S.A., Inc.*

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

Madison H. McNulty
Anna Pedraza Beck
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mmcnulty@cozen.com
abeck@cozen.com

2