IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND    )
PHARMACEUTICALS UNLIMITED    )
COMPANY, and BRISTOL-MYERS    )
SQUIBB COMPANY,    )
    )
        Plaintiffs,    )    C.A. No. 24-621 (CFC)
    )    CONSOLIDATED
    v.    )
    )    **ANDA CASE**
APOTEX INC., et al.,    )
    )
        Defendants.    )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *Plaintiffs' Objections and Responses to Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.'s First Set of Requests for Production to Plaintiffs (No. 1)*, were caused to be served on April 24, 2026, upon the following in the manner indicated:

Kaan Ekiner, Esquire        *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

W. Blake Coblentz Esquire
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Madison H. McNulty, Esquire
Anna Pedraza Beck, Esquire
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Keri L. Schaubert, Esquire
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin Georgek
Samantha Kokonis
Angelika M. Kligos
Dominique Macaluso
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

April 24, 2026

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 24, 2026, upon the following in the manner indicated:

Kaan Ekiner, Esquire                                                     *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

W. Blake Coblentz Esquire                                          *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Madison H. McNulty, Esquire                                    *VIA ELECTRONIC MAIL*
Anna Pedraza Beck, Esquire
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
*Attorneys for Defendants Aurobindo*
*Pharma Limited and Aurobindo Pharma*
*U.S.A., Inc.*

Keri L. Schaubert, Esquire
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
*Attorneys for Defendants Aurobindo
Pharma Limited and Aurobindo Pharma
U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

2