IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| v. | ) ) | **ANDA CASE** |
| APOTEX INC., et al., | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' First Supplemental Objections and Responses to Defendants Natco Pharma Ltd.'s and Natco Pharma, Inc.'s First Set of Requests for Admission to Plaintiffs (Nos. 2-4)*; and (2) *Plaintiffs' First Supplemental Objections and Responses to Defendants Natco Pharma Ltd.'s and Natco Pharma, Inc.'s First Set of Individual Interrogatories to Plaintiffs (Nos. 1-3)*, were caused to be served on April 29, 2026, upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                  *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Natco Pharma Ltd.*

Christopher J. Sorenson, Esquire
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
*Attorneys for Defendant Natco Pharma
Ltd.*

*VIA ELECTRONIC MAIL*

Andrew O. Larsen, Esquire
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY  10017
*Attorneys for Defendant Natco Pharma
Ltd.*

*VIA ELECTRONIC MAIL*

Jason M. Wiener, Esquire
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA  22314
*Attorneys for Defendant Natco Pharma
Ltd.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____

OF COUNSEL:

Dimitrios T. Drivas
Elizabeth J. Holland
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
Dominique Macaluso
Angelika M. Kligos
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

April 23, 2026

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer
Ireland Pharmaceuticals Unlimited
Company and Bristol-Myers Squibb
Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 29, 2026, upon the following in the manner indicated:

Kelly E. Farnan, Esquire                    *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Natco Pharma Ltd.*

Christopher J. Sorenson, Esquire             *VIA ELECTRONIC MAIL*
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
*Attorneys for Defendant Natco Pharma Ltd.*

Andrew O. Larsen, Esquire                    *VIA ELECTRONIC MAIL*
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY  10017
*Attorneys for Defendant Natco Pharma Ltd.*

Jason M. Wiener, Esquire                                                    *VIA ELECTRONIC MAIL*
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA  22314
*Attorneys for Defendant Natco Pharma
Ltd.*


                                                                           */s/ Megan E. Dellinger*

                                                                           _____
                                                                           Megan E. Dellinger (#5739)


2