**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PFIZER INC. and
PFIZER IRELAND
PHARMACEUTICALS,

          Plaintiffs,

    v.

APOTEX INC., et al.,

)
)
)
)
)
)
)
)
)
)
)

C.A. No. 1:24-cv-00621-CFC
**ANDA CASE
(CONSOLIDATED)**

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANT RUBICON RESEARCH LTD.'S
FIRST SUPPLEMENTAL OBJECTIONSAND RESPONSES TO
PLAINTIFFS' FIRST SET OF COMMON INTERROGATORIES
(NO. 3)**

were served upon the attorneys listed below via electronic mail on this 6th day of

May, 2026 prior to 5:00 Eastern:

Megan Dellinger
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mdellinger@morrisnichols.com
jtigan@morrisnichols.com
mnat_IP_eFiling@morrisnichols.com

*Attorneys for Plaintiffs*

Dimitrios Drivas
John Scheibeler
Samantha Kokonis
Kevin Georgek
Dominique Macaluso
Angelika M. Kligos
Elizabeth Holland
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
samantha.kokonis@whitecase.com
kevin.georgek@whitecase.com
dominique.macaluso@whitecase.com
angelika.kligos@whitecase.com
elizabeth.holland@whitecase.com
wc-pfizer-nurtec@whitecase.com

*Attorneys for Plaintiffs*

Dated: May 6, 2026

*Of Counsel:*

Stephen R. Auten
Jaimin H. Shah
Luke T. Shannon
TAFT STETTINIUS & HOLLISTER
LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312-527-4000
sauten@taftlaw.com
jshah@taftlaw.com
lshannon@taftlaw.com

Aaron M. Johnson
TAFT STETTINIUS & HOLLISTER
LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2210
(612) 977-8400
ajohnson@taftlaw.com

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant*
*Rubicon Research Ltd.*

3