**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER INC. and<br>PFIZER IRELAND<br>PHARMACEUTICALS, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | C.A. No. 1:24-cv-00621-CFC |
| v. | ) ) | **ANDA CASE**<br>**(CONSOLIDATED)** |
| | ) | |
| APOTEX INC., et al., | ) ) | |
| | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document:

**DEFENDANT RUBICON RESEARCH LTD.'S**
**FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO**
**PLAINTIFFS' FIRST SET OF COMMON INTERROGATORIES**
**(NOS. 1, 2, 5, 6)**

were served upon the attorneys listed below via electronic mail on this 13th day of

May, 2026 prior to 5:00 Eastern:

Megan Dellinger
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mdellinger@morrisnichols.com
jtigan@morrisnichols.com
mnat_IP_eFiling@morrisnichols.com

*Attorneys for Plaintiffs*

Dimitrios Drivas
John Scheibeler
Samantha Kokonis
Kevin Georgek
Dominique Macaluso
Angelika M. Kligos
Elizabeth Holland
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
samantha.kokonis@whitecase.com
kevin.georgek@whitecase.com
dominique.macaluso@whitecase.com
angelika.kligos@whitecase.com
elizabeth.holland@whitecase.com
wc-pfizer-nurtec@whitecase.com

*Attorneys for Plaintiffs*

2

Dated: May 13, 2026

_/s/ Cortlan S. Hitch_

*Of Counsel:*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)

Stephen R. Auten
Jaimin H. Shah
Luke T. Shannon
TAFT STETTINIUS & HOLLISTER
LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312-527-4000
sauten@taftlaw.com
jshah@taftlaw.com
lshannon@taftlaw.com

MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant*
*Rubicon Research Ltd.*

Aaron M. Johnson
TAFT STETTINIUS & HOLLISTER
LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2210
(612) 977-8400
ajohnson@taftlaw.com

3