# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>  v.<br><br>APOTEX INC., et al.,<br><br>    Defendants. | C.A. No. 24-621 (CFC) CONSOLIDATED<br><br>**ANDA CASE** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order (D.I. 25; as amended at D.I. 155) are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Expert Reports | June 12, 2026 | June 26, 2026 |
| Rebuttal Expert Reports | August 7, 2026 | August 21, 2026 |
| Reply Expert Reports | September 4, 2026 | September 18, 2026 |
| Close of Expert Discovery | October 30, 2026 | November 13, 2026 |
| Deadline to file *Dauberts* | November 13, 2026 | November 25, 2026 |
| Plaintiffs to provide Defs a draft of the JPPO | November 6, 2026 | November 20, 2026 |
| Parties submit JPPO | January 15, 2027 | No change |
| Pretrial Conference | February 8, 2027 | No change |
| Trial | February 16, 2027 | No change |

Pursuant to D. Del. Local Rule 16.4, counsel for each party hereby certifies that they have sent a copy of this request to their respective clients.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc.,
Pfizer Ireland Pharmaceuticals, and
Bristol-Myers Squibb Company*

COZEN O'CONNOR

/s/ Kaan Ekiner
Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo
Pharma Limited, Aurobindo Pharma
U.S.A., Inc., MSN Laboratories Private
Ltd. and MSN Pharmaceuticals Inc.*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Blvd.
Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc.,
Apotex Corp. and Rubicon Research
Ltd.*

SMITH KATZENSTEIN JENKINS LLP

/s/ Daniel A. Taylor
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Defendant Changzhou
Pharmaceutical Factory*

2

RICHARD, LAYTON & FINGER, P.A.

*/s/ Sara M. Metzler*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant*
*Natco Pharma Ltd.*


Dated: June 4, 2026



         SO ORDERED this _____ day of June 2026.


                                    _____
                                    The Honorable Colm F. Connolly
                                    Chief, United States District Court Judge