## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,

        Plaintiffs,

    v.

APOTEX INC., et al.,

        Defendants.

C.A. No. 24-621 (CFC)
CONSOLIDATED

ANDA CASE

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order (D.I. 25; as amended at D.I. 155) are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Expert Reports | June 12, 2026 | June 26, 2026 |
| Rebuttal Expert Reports | August 7, 2026 | August 21, 2026 |
| Reply Expert Reports | September 4, 2026 | September 18, 2026 |
| Close of Expert Discovery | October 30, 2026 | November 13, 2026 |
| Deadline to file *Dauberts* | November 13, 2026 | November 25, 2026 |
| Plaintiffs to provide Defs a draft of the JPPO | November 6, 2026 | November 20, 2026 |
| Parties submit JPPO | January 15, 2027 | No change |
| Pretrial Conference | February 8, 2027 | No change |
| Trial | February 16, 2027 | No change |

Pursuant to D. Del. Local Rule 16.4, counsel for each party hereby certifies that they have sent a copy of this request to their respective clients.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| | |
| /s/ Megan E. Dellinger | /s/ Kenneth L. Dorsney |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Megan E. Dellinger (#5739) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 3205 Avenue North Blvd. |
| P.O. Box 1347 | Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19803 |
| (302) 658-9200 | (302) 888-6800 |
| jtigan@morrisnichols.com | kdorsney@morrisjames.com |
| mdellinger@morrisnichols.com | chitch@morrisjames.com |
| | |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company* | *Attorneys for Defendants Apotex Inc., Apotex Corp. and Rubicon Research Ltd.* |
| | |
| COZEN O'CONNOR | SMITH KATZENSTEIN JENKINS LLP |
| | |
| /s/ Kaan Ekiner | /s/ Daniel A. Taylor |
| Kaan Ekiner (#5607) | Neal C. Belgam (#2721) |
| 1201 North Market Street, Suite 1001 | Daniel A. Taylor (#6934) |
| Wilmington, DE 19801 | 1000 West Street, Suite 1501 |
| (302) 295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | (302) 652-8400 |
| | dtaylor@skjlaw.com |
| | nbelgam@skjlaw.com |
| | |
| *Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |

RICHARD, LAYTON & FINGER, P.A.

*/s/ Sara M. Metzler*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant*
*Natco Pharma Ltd.*


Dated: June 4, 2026


SO ORDERED this _____ day of June 2026.


_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

3