**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | C.A. No. 24-621 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order (D.I. 25; as amended at D.I. 249) are extended as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Rebuttal Expert Reports | August 21, 2026 | August 25, 2026 |
| Reply Expert Reports | September 18, 2026 | September 22, 2026 |
| Close of Expert Discovery | November 13, 2026 | No change |
| Deadline to file *Dauberts* | November 25, 2026 | No change |
| Plaintiffs to provide Defs a draft of the JPPO | November 20, 2026 | No change |
| Parties submit JPPO | January 15, 2027 | No change |
| Pretrial Conference | February 8, 2027 | No change |
| Trial | February 16, 2027 | No change |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*s/ Megan E. Dellinger*
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Bristol-Myers Squibb Company*

MORRIS JAMES LLP

*s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Blvd.
Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc., Apotex Corp. and Rubicon Research Ltd.*

COZEN O'CONNOR

*s/ Kaan Ekiner*
Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma U.S.A., Inc., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

SMITH KATZENSTEIN JENKINS LLP

*s/ Daniel A. Taylor*
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Defendant Changzhou Pharmaceutical Factory*

RICHARD, LAYTON & FINGER, P.A.

*s/ Sara M. Metzler*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant*
*Natco Pharma Ltd.*

Dated: August 20, 2026

SO ORDERED this 20th day of August, 2026.

The Honorable Colm F. Connolly
Chief, United States District Court Judge