**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. et al,<br><br>Defendants. | C.A. No. 24-621-CFC<br><br>**ANDA CASE**<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on August 25, 2026, Defendant Changzhou Pharmaceutical Factory served its Confidential Rebuttal Expert Report of Irwin C. Jacobs, Ph.D. on Behalf of Changzhou Pharmaceutical Factory Regarding Non-Infringement of U.S. Patent No. 11,083,724 on Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals (collectively "Pfizer") and Bristol-Myers Squibb Company ("BMS") ("Pfizer" and "BMS" collectively "Plaintiffs") via electronic mail to the following counsel of record for Plaintiffs:

Megan E. Dellinger
**MORRIS, NICHOLS, ARSHT & TUNNELL**
1201 North Market Street
Wilmington, DE 19899
mdellinger@morrisnichols.com

Dimitrios T. Drivas
John P. Scheibeler
Dominique Macaluso

Elizabeth Holland
Angelika M. Kligos
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
ddrivas@whitecase.com
jscheibeler@whitecase.com
dominique.macaluso@whitecase.com
elizabeth.holland@whitecase.com
angelika.kligos@whitecase.com

Dated: August 26, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Of Counsel:*

H. Howard Wang
**RIMON LAW PC**
100 Overlook Center, 2nd floor
Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

*Counsel for Defendant Changzhou Pharmaceutical Factory*