IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| Plaintiffs, | ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| v. | ) | **ANDA CASE** |
| APOTEX INC., et al., | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Reply Expert Report of Cory J. Berkland, Ph.D. Regarding Infringement of U.S. Patent No. 11,083,724 by Apotex, Aurobindo, MSN, and Rubicon*, were caused to be served on September 22, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

*VIA ELECTRONIC MAIL*

Deepro R. Mukerjee, Esquire
Lance A. Soderstrom, Esquire
Christopher B. Prescott, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

*VIA ELECTRONIC MAIL*

Joseph M. Janusz, Esquire
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

*VIA ELECTRONIC MAIL*

Jillian M. Schurr-Hendrix, Esquire
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

*VIA ELECTRONIC MAIL*

Kaan Ekiner, Esquire
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

W. Blake Coblentz Esquire
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Keri L. Schaubert, Esquire *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

Kaan Ekiner, Esquire *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire *VIA ELECTRONIC MAIL*
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

Keri L. Schaubert, Esquire *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

Kenneth L. Dorsney, Esquire
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
*Attorneys for Defendant Rubicon Research Ltd.*

*VIA ELECTRONIC MAIL*

Stephen R. Auten, Esquire
Jaimin H. Shah, Esquire
Luke T. Shannon, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
*Attorneys for Defendant Rubicon Research Ltd.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

---

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company and Bristol-Myers Squibb Company*

OF COUNSEL:

Dimitrios T. Drivas
Elizabeth J. Holland
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
Dominique Macaluso
Angelika M. Kligos
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

September 24, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 24, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>3205 Avenue North Boulevard<br>Suite 100<br>Wilmington, DE 19803<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance A. Soderstrom, Esquire<br>Christopher B. Prescott, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC 28202-4213<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

Jillian M. Schurr-Hendrix, Esquire
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

*VIA ELECTRONIC MAIL*

Kaan Ekiner, Esquire
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

W. Blake Coblentz Esquire
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Madison H. McNulty, Esquire
Anna Pedraza Beck, Esquire
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Keri L. Schaubert, Esquire
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Kaan Ekiner, Esquire
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

W. Blake Coblentz Esquire
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Madison H. McNulty, Esquire
Anna Pedraza Beck, Esquire
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Keri L. Schaubert, Esquire *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

Kenneth L. Dorsney, Esquire *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
*Attorneys for Defendant Rubicon Research Ltd.*

Stephen R. Auten, Esquire *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
Luke T. Shannon, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
*Attorneys for Defendant Rubicon Research Ltd.*

Aaron M. Johnson, Esquire *VIA ELECTRONIC MAIL*
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*Attorney for Defendant Rubicon Research Ltd.*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)