IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| | ) | C.A. No. 24-621 (CFC) |
| Plaintiffs, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | **ANDA CASE** |
| | ) | |
| APOTEX INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Reply Expert Report of Cory J. Berkland, Ph.D. Regarding Changzhou's Infringement of U.S. Patent No.11,083,724*, were caused to be served on September 22, 2026, upon the following in the manner indicated:

Neal C. Belgam, Esquire *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

Howard Wang, Esquire
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company*

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Kevin J. Georgek
Samantha J. Kokonis
Dominique Macaluso
Angelika M. Kligos
Elizabeth Holland
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

September 24, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 24, 2026, upon the following in the manner indicated:

Neal C. Belgam, Esquire — *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

Howard Wang, Esquire — *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)