IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS UNLIMITED COMPANY, and BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| Plaintiffs, | ) | C.A. No. 24-621 (CFC) CONSOLIDATED |
| v. | ) | **ANDA CASE** |
| APOTEX INC., et al., | ) | |
| Defendants. | ) | |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Elizabeth Chang of WHITE & CASE LLP to represent plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company, and Bristol-Myers Squibb Company in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals Unlimited Company and Bristol-Myers Squibb Company*

September 29, 2026

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Elizabeth Chang is granted.

Dated: ____________________

______________________________________
Chief, United States District Judge

# CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of the State of California; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and *Pro Hac Vice* Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to

direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Date: September 29, 2026

*/s/ Elizabeth Chang*

Elizabeth Chang
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
(213) 620-7700
elizabeth.chang@whitecase.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 29, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Deepro R. Mukerjee, Esquire *VIA ELECTRONIC MAIL*
Lance A. Soderstrom, Esquire
Christopher B. Prescott, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Joseph M. Janusz, Esquire *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Jillian M. Schurr-Hendrix, Esquire
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

*VIA ELECTRONIC MAIL*

Kaan Ekiner, Esquire
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

W. Blake Coblentz Esquire
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Madison H. McNulty, Esquire
Anna Pedraza Beck, Esquire
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

*VIA ELECTRONIC MAIL*

Keri L. Schaubert, Esquire *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.*

Neal C. Belgam, Esquire *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

Howard Wang, Esquire *VIA ELECTRONIC MAIL*
RIMÔN PC
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

Kaan Ekiner, Esquire *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

W. Blake Coblentz Esquire
Aaron S. Lukas, Esquire
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Madison H. McNulty, Esquire
Anna Pedraza Beck, Esquire
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Keri L. Schaubert, Esquire
COZEN O'CONNOR
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Kelly E. Farnan, Esquire
Sara M. Metzler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendant Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

Christopher J. Sorenson, Esquire
W. Reid Morris, Esquire
MERCHANT & GOULD, P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
*Attorneys for Defendant Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

Andrew O. Larsen, Esquire
MERCHANT & GOULD, P.C.
767 Third Avenue, Suite 23C
New York, NY 10017
*Attorneys for Defendant Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

Jason M. Wiener, Esquire
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA 22314
*Attorneys for Defendant Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

Kenneth L. Dorsney, Esquire
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
*Attorneys for Defendant Rubicon Research Ltd.*

*VIA ELECTRONIC MAIL*

Stephen R. Auten, Esquire
Jaimin H. Shah, Esquire
Luke T. Shannon, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
*Attorneys for Defendant Rubicon Research Ltd.*

*VIA ELECTRONIC MAIL*

Aaron M. Johnson, Esquire
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*Attorney for Defendant Rubicon Research Ltd.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)